# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFRED BOURGEOIS | : |
| Plaintiff, | : |
| V. | : Civil Action No. 1:12-cv-00782-TSC |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | : |
| Defendants. | : |

## MOTION FOR PRELIMINARY INJUNCTION BARRING THE EXECUTION OF PLAINTIFF ALFRED BOURGEOIS

Plaintiff Alfred Bourgeois moves the Court to enter a preliminary injunction pursuant to Fed. R. Civ. P. 65(a), so as to enjoin the Defendants from carrying out the scheduled execution of Mr. Bourgeois on January 13, 2020, or at any other time until further order of this Court. The Court should enter a preliminary injunction for the reasons stated in the accompanying Statement of Points and Authorities, and thereby afford to Plaintiff Bourgeois the same relief it has afforded to Plaintiffs Roane, Tipton, Johnson, Webster, Battle, Hall, and Paul. Pursuant to Local Rule 7(m), counsel have conferred with each other concerning this motion, and Defendants advise that they oppose a preliminary injunction.

Dated:  8/19/2019                                Respectfully Submitted,

/s/ Alex Kursman
Alex Kursman, Assistant Federal Defender,
  Pro Bono Counsel Pursuant to Local Rule 83.2(g)
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – alex_kursman@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

## **CERTIFICATE OF SERVICE**

      I certify that on August 19, 2019, a copy of the foregoing Motion for Preliminary Injunction was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

/s/ Alex Kursman
Alex Kursman, Assistant Federal Defender,
  Pro Bono Counsel Pursuant to Local Rule 83.2(g)
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – alex_kursman@fd.org
Email – shawn_nolan@fd.org

*Counsel for Plaintiff Alfred Bourgeois*
