**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALFRED BOURGEOIS** : : **Plaintiff,** : : V. : : **UNITED STATES DEPARTMENT** : **OF JUSTICE, et al.,** : : **Defendants.** : | Civil Action No. 1:12-cv-00782-TSC |

## ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of the Plaintiff Alfred Bourgeois' motion for preliminary injunction, the motion is hereby granted for the reasons stated in Mr. Bourgeois' Statement of Points and Authorities. It is therefore

ORDERED that Plaintiff Bourgeois' motion for preliminary injunction is GRANTED; it is further

ORDERED that the Defendants herein are enjoined from setting a date for executing Alfred Bourgeois and from executing Alfred Bourgeois pending further order of this Court.

SO ORDERED,

_____   _____
United States District Judge         Date