IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee v. Barr*, 19-cv-2559 | Case No.   19-mc-0145 (TSC) |

## DECLARATION OF PIETER VAN TOL

Pursuant to 28 U.S.C. § 1746, Pieter Van Tol declares as follows:

1. I am an attorney with Hogan Lovells US LLP and I maintain my office at 390 Madison Avenue, New York, New York 10017.  My office telephone number is (212) 909-0661.

2. I am is an active member in good standing of the state bar of New York (bar number 2713014) and I am also admitted to the following:

| | |
|---|---|
| U.S. District Court for the Southern District of New York | 1996 |
| U.S. District Court for the Eastern District of New York | 2008 |
| U.S. Court of Appeals for the Second Circuit | 2004 |
| United States Supreme Court | 2007 |
| U.S. District Court for the Western District of New York | 2017 |

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership in the District of Columbia Bar pending.

6. I am familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on September 5, 2019.

*Pieter Van Tol*

Pieter Van Tol