**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, <br><br>LEAD CASE: *Roane et al. v. Barr* <br><br>THIS DOCUMENT RELATES TO: <br><br>*Lee v. Barr*, 19-cv-2559 | Case No. 19-mc-0145 (TSC) |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION BARRING THE IMPLEMENTATION OF THE NEWLY ANNOUNCED FEDERAL LETHAL INJECTION PROTOCOL**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiff Daniel Lewis Lee ("Lee") hereby moves the Court to issue a preliminary injunction barring the implementation of the federal lethal injection protocol announced in July 2019 (the "2019 Protocol") pending the determination of Lee's claims in this action or, at a minimum, until after Lee has completed discovery relating to the 2019 Protocol.

In promulgating the 2019 Protocol, the U.S. Department of Justice ("DOJ") and the Federal Bureau of Prisons ("BOP") have exceeded their authority under the U.S. Constitution and the Administrative Procedure Act ("APA"), 5 U.S.C. § 501 *et seq*. Moreover, even assuming that the DOJ and BOP acted within their authority, the 2019 Protocol also violates other APA provisions because the DOJ and BOP ignored the notice-and-comment requirements that are integral to the rule-making process. Instead, the 2019 Protocol was developed and finalized in an arbitrary and capricious manner. The 2019 Protocol further suffers from several

1

constitutional infirmities that are described in detail in the attached memorandum of points and authorities, and it is likely that Lee will uncover additional evidence on these claims (and/or other issues) through discovery. Accordingly, Lee has satisfied the first prong of this Circuit's standard for a preliminary injunction by showing a strong likelihood of success on the merits of his claims in the Complaint. Lee has also met the three other prongs of the standard by demonstrating that (1) he will suffer irreparable injury in the absence of an injunction; (2) the Defendants, by contrast, would not suffer "substantial harm" if the Court were to issue an injunction; and (3) the issuance of an injunction would be in the public interest.

In support of this motion, Lee relies upon the attached memorandum of points and authorities and accompanying declaration. A proposed preliminary injunction order is also attached. Oral argument is requested.

Pursuant to Local Rule 7(m), the undersigned has conferred with counsel for the Defendants on the relief sought in this motion and they have indicated that the Defendants will oppose the motion.

Dated: September 27, 2019

Respectfully submitted,

HOGAN LOVELLS US LLP

*/s/     Pieter Van Tol*

Pieter Van Tol (admitted *pro hac vice*)
John D. Beck (admitted *pro hac vice*)
Mallik Yamusah
390 Madison Avenue
New York, NY  10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com
john.beck@hoganlovells.com
mallik.yamusah@hoganlovells.com

and

Elizabeth M. Hagerty (Bar No. 1022774)
David S. Victorson (Bar No. 1027025)
Columbia Square
555 13th Street NW
Washington, DC  20004
(202) 637-5600
(202) 637-5910 (fax)
elizabeth.hagerty@hoganlovells.com
david.victorson@hoganlovells.com

*Attorneys for Plaintiff Daniel Lewis Lee*

# CERTIFICATE OF SERVICE

I hereby certify that, on September 27, 2019, this Plaintiff's Motion for a Preliminary Injunction Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties that are registered users. The below parties may access this filing through the Court's CM/ECF System.

**Joshua Christopher Toll**
KING & SPALDING, LLP
(202) 737-8616
Email: jtoll@kslaw.com

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

**Gerald Wesley King , Jr.**
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

**Craig Anthony Harbaugh**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

**Jonathan Charles Aminoff**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

**Billy H. Nolas**
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: billy_nolas@fd.org

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

**Brandon David Almond**
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

**Celeste Bacchi**
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

**Donald P. Salzman**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

**Alexander Louis Kursman**
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: alex_kursman@fd.org

**Kathryn B. Codd**
VINSON & ELKINS, L.L.P.
(202) 639-6536
Email: kcodd@velaw.com

**Jeanne Vosberg Sourgens**
VINSON & ELKINS L.L.P
(202) 639-6633

**William E. Lawler , III**
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

**Margaret O'Donnell**
(502) 320-1837
Email: mod@dcr.net

**William E. Hoffmann , Jr.**
KING & SPALDING, LLP
(404) 572-3383

**Matthew John Herrington**
STEPTOE & JOHNSON, LLP
(202) 429-8164
Email: mherrington@steptoe.com

**Denise M. Clark**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
(202) 252-6605
Email: denise.clark@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
(202) 514-3716
Email: jean.lin@usdoj.gov

**Amy Gershenfeld Donnella**
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

**Robert E. Waters**
KING & SPALDING, LLP
(202) 737-0500
Email: rwaters@velaw.com

**Yousri H. Omar**
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

**Abigail Bortnick**
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

**Mark Joseph Hulkower**
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

**Robert A. Ayers**
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

**Peter S. Smith**
UNITED STATES ATTORNEY'S OFFICE
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

**Robert J. Erickson**
U. S. DEPARTMENT OF JUSTICE
(202) 514-2841
Email: robert.erickson@usdoj.gov

**Joseph William Luby**
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

| | |
|---|---|
| **Gary E. Proctor**<br>LAW OFFICES OF GARY E. PROCTOR, LLC<br>(410) 444-1500<br>Email: garyeproctor@gmail.com | **Robert L. McGlasson**<br>MCGLASSON & ASSOCIATES, PC<br>(404) 314-7664<br>Email: rlmcglasson@comcast.net |
| **Shawn Nolan**<br>FEDERAL COMMUNITY DEFENDER OFFICE, EASTERN DISTRICT OF PENN<br>(215) 928-0528<br>Email: shawn.nolan@fd.org | **Sean D. O'Brien**<br>PUBLIC INTEREST LITIGATION CLINIC<br>(816) 363-2795<br>Email: dplc@dplclinic.com |

Date:   September 27, 2019

/s/ *Pieter Van Tol*

Pieter Van Tol (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY  10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

and

Elizabeth M. Hagerty (Bar No. 1022774)
David S. Victorson (Bar No. 1027025)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
elizabeth.hagerty@hoganlovells.com
david.victorson@hoganlovells.com

*Attorneys for Plaintiff Daniel Lewis Lee*