**IN THE DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, | ) ) ) ) ) | |
| LEAD CASE: *Roane et al. v. Barr* | ) ) ) | Case No. 19-mc-145 (TSC) |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| *Lee v. Barr, et al.*, 19cv-2559 | ) ) | |

**JOINT MOTION TO SET BRIEFING SCHEDULE FOR
PLAINTIFF LEE'S MOTION FOR A PRELIMINARY INJUNCTION**

The parties, through undersigned counsel, respectfully request that this Court adopt the below proposed briefing schedule regarding Plaintiff Lee's Motion for A Preliminary Injunction Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol, ECF No. 13. Plaintiff filed the motion on September 27, 2019. Pursuant to Local Civil Rule 65.1, the government's opposition is currently due on October 4, 2019. In order to allow the government sufficient time to fully consider and present its response to the motion and to also permit Plaintiff an opportunity file a reply in support of his motion, the parties respectfully request that the government be granted a two-week extension of time, up to and including October 18, 2019, to file its opposition and that Plaintiff be permitted to file a reply two weeks thereafter, on or before November 1, 2019.

A proposed order is attached.

Dated:  October 1, 2019

Respectfully submitted,

| | |
|---|---|
| HOGAN LOVELLS US LLP | JOSEPH H. HUNT<br>Assistant Attorney General |
| Pieter Van Tol (admitted *pro hac vice*)<br>John D. Beck (admitted *pro hac vice*)<br>Mallik Yamusah<br>390 Madison Avenue<br>New York, NY 10017<br>(212) 918-3000<br>(212) 918-3100 (fax)<br>pieter.vantol@hoganlovells.com<br>john.beck@hoganlovells.com<br>mallik.yamusah@hoganlovells.com | JAMES M. BURNHAM<br>Deputy Assistant Attorney General<br><br>PAUL R. PERKINS<br>Special Counsel to the Assistant Attorney General<br><br>/s/ *Jean Lin*<br>JEAN LIN (NY Bar 4074530)<br>Special Counsel<br>JONATHAN KOSSAK<br>Trial Attorney<br>Civil Division<br>Federal Programs Branch |
| Elizabeth M. Hagerty (Bar No. 1022774)<br>David S. Victorson (Bar No. 1027025)<br>Columbia Square<br>555 13th Street NW<br>Washington, DC 20004<br>(202) 637-5600<br>(202) 637-5910 (fax)<br>elizabeth.hagerty@hoganlovells.com<br>david.victorson@hoganlovells.com | Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>(202) 514-3716<br>Jean.lin@usdoj.gov |
| *Attorneys for Plaintiff Daniel Lewis Lee* | JESSIE K. LIU<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>Civil Chief, U.S. Attorney's Office<br><br>DENISE M. CLARK (D.C. Bar No. 479149)<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>   for the District of Columbia<br>Washington, D.C. 20530<br>202-252-6605<br>Denise.Clark@usdoj.gov<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2019, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.

>/s/ *Jean Lin*
>JEAN LIN