IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee v. Barr*, 19-cv-2559 | Case No.  19-mc-0145 (TSC) |

## DECLARATION OF PIETER VAN TOL

Pursuant to 28 U.S.C. § 1746, Pieter Van Tol declares as follows:

1. I am admitted *pro hac vice* to this Court and I am a partner of the firm Hogan Lovells US LLP, counsel for Plaintiff Daniel Lewis Lee ("Lee") in the above matter.

2. I submit this declaration in support of Lee's motion for an order (a) allowing Lee to submit supplemental briefing on or before November 22, 2019 in support of his pending preliminary injunction motion based on information from the November 15, 2019 deposition of a representative of the Federal Bureau of Prisons; and (b) permitting Lee to file a reply brief of 30 pages. The purpose of this declaration is to provide relevant documents to the Court.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of the transcript for the conference before the Court on August 15, 2019.

4. Annexed hereto as **Exhibit 2** is a true and correct copy of an e-mail exchange between me and counsel for the Defendants on October 2, 2019.

\\NY - 049989/000001 - 9934560 v1

5. Annexed hereto as **Exhibit 3** is a true and correct copy of an e-mail exchange between counsel for the Defendants and Paul Enzinna, Esq., counsel for Plaintiff James Roane, on September 25, 2019 and October 1, 2019.

6. Annexed hereto as **Exhibit 4** is a true and correct copy of an e-mail exchange between me and counsel for the Defendants between the period of October 7, 2019 and October 23, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on October 24, 2019.

*/s/ Pieter Van Tol*
Pieter Van Tol

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 24, 2019, this Declaration of Pieter Van Tol was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties that are registered users. The below parties may access this filing through the Court's CM/ECF System.

**Joshua Christopher Toll**
KING & SPALDING, LLP
(202) 737-8616
Email: jtoll@kslaw.com

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

**Gerald Wesley King , Jr.**
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

**Craig Anthony Harbaugh**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

**Jonathan Charles Aminoff**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

**Billy H. Nolas**
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: billy_nolas@fd.org

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

**Brandon David Almond**
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

**Celeste Bacchi**
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

**Donald P. Salzman**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

**Alexander Louis Kursman**
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: alex_kursman@fd.org

**Kathryn B. Codd**
VINSON & ELKINS, L.L.P.
(202) 639-6536
Email: kcodd@velaw.com

3

\\NY - 049989/000001 - 9934560 v1

**Jeanne Vosberg Sourgens**
VINSON & ELKINS L.L.P
(202) 639-6633

**William E. Lawler , III**
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

**Margaret O'Donnell**
(502) 320-1837
Email: mod@dcr.net

**William E. Hoffmann , Jr.**
KING & SPALDING, LLP
(404) 572-3383

**Matthew John Herrington**
STEPTOE & JOHNSON, LLP
(202) 429-8164
Email: mherrington@steptoe.com

**Denise M. Clark**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
(202) 252-6605
Email: denise.clark@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
(202) 514-3716
Email: jean.lin@usdoj.gov

**Amy Gershenfeld Donnella**
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

**Robert E. Waters**
KING & SPALDING, LLP
(202) 737-0500
Email: rwaters@velaw.com

**Yousri H. Omar**
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

**Abigail Bortnick**
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

**Mark Joseph Hulkower**
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

**Robert A. Ayers**
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

**Peter S. Smith**
UNITED STATES ATTORNEY'S OFFICE
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

**Robert J. Erickson**
U. S. DEPARTMENT OF JUSTICE
(202) 514-2841
Email: robert.erickson@usdoj.gov

**Joseph William Luby**
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

\\NY - 049989/000001 - 9934560 v1

| | |
|---|---|
| **Gary E. Proctor**<br>LAW OFFICES OF GARY E. PROCTOR, LLC<br>(410) 444-1500<br>Email: garyeproctor@gmail.com | **Robert L. McGlasson**<br>MCGLASSON & ASSOCIATES, PC<br>(404) 314-7664<br>Email: rlmcglasson@comcast.net |
| **Shawn Nolan**<br>FEDERAL COMMUNITY DEFENDER OFFICE, EASTERN DISTRICT OF PENN<br>(215) 928-0528<br>Email: shawn.nolan@fd.org | **Sean D. O'Brien**<br>PUBLIC INTEREST LITIGATION CLINIC<br>(816) 363-2795<br>Email: dplc@dplclinic.com |

Date:   October 24, 2019

/s/ *Pieter Van Tol*

Pieter Van Tol (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY  10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

and

Elizabeth M. Hagerty (Bar No. 1022774)
David S. Victorson (Bar No. 1027025)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
elizabeth.hagerty@hoganlovells.com
david.victorson@hoganlovells.com

*Attorneys for Plaintiff Daniel Lewis Lee*

\\NY - 049989/000001 - 9934560 v1