# Van Tol, Pieter

| | |
|---|---|
| **From:** | Clark, Denise (USADC) <Denise.Clark@usdoj.gov> |
| **Sent:** | Wednesday, October 2, 2019 11:09 AM |
| **To:** | Van Tol, Pieter; Moustakas, John (USADC); Lin, Jean (CIV); Kossak, Jonathan (CIV) |
| **Cc:** | Beck, John D.; Yamusah, Mallik N.; Victorson, David S.; Tremble, Catherine A. |
| **Subject:** | RE: Lee v. Barr et al.; Response to Complaint |

Dear Pieter –

Thank you for your response.  We understand your position, but we cannot stipulate to holding Mr. Lee's execution in abeyance.

Best,

Denise

---

**From:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Sent:** Wednesday, October 2, 2019 9:33 AM
**To:** Clark, Denise (USADC) <DClark4@usa.doj.gov>; Moustakas, John (USADC) <JMoustakas@usa.doj.gov>; Lin, Jean (CIV) <JLin@civ.usdoj.gov>; Kossak, Jonathan (CIV) <jkossak@CIV.USDOJ.GOV>
**Cc:** Beck, John D. <john.beck@hoganlovells.com>; Yamusah, Mallik N. <mallik.yamusah@hoganlovells.com>; Victorson, David S. <david.victorson@hoganlovells.com>; Tremble, Catherine A. <Catherine.Tremble@HoganLovells.com>
**Subject:** Lee v. Barr et al.; Response to Complaint
**Importance:** High

Dear Counsel –

I am writing to respond to your request during our call on Monday to extend the due date for a response to the Complaint in the above action (which we believe is November 11, 2019) to April 2020, *i.e.*, after the Court-ordered discovery and the amendment of the complaints by various plaintiffs in the Consolidated Action.

Under normal circumstances, we would be amenable to such an extension, especially given that – as you noted in our call – Lee will be participating in the discovery and would have the opportunity to amend his complaint by the March 2020 deadline (if need be).  However, the unusual circumstance here is that Lee's scheduled execution date is December 9, 2019 and we are not comfortable having issue joined in this case through the filing of a response <u>after</u> the execution date.   If the Government is willing to stipulate that the current execution date will be held in abeyance and the Lee execution will be re-scheduled for a date that is some reasonable period of time (to be determined) after April 2020, we will agree to the April 2020 response date.  Otherwise, we cannot agree to the requested extension.

Regards,

**Pieter Van Tol**
Partner

**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017

| | |
|---|---|
| Tel: | +1 212 918 3000 |
| Direct: | +1 212 909 0661 |
| Fax: | +1 212 918 3100 |
| Email: | pieter.vantol@hoganlovells.com |
| | www.hoganlovells.com |



**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.


CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.