

**From:** "Clark, Denise (USADC)" <Denise.Clark@usdoj.gov>
**Date:** Tuesday, October 1, 2019 at 4:31 PM
**To:** Paul Enzinna <penzinna@ellermanenzinna.com>
**Cc:** "Moustakas, John (USADC)" <John.Moustakas@usdoj.gov>
**Subject:** RE: Lethal Injection Litigation

Good afternoon, Paul –

As you know, it is "well established" that the Administrative Record needs only include "all documents and materials that the agency directly or indirectly considered" at the time the decision was made.  *Detroit Int'l Bridge Co. v. Gov't of Canada*, No. CV 10-476, 2016 WL 10749142, at *1 (D.D.C. Apr. 25, 2016) (citation and alterations omitted).  "Common sense dictates that the agency determines what constitutes the whole administrative record because it is the agency that did the 'considering.'"  *Id.* at *2 (citation omitted).  Here, we have complied with our obligation to provide the administrative record on which the decision was made.  Accordingly, we do not believe that discovery is appropriate on this issue.

However, we are more than amenable to discussing the topics and schedule for the 30(b)(6) witnesses regarding the lethal injunction protocol.  We are hoping that your clients would be willing to take all four of the defendants' depositions in a single week.  And it would be great if we could start discussing the week in January or February that would work for all the parties involved.

Thanks so much.

Denise

Denise M. Clark
Assistant United States Attorney
Civil Division
United States Attorney's Office

1

 for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-6605 (office)

---

**From:** Clark, Denise (USADC)
**Sent:** Wednesday, September 25, 2019 2:17 PM
**To:** Paul Enzinna <penzinna@ellermanenzinna.com>
**Cc:** Moustakas, John (USADC) <JMoustakas@usa.doj.gov>
**Subject:** RE: Lethal Injection Litigation

Good afternoon, Paul –

I need to talk with my clients.  We will be back in touch.

Best,

Denise


Denise M. Clark
Assistant United States Attorney
Civil Division
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-6605 (office)

---

**From:** Paul Enzinna <penzinna@ellermanenzinna.com>
**Sent:** Wednesday, September 25, 2019 1:50 PM
**To:** Clark, Denise (USADC) <DClark4@usa.doj.gov>
**Subject:** Lethal Injection Litigation

Denise:

We would like to get started on the depositions the Court ordered at the August status conference.  We believe it would be most helpful if, before beginning the depositions of witnesses on other areas, we can understand exactly what the Administrative Record is, and how it was put together. Therefore, we would like to begin with a short deposition of BOP concerning only these questions.  As I said, that deposition would be short, and it would be part of the BOP 30b6, but we would want to reserve the right to use whatever time is remaining on the BOP deposition after this initial deposition to depose BOP on other issues and topics.  Would that be agreeable to you?  If so, we'd like to take this initial testimony soon – can you give me dates in the next couple of weeks?

Thanks.


**Paul F. Enzinna**



**1050 30th Street, NW**
**Washington, DC 20007**
**202.753.5553 (o)**
**301.529.5780 (c)**
**penzinna@ellermanenzinna.com**

---

To unsubscribe from the ROANE_LI_LISTSERV list, click the following link:
http://skaddenlists.com/scripts/wa.exe?TICKET=NzM3MzY1IHBpZXRlci52YW50b2xASE9HQU5MT1ZFTExTLkNPTSBST0FORV9MSV9MSVNUU0VSVq20kmwy5veH&c=SIGNOFF