## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the ) | |
| Federal Bureau of Prisons' Execution ) | |
| Protocol Cases, ) | |
| ) | |
| LEAD CASE: *Roane et al. v. Barr* ) | Case No. 19-mc-145 (TSC) |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| *Lee v. Barr, et al.*, 19-cv-2559 ) | |

## <u>DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT</u>

Defendants, by and through undersigned counsel, respectfully request an extension of time up to and including until April 30, 2020, to respond to the Complaint filed in this case. Currently, Defendant's response to the Complaint is due November 11, 2019.

Plaintiff Daniel Lewis Lee has made clear that he intends to participate in the limited discovery this Court is allowing the plaintiffs in these consolidated cases to take for the purpose of amending their complaints to challenge the new, 2019 Execution Protocol. ECF No. 22, at 2 ("[P]ursuant to Court order, Lee is participating in discovery."); ECF No. 22, at 18 ("Lee will ask questions at the upcoming BOP deposition and, pursuant to the Court's August 15, 2019 Order, he has the right to participate in other discovery on the 2019 Protocol."). Because Mr. Lee intends to take advantage of pre-amendment discovery in order to amend his Complaint thereafter, the time for Defendants' response to that Complaint should be extended until after the deadline for amendments, which is currently set for March 31, 2020. Accordingly, Defendants request until April 30, 2010, to file their response to Mr. Lee's Complaint.

Defendants have conferred with Mr. Lee who opposes this motion.

Dated:  November 4, 2019

Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | JESSIE K. LIU<br>United States Attorney |
| JAMES M. BURNHAM<br>Deputy Assistant Attorney General | DANIEL F. VAN HORN<br>Civil Chief, U.S. Attorney's Office |
| PAUL R. PERKINS<br>Special Counsel to the Assistant Attorney General | _Denise M. Clark_<br>DENISE M. CLARK (D.C. Bar No. 479149)<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>    for the District of Columbia<br>Washington, D.C. 20530<br>202-252-6605<br>Denise.Clark@usdoj.gov |
| JEAN LIN (NY Bar 4074530)<br>Special Counsel<br>JONATHAN KOSSAK<br>Trial Attorney<br>Civil Division<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>(202) 514-3716<br>Jean.lin@usdoj.gov | _Attorneys for Defendants_ |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the | ) |
| Federal Bureau of Prisons' Execution | ) |
| Protocol Cases, | ) |
|  | ) |
| LEAD CASE: *Roane et al. v. Barr* | )      Case No. 19-mc-145 (TSC) |
|  | ) |
|  | ) |
| THIS DOCUMENT RELATES TO: | ) |
|  | ) |
| *Lee v. Barr, et al.*, 19-cv-2559 | ) |
|  | ) |

## [PROPOSED ORDER]

Upon consideration of the Defendants' *Motion for Extension of Time to Respond to Complaint*, and the entire record herein, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that the time for Defendants to respond to Plaintiff's Complaint is hereby extended up to and including **April 30, 2019**.

It is **SO ORDERED** this _____ day of _____, 2019.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.  Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs' counsel of record:

**Joshua Christopher Toll**
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

**Brandon David Almond**
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

**Gerald Wesley King, Jr.**
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

**Donald P. Salzman**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

**Celeste Bacchi**
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celestw_bacchi@fd.org

**Craig Anthony Harbaugh**
FEDERAL PUBLIC DEFENDER, CENTRAL
DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

**Jonathan Charles Aminoff**
FEDERAL PUBLIC DEFENDER,
CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

**Alexander Louis Kursman**
OFFICE OF THE FEDERAL COMMUNITY
DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

**\*Billy H. Nolas**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

**\*Kathryn B. Codd**
VINSON & ELKINS, L.L.P.
(202) 639-6536
Email: kcodd@velaw.com

**\*Jeanne Vosberg Sourgens**

**Robert E. Waters**

VINSON & ELKINS, L.L.P.
(202) 639-6633

**William E. Lawler, III**
VINSON & ELKINS, L.L.P.
(202) 639-6676
Email: wlawler@velaw.com

**Margaret O'Donnell**
(502) 320-1837
Email: mod@dcr.net

**\*William E. Hoffman, Jr.**
KING & SPALDING LLP
(404) 572-3383

**Matthew John Herrington**
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

**Gary E. Proctor**
LAW OFFICES OF GARY E. PROCTOR,
LLC
(410) 444-1500
Email: garyeproctor@gmail.com

**Sean D. O'Brien**
PUBLIC INTERSET LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

**Amy Gershenfeld Donnella**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

**Elizabeth Hagerty**

VINSON & ELKINS, L.L.P.
(202) 737-0500
Email: rwaters@velaw.com

**\*Yousri H. Omar**
VINSON & ELKINS, L.L.P.
(202) 639-6500
Email: yomar@velaw.com

**Abigail Bortnick**
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

**\*Mark Joseph Hulkower**
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

**Robert A. Ayers**
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

**Robert L. McGlasson**
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

**Shawn Nolan**
FEDERAL COMMUNITY DEFENDER
OFFICE, EDPA
(215) 928-0528
Email: shawn.nolan@fd.org

**Joseph William Luby**
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

**David Victorson**

HOGAN LOVELLS US LLP                          (202) 637-2061
(202) 637-3231                                HOGAN LOVELLS US LLP
Email: elizabeth.hagerty@hoganlovells.com     Email: David.Victorson@hoganlovells.com

**John D. Beck**                              **Pieter Van Tol**
HOGAN LOVELLS US LLP                          HOGAN LOVELLS US LLP
(212) 918-3000                                (212) 918-3000
Email: john.beck@hoganlovells.com             Email: Pieter.Vantol@hoganlovells.com


/s/ *Denise M. Clark*
DENISE M. CLARK