## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the
Federal Bureau of Prisons' Execution
Protocol Cases,

LEAD CASE: *Roane et al. v. Barr*

THIS DOCUMENT RELATES TO:

*Lee v. Barr*, 19-cv-2559

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 19-mc-0145 (TSC)

## **EXPERT DECLARATION OF CRAIG W. STEVENS, PH.D.**

Pursuant to 28 U.S.C. § 1746, Craig W. Stevens, Ph.D. declares as follows

### I.    BACKGROUND AND EXPERT QUALIFICATIONS

1.     I am a Professor Pharmacology and a full-time faculty member in the department of

Pharmacology and Physiology at the College of Osteopathic Medicine, a unit of Oklahoma State

University, Center for Health Sciences campus in Tulsa, Oklahoma. After receiving my Ph.D. in

Pharmacology from the Mayo Clinic, in Rochester, Minnesota, I completed a 2-year postdoctoral

fellowship at the University of Minnesota Medical School in Minneapolis, Minnesota, and secured

a position as an Assistant Professor of Pharmacology with my present employer in 1990.  I

advanced through the academic ranks to Associate Professor of Pharmacology in 1993, and

Professor of Pharmacology in 2000.

2.     Besides my regular duties of teaching medical students, pursuing research and scholarly

activities, and serving on college committees, I work part-time as a litigation consultant/expert

witness on cases involving pharmacological issues.  I have consulted in both civil and criminal

cases, working with both the prosecution or plaintiff and the defendant.  With regard to the

pharmacological issues in lethal injection, I have worked as a consultant for the state as well as

with attorneys representing condemned prisoners. I am compensated at the rate of $250 per hour

**Ex. 4**

for research, document review, and reports, and $400 per hour for testimony at a deposition or trial. Appended to this declaration is a current curriculum vitae and a listing of cases in which I have testified in the past four years.

3.      I have been retained by counsel for Daniel Lewis Lee. Counsel have asked me to provide the Court with an opinion of an alternative protocol for Federal lethal drug execution where an analgesic agent is given to the prisoner before the injection of pentobarbital.

4.      I have reviewed the following materials in preparing this declaration: Declaration of Dr. Gail Van Norman, Declaration of Dr. Mark Edgar, and Addendum to BOP Execution Protocol Federal Death Sentence Implementation Procedures, Effective July 25, 2019. Additionally, a thorough search of professional medical and pharmacological journals was done to obtain current and past peer-reviewed articles and reviews on the pertinent medical and pharmacological topics. Full reference information to articles used in this declaration are given in footnotes where cited. This information, along with over 30 years of experience as a Pharmacologist, formed the basis for the background information and the expert opinion given below.

## II.      THE NEED FOR AN OPIOID ANALGESIC DRUG

5.      The declaration and report of Drs. Van Norman and Edgar were provided to me by Counsel and convincingly demonstrate that the IV injection of high-dose pentobarbital produces pulmonary edema resulting in pain and suffering in the prisoner. To prevent the pain induced by a lethal 5 gram dose of pentobarbital, an analgesic drug should be given before the pentobarbital injection. This pain-killing or analgesic drug is not part of the lethal drug protocol *per se* but is a necessary intervention for a humane execution process. Unlike all other drugs used in lethal drug protocols that are given at high *supra*-clinical doses, the first or *pretreatment* drug is given at a clinical dose to exert a clinical effect of analgesia. This pretreatment drug is administered after the primary and backup IVs are set and last words, if any, are spoken by the prisoner.

Ex. 4

6.     There are a number of classes of analgesic agents (e.g. aspirin-like analgesics, opioid analgesics) and a number of routes of administration (e.g. oral, subdermal, intramuscular, and intravenous). An ideal analgesic drug would be a drug that acts quickly (fast onset time) and that is easy to administer by the execution personnel (by IV administration). An opioid analgesic given by the IV route of administration is both fast-acting and easily administered through an IV bolus injection. Both morphine and fentanyl given by the IV injection are used for acute pain management.[1] Use of either morphine or fentanyl at clinical doses before the administration of pentobarbital would provide sufficient analgesia.

## III.   BACKGROUND ON OPIOID ANALGESIC DRUGS

7.     Opioid pain medications, called *opioid analgesics*, are among the most powerful drugs used in the clinic and prescribed to patients. Morphine is the gold standard of opioid analgesics, given for the treatment of moderate to severe pain.[2] Besides morphine, the class of other well-known opioid analgesics includes as codeine, oxycodone (OxyContin®), meperidine (Demerol®), and hydromorphone (Dilaudid®). Heroin (diamorphine) is also an opioid analgesic drug but is illegal in the USA; however, it is a legal opioid analgesic in the UK and other countries.

8.     There are also a number of combination opioid products with the most prescribed opioid analgesic, hydrocodone. A popular combination is hydrocodone and acetaminophen (Norco®, Lortab®, Vicodin®) and many others similar formulations with aspirin instead of acetaminophen. Morphine, and all opioid analgesics, work by binding to opioid receptors on pain neurons (brain cells) and in this way inhibit the activity of the pain neurons. The inhibition of pain neurons produces the analgesia, or relief of pain, that characterizes the therapeutic action of morphine and other opioid analgesics.[3]

---

[1] Farahmand S et al. (2014) Nebulized fentanyl vs intravenous morphine for ED patients with acute limb pain: a randomized clinical trial. Am J Emerg Med. 32:1011-1015.

[2] Hoskin PJ, Hanks GW (1990) Morphine: pharmacokinetics and clinical practice. Br J Cancer 62:705-707.

[3] Brenner GM, Stevens CW (2018) *Brenner and Stevens' Pharmacology, 5th Edition*, Elsevier, Philadelphia, PA

9.      While opioid analgesics are presently the best agents to treat pain and do so quite

effectively, they are also a dangerous class of drugs that are responsible for the epidemic of

opioid deaths due to fatal respiratory depression.[4] Opioid drugs, like the licit morphine and the

illicit heroin, work by inhibiting pain transmission in the CNS[5] and do so by binding to opioid

receptors on pain neurons. The targets of opioid drugs, the opioid receptors, are also found on

non-pain neurons unfortunately. The presence of opioid receptors on neurons that control the GI

tract lead to opioid-induced constipation, a common problem among chronic pain patients treated

with opioids. A more deadly problem is that opioids also bind to opioid receptors on brain

neurons that control breathing and high doses of opioids produce respiratory depression.[6]

## IV.    MORPHINE

10.     Morphine injection given by the IV route is used widely in hospitals and clinics for the

treatment of acute and chronic pain.[7] IV morphine is also used for the control of breakthrough

pain in chronically treated cancer patients.[8] Morphine and fentanyl are also given by IV injection

as a premedication used as part of the overall anesthetic plan.[9] Due to the euphoric effect

sometimes seen with opioids, use of morphine and fentanyl as premedications also reduce

patient's preoperative anxiety. Sedation also occurs during IV administration of morphine in

about 60% of post-operative patients being treated for pain.[10] Both morphine and fentanyl given

by the IV route also reduce airway irritation during induction with the general anesthetic

---

[4] Bohnert AS et al. (2011) Association between opioid prescribing patterns and opioid overdose-related deaths. J.
   American Med Assoc 305:1315-1321.
[5] CNS is the central nervous system; i.e. the brain and spinal cord.
[6] White JM, Irvine RJ (1999) Mechanisms of fatal opioid overdose. Addiction 94:961-972; Dolinak D (2017)
   Opioid Toxicity. Acad Forensic Pathol. 7:19-35.
[7] Ackerman AL et al. (2018) Association of an opioid standard of practice intervention with intravenous opioid
   exposure in hospitalized patients. JAMA Intern Med. 178:759-763.
[8] Mercadante S et al. (2004) Safety and effectiveness of intravenous morphine for episodic (breakthrough) pain
   using a fixed ratio with the oral daily morphine dose. J Pain Symptom Manage. 27:352-359.
[9] Pandit SK, Kothary SP (1989) Intravenous narcotics for premedication in outpatient anaesthesia. Acta
   Anaesthesiol Scand. 33:353-358.
[10] Paqueron X et al. (2002) Is morphine-induced sedation synonymous with analgesia during intravenous morphine
   titration? Br J Anaesth. 89:697-701.

desflurane.[11] A randomized clinical trial using emergency department patients with acute limb pain found that significant analgesia occurred within 5 minutes following IV administration of 0.1 mg/kg morphine.[12] Another clinical study of acute pain management in trauma patients found that the onset of IV injected morphine's analgesic effect is approximately 6 minutes.[13] In an experimental pain model using healthy volunteers, a significant analgesic effect was noted an average of about 1 minute after IV bolus injection of 8 mg morphine.[14] To prevent the pain and suffering induced by a lethal dose of pentobarbital, morphine should be given in an IV bolus dose in the range of 2 mg to 10 mg/70 kg of body weight[15] at least 10 minutes before the injection of pentobarbital.

11.     Morphine is marketed by the brand name of Duramorph and many generic formulations. Morphine for injection is available in ampoules containing morphine sulfate at numerous concentrations ranging from 0.5 mg/mL to 25 mg/mL. All of these formulations of morphine for injection are commercially available (see Table below).

## V.     FENTANYL

12.     Fentanyl is a synthetic opioid analgesic that is about 100 times more potent than morphine.[16] Fentanyl is a highly lipophilic, or fat-loving, drug molecule that can rapidly cross from the bloodstream into the brain. According to a recent review, fentanyl exerts its pharmacological effects almost immediately after IV administration.[17] A clinical study of acute pain management in trauma patients found that the onset of IV injected fentanyl's analgesic

[11] Kong CF et al. (2000) Intravenous opioids reduce airway irritation during induction of anaesthesia with desflurane in adults. Br J Anaesth. 85:364-367.
[12] Farahmand S et al. (2014) Nebulized fentanyl vs intravenous morphine for ED patients with acute limb pain: a randomized clinical trial. Am J Emerg Med. 32:1011-1015.
[13] MacKenzie M et al. (2016) Opioid pharmacokinetics-pharmacodynamics: clinical implications in acute pain management in trauma. Ann Pharmacother. 50:209-218.
[14] Morrison LM et al. (1991) Comparison of speed of onset of analgesic effect of diamorphine and morphine.Br J Anaesth. 66:656-659.
[15] Morphine sulfate for injection, USP, FDA full prescribing information.
[16] Grond S et al. (2000) Clinical pharmacokinetics of transdermal opioids: focus on transdermal fentanyl. Clin Pharmacokinet. 38:59-89.
[17] Vardanyan RS, Hruby VJ (2014) Fentanyl-related compounds and derivatives: current status and future prospects for pharmaceutical applications. Future Med Chem. 6:385-412.

effect is approximately 2 minutes.[18] Clinical studies using experimental pain methods in healthy human volunteers demonstrate that fentanyl IV at a dose of 0.1 mg to 0.2 mg (100 to 200 mcg) produced a significant analgesic effect at the first post-injection test time of 5 minutes.[19] Another experimental study examining EEG changes after fentanyl IV infusion found that depression of brain activity occurred in 3-5 minutes.[20] Half of peak brain concentrations of fentanyl are reached within 35 seconds following IV injection of fentanyl (100 mcg) and peak brain concentrations at 6 minutes.[21] Another clinical study found that more than 80% of an IV fentanyl dose can distribute from the blood to the brain in less than 5 minutes.[22]  To prevent the pain and suffering induced by a lethal dose of pentobarbital, fentanyl should be given in an IV bolus dose of 2 mcg/kg to 20 mcg/kg (0.002 mg/kg to 0.02 mg/kg)[23] at least 5 minutes before the injection of pentobarbital.

13.    Fentanyl is marketed by the brand name of Sublimaze® and many generic formulations. Fentanyl for injection is available in ampoules containing fentanyl citrate at a concentration of 50 mcg/mL (micrograms per milliliter) for IV or IM injection.[24] All of these formulations of fentanyl for injection are commercially available (see below).

## VI.    SUMMARY AND CONCLUSIONS

14.    Both morphine and fentanyl are commercially available and obtainable as these drugs would be used for medical purposes, like other medications ordered and used by the prison medical staff. The Table below (next page) lists the dose formulations and manufacturers of morphine and fentanyl for IV injections that are commercially available.

---

[18] MacKenzie M et al. (2016) Opioid pharmacokinetics-pharmacodynamics: clinical implications in acute pain management in trauma. Ann Pharmacother. 50:209-218.

[19] Zacny JP et al. (1996) Midazolam does not influence intravenous fentanyl-induced analgesia in healthy volunteers. Pharmacol Biochem Behav. 55:275-280.

[20] Scott JC et al. (1985) EEG quantitation of narcotic effect: the comparative pharmacodynamics of fentanyl and alfentanil. Anesthesiology 62:234-241.

[21] Metz C et al. (2000) Pharmacokinetics of human cerebral opioid extraction: a comparative study on sufentanil, fentanyl, and alfentanil in a patient after severe head injury. Anesthesiology 92:1559-1567.

[22] Hartmann FV et al. (2017) Femoral nerve block versus intravenous fentanyl in adult patients with hip fractures - a systematic review. Braz J Anesthesiol. 67:67-71.

[23] Fentanyl for injection, USP, FDA full prescribing information

[24] Fentanyl for injection, USP, FDA full prescribing information.

**Availability of Opioid Analgesic Drugs for IV Injection and Manufacturer Information[a]**

| Class/Drug | Brand name | Manufacturer | Dose Formulations |
|---|---|---|---|
| **MORPHINE FOR IV INJECTION** | | | |
| Morphine sulfate | Duramorph PF | WEST-WARD | 0.5 mg/mL, 1.0 mg/mL, 10 mg/mL, 25 mg/mL |
| Morphine sulfate | Mitigo | PIRAMAL | 10 mg/mL, 25 mg/mL |
| Morphine sulfate | generic | HOSPIRA | 0.5 mg/mL, 1.0 mg/mL, 2.0 mg/mL, 4.0 mg/mL, 8.0 mg/mL, 10 mg/mL, 25 mg/mL |
| Morphine sulfate | generic | EUROHEALTH | 4.0 mg/mL, 8.0 mg/mL, 10 mg/mL |
| Morphine sulfate | generic | FRESENIUS | 2.0 mg/mL, 4.0 mg/mL, 5.0 mg/mL, 8.0 mg/mL, 10 mg/mL |
| **FENTANYL FOR IV INJECTION** | | | |
| Fentanyl citrate | Sublimaze | AKORN | 0.05 mg/mL (50 mcg/mL) |
| Fentanyl citrate | generic | HOSPIRA | 0.05 mg/mL (50 mcg/mL) |
| Fentanyl citrate | generic | FRESENIUS KABI | 0.05 mg/mL (50 mcg/mL) |
| Fentanyl citrate | generic | WEST-WARD | 0.05 mg/mL (50 mcg/mL) |

[a] Data from the list of FDA-approved available drugs at *FDA Orange Book* online: *www.accessdata.fda.gov/scripts/cder/ob/index.cfm.*

15.   The use of an opioid as the first analgesic drug also has the important safeguard of an effective and common antidote should the execution procedure need to be stopped. This antidote is naloxone (Narcan) which is widely available for the treatment of opioid overdose and is a competitive antagonist (blocker) at the opioid receptor. Both morphine and fentanyl effects could be easily reversed with naloxone.

16.   In conclusion, the use of morphine or fentanyl as a premedication or the first drug in the lethal execution protocol would provide analgesia to prevent the pain and suffering from the lethal dose of pentobarbital.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury.

_____                    11/01/2019
Craig W. Stevens, Ph.D.

Ex. 4

CURRICULUM VITAE                                                      MARCH, 2019

**Craig W. Stevens, Ph.D.**
Professor of Pharmacology
Department of Pharmacology & Physiology
OSU-Center for Health Sciences, College of Osteopathic Medicine
1111 W. 17th Street
Tulsa, OK 74107-1898        Ph. 918.561.8234    email: cw.stevens@okstate.edu

## PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| 2000-present | **Professor of Pharmacology**, OSU-College of Osteopathic Med.,CHS, Tulsa, OK |
| 2012-2018 | **Chair**, Coalition Against Prescription and Substance Abuse of Tulsa (CAPSAT) |
| 2007-2009 | **Chair**, Dept. of Pharmacology/Physiology, OSU-CHS, Tulsa, OK |
| 1993-2000 | **Associate Professor of Pharmacology**, Dept. of Pharmacology/Physiology, OSU-CHS, Tulsa, OK |
| 1990-1993 | **Assistant Professor of Pharmacology**, Dept. of Pharmacology/Physiology, OSU-CHS, Tulsa, OK |
| 1989-1990 | **Development Manager**, Minnesota Academy of Science, St. Paul, MN |
| 1984-1986 | **President** (*founding*), Mayo Graduate Students Association, Mayo Grad. Schl Med., Rochester MN |

## EDUCATION AND TRAINING

| | |
|---|---|
| 2005 | **Molecular Biology and PCR Course**, Smith College/New England Biolabs, Northampton, Massachusetts |
| 1988-1990 | **Postdoctoral Research Fellow**, Dept. of Cell Biology and Neuroanatomy, Univ. of Minnesota, Minneapolis, MN. Supervisor: *Dr. Virginia Seybold* |
| 1984-1988 | Mayo Graduate School of Medicine, Rochester, MN, **Ph.D. in Pharmacology**. Thesis: *Behavioral and Biochemical Characteristics of Opioid Tolerance in Rat Spinal Cord*. Supervisor: *Dr. Tony L. Yaksh* |
| 1981-1984 | University of Illinois, Chicago, IL; **M.S. in Biological Sciences**. Thesis: *Endogenous Opioid Systems in Amphibians*. Supervisor: *Dr. Paul D. Pezalla* |
| 1978-1981 | **American Peace Corps in Nepal**; Science/Math Instructor, *Katmandu, NEPAL* |
| 1974-1978 | Augustana College, Rock Is., IL; **B.A. in Biology, *cum laude*** |

## EXTRAMURAL FUNDING

| | |
|---|---|
| 2010-2014 | *"Novel Opioid Action at Toll-Like Receptors"*, Oklahoma Center for the Advancement of Science and Technology (**OCAST**) C.W. Stevens, (PI), $126,090 (direct costs) |
| 2007-2011 | *"Functional Evolution of Opioid Receptors"*, **NIH NIDA AREA Grant**, R15DA12448, C.W. Stevens (PI), $150,000 (direct costs) (no-cost extension for 2011) |
| 2004-2007 | *"Functional Evolution of Opioid Receptors"*, **NIH NIDA AREA Grant**, R15DA12448, C.W. Stevens (PI), $100,000 (direct costs) |
| 2002-2004 | *"Sequence and Pharmacology of Novel Opioid Receptors"*, Oklahoma Center for the Advancement of Science and Technology (**OCAST**) C.W. Stevens, (PI), $68,264 (direct costs) |
| 2001-2003 | *"Functional Evolution of Opioid Receptors"*, **NIH NIDA AREA** (Academic Research Enhancement Award) Grant, R15DA12448, C.W. Stevens (PI), $100,000 (direct costs) |
| 1999-2001 | *"Functional Evolution of Opioid Receptors"*, **NIH NIDA AREA** (Academic Research Enhancement Award) Grant, R15DA12448, C.W. Stevens (PI), $69,605 (direct costs) |
| 1998-1999 | *"Testing and Comparison of Analgesic Agents"*, American College of Laboratory Animal Medicine (**ACLAM**), C.W. Stevens (PI), $11,555 (direct costs) |
| 1995-1997 | *"Graduate Student Research"*, **Gardner Spring, Co.**, *Tulsa, OK* ($4,000) |
| 1994-1996 | **NRSA postdoctoral grant** for Dr. Stan Willenbring, C.W. Stevens (sponsor). |
| 1992-1998 | *"Studies of Opioid Analgesia in Amphibians"*, **NIH-NIDA First Award** (DA07326), C.W. Stevens, Principal Investigator (PI), $418,000. (direct costs) (no-cost extension for 1998) |
| 1992-1995 | *"Spinal Sites of Endogenous Opioid Action in Amphibians"*, Research Grant, **Whitehall Foundation**, C.W. Stevens, PI, $70, 785. |
| 1991-1992 | *"Nociceptive Processing in the Amphibian Spinal Cord"*, Grants-In-Aid, **Whitehall Foundation**, C. W. Stevens, PI, $10,375. |
| 1988-1990 | **NIDA Neuroscience Training Grant**, Postdoctoral position, Dept. of Cell Biology and Neuroanatomy, University of Minnesota Medical School, Minneapolis, MN |
| 1987-1988 | *"Issues related to tolerance development and tissue toxicology of chronically administered 4-anilinopiperidines"*, T.L. Yaksh (PI) and C.W. Stevens (Co-I). **Janssen Pharm.**, $46,000. |
| 1985-1986 | *"Effects of capsaicinoid agents on peptide levels and behavioral function"*, T.L. Yaksh (PI) and C.W. Stevens (Co-I). **Procter and Gamble Co.**, $25,000. |
| 1985-1986 | *"Effects of drugs on the shock titration threshold in the primate"*, T.L. Yaksh (PI) and C.W. Stevens (Co-I). $10,000, **Sterling Winthrop Pharmaceuticals**. |

Ex. 4

### TEACHING EXPERIENCE

| | |
|---|---|
| 1990-2014 | Lecturer, *Medical Pharmacology I-II*, (Course-Coordinator 1997-2007) OSU-CHS, COM, Tulsa, OK |
| 2009-2013 | Instructor, *Receptors II* (graduate course, alternate years) OSU-CHS, COM, Tulsa, OK |
| 1997-2009 | Instructor, *Neuropharmacology* (graduate course, alternate years) OSU-CHS, COM, Tulsa, OK |
| 1991-2009 | Facilitator, *Medical Information Systems Course,* OSU-CHS, COM, Tulsa, OK |
| 2000-2004 | Visiting Professor, Neuroscience Lab Course, U of MN Medical School, Minneapolis, MN |
| 1998-2001 | Adjunct Professor of Pharmacology, University of Tulsa Nursing School, Tulsa, OK |
| 1989-1990 | Lecturer, *Pharmacology for Nurse Anesthetists*, University of Minnesota, Minneapolis, MN |
| 1989-1990 | Lecturer, *Neuropharmacology Course*, Dept. of Neurology, Univ. of MN, Minneapolis, MN |
| 1984-1987 | Community Education, *Juggling Instructor*, Rochester, MN |
| 1984-1987 | IBM-PC Instructor, *Microcomputer Education Cntr.*, Mayo Clinic, Rochester, MN |
| 1981-1983 | Teaching Assistant; *Dept. of Biological Sciences*, University of IL at Chicago, IL |

### ACADEMIC COMMITTEES

| | |
|---|---|
| 2011 | *Member,* Honorary Degree Committee, OSU-Stillwater |
| 2010-2012 | *Secretary,* Group 6 of the Graduate College, OSU-Stillwater |
| 2004 | *Member,* Research and Creative Activities Task Force, OSU-System, appt. by OSU President Schmidly |
| 2003 | *Member,* Search Committee for VP Health Affairs OSU/Dean OSU-COM |
| 2002-2003 | *President,* Faculty Senate |
| 2002-2003 | *Member,* Board of Directors for Academic Health Center, joint affiliation of TRMC and OSU-CHS |
| 2001-2002 | *Vice-President* Faculty Senate |
| 1994-2001 | *Founding Member & Chair (2000-2001)*, Biomedical Sciences Graduate Committee |
| 1996-2001 | *Chair,* Hazardous Materials and Equipment |
| 1994-98, 2000-16 | *Member, Chair (2001-2004; 2006-2007;2010-2013)* OSU-CHS Promotion and Tenure Committee |
| 1996-1998, 2009 | *Senator,* Faculty Senate |
| 1991-2000, 2006 | *Member, (Chair, 2006)* Research Committee |
| 1991-92, 2002-04 | *Member, (Chair, 2002-2004)* Academic Appeals Board |
| 1991-1992 | *Member,* Learning Resources Committee |
| 1990-1999 | *Chair (1990-1993), Member (1994-1999),* Animal Use Committee (IACUC) |

### PROFESSIONAL SOCIETY MEMBERSHIPS

International Narcotics Research Conference (INRC, member of Executive Committee)
American Society for Pharmacology and Experimental Therapeutics (ASPET)
Society for Neuroscience (SFN), American Association for the Advancement of Science (AAAS)
Committee on Problems of Drug Dependence (CPDD)

### HONORS AND AWARDS

| | |
|---|---|
| 2006 | Regents Research Award, Inaugural awardee for OSU-Center for Health Sciences |
| 1992 | Young Investigator Travel Award, American Pain Society, San Diego, CA |
| 1992 | NIDA Travel Award, International Narcotics Res. Comm. (INRC), Keystone, CO |
| 1991 | Young Investigator Travel Award, American Pain Society, New Orleans, LA |
| 1991 | Young Scientist Travel Award, ASPET Annual Meeting, San Diego, CA |
| 1990 | Fulbright Scholarship for Research & Teaching in India *(declined to accept faculty position)* |
| 1990 | CPDD Travel Award, CPDD Annual Meeting, Keystone, CO |
| 1989 | NIDA Travel Award, CPDD Annual Meeting, Keystone, CO |
| 1987 | Upjohn Travel Award, ASPET Annual Meeting, Honolulu, HA |
| 1987 | NIDA Training Grant, Gordon Research Conference, *"Mode of Action of Opiates"*, CA |
| 1983 | UIC Research Assistantship, University of Illinois, Chicago, IL |
| 1983 | NIH Training Grant, *"Neural Systems & Behavior"*, MBL Summer course, Woods Hole, MA |
| 1982 | UIC Research Board Travel Grant, *"Strategies for studying the role of peptides in neuronal function"*, Society for Neuroscience Short Course, Minneapolis, MN |

### GRADUATE TRAINING ACTIVITIES

| | |
|---|---|
| 1997-2000 | Chair/Major Advisor to Leslie C. Newman (Ph.D. student, completed 8/2000 with university-wide honors). |
| 1998-2005 | Member, Advisory Committee for John Paulson (Ph.D. student, completed 8/2005) |
| 2001-2005 | Chair, Advisory Committee for Eva Garringer (Ph.D. student, completed 5/2005) |
| 2002-2004 | Member, Advisory Committee for Randy Benton (M.S. student; completed 5/2004) |
| 2002-2004 | Member, Advisory Committee for Raju N. Kacham (M.S. student at OSU-CVHS, Stillwater; completed 5/2004) |
| 2001-2007 | Chair/Major Advisor to Kristin K. Martin (M.S. student; completed 5/2007) |

Ex. 4

## GRADUATE TRAINING ACTIVITIES (CONT.)

2003-2008    Chair/Major Advisor to Christopher M. Brasel (Ph.D. student, completed 5/2008)
2004-2008    Chair/Major Advisor to Shekher Mohan (Ph.D. student, completed 12/2008)
2005-2008    Chair/Major Advisor to Julie Duffey (M.S. student, completed M.S. degree 5/2008)
2007-2009    Member, Advisory Committee for Danielle Armstrong (M.S. student, completed M.S. 7/2009)
2006-2011    Member, Advisory Committee for Neda Saffarian-Toussi (Ph.D. student, Ph.D. awarded May, 2011)
2007-2011    Member, Advisory Committee for Arunkumar Thangaraju (Ph.D. student, Ph.D. awarded Dec., 2011)
2008-2011    Chair/Major Advisor to Shruthi Aravind (M.S. student, M.S. awarded May 2011)
2010-2013    Chair/Major Advisor to Larry Johnston (D.O./M.S. student)
2009-2013    Chair/Major Advisor to John Knox (D.O./M.S. student)
2011-2015    Chair/Major Advisor to Summer Dodson (Ph.D. degree awarded Summer, 2015)
2011-        Member, Advisory Committee for Leandra Figueroa (Ph.D. student)

## GRANT STUDY SECTIONS

Reviewer for NIH grants, Special Emphasis Pain Study Sections (1998-present)
Grant consultant for the AAAS, Univ of Michigan, Centers of Research Excellence project (2003)
Grant Reviewer for National Science Foundation (1996-2002)
Grant Reviewer for the Veterans Administration (1995- present)
Chair (1999), Member (1997) Biological Sciences Panel, Texas State Granting Program-Advanced Research Proposals
Grant Reviewer (2008) for Neuroscience and Mental Health Grants, The Wellcome Trust

## EDITORIAL & ADVISORY BOARDS/PEER-REVIEWER FOR THE FOLLOWING SCIENTIFIC JOURNALS

Peer-Reviewer for:*J. Pharmacol. Exp. Ther., Brain Research, Life Sciences, Neuroscience Letters, Eur. J. Pharmacology, J. Neuroscience, Pain, American Journal of Physiology, Journal of Pain, Laboratory Animals*
Editorial Advisory Board, *Pharmacology Online* (Italy), Editor: Anna Capasso.
Editorial Advisory Board, *Computational Biology and Chemistry: Advances and Applications,* Editor: Bruno Villoutreix
Advisory Board Member, Tobacco-Free Zone, Tulsa, OK
Consultant, Reuters News Service, Insight Service

## COMPUTER CONSULTING

SigmaPlot for Windows, $\beta$-tester, Jandel Scientific, CA, 1992-1999.
Reference Manager for Windows, $\beta$-tester, Research Information Systems, Inc., CA, 1993-1999.
Institute for Scientific Information (ISI), focus group meeting, San Francisco, CA, April, 1998.
Knowledge Acquisition Consultant for Ingenuity.com (2001).
$\beta$-tester for JPET Online Review and Submission website (2001).

## COMMUNITY SCIENCE INITIATIVES

Science Fair Judge at School (Carver and Elliot) and Regional (Tulsa County) Level, 1990-2010.
Institutional Representative for the Tulsa Biological and Clinical Research Alliance (TBCRA), 1998-2001
Science Enrichment for University of Tulsa- Gifted School, 1998-present, also at Trinity Episcopalian Day School.
Faculty Participant in High School Ambassador Program at OSU-CHS, 1994-2000
Workshop participant in "Speaking out for Science", sponsored by AAAS, March 28, 2009.
Member, Oklahomans for Excellence in Science Education.

## VISITING SCIENTIST/RESEARCH CONSULTANT/OUTSIDE COLLABORATION

1994 Laboratory of Tony L. Yaksh, Ph.D., Vice Chair for Research, Dept. of Anesthesiology, UCSD, La Jolla, CA. Project entailed characterization of met-enkephalin extended sequences in *Rana pipiens* and presentation to research group.
1996 Laboratory of George Wilcox, Ph.D., Professor of Pharmacology, University of Minnesota Medical School, Minneapolis, MN. Training of intrathecal catheterization to research group and general lab QC.
1999 Laboratory of Howard Gutstein, M.D./Ph.D., Director of Research, Dept. of Anesthesiology, MD Anderson Cancer Center, Houston, TX. Training of intrathecal catheterization and analgesic modeling techniques to research group.
2000 Research consultant for Ligand Pharmaceuticals, San Diego, CA.
2000 Laboratory of Dr. Sandra Roerig, Professor of Pharmacology/Associate Dean for Research, LSU Medical Center, Shreveport, LA. Training of intrathecal catheterization and analgesic modeling techniques to research group.
2000 Laboratory of Dr. James Zadina, Professor of Pharmacology/ Director of Neurosciences Program, Tulane University School of Medicine, New Orleans, LA. Training of intrathecal catheterization to research group.
2001 Visiting Professor, Neuroscience Lab Course, Dr. George Wilcox, co-director, University of Minnesota Neuroscience Program. Amphibian model for testing analgesics used in a live laboratory course (also subsequent years).
2001 Laboratory of Ken McCarson, Ph.D., Associate Professor of Pharmacology, University of Kansas Medical Center, Kansas City, KS. Training and collaboration on vanilloid-like receptor function in *Rana pipiens*.
2002 Laboratory of Paul Prather, Ph.D., Associate Professor of Pharmacology. University of Arkansas for Medical Sciences, Little Rock, AR. Collaboration on transfection of frog opioid receptors in cell lines.
2002 Visiting Professor, Dept. of Neuroscience, University of Minnesota Medical School, March 12-14, 2002.
2003 Visiting Professor, Dept. of Neuroscience, University of Minnesota Medical School, April 8 to 10, 2003.
2003 Visiting Professor, Dept. of Medicinal Chemistry, University of Mississippi, Oxford. MI, May 7-9, 2003.
2004 Visiting Professor, Dept. of Neuroscience, University of Minnesota Medical School, April 12-15, 2004.
2005 Visiting Professor, Dept. of Neuroscience, University of Minnesota Medical School, April 11-13, 2005.

3

Ex. 4

INVITED TALKS/SEMINARS/KEYNOTE PRESENTATIONS

1. *"Opioid antinociception in amphibians"*, Satellite Symposium: Behavioral Biology of Nociception: Comparative, Developmental, and Sexual Aspect, Society for Neuroscience, New Orleans, LA, November, 1987.

2. *"An amphibian model for the assessment of opioid action"*, Annual Meeting of the College on Problems in Drug Dependence (CPDD), Richmond, VA, June, 1989.

3. *"Alternatives to the use of mammals for pain research"*, OSU College of Veterinary Sciences, Annual Research Symposium, Stillwater OK, May 1991.

4. *"An amphibian model for pain research"*, Northeastern State University, Science and Technology Seminar Series, Tahlequah OK, October, 1991.

5. *"An amphibian model for pain research"*, Children's Medical Center, Chapman Research Institute Seminar Series, Tulsa OK, November, 1991.

6. *"An amphibian model for pain research"*, Oklahoma State University, Dept. of Zoology Seminar Series, Stillwater OK, January, 1992.

7. *"Alternatives to the use of mammals for opioid research"*, OSU College of Veterinary Sciences, Annual Research Symposium, Stillwater OK, May 1992.

8. *"An amphibian pain model for opioid research"*, University of Tulsa Biology Department Colloquium, Tulsa, OK, September 1992.

9. *"An amphibian pain model for opioid research"*, University of Oklahoma Health Sciences Center, Dept. of Anatomy, Oklahoma City, OK, October, 1992.

10. *"Studies of opioid tolerance in an amphibian pain model"*, 1st Annual Young Investigators Symposium, College on Problems in Drug Dependence (CPDD), Toronto, June, 1993.

11. *"Relative analgesic potency of mu and kappa opioids in amphibians: a unique assay for kappa opioid action?"*, College on Problems of Drug Dependence (CPDD), Palm Beach, FL, 1994.

12. *"An amphibian pain model for opioid research"*, UCSD, Anesthesiology Research Lab Group, April, 1994.

13. *"An amphibian model for pain research"*, Pharmacology Dept., LSU Med Center, New Orleans, 9/27/94.

14. *"Alternatives to the use of mammals for pain research"*, NIH/OPPR/LSU sponsored workshop, New Orleans, September 29-30, 1994.

15. *"Alternatives to the use of mammals for pain research: an amphibian model"*, SCAW/CCAC Conference, Toronto, Canada, September 28, 1995.

16. *"An amphibian model for studies of opioid action"*, University of Minnesota Medical School, Dept. of Pharmacology Seminar Series, Minneapolis, MN, January 19, 1996.

17. *"An alternative model for testing of opioid analgesics and pain research using amphibians"*, 2nd World Congress on Alternatives and Animal Use in the Life Sciences, Utrecht, Netherlands, October 21, 1996.

18. *"From Pond to Pain: An Amphibian Model for Opioid Analgesia"*, Anatomy/Physiology Seminar Series, University of Oklahoma Health Sciences Center, Oklahoma City, OK, May 20, 1997.

19. *"From Pond to Pain: An Amphibian Model for Opioid Analgesia"*, invited Symposium speaker, Annual Meeting of the Midwest Pain Interest Group (PIG), Medical College of Wisconsin, Milwaukee, WI, June 6, 1997.

20. *"Studies of selective mu opioid antagonism after spinal administration of beta-FNA in amphibians"*, invited Symposium speaker, College on Drug Dependence (CPDD) Annual Meeting, Nashville, TN, June 16, 1997.

21. *"The unireceptor hypothesis of opioid antinociception in amphibians: implications for the evolution of opioid receptors"*, invited Symposium speaker, International Narcotics Research Conference (INRC), Munich, Germany, July 20-25, 1998.

22. *"An Amphibian Whole-Animal Alternative for the Study of Pain"*, invited participant for symposium, All Creatures Weird and Wonderful: Revolutionary Approaches to Medical Discovery, AAAS Meeting, Anaheim, CA, Jan, 23, 1999.

23. *"Perspectives on Opioid Tolerance from Basic Research"*, MD Anderson-University of Texas Medical Center, Dept. of Anesthesiology and Critical Care, Houston, TX, November 18, 1999.

24. *"An Alternative Model for Pain and Analgesia Research Using Amphibians"*, invited Symposium speaker, Scientists Center for Animal Welfare (SCAW), Spring Meeting, Baltimore, MD, May 19, 2000.

25. *"From Pond to Pain: Investigating Mechanisms of Opioid Analgesia Using Amphibians"*, OSU, Zoology, Stillwater, OK, 9/22/00.

26. *"Investigating Mechanisms of Opioid Analgesia in Amphibians"*, LSU-Medical Center, Dept. of Pharmacology, Shreveport, LA, December 5, 2000.

27. *"An Amphibian Model for the Study of Opioid Analgesics"*, University of Kansas Medical Center, Dept. of Pharmacology, Toxicology and Therapeutics, Kansas City, KS, September 11, 2001 (re-scheduled and presented on December 11, 2001).

28. *"An Amphibian Model for Analgesia Testing"*, Univ. of Oklahoma Dental School, Student Research Society Annual Banquet, Myriad Convention Center, Oklahoma City, OK, April 12, 2002.

29. *"Mechanisms of Opioid Analgesia in Amphibians"*, Dept. of Neuroscience, Univ. of MN, Minneapolis, MN, April 16, 2002.

30. *"An Amphibian Model for Investigation of Opioid Analgesia and Pain-processing"*, at the Cross-Species Approach to Pain and Analgesia conference, sponsor: Mayday Fund, Airlie Conference Center, Warenton, VA, Sept. 19, 2002.

31. *"An Amphibian Model for Opioid Research"*, Dept. of Pharmacology and Toxicology, University of Arkansas for Medical Sciences, Little Rock, AR, October 16, 2002.

32. *"Opioid research using amphibians and the evolution of opioid receptors"*, Dept. of Medicinal Chemistry, University of Mississippi, Oxford. MI, May 8, 2003.

33. *"Opioid research using amphibians and the evolution of opioid receptors"*, invited Symposium speaker, British Society for Experimental Biology, Edinburgh, Scotland, April 2, 2004.

34. *"Opioid research using amphibians and the evolution of opioid receptors"*, invited Symposium speaker, European Opioid Conference, Budapest, Hungary, April 8, 2004.

4

Ex. 4

INVITED TALKS/SEMINARS/KEYNOTE PRESENTATIONS (CONT.)

35. *"Opioid research using amphibians: a unique perspective on the evolution of vertebrate opioid receptors"*, Seminar for the Center for Pain Research, University of Minnesota, Minneapolis, MN, April 15, 2004.

36. *"An Evolutionary Approach to Understanding Vertebrate Opioid Receptors"*, Veterinary Biomedical Sciences Seminar Series, OSU-College of Veterinary Medicine, Stillwater, OK, January 27, 2005.

37. *"Opioid research using amphibians: An Evolutionary Approach to Understanding Vertebrate Opioid Receptors"*, Seminar for the Department of Neuroscience, University of Minnesota Medical School, Minneapolis, MN, April 12, 2005.

38. *"Opioid analgesia research in amphibians: from behavioral assay to cloning opioid receptor genes"*, Keynote speaker, Annual meeting of the Association of Reptile and Amphibian Veterinarians, Baltimore, MD, April 23-26, 2006.

39. *"Insights on the Molecular Evolution of Vertebrate Opioid Receptors: From Frog to Man"*, Physiology Seminar Series, University of Oklahoma Health Sciences Center, Oklahoma City, OK, January 25, 2007.

40. *"Evolution of opioid receptors: why the mu opioid receptor would make Darwin proud"* INRC Annual Meeting, Charleston, SC, USA, July 15, 2008.

41. *"Evolution of Opioid Receptors: Why the Mu Opioid Receptor Would Make Darwin Proud"*, Veterinary Biomedical Sciences Seminar Series, OSU-Center for Veterinary Medical Sciences, OSU-Stillwater, Stillwater, OK, March 5, 2009.

42. *"Evolution of Opioid Receptors"*, AAAS-SWARM Meeting, Tulsa, OK, March 30, 2009.

43. *"Molecular Evolution of Vertebrate Opioid Receptors"*, Invited speaker, Genetics Group, St. Francis Hospital, March 15, 2012.

44. *"Molecular Evolution of Opioid Receptors"*, Seminar Speaker, Human Anatomy and Physiology Society (HAPS) Annual Meeting, University of Tulsa, May 28, 2012.

45. *"Ethical Issues of an Amphibian Pain Model"*, La souffrance animale: de la science au droit (Animal suffering: the science and the law) World Organization for Animal Health (OIE) Paris, France, October 18-19, 2012.

46. *"Pharmacological Exculpation or Mitigation: Effects of Drugs on Brain and Behavior"* Oklahoma Criminal Defense Institute, Hard Rock Casino, Tulsa, OK, June 23, 2016.

SCIENTIFIC PRESS

1. Stevens, C.W., *"No Pain, Some Gain: A New Model for Neuropathic Pain"*, Journal of NIH Research, May, 1990, p.33-35.

2. Stevens, C.W., *"Funding for Young Investigators"*, Letters to the Editor, Science, Vol. 255, p. 142, 1992.

3. Stevens, C.W., Response to *"Letters from the Editor"*, Lab Animal, Vol. 25, p. 42, 1996.

4. Stevens, C.W.; Response to *Protocol Review Column*, Lab Animal, Vol. 26, p 23-24, October, 1997.

5. Stevens, C.W., *"Evolution and Faith: Empathy Is Misplaced"*, Letters to the Editor, Science, Vol. 320, p. 745, 9 May 2008.

MEDIA ARTICLES/INTERVIEWS/PRESS CONFERENCES

1. *"Northern grass frog helps Tulsan gig research grants"*, Tulsa World Newspaper, August 21, 1992.

2. *"Research Grants"*, op-ed page, Tulsa World Newspaper, September 7, 1992 (*Animal rights response*).

3. *"Get Priorities Straight"*, op-ed page, Tulsa World Newspaper, September 20, 1992. (*support of research*)

4. *"Animal Research Needed"*, op-ed page, Tulsa World Newspaper, September 20, 1992. (*support*)

5. *"Who Suffers? Children or the Frogs?"*, op-ed page, Tulsa World Newspaper, September 27, 1992. (*support*)

6. *"The Frogman"*, Tulsa People Magazine, March, 1994. (*profile*)

7. *"Success by Six"* Interview on brain activity in children, KGRH, Tulsa 6pm Evening News, August 10, 1996

8. *"State's Share of Funds Short, Researchers Say"*, interviewed & (mis)quoted, The Daily Oklahoman, January 11, 1999.

9. *"State's Research Fund Malnourished"*, interviewed & (mis)quoted, Tulsa World, Jan. 15, 1999, p A10

10. *"All Creatures Weird and Wonderful: Revolutionary Approaches to Medical Discovery"*, Press Conference, American Association for the Advancement of Sciences (AAAS) Anaheim, CA, Jan 23, 1999.

11. *"Research Report"*, radio interview for Radio Netherlands, Jan 23, 1999.

12. *"Animals Hold Key to Cures: Medical Science Plumbs Secrets of Scorpions, Fish, Frogs"* SF Examiner, Jan. 25, 1999.

13. *"What will ease the pain? Ask a frog"*, Science News, Vol. 155, p. 91, February 6, 1999.

14. *"Painful Choices"*, New Scientist Online Conference Reports, Feb. 6, 1999.

15. *"Notebook: Frog Simplicity"*, The Scientist, Vol. 13 (4), p. 32, February 15, 1999.

16. *"Suffer the little amphibians"*, The London Times- Higher Education Supplement, Issue 1379, pp. 22-23, April 9, 1999.

17. *"Heat, Some Medicines Don't Mix"*, Tulsa World Newspaper, p A-9, August 4, 1999.

18. *"OSU grant allows pain medicine study"*, The Daily Oklahoman, p. 3-B, August 27, 2001

19. *"Research frogs may lead to medical leaps and bounds"*, The Tulsa World, Sept. 5, 2001.

20. *"OSU researchers to study pain relief"*, The Tulsa World, p. D-7, Aug. 22, 2002.

21. *"Of Frogs and Pain – Weird Lab Recognized"*, Tulsa Business Journal, Vol 12 (#36), p. 10, Sept 6-12, 2002.

22. *"Oklahoma Innovations Radio Show"*, invited guest to talk about OSU-CHS and OCAST-funded research, 3/4/03.

23. *"Oklahoma Scientists and the Human Genome"*, article about Dr. Stevens' lab, Oklahoma Magazine, Oct. , 2003.

24. *"OSU Professor Receives Grant"*, The Daily O'Collegian, OSU Newspaper, September 8, 2004.

25. *"The Other O.C. (Oxycontin)"*, The Tulsa World Newspaper, Feb, 17, 2005, D-1 (cont. D-6). CWS is the *"voice of reason"*.

26. *"Do Boiling Lobsters Feel Pain?"* interviewed for ABC news special series on pain, May 10, 2005. *http://abcnews.go.com*

27. *" Tough times add to panic, anxiety disorders"*, Tulsa World Newspaper interview, D-3, April 2, 2009.

28. *"Take pains to excercise"*, Tulsa World Newspaper interview, D-3, July 18, 2009.

Ex. 4

## MEDIA ARTICLES/INTERVIEWS/PRESS CONFERENCES (CONT.)

29. *"OSU medical students say juggling is great for the brain"*, Dr. Stevens' Med School juggling club and video interview by Rick Wells from Newson6.com, August 25, 2010 (video at: http://www.youtube.com/watch?v=BCFqa0D8BY8)

30. *"OSU Jugglers: Fox 23 Daybreak Show"*, Kristin Talent interview and juggling by Dr. Stevens, Feb. 11, 2011 (video at: http://clipsyndicate.com/video/playlist/0/2208385?wpid=9601)

31. *"Juggle Heads: Keeping both sides of brain active is key to a healthy mind"*, Tulsa World article by Kim Brown featuring interview and photos of Dr. Stevens and the Med School Chapter of the T-Town Juggling Club. Jan. 27, 2011.

32. *"Innovations Radio Show"*, interview with Dr. Stevens about his research on opioids. Oklahoma City, OK. April 6, 2011.

33. *"Letters to the Editor: Research Supported"*, The Tulsa World Newspaper, Aug. 28, 2011.

34. *"Turning to Frogs for Illegal Aid in Horse Races"*, The New York Times Newspaper – Front Page, June 20, 2012.

35. *"Secrets still shroud Clayton Lockett's execution"*, The Tulsa World Newspaper, May 11, 2014.

36. *"Questions, inconsistencies about Clayton Lockett execution remain unanswered"*, The Tulsa World, August 31, 2014.

37. *"Federal nursing home comparison website receives updates"*, The Tulsa World Newspaper, February 21, 2015.

38. *"Scientists in Tulsa conducting ground-breaking research to eliminate addiction"*, KOCO News at 6, Feb. 6, 2016.

## PEER-REVIEWED PRIMARY PUBLICATIONS

1. Stevens, C.W. and Pezalla, P.D., A spinal site mediates opiate analgesia in frogs. Life Sci. 33: 2097-2013, 1983.

2. Stevens, C.W. and Pezalla, P.D., Naloxone blocks the analgesic action of levorphanol but not dextrorphan in the leopard frog. Brain Research 301: 171-174, 1984.

3. Pezalla, P.D., and Stevens, C.W., Behavioral effects of morphine, levorphanol, dextrorphan, and naloxone in *Rana pipiens*. Pharm. Biochem. Behavior 21: 213-217, 1984.

4. Yaksh, T.I., and Stevens, C.W., Simple catheter preparation permitting bolus intrathecal administration during chronic intrathecal infusion. Pharmacology, Biochemistry and Behavior, 25: 483-485, 1986.

5. Stevens, C.W. and Yaksh, T.L., Spinal action of dermorphin an extremely potent opioid peptide from frog skin, Brain Research, 385: 300-304, 1986.

6. Stevens, C.W. and Yaksh, T.L., Dynorphin A and related peptides administered intrathecally in the rat: A search for putative *kappa* opiate receptor activity. J. Pharmacol. Exp. Ther., 238: 833-838, 1986.

7. Stevens, C.W. Pezalla, P.D., and Yaksh, T.L., Spinal antinociceptive action of three representative opioids in frogs. Brain Research, 402: 201-203, 1987.

8. Stevens, C.W., Weinger, M.B. and Yaksh, T.L., Intrathecal dynorphins suppress hindlimb electromyographic activity in rats. Eur. J. Pharmacol., 138: 299-302, 1987.

9. Stevens, C.W. and Yaksh, T.L., Chronic antagonist infusion does not increase morphine antinociception in rat spinal cord. Brain Research, 425: 388-390, 1987.

10. Stevens, C.W., Monasky M.S. and Yaksh, T.L., Spinal infusion of opiate and alpha-2 agonists in rats: Tolerance and cross-tolerance studies, J. Pharmacol. Exp. Ther. 244: 63-70, 1988.

11. Schick, R.R., Stevens, C.W., Yaksh, T.L. and Go, V.L.W., Chronic intraventricular administration of CCK octapeptide suppresses feeding in rats. Brain Research, 448:294-298, 1988.

12. Stevens, C.W., and Yaksh, T.L., Potency of infused spinal antinociceptive agents is inversely related to magnitude of tolerance after continuous infusion. J. Pharmacol. Exp. Ther. 250: 1-8, 1989.

13. Sosnowski, M., Stevens, C.W., and Yaksh, T.L., Assessment of the role of A1/A2 adenosine receptors mediating the purine antinociceptive, motor, and autonomic function in rat spinal cord. J. Pharmacol. Ther. 250: 915-922, 1989.

14. Stevens, C.W., and Yaksh, T.L., Time course characteristics of tolerance development to continuously infused antinociceptive agents in rat spinal cord. J. Pharmacol. Exp. Ther. 251: 216-233, 1989.

15. Stevens, C.W., and Yaksh, T.L., Magnitude of opioid dependence after continuous intrathecal infusion of *mu* and *delta* opioids in the rat. Eur. J. Pharmacol. 166: 467-472, 1989.

16. Morón, M.A., Stevens, C.W., and Yaksh, T.L., Diltiazem enhances and flunarizine inhibits nimodipine's antiseizure effects. Eur. J. Pharmacol. 163: 299-307, 1989.

17. Stevens, C.W. and Pezalla, P.D., Endogenous opioid system down-regulation during hibernation in amphibians. Brain Research, 494: 227-231, 1989.

18. Yanez, A., Sabbe, M.B., Stevens, C.W., and Yaksh, T.L., Interaction of midazolam and morphine in the rat spinal cord. Neuropharmacology 29: 359-364, 1990.

19. Morón, M.A., Stevens, C.W., and Yaksh, T.L., The antiseizure activity of dihydropyridine calcium channel antagonists in the conscious rat. J. Pharmacol. Exp. Ther. 252: 1150-1155, 1990.

20. Monasky, M., Zinsmeister, A., Stevens, C.W., and Yaksh, T.L., The interaction of intrathecal morphine and ST-91 on antinociception in the rat. J. Pharmacol. Exp. Ther. 254: 383-392, 1990.

21. Stevens, C.W., Lacey, C.B., Miller, K.E., Elde, R.P., and Seybold, V.S., Biochemical characterization and regional quantification of *mu*, *delta*, and *kappa* opioid binding sites in rat spinal cord. Brain Research 550: 77-85, 1991.

22. Stevens, C.W., Kajander, K.C., Bennett, G.J., and Seybold, V.S., Bilateral and differential changes in spinal *mu*, *delta* and *kappa* opioid binding in rats with a painful, unilateral neuropathy. Pain 46: 315-326, 1991.

23. Stevens, C.W. and Yaksh, T.L., Studies of morphine and DADLE cross-tolerance after continuous intrathecal infusion in the rat. Anesthesiology 76: 596-603, 1992.

6

Ex. 4

**PEER-REVIEWED PRIMARY PUBLICATIONS (CONT.)**

24. Stevens, C.W. and Kirkendall, K., Time course and magnitude of tolerance to the analgesic effects of systemic morphine in amphibians, Life Sciences 52: PL111-116, 1993.
25. Stevens, C.W., Alan J. Klopp, and J. Anthony Facello, Analgesic potency of *mu* and *kappa* opioids after systemic administration in amphibians. J. Pharmacol. Exp. Ther. 269: 1086-1093, 1994.
26. Brenner, G.M., Deason, L. I., Klopp, A.J., and Stevens, C.W. Analgesic potency of alpha-adrenergic agents after systemic administration in amphibians J. Pharmacol. Exp. Ther. 270: 540-545, 1994.
27. Stevens, C.W., Sangha S. and Ogg, B., Analgesia produced by immobilization stress and an enkephalinase-inhibitor in amphibians. Pharm. Biochem. Behav. 50: 675-680, 1995.
28. Stevens, C.W. and Seybold, V.S., Changes of opioid binding density in the rat spinal cord following unilateral dorsal rhizotomy, Brain Research 687: 53-62, 1995.
29. Willenbring, B. and Stevens, C.W., Thermal, mechanical, and chemical peripheral sensation in amphibians: opioid and adrenergic effects. Life Sciences 58: 125-133, 1996.
30. Stevens, C.W. Relative analgesic potency of *mu*, *delta*, and *kappa* opioids after spinal administration in amphibians. J. Pharmacol. Exp. Ther. 276: 440-448, 1996.
31. Stevens, C.W. and Brenner, G.M., Spinal administration of adrenergic agents produces analgesia in amphibians, Eur. J. Pharmacol., 316: 205-210, 1996.
32. Stevens, C.W., and Rothe, K.S., Supraspinal administration of opioids with selectivity for μ-, δ- and κ-opioid receptors produces analgesia in amphibians, European Journal of Pharmacology, 331: 15-21, 1997.
33. Willenbring, B. and Stevens, C.W., Spinal *mu*, *delta*, and *kappa* opioids alter chemical, mechanical and thermal sensitivities in amphibians Life Sciences 61: 2167-2176, 1997.
34. Stevens, C.W., and Newman, L.C., Spinal administration of selective opioid antagonists in amphibians: evidence for an opioid unireceptor. Life Sciences-Pharmacology Letters 64: PL125-130, 1999.
35. Newman, L. C., Wallace D.R. and Stevens, C.W., Characterization of [³H]-diprenorphine binding in *Rana pipiens*: observations of filter binding enhanced by naltrexone. J. Pharmacol. Toxicol. Meth. 41: 43-48, 1999.
36. Newman, L. C., Wallace D.R. and Stevens, C.W., Selective opioid agonist and antagonists displacement of [3H]-naloxone binding in amphibian brain, European Journal of Pharmacology, 397: 255-262, 2000.
37. Newman, L. C., Wallace D.R. and Stevens, C.W., Selective opioid agonist and antagonists competition for [3H]-naloxone binding in amphibian spinal cord, Brain Research, 884: 184-191, 2000.
38. Stevens, C.W., MacIver, D. N., Newman, L.C., Testing and comparison of non-opioid analgesics in amphibians, Cont. Topics in Lab. Animal Sciences 40: 47-51, 2001.
39. Newman, L. C., Sands, S.S., Wallace D.R. and Stevens, C.W., Characterization of selective μ, κ, and δ opioid radioligand binding in amphibian brain. Journal of Pharmacology and Experimental Therapeutics 301:364–370, 2002.
40. Mohan, S. and Stevens, C.W., Systemic and spinal administration of the *mu* opioid, remifentanil, produces antinociception in amphibians, European Journal of Pharmacology, 534: 89-94, 2006.
41. Stevens, C.W., Toth G., Borsodi A, Benyho B1, Xendorphin B1, a novel opioid-like peptide determined from a *Xenopus laevis* brain cDNA library, produces opioid antinociception after spinal administration in amphibians. Brain Res Bulletin., 71:628-632, 2007.
42. Stevens, C.W., Brasel, C.M. and Mohan, S.K., Cloning and bioinformatics of amphibian *mu*, *delta*, *kappa*, and nociceptin opioid receptors expressed in brain tissue: evidence for opioid receptor divergence in mammals. Neuroscience Letters, 419: 189-194, 2007
43. Davis, R.L., Buck, D.J., Saffarian, N. and Stevens, C.W., The opioid antagonist, β-funaltrexamine, inhibits chemokine expression in human astroglial cells. Journal of Neuroimmunology 186: 141-149, 2007.
44. Davis, R.L., Buck, D.J., Saffarian, N., Mohan, S.K., Desilva, U., Fernando, S.C., Stevens, C.W., β-funaltrexamine inhibits inducible nitric-oxide synthase expression in human astroglial cells. J. Neuroimmune Pharm. 3: 150-153, 2008.
45. Brasel, C.M., Sawyer, G.W. and Stevens, C.W., A pharmacological comparison of the cloned frog and human *mu* opioid receptors reveals differences in affinity and function. Eur J Pharmacol 599:36-43, 2008.
46. Stevens, C.W., Martin, K.K. and Stahlheber, B.W., Nociceptin produces antinociception after spinal administration in amphibians. Pharm Biochem Behav 91:436-440, 2009.
47. Mohan S.K., Davis R.L., Desilva U. and Stevens C.W., Dual regulation of *mu* opioid receptors in SK-N-SH neuroblastoma cells by morphine and interleukin-1*beta*: Evidence for opioid-immune crosstalk. J Neuroimmunology 227:26-34, 2010.
48. Stevens, C.W., Aravind S., Das S., and Davis R.L., Pharmacological characterization of LPS and opioid interactions at the toll-like receptor 4. Br J Pharmacol. 168:1421-1429, 2013.
49. Davis R.L., Das S., Buck, D.J., and Stevens, C.W., β-funaltrexamine inhibits chemokine (CXCL10) expression in normal human astrocytes. Neurochem. Int. 62:478-485, 2013.
50. Stevens, C.W., New pathways for an old molecule: the role of the Na⁺-K⁺ ATPase pump in peripheral neuropathy. J Neurol Sci. 340:3-4, 2014.
51. Davis, R.L., Das, S., Curtis, J.T., Stevens, C.W.,The opioid antagonist, β-funaltrexamine, inhibits NF-κB signaling and chemokine expression in human astrocytes and in mice. Eur J Pharmacol 762:193-201, 2015.

7

**Ex. 4**

PEER-REVIEWED PRIMARY PUBLICATIONS (CONT.)

52. Vardy E, Sassano MF, Rennekamp AJ, Kroeze WK, Mosier PD, Westkaemper RB, Stevens CW, Katritch V, Stevens RC, Peterson RT, Roth BL. Single amino acid variation underlies species-specific sensitivity to amphibian skin-derived opioid-like peptides. Chem Biol. 22:764-75, 2015.

53. Davis RL, Stevens CW, Thomas Curtis J.The opioid antagonist, β-funaltrexamine, inhibits lipopolysaccharide-induced neuroinflammation and reduces sickness behavior in mice. Physiol Behav. 173:52-60, 2017.

BOOKS, BOOK CHAPTERS, REVIEWS & CONFERENCE PROCEEDINGS

1. Yaksh, T.L., Durant, P., Onofrio, B. and Stevens, C.W., The effect of spinally administered agents on pain transmission in man and animals. In: *Spinal Opioids and the Relief of Pain*, J.M. Besson and J. Lazorthes (Eds.), INSERM 127: 317-332, 1984.

2. Yaksh, T.L., Durant, P.A.C., Gaumann, D.M., Stevens, C.W. and Mjanger, E., The use of receptor-selective agents as analgesics in the spinal cord: Trends and possibilities.  J. Pain Sympt. Manag. 2: 129-138, 1987.

3. Stevens, C.W. and Yaksh, T.L., Opioid and adrenergic spinal receptor systems and pain control, In: *Problems of Drug Dependence 1987*, Harris, L.S. (Ed.), NIDA Research Monograph, 81: 343-352, 1988.

4. Yaksh, T.L., Durant, P.A.C., Monasky, M.S., Stevens, C.W. and Schick, R.R., Spinal pharmacology of agents which alter pain transmission and muscle tone. In: *Local-Spinal Therapy of Spasticity*, H. Müller, J. Zierski, R.D. Penn, (Eds.), Springer-Verlag, Berlin, pp. 19-36, 1988

5. Yaksh, T.L., Stevens, C.W., Gaumann, D.M., and Mjanger, E., Receptors in the dorsal horn and intrathecal drug administration. In: *Neurological applications of implanted drug pumps*, Ann. NY Acad. Science 531: 90-107, 1988.

6. Yaksh, T.L. and Stevens, C.W., Properties of the modulation by receptor-selective agents of spinal nociceptive processing. In: *Proceedings of the 5th World Congress of Pain*, R. Dubner, G.F. Gebhart, M.R. Bond (Eds.), Elsevier Science Publishers, Amsterdam, pp. 417-435, 1988.

7. Yaksh, T.L., Mjanger, E., and Stevens, C.W., Pharmacology of the analgesic effects of opioid and non-opioid receptor selective agents in the spinal cord. J. Anest. Reanim. pp. 221-242, 1988.

8. Stevens, C.W., Opioid antinociception in amphibians, Brain Research Bulletin, 21: 959-962, 1988.

9. Stevens, C.W. and Yaksh, T.L., Opioid dependence after continuous intrathecal infusion of *mu* and *delta* opioids in the rat. In: *Problems of Drug Depend. '88*, Harris, L.S., (Ed.), NIDA Res. Mongr. 95:544-545, 1989.

10. Stevens, C.W., Kajander, K.C., Bennett, G.J., and Seybold, V.S., Differential regulation of opioid binding sites in an experimental model of chronic pain. In: *Proceedings of the 6th World Congress of Pain*, M.R. Bond, J.E. Charlton, C.J. Woolf (Eds.), Elsevier Science Publishers, Amsterdam, 283-289, 1991.

11. Stevens, C.W., Intraspinal opioids in frogs: a new behavioral model for the assessment of opioid action. In: *Problems of Drug Dependence 1990*, Harris, L.S., (Ed.), NIDA Research Monograph 105: 561-562, 1991.

12. Stevens, C.W., Alternatives to the use of mammals for pain research. Life Sciences 50: 901-912, 1992.

13. Adams, J.U., Izenwasser, S., Kramer, T.H., Stevens, C.W., Tiseo, P.J., and Unterwald, E.M., Tolerance and sensitization to opioids and cocaine. In: *Problems of Drug Dependence 1993*, Harris, L.S., (Ed.), NIDA Research Monograph 140: 69-73, 1994.

14. Stevens, C.W., Environmental factors influencing pain physiology in amphibians.  In: *Environment and Physiology: 38th Annual Conference of the Association of Physiologists and Pharmacologists of India*, Mallick, B.N. and Singh, R. (Eds.), Narosa Publishing House, New Delhi, pps. 54-61, 1994.

15. Stevens, C.W., Perspectives on opioid tolerance from basic research: behavioral studies after spinal administration in rodents. In: *Cancer Surveys: Palliative Medicine Volume 21*, Banks, G.W. (Ed.), Cold Spring Harbour Laboratory Press, London, pps. 25-47, 1994.

16. Stevens, C.W. Relative analgesic potency of *mu* and *kappa* opioids in amphibians: a unique assay for *kappa* opioid action? In: *Problems of Drug Dependence 1994*, Harris, L.S., (Ed.), NIDA Research Monograph 152: 446, 1995.

17. Stevens, C.W., An amphibian model for pain research, *Lab Animal*: 24: 32-36, 1995.

18. Stevens, C.W. An amphibian model for the assessment of opioid analgesia: systemic and spinal studies. Proc. International Narcotics Research Conference, *Analgesia* 1: 766-769, 1995.

19. Rothe-Skinner, K.S. and Stevens, C.W., Distribution of opioid-expressing neurons in the frog: an *in situ* hybridization study. Proc. International Narcotics Research Conference, *Analgesia* 1: 683-686, 1995.

20. Stevens, C.W. and Paul, D.J. Opioid analgesia after spinal administration in amphibians: binding and behavioral studies, In: *Problems of Drug Dependence 1995*, Harris, L.S., (Ed.), NIDA Research Mon., 162: p 222, 1996.

21. Stevens, C.W. An alternative model for testing opioid analgesics and pain research using amphibians, In: van Zutphen, L.F.M., and Balls, M. (eds) *Animal Alternatives, Welfare and Ethics*, Elsevier Science Publishers, Amsterdam, pp. 247-251, 1997

22. Stevens, C.W. and Willenbring, S., Pain sensation and analgesia in amphibians and reptiles, In: *The Biology, Husbandry and Health Care of Reptiles and Amphibians Vols. I,II,III*. Ackerman, L. (Ed.), T.F.H. Publications, Neptune City, New Jersey, pp. 309-324, 1997.

23. Stevens, C.W., A whole-animal, alternative model for pain research. Animal Welfare Information Center (AWIC) Newsletter, Volume 8: 3-5, 1998.

24. Stevens, C.W., An amphibian model for investigation of opioid analgesia and pain-processing. In: Proceedings of the Mayday Conference: A Cross-Species Approach to Pain and Analgesia - 2002, Ludders J.W., et al. (Eds.). International Veterinary Information Service, Ithaca NY (www.ivis.org), 2002; P0512.1202.

BOOKS, BOOK CHAPTERS, REVIEWS & CONFERENCE PROCEEDINGS (CONT.)

25. Stevens, C.W., Opioid research in amphibians: a unique perspective on mechanisms of opioid analgesia and the evolution of opioid receptors. *Reviews in Analgesia* 7: 69-82, 2003.
26. Stevens, C.W., Opioid research in amphibians: an alternative pain model yielding insights on the evolution of opioid receptors. *Brain Res Brain Res Rev.* 46:204-15, 2004.
27. Stevens, C.W., Molecular evolution of vertebrate opioid receptor proteins: a preview. In: *Recent Developments in Pain Research, 2005*, pps. 13-29, Ed. Capasso, A., Research Signpost, Kerala, India, 2005.
28. Brenner, G.M. and Stevens, C.W., *Pharmacology*, 2/e. Pharmacology textbook for medical and health professional students, Saunders/Elsevier, Philadelphia/London, March, 2006.
29. Stevens, C.W. Opioid analgesia research in amphibians: from behavioral assay to cloning opioid receptor genes. *Proceedings of the Annual Conference of the Association of Reptilian and Amphibian Veterinarians* 13: 9-15, 2006.
30. Stevens, C.W., Non-Mammalian Models for the Study of Pain, in *Sourcebook of Models for Biomedical Research*, Ed. Conn, M., Humana Press, Towata, NJ, USA, pp. 341-352, 2008.
31. Stevens, C.W., The evolution of vertebrate opioid receptors, *Frontiers in Bioscience*, 14: 1247-1269, 2009.
32. Brenner, G.M. and Stevens, C.W., *Pharmacology*, 3/e. Pharmacology textbook for medical and health professional students, Saunders/Elsevier, Philadelphia/London, February, 2009.
33. Stevens, C.W. Alternative Models for Pain Research: A Translational, Non-Mammalian Model with an Ethical Advantage, in *Translational Neuroscience and its Advancement of Animal Research Ethics*, pp. 3-27, Eds. Warnick, J.E. and Kalueff, A.V., Nova Science Publishers, New York, NY, USA, 2010.
34. Stevens, C.W., Analgesia in Amphibians: Preclinical Studies and Clinical Applications, Veterinary Clinics of North America: Exotic Animal Practice, 14:33-44, 2011.
35. Stevens, C.W. (Editor) *Methods for the Discovery and Characterization of G Protein-Coupled Receptors*, Neuromethods vol. 60, Humana Press, Springer Science+Business Media, LLC, New York, NY, 2011.
36. Stevens, C.W., Deciphering the molecular evolution of vertebrate G protein-coupled receptors. In Stevens, C.W. (Ed.) *Methods for the Discovery and Characterization of G Protein-Coupled Receptors*, Neuromethods vol. 60, Humana Press, Springer Science+Business Media, LLC, New York, NY, 2011.
37. Brenner, G.M. and Stevens, C.W., *Pharmacology*, *4th edition*. Pharmacology textbook for medical and health professional students, Saunders/Elsevier, Philadelphia/London, 2013.
38. Stevens, C.W. (Editor) *G Protein-Coupled Receptor Genetics: Research and Methods in the Post-Genomic Era*, Springer Science+Business Media, LLC, New York, NY, 2014.
39. Stevens, C.W., G Protein-Coupled Receptor Genetics: Research and Methods in the Post-Genomic Era. In Stevens, C.W. (Ed.) *G Protein-Coupled Receptor Genetics: Research and Methods in the Post-Genomic Era*, Springer, New York, NY, 2014.
39. Vardy, E., Roth, B.L., Stevens, C.W., The functional evolution of opioid family G protein-coupled receptors. In Stevens, C.W. (Ed.) *G Protein-Coupled Receptor Genetics: Research and Methods in the Post-Genomic Era*, Springer, New York, NY, 2014.
40. Stevens, C.W., Bioinformatics and evolution of vertebrate nociceptin and opioid receptors. In Litwack, G. (Ed.) *Vitamins and Hormones Volume 97*, Burlington: Academic Press, 2015.
41. Brenner, G.M. and Stevens, C.W., *Brenner and Stevens' Pharmacology, 5th edition*. Pharmacology textbook for medical and health professional students, Saunders/Elsevier, Philadelphia/London, 2018.
42. Stevens, C.W., The Discovery of a Spinal Portal for Pain and Analgesia. In: Farquhar-Smith et al. (Eds.) Landmark Papers in Pain, Oxford University Press, Oxford, UK, 2018.
43. Stevens C.W., *Foreword*, In: Soysa NS, Basics in Pharmacology, S. Godage and Brothers, Colombo, Sri Lanka, 2018.
44. Stevens, C.W., The Drug Expert: A Practical Guide to the Impact of Drug Use in Legal Proceedings. Academic Press/Elsevier, Philadelphia/London, 2019 (in preparation).

CONFERENCE ABSTRACTS

1. Stevens, C.W. and Pezalla, P.D., Antinociceptive activity of intraspinal morphine and naloxone attenuation in *Rana pipiens*, Chicago Chapter Soc. Neuroscience, 1983.
2. Stevens, C.W. and Pezalla, P.D., Dextrorphan analgesia in *Rana pipiens*, Committee on Neuroscience, University of Illinois, 1984.
3. Pezalla, P.D., Stevens, C.W. and Dicig, M., Opioid and non-opioid pain control systems in an amphibian, Chicago Chapter Society for Neuroscience (SFN), 1984.
4. Stevens, C.W. and Yaksh, T.L., Is intrathecal dynorphin A a *kappa* ligand in rats? Society for Neuroscience (SFN) Dallas, Texas, Oct. 20-25, 1985.
5. Stevens, C.W. and Yaksh, T.L., Studies of opiate tolerance in spinal catheterized rats, Society for Neuroscience (SFN) Washington, DC, Nov. 9-14, 1986.
6. Stevens, C.W. and Yaksh, T.L., Time course of tolerance development in rat spinal cord, American Society of Pharmacology and Experimental Therapeutics (ASPET), Honolulu, HA, 1987.
7. Stevens, C.W. and Yaksh, T.L., Time course of tolerance development to antinociceptive agents in rat spinal cord, Society for Neuroscience (SFN), New Orleans, Louisiana, Nov. 16-21, 1987.
8. Morón, M.A., Yaksh, T.L., and Stevens, C.W., Further studies on the anticonvulsant activity of nimodipine. Workshop: Pre-clinical Studies with Nimodipine, Miles Pharmaceutical, 1988.
9. Morón, M.A., Yaksh, T.L., and Stevens, C.W., The anti-epileptic activity of eight dihydropyridine calcium channel antagonists: mechanism of action, American Society of Pharmacology and Experimental Therapeutics (ASPET) 1988.

Ex. 4

**CONFERENCE ABSTRACTS (CONT.)**

10. Morón, M.A., Yaksh, T.L., and Stevens, C.W., Diltiazem enhances and flunarizine suppresses nimodipine's anti-epileptic actions: a reflection of allosteric binding interactions at the dihydropyridine binding site?, Society for Neuroscience (SFN) Toronto, Canada, Nov. 13-18, 1988.

11. Sabbe, M., Yanez-Gonzalez, A., Stevens, C.W., and Yaksh, T.L., Society for Neuroscience (SFN) Toronto, Canada, Nov. 13-18, 1988.

12. Sosnowski, M., Stevens, C.W., and Yaksh, T.L., Effects of intrathecal adenosine receptor agonists on the nociceptive, motor, and bladder function in the rat, Society for Neuroscience (SFN) Toronto, Canada, Nov. 13-18, 1988.

13. Stevens, C.W., and Yaksh, T.L., Infusion potency is inversely related to the magnitude of spinal antinociceptive tolerance, Society for Neuroscience (SFN) Toronto, Canada, Nov. 13-18, 1988.

14. Stevens, C.W., and Yaksh, T.L., Opioid dependence after continuous intrathecal infusion of *mu* and *delta* opioids in the rat. College on Problems of Drug Dependence (CPDD) 1989, Keystone, CO, USA, June 19-22, 1989.

15. Stevens, C.W., Kajander, K.C., Bennett, G.J., and Seybold, V.S., Analysis of *mu*, *delta*, and *kappa* opioid binding sites in the spinal cord of rats in a model of neuropathic pain. Society for Neuroscience (SFN) Phoenix, Arizona, Oct. 29-Nov. 3, 1989.

16. Stevens, C.W., Kajander, K.C., Bennett, G.J., and Seybold, V.S., Differential regulation of opioid binding sites in the spinal cord of rats in an experimental model of chronic pain. International Association for the Study of Pain (IASP) 1990.

17. Stevens, C.W. and Seybold, V.S., Distribution of *mu*, *delta*, and *kappa* opioid receptors in rat spinal cord after unilateral dorsal rhizotomy. Society for Neuroscience (SFN) St. Louis, Missouri, Oct. 28-Nov. 2, 1990.

18. Stevens, C.W., Spinal analgesia in frogs: studies with highly-selective opioid agents. American Society of Pharmacology and Experimental Therapeutics (ASPET), Atlanta, GA, USA, April 21-25, 1991.

19. Kirkendall, K. and Stevens, C.W., Studies of morphine tolerance in amphibians, Oklahoma Academy of Science Annual Meeting, Durant, OK, 1991.

20. Stevens, C.W., Spinal analgesia in frogs: studies with highly-selective opioid agents. Society for Neuroscience (SFN) New Orleans, Louisiana, Nov. 10-15, 1991.

21. Stevens, C.W., Relative potency of systemic opioids and morphine tolerance in an amphibian pain model. Joint meeting of International Narcotics Res. Comm. (INRC) and College on Problems of Drug Dependence (CPDD), Keystone, CO, 1992.

22. Stevens, C.W., and Klopp, A.J., Opioid analgesia after systemic administration of eight opioid agents in amphibians, Society for Neuroscience (SFN) Anaheim, California, Oct. 25-30, 1992.

23. Mitchell, M.A., Stevens, C.W., and Klopp, A.J., Sedative-induced analgesia in a non-mammalian vertebrate pain model, American Osteopathic Association Meeting, San Diego, CA, 1992.

24. Stevens, C.W., Brenner, G.M., Deason, L.L., and Klopp, A.J., Studies of opioid and alpha-2 analgesia and morphine tolerance in amphibians. Inaugural Symposium of the Oklahoma Center for Neuroscience, Oklahoma City, OK, 1992.

25. Stevens, C.W., Studies of morphine tolerance in an amphibian pain model. College on Problems of Drug Dependence (CPDD), Toronto, Canada, 1993.

26. Stevens, C.W., Opioid analgesia after systemic administration of eight opioid agents in amphibians, 7th World Congress, International Association for the Study of Pain (IASP), Paris, France, 1993.

27. Deason, L.L., Brenner, G.M., and Stevens, C.W., Alpha$_2$-analgesia after systemic administration of adrenergic agents in amphibians, Society for Neuroscience (SFN) Washington, DC, Nov. 7-12, 1993.

28. Stevens, C.W., Deason, L.L., and Brenner, G.M., Analgesic action of intraspinal adrenergic agents in amphibians, Society for Neuroscience (SFN) Washington, DC, Nov. 7-12, 1993.

29. Stevens, C.W., Brenner, G.M., Analgesic action of opioid and adrenergic agents in amphibians. American Society of Pharmacology and Experimental Therapeutics (ASPET), 1994.

30. Stevens, C.W., Relative analgesic potency of *mu* and *kappa* opioids in amphibians: a unique assay for *kappa* opioid action?, College on Problems of Drug Dependence (CPDD), Palm Beach, FL, 1994.

31. Stevens, C.W., Studies of dynorphin and *kappa* opioid agents after spinal administration in amphibians, Society for Neuroscience (SFN) Miami Beach, Florida, Nov. 13-18, 1994.

32. Rothe-Skinner, K. S. and Stevens, C.W., Dynorphin expression in amphibian brain and spinal cord: *in situ* hybridization studies, Society for Neuroscience (SFN) Miami Beach, Florida, Nov. 13-18, 1994.

33. Stevens, C.W., Analgesic action of spinal *mu*, *delta*, and *kappa* opioids in amphibians. American Society of Pharmacology and Experimental Therapeutics (ASPET), Atlanta, GA, USA, 1995.

34. Stevens, C.W., and Paul, D.J. Opioid analgesia after spinal administration in amphibians: binding and behavioral studies, College on Problems of Drug Dependence (CPDD), Scottsdale, AZ, 1995.

35. Stevens, C.W., An amphibian model for the assessment of opioid analgesia: systemic and spinal studies. International Narcotics Research Committee (INRC) St. Andrews, Scotland, UK, July 8-13, 1995.

36. Rothe-Skinner, K.S. and Stevens, C.W., Distribution of opioid-expressing neurons in the frog: an *in situ* hybridization study International Narcotics Research Committee (INRC) St. Andrews, Scotland, UK, July 8-13, 1995.

37. Willenbring, B.S. and Stevens, C.W., Somatic hypersensitivity following peripheral nerve injury in frogs: a novel model for studying neuropathic pain, American Pain Society (APS) Los Angeles, California, Nov. 8-11, 1995.

38. Willenbring, B.S. and Stevens, C.W., Effects of morphine or nerve injury on mechanical and chemical response thresholds in frogs, Society for Neuroscience (SFN) San Diego, California, Nov. 11-16, 1995.

39. Stevens, C.W. and Brenner, G.M. Studies of opioid and alpha$_2$ analgesia after spinal administration in amphibians, Society for Neuroscience (SFN) San Diego, California, Nov. 11-16, 1995.

40. Rothe-Skinner, K.S. and Stevens, C.W., Analgesia produced by intracerebroventricular injection of morphine in amphibians, College on Problems of Drug Dependence (CPDD), San Juan, Puerto Rico, 1996.

Ex. 4

CONFERENCE ABSTRACTS (CONT.)

41. Stevens, C.W., Deason, L., and Rothe-Skinner, K.S., Analgesia after icv injection of *mu*, *delta*, and *kappa* opioids in amphibians. International Narcotics Research Conference (INRC), Long Beach, CA, July, 1996.

42. Stevens, C.W., An alternative model for the testing of opioids and pain research using amphibians. 2nd World Congress on Animal Alternatives and Use in the Life Sciences, Utrecht, Netherlands, October, 1996.

43. Stevens, C.W., and Deason, L.L., Seasonal variation in analgesic thresholds to morphine and melatonin analgesia in amphibians, Society for Neuroscience (SFN) Washington, DC, Nov. 16-21, 1996.

44. Willenbring S. and Stevens, C.W. Spinal opioid pharmacology in the frog: chemical, thermal and mechanical sensitivities, Society for Neuroscience (SFN) Washington, DC, Nov. 16-21, 1996.

45. Stevens, C.W. and Newman, L.C., Studies of selective *mu* opioid antagonism after spinal administration of β-FNA in amphibians, College on Problems of Drug Dependence (CPDD) Nashville, TN, June, 12-18, 1997.

46. Hamamoto, D.T., Willenbring, S., Stevens, C.W., and Kajander, K.C., Changes in tissue pH and responses of cutaneous receptors to acetic acid application in the frog. Society for Neuroscience (SFN) New Orleans, Louisiana, Oct. 25-30, 1997.

47. Willenbring S. and Stevens, C.W., Glycinergic mechanisms in amphibian peripheral sensitivity. Society for Neuroscience (SFN) New Orleans, Louisiana, Oct. 25-30, 1997.

48. Stevens, C.W. and Newman, L.C., Selective opioid antagonists and spinal opioid analgesia in amphibians. Society for Neuroscience (SFN) New Orleans, LA, October 27-Nov. 1, 1997.

49. Stevens, C.W. and Newman, L.C., The unireceptor hypothesis of opioid antinociception in amphibians. American Society of Pharmacology and Experimental Therapeutics (ASPET), San Francisco, April, 1998.

50. Stevens, C.W. Newman, L.C., and D.R.Wallace, The unireceptor hypothesis of opioid antinociception in amphibians: Implications for the functional evolution of opioid receptors. International Narcotics Research Conference (INRC) Garmisch-Partenkirchen, Germany, July 1998.

51. Stevens, C.W. and Newman, L.C., Evolution of opioid receptors: the unireceptor hypothesis of opioid antinociception in amphibians, International Union of Pharmacology (IUPHAR) Munich, Germany, July, 1998.

52. Stevens, C.W. and Newman, L.C., The unireceptor hypothesis of opioid antinociception in amphibians, Society for Neuroscience (SFN) Los Angeles, CA, November 7-12, 1998.

53. Stevens, C.W., Newman, L.C., and Wallace D.R., Binding and behavioral studies of the opioid unireceptor in amphibians, International Narcotics Research Conference (INRC) Saratoga Springs, NY, July 10-15, 1999.

54. Stevens, C.W. and Newman, L.C., The unireceptor hypothesis of opioid antinociception in amphibians: behavioral studies, Society for Neuroscience (SFN) Miami Beach, FL, October 23-28, 1999.

55 Newman, L.C., Wallace, D.R., and Stevens, C.W., The unireceptor hypothesis of opioid antinociception in amphibians: binding studies, Society for Neuroscience (SFN) Miami Beach, FL, October 23-28, 1999.

56. Stevens, C.W., Maciver D., and Newman, L.C., Testing and comparison of non-opioid analgesics in amphibians, American College of Laboratory Animal Medicine (ACLAM) Fort Myers, FL, May 21-24, 2000.

57. Stevens, C.W., Newman, L.C., Wallace, D.R., From pond to pain: From pond to pain: Amphibian opioid unireceptors and speculations on the divergence of mammalian mu, kappa, and delta opioid receptor types, Committee on Problems of Drug Dependence (CPDD) San Juan, Puerto Rico, June 17-22, 2000.

58. Stevens, C.W., Newman, L.C., and Wallace, D.R., Mu, kappa, and delta opioid radioligand binding in amphibian brain, International Narcotics Research Conference (INRC) Seattle, WA, July 15-20, 2000.

59. Stevens, C.W., Newman, L.C., and Wallace, D.R., Amphibian opioid receptors: characterization of mu, kappa, and delta opioid ligand binding, Society for Neuroscience (SFN) New Orleans, LA, November 4-9, 2000.

60. Stevens, C.W., Newman, L.C., and Wallace, D.R., Opioid receptors in amphibian brain: radioligand binding studies, American Society of Pharmacology and Experimental Therapeutics (ASPET) Orlando, FL, March 30-April4, 2001.

61. Sands, S.S., Wallace, D.R., and Stevens, C.W., Chronic opioid agonist regulation of a novel opioid receptor in amphibians, International Narcotics Research Conference (INRC) Helsinki, Finland, July 14-20, 2001.

62. Sands, S.S., Wallace, D.R., and Stevens, C.W., Chronic morphine regulation of opioid receptors in amphibian brain, Society for Neuroscience (SFN) San Diego, CA, November 10-15, 2001

63. Stevens, C.W. and C.M. Brasel, Cloning of an *mu* opioid-like receptor in an amphibian, *Rana pipiens*, Committee on Problems of Drug Dependence (CPDD) Quebec City, Canada, June 8-13, 2002.

64. Sands, S.S. and Stevens, C.W., Characterization of opioid receptor types in amphibian spinal cord, International Narcotics Research Conference (INRC) Pacific Grove, CA, July 9-14, 2002.

65. Stevens, C.W. and C.M. Brasel, Sequence and homology of a *mu* opioid-like receptor in an amphibian, International Narcotics Research Conference (INRC) Pacific Grove, CA, July 9-14, 2002.

66. Martin, K.K. and Stevens, C.W., Nociceptin analgesia after spinal administration in amphibians, Society for Neuroscience (SFN) Orlando, FL, November 2-7, 2002.

67. Stevens, C.W. and C.M. Brasel, Cloning and homology of a *mu* opioid-like receptor from amphibian brain tissue, Society for Neuroscience (SFN) Orlando, FL, November 2-7, 2002.

68. Stevens, C.W. and C.M. Brasel, Evolution of opioid receptors: insights from the cloning of opioid-like receptors in amphibians, American Society of Pharmacology and Experimental Therapeutics (ASPET), San Diego, CA, April 11-15, 2003.

69. C.M. Brasel and Stevens, C.W., Cloning and homology of an ORLI/nociceptin-like receptor from amphibian brain and spinal cord, International Narcotics Research Conference (INRC) Perpignan, France, July 6-11, 2003.

70. Stevens, C.W. and C.M. Brasel, Cloning of opioid-like receptors in amphibians: insights on the evolution of opioid receptors, International Narcotics Research Conference (INRC) Perpignan, France, July 6-11, 2003.

71. Martin, K.K. and Stevens, C.W., Nociceptin analgesia after spinal administration in amphibians, Society for Neuroscience (SFN) New Orleans, LA, November 8-12, 2003.

72. C.M. Brasel and Stevens, C.W., Cloning and homology of an ORLI/nociceptin-like receptor from amphibian brain and spinal cord, Society for Neuroscience (SFN) New Orleans, LA, November 8-12, 2003.

73. Stevens, C.W. and C.M. Brasel, Cloning of opioid-like receptors in amphibians: insights on the evolution of opioid receptors, Society for Neuroscience (SFN) New Orleans, LA, November 8-12, 2003.

74. Stevens, C.W., Opioid research in amphibians: an alternative pain model yielding insights on the evolution of opioid receptors, British Society for Experimental Biology (SEB) Edinburgh, Scotland, April 2-5, 2004.

11

CONFERENCE ABSTRACTS (CONT.)

75.  Stevens, C.W., Opioid research in amphibians: behavioral and molecular studies on the evolution of opioid receptors, European Opioid Conference (EOC) Visegrad, Hungary, April 6-9, 2004.

76.  C.M. Brasel, K.K. Martin, and Stevens, C.W., An amphibian *ORL1* receptor suggests pattern of vertebrate opioid receptor evolution, International Narcotics Research Conference (INRC), Kyoto, Japan, July 18-23, 2004.

77.  Stevens, C.W. and C.M. Brasel, Molecular evolution of vertebrate opioid receptors: the amphibian contribution, International Narcotics Research Conference (INRC), Kyoto, Japan, July 18-23, 2004.

78.  C.M. Brasel and Stevens, C.W., Phylogenetic analysis vertebrate opioid receptors, Society for Neuroscience (SFN) San Diego, CA, Oct. 23-27, 2004.

79.  Stevens, C.W., Opioid receptors in vertebrates: evolution of ligand type-selectivity, American Society of Pharmacology and Experimental Therapeutics (ASPET) San Diego, CA, April 1-6, 2005.

80.  Stevens, C.W. and T.B. Summers, From one to four: gene duplications and the evolution of *mu, delta*, and *kappa* type-selectivity of vertebrate opioid receptors, International Narcotics Research Conference (INRC) Annapolis, MD, July 10-15, 2005.

81.  Mohan, S.K. and Stevens, C.W., Studies of remifentanil in amphibians. Society for Neuroscience (SFN) Washington DC, November 12–16, 2005.

82.  Brasel, C.M. and Stevens, C.W., Opioid receptors in vertebrates: evolution of ligand type-selectivity. Society for Neuroscience (SFN) Washington DC, November 12–16, 2005.

83.  Davis, R.L., Buck, D.J., Saffarian, N., and Stevens, C.W., The opioid antagonist, β-funaltrexamine, inhibits chemokine expression in human astroglial cells. International Narcotics Research Conference (INRC) St. Paul, MN, July 9-14, 2006.

84.  Brasel, C.M. and Stevens, C.W., Comparison of MOR opioid receptors from amphibians and humans, Society for Neuroscience (SFN) Atlanta, GA, November 12–16, 2006.

85.  Davis, R.L., Buck, D.J., Saffarian, N., and Stevens, C.W., Inhibition of chemokine expression in human astroglial cells by the opioid receptor antagonist β-FNA, Society for Neuroscience (SFN) Atlanta, GA, November 12–16, 2006.

86.  Mohan, S.K. and Stevens, C.W., Human *mu* opioid receptor-1 expression in SK-N-SH cells after IL-1beta treatment, Society for Neuroimmune Pharmacology (SNIP), Salt Lake City, UT, April 11-14, 2007.

87.  Sawyer, G.W., Stevens, C.W., and Brasel, C.M, Pharmacological comparison of human and frog *mu* opioid receptors. Committee on Problems of Drug Dependence (CPDD) Quebec City, Canada, June 16-21, 2007.

88.  Sawyer, G.W., Stevens, C.W., and Brasel, C.M, Pharmacological comparison of human and frog MOR. International Narcotics Research Conference (INRC) Berlin, Germany, July 8-13, 2007.

89.  Mohan, S.K. and Stevens, C.W., Opioid receptors in the chick, *Gallus gallus*. Society for Neuroscience (SFN) San Diego, CA, November 3-7, 2007.

90.  Brasel, C.M., Sawyer, G.W., and Stevens, C.W., Pharmacological comparison of human and frog *mu* opioid receptors: differences in receptor internalization. Society for Neuroscience (SFN) San Diego, CA, November 3-7, 2007.

91.  Stevens, C.W., Brasel, C.M., and G.W. Sawyer, Characterization of receptor internalization and inhibition of cAMP in cell lines expressing amphibian or human *mu* opioid receptors. American Society of Pharmacology and Experimental Therapeutics (ASPET) San Diego, CA, U.S.A., April 5-9, 2008.

92.  Mohan, S.K., Fernando, S.C., DeSilva, U., Davis, R.L. and Stevens, C.W., Signaling pathways involved in IL-1β-induced regulation of hMOR expression in neurons, International Congress of Neuroimmunology, 2008

93.  Stevens, C.W., C.M. Brasel, and G.W. Sawyer, Comparison of amphibian and human *mu* opioid receptors: differences in receptor internalization and inhibition of cAMP in stable cell lines. Committee on Problems of Drug Dependence (CPDD) San Juan, Puerto Rico June 14-19, 2008.

94.  Stevens, C.W., Evolution of opioid receptors: why the *mu* opioid receptor would make Darwin proud. International Narcotics Research Conference (INRC) Charleston, SC, USA, July 13-18, 2008.

95.  Mohan, S.K., Fernando, S.C., DeSilva, U., Davis, R.L. and Stevens, C.W., Molecular signals responsible for IL-1beta effects on hMOR expression in SK-N-SH cells: potential targets for opioid tolerance treatment? Society for Neuroscience (SFN) Washington DC, USA, November 15-19, 2008.

96.  Stevens, C.W., Evolution of opioid receptors: why the *mu* opioid receptor would make Darwin proud. Society for Neuroscience (SFN) Washington DC, USA, November 15-19, 2008.

97.  Davis, R.L., Buck, D.J., Armstrong, D.R., Saffarian, N., Mohan, S.K., Fernando, S.C., DeSilva, U. and CW. Stevens, β-Funaltrexamine inhibits inflammatory signaling in human astroglial cells. Society for Neuroscience, (SFN) Washington DC, USA, November 15-19, 2008.

98.  Davis, R.L., Buck, D.J., Armstrong, D.R., Saffarian, N., Mohan, S.K., Fernando, S.C., DeSilva, U. and CW. Stevens, β-Funaltrexamine inhibits inflammatory signaling in human astroglial cells. Glial Biology in Medicine, 2008

99.  Stevens, C.W., Evolution of opioid receptors. American Association for the Advancement of Science-Sothwestern AAAS Regional Meeting (AAAS-SWARM), Tulsa, OK, March 28-31, 2009.

100. Davis, R.L., Buck, D.J., Armstrong, D.R., Saffarian, N., and Stevens, C.W., Novel anti-inflammatory actions of the opioid receptor antagonist, beta-funaltrexamine. International Society for NeuroVirology, 2009.

101. Stevens, C.W., Evolution of vertebrate opioid receptors: evidence from cloning and bioinformatics. Experimental Biology-American Society for Pharmacology and Experimental Therapeutics (ASPET), New Orleans, LA, USA, April 18-22, 2009.

102. Stevens, C.W., The special case of the *mu* opioid receptor and the evolution of the opioid receptor family. Committee on Problems of Drug Dependence (CPDD), Reno, NV, USA. June 20-25, 2009.

103. Brasel, C.M., Sawyer, G.W., and Stevens, C.W., Pharmacological comparison of the cloned frog and human *mu* opioid receptors reveals differences in opioid affinity and function, International Narcotics Research Conference (INRC) Portland, OR, USA, July 12-17, 2009.

104. Davis, R.L., Buck, D.J., Armstrong, D.J., Saffarian, N., and Stevens, C.W., β-Funaltrexamine, an opioid receptor antagonist, inhibits CCL2 and CXCL10 expression in astroglial, Society for Neuroscience (SFN), Chicago, IL, October 16-21, 2009.

105. Davis, R.L., Buck, D.J., Aravind S., Saffarian N., and Stevens, C.W., Anti-inflammatory actions of the opioid receptor antagonist, β-funaltrexamine: implications in neuroinflammation. Society on Neuroimmune Pharmacology (SNIP), Manhattan Beach, CA, April 13-17, 2010.

106. Stevens, C.W., Aravind, S., and R.L. Davis, The selective *mu* opioid antagonist β-funaltrexamine (β-FNA) reduces toll-like receptor-4 signaling. Experimental Biology-American Society for Pharmacology and Experimental Therapeutics (ASPET) Anaheim, CA, USA, April 23-28, 2010.

107. Grewe, E., Buck, D.J., Aravind, S., Stevens, C.W. and R.L. Davis, Anti-inflammatory actions of the opioid receptor antagonist, β-funaltrexamine: role of TLR-4 and NF-κB?, International Symposium on NeuroVirology, Milan, Italy, October 10, 2010.

108. Davis, R.L., Buck, D.J., Aravind, S., and Stevens, C.W.,The opioid receptor antagonist, β-funaltrexamine, inhibits inflammatory signaling. Society for Neuroscience (SFN), San Diego, CA, November 12-17, 2010.

109. Stevens, C.W., Aravind, S., and R.L. Davis, Opioid agonists and antagonists alter toll-like receptor-4 (TLR4) signaling. Society for Neuroscience (SFN), San Diego, CA, November 12-17, 2010.

110. Stevens, C.W., Novel opioid effects on toll-like receptors, Annual OCAST Health Research Conference, Oklahoma City, OK, April 6, 2011.

12

Ex. 4

**CONFERENCE ABSTRACTS (CONT.)**

111. Stevens, C.W., Novel opioid effects on toll-like receptors, Annual OCAST Health Research Conference, Oklahoma City, OK, April 4, 2012.

112. Dodson, S., Castoro, R., Das, S., Davis, R.L., and Stevens, C.W., Characterization of non-classical opioid activity at toll-like Receptor 4, International Narcotics Research Conference (INRC), July 15-20, 2012, Kansas City, MO, USA.

113. Vardy, E., Stevens, C.W., and Roth, B.L., Evolutionary differences of opioid receptors are reflected in their pharmacological profiles, International Narcotics Research Conference (INRC), July 15-20, 2012, Kansas City, MO, USA.

114. Figueroa-Hall, L.K., Das, S., Buck, D.J., Stevens, C.W., Davis, R.L., β-Funaltrexamine inhibits IL-IR- and TLR4-signaling pathways in human glial cells. Society for Neuroscience, New Orleans, LA, USA, Oct 13-17, 2012.

115. Stevens, C.W., Novel opioid effects on toll-like receptors, Annual OCAST Health Research Conference, Oklahoma City, OK, March 13, 2013.

116. Dodson, S., Das S., Davis, R.L., and Stevens, C.W., The influence of methadone on toll-like receptor 4 and human *mu* opioid receptor expression. Experimental Biology-American Society for Pharmacology and Experimental Therapeutics (ASPET) Boston MA, USA, April 20-24, 2013.

117. Stevens, C.W., Castoro, R.J., and Davis, R.L., Opioid-immune crosstalk: role of microRNA regulation following opioid and cytokine treatment in normal human astrocytes. Experimental Biology-American Society for Pharmacology and Experimental Therapeutics (ASPET) Boston MA, USA, April 20-24, 2013.

118. Figueroa-Hall, L.K., Das, S., Buck, D.J., Stevens, C.W., Davis, R.L., Investigating TLR4-signaling mechanisms in CHME-5 human microglial cells and the effects of β-funaltrexamine treatment. American Association of Immunologists, Honolulu, HI, USA, May 3-7, 2013.

13

**Ex. 4**

<u>Testimonial Cases – Last 4 years</u>

Craig W. Stevens, Ph.D., Professor of Pharmacology & Drug Expert

*Prepared on: October 31, 2019*
*(listed in reverse chronological order)*

1. Trail testimony given on **10/29/2019** in *Charles Russel Rhines vs. South Dakota DOC et al.,* SD Circuit Court, Second Judicial Circuit, Minnehaha County, Sioux Falls, SD, for the Plaintiff and Mr. Alex Kursman, FPD Office, Philadelphia, PA. *Issue: Pentobarbital classification as a short-acting barbiturate.*

2. Deposition given on **9/17/2019** in *Deela vs. Annett Holdings et al.,* US District Court, Eastern District of OK, Case No. 17-CV-483-KEW for the Plaintiff and Mr. Michael Carr in Tulsa, OK. *Issue: Interpretation of a preliminary drug test for methamphetamine in a motor vehicle accident.*

3. Trial testimony on **4/30/2019** in *Abu-Ali-Abdur'Rahman v Tony Parker et al.,* The Chancery Court for the Tennessee, Davidson County, Pt. III, case no. 18-183-II(III) for the Plaintiffs and FPD office, Nashville, TN. *Issue: Use of midazolam in lethal injection protocol.*

4. Deposition given on **3/01/2019** in *Hawkins v. Lake,* District Court, Grady County, OK, Case No. CJ-2016-213 for the Plaintiffs and Mr. Paul Kolker of Pignato, Cooper, Kolker & Roberson, P.C. in Tulsa, OK. *Issue: Interpretation of a post-mortem femoral and vitreous humor ethanol concentrations.*

5. Deposition given on **1/28/2019** in *Ochoa v. Mercy Hospital* for the Plaintiffs and Mr. Travis Dunn of Maples, Nix & Diesselhorst in Oklahoma City, OK. *Issue: Interpretation of a presumptive positive and subsequent negative results for methamphetamine in a patient's urine and blood samples.*

6. Trial testimony on **12/13/2018** in *In Re: Ohio Execution Protocol Litigation,* The United States District Court for the Southern District of Ohio, Eastern Division, case no. 2:11-CV-1016, Dayton, OH for the Plaintiffs and FPD office. *Issue: Use of midazolam in lethal injection protocol.*

7. Trial testimony on **8/30/2018** in *The State of Oklahoma vs. Jerry Lee Newman, No. CF-2017-3086,* Tulsa District Court, for the Defendant and Boehelm/Freeman Law Firm, Tulsa, OK. *Issue: Methamphetamine-induced aggression, impulsivity, and memory deficits.*

8. Trial testimony on **8/28/2018** in *Joki v Causey: Tulsa County CJ-2014-03898,* Tulsa District Court, for the Plaintiffs and Rode Law Firm, Tulsa, OK. *Issue: Driving impairment with use of alcohol/psychotropic drugs.*

9. Trial testimony on **7/09/2018** in *Abu-Ali-Abdur'Rahman v Tony Parker et al.,* The Chancery Court for the Tennessee, Davidson County, Pt. III, case no. 18-183-II(III) for the Plaintiffs and FPD office, Nashville, TN. *Issue: Use of midazolam in lethal injection protocol.*

10. Deposition given on **6/11/2018** in *Abu-Ali-Abdur'Rahman v Tony Parker et al.,* The Chancery Court for the Tennessee, Davidson County, Pt. III, case no. 18-183-II(III) taken by the Asst. District Attorney, Attorney General's Office, Nashville, TN. *Issue: Use of midazolam in lethal injection protocol.*

11. Trial testimony on **12/12/2017** in *State v Bridges, Tulsa County Case No. CF-2017-1161,* for the defendant and Allen Smallwood Law Firm, Tulsa, OK. *Issue: Impulsive behavior, aggression, violence, and psychosis caused by methamphetamine abuse.*

12. Trial testimony on **10/24/2017** in *In Re: Ohio Execution Protocol Litigation,* The United States District Court for the Southern District of Ohio, Eastern Division, case no. 2:11-CV-1016, Dayton, OH for the Plaintiffs and FPD office. *Issue: Use of midazolam in lethal injection protocol.*

**Ex. 4**

13. Trial testimony on **9/20/2017** in *Sanders v. Merciez: Okmulgee County CJ 2015-185*, Okmulgee, Oklahoma, for the Defendants and Andrea Medley, Middleton & Associates, Tulsa, OK. *Issue: Use of alcohol by pedestrians in a fatal motor vehicle accident.*

14. Deposition given on **6/28/2017** in *Ruth v Reagan/K & W Contractors*, Tulsa County, Case No. CJ-2016-1146 in the offices of Gene Robinson Law firm Tulsa, OK, on behalf of the defendants. *Issue: Interpretation of confirmed and detected-only drugs in a driver's blood sample after a fatal motor vehicle accident.*

15. Deposition given on **4/07/2017** in *Lewis v CTCA*, Tulsa County, Case No. CJ-2014-02748 in the offices of the Rode Law Firm in Tulsa, OK, for the plaintiff. *Issue: Fatal respiratory depression caused by improper administration of fentanyl.*

16. Trial testimony on **4/11/2017** in *Jason Mcghee, et al. v. Asa Hutchinson and Wendy Kelley*, case Number: 4:17-CV-00179-KGB, United States District Court for the Eastern District of Arkansas, Little Rock, AR for the Plaintiffs and FPD office. *Issue: Use of midazolam in lethal injection protocol.*

17. Trial testimony on **3/16/2017** in *Reed and Armstrong v Vegas Corporation*, Tulsa County, Case No. CJ-2011-6116 for plaintiff and Richard Shallcross Law Firm, Tulsa, OK. *Issue: Interpretation of ethanol and THC levels in blood samples obtained from the driver after a motor vehicle accident.*

18. Deposition given on **1/26/2017** in *Joki v Causey*, Tulsa County, case No. CJ-2014-03898, in the offices of the Rode Law Firm in Tulsa, OK, for the plaintiff. *Issue: Effects of low-dose ethanol and interaction of alcohol and the prescription medications Lipitor®, Lexapro® and Depakote® obtained from driver after a motor vehicle accident.*

19. Trial testimony on **1/4/2017** in *In Re: Ohio Execution Protocol Litigation*, The United States District Court for the Southern District of Ohio, Eastern Division, case No. 2:11-CV-1016, Dayton, OH for the Plaintiffs and FPD office. *Issue: Use of midazolam in lethal injection protocol.*

20. Pre-trial testimony on **6/1/2016** in *Sanders v Richardson Homes* CJ-2012-130, McClain County, Purcell, OK, for the defendant and Derrick Teague at James Jennings at Jennings & Teague PC, Oklahoma City, OK. *Issue: Impact of the prescription drugs, alprazolam (Xanax®), ropinirole (Requip®), sertraline (Zoloft®), and levocetirizine (Xyzal®), on a homeowner accident.*

21. Trial testimony on **3/23/2016** in *Haulcomb v. Earl-Le Dozer Service*, 2014-10950-H, In the Workers' Compensation Court of Existing Claims, State of Oklahoma, Tulsa, OK for claimant and Mike Jones Law Firm, Bristow, OK. *Issue: Interpretation of an initial hospital urine drug screen in an employment accident.*

22. Deposition given on **02/04/2016** in *Lasek v Keith Co.*, 14-CV-0687-CVE-PJC, in the offices of Norman & Edem, PLLC, Oklahoma City, OK for the plaintiff and Mark Bonner. *Issue: Impact of the use of the prescription drugs, paroxetine (Paxil®) and zolpidem (Ambien®), on the operation of a tractor-trailer motor vehicle.*

23. Trial testimony on **12/08/2015** in *State v Ashton*, Tulsa County, Tulsa, OK, Case No. CF-2014-4108, for the defendant and Stan Monroe at Stan Monroe & Associates, Tulsa, OK. *Issue: Interpretation of methamphetamine blood levels in the decedent.*

24. Trial testimony in *Figg v Toyota*, Oklahoma County, Case No. CJ-2009-890 for the defendant and James Jennings at Jennings & Teague PC, Oklahoma City, OK on **11/13/2015**. *Issue: Impact of the prescription medications, diazepam (Valium®) and hydromorphone (Dilaudid®), on the operation of a motor vehicle.*

**Ex. 4**

## CERTIFICATE OF SERVICE

I hereby certify that, on November 1, 2019, this Expert Declaration of Craig W. Stevens, Ph.D. was filed electronically using the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties that are registered users.  The below parties may access this filing through the Court's CM/ECF System.

**Joshua Christopher Toll**
KING & SPALDING, LLP
(202) 737-8616
Email: jtoll@kslaw.com

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

**Gerald Wesley King , Jr.**
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

**Craig Anthony Harbaugh**
FEDERAL PUBLIC DEFENDER, CENTRAL
DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

**Jonathan Charles Aminoff**
FEDERAL PUBLIC DEFENDER, CENTRAL
DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

**Billy H. Nolas**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: billy_nolas@fd.org

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

**Brandon David Almond**
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

**Celeste Bacchi**
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

**Donald P. Salzman**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

**Alexander Louis Kursman**
OFFICE OF THE FEDERAL COMMUNITY
DEFENDER/EDPA
(215) 928-0520
Email: alex_kursman@fd.org

**Kathryn B. Codd**
VINSON & ELKINS, L.L.P.
(202) 639-6536
Email: kcodd@velaw.com

\\NY - 049989/000001 - 9936696 v1

**Ex. 4**

**Jeanne Vosberg Sourgens**
VINSON & ELKINS L.L.P
(202) 639-6633

**William E. Lawler , III**
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

**Margaret O'Donnell**
(502) 320-1837
Email: mod@dcr.net

**William E. Hoffmann , Jr.**
KING & SPALDING, LLP
(404) 572-3383

**Matthew John Herrington**
STEPTOE & JOHNSON, LLP
(202) 429-8164
Email: mherrington@steptoe.com

**Denise M. Clark**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
(202) 252-6605
Email: denise.clark@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE, CIVIL
DIVISION
FEDERAL PROGRAMS BRANCH
(202) 514-3716
Email: jean.lin@usdoj.gov

**Amy Gershenfeld Donnella**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

**Robert E. Waters**
KING & SPALDING, LLP
(202) 737-0500
Email: rwaters@velaw.com

**Yousri H. Omar**
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

**Abigail Bortnick**
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

**Mark Joseph Hulkower**
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

**Robert A. Ayers**
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

**Peter S. Smith**
UNITED STATES ATTORNEY'S OFFICE
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

**Robert J. Erickson**
U. S. DEPARTMENT OF JUSTICE
(202) 514-2841
Email: robert.erickson@usdoj.gov

**Joseph William Luby**
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

WNY - 045989/000001 - 9936896 v1

**Ex. 4**

**Gary E. Proctor**
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

**Shawn Nolan**
FEDERAL COMMUNITY DEFENDER OFFICE, EASTERN DISTRICT OF PENN
(215) 928-0528
Email: shawn.nolan@fd.org

Date:   November 1, 2019

**Robert L. McGlasson**
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

**Sean D. O'Brien**
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

/s/ *Pieter Van Tol*

Pieter Van Tol (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY  10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

and

Elizabeth M. Hagerty (Bar No. 1022774)
David S. Victorson (Bar No. 1027025)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
elizabeth.hagerty@hoganlovells.com
david.victorson@hoganlovells.com

*Attorneys for Plaintiff Daniel Lewis Lee*

3

\\NY - 049989/000001 - 9936898 v1

**Ex. 4**