# CONFIDENTIAL

## DEPARTMENT OF CORRECTION
## *INDIANA STATE PRISON*
## *FACILITY DIRECTIVE*

### ISP 06-26: EXECUTION OF DEATH SENTENCE
Revised January 22, 2014
Supersedes ISP 02-04

A. **PURPOSE:**

The purpose of this procedure is to establish appropriate guidelines to enable the Indiana State Prison to comply with state statutes governing the administration of the Death Penalty.

B. **LEGAL BASIS:**

1. **IC 35-38-6-1 EXECUTION OF DEATH SENTENCE: SPECIFIED TIME AND DATE: EXECUTIONER:**

    a. Section 1:

    i. The punishment of death shall be inflicted by intravenous injection of a lethal substance or substances into the convicted person;
    ii. In a quantity sufficient to cause the death of the convicted person; and,
    iii. Until the convicted person is dead.

2. **IC 35-38-6-5 PLACE OF EXECUTION OF DEATH SENTENCE:**

    a. Section 5:

    The execution must take place inside the walls of the State Prison, in a room designed for that purpose. The Department of Correction shall provide the necessary room, equipment and supplies to carry out the execution as provided in this chapter.

3. **IC 35-38-6-6 PERSONS PERMITTED TO BE PRESENT AT THE EXECUTION OF DEATH SENTENCE:**

    a. Section 6:

    Only the following persons may be present at the execution:
    i. The Superintendent and any of his ~~[redacted]~~ who are necessary to assist him in the execution;

ISP 06-26: EXECUTION OF DEATH SENTENCE  Page 2 of 14
January 22, 2014

C O N F I D E N T I A L

ii. Up to two (2) physicians;
iii. The Spiritual Advisor of the convicted person;
iv. [redacted]
v. The convicted person may invite up to, but no more than, five (5) relatives or friends to attend.
vi. Up to eight (8) of the following members of the victim's immediate family who are at least 18 years of age;
   a. The victims spouse
   b. One or more of the victims children
   c. One or more of the victims parents
   d. One or more of the victims grandparents
   e. One or more of the victims siblings

The offender shall submit his list of witness names and their relationships: (family, friends, and spiritual advisor) to the Superintendent for approval at least twenty (20) days prior to the execution date.

If there was more than one (1) victim, no more than (8) eight persons who are members of the victim's immediate families may be present at the execution.

If an agreement between the victim's immediate family members can not be reached, the Superintendent shall conduct a lottery to determine which members are selected to be present at the execution.

The Superintendent shall provide a support room for the use of an immediate family member of the victim who is not selected to be present at the execution and persons invited by the immediate family for support.

The Superintendent may exclude a person from viewing the execution if it is determined that the presence of the person would threaten the safety and security of the Indiana State Prison. The determination will be provided in writing.

The Department of Correction shall keep confidential the identities of persons who assist the Superintendent of the Indiana State Prison in an execution and may classify as confidential and withhold from the public any part of a document relating to an execution that would reveal the identity of a person who assists the Superintendent in the execution.

ISP 06-26: EXECUTION OF DEATH SENTENCE                    Page 3 of 14
January 22, 2014
## CONFIDENTIAL

C. **NEWS MEDIA:**

1. Central Office Executive Staff shall designate a Central Office staff person to assist the State Prison in the coordination of media communications. The designated Central Office staff person shall be present at the State Prison to assist with the media during the period preceding the execution. Additionally, the Superintendent shall designate a staff person to assist with coordinating media activities.

2. Authorized and properly identified representatives of the news media shall be permitted access to an appropriately equipped designated area within the Administration Building. Media personnel must remain in the designated area of the Administration Building until the execution has been completed. The Superintendent or designee shall assign a staff person to remain with the media personnel at all times while they are in the facility.

3. Media personnel shall not be permitted to witness the execution or to be in the execution area. The only exception to this rule is if the offender requests, in writing, that a member or members of the media be present. The name of the individual(s) must then be included on the list of five (5) persons who are invited by the offender to witness the execution.

4. Under no circumstances will cameras or recorders not under the control of the Department of Correction be permitted in the execution area.

D. **COMMUNICATION SYSTEMS:**

1. Prior to an execution date, the Superintendent or designee shall ensure appropriate communications systems are established in close proximity to the Execution Chamber. At a minimum, this communication area shall consist of the following.

    a. A dedicated telephone line to the Governor's office and residence;
    b. A dedicated telephone line to the Supreme Court Administrator;
    c. A dedicated telephone line to the Indiana Department of Correction Central Office Command Center
    d. A dedicated FAX line with FAX Machine;
    e. An open telephone line between the Execution Chamber and the Indiana State Prison Command Center;
    f. An open telephone line between the Lethal Injection Chemical Room and the Assistant Superintendent/Physician's Room;
    g. Two-way communication radio open to outside areas, on a frequency separate for the frequency used for general in-house communications.

CONFIDENTIAL

2. The Superintendent or designee shall ensure that adequate staff persons are assigned to continually monitor the communication system during the time preceding the execution.

E. **SELECTION OF EXECUTION TEAM AND SUPPORT PERSONNEL:**

1. When an Execution Team vacancy occurs, the Superintendent or designee shall appoint a Screening Committee to assist with the Execution Team selection process. This committee shall consist of, at a minimum, an ~~[redacted]~~. The Screening Committee shall interview appropriate personnel and assess their emotional stability and their willingness/ability to handle the stress of assisting with the execution. The following issues are discussed:

Personal History and Background

   a. Obtain information about the individual in order to ascertain whether or not they have life experience which might make their participation more difficult.
   b. Determine values regarding death penalty.
   c. Determine religious values, and talk about potential conflicts in regard to taking another person's life.
   d. Obtain information about the individuals personal support system i.e., family, friends etc. that are available to help cope with stress.

Medical/Psychological Background

   a. Determine this person's belief about their medical/physical ability to cope with stressful situations.
   b. Solicit examples of how this person copes with other stressful situations in their life.
   c. Establish current coping mechanisms used by this person and evaluate their ability to learn new skills if necessary.
   d. Evaluate levels of trust this person has in their own ability to carry out difficult tasks, and their perceived beliefs of how others view that ability.
   e. Define this individual's interpretation of confidentiality.
   f. Identify issues that would prevent them from carrying out this type of duty.
   g. Determine if they have ever been involved with a counseling experience and what their reaction was to that.

Professional Experience

   a. Identify professional experiences i.e. departmental, custody, educational, administrative and medical that would aid them in performing this task.

CONFIDENTIAL

    b.    Identify professional characteristics of this individual and what role they played in making them a candidate to become a member of the team.

2. Following the individual screening process, the Committee shall provide a list of candidates to the Superintendent. The Superintendent shall approve the personnel who will assist in the execution.

3. ~~An Assistant Superintendent~~ or designee and ~~[redacted]~~ shall select, subject to the approval of the Superintendent, personnel who will perform support roles in the execution process; including, but not limited to: Security, Communications, and other appropriate support activities.

4. During the preparation for an execution, should a staff person desire to be relieved of these responsibilities or should observations of a staff person's behavior dictate that he/she may be unsuitable for the task; he/she will be relieved of these duties. In either case, the Superintendent or his designee shall contact the Site Coordinator for the Critical Incident Stress Management Team (CISM) to arrange a debriefing session with the staff person(s).

5. The Superintendent or designee shall locate and select a physician to be present at the State Prison at the time of the execution; an alternate physician will also be notified and available in the event the primary physician is unable to be at the facility. This physician's duties shall be to perform a cut-down procedure should the I.V. team be unable to find a vein adequate to insert the Angiocath. (The protocol for a venous cut down procedure is outlined in Appendix A) and to pronounce death after the execution has occurred

F. **TEAM TRAINING**:

Staff selected for the Execution Team are trained at least quarterly. The training includes intensive cell extraction/restraint training, protocols in starting I.V.'s including practical training with regional EMS oversight. Lighting is evaluated during training sessions by the team. The I.V. team also uses an intravenous light and equipment such as a venoscope, which assists in identification and finding of veins to start the I.V. Practical training is conducted in the chamber so that staff are well prepared and accustomed to the environment prior to the actual execution.

Staff are trained by a licensed physician in the mixing, preparation, and administration of the Sodium Thiopental, Pentobarbital or Brevital, Pancuronium Bromide or Vecuronium and Potassium Chloride. In the event of an unavailability of a sufficient quantity of Sodium Thiopental from available resources, a sufficient quantity of Pentobarbital, or Brevital will be acquired and administered in the place of the Sodium Thiopental. This training includes an

C O N F I D E N T I A L

examination of how the drugs are transferred to the syringes, (numbered, color coded and identified by name of drug), and delivered.

G. **PRELIMINARY PROCEDURES**:

1. Thirty (30) days prior to a scheduled execution or one (1) week after receiving an Execution Order, ▓▓▓▓▓▓▓▓▓▓▓▓▓ or designee, the ▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓n, a ▓▓▓▓▓▓▓ ▓▓▓▓▓ive, a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓tive and the ▓▓▓▓▓▓▓▓, who will be the offender's contact person, will attend a meeting with the condemned offender. They will discuss the lethal injection procedures, establish a visiting list for approval, and determine if the offender wishes to prepare a will and write a last statement. The offender shall receive translated instructions and materials if English is not his primary language. If a literacy problem exists, a staff member will assist the offender in understanding the material. If the offender refuses to leave his cell for the notification meeting, the Superintendent may meet with the offender in front of his cell and provide him a packet of the applicable information, including appropriate timelines.

2. The offender will receive a full medical evaluation, including venous access approximately thirty (30) days prior to a scheduled execution. A weekly assessment of the offender's veins will be conducted up to the day of execution. Fluids will be provided orally to maintain hydration.

3. The facility shall be constantly monitored during the days immediately before the scheduled date of execution. Activities of the facility may be adjusted in order to maintain a proper level of security.

4. Visitors of the condemned will visit in conjunction with regular visiting hours, 8:00 a.m. through 4:30 p.m. Extended visiting hours (visitation) may be requested and approved only by the Superintendent or designee. Legal counsel shall be subject to the same hours listed above.

    Approved spiritual advisors may visit longer if extra time is requested and approved in advance by the Superintendent or designee. All visits will conclude by 10:00 p.m.

5. Prior to the scheduled date of the execution, the Superintendent or designee shall arrange for the execution room to be equipped, and for the necessary supplies to be ordered.

6. An inspection of the building and immediate area housing the execution chamber will be made weekly, thirty (30) days prior to the scheduled date of execution, and five (5) days prior to the scheduled execution, inspections will be conducted daily. The inspection will be conducted by the Assistant Superintendent of Operations, the Physical Plant Supervisor, and the Custody Supervisor. This inspection will concentrate on the level

CONFIDENTIAL

of security and sanitation of the building in general, and more specifically, the immediate area where the execution will occur.

7. At the discretion of the Superintendent, the condemned offender may be moved to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓), within thirty (30) days of the scheduled date of the execution. The custody staff person assigned to this post shall maintain constant supervision of the condemned offender and will maintain a log, recording the offender's activities and visitors. In the event the condemned offender is not moved to ▓▓▓▓▓▓, he will be moved to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Custody staff are to maintain observation of the offender and maintain a log, recording the offender's activities and listing all persons entering and exiting the housing unit.

8. Prior to the scheduled date of the execution, the Superintendent shall determine the appropriate time to move the condemned offender to a holding cell in the Execution Chamber. When moved, appropriate staff shall be assigned to maintain security and continue constant observation of the offender. Staff are to maintain a log, recording the offender's activities and listing all persons entering and exiting the execution chamber. The offender may have in his possession the following items: Bible or equivalent religious book, up to 20 photographs, address book, eye glasses, appropriate writing materials and any other items as approved by the Superintendent or designee. A television and telephone will be provided for the offenders use. All telephone calls will be logged.

9. If the condemned offender wishes to receive a special meal, he will be permitted to order his choice of food (within reason, based on availability and legality) seven (7) days prior to execution. This meal will be eaten thirty-six (36) to forty-eight (48) hours before the execution and is to be consumed in one sitting, not exceeding 4 hours. Any leftovers will be removed from the cell and discarded. The condemned offender is to have nothing to eat or drink past 12:00 p.m. on the day of the execution. A limited amount of water will be permitted in order to take oral medication.

10. If requested, an approved spiritual advisor or prison chaplain may be present with the offender on the day preceding the execution to provide pastoral care and sacramental functions. The name of the spiritual advisor must be submitted to the Superintendent or designee for approval a minimum of twenty (20) hours prior to the execution. The spiritual advisor may visit in the Execution Chamber until 10:00 p.m. the night preceding the execution.

11. The offender may be provided a sedative upon request. The strength should be sufficient to calm him, however not enough to render him unconscious.

CONFIDENTIAL

12. One team member will be available to translate if English is not the offender's primary language.

**H. RECORD KEEPING:**

Upon receipt of the death warrant from the Sentencing Court all correspondence will be forwarded to the Superintendent's Office. Examples include the following and other documents per the Superintendent: *(Request for interviews, petition for clemency, clemency schedule, request for modification of visitation, personal autopsy preference, last will and testament, request for spiritual advisor, request for execution witness, request for last meal, media statements or requests, news releases, funeral arrangement, confirmation of coroner and funeral home, E-Squad Security Procedures, victim witnesses, master visiting list, staff authorized in the Execution Chamber and Command Center, facility memos, all chamber inspection reports, team practice, rehearsal schedule, all observation logs and CISM debriefing schedule.)* Upon confirmation of a stay of execution or completion of an execution all documents will be forwarded to administrative services to be maintained for an indefinite period of time.

**I. EXECUTION PROCEDURES:**

1. The execution of an offender shall generally occur between 12:00 midnight and no later than an hour before sunrise on a date fixed by the sentencing court. The execution must not occur until, at least, one – hundred (100) days after the conviction.
2. An example of an execution schedule is located at Appendix C.



6. An appropriate number of Department of Correction staff, previously selected, along with the Superintendent and the Execution Director (or their designees) shall be present to assist with the execution.
7. The Superintendent or designee shall designate staff to monitor the communications systems put in place for the execution.
8. Persons authorized to be in the facility command center are as follows: The Commissioner for the Department of Correction or designee; his/her Executive Staff and the Department Public Information Officer and Attorney. A representative from the Attorney General's Office. The facility

C O N F I D E N T I A L



9. The Execution Director or designee will record the steps taken during the execution process and log the times. ***The following times are approximate and denoted so by an *:***



Injection Team prepares two (2) sets equaling eight (8) syringes to be used during the execution. Drug preparation and administration is outlined in Attachment B. Transport the Execution Team members to the Execution Chamber. IV Team set up IV trays.
The physician is transported to the Execution Chamber.
Injection Team transported to the Execution Chamber.
Superintendent or designee and ▬▬▬▬▬▬▬▬ report to the Execution Chamber
E-Squad escorts offender witnesses through the Custody Hall to the chapel, a chaplain is available if needed.
Superintendent calls the command center to ensure the execution is to proceed.
Extraction Team notified by radio.

i. At the command of the Superintendent or designee, the Extraction Team will approach the holding cell and ask the condemned offender to approach the cell door and be handcuffed.

ii. After being handcuffed, the Extraction Team Leader will ask the offender to step back and place his hands above his head, on the wall in front of him. (If the condemned offender refuses to cooperate, Departmental Extraction Policy will be used.)

iii. The Extraction Team Leader will unlock the cell door to allow the Extraction Team to enter. The offender will then be escorted from the cell and walked into the Execution Chamber. He will be assisted onto a stationary gurney. His legs will be secured to the gurney with soft leather restraints on his ankles, as well as a soft leather strap that will go across his chest and upper arms. His wrists will be secured to the gurney with hard restraints. The team leader will ensure good circulation of the extremities. The Extraction Team will return to the holding cell staging area, out of view of any witnesses.

C O N F I D E N T I A L



I.V. Team is notified by radio to move in. Upon radio notification the I.V. Team will insert an Angiocath into each of the condemned offender's arms, attach the necessary tubing, and start an I.V. flow by slow infusion consisting of a saline solution. Continued observation of the I.V. site will be conducted to monitor for infiltration. The catheter must be properly secured by the use of tape. The IV process will be observed by the physician, Superintendent, ████████████ and the Injection Team. The I.V. Team will make four (4) attempts per arm to insert an Angiocath. If successful, I.V. Team announces "I.V. process completed". They then proceed to the holding cell staging area.

If unsuccessful, the Superintendent will notify the ████████████ to initiate cut-down procedures. Protocols will be followed in accordance with established procedures for venous cut-downs. (Appendix A). The ████████████ announces "I.V. process completed". The physician is escorted to the holding area.

The ████████████ will then read the Execution Order to the condemned offender.

i. After the Execution Order has been read, the Superintendent or designee will then ask the condemned offender if he has any last words if he does they will be recorded by the ████████████, ████████████ and the Injection Team.

(NOTE: The condemned offender will be given ample opportunity to prepare a written statement prior to the execution.)

ii. The ████████████ passes the hand held recorder to the ████████████, checks I.V. tubes and notifies the ████████████ to transport the witnesses into the viewing area by radio.

iii. Victim witnesses will be escorted from the Assistant Superintendent's office or designated area to the Execution Chamber and seated left of the partition. ████████ and ████████ will provide security.

(NOTE: The victim witnesses who do not wish to view the execution or cannot view the execution will remain in the Assistant Superintendent's office or designated area.)



iv. Offender witnesses will be escorted from the Chapel and seated to the right of the partition. ▬▬▬ and ▬▬▬ will provide security

Witnesses in place notification of such by ▬▬▬

The Superintendent checks with the Command Center to proceed.

The Superintendent orders the lights to be dimmed and the viewing window blinds and louvered doors opened.

The Superintendent instructs the Injection Team to proceed.

The Injection Team then proceeds, advising the Superintendent, by radio, after each syringe. Extreme care will be exercised during selection of the series of syringes. The Injection Team members will verify the syringe by (number, color code, and description) prior to use. Once the "Proceed" command is given, the injection procedure will begin with slow even syringe pressure. I.V. lines will be constantly monitored by the Physician, Superintendent, ▬▬▬ and Injection Team for leaks or stoppage.

**If this situation should occur, immediately transfer to the alternate arm and begin at Step 1 of the injection procedure.**

a) Step 1 Completed _____

NOTE: The Physician, Superintendent, ▬▬▬ and Injection Team will exercise close and vigilant monitoring of the offender to ensure the surgical depth or surgical plane is deep enough so that the offender feels no pain and is unconscious. This depth is characterized by loss of consciousness, loss of reflex/muscle response and loss of response to noxious stimuli.

Superintendent advises the Injection Team to proceed to Step 2.

b) Step 2 Completed _____

Superintendent advises the Injection Team to proceed to Step 3.

Once Step 3 begins the injection procedure will continue until all of the chemicals have been injected into the condemned offender and he is pronounced dead.

c) Step 3 Completed _____



<i>

CONFIDENTIAL



d) Step 4 Completed _____
e) Step 5 Completed _____

"Process Completed"

Following the completion of the injection process, the Superintendent will then order the blinds and louvered doors to be closed and the lights turned up. The Physician comes out and pronounces time of death, and then returns to the holding area.

If the offender's heart has not stopped, the Physician will return to the holding area, the lights will be dimmed, the blinds and louvered doors will be reopened, and the Superintendent or designee shall order the injection procedure to be repeated. After this procedure is completed, the blinds and louvered doors will be closed, and the lights turned up.

The Physician comes out and pronounces time of death, and then returns to the holding area.

The Superintendent advises the Command Center of the time of death and of the last statement if there is one.

The ▓▓▓▓▓▓ or notifies ▓▓▓▓▓▓ ▓▓▓▓▓ that the Witnesses may leave. The offender witnesses will be picked up at the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. They are to be driven out of the facility ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The victim witnesses will be escorted to a waiting vehicle ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓.

The victim witnesses who did not view the execution will be picked up ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. ISP staff will be available to address questions.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓or notifies the ▓▓▓▓▓▓▓▓▓▓ when the visiting areas are clear. I.V. Team, Injection Team, Extraction Team are authorized to leave by the Superintendent. ▓▓▓▓▓▓▓▓▓▓▓t and Physician depart. Superintendent returns to the command center.

ISP 06-26: EXECUTION OF DEATH SENTENCE          Page 13 of 14
January 22, 2014

CONFIDENTIAL



Members of the Execution Team and ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ may be requested by the ▓▓▓▓▓▓▓▓▓▓▓▓▓ or designee to assist the ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ in the preparing, photographing and fingerprinting of the body. The Superintendent or designee may request that color 35mm photos are taken and maintained in the Internal Affairs office.
The ▓▓▓▓▓ is escorted to the Execution Chamber to photograph, claim, and prepare the body for transportation.
The body will be released to the ▓▓▓▓▓ utilizing established departmental procedures.
The hearse will enter the institution t▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The deceased will be loaded into the hearse for transport to the funeral home.

J.     **CODES FOR COMMUNICATION**:



(2 members will have headsets)
(2 members will have headsets)
(2 members will have headsets)

K.     **POST EXECUTION PROCEDURES**:

1. After the body has been removed from the facility, a representative of the facility or Department of Correction shall make a statement to the news media.
2. Following the execution, any staff who request it, shall meet with CISM staff for debriefing.
3. The Superintendent or designee shall return the Execution Warrant to the Clerk of the Sentencing Court as soon as possible following the execution of the offender.
4. The Superintendent shall conduct a debriefing, separate from the debriefing by CISM, to identify concerns with personnel involved with the execution process. This debriefing shall be conducted as soon as practical following the execution.

ISP 06-26: EXECUTION OF DEATH SENTENCE         Page 14 of 14
January 22, 2014

## CONFIDENTIAL

L.  **REVIEW**:

 The contents of this document will be reviewed and/or revised as needed on an annual basis, in accordance with Policy 00-04-101, "THE DEVELOPMENT, and APPROVAL AND IMPLEMENTATION OF POLICY".

APPROVED: _____ DATE: 1-22-14
Superintendent,
Indiana State Prison

REVIEW/REVISED:

_____ DATE: _____

_____ DATE: _____

_____ DATE: _____

# RESTRICTED

# INJECTION PROCESS

There are two sets equaling eight injection syringes used during an execution. One set is used as a backup in the event that the first attempt fails. The injection process is started from the beginning if a failure to inject occurs.

The following is what is contained in each syringe and the order that they are used in an execution:

1) Yellow    Sodium Pentothal, Pentobarbital or Brevital 2.5 grams, mix powder with saline 50 mil.

2) Yellow    Sodium Pentothal, Pentobarbital or Brevital 2.5 grams, mix powder with saline 50 mil.

3) Black     Saline 50 mil.

4) Blue      Pancuronium 50 mil. or Vecuronium 60 mg. mixed with 50 mil. saline.

5) Blue      Pancuronium 50 mil. or Vecuronium 60 mg. mixed with 50 mil. saline

6) Black     Saline 50 mil.

7) Red       Potassium Chloride 60 mil.

8) Red       Potassium Chloride 60 mil.

IV's are placed in both arms but only one arm is actually injected with drugs. The other arm is the backup in case of a failure to administer the drugs. Saline is injected into both arms prior to administering the drugs to ensure that a flow has been established into the veins. After each drug is administered, saline is injected to clear the lines. Syringes are prepared prior to the team's arrival to the Execution Chamber.

Revised August 22, 2014

# Appendix A

# CONFIDENTIAL

# PROCEDURE FOR VENOUS CUT DOWN

Peripheral intravenous access is used for the injecting of lethal substances to the condemned offender in the administration of the Death Penalty. There are some circumstances where the offender may have severely compromised veins and the I.V. Team may fail to gain access to peripheral veins. After four (4) attempts for intravenous access, the Superintendent will advise the I.V. Team to proceed to the holding cell staging area. The execution will then proceed as follows:

**\*12:10 am**   A.   The Assistant Superintendent or Designee will be notified by the Superintendent to initiate a venous cut down.

B.   The Physician will be escorted across the room to the gurney. He will have his bag, surgical light and cut down tray.

C.   The Assistant Superintendent or Designee will don a pair of latex gloves in order to provide assistance to the Physician.

D.   The Physician will visually examine the offender and select one site for the procedure.

E.   The Physician will prepare the skin of the site with an antiseptic solution.

F.   A local anthestic is administered. (Infiltrate the skin with 1% lidocaine with epinephrine). The epinephrine will keep bleeding to a minimum.

G.   A full thickness transverse skin incision of 2.5 cm is performed. Identify the vein with blunt dissection and dissect it free from the accompanying structures.

H.   Elevate and dissect the vein for a distance of approximately 2-cm, to free it from its bed.

I.   Ligate the distal, mobilized vein, leaving the suture in place for traction. Pass a tie about the vein more proximally.

J.   A needle (22G or 25G needle or the needle of the intravenous cannula, which is to be used for the cannulation) is used to transfix the vein at the proposed site of cannulation.

K.   The circumference of the vein anterior to the needle is almost completely incised with a scalpel. The needle prevents injury to the

1

# Appendix A

        posterior wall of the vein and also facilitates a clean incision.

- L. The intravenous cannula, without the inner needle is then introduced into the venotomy opening, with the needle steadying the vein. The needle is then removed and the proximal ligature tied over the cannula.

- M. Attach the intravenous line to the cannula and ensure that the saline solution flows freely up the vein.

- N. The wound is closed with interrupted stitches.

- O. The Assistant Superintendent and Physician return to the room, taking all surgical implements, surgical light, and the doctors bag with them.

- P. A red bag will be utilized for hazardous waste disposal.

- Q. A hand washing station is available in the Physicians room for use.

**\*12:30 am**   The Assistant Superintendent or Designee announces, "I.V. process completed".

**\*12:31 am**   The Execution Director checks the I.V. tubes and notifies the Execution Chamber Security Supervisor, by radio, to transport the witnesses into the viewing area.

**\*12:31 am**   Execution proceeds as usual.

- Approximate times, actual times may vary.
- Revised: 28 APR 11

2

# Appendix B

# CONFIDENTIAL

## Pharmaceuticals

1. On hand inventories must be adequate to cover expected usage. Sharps and controlled substances must be maintained under careful control at all times and must be inventoried monthly by the ▓▓▓▓▓▓▓▓▓ or designee. A perpetual inventory of all pharmaceuticals, (needles, syringes, medications and cut down trays) will be maintained.

2. Procurement of pharmaceuticals is in accordance with the Indiana Board of Pharmacy Controlled Substance Registration Certification and the Drug Enforcement Administration Controlled Substance Registration Certification. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Purchase orders are prepared and processed by the ▓▓▓▓▓▓▓▓▓ or designee and faxed to the vendor. Upon confirmation of order, a delivery date will be established. Deliveries are made Monday through Friday to the ISP storeroom. The package will be inspected for contents and contraband. The ▓▓▓▓▓▓ ▓▓▓▓ or designee will transport the package to the ▓▓▓▓▓▓▓▓▓▓ for secured storage and inventory.

3. Refrigeration logs will be maintained.

4. Training – Expired and or damaged pharmaceuticals will be used by the Execution Team for training purposes. These items will be clearly marked as expired and or damaged and will be destroyed in accordance with established protocols. A separate perpetual inventory will be maintained.

## Drug Preparation and Administration

1. The Injection Team prepares two sets equaling eight (8) injection syringes used during an execution. One set is used as a backup in the event the first attempt fails. Safety precautions will be exercised when preparing the syringes, thru the use of gloves and safety glasses. Spills will be promptly diluted with saline and absorbed with towels. Expiration dates of the drugs are verified prior to use. As **each syringe is prepared, it is clearly numbered, color coded and described.**

   The first syringe of Sodium Pentothal, Pentobarbital or Brevital-is purchased as a powder. Sodium Pentothal, Pentobarbital (1.0 grams) or Brevital (2.5

1

grams) per vial and is carefully mixed with 50 mil of sterile saline. Two vials are used (5.0 grams). This process is under the direct observation of the physician. This syringe is color coded yellow.

The second syringe of Sodium Pentothal, Pentobarbital or Brevital is purchased as a powder. Sodium Pentothal, Pentobarbital (1.0 grams) or Brevital (2.5 grams) per vial and is carefully mixed with 50 mil of sterile saline. Two vials are used (5.0 grams). This process is under the direct observation of the physician. This syringe is color coded yellow.

The third 60cc syringe is 50 milligrams of sterile saline and is color coded black

The fourth 60cc syringe is 50 milligrams of Pancuronium Bromide or Vecuronium and is color coded blue.

The fifth 60cc syringe is 50 milligrams of Pancuronium Bromide or Vecuronium and is color coded blue.

The sixth 60cc syringe is 50 milligrams of sterile saline and is color coded black.

The seventh 60cc syringe is 50 milliequivilants of Potassium Chloride and is color coded red.

The eighth 60cc syringe is 50 milliequivilants of Potassium Chloride and is color coded red.

2. The injection process begins with step one at which time the offender is slowly injected with the Sodium Pentothal, Pentobarbital or Brevital. The Physician, Superintendent, ▮▮▮▮▮▮▮▮▮▮ and Injection Team will closely and vigilantly monitor the offender to ensure the surgical depth or surgical plane is deep enough so that the offender feels no pain and is unconscious. This depth is characterized by loss of consciousness, loss of reflex\muscle response and loss of response to noxious stimuli. The depth may be tested through the use of ammonia inhalant, pin prick or other accepted stimuli.

3. The IV lines will be constantly monitored by the Physician, Superintendent, ▮▮▮▮▮▮▮▮▮▮ and Injection Team for leaks or stoppage. If this situation should occur, immediately transfer to the alternate arm and begin at Step 1 of the injection procedure. The injection team will not proceed to Step 3 until approval is obtained by the Superintendent.

2

4. Once Step 3 begins, the injection procedure will continue until all of the chemicals have been injected into the condemned offender and he is pronounced dead. The actual time of death will be when the physician pronounces death.

5. All supplies and equipment used during an execution will be discarded or sanitized in accordance with established protocols.

Revised: July 10, 2013