**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| | ) |
| In the Matter of the | ) |
| Federal Bureau of Prisons' Execution | ) |
| Protocol Cases, | ) |
| | ) |
| LEAD CASE: *Roane et al. v. Barr* | )   Case No.  19-mc-0145 (TSC) |
| | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| *Lee v. Barr*, 19-cv-2559 | ) |
| | ) |
| | ) |

**PLAINTIFF LEE'S MOTION TO ALLOW *NUNC PRO TUNC* FILING OF**
**EXPERT DECLARATIONS OF GAIL A. VAN NORMAN, M.D. AND**
**CRAIG W. STEVENS, PH.D. , AND POINTS AND AUTHORITIES IN SUPPORT**[1]

Plaintiff Daniel Lewis Lee ("Lee") hereby moves for an order, pursuant to Local Civil

Rule 65(c), allowing the *nunc pro tunc* filing of the expert declarations of Gail A. Norman, M.D.

(the "Van Norman Declaration") and Craig W. Stevens, Ph.D. (the "Stevens Declaration")

(collectively, the "Declarations") in further support of Lee's pending preliminary injunction

motion (the "PI Motion").  In support of this motion (the "Motion"), Lee relies upon the points

and authorities set forth below.  A proposed order is also attached.

Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for the

Defendants on the relief sought in the Motion and the Defendants have indicated that they take

no position.

---

[1]    This motion will refer to the consolidated case, 19-mc-0145-TSC, as the "Consolidated
Action" and *Lee v. Barr et al.*, 19-cv-02559-TSC as the "*Lee* Action."

## POINTS AND AUTHORITIES

The PI Motion was filed in the Consolidated Action on September 27, 2019. (Consol. Action, Dkt. #13.) The Defendants filed their opposition brief (the "Opposition") on October 18, 2019. (Consol. Action, Dkt. #16.) In the Opposition, the Defendants cited testimony from two experts, Joseph Antognini, M.D. and Craig Lindsley, Ph.D. (*See id.*, 7-8, 16, 25, 40.) Therefore, in connection with his reply papers in support of the PI Motion, Lee seeks to submit the Declarations for the Court's consideration. Both of the Declarations address expert issues raised by the Defendants in the Opposition and other issues that are relevant to the PI Motion. The Declarations were filed on the due date for reply papers, which was November 1, 2019.

On the same date, Plaintiff-Intervenor Dustin Lee Honken ("Honken") filed the Van Norman Declaration in support of his unopposed motion to intervene in the *Lee* Action. (Consol. Action, Dkt. #26-1.)[2] On November 5, 2019, Honken also filed a motion for a preliminary injunction in which it attached the Stevens Declaration. (Consol. Action, Dkt. #29.) Thus, the Declarations that are the subject of the Motion have been filed in the Consolidated Action and will be considered in connection with related claims. Under the circumstances, Lee respectfully submits that it is appropriate for the Court to allow the filing of the Declarations in support of the PI Motion.

## Conclusion

For the foregoing reasons, Lee respectfully requests that the Court enter an order allowing, on a *nunc pro tunc* basis, the filing of the Declarations.

---

[2]     Van Norman is acting as an expert for Lee and Honken.

Dated:  November 6, 2019                    Respectfully submitted,

                                           HOGAN LOVELLS US LLP


                                           */s/      Pieter Van Tol*

                                           Pieter Van Tol (admitted *pro hac vice*)
                                           John D. Beck (admitted *pro hac vice*)
                                           Mallik Yamusah
                                           390 Madison Avenue
                                           New York, NY  10017
                                           (212) 918-3000
                                           (212) 918-3100 (fax)
                                           pieter.vantol@hoganlovells.com
                                           john.beck@hoganlovells.com
                                           mallik.yamusah@hoganlovells.com

                                           and

                                           Elizabeth M. Hagerty (Bar No. 1022774)
                                           David S. Victorson (Bar No. 1027025)
                                           Columbia Square
                                           555 13th Street NW
                                           Washington, DC  20004
                                           (202) 637-5600
                                           (202) 637-5910 (fax)
                                           elizabeth.hagerty@hoganlovells.com
                                           david.victorson@hoganlovells.com

                                           *Attorneys for Plaintiff Daniel Lewis Lee*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 6, 2019, Plaintiff Lee's Motion to Allow *Nunc Pro Tunc* Filing of Expert Declarations of Gail A. Van Norman, M.D., and Craig W. Stevens, Ph.D., and Points and Authorities in Support was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties that are registered users.  The below parties may access this filing through the Court's CM/ECF System.

**Joshua Christopher Toll**
KING & SPALDING, LLP
(202) 737-8616
Email: jtoll@kslaw.com

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

**Brandon David Almond**
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

**Gerald Wesley King , Jr.**
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

**Celeste Bacchi**
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

**Craig Anthony Harbaugh**
FEDERAL PUBLIC DEFENDER, CENTRAL
DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

**Donald P. Salzman**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

**Jonathan Charles Aminoff**
FEDERAL PUBLIC DEFENDER, CENTRAL
DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

**Alexander Louis Kursman**
OFFICE OF THE FEDERAL COMMUNITY
DEFENDER/EDPA
(215) 928-0520
Email: alex_kursman@fd.org

**Billy H. Nolas**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: billy_nolas@fd.org

**Jeanne Vosberg Sourgens**
VINSON & ELKINS L.L.P
(202) 639-6633

**William E. Lawler , III**
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

**Margaret O'Donnell**
(502) 320-1837
Email: mod@dcr.net

**William E. Hoffmann , Jr.**
KING & SPALDING, LLP
(404) 572-3383

**Matthew John Herrington**
STEPTOE & JOHNSON, LLP
(202) 429-8164
Email: mherrington@steptoe.com

**Denise M. Clark**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
(202) 252-6605
Email: denise.clark@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE, CIVIL
DIVISION
FEDERAL PROGRAMS BRANCH
(202) 514-3716
Email: jean.lin@usdoj.gov

**Kathryn B. Codd**
VINSON & ELKINS, L.L.P.
(202) 639-6536
Email: kcodd@velaw.com

**Robert E. Waters**
KING & SPALDING, LLP
(202) 737-0500
Email: rwaters@velaw.com

**Yousri H. Omar**
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

**Abigail Bortnick**
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

**Mark Joseph Hulkower**
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

**Robert A. Ayers**
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

**Peter S. Smith**
UNITED STATES ATTORNEY'S OFFICE
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

**Robert J. Erickson**
U. S. DEPARTMENT OF JUSTICE
(202) 514-2841
Email: robert.erickson@usdoj.gov

**Amy Gershenfeld Donnella**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

**Gary E. Proctor**
LAW OFFICES OF GARY E. PROCTOR,
LLC
(410) 444-1500
Email: garyeproctor@gmail.com

**Shawn Nolan**
FEDERAL COMMUNITY DEFENDER
OFFICE, EASTERN DISTRICT OF PENN
(215) 928-0528
Email: shawn.nolan@fd.org

**Joseph William Luby**
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

**Robert L. McGlasson**
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

**Sean D. O'Brien**
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Date:   November 6, 2019

/s/ *Pieter Van Tol*

Pieter Van Tol (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY  10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

and

Elizabeth M. Hagerty (Bar No. 1022774)
David S. Victorson (Bar No. 1027025)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
elizabeth.hagerty@hoganlovells.com
david.victorson@hoganlovells.com

*Attorneys for Plaintiff Daniel Lewis Lee*