

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

---

July 25, 2019

Mr. Dustin Lee Honken
Reg. No. 06951-029
Special Confinement Unit
United States Penitentiary
Terre Haute, Indiana 47802

Dear Mr. Honken:

The purpose of this letter is to inform you that a date has been set for the implementation of your death sentence, pursuant to the Amended Judgment and Order issued on October 8, 2013, by Chief Judge Linda R. Reade of the United States District Court for the Northern District of Iowa. This letter will serve as official notification that pursuant to Title 28, Code of Federal Regulations, Section 26.3 (a)(1), the Director of the Federal Bureau of Prisons has set January 15, 2020, as the date for your execution by lethal injection.

Under Title 28, Code of Federal Regulations, Sections 1.1 and 1.10, if you wish to seek commutation of sentence or reprieve from the President, petitions may be emailed directly to the DOJ Pardon Attorney at USPARDON.Attorney@usdoj.gov. If email is not available, petitions may be mailed to with the Office of the Pardon Attorney, U.S. Department of Justice, 950 Pennsylvania Avenue, RFK Main Justice Building, Washington, D.C 20530. The Office of the Pardon Attorney is responsible for receiving and processing on behalf of the President all requests for clemency. If you wish to apply for commutation of sentence your petition must be filed within 30 days of the date you receive this notice.

Soon, I will come to your housing unit to personally discuss with you many of the details surrounding the execution. At that time, I will be available to answer any questions you may have regarding the execution process.

Sincerely,

T.J. Watson
Complex Warden

cc: The Honorable Leonard T. Strand, U.S. District Court (N.D. Iowa)
    The Honorable Linda R. Reade, U.S. District Court (N.D. Iowa)
    Mr. Robert L. Phelps, Clerk of the Court (N.D. Iowa)
    Mr. Peter Deegan, Jr., United States Attorney (N.D. Iowa)
    Mr. Timothy Kane, Esq.
    Mr. Josh Minkler, Acting US Attorney (S.D. of Indiana)
    Mr. Joseph "Dan" McClain, US Marshal (S.D. of Indiana)
    Mr. Joseph H. (Jody) Hunt, Assistant Attorney General, Civil Division

**Ex. D**