Attachment 1

## FCC Terre Haute

### Administrative Remedy -- Informal Resolution

659

| Inmate Name: Lezmond C. Mitchell | Register #: 06951-029 |
|---|---|
| Unit: Special Confinement Unit | Date Submitted: August 09, 2019 |

Section 1: NOTICE TO INMATE - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: The execution protocol has violated and will continue to violate my 5th Amendment rights to notice and to due process of law because it provides very little specific information about how I will be executed. The execution protocol will violate my 8th Amendment protections against cruel and unusual punishment because the form and source of the drugs are unknown and there is a risk of administration errors and problems. The protocol also is invalid because it was created in violation of the Administrative Procedures Act and was not authorized by Congress.

Section 1b: Briefly state the resolution you request: I want you to remedy the 5th Amendment violations, and not to violate the 8th Amendment by causing me unconstitutionally cruel and unusual pain. I want you to follow the proper rulemaking procedures for the execution protocol, get Congressional authorization.

Inmate Signature: [signature]

Counselor Printed Name/Signature: [signature]

Section 2: Department Assigned: 6.1

Date Assigned: 8-12-19     Date Due: 8-16-19

| ☐ Food Service | ☐ Unit Mgmt | ☐ Unicor | ☐ Education |
| ☐ Psychology | ☐ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☐ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☐ SIS | X SCU 1 |

Section 3: Department Head Response:

Issue Resolved Comments:

Issue Un-resolved Comments:
SEE THE ATTACHED RESPONSE

Unable to Address Issue Comments:

| Inmate Signature if Resolved: | Date: |
|---|---|
| Staff Signature: [signature] | Date: 8-15-19 |

Section 4: Tracking

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | 8-8-19 | 8-12-19 | 8-15-19 | | | |
| Time | 10 AM | 6 AM | 1230 | | | |
| Staff | AS | AS | AS | | | |

THX-1330.18C                                                                 Page 7

**Ex. E**

28 C.F.R. 26.3(a)(4) requires that a sentence of death be implemented by "intravenous injection of a lethal substance or substances in a quantity sufficient to cause death, such substance or substances to be determined by the Director of the Federal Bureau of Prisons and to be administered by qualified personnel selected by the Warden and acting at the direction of the Marshal." The Bureau of Prisons execution protocol complies with this, and all applicable laws and regulations.