# EXPERT DECLARATION OF MARK A. EDGAR, M.D.

I, Mark Edgar, under the penalty of perjury, declare the following to be true:

1. My name is Mark A. Edgar, M.D. I am an Associate Professor of Pathology at Emory University School of Medicine, in Atlanta, Georgia. I am a practicing, Board-certified anatomic pathologist and neuropathologist, and I am involved in resident training in anatomic pathology.

2. The factual statements and conclusions I make in this declaration are true and correct to the best of my knowledge and experience and to a reasonable degree of medical certainty.

3. I have been asked by counsel representing inmates Alfred Bourgeois, Dustin Honken, Chadrick Fulks, and Jeffrey Paul to provide opinions related to the lethal injection execution protocol employed by the Federal Government.

4. In preparing this report and reaching the expert opinions contained herein, I have reviewed, among other materials, autopsy reports of inmates executed using lethal injection protocols employing pentobarbital, including reports for the following inmates executed in the state of Georgia: John Conner, Andrew Cook, Marcus Wellons, Robert Holsey, Andrew Brannan, Warren Hill, Jr., Kelly Gissendaner, Marcus Johnson, Bryan Terrell, Brandon Jones, Travis Hittson, Kenneth Fults, Daniel Lucas, Joshua Bishop, and Robert Earl Butts. I have also reviewed media

1

reports of witness observations from lethal injection executions employing pentobarbital protocols including those from Texas (John Battaglia, Danny Bible, Carl Blue, Lester Bower, Alvin Braziel, Juan Castillo, Elroy Chester, Troy Clark, Billie Coble, Billy Crutsinger, Erick Davila, Arturo Diaz, Gustavo Garcia, Robert Garza, Robert Ladd, Rickey Lewis, Daniel Lopez, Kimberly McCarthy, Jamie McCoskey, Carroll Parr, TaiChin Preyor, Arnold Prieto, Roberto Ramos, Vaughn Ross, Ronaldo Ruiz, Mark Soliz, Robert Sparks, Kent Sprouse, Larry Swearingen, Ronnie Threadgill, Manuel Vasquez, Jose Villegas, Christopher Young, and Michael Yowell), Georgia (Robert Butts, Jr., Andrew Cook, Carlton Gray, Travis Hittson, Gregory Lawler, J. W. Ledford, Scotty Morrow, William Sallie, Steven Spears, Marion Wilson, Jr., and Marcus Wellons), Missouri (Jeffrey Ferguson, Joseph Franklin, Allen Nicklasson, and Michael Worthington), and South Dakota (Rodney Berget, Donald Moeller, and Eric Robert).  I have reviewed affidavits of Niski Paredes and K. Knox Nunnally (witnesses to the execution of Anthony Shore) and affidavits of Danielle Allen and Liliane Sticher (witnesses to the execution of William Rayford). I have reviewed the 8/23/2019 Complaint for Injunctive and Declaratory Relief of Daniel Lewis Lee.  I have reviewed the State of Georgia lethal injection protocol.  I have read sections of the Administrative Record regarding the revised BOP Federal Execution Protocol including: Administrative Record Summary (Bates Stamped pages 1-6), Lindley letter/report (p. 525-26), Memorandum for the Attorney General (p. 855-59), Memorandum for the Attorney General (p. 869-73), Current pentobarbital protocol (labeled an "addendum") (p. 874-75), and

Administrative Record Summary (p. 929-34).  I have reviewed the package insert for pentobarbital (Leucadia Pharmaceuticals, Revised October 2017). I reviewed an article on acute pulmonary edema (*NEJM* 2005; 353: 2788- 2796). I have reviewed a paper that describes findings in an experimental model of pulmonary edema in the dog (*Journal of Clinical Investigation* 44(3), 1965).

5. Pulmonary edema is the movement of fluid from small blood vessels in the lung (alveolar capillaries) into the air spaces (Ware et al). It can be caused by increased hydrostatic pressure and congestion in capillaries as the result of fluid back-up in the lungs resulting from a failing heart (cardiogenic pulmonary edema) or it can be the result of a variety of chemical, infectious, or physical insults to the lung such as inhaled toxic gas or reaction to intravenous contrast media used by radiologists. Pulmonary edema has a variety of effects on the body.  First, the presence of fluid in airspaces (alveolar sacs) interferes with normal gas exchange which reduces the amount of oxygen in the blood.  It also increases the work of breathing; in mild cases, this causes shortness of breath, sometimes coughing or wheezing, and increase in the rate of breathing, but with increasing severity it greatly increases the work of breathing such that the chest muscles and diaphragm strain as they expend greater effort to move air into the lungs. This also produces sensations similar to drowning or asphyxiation as fluid occupies a greater volume of the air spaces. Severe pulmonary edema is an intolerable state that produces panic and terror. These sensations are increased when subjects lay flat.

**Ex. K**

6. Normal adult lungs weigh about 350-400 grams and these lung weights are seen in people who die very suddenly as from a ruptured aneurysm in the brain or from sudden trauma. Most deaths are not instantaneous, however, but are a more gradual process in which multiple organs gradually fail together. This results in heavy lungs and, in patients with heart failure, pulmonary edema can be seen.

7. Significant degrees of pulmonary edema are evident to the naked eye. Lungs are typically heavy and wet, with cut sections leaking fluid and resembling a wet sponge as fluid pours from the tissue when it is squeezed. Blood is often present in the fluid, giving it a red color described as serosanguineous. Pulmonary edema may arise suddenly, over the course of minutes and when sudden and severe in onset (fulminant) it may result in the presence of foam or froth in the small/lower or large/upper airways (bronchi and trachea) resulting from the mixture of air, edema fluid, and pulmonary surfactant (a detergent-like secretion normally present in the airspaces).  Minor degrees of pulmonary edema may result in heavy lungs that do not appear wet, but edema fluid may be evident in lung tissue examined under the microscope. Pulmonary congestion (increase in the volume of blood within blood vessels) commonly precedes or accompanies pulmonary edema, but it is not clinically or pathologically equivalent to pulmonary edema.

Ex. K

# AUTOPSY REPORTS (AND WITNESS OBSERVATIONS) OF GEORGIA INMATES EXECUTED USING PENTOBARBITAL PROTOCOL

8. **John Conner (7/15/2016).** The autopsy report indicates that right and left lungs weighed 860 and 820 grams, respectively. No other note was made of abnormalities in the lungs.

9. **Andrew Cook (2/21/2013).** Media reports of witness accounts state that after the execution began Cook blinked his eyes a few times and his eyes soon got heavy. His chest was heaving for about two to three minutes as his eyes closed. The autopsy report states that right and left lungs weighed 720 and 640 grams, respectively. Note was made of frothy fluid in the tracheobronchial tree. This finding confirms that Cook developed acute pulmonary edema during the execution.

10. **Marcus Wellons (6/17/2014).** Media reports of witness observations state that a few minutes after the execution began, Wellons took a couple of heavy breaths and blew air out through his lips as if snoring. The autopsy report states that right and left lungs weighed 860 and 720 grams, respectively. Lungs are described as congested.

11. **Robert Holsey (12/9/2014).** The autopsy report indicates that right and left lungs weighed 740 and 580 grams, respectively. Lungs were described as moderately congested.

Ex. K

12. **Andrew Brannan (1/13/2015).** The autopsy report indicates that right and left lungs weighed 820 and 720 grams, respectively. There was a mild degree of frothy fluid in the lower airways. This finding confirms that Brannan developed pulmonary edema during the execution.

13. **Warren Hill, Jr. (1/27/2015).** The autopsy report indicates that right and left lungs weighed 760 and 700 grams, respectively. The cut surfaces of lungs exuded minimal frothy fluid. This finding confirms that Hill developed pulmonary edema during the execution.

14. **Kelly Gissendaner (9/30/2015).** The autopsy report indicates that right and left lungs weighed 620 and 520 grams, respectively. There was a moderate amount of white foam in the upper airway. Pulmonary parenchyma exuded a moderate amount of blood-tinged foamy fluid.  These findings confirm that Gissendaner developed pulmonary edema during the execution.

15. **Marcus Johnson (11/19/2015).** The autopsy report indicates that right and left lungs weighed 760 and 640 grams, respectively. Cut sections of lungs showed congestion and edema.  This finding confirms that Johnson developed pulmonary edema during the execution.

16. **Bryan Terrell (12/9/2015).** The autopsy report indicates that right and left lungs weighed 800 and 640 grams, respectively. Frothy material was noted in main bronchi and smaller airways.  This finding

**Ex. K**

confirms that Terrell developed pulmonary edema during the execution.

17. **Brandon Jones (2/3/2016).** The autopsy report indicates that right and left lungs weighed 720 and 600 grams, respectively. Lungs were described as congested.

18. **Travis Hittson (2/17/2016).** Media reports of witness accounts state that Hittson appeared to take several deep breaths before becoming still about four minutes after the warden left the execution chamber. The autopsy report indicates that right and left lungs each weighed 580 grams. Pulmonary parenchyma was described as edematous. This finding indicates that Hittson developed pulmonary edema during the execution.

19. **Kenneth Fults (4/12/2016).** The autopsy report indicates that right and left lungs weighed 560 and 460 grams, respectively. Cut sections of lung showed edema with edematous fluid in major airways. Lung parenchyma was moderately congested and edematous.  These findings confirm that Fults developed pulmonary edema during the execution.

20. **Daniel Lucas (4/27/2016).** The autopsy report indicates that right and left lungs weighed 520 and 540 grams, respectively. White frothy fluid was noted in the tracheobronchial tree.  This finding confirms that Lucas developed pulmonary edema during the execution.

**Ex. K**

21.     **Joshua Bishop (3/31/2016).** The autopsy report indicates that right and left lungs weighed 760 and 620 grams, respectively. No other note was made of abnormalities in the lungs.

22.     **Robert Butts (5/4/2018).** Media reports of witness accounts state that Butts twitched briefly as the lethal injection flowed into his body and he groaned, "It burns, man". His chest rose high as his back arched. He took about nine deep breaths; after that he lay still.  The autopsy report indicates that right and left lungs weighed 780 and 680 grams, respectively. The pulmonary parenchyma was purple, exuding moderate amounts of bloody fluid. Upper airways contained a moderate amount of foam. These findings confirm that Butts developed pulmonary edema during the execution.

## ADDITIONAL WITNESS OBSERVATIONS OF INMATES EXECUTED USING PENTOBARBITAL PROTOCOLS

23.     **John Battaglia (2/1/2018, TX).** Media reports of witness accounts state that during the execution the inmate gasped twice and started to snore. Within a few more seconds all movement had stopped.

24.     **Danny Bible (6/27/2018, TX).** Media reports of witness accounts state that after the execution began the inmate started breathing heavily before saying "it burned".  He stopped moving three minutes later.

25.     **Carl Blue (2/21/2013, TX).** Media reports of witness accounts state that during the execution the

**Ex. K**

inmate took about a dozen breaths, said he could "feel it", then slipped into unconsciousness.

26.   **Lester Bower (6/3/2015, TX).** Media reports of witness accounts state that during the execution the inmate closed his eyes and could be heard taking deep breaths.  After several minutes he made some grunting, snore-like sounds. His mouth opened and he lay still.

27.   **Alvin Braziel (12/11/2018, TX).** Media reports of witness accounts state that during the execution the inmate took a couple breaths, gasped, then snored loudly three times.  The fourth snore was noticeably less pronounced and then all movement stopped.

28.   **Juan Castillo (5/16/2018, TX).** Media reports of witness accounts state that during the execution the inmate struggled to lift his head and look down at his feet.  "I can taste this s---", he added.  "S--- does burn".  He began breathing heavily then stopped a minute later.

29.   **Elroy Chester (6/12/2013, TX).** Media reports of witness accounts state that during the execution the inmate began breathing heavily and yawned before losing consciousness.

30.   **Troy Clark (9/26/2018, TX).** Media reports of witness accounts state that during the execution the inmate remarked that the drug "burned going in".  "I feel it", he said. Then he grunted, gasped, and began to snore. Seconds later all movement stopped.

31.   **Billie Coble (2/28/2019, TX).** Media reports of witness accounts state that during the execution the inmate gasped several times and began snoring.

32.   **Billy Crutsinger (9/4/2019, TX).** Media reports of witness accounts state that during the execution the inmate said he could feel it "in my left arm. It's kind of burning". Crutsinger then began coughing and breathing heavily and then made snoring noises at least 29 times before he stopped moving.

33.   **Erick Davila (4/25/2018, TX).** Media reports of witness accounts state that during the execution the inmate tried to mumble a few words and started breathing heavily.  Moments later Davila lost consciousness.

34.   **Arturo Diaz (9/26/2013, TX).** Media reports of witness accounts state that during the execution the inmate took several deep breaths, began snoring and ceased movement in less than a minute.

35.   **Gustavo Garcia (2/16/2016, TX).** Media reports of witness accounts state that during the execution the inmate yawned, gurgled, exhaled and started to snore quietly.  Within 30 seconds all movement stopped.

36.   **Robert Garza (9/19/2013, TX).**  Media reports of witness accounts state that during the execution the inmate took several deep breaths then began snoring. All movement stopped within less than one minute.

37.   **Robert Ladd (1/29/2015, TX).** Media reports of witness accounts state that during the execution the

**Ex. K**

inmate said, "Stings my arm, man!" He began taking deep breaths then started snoring. His snores became breaths, each one becoming less pronounced, before he stopped all movement.

38.    **Rickey Lewis (4/9/2013, TX).** Media reports of witness accounts state that during the execution the inmate said, "I feel it in my throat. I'm getting dizzy", before he started to snore and, seconds later, lost consciousness. As the drug began taking effect he said he could feel it "burning my arm".

39.    **Daniel Lopez (8/12/2015, TX).** Media reports of witness accounts state that during the execution the inmate took two deep breaths, then two shallower breaths. Then all movement stopped.

40.    **Kimberly McCarthy (6/26/2013, TX).** Media reports of witness accounts state that during the execution the inmate took hard, raspy, loud breaths for several seconds before becoming quiet. Then, her chest moved up and down for another minute before she stopped breathing.

41.    **Jamie McCoskey (11/12/2013, TX).** Media reports of witness accounts state that during the execution the inmate let out a loud laugh then began taking deep breaths that became several snores.

42.    **Carroll Parr (5/7/2013, TX).** Media reports of witness accounts state that during the execution the inmate yawned and made several deep breathing sounds before falling silent.

**Ex. K**

43.     **TaiChin Preyor (7/27/2017, TX).** Media reports of witness accounts state that during the execution the inmate took several deep breaths, then began snoring, each sound decreasing in volume. Within a minute all movement stopped.

44.     **Arnold Prieto (1/21/2015, TX).** Media reports of witness accounts state that during the execution the inmate screamed, "I can smell it... whoa".

45.     **Roberto Ramos (11/14/2018, TX).** Media reports of witness accounts state that during the execution the inmate took a couple of deep breaths, sputtered once and began snoring. Within seconds all movement stopped.

46.     **Vaughn Ross (7/18/2013, TX).** Media reports of witness accounts state that during the execution the inmate's breathing quickly became labored and he seemed to briefly strain against the leather restraints. His eyes slowly closed and he snored several times.

47.     **Rolando Ruiz (3/7/2017, TX).** Media reports of witness accounts state that during the execution the inmate took several deep breaths, then began snoring quietly. All movement stopped within about 30 seconds.

48.     **Mark Soliz (9/10/2019, TX).** Media reports of witness accounts state that during the execution the inmate gasped, snorted, and appeared to go to sleep.

49.     **Robert Sparks (9/25/2019, TX).** Media reports of witness accounts state that during the execution the

Ex. K

inmate said, "I feel it". He took two deep breaths almost immediately, snored three times and then all movement ceased.

50.   **Kent Sprouse (4/9/2015, TX).** Media reports of witness accounts state that during the execution the inmate took several deep breaths then began snoring. Within a minute all movement stopped.

51.   **Larry Swearingen (8/21/2019, TX).** Media reports of witness accounts state that during the execution the inmate said he could "hear it" going into a vein in his arm and he could taste it. "It's actually burning in my right arm.  I don't feel anything in the left arm". Almost immediately he took a short breath, then started to snore quietly.

52.   **Ronnie Threadgill (4/16/2013, TX).** Media reports of witness accounts state that during the execution the inmate took several deep breaths, then began snoring loudly. Within a few seconds the sounds stopped.

53.   **Manuel Vasquez (3/11/2015, TX).** Media reports of witness accounts state that during the execution the inmate took three deep breaths then began snoring loudly. The snores became progressively quiet and all movement stopped in less than a minute.

54.   **Jose Villegas (4/16/2014, TX).** Media reports of witness accounts state that during the execution the inmate said, "It does kind of burn. Goodbye". He gasped several times then started to breathe quietly. Within less than a minute all movement had stopped.

**Ex. K**

55.     **Christopher Young (7/17/2018, TX).** Media reports of witness accounts state that during the execution the inmate said, "I taste it in my throat" He cursed twice and said that the drug burned his throat. Then he slipped into unconsciousness, saying something incomprehensible. He started taking shallow breaths. Within about 30 seconds he stopped moving.

56.     **Michael Yowell (10/9/2013, TX).** Media reports of witness accounts state that during the execution the inmate appeared to struggle for breath several times before settling into sleep, inhaling and snoring eight times before his audible breathing stopped.

57.     **Carlton Gary (3/15/2018, GA).** Media reports of witness accounts state that during the execution the inmate took several quick breaths within a few minutes of the warden exiting and then yawned before becoming still.

58.     **Gregory Lawler (10/19/2016, GA).** Media reports of witness accounts state that during the execution the inmate took several deep breaths before yawning and becoming still.

59.     **J.W. Ledford (5/17/2017, GA).** Media reports of witness accounts state that during the execution the inmate raised his head to look at his right arm. He appeared to take several deep breaths before falling still within two to three minutes of the warden leaving.

**Ex. K**

60.     **Scotty Morrow (5/2/2019, GA).** Media reports of witness accounts state that during the execution the inmate's chest heaved, he tilted his head to the right, and one minute later he yawned. Then he was still.

61.     **William Sallie (12/6/2016, GA).** Media reports of witness accounts state that during the execution the inmate's shoulders twitched four or five times, but his eyes remained closed.  Then he was still.

62.     **Steven Spears (11/16/2016, GA).** Media reports of witness accounts state that during the execution the inmate took several deep breaths and swallowed a few times before becoming still.

63.     **Marion Wilson, Jr. (6/20/2019, GA).** Media reports of witness accounts state that during the execution the inmate breathed deeply about ten times, yawned and took several more deep breaths before becoming still.

64.     **Jeffrey Ferguson (3/26/2014, MO).** Media reports of witness accounts state that during the execution the inmate took a few deep breaths before becoming still.

65.     **Joseph Franklin (11/20/2013, MO).** Media reports of witness accounts state that during the execution the inmate breathed heavily a few times and swallowed hard. The heaving of his chest slowed and finally stopped.

66.     **Allen Nicklasson (11/20/2013, MO).** Media reports of witness accounts state that during the

**Ex. K**

execution the inmate briefly breathed heavily about two minutes into the process.

67.   **Michael Worthington (8/6/2014, MO).** Media reports of witness accounts state that during the execution the inmate appeared to breathe deeply for about 15 seconds before closing his eyes.

68.   **Rodney Berget (10/29/2018, SD).** Media reports of witness accounts state that during the execution the inmate said, "Is it supposed to feel like that?", groaned, pushed out his chest, said, "ahh", began breathing heavily and snored.

69.   **Donald Moeller (10/30/2012, SD).** Media reports of witness accounts state that during the execution the inmate took about eight heavy breaths before the breathing stopped.

70.   **Eric Robert (10/15/2012, SD).** Media reports of witness accounts state that during the execution the inmate appeared to be clearing his throat and then began to make heavy gasps. He started snoring for about 30 seconds.

71.   **William Rayford (1/30/2018, TX).** Sworn affidavit of Danielle Allen (witness to the execution) describes Rayford jerking his head and his face twisting into a grimace after the execution began. Allen further states, "His eyes were squinted, and his face was tensed. It's hard to describe, but Mr. Rayford was clearly in severe pain". She describes Rayford breathing heavily and unevenly for a while until his breathing became inaudible. Sworn affidavit of Liliane

**Ex. K**

Sticher (witness to the execution) describes Rayford raising the upper part of his body to about 30 degrees after the execution began. He was shaking and appeared to be in distress. Rayford's breathing was intermittently heavy and his body was shaking more than once.

72.   **Anthony Shore (1/18/2018, TX).** Sworn affidavit of Niski Paredes (witness to the execution and spiritual adviser to Shore) states that about two minutes after he said his final words, Mr. Shore's body started to tremble. He then said in a stressed voice, "Ohh weee, I can feel that it does burn. Burning!" Paredes further states that as he said this his voice became progressively louder and more agitated. After that he shut his eyes and had a desperate look on his face. Mr. Shore appeared to be struggling to breathe. Sworn affidavit of K. Knox Nunnally (witness to the execution and Shore's legal counsel) also describes Shore saying, in a stressed voice, "Ohh weee, I can feel that it does burn. Burning!"

73.   **Roy Blankenship (6/23/2011, GA).** Media reports of witness accounts state that during the execution the inmate jerked his head toward his left arm and made a startled face while blinking rapidly. He soon lurched to his right arm, lunging with his mouth agape twice. One eyewitness reported, "Blankenship was apparently much more aware of his surroundings at a time when he shouldn't have been".

**Ex. K**

## EVALUATION OF AUTOPSY FINDINGS AND WITNESS OBSERVATIONS IN LETHAL INJECTION EXECUTIONS USING PENTOBARBITAL

74.     Ten of 15 autopsy reports show evidence of pulmonary edema with eight of these demonstrating fulminant (acute and severe) pulmonary edema with foam or froth in airways. Microscopic examination was not reported in any of these autopsies; this might have shown evidence of pulmonary edema in cases where it was not appreciated grossly.  Furthermore, some of the autopsy reports make reference to airway froth, but do not note evidence of fluid in the lungs (i.e. gross pulmonary edema), despite the fact that such cases would have been expected to show edema fluid in the airspaces. This suggests that pulmonary edema may have actually been present in some cases where it was not described, and the number of cases affected by pulmonary edema may be understated in this series. Therefore, at least two-thirds of autopsies showed findings consistent with development of acute pulmonary edema during execution by lethal injection with pentobarbital.

75.     Witness observations describe heavy breathing in 29 reports that I have reviewed, with evidence of respiratory distress (gasping, "struggling to breathe", chest heaving) in an additional 15 cases. In seven of these reports (Anthony Shore, Scotty Morrow, Michael Yowell, Vaughn Ross, Erick Davila, Elroy Chester, and Danny Bible), witnesses describe the onset of respiratory distress prior to loss of consciousness. Eleven reports state that the inmate complained of burning after the execution began, most often at the

site of injection in the arm but also in the throat (in one case).

76.     Pentobarbital solution is highly alkaline with a pH of about 9.5 (normal blood pH is 7.4). Review of the Administrative record shows even more alkaline pH measurements on samples submitted for analysis with values of 9.91, 10.0, 10.03, 10.3, and 10.12. Inadvertent injection into an artery can cause severe tissue injury and gangrene, indicating that high concentrations of the drug are directly toxic to tissue and/or the lining of blood vessels. Reports of inmates complaining of burning as the execution begins are additional evidence of pentobarbital's injurious, caustic effect on blood vessels when injected in high doses, possibly the result of highly alkaline pH.

77.     Overdose of oral pentobarbital (and other barbiturates) causes death from respiratory depression due to effects exerted on the brain stem centers responsible for control of breathing (Goodman and Gilman, *The Pharmacological Basis of Therapeutics*, 12e, chapter 17).  This produces decreased oxygen concentration in the blood and leads to cardiac arrest. Cardiogenic pulmonary edema may develop as a consequence of heart failure induced by decreasing blood oxygen levels.

78.     Pentobarbital may also be producing non-cardiogenic pulmonary edema during lethal injection executions as the result of injection of a high volume of alkaline solution which travels from a peripheral vein, then to the right side of the heart, and then directly to the lungs.  Witness observations of

**Ex. K**

respiratory distress support this idea as breathing is frequently described as labored before it becomes shallow and stops. Furthermore, in seven cases, witnesses describe the onset of respiratory distress before loss of consciousness, making it extremely unlikely that the respiratory distress was due to cardiogenic pulmonary edema, as the drug had not yet acted on the brain to produce deep sedation (and therefore would not be expected to produce respiratory depression through an effect on the brain). If pentobarbital caused *only* respiratory depression and arrest, inmates would be expected to demonstrate *only* decreased movements of breathing, without gasping and evidence of labored or heavy breathing.

79.    The presence of fulminant pulmonary edema in more than half of the autopsies also raises concern for the occurrence of acute, non-cardiogenic pulmonary edema as a direct toxic effect of alkaline pentobarbital solution on the lung capillaries. If the only effect pentobarbital produced on the respiratory system was to depress and stop breathing, edema fluid would be expected in the airspaces of the lung as the result of heart failure due to low oxygen tension in the blood; this would occur whether the lungs were actively inflating/deflating or not. The presence of foam or froth in the airways indicates the active mixing of edema fluid with air, a process that could only occur while the inmate was still breathing (that is, before the drug had acted on the brain to stop breathing).  Put another way, the presence of froth in the airways indicates that there was continued breathing for a significant period of time after pulmonary edema had commenced, and witness reports of respiratory

**Ex. K**

distress in some of the inmates before loss of consciousness suggest this can occur soon after administration of the drug.

80.     Because pulmonary edema produces sensations of drowning and asphyxia, the experience of this condition in an inmate who was still sensate would result in extreme pain, terror and panic.

## CONCLUSIONS

81.     Pulmonary edema (and fulminant pulmonary edema) is described in more than half of available autopsy reports from inmates executed by lethal injection protocols using pentobarbital.

82.     Witness observations report respiratory distress in a significant number of lethal injection executions employing pentobarbital, including examples in which the onset of labored breathing precedes loss of consciousness.

83.     The presence of fulminant pulmonary edema at autopsy is evidence that inmates are continuing to breathe while fluid leaks into their lungs, a finding which would not be expected if pentobarbital rapidly produced respiratory arrest. This fact, combined with the witness observations noted above, the highly alkaline pH of pentobarbital, its known capacity to produce tissue damage in high concentrations, and evidence of burning at the time of injection in lethal injection executions, raises concern that inmates are rapidly developing acute non-cardiogenic pulmonary

**Ex. K**

edema following injection of high volumes of caustic pentobarbital solution.

84.   Acute pulmonary edema is a terrifying and painful condition which would be made more frightening by being positioned lying flat in restraints (a position which aggravates the noxious sensations of pulmonary edema).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this, the 24th day of October, 2019.

_____

Mark A. Edgar, M.D.

**Ex. K**