Curriculum Vitae

Mark Allen Edgar

1292 Timberland Dr SE                                    (770) 693-4335  Home
Marietta, GA                                             (404) 686-1915  Work

Date of Birth:        August 6, 1963

Citizenship:          American

DEGREES:  B. Sc. *cum laude*  (Psychology), Dalhousie University, Halifax, Nova
          Scotia, Canada, 1984.

          M.D. *cum laude*, Dalhousie University, Halifax, Nova Scotia, 1988.

APPOINTMENTS:

Associate Professor of Pathology, Emory University School of Medicine, September
2010 - present

Director, Emory Bone and Soft Tissue Pathology Service, 3/2019 - present

Director, Emory Pathology Expert Consultation Service, 3/2019 - present

Staff Pathologist, CellNetix Laboratories, Seattle, WA, 9/2008-8/2010.

Associate Clinical Member, Memorial Sloan-Kettering Cancer Center (Hospital
Appointment) Hospital, July 2004 – August 2008

Associate Attending Pathologist (Anatomic Pathology and Neuropathology), Memorial
Sloan-Kettering Cancer Center, New York, NY (2004-2008)

Associate Professor of Clinical Pathology, Weill Medical College of Cornell University,
New York, NY (2000-2008)

Assistant Professor of Clinical Pathology, Cornell University Medical Center (1995-
2000)

LICENCES AND PROFESSIONAL MEMBERSHIPS:

          Licentiate of the Medical Council of Canada, 1988

1

Licentiate of the National Board of Medical Examiners of USA, 1989

Diplomate, Royal College of Physicians and Surgeons of Canada (Anatomic Pathology), 1993

Diplomate, American Board of Pathology (Anatomic Pathology, 93-206)

Diplomate, American Board of Pathology (Neuropathology, SQ 95-056)

Affiliate Member, American Association of Neuropathologists

Member, International Society of Neuropathology

Member, United States and Canadian Academy of Pathology

Member, New York Bone Pathology Club (2004-2008)

Member, International Society of Bone and Soft Tissue Pathologists

DEA number BE5425803

Georgia Medical License (64366, Exp. 8/31/2017)

EDUCATION:

1984-1988    Faculty of Medicine, Dalhousie University, Halifax, Nova Scotia

1981-1984    Faculty of Arts and Science, Dalhousie University, Halifax, Nova Scotia (B.Sc. psychology)

AWARDS AND SCHOLARSHIPS

2012    Golden Apple Award for Resident Teaching, Emory Pathology Residents

2003    Senior List, graduating Cornell Medical College Class of 2003

2002    Excellence in Teaching Award, Cornell Medical College

2002    Honorary Member, Alpha Omega Alpha Medical Honor Society

1996    Citation: Participation in NJ Summer Scholars Program

**Ex. L**

| | |
|---|---|
| 1993 | Outstanding Resident Award, Anatomic Pathology |
| 1988 | W.H. Hattie Prize in Internal Medicine |
| 1988 | Poulenc Prize |
| 1988 | R.O. Jones Prize in Psychiatry |
| 1988 | Lange Book Prize |
| 1986 | Ross Stewart Smith Medical Scholarship |
| 1985 | Ross Stewart Smith Medical Scholarship |
| 1984 | Avery Prize |
| 1983 | Ross  Stewart Smith Undergraduate Scholarship |
| 1982 | Marjorie F Ellis Scholarship |
| 1981 | Dalhousie Arts and Science Entrance Scholarship |

INTERNSHIP:

Rotating Intern, Mount Sinai Hospital, Toronto, Ontario, 1988-1989

RESIDENCY TRAINING:

Anatomic Pathology Residency Training Program, Dalhousie University, Halifax, Nova Scotia, 1990-1993

Chief Resident in Pathology, Victoria General Hospital, 1991-1993

Neuropathology Residency Training Program, Massachusetts General Hospital, Boston, Massachusetts, 1993-1995

UNDERGRADUATE TEACHING RESPONSIBILITIES:

General Pathology lectures, VGH School of Cytotechnology, Cell Injury and Inflammation, 1990-1993

Med II Seminars, General Pathology, Cell Injury, Inflammation,

3

Infarction, and Neoplasia, 1989-1993

Med II Laboratory Instructor, Systems Pathology (Gastrointestinal and Gynecologic), 1991-1993

Med II Lectures in Systems Pathology (Hematopathology), Dalhousie Medical School, 1992

Med II Lectures in General Pathology (Cell Injury), Dalhousie Medical School, 1992

Laboratory Instructor and Oral Examiner, Human Nervous System and Behavior Course, Harvard University Medical School, 1993

Laboratory Instructor, Neuroanatomy, Harvard Medical School HST Course, Fall 1994

Laboratory Instructor, Second Year Pathology Course, Cornell University Medical College, 1995-1999

Tutor, Neurology Problem - Based Learning Pilot Course, Cornell University Medical College, Spring 1996

Neuropathology Lectures, Second Year Medicine, Cornell Medical College, Fall and Winter 1997

Neuropathology Lecture, Degenerative and Metabolic Diseases, New York Medical College, Valhalla, Spring, 1996 and 1997

Neuropathology Lectures and Labs, Brain and Mind Course, Second Year  Medicine, Cornell Medical College, Fall, 1998 – 2003

Neuropathology Lecture, Cornell Physician's Assistant Class, 1996-2001

Basis of Disease Course, Cornell Second Year Medicine, Problem-Based Learning Sessions and Triple Jump Exam, Winter 2002-3 (Respiratory, Cardiac, and Renal Sections).

Basis of Disease Course, Cornell Second Year Medicine, Problem-Based Learning Sessions and Triple Jump Exam, Winter 2003-4 (Respiratory, Cardiac, and Renal sections).

Medical Student Clinical Lab Experience, Laboratory tours and teaching (1 day), Emory University Medical School, 2010-2014

Bone Tumor Basics, Emory SOM Year 2, 2014-2018

4

Ex. L

OTHER TEACHING:

Neuropathology Conference for Neurology staff and students, Memorial Hospital, biweekly (2004-2007); monthly to 2008.

Neuropathology Review Conference, Memorial Sloan-Kettering BTC, monthly, October 2007 to July 2008.

Neuropathology Conference for Neurosurgery staff and students, Memorial Hospital, monthly (2004-2008).

Memorial Hospital Orthopedic fellows pathology teaching (monthly, at multi-headed microscope), 2004-2008.

Bone and Soft Tissue: Common Tumors, Weill-Cornell Pathology Residents, twice a year slide seminar, 2005 to 2008.

COMMITTEES:

Resident Member, Anatomic Pathology Residency Training Committee, Dalhousie University, 1990-1991.

Neuropathology Advisor, Brain and Mind Course Development Committee, (Second Year Medicine) Cornell Medical School, 1997 - 2003.

Anatomic Pathology Quality Assurance Committee, Weill-Cornell Medical Center (2002 to 2004).

Pathology Resident Selection Committee, Weill-Cornell Medical Center (2001 to 2004).

Pathology Residency Committee, Weill-Cornell Medical center, 2003-4.

Chairman, Pathology Quality Assessment Committee, Memorial Sloan-Kettering Cancer Center, 2004 to 2008.

Pathology Representative, Surgical Quality Assessment Committee, Memorial Sloan-Kettering Cancer Center, May 2005 to 2008.

Fellowship Committee, Memorial Sloan-Kettering Pathology Department, 2005 to 2008.

Ex. L

Chariman, Pathology QA Committee, Emory Department of Pathology, 2010-present.

## EXPERT WITNESS WORK

*Ledford v Dozier et al:* United States District Court for the Northern District of Georgia, Case 1:17-cv-01705-SCJ. Prepared declaration.

*Abdur'Rahman v. Parker*: Chancery Court for State of Tennessee, Twentieth Judicial District, Davidson County, TN, Part III, Case No. 18- 183-II (III). Deposed by State, gave testimony in Chancery Court.

*In Re: Ohio Execuiton Protocol Litigation (Henness):*  Case No. 2:11-cv-1016. Prepared expert report and rebuttal report, gave testimony in court.

*Etheria v. Jackson:* Case No: 3-14-cv-1149-MMH-JBT. United States District Court, Middle District of Florida. Prepared declaration.

## PRESENTED PAPERS:

Pulmonary Lymphangioleiomyomatosis: Pathologic Findings in Two Cases. Resident presentation, Canadian Association of Pathologists Annual Meeting, Toronto, 1992.

Mesenteric panniculitis: autopsy findings in three cases. Resident Presentation, Canadian Association of Pathologists Annual Meeting, Toronto, 1992.

FGF2/BDNF-responsive neuronal progenitor cells in the adult human subependymal zone. David W. Pincus, Catherine Harrison, Hansoo Keyoung, Robert R. Goodman, Richard A. R. Fraser, Mark Edgar, Maiken Nedergaard and Steven A. Goldman. Society for Neuroscience Conference, 1996.

Lobar atrophy with Lewy bodies. American Association of Neuropathologists Annual Meeting, June 10-15, 1997, Pittsburgh, Pennsylvania.

Annexin II: potential role in plasmin-mediated invasion of malignant glioma cells. Acharya S, Lev E, Edgar M, Hajjar K. American Society of Hematology Annual Meeting, Miami Beach, Fla, 1998.

MIB-1 staining index of pediatric meningiomas. Souweidane MM, Sandberg DI, Rutka JT, Resch LT and Edgar MA. Presented at AANS/CNS Section on Pediatric Neurological Surgery Annual Meeting, Atlanta, December 1-4, 1999.

Interobserver variability in determination of size of invasive carcinoma of breast. Shin S, DeLellis R, Edgar M, Flieder D and Hoda S. USCAP Annual meeting, San Francisco, CA, March 1999.

Ex. L

Convection-enhanced delivery into the brain stem: an animal model.  Sandberg D, Edgar M, and Souweidane MM.  Congress of Neurological Surgeons, San Diego, CA, Sept 29 – Oct 4, 2002.

Convection-enhanced delivery into the rat brainstem: a potential delivery mechanism for the treatment of diffuse pontine gliomas.  Sandberg D, Edgar M, and Souweidane MM AANS/CNS Section on Pediatric Neurosurgery, New York, NY, Nov 28 – Dec 1, 2001.

Global gene expression profiling of alveolar and embryonal rhabdomyosarcomas. Lae M, Edgar M, Chuai S, Olshen AB, Pawel BR, Barr FG, Ladanyi M. US and Canadian Academy of Pathology Annual Meeting, Atlanta, GA, February 2006.

Extra-axial ependymomas are distinct from central nervous system ependymomas. Soslow RA, Wei XJ, Park K, Rosenblum M, Woodruff J, Edgar M. US and Canadian Academy of Pathology Annual Meeting, Atlanta, GA, February 2006.

Lauer SR, Edgar M, Gardner J, Sebastian A, Weiss SW.  Soft tissue chordoma: a clinicopathologic analysis of 11 cases.  US and Canadian Academy of Pathology Annual Meeting, Vancouver, BC, March 2011.

Linos K, Carter J, Gardner J, Folpe A, Weiss SW, Edgar M. Myofibromas with atypical features: Expanding the morphologic spectrum of a benign entity.  US and Canadian Academy of Pathology Annual Meeting, Baltimore, MD, March 2012.

Epithelioid sarcoma-like hemangioendothelioma diagnosed by skin biopsy in a 30-year old man.  Stuart LN, Gardner JM, Lauer SR, Monson DK, Parker DC, Edgar M. American Society of Dermatopathology Annual Meeting, Chicago, IL, October 2012.


PUBLICATIONS:

Triggs WJ and Edgar MA. Case Records of The Massachusetts General Hospital. *New England Journal of Medicine*, Mar.16, 1995 **332** (11), 730-7.

Jones RH and Edgar MA. Case Records of The Massachusetts General Hospital. *New England Journal of Medicine*, Nov. 23, 1995, **333** (21), 1406-12.

Tatter SB, Edgar MA, Klibanski A and Swearingen B. Symptomatic salivary-rest cyst of the sella turcica. *Acta Neurochirurgica*, 1995, **135** (3-4), 150-3.

Greenberg S and Edgar MA. Case Records of The Massachusetts General Hospital. *New England Journal of Medicine*, July 18, 1996, **335** (3), 189-96.

Soslow RA, Edgar MA, Schron D, and Chung MH. Glial and neuronal neoplasms in ovarian teratomas. *Pathol Int*,  **46** (suppl 1), 1996, 372.

Ex. L

Relkin N, Edgar M, Gouras G, Gandy S and Goldsmith H. Decreased senile plaque density in Alzheimer neocortex adjacent to an omental transposition. *Neurological Research*, August, 1996, **18**, 291-294.

MacGowan DJL, Delanty N, Petito F, Edgar M, Mastrianni J and DeArmond SJ. Isolated myoclonic alien hand as the sole presentation of pathologically established Creutzfeldt-Jakob disease: a report of two patients. *Journal of Neurology, Neurosurgery and Psychiatry*, September, 1997, **63** (3), 404-407.

Sun DY, Edgar M, and Rubin M. Hemiparetic acute myopathy of intensive care progressing to triplegia. *Archives of Neurology*, Nov. 1997, **54**, 1420-1422.

Pincus DW, Keyoung H, Restelli K, Goodman RR, Fraser RAR, Edgar M, Sakakibara S, Okano H, Nedergaard M and Goldman S. Fibroblast growth factor-2/brain-derived neurotrophic factor-associated maturation of new neurons generated from adult human subependymal cells. *Annals of Neurology*, 1998, **43** (5), 576-85.

Edgar M and Heier L. Case histories: diagnostic problems (Diagnosis: Varicella-zoster encephalitis). *Aids Patient Care and STDs*, January 1998, **12** (1), 71-2.

Friedman JE, Lyons MJ, Cu G, Ablashl DV, Whitman JE, Edgar M, Koskineimi M, Vaheri A and Zabriskie JB. The association of human herpesvirus-6 and MS. *Multiple Sclerosis*,1999, **5**, 355-362.

Sotsky TK, Chiou AC, Jacobson I, Leonard M, Edgar M, and Bertagnolli MM. Sclerosing mesenteritis presenting with ascites and peritoneal infiltration. *Contemporary Surgery*, September, 1999**, 55** (3): 132-4.

Byne W, Lasco MS, Kemether E, Kemether E, Shinwari A, Edgar M, Morgello S, Jones L, and Tobet S. The interstitial nuclei of the human anterior hypothalamus: an investigation of sexual variation in volume, cell size, number and density. *Brain Research,* 2000, **856**, 254-8.

Gouras GK, Tsai J, Naslund J, Vincent B, Edgar M, Greenfield M, Haroutunian V, Buxbaum JD, Xu H, Greengard P and Relkin NR. Intraneuronal A beta 42 accumulation in human brain. *Am J Pathol* , January 2000, **156** (1), 15-20.

Bruno MK, Winterkorn JW, Edgar MA, Kamal A and Stuebgen JP.  Unilateral Aide pupil as sole ophthalmic sign of Anti-Hu paraneoplastic syndrome. *Journal of Neuro-Ophthalmology* **20** (4): 248-249, 2000.

Zonenshayn M, Edgar MA, and Lavyne MH. Removal of a lumbar melanotic schwannoma via the far-lateral approach in a patient with Carney Complex. *Journal of Neurosurgery (Spine 2),* 2000, **92**: 241-5.

**Ex. L**

Canoll P and Edgar M. Crystalline cytoplasmic inclusions in an anaplastic oligodendroglioma.  *Ultrastructural Pathology*, 2000, **24** (6), 423-5.

Sandberg D, Edgar M, Resch L, Rutka J, Becker L, and Souweidane M.  MIB-1 staining index of pediatric meningiomas.  *Neurosurgery*, 2001, **48**: 590-597.

Filippi C, Edgar M, Ulug AM, Prowda JC, Heier LA and Zimmerman RD. Appearances of meningiomas on diffusion-weighted images: correlating diffusion constants with histopathologic findings.  *Am J Neuroradiol*, 2001, **22**: 65-72.

Horská A, Ulug AM, Melhem ER, Filippi CG, Burger PC, Edgar MA, Souweidane MMS, Carson BS and Barker PB, Proton Magnetic Resonance Spectroscopy of Choroid Plexus Tumors in Children. *Journal of Magnetic Resonance Imaging*, 2001, **14**: 78-82.

Takahashi RH, Nam EE, Edgar M, Gouras GK.  Alzheimer beta-amyloid peptides: normal and abnormal localization.  *Histol Histopathol* **17** (1), 239-46, 2002.

Sandberg DI, Edgar MA, and Souweidane MM. Convection-enhanced delivery into the rat brainstem. *J Neurosurg* **96**: 885-891, 2002.

Lasco MS, Jordan TJ, Edgar MA, Petitio CK, and Byne W.  A lack of dimorphism of sex or sexual orientation in the human anterior commissure.  *Brain Research* **936** (1-2), 95-8, 2002.

Sandberg DI, Edgar M, and Souweidane M.  Effect of hyperosmolar mannitol on convection-enhanced delivery into the rat brain stem.  *Journal of Neuro-Oncology* **58** (3), 187-192, 2002.

Reisuke H. Takahashi, Teresa A. Milner, Feng Li, Ellen E. Nam, Mark A. Edgar, Haruyasu Yamaguchi, M. Flint Beal, Huaxi Xu, Paul Greengard, and Gunnar K. Gouras. Intraneuronal Alzheimer Aß42 Accumulates in Multivesicular Bodies and Is Associated with Synaptic Pathology. *Am J Pathol* 2002 **161**: 1869-1879.

Chen X, Hoda SA and Edgar M. Cardiac rhabdomyoma. *Arch Pathol Lab Med* **126**: 1559, 2002.

Occhiogrosso G, Edgar MA, Sandberg DI, and Souweidane MM. Prolonged convection-enhanced delivery into the rat brainstem. *Neurosurgery* **52**: 388-394, 2003.

Scognamiglio T, Hoda RS, Edgar MA and Hoda SA.  The need for vigilance in the pathologic evaluation of sentinel lymph nodes: a report of two illustrative cases.  *Breast J* **9** (5): 420-2, 2003.

Goldsmith HS, Wu W, Zhong J and Edgar M.  Omental transposition to the brain as a surgical method for treating Alzheimer's disease.  *Neurol Res* **25** (6): 625-34, 2003.

Darvesh G, Wolf-Klein G, Relkin N, Edgar M. Pesticide exposure and dementia. *J Am Geriatr Soc* **52**(9): 1590-1, 2004.

Greenberg E, Edgar MA and Lachs M.  A case report of corticobasal degeneration.  *J Am Geriat Soc*, **52** (3):472-474, 2004.

Souweidane MM, Occhiogrosso G, Mark E and Edgar MA.  Interstitial infusion of IL13-PE38QQR in the rat brain stem.  *Journal of Neuro-Oncology* **67**: 287-293, 2004.

Souweidane MM, Occhiogrosso G, Mark E, Edgar MA and Dunkel I.  Interstitial infusion of carmustine in the rat brain stem with systemic administration of O6-benzylguanine.  *Journal of Neuro-Oncology* **67**: 306-317, 2004.

Placantonakis DG, Ney G, Edgar M, Souweidane M, Hosain S, Schwartz TH. Neurosurgical management of medically intractable epilepsy associated with hypomelanosis of Ito. *Epilepsia* **46**(2):329-31, 2005.

Prabhakaran S, Bramlage M, Edgar MA, Diamond B, Hardin JA, Volpe BT. Overwhelmong leukoencephalopathy as the only sign of neuropsychiatric lupus. *J Rheumatol* **32**(9): 1843-5, 2005.

Renaud S, Hays AP, Brannagan TH 3rd, Sander HW, Edgar M, Weimer LH, Olarte MR, Dalakas MC, Xiang Z, Danon MJ, Latov N. Gene expression profiling in chronic inflammatory demyelinating polyneuropathy. *J Neuroimmunol* **159**(1-2): 203-14, 2005.

Virtanan JO, Zabriskie JB, Siren V, Friedman JE, Lyons MJ, Edgar M, Vaheri A, Koskiniemi M. Co-localization of human herpes virus 6 and tissue plasminogen activator in multiple sclerosis brain tissue. *Med Sci Monit* **11**(3): BR84-7, 2005.

Rutland BM, Edgar MA, Horenstein MG. Hypomelanosis of Ito associated with precocious puberty. *Pediatr Neurol*  Jan; **34**(1):51-4, 2006.

Kuo YH, Edgar MA, Luther N, Schwartz TH. Novel low grade glioneuronal neoplasm presenting in an octogenarian: case report and review of the literature. *Clin Neurol Neurosurg* **108**(4): 426-32, 2006.

Luther N, Edgar M, Dunkel IJ, Souweidane MM. Correlation of endoscopic biopsy with tumor marker status in primary intracranial germ cell tumors.  *J Neuro-oncol* **79**(1): 45-50, 2006.

Ganly I, Patel SG, Stambuk HE, Coleman M, Ghossein R, Carlson D, Edgar M, Shah JP. Solitary fibrous tumors of the head and neck: a clinicopathologic and radiologic review. *Arch Otolaryngol Head Neck Surg* **132**(5), 517-25, 2006.

Edgar MA and Rosenblum MK. Mixed glioneuronal tumors: recently described entities. *Arch Pathol Lab Med* **131**(2): 228-233, 2006.

**Ex. L**

Hormigo A, Gu B, Karimi S, Riedel E, Panageas KS, Edgar MA, Tanwar MK, Rao JS, Fleischer M, DeAngelis LM, Holland EC. YKL-40 and matrix metalloproteinase-9 as potential serum biomarkers for patients with high grade gliomas. *Clin Cancer Res* **12**(19):5698-704, 2006.

Ellis SJ, Gordin S, Edgar MA, Morris CD. Multiple ipsilateral lower extremity masses in a 46-year-old man. *Clin Orthop Rel Res* **456**: 268-274, 2006.

Polydorides AD, Rosenblum MK, and Edgar MA. Metastatic renal cell carcinoma to hemangioblastoma in von Hippel-Lindau dieases. *Arch Pathol Lab Med* **131**(4): 641-5, 2007.

Barbashina V, Salazar P, Ladanyi M, Rosenblum MK, Edgar M. Glioneuronal tumor with neuropil-like islands (GNTI): a report of 8 cases with chromosome 1p/19q deletion analysis. *Am J Surg Pathol* **31**(8): 1196-1202, 2007.

Lae M, Ahn EH, Mercado GE, Chuai S, Edgar M, Pawel BR, Olshen A, Barr FG, Ladanyi M. Global gene expression profiling of PAX-FKHR fusion-positive alveolar and PAX-FKHR fusion-negative embryonal rhabdomyosarcomas. *J Pathol* **212**(2): 143-51, 2007.

Laufer I, Edgar MA, Hartl R. Primary intraosseous paraganglioma of the sacrum: a case report. *Spine J* **7**(6):733-8, 2007.

Matushansky I, Hernando E, Socci ND, Mills JE, Matos TA, Edgar MA, Singer S, Maki RG, Cordon-Cardo C. Derivation of sarcomas from mesenchymal stem cells via inactivation of the Wnt pathway. *J Clin Invest* **117**(11):3248-57, 2007.

Panagiotakos G, Alshamy G, Chan B, Abrams R, Greenberg E, Saxena A, Bradbury M, Edgar M, Gutin P, Tabar V. Long-term impact of radiation on the stem cell and oligodendrocyte precursors in the brain. *PloS ONE* **2**(7):e588, 2007.

Edgar MA, Rosenblum MK. The differential diagnosis of central nervous system tumors: a critical re-examination of some recent immunohistochemical applications. *Arch Pathol Lab Med* **132** (3): 500-9, 2008.

Idowu MO, Rosenblum MK, Wei XJ, Edgar MA, Soslow RA. Ependymomas of the central nervous system and adult extra-axial ependymomas are morphologically and immunohistochemically distinct – a comparative study with assessment of ovarian carcinomas for expression of glial fibrillary acidic protein. *Am J Surg Pathol* **32** (5): 710-8, 2008.

Momota H, Shih AH, Edgar MA, Holland EC. C-Myc and beta-catenin cooperate with loss of p53 to generate multiple members of the primitive neuroectodermal tumor family in mice. *Oncogene* **27**(32): 4392-401, 2008.

**Ex. L**

Becher OJ, Hambardzumyan D, Fomchenko EI, Momota H, Mainwaring L, Bleau AM, Katz AM, Edgar MA, Kenney AM, Cordon-Cardo C, Blasberg RG, Holland EC. Gli activity correlates with tumor grade in platelet-derived growth factor-induced gliomas. *Cancer Res* **68**(7): 2241-9, 2008.

Yoshida A, Edgar MA, Garcia J, Meyers PA, Morris CD, Panicek DM. Primary desmoplastic small round cell tumor of the femur. *Skel Radiol*, **37**(9): 857-62, 2008.

Polydorides AD, Perry A, Edgar MA. Large cell medulloblastoma with myogenic and melanotic differentiation: a case report with molecular analysis. *J Neurooncol* **88**(2): 193-7, 2008.

Luther N, Cheung NK, Dunkel IJ, Fraser JF, Edgar MA, Gutin PH, Souweidane MM. Intraparenchymal and intratumoral interstitial infusion of anti-glioma monoclonal antibody 8H9. *Neurosurgery* **63**(6): 1166-74, 2008.

Souweidane MM, Morgenstern PF, Christos PJ, Edgar MA, Khakoo Y, Rutka JT, Dunkel IJ. Intraoperative arachnoid and cerebrospinal fluid sampling in children with posterior fossa brain tumors. *Neurosurgery* **65**:72-8, 2009.

Maki RG, D'Adamo DR, Keohan ML, Saulle M, Schuetze SM, Undevia SD, Livingston MB, Cooney MM, Hensley ML, Mita MM, Takimoto CH, Kraft AS, Elias AD, Brockstein B, Mlachere NE, Edgar MA, Schwartz LH, Qin LX, Antonescu CR, Schwartz GK. Phase II study of sorafenib in patients with metastatic or recurrent sarcomas. *J Clin Oncol* **27**(19): 3133-40, 2009.

Rabbani F, Fine RG, D'Adamo D, Edgar MA, Akin O, Paty P. Pure primary prostatic osteosarcoma arising in a non-irradiated prostate. *Urol Int* **82**(2): 236-8, 2009.

Luther N, Cheung NK, Souliopoulos EP, Karempelas I, Bassiri D, Edgar MA, Guo HF, Pastan I, Gutin PH, Souweidane MM. Interstitial infusion of glioma-targeted recombinant immunotoxin 8H9scFvPE38. *Mol Cancer Ther* **9**(4): 1039-46, 2010.

Morozov A, Downey RJ, Healey J, Moreira AL, Lou E, Franceschino A, Dogan Y, Leung R, Edgar M, LaQuaglia M, Maki RG, Moore MA. Benign mesenchymal stromal cells in human sarcomas. *Clin Cancer Res* **16**(23): 5630-40, 2010.

Gladdy RA, Qin LX, Moraco N, Edgar MA, Antonescu CR, Alektiar KM, Brennan MF, Singer S. Do radiation-associated sarcomas have the same prognosis as sporadic soft tissue sarcomas? *J Clin Oncol* **28**(12): 2064-9, 2010.

Scheithauer BW, Amrami KK, Folpe AL, Silva AI, Edgar MA, Woodruff JM, Levi AD, Spinner RJ. Synovial sarcoma of nerve. *Hum Pathol* **42**(4): 568-77, 2011.

**Ex. L**

Wernicke AG, Edgar MA, Lavi E, Liu H, Salerno P, Bander NH, Gutin PH. Prostate-specific membrane antigen as a potential novel vascular target for treatment of glioblastoma multiforme. *Arch Pathol Lab Med* **135**: 1486-9, 2011.

Edgar M, Lauer SR, Bridge JA, Rizzo M. Soft tissue angiofibroma: report of two cases of a recently described entity. *Human Pathology* Mar; **44**(3): 438-41, 2013.

Lauer SR, Edgar M, Gardner J, Sebastian A, Weiss SW.  Soft tissue chordoma: a clinicopathologic analysis of 11 cases. *Am J Surg Pathol* **37**(5): 719-726, 2013.

Marcus D, Stapleford L, Edgar M, Hawk N, Sullivan P.  Small cell carcinoma of the anus in the setting of prior squamous dysplasia and carcinoma in situ. *J Gastrointest Oncol* 2013 Jun 4, E1-4.

Hernandez A, Gardner J, Parker D, Monson D, Edgar M.  Chondroid syringoma with tyrosine crystals.  J Cutan Pathol **40**(6), 527-9, 2013.

Huse J, Edgar M, Mikolaenko I, Lavi E, Rosenblum M. Multinodular and vacuolating neuronal tumors of the cerebrum: ten cases of a distinctive seizure-associated lesion. *Brain Pathology* **23**(5): 515-24, 2013.

Stuart LN, Gardner JM, Lauer SR, Monson DK, Parker DC, Edgar MA. Epithelioid sarcoma-like (pseudomyogenic) hemangioendothelioma clinically mimicking dermatofibroma, diagnosed by skin biopsy in a 30-year-old man. *Journal of Cutaneous Pathology* **40**(10): 909-13, 2013.

Hart JL, Edgar M, Gardner JM. Vascular Tumors of Bone. *Seminars in Diagnostic Pathology* **30**(1): 30-38, 2014.

Luther N, Zhou Z, Zanzonico P, Cheung NK, Humm J, Edgar M, Souweidane MM. The potential of theragnostic 124I-8H9 convection-enhanced delivery in diffuse intrinsic pontine glioma. *Neuro Oncol* **16**(6): 800-6, 2014.

Linos K, Bridge JA, Edgar M. MUC4-negative FUS-CREB3L2 rearranged low grade fibromyxoid sarcoma. *Histopathology* **65**(5): 722-4, 2014.

Linos K, Carter JM, Gardner JM, Folpe AL, Weiss SW, Edgar MA. Myofibromas with atypical features: expanding the morphologic spectrum of a benign entity. *Am J Surg Pathol* **38**(12): 1649-54, 2014.

Hart JL, Edgar MA, Gardner JM. Vascular tumors of bone. *Semin Diagn Pathol* **31**(1): 30-8, 2014.

Linos K, Stuart L, Goncharuk V, Edgar M. Benign cutaneous biphasic hybrid tumor of perineurioma and cellular neurothekeoma: a case report expanding the clinical and

Ex. L

histopathologic features of a recently described entity. *Am J Dermatopathol* **37**(4): 319-22, 2015.

Sullivan HC, Edgar MA, Cohen C, Kovach CK, HooKim K, Reid MD. The utility of ERG, CD31, and CD34 in the cytological diagnosis of angiosarcoma: an analysis of 25 cases. *J Clin Pathol* **68**(1): 44-50, 2015.

Clay MR, Martinez AP, Weiss SW, Edgar MA. MDM2 amplification in problematic lipomatous tumors: analysis of FISH testing criteria. *Am J Surg Pathol* **39**(10): 1433-9, 2015.

Hart J, Gardner JM, Edgar M, Weiss SW. Epithelioid schwannomas: An analysis of 58 cases including atypical variants. *Am J Surg Pathol* 40(5): 704-13, 2016.

Rizer M, Singer AD, Edgar M, Jose J, Subhawong TK. The histological variants of liposarcoma: predictive MRI findings with prognostic implications, management, follow-up and differential diagnosis. *Skel Radiol* 2016 May 21 (Epub ahead of print)

Geller RL, Hookim K, Sullivan HC, Stuart LN, Edgar M, Reid MD. Cytologic features of angiosarcoma: A review of 26 cases diagnosed on FNA. *Cancer Cytopathol* 2016 Sep; 124(9):659-68.

Clay MR, Martinez AP. Weiss SW, Edgar MA. MDM2 and CDK4 immunohistochemistry: Should it be used in problematic differentiated lipomatous tumors? A new perspective. *Am J Surg Pathol* 2016 Dec;40(12): 1647-1652.

Magliocca KR, Edgar MA, Cory A, Villari CR. Dedifferentiated chondrosarcoma of the larynx: Radiological, gross, microscopic and clinical features. *Ann Diagn Pathol* 2017 Oct;30:42-46.

Patel KR, Martinez A, Stahl JM, Logan SJ, Perricone AJ, Ferris MJ, Buchwald ZS, Chowdhary M, Delman KA, Monson DK, Oskouei SV, Reimer NB, Cardona K, Edgar M, Godette KD. *Oncoimmunology* 2018 Mar 15;7(7):e1442168. Doi: 10.1080/2162402X.2018.1442168.  PMID: 29900051

BOOK CHAPTERS

Spinal Vascular Malformations in *Operative Techniques in Neurosurgery* Vol 6, Issue 3: 122-124, September 2003.

Benign Nerve Sheath Tumors in *Orthopedic Knowledge Update: Musculoskeletal Tumors 2*, Herbert S. Schwartz, ed. American Academy of Orthopedic Surgeons, 2007.

INVITED PRESENTATIONS:

14

**Ex. L**

Postmortem Diagnosis of Neurodegenerative Disorders. Short Course 09, USCAP Annual Meeting 1999 - 2002 with MJ Ma, MD, PhD and JP vonSattel, MD.

Moderator, Neuropathology Section, Proffered Papers, USCAP Annual Meeting, New Orleans, LA, March 2000.

Neuroscience Grand Rounds, Memorial Sloan-Kettering Cancer Center, NY, March 20, 2001.  Oligodendroglioma: One Neuropathologist's Perspective.

Immunohistochemistry in Brain Tumor Diagnosis and Prognosis. Society for Applied Immunohistochemistry, 4 October 2003.

Human Neurodegenerative Diseases: Immunohistochemistry in Diagnosis.  Society for Applied Immunohistochemistry, 4 October 2003.

WHO 2000 Classification of Brain Tumors.  Annual Spring Meeting of The New York Roentgen Society, 14 April 2004, Rockefeller University.

WHO Classification of Brain Tumors.  Brain Tumors: Advances in Diagnosis & Treatment, A Comprehensive Review (Cornell).  New York Grand Hyatt, 8 November 2004.

Intraoperative Smear Cytology in Neuropathology.  Evolution of Cytopathology, Memorial Sloan-Kettering Cancer Center, NY, 21 November 2004.

Intraoperative Smear Cytology in Neuropathology.  Pathology Grand Rounds, Long Island Jewish Hospital, NY, 13 January 2005.

Skeletal Metastases.  Pathology Refresher Course, International Skeletal Society Annual Meeting, Singapore, 29 September 2005.

Update on Pathology and Genetics.  Advances in Neuro-Oncology, Memorial Sloan-Kettering Cancer Center, NY, Department of Neurology 30th Anniversary, 21 October 2005.

Subspecialty Conference: Neuropathology. US and Canadian Academy of Pathology Annual Meeting, Atlanta, GA, February 2006 (presented *in absentia* by Dr. Gregory Fuller during The Blizzard of 2006).

Subspecialty Conference: Neuropathology. US and Canadian Academy of Pathology Annual Meeting, San Diego, CA, March 2007.

Surgical Pathology of Neoplastic Diseases; MSKCC 25th Anniversary Course.  May 9: Case Presentation; May 11: Intraoperative Smear Cytology of CNS Lesions (for Dr. Marc Rosenblum).

15

Ex. L

Epithelioid Vascular Tumors of Soft Tissue and Bone.  Moffitt Cancer Center, Tampa, Florida; 15 April 2008.

Intraoperative Smear Cytology of CNS lesions.  CellNetix Pathology, Seattle, WA; 18 April 2008.

Bone and Soft Tissue Tumors of the Head and Neck.  The Surgical Pathology of Neoplastic Diseases, Memorial Sloan-Kettering Cancer Center, New York, NY; 14 May 2008.

Spindle Cell Tumors of the Breast.  The Surgical Pathology of Neoplastic Diseases, Memorial Sloan-Kettering Cancer Center, New York, NY; 15 May 2008.

What's New and Neuronal: Brain Tumor Update.  PSPH Olympia Neurosurgery Grand Rounds, Olympia WA; 6 February 2009

Epithleioid Tumors of Bone and Soft Tissue.  WSSP Meeting, Seattle, WA February 7, 2009.

Notochordal and Related Lesions.  Moffitt Cancer Center, Tampa, FL; 2 June 2009.

Bone and Soft Tissue Tumors: an Update.  Duckworth Pathology Group Continuing Medical Education, Memphis, TN, 19 February 2011

Bone Tumor Basics.  Emory Orthopedic Surgery Grand Rounds, Atlanta, GA, 1 May 2012.


OTHER ACTIVITIES:

*Ad hoc* reviewer:

> American Journal of Pathology
> American Journal of Dermatopathology
> Annals of Surgical Oncology
> Applied Immunohistochemistry and Molecular Morphology
> Children's Brain Tumor Foundation
> Cutaneous Pathology
> Head & Neck
> Head and Neck Pathology
> Histology and Histopathology
> Neuro-oncology
> Neurosurgery
> Virchows Archiv
> International Journal of Surgical Pathology

16

**Ex. L**