UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bourgeois v. U.S. Dep't of Justice, et al.*, 12-cv-0782<br><br>*Lee v. Barr*, 19-cv-2559<br><br>*Purkey v. Barr, et al.*, 19-cv-03214 | Case No. 19-mc-145 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the court hereby GRANTS the Motions for Preliminary Injunction filed by the following individuals: Alfred Bourgeois (ECF No. 2), Dustin Lee Honken (ECF No. 29), Daniel Lewis Lee (ECF No. 13), and Wesley Ira Purkey (ECF No. 34).

It is hereby ORDERED that Defendants (along with their respective successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) are enjoined from executing Plaintiffs until further order of this court.

Date:  November 20, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1