**IN THE DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

In the Matter of the
Federal Bureau of Prisons' Execution
Protocol Cases,

LEAD CASE: *Roane et al. v. Barr*

THIS DOCUMENT RELATES TO:

*Bourgeois v. U.S. Dep't of Justice, et al.*,
No. 12-cv-782

*Lee & Honken v. Barr, et al.*, No. 19-cv-2559

*Purkey v. Barr, et al.*, No. 19-cv-3214

Case No. 19-mc-145 (TSC)

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given this 21st day of November, 2019, that Defendants in this action appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court entered on November 20, 2019, *see* ECF Nos. 50 (Memorandum Opinion) and 51 (Order) (both attached hereto), in which the Court granted "the Motions for Preliminary Injunction filed by the following individuals: Alfred Bourgeois (ECF No. 2), Dustin Lee Honken (ECF No. 29), Daniel Lewis Lee (ECF No. 13), and Wesley Ira Purkey (ECF No. 34)," and ordered "that Defendants (along with their respective successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) are enjoined from executing Plaintiffs until further order of this court." Order, ECF No. 51.

Dated: November 21, 2019

Respectfully submitted,

JESSIE K. LIU
United States Attorney

DANIEL F. VAN HORN
Civil Chief, U.S. Attorney's Office

ALAN BURCH
JOHN MOUSTAKAS
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
Washington, D.C. 20530
Alan.Burch@usdoj.gov
John.Moustakas@usdoj.gov

JOSEPH H. HUNT
Assistant Attorney General

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

PAUL R. PERKINS
Special Counsel to the Assistant Attorney General

/s/ *Jean Lin*
JEAN LIN (NY Bar 4074530)
Special Counsel
JONATHAN KOSSAK (DC Bar 991478)
Trial Attorney
Civil Division
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-3716
Jean.lin@usdoj.gov
Jonathan.Kossak@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2019, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs' counsel of record:

**Joshua Christopher Toll**
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

**Brandon David Almond**
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

**Gerald Wesley King, Jr.**
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

**Donald P. Salzman**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

**Celeste Bacchi**
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celestw_bacchi@fd.org

**Craig Anthony Harbaugh**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

**Jonathan Charles Aminoff**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

**Alexander Louis Kursman**
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

***Billy H. Nolas**
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

***Kathryn B. Codd**
VINSON & ELKINS, L.L.P.
(202) 639-6536
Email: kcodd@velaw.com

***Jeanne Vosberg Sourgens**
VINSON & ELKINS, L.L.P.
(202) 639-6633

**Robert E. Waters**
VINSON & ELKINS, L.L.P.
(202) 737-0500
Email: rwaters@velaw.com

**William E. Lawler, III**
VINSON & ELKINS, L.L.P.
(202) 639-6676
Email: wlawler@velaw.com

***Yousri H. Omar**
VINSON & ELKINS, L.L.P.
(202) 639-6500
Email: yomar@velaw.com

**Margaret O'Donnell**
(502) 320-1837
Email: mod@dcr.net

**Abigail Bortnick**
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

***William E. Hoffman, Jr.**
KING & SPALDING LLP
(404) 572-3383

***Mark Joseph Hulkower**
**S**TEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

**Matthew John Herrington**
**S**TEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

**Robert A. Ayers**
**S**TEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

**Gary E. Proctor**
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

**Robert L. McGlasson**
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

**Sean D. O'Brien**
PUBLIC INTERSET LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

**Shawn Nolan**
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0528
Email: shawn_nolan@fd.org

**Amy Gershenfeld Donnella**
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

**Joseph William Luby**
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

**Elizabeth Hagerty**
HOGAN LOVELLS US LLP
(202) 637-3231
Email: elizabeth.hagerty@hoganlovells.com

**David Victorson**
(202) 637-2061
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

**John D. Beck**
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

**Amy J. Lentz**
**STEPTOE & JOHNSON**
(202) 429-1320
Email: Alentz@steptoe.com

**Ryan M. Chabot**
**WILMER CUTLER PICKERING**
(202) 663-6939
Email: Ryan.Chabot@wilmerhale.com

**Jon Jeffress**
**KaiserDillon PLLC**
202-640-2850
Email: jjeffress@kaiserdillon.com

**Pieter Van Tol**
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

**Arin Smith**
**WILMER CUTLER PICKERING**
(202) 663-6939
Email: Arin.Smith@wilmerhale.com

**Alan E. Schoenfeld**
**WILMER CUTLER PICKERING**
(202) 663-6939
Email: Alan.Schoenfeld@wilmerhale.com

**Timothy Kane**
**FEDERAL COMMUNITY DEFENDER OFFICE, EDPA**
(215) 928-0528
Email: timothy_kane@fd.org

/s/ *Jean Lin*
JEAN LIN

* No e-mail provided on the docket or counsel no longer with the identified firms.