## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bourgeois v. U.S. Dep't of Justice, et al.*, 12-cv-0782<br><br>*Lee v. Barr, et al.*, 19-cv-2559<br><br>*Purkey v. Barr, et al.*, 19-cv-03214 | Case No. 19-mc-145 (TSC) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Stay of Preliminary Injunction Pending Appeal, and for good cause shown, it is hereby

ORDERED that the Court's November 20, 2019 Order is STAYED, pending further order of this Court.

SO ORDERED.

Dated: _____          _____

                                                                    TANYA S. CHUTKAN
                                                                    U.S. District Court Judge