AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| James H. Roane, Jr., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-mc-0145 |
| William Barr, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bruce Webster                                                                                                                              .

Date:   12/05/2019                                                              /s/ Evan Miller
                                                                                              *Attorney's signature*

                                                                                 Evan Miller 219310
                                                                                *Printed name and bar number*
                                                                                 Vinson & Elkins LLP
                                                                                 2200 Pennsylvania Ave NW
                                                                                 Suite 500 W
                                                                                 Washington, DC, 20037
                                                                                              *Address*

                                                                                 emiller@velaw.com
                                                                                           *E-mail address*

                                                                                 (202) 639-6605
                                                                                         *Telephone number*

                                                                                 (202) 879-8811
                                                                                              *FAX number*