AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| James H. Roane, Jr., et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 19-mc-00145 |
| William Barr, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bruce Webster.

Date: 12/13/2019

/s/ Eric Hernandez
*Attorney's signature*

Eric Hernandez 1600693
*Printed name and bar number*
Vinson & Elkins LLP
2200 Pennsylvania Ave NW
Suite 500 W
Washington, DC, 20037

*Address*

ehernandez@velaw.com
*E-mail address*

(202) 639-6609
*Telephone number*

(202) 879-8809
*FAX number*