IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In the Matter of the Federal Bureau of Prison's Execution Protocol Cases, | ) ) ) ) ) | |
| LEAD CASE: *Roane et. al. v. Barr* | ) ) ) | C.A. No. 19-mc-0145 (TSC) |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| *Holder v. Barr*, 19-cv-3570 (TSC) | ) ) | |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW MOSHOS**

Pursuant to Local Civil Rule 83.2(d), I, Scott W. Braden, a member in good standing of the Bar of this Court and counsel for Mr. Holder, hereby move for the admission *pro hac vice* of Andrew Moshos in the above-captioned case.  The attorney seeking admission is an integral part of the legal team representing Mr. Holder, and the undersigned counsel respectfully requests that the Court grant him the opportunity to appear and be heard in open court as the needs of the case dictate.  As required by Local Civil Rule 83.2(d), this motion is supported by the attached Declaration of Andrew Moshos and a Proposed Order.

Respectfully submitted

Scott W. Braden
Assistant Federal Defender
Arkansas Federal Defender Office
Ark Bar Number 2007123
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114
Scott_Braden@fd.org

*Attorney for Plaintiff*

December 14, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prison's Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et. al. v. Barr*<br><br><br>THIS DOCUMENT RELATES TO:<br><br>*Holder v. Barr*, 19-cv-3570 (TSC) | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 19-mc-0145 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ANDREW MOSHOS IN SUPPORT OF MOTION FOR *PRO HAC
VICE* ADMISSION**

Pursuant to 28 U.S.C. § 1746, I, Andrew Moshos, declare as follows:

1.      My full name is Andrew M. Moshos.

2.      I am an attorney with Morris, Nichols, Arsht & Tunnell LLP, and I
maintain my office at 1201 North Market Street, Wilmington, Delaware 19801.  My office
telephone number is (302) 351-9197.

3.      I am an active member in good standing of the state bar of Delaware (bar
number 6685).

4.      I have not been disciplined by any bar.

5.      I have not been admitted *pro hac vice* in this Court within the last two
years.

6.      I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership in the District of Columbia Bar pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wilmington, Delaware on December 13, 2019.


Andrew M. Moshos
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 351-9197
amoshos@mnat.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the<br>Federal Bureau of Prison's Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et. al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Holder v. Barr*, 19-cv-3570 (TSC) | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 19-mc-0145 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Andrew

Moshos, it is hereby ORDERED that the Motion is GRANTED.  Andrew Moshos is admitted

*pro hac vice* and may appear on behalf of Plaintiff in the above-captioned case.

Dated: _____          _____

Tanya S. Chutkan
United States District Judge