IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prison's Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et. al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Holder v. Barr*, 19-cv-3570 (TSC) | C.A. No. 19-mc-0145 (TSC) |

## DECLARATION OF ANDREW MOSHOS IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to 28 U.S.C. § 1746, I, Andrew Moshos, declare as follows:

1. My full name is Andrew M. Moshos.

2. I am an attorney with Morris, Nichols, Arsht & Tunnell LLP, and I maintain my office at 1201 North Market Street, Wilmington, Delaware 19801. My office telephone number is (302) 351-9197.

3. I am an active member in good standing of the state bar of Delaware (bar number 6685).

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

- 2 -

6.  I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership in the District of Columbia Bar pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wilmington, Delaware on December 13, 2019.

Andrew M. Moshos
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 351-9197
amoshos@mnat.com