IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prison's Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et. al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Holder v. Barr*, 19-cv-3570 (TSC) | C.A. No. 19-mc-0145 (TSC) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHEN KRAFTSCHIK

Pursuant to Local Civil Rule 83.2(d), I, Scott W. Braden, a member in good standing of the Bar of this Court and counsel for Mr. Holder, hereby move for the admission *pro hac vice* of Stephen Kraftschik in the above-captioned case. The attorney seeking admission is an integral part of the legal team representing Mr. Holder, and the undersigned counsel respectfully requests that the Court grant him the opportunity to appear and be heard in open court as the needs of the case dictate. As required by Local Civil Rule 83.2(d), this motion is supported by the attached Declaration of Stephen Kraftschik and a Proposed Order.

Respectfully submitted

- 2 -

                    Scott W. Braden
                    Assistant Federal Defender
                    Arkansas Federal Defender Office
                    Ark Bar Number 2007123
                    1401 West Capitol, Suite 490
                    Little Rock, Arkansas 72201
                    (501) 324-6114
                    Scott_Braden@fd.org

                    *Attorney for Plaintiff*

December 14, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prison's Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et. al. v. Barr*<br><br><br>THIS DOCUMENT RELATES TO:<br><br>*Holder v. Barr*, 19-cv-3570 (TSC) | C.A. No. 19-mc-0145 (TSC) |

## DECLARATION OF STEPHEN KRAFTSCHIK IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to 28 U.S.C. § 1746, I, Stephen Kraftschik, declare as follows:

1. My full name is Stephen J. Kraftschik.

2. I am an attorney with Morris, Nichols, Arsht & Tunnell LLP, and I maintain my office at 1201 North Market Street, Wilmington, Delaware 19801. My office telephone number is (302) 351-9378.

3. I am an active member in good standing of the state bar of Delaware (bar number 5623) and I am also admitted to the following:

        U.S. District Court for the District of Delaware        2011

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

- 2 -

6.  I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership in the District of Columbia Bar pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wilmington, Delaware on December 13, 2019.

_____
Stephen J. Kraftschik
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 351-9378
skraftschik@mnat.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prison's Execution Protocol Cases, <br><br>LEAD CASE: *Roane et. al. v. Barr* <br><br>THIS DOCUMENT RELATES TO: <br><br>*Holder v. Barr*, 19-cv-3570 (TSC) | C.A. No. 19-mc-0145 (TSC) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Stephen Kraftschik, it is hereby ORDERED that the Motion is GRANTED. Stephen Kraftschik is admitted *pro hac vice* and may appear on behalf of Plaintiff in the above-captioned case.

Dated: _____      _____

Tanya S. Chutkan
United States District Judge