IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prison's Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et. al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Holder v. Barr*, 19-cv-3570 (TSC) | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-mc-0145 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JENNIFER YING

Pursuant to Local Civil Rule 83.2(d), I, Scott W. Braden, a member in good standing of the Bar of this Court and counsel for Mr. Holder, hereby move for the admission *pro hac vice* of Jennifer Ying in the above-captioned case. The attorney seeking admission is an integral part of the legal team representing Mr. Holder, and the undersigned counsel respectfully requests that the Court grant her the opportunity to appear and be heard in open court as the needs of the case dictate. As required by Local Civil Rule 83.2(d), this motion is supported by the attached Declaration of Jennifer Ying and a Proposed Order.

Respectfully submitted

- 2 -

        Scott W. Braden
        Assistant Federal Defender
        Arkansas Federal Defender Office
        Ark Bar Number 2007123
        1401 West Capitol, Suite 490
        Little Rock, Arkansas 72201
        (501) 324-6114
        Scott_Braden@fd.org

    *Attorney for Plaintiff*

December 14, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the )<br>Federal Bureau of Prison's Execution )<br>Protocol Cases, )<br>)<br>LEAD CASE: *Roane et. al. v. Barr* )<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>*Holder v. Barr*, 19-cv-3570 (TSC) )<br>) | C.A. No. 19-mc-0145 (TSC) |

### DECLARATION OF JENNIFER YING IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to 28 U.S.C. § 1746, I, Jennifer Ying, declare as follows:

1. My full name is Jennifer Ying.

2. I am an attorney with Morris, Nichols, Arsht & Tunnell LLP, and I maintain my office at 1201 North Market Street, Floor 16, Wilmington, Delaware 19801. My office telephone number is (302) 351-9243.

3. I am an active member in good standing of the state bar of Delaware (bar number 5550), and I am also admitted to the following jurisdictions and courts:

| | |
|---|---|
| U.S. District Court for the District of Delaware | 2011 |
| U.S. Court of Appeals for the Federal Circuit | 2014 |
| U.S. Court of Appeals for the Third Circuit | 2018 |
| U.S. Court of Appeals for Veterans Claims | 2012 |
| U.S. Patent and Trademark Office (Reg. No. 58385) | 2006 |

- 2 -

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership in the District of Columbia Bar pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wilmington, Delaware on December 13, 2019.

_____
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Floor 16
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 351-9243
jying@mnat.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prison's Execution Protocol Cases,<br><br>LEAD CASE: *Roane et. al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Holder v. Barr*, 19-cv-3570 (TSC) | C.A. No. 19-mc-0145 (TSC) |

# **[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Jennifer Ying, it is hereby ORDERED that the Motion is GRANTED. Jennifer Ying is admitted *pro hac vice* and may appear on behalf of Plaintiff in the above-captioned case.

Dated: _____     _____
                                                                    Tanya S. Chutkan
                                                                    United States District Judge