IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the Federal Bureau of Prison's Execution Protocol Cases,<br><br>LEAD CASE: *Roane et. al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Holder v. Barr*, 19-cv-3570 (TSC) | C.A. No. 19-mc-0145 (TSC) |

## DECLARATION OF JENNIFER YING IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to 28 U.S.C. § 1746, I, Jennifer Ying, declare as follows:

1. My full name is Jennifer Ying.

2. I am an attorney with Morris, Nichols, Arsht & Tunnell LLP, and I maintain my office at 1201 North Market Street, Floor 16, Wilmington, Delaware 19801. My office telephone number is (302) 351-9243.

3. I am an active member in good standing of the state bar of Delaware (bar number 5550), and I am also admitted to the following jurisdictions and courts:

| | |
|---|---|
| U.S. District Court for the District of Delaware | 2011 |
| U.S. Court of Appeals for the Federal Circuit | 2014 |
| U.S. Court of Appeals for the Third Circuit | 2018 |
| U.S. Court of Appeals for Veterans Claims | 2012 |
| U.S. Patent and Trademark Office (Reg. No. 58385) | 2006 |

- 2 -

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership in the District of Columbia Bar pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wilmington, Delaware on December 13, 2019.

*/s/ Jennifer Ying*
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Floor 16
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 351-9243
jying@mnat.com