AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Norris G. Holder, Jr. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-mc-0145 (TSC) |
| William Barr, et.al. | ) | In the Matter of the Federal Bureau of Prisons' |
| *Defendant* | ) | Execution Protocol Cases |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Norris G. Holder, Jr.                                                                                                              .

Date:   12/26/2019

s/ Andrew Moshos
*Attorney's signature*

Andrew Moshos DE Bar #6685
*Printed name and bar number*

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, Floor 16
P.O. Box 1347
Wilmington, DE 19899-1347
*Address*

amoshos@mnat.com
*E-mail address*

(302) 351-9197
*Telephone number*

(302) 425-3011
*FAX number*