**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

In the Matter of the Federal Bureau of Prisons'                )
Execution Protocol Cases,                                       )
                                                                )
LEAD CASE: *Roane, et al. v. Barr, et al.,*                     )        Case No. 19-mc-145-TSC
                                                                )
THIS DOCUMENT RELATES TO:                                       )
                                                                )
*Lee v. Barr, et al.*, Case No. 19-cv-2559                      )
_____)

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned, Elizabeth Hagerty, hereby withdraws her appearance as co-counsel for Plaintiff Daniel Lewis Lee in the case of *Lee v. Barr, et al.*, Case No. 19-cv-2559.  No substitution of counsel is necessary, as David Victorson, Pieter Van Tol (*pro hac vice*), and John Beck (*pro hac vice*) of Hogan Lovells will continue to represent Plaintiff Lee in this matter.

Dated: January 2, 2020                          Respectfully submitted,

                                                /s/ Elizabeth Hagerty
                                                Elizabeth Hagerty (DC Bar No. 1022774)
                                                HOGAN LOVELLS US LLP
                                                555 Thirteenth Street NW
                                                Washington, DC 20004
                                                Tel. (202) 637-3231
                                                Fax (202) 637-5910
                                                elizabeth.hagerty@hoganlovells.com

                                                *Counsel for Plaintiff Daniel Lewis Lee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 2, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  Counsel in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

<u>/s/ Elizabeth Hagerty</u>
Elizabeth Hagerty (DC Bar No. 1022774)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel. (202) 637-3231
Fax (202) 637-5910
elizabeth.hagerty@hoganlovells.com