UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the )<br>Federal Bureau of Prisons' Execution )<br>Protocol Cases, )<br>  )<br>LEAD CASE: *Roane et al. v. Barr* )<br>  )<br>  )<br>THIS DOCUMENT RELATES TO: )<br>  )<br>ALL CASES ) | Case No. 19-mc-145 (TSC) |

**DEFENDANTS' NOTICE OF SECOND SUPPLEMENT
TO THE ADMINISTRATIVE RECORD**

On August 30, 2019, pursuant to this Court's minute order of August 15, 2019 and Local Civil Rule 7(n)(1), Defendants filed a certified list of the contents of the administrative record in this litigation. (ECF No. 4.) Defendants supplemented the record on October 25, 2019. (ECF No. 20.) Pursuant to this Court's minute order of November 12, 2019, Defendants filed the amended administrative record in the public docket on November 13, 2019.

Defendants hereby file this second supplement to the administrative record for two reasons. First, as indicated in the declaration of Raul Campos, Jr. (AR 1071-74), Defendants are providing previously redacted dates as they relate to each of the four separate orders of active pharmaceutical ingredients by Defendant Federal Bureau of Prisons ("BOP"). Second, Defendants identified an error in the administrative record as to the fourth order concerning the amount of active pharmaceutical ingredient actually ordered by BOP. The attached declaration explains the error and provides a corrected page.

Defendants also file herewith a second amended certified list of the contents of the administrative record, which includes a description of the declaration above.

Dated: January 14, 2020

Respectfully submitted,

| | |
|---|---|
| JESSIE K. LIU<br>United States Attorney | JOSEPH H. HUNT<br>Assistant Attorney General |
| DANIEL F. VAN HORN<br>Civil Chief, U.S. Attorney's Office | ETHAN P. DAVIS (D.C. Bar No. 1019160)<br>Principal Deputy Assistant Attorney General |
| /s/ *Alan Burch*<br>ALAN BURCH (D.C. Bar 470655)<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>for the District of Columbia<br>Washington, D.C. 20530<br>202-252-2550<br>alan.burch@usdoj.gov | JAMES M. BURNHAM<br>Deputy Assistant Attorney General<br><br>PAUL R. PERKINS<br>Special Counsel to the Assistant Attorney General<br>(202) 514-<br>Paul.perkins@usdoj.gov<br><br>JEAN LIN (NY Bar 4074530)<br>Special Counsel<br>JONATHAN KOSSAK (D.C. Bar 991478)<br>Trial Attorney<br>Civil Division<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>(202) 514-3716<br>Jean.lin@usdoj.gov<br>Jonathan.kossak@usdoj.gov<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IN THE MATTER OF THE FEDERAL
BUREAU OF PRISONS' EXECUTION
PROTOCOL CASES

LEAD CASE: *Roane et al. v. Barr*

No. 1:19-mc-00145-TSC

## DECLARATION OF RAUL CAMPOS, JR.

I, Raul Campos, Jr., do hereby declare and state as follows:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Associate Warden at the Federal Medical Center at Carswell, Texas. I have held this position since October 20, 2012. I have been employed by the BOP since August 5, 1995.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. In furtherance of its functions detailed in 28 C.F.R. Section 26, the BOP has secured the active pharmaceutical ingredient ("API") for pentobarbital from a domestic bulk manufacturer. In conjunction with BOP's efforts to acquire pentobarbital, I have communicated with the bulk manufacturer.

4. Documentation included in the Administrative Record in this case reflects that the manufacturer has produced four separate batches of API: 1 gram on October 19, 2018 (AR 970-975), 10 grams on February 1, 2019 (AR 979-980), 150 grams on March 22, 2019 (AR

1

983), and 250 grams on July 3, 2019 (AR 1012), respectively.[1]

5. The BOP has become aware that the document found at AR 1012 contains an error. Specifically, the document found at AR 1012 indicates API was produced at a weight of 150 grams. However, the actual weight the BOP ordered was 250 grams.

6. In order to clarify, I have spoken with a representative of the manufacturer. The representative advised that in the document found at AR 1012, the weight of 150 grams was an error because that was the weight from a prior order. More specifically, on March 22, 2019, the manufacturer produced 150 grams. See AR 983. Subsequently, the BOP indicated its intent to order more API. The manufacturer then began working on the anticipated order under the assumption it would also be for 150 grams. Specifically, in approximately May 2019 the manufacturer included the reference to 150 grams in the paperwork for the anticipated order. However, in approximately June 2019, the BOP placed the order, which actually called for 250 grams. That order for 250 grams was filled on July 3, 2019. However, the associated documentation from the manufacturer (AR 1012) still reflected 150 grams, as the manufacturer neglected to update the number to reflect the actual order of 250 grams.

7. The manufacturer subsequently provided a corrected record, which is attached here as Attachment A.

8. A representative from the manufacturer has reviewed the above explanation in paragraph 6 and confirmed its accuracy.

---

[1] The dates on the identified AR pages have been redacted but were provided to Plaintiffs' counsel on November 15, 2019.

2

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this \_\_13\_\_ day of January, 2020.

_____
Raul Campos, Jr.
Federal Bureau of Prisons

3

**Certified Reference Material CRM**

CERTIFIED WEIGHT REPORT

Part Number: ▮
Lot Number: ▮
Description: Pentobarbital sodium salt

Expiration Date: 070324
Recommended Storage: Refrigerate (4 °C)
Mass(g): 250.0
NIST Test ID#: ▮          ▮ Balance Uncertainty

Formulated By: ▮   070319 DATE
Reviewed By: ▮   070319 DATE

**SDS Information**
(Solvent Safety Info. On Attached pg.)

| Compound | RM# | Lot Number | Purity (%) | Uncertainty Purity (%) | Assay (%) | Target Weight (g) | Actual Weight (g) | CAS# | OSHA PEL (TWA) | LD50 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Pentobarbital sodium salt | ▮ | ▮ | 100 | 0.5 | 90.7 | 250.0000 | 252.8 | ▮ | N/A | N/A |

**Method:** USP-30
**Injection Volume:** 10μL
**Column:** Ascentis $C_{18}$ (250mm X 4.6mm ID X 5μm df)
**Column Temp.:** 40°C
**Flowrate:** 1.0mL/min
**Mobile Phase:** 0.01M $KH_2PO_4$(aq):Acetonitrile (65:35); pH=3.5 (HCl)
**Mobile Phase Profile:** Isocratic
**Detector:** UV-VIS (Sample=214,04  Reference=450,80)
**Analyst:** ▮

| Peak No. | Analyte | UV-VIS RT (min.) |
|---|---|---|
| 1 | Pentobarbital | 10.55 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES H. ROANE, JR., *et al.*,   )
                                  )
    *Plaintiffs*,                )
                                  )
    v.                           )   Civil Action No. 05-2337 (TSC)
                                  )
WILLIAM BARR, Attorney General,   )
U.S. Department of Justice, *et al.*, )
                                  )
    *Defendants*.                )
                                  )

## CERTIFICATION OF SECOND AMENDED INDEX TO ADMINISTRATIVE RECORD

Pursuant to 28 U.S.C. § 1746, I, Jeffrey E.E. Toenges, declare and state as follows:

1. I am an Assistant General Counsel at the Federal Bureau of Prisons (BOP), Office of General Counsel, in Washington, D.C. I have been employed with BOP since September 2016, and have been employed as an attorney in the Federal Government for over 27 years.

2. I am responsible for the compilation of the Administrative Record regarding the revised BOP Federal Execution Protocol.

3. I certify that the attached second amended index is a true and accurate list of materials that comprise the Administrative Record, as supplemented.

I declare under penalty of perjury that the above information is true and correct to the best of my belief.

Executed on: 1/14/20

                                                        Jeffrey E.E. Toenges

# SECOND AMENDED INDEX TO ADMINISTRATIVE RECORD

|     | Document Type | Brief Description | Bates Numbers |
| --- | --- | --- | --- |
| 1.  | Administrative Record Summary | Summary of BOP single drug protocol | 0001 - 0006 |
| 2.  | Georgia Lethal Injection Protocol | State lethal injection protocol | 0007 - 0019 |
| 3.  | Idaho Lethal Injection Protocol | State lethal injection protocol | 0020 - 0069 |
| 4.  | Missouri Lethal Injection Protocol | State lethal injection protocol | 0070 - 0071 |
| 5.  | South Dakota Lethal Injection Protocol | State lethal injection protocol | 0072 - 0082 |
| 6.  | Texas Lethal Injection Protocol | State lethal injection protocol | 0083 - 0091 |
| 7.  | State-by-state lethal injection summary from the Death Penalty Information Center website, https://deathpenaltyinfo.org/lethal-injection | Summary of state lethal injection protocols | 0092 - 0105 |
| 8.  | Internal talking points summarizing: The State of Florida lethal injection protocol evolution | Summary of Florida lethal injection protocol | 0106 |
| 9.  | Summary of States that currently or previously used pentobarbital, and aggregated data. | Summary of state lethal injection protocols that use pentobarbital | 0107 |
| 10. | *Bucklew v. Precythe,* 139 S.Ct. 1112 (2019) | Case law | 0108 - 0136 |
| 11. | *Zagorski v. Parker,* 139 S.Ct. 11 (2018) | Case law | 0137 - 0139 |
| 12. | *Arthur v. Dunn,* 137 S.Ct. 725 (2017) | Case law | 0140 - 0147 |

## SECOND AMENDED INDEX TO ADMINISTRATIVE RECORD

| 13. | *Glossip v. Gross,* 135 S.Ct. 2726 (2015) | Case law | 0148 - 0200 |
|---|---|---|---|
| 14. | *Baze v. Rees,* 553 U.S. 35 (2008) | Case law | 0201 - 0241 |
| 15. | *Ladd v. Livingston,* 777 F.3d 286 (5th Cir. 2015) | Case law | 0242 - 0246 |
| 16. | *Zink v. Lombardi,* 783 F.3d 1089 (8th Cir. 2015) | Case law | 0247 - 0272 |
| 17. | *Jackson v. Danberg,* 656 F.3d 157 (3d Cir. 2011) | Case law | 0273 - 0281 |
| 18. | *De Young v. Owens,* 646 F.3d 1319 (11th Cir. 2011) | Case law | 0282 - 0290 |
| 19. | *Pavatt v. Jones,* 627 F.3d 1336 (10th Cir. 2010) | Case law | 0291 - 0296 |
| 20. | *Price v. Commissioner, Alabama Dep't of Corrections,* 920 F.3d 1317 (11th Cir.2019) | Case law | 0297 - 0309 |
| 21. | *Arthur v. Commissioner, Alabama Dep't of Corrections,* 840 F.3d 1268 (11th Cir. 2016) | Case law | 0310 - 0360 |
| 22. | *In Re: Ohio Execution Protocol,* 860 F.3d 881 (6th Cir. 2017) | Case law | 0361 - 0384 |
| 23. | *McGehee v. Hutchinson,* 854 F.3d 488 (8th Cir. 2017) | Case law | 0385 - 0400 |
| 24. | Rule 26(a)(2) Expert Report Declaration of Joseph F. Antoginini, M.D. (in the case of *Bucklew v. Lombardi,* 2016 WL 11258099 (W.D.Mo.)) | Medical Expert Report regarding use of pentobarbital in Missouri's lethal injection protocol | 0401 - 0406 |
| 25. | Expert Deposition of Joseph Antoginini, M.D. (2017 WL 9471457 (W.D. Mo.)) | Deposition of medical expert addressing Missouri's lethal injection protocol | 0407 - 0524 |
| 26. | Expert Report of Craig W. Lindsley, Ph.D., dated May 26, 2017 | Expert review of lethal injection protocol using pentobarbital | 0525 - 0526 |
| 27. | Transcript of Preliminary Injunction Hearing dated January | Transcript of medical expert testimony | 0527 - 0761 |

# SECOND AMENDED INDEX TO ADMINISTRATIVE RECORD

| | | | |
|---|---|---|---|
| | 5, 2017, in *In re: Ohio Execution Protocol Litigation*, in the U.S. District Court for the Southern District of Ohio. | | |
| 28. | Deborah W. Denno, *Lethal Injection Chaos Post-Baze,* 102 GEO. L.J. 1331, 1382 (2014) | Law review/journal addressing lethal injection | 0762 - 0808 |
| 29. | American Society of Anesthesiologists Statement Re: Hospira Market Exit on Production of Pentothal (sodium thiopental) (Jan. 21, 2011). | Remarks by the American Society of Anesthesiologists regarding the sole manufacturer of sodium thiopental ceasing production of the drug, dated January 21, 2011. | 0809 |
| 30. | CNN article - *Death row inmate executed using pentobarbital in lethal injection,* December 16, 2010, http://www.cnn.com/2010/CRIME/12116/oklahoma.execution | News media article | 0810 - 0812 |
| 31. | Death Penalty Information Center, *Botched Executions,* https://deathpenaltyinfo.org/some-examples-post-furman-botchedexecutions?scid=8&amp;did=478 | Article discussing execution mishaps | 0813 - 0822 |
| 32. | Oklahoma Department of Public Safety Report: The Execution of Clayton D. Lockett | State of Oklahoma after action review of the execution of Clayton D. Lockett | 0823 - 0854 |
| 33. | November 27, 2017, memorandum from BOP Director to the department (addressing proposed one-drug protocol) and attachment. | BOP memorandum proposing one-drug protocol and draft Addendum to BOP Execution Protocol | 0855 - 0861 |
| 34. | March 7, 2018, memorandum from BOP Director to the department (addressing | BOP memorandum addressing use of fentanyl as part of a lethal injection protocol | 0862 - 0865 |

# SECOND AMENDED INDEX TO ADMINISTRATIVE RECORD

| | | | |
|---|---|---|---|
| | fentanyl). | | |
| 35. | Draft Addendum to BOP Execution Protocol (one drug pentobarbital). | Draft BOP lethal injection protocol using pentobarbital | 0866 - 0867 |
| 36. | Attorney General memorandum directing adoption of Addendum to the Federal Execution Protocol and July 24, 2019, memorandum from Acting Director to the department addressing anticipated adoption of one-drug protocol. | Attorney General memorandum adopting BOP recommendation on the Addendum to the Federal Execution Protocol and BOP memorandum summarizing lethal injection protocol using pentobarbital | 0868 - 0934 |
| 37. | Letter from various State Attorneys General dated January 25, 2011, to Attorney General Eric Holder. | Letter from various State Attorneys General to the U.S. Attorney General | 0935 - 0936 |
| 38. | Response letter from Attorney General Eric Holder dated March 4, 2011. | Attorney General letter responding to various State Attorneys General | 0937 |
| 39. | Op. Off. Legal Counsel, 2019 WL 2235666 (May 3, 2019). | OLC slip opinion addressing FDA jurisdiction | 0938-0963 |
| 40. | Draft lethal injection protocol using Propofol | Draft lethal injection protocol using propofol | 0964-0965 |
| 41. | Draft lethal injection protocol using Midazolam, Sufentanil citrate, and Potassium Chloride | Draft three-drug lethal injection protocol | 0966-0967 |
| 42. | Draft lethal injection protocol using Midazolam and Hydromorphone | Draft lethal injection protocol using midazolam and hydromorphone | 0968 - 0969 |
| 43. | Lab reports | Lab reports/test results and certificates of analysis of pentobarbital | 0970 - 1015 |
| 44. | BOP Execution Protocol | BOP Execution Protocol | 1016 - 1067 |

## SECOND AMENDED INDEX TO ADMINISTRATIVE RECORD

| 45 | BOP Acting Director's adoption of Addendum to the Federal Execution Protocol and the Addendum | BOP memorandum in which Acting Director of BOP adopts Addendum to the Federal Execution Protocol, dated July 25, 2019, with the Addendum as an attachment | 1068 - 1070 |
|---|---|---|---|
| 46 | Declaration of Raul Campos, Jr. (Jan. 13, 2020) | Supplementing record to provide: (1) certain dates that had been redacted from the record, and (2) explanation of typographical error in page re amount of active pharmaceutical ingredient | 1071 - 1074 |