UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Case No. 19-mc-145 (TSC) |

## DEFENDANTS' NOTICE OF FILING UNDER SEAL

Pursuant to this Court's Supplement to the Privacy Act Protective Order dated June 13, 2007, Defendants respectfully submit under seal the only two copies of the video recording of the Rule 30(b)(6) deposition of the U.S. Marshals Service which occurred on January 17, 2020.

Dated: January 22, 2020

JESSIE K. LIU
United States Attorney
DANIEL F. VAN HORN
Civil Chief, U.S. Attorney's Office

 /s/ *Alan Burch*
ALAN BURCH (D.C. Bar 470655)
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
Washington, D.C. 20530
202-252-2550
alan.burch@usdoj.gov

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
ETHAN P. DAVIS (D.C. Bar No. 1019160)
Principal Deputy Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

PAUL R. PERKINS
Special Counsel to the Assistant Attorney General
Paul.perkins@usdoj.gov

JEAN LIN (NY Bar 4074530)
Special Counsel
JONATHAN KOSSAK (D.C. Bar 991478)
Trial Attorney
Civil Division
Federal Programs Branch
Civil Division, Department of Justice

          1100 L Street, N.W.
          Washington, D.C. 20005
          (202) 514-3716
          Jean.lin@usdoj.gov
          Jonathan.kossak@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2020, I caused a true and correct copy of foregoing Notice of Filing Under Seal to be served on all counsel of record via the Court's ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs' counsel of record. The names marked with an asterisk (*) have no e-mail provided on the docket and are no longer with the identified firms.

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

| | |
|---|---|
| Billy H. Nolas<br>FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA<br>(215) 928-0520<br>Email: Billy_Nolas@fd.org | Kathryn B. Codd<br>VINSON & ELKINS, L.L.P.<br>(202) 639-6536<br>Email: kcodd@velaw.com |
| *Jeanne Vosberg Sourgens<br>VINSON & ELKINS, L.L.P.<br>(202) 639-6633 | Robert E. Waters<br>VINSON & ELKINS, L.L.P.<br>(202) 737-0500<br>Email: rwaters@velaw.com |
| William E. Lawler, III<br>VINSON & ELKINS, L.L.P.<br>(202) 639-6676<br>Email: wlawler@velaw.com | Yousri H. Omar<br>VINSON & ELKINS, L.L.P.<br>(202) 639-6500<br>Email: yomar@velaw.com |
| Evan D. Miller<br>VINSON & ELKINS, L.L.P.<br>(202) 639-6605<br>Email: EMiller@velaw.com | Eric Hernandez<br>VINSON & ELKINS, L.L.P.<br>(202) 639-6609<br>Email: EHernandez@velaw.com |
| Margaret O'Donnell<br>(502) 320-1837<br>Email: mod@dcr.net | *William E. Hoffman, Jr.<br>KING & SPALDING LLP<br>(404) 572-3383 |
| Abigail Bortnick<br>KING & SPALDING LLP<br>(202) 626-5502<br>Email: abortnick@kslaw.com | Mark Joseph Hulkower<br>STEPTOE & JOHNSON LLP<br>(202) 429-6221<br>Email: mhulkower@steptoe.com |
| Matthew John Herrington<br>STEPTOE & JOHNSON LLP<br>(202) 429-8164<br>Email: mherrington@steptoe.com | Robert A. Ayers<br>STEPTOE & JOHNSON LLP<br>(202) 429-6401<br>Email: rayers@steptoe.com |
| Amy J. Lentz<br>STEPTOE & JOHNSON LLP<br>(202) 429-1320<br>Email: Alentz@steptoe.com | Robert L. McGlasson<br>MCGLASSON & ASSOCIATES, PC<br>(404) 314-7664<br>Email: rlmcglasson@comcast.net |
| Gary E. Proctor<br>LAW OFFICES OF GARY E. PROCTOR, LLC<br>(410) 444-1500<br>Email: garyeproctor@gmail.com | Sean D. O'Brien<br>PUBLIC INTERSET LITIGATION CLINIC<br>(816) 363-2795<br>Email: dplc@dplclinic.com |

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER,
EASTERN DISTRICT OF ARKANSAS
(501)-324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-2061
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9243
Email: Jying@mnat.com

Arin Hillary Smith
WILMER CUTLER PICKERING HALE & DORR LLP
(202) 663-6959
Email: Arin.Smith@wilmerhale.com

*Ryan M. Chabot
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513

Shawn Nolan
FEDERAL COMMUNITY DEFENDER
OFFICE, EDPA
(215) 928-0528
Email: shawn.nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

Stephen J. Kraftschik
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9378
Email: Skraftschik@mnat.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

         /s/ *Alan Burch*
        ALAN BURCH
        Assistant United States Attorney