UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | )<br>)<br>)<br>)<br>)<br>)  Case No. 19-mc-145 (TSC)<br>)<br>)<br>)<br>)<br>) |

### UNOPPOSED MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT

Defendants, the U.S. Department of Justice, and others, respectfully ask the Court to extend the time for the parties to file their Joint Status Report. Pursuant to the Court's Minute Order of December 12, 2019, the Joint Status Report is now due February 4, 2020, at 4pm. Defendants ask the Court to set a new deadline of February 10, 2020, at 4pm. Counsel for Plaintiffs emailed that they have no objection to this request.

The Court originally set a Status Conference for February 6, 2020, at 2:00pm, pursuant to Minute Order of December 4, 2019, in order to discuss "discovery, filing a consolidated amended complaint, and a case management plan." Hence, the Joint Status Report was originally set to be filed two days prior to the Status Conference. The Court recently reset the date for the Status Conference to February 12, 2020, at 11:00am, but did not move back the deadline for the Joint Status Report.

Defendants request the additional time for the Joint Status Report so that Defendants may have more time to consult internally and with opposing counsel about the parties' proposal for moving forward with this case.

A proposed order is attached.

Dated: January 31, 2020

JESSIE K. LIU
United States Attorney
DANIEL F. VAN HORN
Civil Chief, U.S. Attorney's Office

 /s/ *Alan Burch*
ALAN BURCH (D.C. Bar 470655)
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
Washington, D.C. 20530
202-252-2550
alan.burch@usdoj.gov

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

PAUL R. PERKINS
Special Counsel
Paul.r.perkins@usdoj.gov

JEAN LIN (NY Bar 4074530)
Special Litigation Counsel
JONATHAN KOSSAK (D.C. Bar 991478)
Trial Attorney
Civil Division
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-3716
Jean.lin@usdoj.gov
Jonathan.kossak@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, I caused a true and correct copy of the foregoing Defendants' Motion to Extend Time to File Joint Status Report to be served on all counsel of record via the Court's ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs' counsel of record. The names marked with an asterisk (*) have no e-mail provided on the docket and are no longer with the identified firms.

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS, L.L.P.
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS, L.L.P.
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS, L.L.P.
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Kathryn B. Codd
VINSON & ELKINS, L.L.P.
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
VINSON & ELKINS, L.L.P.
(202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS, L.L.P.
(202) 639-6500
Email: yomar@velaw.com

Eric Hernandez
VINSON & ELKINS, L.L.P.
(202) 639-6609
Email: EHernandez@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTERSET LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER,
EASTERN DISTRICT OF ARKANSAS
(501)-324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-2061
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9243
Email: Jying@mnat.com

Arin Hillary Smith
WILMER CUTLER PICKERING HALE & DORR LLP
(202) 663-6959
Email: Arin.Smith@wilmerhale.com

*Ryan M. Chabot
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513

Shawn Nolan
FEDERAL COMMUNITY DEFENDER
OFFICE, EDPA
(215) 928-0528
Email: shawn.nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

Stephen J. Kraftschik
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9378
Email: Skraftschik@mnat.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

/s/ *Alan Burch*
ALAN BURCH
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Case No. 19-mc-145 (TSC) |

## **ORDER**

Upon consideration of Defendants' Unopposed Motion To Extend Time To File Joint Status Report, it is hereby

ORDERED that the Motion is GRANTED and it is further

ORDERED that the parties shall file a Joint Status Report by 4:00pm on February 10, 2020.

So ordered.  This _____ day of _____ 2020.

_____
TANYA S. CHUTKAN
United States District Judge