IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Purkey v. Barr, et al.*, 19-cv-3214 (TSC) | Case No. 19-mc-0145 (TSC) |

**MOTION FOR ADMISSION OF STEPHANIE SIMON *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), Arin H. Smith, a member of the bar of this Court and counsel for plaintiff Wesley Purkey, hereby moves that Stephanie Simon be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of Mr. Purkey.

In support of this motion, Movant states as follows:

1. Ms. Simon's full name is Stephanie Nicole Simon.

2. Ms. Simon is a licensed attorney practicing in the New York office of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 250 Greenwich Street, New York, NY 10007, telephone number 212-937-7210.

3. Ms. Simon is a member in good standing of the bar of state of New York, as well as the bars of the following federal courts:

- U.S. District Court for the Southern District of New York
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Court of Appeals for the D.C. Circuit
- U.S. Supreme Court

4.	Ms. Simon has not been disciplined by any bar and there are no pending disciplinary proceedings against her in any bar.  She is not currently disbarred in any court, and she has not been denied admission to the courts of any state or any court of the United States.

5.	Ms. Simon has not been previously admitted to practice in this Court *pro hac vice*.

6.	A declaration signed by Ms. Simon, certifying the foregoing information, is annexed hereto.

WHEREFORE, Ms. Smith requests that Stephanie Simon be granted leave to appear and practice *pro hac vice* on behalf of Plaintiffs in the above-captioned matter.

Dated: January 31, 2020	Respectfully submitted,

/s/ Arin Smith

ARIN H. SMITH (D.D.C. BAR #1045248)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
1875 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20006
(202) 663-6959

*Attorney for Plaintiff Wesley Purkey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Purkey v. Barr, et al.*, 19-cv-3214 (TSC) | Case No. 19-mc-0145 (TSC) |

## DECLARATION OF STEPHANIE SIMON
## IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Stephanie Simon, hereby declare and state as follows:

1. I submit this declaration in support of the motion of Arin H. Smith for my admission to practice *pro hac vice* in the above-captioned matter.

2. My full name is Stephanie Nicole Simon. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 250 Greenwich Street, New York, NY 10007, telephone number 212-937-7210.

3. I am a member in good standing of the bar of state of New York, as well as the bars of the following federal courts:

- U.S. District Court for the Southern District of New York
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Court of Appeals for the D.C. Circuit
- U.S. Supreme Court

4. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5. I have not been previously admitted to practice in this Court *pro hac vice*.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2020

Respectfully submitted,

/s/ *[signature]*

STEPHANIE SIMON
WILMER CUTLER PICKERING HALE
AND DORR LLP
250 GREENWICH STREET
NEW YORK, NY 10007
(212) 937-7210

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Purkey v. Barr, et al.*, 19-cv-3214 (TSC) | Case No. 19-mc-0145 (TSC) |

**[PROPOSED] ORDER GRATING MOTION FOR ADMISSION OF
ATTORNEY STEPHANIE SIMON *PRO HAC VICE***

This Court has reviewed the Plaintiff's Motion for Admission of Attorney Stephanie Simon *Pro Hac Vice*. Upon consideration of that motion, the Court grants Stephanie Simon *pro hac vice* admission to this Court.

SO ORDERED.

DATE: _____                                  _____

                                                                                         Hon. _____
                                                                                         United States District Judge