**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br><br>THIS DOCUMENT RELATES TO:<br><br>*Honken v. Barr et al.*, No. 19-cv-02559 | Case No.  19-mc-0145 (TSC) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF NORMAN ANDERSON**

Pursuant to Local Civil Rule 83.2(d), I, Jonathan Jeffress, a member in good standing of the Bar of this Court and counsel for Mr. Honken, hereby move for the admission *pro hac vice* of Norman Anderson in the above-captioned case.  The undersigned counsel respectfully requests that the Court grant him the opportunity to appear and be heard in open court as the needs of the case dictate.  As required by Local Civil Rule 83.2(d), this motion is supported by the attached Declaration of Norman Anderson and a Proposed Order.

Dated: February 4, 2020

                                                            Respectfully Submitted,

                                                            /s/ Jonathan Jeffress
                                                            Jonathan Jeffress
                                                            KaiserDillon PLLC
                                                            1099 14th Street NW 8th Floor West
                                                            Washington, DC 20005
                                                            (202) 640-2850
                                                            jjeffress@kaiserdillon.com

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Honken v. Barr et al.*, No. 19-cv-02559 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  19-mc-0145 (TSC) |

## DECLARATION OF NORMAN ANDERSON

Pursuant to 28 U.S.C. § 1746, Norman Anderson declares as follows:

1. I am an attorney with KaiserDillon PLLC and I maintain my office at 1099 14th Street NW 8th Floor West, Washington, DC 20005.  My office telephone number is (202) 640-6586.

2. I am an active member in good standing of the state bars of Maryland (12-16-2014) and the District of Columbia (1029679) and am also admitted in the U.S. District Court for the Northern District of Illinois (1029679).

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not have an application pending for membership to the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington D.C. on February 4, 2020.

Respectfully Submitted,

/s/ Norman Anderson
Norman Anderson
KaiserDillon PLLC
1099 14th Street NW 8th Floor West
Washington, DC 20005
(202) 640-2850
nanderson@kaiserdillon.com

**THE UNITED STATES DISTRICT COURT**

## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, | ) ) ) ) ) | |
| LEAD CASE: *Roane et al. v. Barr* | ) ) ) | Case No. 19-mc-0145 (TSC) |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| *Honken v. Barr et al.*, No. 19-cv-02559 | ) ) ) | |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Admission *pro hac vice* of Norman Anderson, it is hereby ORDERED that the Motion is GRANTED. Norman Anderson is admitted *pro hac vice* and may appear on behalf of Plaintiff in the above-captioned case.

Dated:_____    _____

THE HONORABLE TANYA S. CHUTKAN