**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | )<br>)<br>)<br>)<br>)<br>) Case No. 19-mc-0145 (TSC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

The Court's December 12, 2019 Minute Order required the parties to "file a joint status report that includes a proposal for moving forward with the case, including potentially filing consolidated pleadings and avoiding repetitious filings." Pursuant to that Order, the parties respectfully submit this Joint Status Report regarding (1) the progress of the pre-amendment discovery ordered by the Court on August 15, 2019; (2) the parties' views on consolidated filings; (3) a proposed briefing schedule for dispositive motions; and (4) any other matters that the parties wish to discuss at the status conference that is scheduled for February 12, 2020.[1]

**I.      Pre-Amendment Discovery**

Pursuant to the August 15, 2019 Order, Plaintiffs conducted the Rule 30(b)(6) depositions of representatives of (a) the Federal Bureau of Prisons ("BOP") (on November 15, 2019); (b) the U.S. Marshals Service ("USMS") (on January 17, 2020); and (c) the Office of the Attorney

---

[1]      Unless otherwise indicated, this Joint Status Report sets forth the agreed-upon views of all the parties.

1

General ("OAG") (on January 29, 2020). The parties have also scheduled the Rule 30(b)(6) deposition of the Drug Enforcement Administration ("DEA") for February 14, 2020.

Plaintiffs do not anticipate conducting any additional Rule 30(b)(6) depositions prior to the deadline of February 28, 2020, barring developments revealing some inadequacy with the testimony of Defendants' designated deponents.

Defendants' position is that the parties' agreement and the Court's order permitted only four Rule 30(b)(6) depositions, one for each of the agencies involved—BOP, USMS, OAG, and DEA. See Transcript at 19-20 (Aug. 15, 2019). Defendants do not agree to additional depositions or discovery prior to the filing of a consolidated amended complaint and the Court's ruling on Defendants' intended dispositive motion.

## II. Consolidated Filings

Plaintiffs' position is that — for the sake of efficiency and to avoid duplication —they will file submissions on behalf of all Plaintiffs, but they reserve the right to make separate filings for any issues that are particular to one plaintiff (or a subset of plaintiffs).

Defendants agree with Plaintiffs' position.

A proposed order regarding consolidated filings is attached hereto as Exhibit A.

## III. Other Matters for Upcoming Conference

**Plaintiffs' Statement:**

At the February 12, 2020 Conference, Plaintiffs wish to discuss the schedule for post-amendment discovery. Plaintiffs propose that discovery should commence immediately after March 31, 2020 and continue until December 18, 2020 (unless it is stayed or extended for good cause).

Defendants complied with the Court's August 15, 2019 Order regarding the filing of the Administrative Record, and they have supplemented the Administrative Record twice. However, it is Plaintiffs' position that the Administrative Record is still incomplete, and they reserve the right to seek further supplementation (for the reasons set forth below).

In addition, it is evident that Plaintiffs will require written discovery and depositions after the filing of the amended complaint on March 31, 2020. The Administrative Record and Rule 30(b)(6) depositions taken thus far have shown that there are a host of factual issues on which Plaintiffs should be permitted to take discovery pursuant to the Federal Rules of Civil Procedure. Plaintiffs are mindful that Defendants have designated many portions of the Rule 30(b)(6) deposition transcripts as confidential. Plaintiffs can state, however, that the depositions have revealed additional, significant failures in Defendants' compounding and testing of the lethal injection drugs with which they propose to execute Plaintiffs—failures that Defendants did not admit to Plaintiffs, or to this Court, until asked under oath, and whose true cause and extent remain unknown. The depositions have also revealed Defendants' retention of previously unknown individuals to administer their lethal injection protocol. Further, the 30(b)(6) deponents have contradicted each other on numerous points material to all of Plaintiffs' claims, and lacked knowledge of critical aspects of Defendants' execution procedures.

The deponents have further revealed the existence of critical documents that were not included in the Administrative Record or its supplements, and that Defendants have declined to turn over to Plaintiffs. The depositions have exposed a directive by Defendants to avoid documenting certain activities related to their adoption and implementation of their lethal injection protocol, lest those records become part of this or other litigation. Plaintiffs believe that these intentional omissions, and those discussed *supra*, constitute a "strong showing of bad

faith or improper behavior," and have resulted in an administrative record "so bare that it prevents effective judicial review" sufficient to justify additional discovery as to Plaintiffs' APA claims. Theodore Roosevelt Conservation P'ship v. Salazar, 616 F.3d 497, 514 (D.C. Cir. 2010).

Accordingly, while Defendants have stated their intent to file a "dispositive motion," Plaintiffs cannot at this time agree to a stay of discovery pending its disposition by this Court. As neither Plaintiffs' amended complaint nor Defendants' motion is even on file, any consideration of a stay is premature. To the extent Defendants' anticipated "dispositive motion" will be a motion for summary judgment based upon the limited pre-amendment discovery conducted thus far, Plaintiffs reserve the right to argue that such a motion is premature. Moreover, in response to any motion for summary judgment, Plaintiffs may wish to file a cross-motion for summary judgment on any issues that do not require further factual development.

**Defendants' Statement:**

The Defendants' position is that following the filing of a consolidated amended complaint, the parties should first proceed to briefing Defendants' intended dispositive motion. Defendants ask the Court to wait until the resolution of such motion to consider what discovery, if any, is appropriate at that time. In addition to the fact that some of Plaintiffs' claims are likely to be purely legal, discovery is generally not permitted in cases brought under the Administrative Procedure Act ("APA"), and the pleading standard for an Eighth Amendment challenge related to the method of execution is high, see, e.g., Bucklew v. Precythe, 139 S. Ct. 1112 (2019); Glossip v. Gross, 135 S. Ct. 2726 (2015). It is inefficient for the parties to proceed to discovery before knowing what if any claim(s) remain in the case following resolution of dispositive motions.

To the extent Plaintiffs intend to reassert APA claims from their prior complaints, Defendants' position is that Plaintiffs have not and cannot make the required showing for discovery. The law in this Circuit is clear that the Court's review in an APA case is limited to the administrative record except "when there has been a 'strong showing of bad faith or improper behavior' or when the record is so bare that it prevents effective judicial review." <u>Theodore Roosevelt Conservation P'ship v. Salazar</u>, 616 F.3d 497, 514 (D.C. Cir. 2010). The two supplements to the administrative record noted by Plaintiffs were immaterial. The first was merely the one-paragraph, formal adoption of the Addendum by BOP (ECF No. 20). The second corrected a typographical error in a vendor invoice (ECF No. 69). These supplements fall far short of justifying discovery for Plaintiffs' APA claims.

Plaintiffs' allegations of bad faith are based on mischaracterizations of the testimony and events that post-dated the adoption of the lethal injection protocol and the creation of the administrative record. For example, while one deponent testified about a practice of not generating documentation that could result in the disclosure of identifies of personnel involve in either the Federal or state governments' implementation of death sentences, that practice was designed to protect the safety of those personnel and to preserve the integrity of other law enforcement agencies and their practices. None of the testimony indicates that the decision-makers were uninformed about any materials facts when adopting the lethal injection protocol. Defendants further disagree with Plaintiffs' other characterizations of the pre-amendment Rule 30(b)(6) testimony provided so far, including testimony concerning the compounding and testing of the lethal agent after the adoption of the lethal injection protocol. In any event, any such testimony is likely legally immaterial to Plaintiffs' upcoming proposed amended complaint.

**The Parties' Proposed Schedule:**

The parties are in agreement that the following schedule should apply to dispositive motions.

- Plaintiffs file consolidated amended complaint by March 31, 2020

- Defendants' dispositive motion due June 1, 2020

- Plaintiffs' opposition/cross motion due August 3, 2020

- Defendants' reply/opposition due September 14, 2020

- Plaintiffs' reply, if any, due October 5, 2020

If discovery is proceeding after resolution of the dispositive motions, the parties will meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a joint case management plan 15 days after resolution of the dispositive motion(s), if necessary.

If the Court permits discovery to proceed before resolution of the dispositive motions, the parties will meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a proposed case management plan to the Court by April 15, 2020.

Dated: February 10, 2020


HOGAN LOVELLS US LLP


*/s/     Pieter Van Tol*

Pieter Van Tol (admitted *pro hac vice*)
390 Madison Avenue
New York, NY  10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

and

David S. Victorson (Bar No. 1027025)
Columbia Square
555 13th Street NW
Washington, DC  20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com

*Attorneys for Plaintiff Daniel Lewis Lee*[2]

| | |
|---|---|
| TIMOTHY J. SHEA<br>United States Attorney<br>DANIEL F. VAN HORN<br>Civil Chief, U.S. Attorney's Office<br><br> /s/ *Alan Burch*<br>ALAN BURCH (D.C. Bar 470655)<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>for the District of Columbia<br>Washington, D.C. 20530<br>202-252-2550<br>alan.burch@usdoj.gov | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>PAUL R. PERKINS<br>Special Counsel<br>Paul.r.perkins@usdoj.gov<br><br>JEAN LIN (NY Bar 4074530)<br>Special Litigation Counsel<br>JONATHAN KOSSAK (D.C. Bar 991478)<br>Trial Attorney<br>Civil Division<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>(202) 514-3716<br>Jean.lin@usdoj.gov<br>Jonathan.kossak@usdoj.gov<br><br>*Attorneys for Defendants* |

---

[2] Counsel for Daniel Lewis Lee submits this Joint Status Report on behalf of, and with permission from, all counsel for Plaintiffs.

**CERTIFICATE OF SERVICE**

      I hereby certify that, on February 10, 2020, the foregoing Joint Status Report was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties that are registered users. The below parties may access this filing through the Court's CM/ECF System. The names marked with an asterisk (*) have no e-mail provided on the docket and are no longer with the identified firms.

**Joshua Christopher Toll**
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

**Gerald Wesley King, Jr.**
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

**Charles Fredrick Walker**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

**Celeste Bacchi**
FEDERAL PUBLIC DEFENDER, CENTRAL
DISTRICT OF CALIFORNIA
(213) 894-1887
Email: celeste_bacchi@fd.org

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

**Brandon David Almond**
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

**Donald P. Salzman**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

**Steven M. Albertson**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

**Craig Anthony Harbaugh**
FEDERAL PUBLIC DEFENDER, CENTRAL
DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

**Jonathan Charles Aminoff**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

**Billy H. Nolas**
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

**\*Jeanne Vosberg Sourgens**
VINSON & ELKINS, L.L.P.
(202) 639-6633

**William E. Lawler, III**
VINSON & ELKINS, L.L.P.
(202) 639-6676
Email: wlawler@velaw.com

**Evan D. Miller**
VINSON & ELKINS, L.L.P.
(202) 639-6605
Email: EMiller@velaw.com

**Margaret O'Donnell**
(502) 320-1837
Email: mod@dcr.net

**Abigail Bortnick**
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

**Matthew John Herrington**
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

**Amy J. Lentz**
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

**Alexander Louis Kursman**
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

**Kathryn B. Codd**
VINSON & ELKINS, L.L.P.
(202) 639-6536
Email: kcodd@velaw.com

**Robert E. Waters**
VINSON & ELKINS, L.L.P.
(202) 737-0500
Email: rwaters@velaw.com

**Yousri H. Omar**
VINSON & ELKINS, L.L.P.
(202) 639-6500
Email: yomar@velaw.com

**Eric Hernandez**
VINSON & ELKINS, L.L.P.
(202) 639-6609
Email: EHernandez@velaw.com

**\*William E. Hoffman, Jr.**
KING & SPALDING LLP
(404) 572-3383

**Mark Joseph Hulkower**
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

**Robert A. Ayers**
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

**Robert L. McGlasson**
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

**Gary E. Proctor**
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

**Sean D. O'Brien**
PUBLIC INTERSET LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

**Scott Wilson Braden**
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501)-324-6144
Email: Scott_Braden@fd.org

**Shawn Nolan**
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0528
Email: shawn.nolan@fd.org

**Amy Gershenfeld Donnella**
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

**Joseph William Luby**
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

**Amelia J. Schmidt**
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

**Jonathan Jeffress**
KAISER DILLON, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

**Jennifer Ying**
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9243
Email: Jying@mnat.com

**Andrew Moshos**
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

**Stephen J. Kraftschik**
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9378
Email: Skraftschik@mnat.com

**Arin Hillary Smith**
WILMER CUTLER PICKERING HALE & DORR LLP
(202) 663-6959
Email: Arin.Smith@wilmerhale.com

**\*Ryan M. Chabot**
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513

**Alan E. Schoenfeld**
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

**Alan Burch**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
(202) 252-2550
Email: alan.burch@usdoj.gov

**Peter S. Smith**
UNITED STATES ATTORNEY'S OFFICE
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

**Paul Perkins**
U.S. DEPARTMENT OF JUSTICE
Civil Division
(202) 514-5090
Email: paul.r.perkins@usdoj.gov

**Ethan Price Davis**
U.S. DEPARTMENT OF JUSTICE
(202) 616-4171
Email: Ethan.davis@usdoj.gov

**Jonathan D. Kossak**
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
(202) 305-0612
Email: jonathan.kossak@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE,
Civil Division, Federal Programs Branch
(202) 514-3716
Email: jean.lin@usdoj.gov

**Robert J. Erickson**
U. S. DEPARTMENT OF JUSTICE
(202) 514-2841
Email: robert.erickson@usdoj.gov

Date:   February 10, 2020

/s/ *Pieter Van Tol*

Pieter Van Tol (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY  10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

and

David S. Victorson (Bar No. 1027025)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
david.victorson@hoganlovells.com

*Attorneys for Plaintiff Daniel Lewis Lee*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, | ) ) ) ) ) | |
| LEAD CASE: *Roane et al. v. Barr* | ) ) ) ) | Case No. 19-mc-0145 (TSC) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL CASES | ) ) ) | |

### **[PROPOSED] ORDER**

Based upon the Joint Status Report dated February 10, 2020 and for good cause shown, the Court hereby orders that:

1. In the interest of efficiency and to avoid duplication, the parties in this action shall submit consolidated filings on behalf of all Plaintiffs and all Defendants, respectively.

2. If the circumstances warrant such a filing, any party (or parties) may submit a separate filing with regard to issues that are particular to that party (or those parties).

3. The parties shall adhere to the following deadlines:

- Plaintiffs file consolidated amended complaint by March 31, 2020
- Defendants' dispositive motion due June 1, 2020
- Plaintiffs' opposition/or cross motion due August 3, 2020
- Defendants' reply /opposition due September 14, 2020
- Plaintiffs' reply, if any, due October 5, 2020

2

Plaintiffs' Proposal

- The parties will meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a report to the Court by April 15, 2020

- Discovery completed by December 18, 2020

Defendants' Proposal

- The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file a joint case management plan 15 days after resolution of the dispositive motion, if necessary

Date: _____

_____
TANYA S. CHUTKAN
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 10, 2020, the foregoing Joint Status Report was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties that are registered users. The below parties may access this filing through the Court's CM/ECF System. The names marked with an asterisk (*) have no e-mail provided on the docket and are no longer with the identified firms.

**Joshua Christopher Toll**
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

**Brandon David Almond**
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

**Gerald Wesley King, Jr.**
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

**Donald P. Salzman**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

**Charles Fredrick Walker**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

**Steven M. Albertson**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

**Celeste Bacchi**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-1887
Email: celeste_bacchi@fd.org

**Craig Anthony Harbaugh**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

**Jonathan Charles Aminoff**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

**Billy H. Nolas**
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

**\*Jeanne Vosberg Sourgens**
VINSON & ELKINS, L.L.P.
(202) 639-6633

**William E. Lawler, III**
VINSON & ELKINS, L.L.P.
(202) 639-6676
Email: wlawler@velaw.com

**Evan D. Miller**
VINSON & ELKINS, L.L.P.
(202) 639-6605
Email: EMiller@velaw.com

**Margaret O'Donnell**
(502) 320-1837
Email: mod@dcr.net

**Abigail Bortnick**
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

**Matthew John Herrington**
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

**Amy J. Lentz**
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

**Alexander Louis Kursman**
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

**Kathryn B. Codd**
VINSON & ELKINS, L.L.P.
(202) 639-6536
Email: kcodd@velaw.com

**Robert E. Waters**
VINSON & ELKINS, L.L.P.
(202) 737-0500
Email: rwaters@velaw.com

**Yousri H. Omar**
VINSON & ELKINS, L.L.P.
(202) 639-6500
Email: yomar@velaw.com

**Eric Hernandez**
VINSON & ELKINS, L.L.P.
(202) 639-6609
Email: EHernandez@velaw.com

**\*William E. Hoffman, Jr.**
KING & SPALDING LLP
(404) 572-3383

**Mark Joseph Hulkower**
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

**Robert A. Ayers**
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

**Robert L. McGlasson**
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

**Gary E. Proctor**
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

**Scott Wilson Braden**
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501)-324-6144
Email: Scott_Braden@fd.org

**Amy Gershenfeld Donnella**
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

**Amelia J. Schmidt**
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

**Jennifer Ying**
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9243
Email: Jying@mnat.com

**Stephen J. Kraftschik**
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9378
Email: Skraftschik@mnat.com

**\*Ryan M. Chabot**
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513

**Alan Burch**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
(202) 252-2550
Email: alan.burch@usdoj.gov

**Sean D. O'Brien**
PUBLIC INTERSET LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

**Shawn Nolan**
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0528
Email: shawn.nolan@fd.org

**Joseph William Luby**
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

**Jonathan Jeffress**
KAISER DILLON, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

**Andrew Moshos**
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

**Arin Hillary Smith**
WILMER CUTLER PICKERING HALE & DORR LLP
(202) 663-6959
Email: Arin.Smith@wilmerhale.com

**Alan E. Schoenfeld**
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

**Peter S. Smith**
UNITED STATES ATTORNEY'S OFFICE
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

5

**Paul Perkins**
U.S. DEPARTMENT OF JUSTICE
Civil Division
(202) 514-5090
Email: paul.r.perkins@usdoj.gov

**Ethan Price Davis**
U.S. DEPARTMENT OF JUSTICE
(202) 616-4171
Email: Ethan.davis@usdoj.gov

**Jonathan D. Kossak**
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
(202) 305-0612
Email: jonathan.kossak@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE,
Civil Division, Federal Programs Branch
(202) 514-3716
Email: jean.lin@usdoj.gov

**Robert J. Erickson**
U. S. DEPARTMENT OF JUSTICE
(202) 514-2841
Email: robert.erickson@usdoj.gov

Date:   February 10, 2020

/s/ *Pieter Van Tol*

Pieter Van Tol (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY  10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

and

David S. Victorson (Bar No. 1027025)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
david.victorson@hoganlovells.com

*Attorneys for Plaintiff Daniel Lewis Lee*