# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br><br>THIS DOCUMENT RELATES TO:<br>*Robinson v. Mukasey,* No. 07-CV-2145<br>*Roane (Battle) v. Holder*, No. 05-CV-2337 | Case No. 19-mc-145 (TSC) |

## PLAINTIFFS JULIUS ROBINSON'S AND ANTHONY BATTLE'S UNOPPOSED MOTION TO ALLOW TELEPHONIC APPEARANCE AT THE FEBRUARY 12, 2020 STATUS CONFERENCE

Plaintiffs Julius Robinson and Anthony Battle respectfully request that their counsel be allowed to appear telephonically at the February 12, 2020 status conference. In support of this Motion, Robinson and Battle state as follows:

1. On December 4, 2019, the Court set a status conference in this matter for February 6, 2020 at 2:00 p.m. 12/4/2019 Order. The Court subsequently rescheduled that status conference for February 12, 2020 at 11:00 a.m. 1/16/2020 Order.

2. At the prior status conference held in this matter, the Court *sua sponte* permitted counsel to appear by phone and directed counsel to contact the Courtroom Deputy to obtain the call-in information. *Robinson v. Mukasey*, et. al., 07-CV-02145 at 8/5/2019 Minute Order; *Roane v. Holder, et. al.*, 05-CV-2337 at

1

8/5/2019 Minute Order. Counsel for Robinson and Battle mistakenly assumed that the procedure would be the same for the 2/12/2020 status conference. After communicating with the Courtroom Deputy, however, counsel for Robinson learned that this motion was required.

3. Robinson is represented by the Office of the Federal Public Defender for the Central District of California, and the two assigned deputy federal public defenders are both based in the Los Angeles office. Margaret O'Donnell, one of the attorneys representing Anthony Battle, is based in Frankfort, Kentucky. Permitting counsel to appear by telephone will save the time and expense of traveling to Washington, D.C. Counsel for Robinson and Battle do not believe that any party will be prejudiced by the requested telephonic appearance or that counsel's ability to meaningfully participate in the hearing will be impeded by a telephonic appearance.

4. On February 10, 2020, counsel for Robinson contacted Special Litigation Counsel Jean Lin, counsel for the Defendants, and informed her of the nature of this motion. Ms. Lin indicated that she does not oppose this motion, provided counsel is in compliance with this Court's rules concerning telephonic appearances.

//

//

For the foregoing reasons, Robinson and Battle respectfully request that the Court grant this Motion and permit their counsel to appear telephonically at the February 12, 2020 Status Conference.

Dated: February 10, 2020

        Respectfully submitted,

        AMY M. KARLIN
        Interim Federal Public Defender

        */s/ Jonathan C. Aminoff*
        JONATHAN C. AMINOFF
        (CA Bar No. 259290)
        jonathan_aminoff@fd.org
        CELESTE BACCHI
        (CA Bar No. 307119)
        celeste_bacchi@fd.org
        Deputy Federal Public Defenders
        321 E. 2nd Street
        Los Angeles, CA 90012
        (213) 894-5374

        *Attorneys for Plaintiff Julius Robinson*

        */s/ Margaret O'Donnell*
        MARGARET O'DONNELL
        (KY Bar No. 83889)
        mod@dcr.net
        P.O. Box 4815
        Frankfort, KY 40604
        (502) 320-1837

        *Attorney for Plaintiff Anthony Battle*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br><br>THIS DOCUMENT RELATES TO:<br>*Robinson v. Mukasey,* No. 07-CV-2145<br>*Roane (Battle) v. Holder*, No. 05-CV-2337 | Case No. 19-mc-145 (TSC) |

**PROPOSED ORDER**

Having considered Plaintiffs' Unopposed Motion to Allow Telephonic Appearance at the February 12, 2020 Status Conference, and finding good cause, this Court GRANTS Robinson's and Battle's request to have their counsel appear by telephone. Counsel is directed to contact the Courtroom Deputy to obtain the dial-in information.


Date: _____     _____
                          TANYA S. CHUTKAN
                          United States District Judge