### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases )<br>)<br>)<br>LEAD CASE: *Roane, et al v. Barr, et al.* )<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>*Lee and Honken v. Barr, et al.*, )<br>No. 19-cv-02559 ) | Case No.  19-mc-0145  (TSC) |

### **APPEARANCE OF COUNSEL**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Intervenor Plaintiff Dustin Honken.

Date:  2/11/2020

 /s/ Shawn Nolan
SHAWN NOLAN
Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520 (phone)
(215) 928-0826 (fax)
shawn_nolan@fd.org