# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases | ) ) ) ) |
| LEAD CASE: *Roane, et al v. Barr, et al.* | ) ) Case No.  19-mc-0145  (TSC) |
| | ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Fulks v. Barr, et al.,* No. 13-cv-00938 | ) ) ) |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Chadrick Evan Fulks.

Date:  2/11/2020

   /s/ Shawn Nolan
SHAWN NOLAN
Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520 (phone)
(215) 928-0826 (fax)
shawn_nolan@fd.org