IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the Federal Bureau of Prison's Execution Protocol Cases,<br><br>LEAD CASE: *Roane et. al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Holder v. Barr*, 19-cv-3520 (TSC) | C.A. No. 19-mc-0145 (TSC) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned, Stephen J. Kraftschik, hereby withdraws his appearance as co-counsel for Plaintiff Norris Holder in the case of Holder v. Barr, et al., Case No. 19-cv-3520. No substitution of counsel is necessary, as Scott W. Braden (member of the Bar of this Court) of Arkansas Federal Defender Office, Jennifer Ying (pro hac vice) and Andrew Moshos (pro hac vice) of Morris, Nichols, Arsht & Tunnell LLP will continue to represent Plaintiff Holder in this matter.

Dated: February 14, 2020

Respectfully submitted,

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9378
skraftschik@mnat.com

*Counsel for Plaintiff Norris Holder*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

                                              */s/ Stephen J. Kraftschik*
                                              Stephen J. Kraftschik
                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                              1201 N. Market Street
                                              P.O. Box 1347
                                              Wilmington, DE  19899-1347
                                              (302) 351-9378
                                              skraftschik@mnat.com