IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | )<br>)<br>)<br>)<br>)<br>) Case No. 19-mc-0145 (TSC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Based upon the Joint Status Report dated February 10, 2020 (ECF No. 76) and for good cause shown, the court hereby orders that:[1]

1. In the interest of efficiency and to avoid duplication, the parties in this action shall submit consolidated filings on behalf of all Plaintiffs and all Defendants, respectively.

2. If the circumstances warrant such a filing, any party (or parties) may submit a separate filing with regard to issues that are particular to that party (or those parties).

3. The parties shall adhere to the following deadlines:

- Plaintiffs' consolidated amended complaint due March 31, 2020
- Defendants' dispositive motion due June 1, 2020
- Plaintiffs' combined opposition/or cross motion due August 3, 2020
- Defendants' combined reply/opposition due September 14, 2020
- Plaintiffs' reply, if any, due October 5, 2020

---

[1] The parties are further reminded that any filings shall comply with the court's Consolidation Order, ECF No. 1.

- The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file a joint case management plan 15 days after resolution of the dispositive motion, if necessary

Date:  February 19, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge