UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et. al. v. Barr* | Case No: 19-mc-00145 (TSC) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), please take notice that undersigned counsel, Eric Hernandez, hereby withdraws his appearance as co-counsel for Intervenor-Plaintiff Bruce Webster in the case captioned above due to a change of employment from Vinson & Elkins, LLP in the District of Columbia to Greenberg Traurig, P.A. in Miami, Florida. No substitution of counsel or motion is necessary as no trial date has been set in this case and Bruce Webster will continue to be represented by other attorneys that have previously entered an appearance his behalf, including Evan D. Miller and William E. Lawler, III.

Dated: February 27, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Eric Hernandez*
　　　　　　　　　　　　　　　　　　　　　　　Eric Hernandez, Esq.
　　　　　　　　　　　　　　　　　　　　　　　D.C. Bar Number: 1600693
　　　　　　　　　　　　　　　　　　　　　　　F.L. Bar Number: 1010990
　　　　　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, P.A.
　　　　　　　　　　　　　　　　　　　　　　　333 SE 2nd Avenue, Suite 4400
　　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　　　　T: (305) 579-0570
　　　　　　　　　　　　　　　　　　　　　　　F: (305) 961-5727
　　　　　　　　　　　　　　　　　　　　　　　E: hernandezeri@gtlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Intervenor-Plaintiff, Bruce Webster*

**CERTIFICATE OF SERVICE**

    I, Eric Hernandez, hereby certify that on February 27, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

                                      /s/ *Eric Hernandez*
                                      Eric Hernandez, Esq.
                                      D.C. Bar Number: 1600693
                                      F.L. Bar Number: 1010990
                                      GREENBERG TRAURIG, P.A.
                                      333 SE 2nd Avenue, Suite 4400
                                      Miami, FL 33131
                                      T: (305) 579-0570
                                      F: (305) 961-5727
                                      E: hernandezeri@gtlaw.com