UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Case No. 19-mc-145 (TSC) |

## JOINT MOTION TO EXTEND TIME

The parties jointly ask the Court to extend by sixty (60) days the deadlines for filing the consolidated amended complaint and the motion papers for dispositive motions. The parties ask for this additional time in light of the COVID-19 outbreak and the resulting disruptions on the parties' efforts to complete the limited pre-amendment discovery permitted by the Court.

Plaintiffs' counsel have taken four depositions under Rule 30(b)(6), of the Federal Bureau of Prisons ("BOP"), the U.S. Marshals Service, the Office of the Attorney General ("OAG"), and the Drug Enforcement Agency. After the OAG deposition, Plaintiffs' counsel asked to reopen the OAG deposition because of two corrections to the testimony regarding testing of the pentobarbital that were offered by Defendants' counsel. Defendants agreed to provide additional testimony of BOP instead, and counsel for Plaintiffs accepted this proposal in principle, subject to their request for the production of additional documents relating to testing. The parties were negotiating the details of the continued deposition when it became clear that the COVID-19 outbreak had created several logistical and safety issues for participants in the deposition, especially because many participants would need to travel from out of town and in

light of the restrictions on Government-employee travel. In addition, BOP's recent restrictions on prison visits threatened to impede Plaintiffs' counsel's efforts to communicate with their clients regarding the consolidated amended complaint.

Accordingly, the parties submit that the most prudent course is to push back the schedule previously proposed by the parties and adopted by the Court (ECF No. 81) on February 19, 2020. Given the uncertainty about how long the viral outbreak will continue to affect the safety of travel and the continuation of the deposition, the parties ask for 60 days.

This is the first request by either party to extend these deadlines. The Court need not adjust the deadline for the joint case management plan, which is due 15 days after resolution of Defendants' dispositive motion. There are no other deadlines or hearings scheduled. Neither party will be prejudiced by the additional time.

A proposed order is attached.

Dated: March 17, 2020

PIETER VAN TOL (admitted *pro hac vice*)
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

and

DAVID S. VICTORSON (Bar No. 1027025)
Columbia Square
555 13th Street NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com

*Attorneys for Plaintiff Daniel Lewis Lee*[1]

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

PAUL R. PERKINS, D.C. Bar #1007601
Special Counsel
Paul.r.perkins@usdoj.gov

JEAN LIN, NY Bar #4074530
Special Litigation Counsel
JONATHAN KOSSAK, D.C. Bar #991478
Trial Attorney
Civil Division, Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-3716
Jean.lin@usdoj.gov
Jonathan.kossak@usdoj.gov

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney for the District of Columbia

  /s/ *Alan Burch*
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 Fourth St., NW
Washington, DC 20530
(202) 252-2550, alan.burch@usdoj.gov

*Counsel for Defendant*

---

[1] Counsel for Daniel Lewis Lee submits this Joint Motion to Extend Time on behalf of, and with permission from, all counsel for Plaintiffs.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2020, I caused a true and correct copy of the foregoing Joint Motion to Extend Time to be served on all counsel of record via the Court's ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs' counsel of record. The names marked with an asterisk (*) have no e-mail provided on the docket and are no longer with the identified firms.

**Joshua Christopher Toll**
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

**Gerald Wesley King, Jr.**
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

**Charles Fredrick Walker**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

**Celeste Bacchi**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-1887
Email: celeste_bacchi@fd.org

**Alexander Louis Kursman**
FEDERAL COMMUNITY DEFENDER OFFICE, EASTERN DISTRICT OF PENNSYLVANIA

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

**Brandon David Almond**
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

**Donald P. Salzman**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

**Steven M. Albertson**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

**Jonathan Charles Aminoff**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

**Margaret O'Donnell**
(502) 320-1837
Email: mod@dcr.net

(215) 928-0520
Email: Alex_Kursman@fd.org

**Evan D. Miller**
VINSON & ELKINS, L.L.P.
(202) 639-6605
Email: EMiller@velaw.com

**Amy J. Lentz**
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

**Robert A. Ayers**
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

**Sean D. O'Brien**
PUBLIC INTERSET LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

**Gary E. Proctor**
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

**Robert L. McGlasson**
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

**Shawn Nolan**
FEDERAL COMMUNITY DEFENDER OFFICE, EASTERN DISTRICT OF PENNSYLVANIA
(215) 928-0520
Email: shawn_nolan@fd.org

**Joseph William Luby**
FEDERAL COMMUNITY DEFENDER OFFICE, EASTERN DISTRICT OF PENNSYLVANIA
(215) 928-0520
Email: joseph_luby@fd.org

**Timothy Kane**
FEDERAL COMMUNITY DEFENDER OFFICE, EASTERN DISTRICT OF PENNSYLVANIA
(215) 928-0520
Email: timothy_kane@fd.org

**Scott Wilson Braden**
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501)-324-6144
Email: Scott_Braden@fd.org

**Jonathan Jeffress**
KAISER DILLON, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

**Amelia J. Schmidt**
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

**Andrew Moshos**
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

**Jennifer Ying**
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9243
Email: Jying@mnat.com

**\*Ryan M. Chabot**
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513

**Alan E. Schoenfeld**
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

**Andres Salinas**
WILMER CUTLER PICKERING HALE & DORR LLP
(202) 663-6289
Email: Andres.salinas@wilmerhale.com

**Pieter Van Tol**
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

**David S. Victorson**
HOGAN LOVELLS US LLP
(202) 637-5600
Email: David.Victorson@hoganlovells.com

**John D. Beck**
HOGAN LOVELLS US LLP
(212) 918-3000
Email:  john.beck@hoganlovells.com

 /s/ *Alan Burch*
ALAN BURCH
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the <br> Federal Bureau of Prisons' Execution <br> Protocol Cases, <br><br> LEAD CASE: *Roane et al. v. Barr* <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL CASES | Case No. 19-mc-145 (TSC) |

## ORDER

Upon consideration of the parties Joint Motion To Extend Time, it is hereby

ORDERED that the Motion is GRANTED and it is further

ORDERED that the parties shall adhere to the following deadlines:

- Plaintiffs shall file their consolidated amended complaint by June 1, 2020;

- Defendants shall file their dispositive motion by July 31, 2020;

- Plaintiffs shall file their combined opposition and/or cross motion by September 28, 2020;

- Defendants shall file their combined reply and/or cross opposition by November 13, 2020; and

- Plaintiffs shall file any cross reply by December 4, 2020.

So ordered this _____ day of _____ 2020.

_____
TANYA S. CHUTKAN
United States District Judge