AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Keith Nelson | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.   19-mc-00145  (TSC) |
| William Barr, et al. | ) | In the Matter of the Federal Bureau of Prisons' |
| Defendant | ) | Execution Protocol Cases |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Nelson, Plaintiff                                                                                                      .

Date:      04/06/2020

s/ Jennifer M. Moreno
*Attorney's signature*

Jennifer M. Moreno (California Bar No. 244967)
*Printed name and bar number*

Federal Public Defender Office - District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007

*Address*

jennifer_moreno@fd.org
*E-mail address*

(602) 382-2700
*Telephone number*

(602) 889-3960
*FAX number*