AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Keith Nelson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-mc-00145 (TSC) |
| William Barr, et al. | ) In the Matter of the Federal Bureau of Prisons' |
| *Defendant* | ) Execution Protocol Cases |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Nelson, Plaintiff.

Date: 06/08/2020

s/ Dale A. Baich
*Attorney's signature*

Dale A. Baich (Ohio Bar No. 0025070)
*Printed name and bar number*

Federal Public Defender Office - District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
*Address*

dale_baich@fd.org
*E-mail address*

(602) 382-2700
*Telephone number*

(602) 889-3960
*FAX number*