**IN THE DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

```
                                              )
In the Matter of the                          )
Federal Bureau of Prisons' Execution          )
Protocol Cases,                               )
                                              )
LEAD CASE: Roane et al. v. Barr               )        Case No. 19-mc-145 (TSC)
                                              )
                                              )
THIS DOCUMENT RELATES TO:                     )
                                              )
ALL CASES                                     )
                                              )
```

**DEFENDANTS' NOTICE OF THIRD SUPPLEMENT
TO THE ADMINISTRATIVE RECORD**

Defendants respectfully file this third supplement to the Administrative Record. On August 30, 2019, pursuant to this Court's minute order of August 15, 2019 and Local Civil Rule 7(n)(1), Defendants filed a certified list of the contents of the Administrative Record in this litigation. ECF No. 4. Defendants filed a notice of supplementation of the Administrative Record on October 25, 2019, *see* ECF No. 20, and, pursuant to this Court's minute order of November 12, 2019, Defendants filed the supplemented Administrative Record on the public docket on November 13, 2019. *See* ECF No. 39. On January 14, 2020, Defendants filed a notice of a second supplement to the Administrative Record. *See* ECF No. 69.

Since August 30, 2019, Plaintiffs have completed Court-authorized discovery in aid of the filing of their Consolidated Amended Complaint, which they filed on June 1, 2020. *See* ECF No. 92 (Redacted). Specifically, Plaintiffs took Fed. R. Civ. P. 30(b)(6) depositions of representatives of the Bureau of Prisons (BOP), the U.S. Marshals Service, the Department of Justice's Office of the Attorney General (DOJ OAG), and the Drug Enforcement Administration.

The parties also agreed to a second deposition of the BOP representative on May 12, 2020.  At Plaintiffs' request and in advance of that deposition, Defendants produced three sets of documents that were generated after the compilation of the Administrative Record.  The first set consists of laboratory test results issued by two independent laboratories that tested two batches of compounded pentobarbital created in preparation for the previously scheduled (and later enjoined) executions of Plaintiffs Lee, Purkey, Bourgeois, and Honken in December 2019 and January 2020.  *See* Third Amended Index to the Administrative Record, AR 1075-1078.  The second set is an internal investigation report on the initial out-of-specification test result of one of the two batches of compounded pentobarbital that subsequently passed quality assurance testing.  *Id*., AR 1079-1083.  The third document is a memorandum issued by the BOP Regional Director responsible for the U.S. Penitentiary, Terre Haute on March 10, 2020 providing "General Guidelines for Compounding and Testing Pentobarbital Sodium for Use in Executions."  *Id*., AR 1084-85.

In their Consolidated Amended Complaint, Plaintiffs raise new claims based in part on information they discovered during the depositions of DOJ OAG's 30(b)(6) representative and the second 30(b)(6) deposition of BOP's representative.  *See, e.g.*, Pls.' Consolidated Am. Compl. ¶ 85(e) (citing testimony from both depositions).   Defendants file herewith a third amended certified list of the contents of the Administrative Record and the additional documents added to the Administrative Record, bates numbered 1075-85.

Dated: June 8, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
Civil Chief, U.S. Attorney's Office


/s/   _Alan Burch_
ALAN BURCH (D.C. Bar 470655)
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
Washington, D.C. 20530
202-252-2550
alan.burch@usdoj.gov

JOSEPH H. HUNT
Assistant Attorney General

PAUL R. PERKINS
Special Counsel

JEAN LIN (NY Bar 4074530)
Special Litigation Counsel
JONATHAN KOSSAK (D.C. Bar 991478)
CRISTEN HANDLEY (MO Bar 69114)
Trial Attorneys
Civil Division
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-3716
Jean.lin@usdoj.gov
Jonathan.kossak@usdoj.gov
Cristen.handley@usdoj.gov

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.  Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs' counsel of record (as most recently identified in the signature pages of the Consolidated Amended Complaint, ECF No. 92):

Alan E. Schoenfeld (admitted *pro hac vice*)
Ryan M. Chabot (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8880
Alan.Schoenfeld@WilmerHale.com
Ryan.Chabot@WilmerHale.com

Andres C. Salinas (DC Bar No. 156118)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6289
Andres.Salinas@WilmerHale.com

*Counsel for Wesley I. Purkey*

Joshua C. Toll
D.C. Bar No. 463073 King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders (Bar No. 494471)
Jonathan S. Meltzer (Bar No. 888166546)
Brendan Gants (Bar No. 1031419)
MUNGER, TOLLES & OLSON LLP

1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
(202) 220-1100

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – alex_kursman@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Joseph Luby, Assistant Federal Defender
Federal Community Defender Office, E.D. Pa.
 601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Amy Lentz (DC Bar No. 990095)
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.1320

*Counsel for Plaintiff Orlando Hall*

Scott W. Braden
Assistant Federal Defender
Arkansas Federal Defender Office
Ark Bar Number 2007123
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying (DE #5550)
Andrew Moshos (DE #6685)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, Delaware 19801

(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Jon Jeffress
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
Telephone - 202-640-2850
Email - jjeffress@kaiserdillon.com

Timothy Kane, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – timothy_kane@fd.org
Email – shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

Donald P. Salzman (D.C. Bar No. 479775)
Charles F. Walker (D.C. Bar No. 427025)
Steven M. Albertson (D.C. Bar No. 496249)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

David S. Victorson
Hogan Lovells US LLP
Columbia Square
555 13th Street NW
Washington, DC  20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com

Pieter Van Tol (admitted *pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue

3

New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Kathryn L. Clune
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington D.C. 20004-2595
(202) 624-2705
kclune@crowell.com

Harry P. Cohen (pro hac vice application pending)
Michael K. Robles (pro hac vice application pending)
James Stronski (pro hac vice application pending)
Crowell & Moring LLP
590 Madison Avenue New York, NY 10022
(212) 223-4000
(212) 223-4134(fax)
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands (pro hac application to be filed)
Dale A. Baich (pro hac application to be filed)
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
602-382-2816
602-889-3960 (fax)
dale_baich@fd.org
jennifer_moreno@fd.org

Dale A. Baich
Federal Public Defender Office - District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
dale_ baich@fd.org
(602) 382-2700

*Counsel for Plaintiff Keith Nelson*

Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.

601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – timothy_kane@fd.org
Email – shawn_nolan@fd.org

*Counsel for Plaintiff Jeffrey Paul*

Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553

*Counsel for Plaintiff James H. Roane, Jr.*

Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
321 E. Second Street
Los Angeles, CA 90012
(213) 894-2854

*Counsel for Plaintiff Julius O. Robinson*

Gerald W. King, Jr. Ga. Bar No. 140981
Jeffrey Lyn Ertel Ga. Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

5

Frederick R. Gerson VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor Richmond,
Virginia 23219
(804) 482-1121
fgerson@dagglaw.com

*Counsel for Richard Tipton, III.*

Evan Miller (DC Bar # 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)
emiller@velaw.com

*Counsel for Bruce Webster*

6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

LEAD CASE: *Roane et al. v. Barr*

THIS DOCUMENT RELATES TO:

ALL CASES

No. 1:19-mc-00145-TSC

### CERTIFICATION OF THIRD AMENDED ADMINISTRATIVE RECORD

Pursuant to 28 U.S.C. § 1746, I, Jeffrey E.E. Toenges, declare and state as follows:

1. I am an Assistant General Counsel at the Federal Bureau of Prisons (BOP), Office of
   General Counsel, in Washington, D.C.  I have been employed with BOP since September
   2016, and have been employed as an attorney in the Federal Government for over 28
   years.

2. I am responsible for the compilation of the Administrative Record regarding the revised
   BOP Federal Execution Protocol.

3. I certify that the attached third amended index is a true and accurate list of materials that
   comprise the Administrative Record.

   I declare under penalty of perjury that the above information is true and correct to the
   best of my belief.

Executed on: 6/8/20          _Jeffrey E.E. Toenges_
                             Jeffrey E.E. Toenges

## THIRD AMENDED INDEX TO ADMINISTRATIVE RECORD

|  | Document Type | Brief Description | Bates Numbers |
|---|---|---|---|
| 1. | Administrative Record Summary | Summary of BOP single drug protocol | 0001 - 0006 |
| 2. | Georgia Lethal Injection Protocol | State lethal injection protocol | 0007 - 0019 |
| 3. | Idaho Lethal Injection Protocol | State lethal injection protocol | 0020 - 0069 |
| 4. | Missouri Lethal Injection Protocol | State lethal injection protocol | 0070 - 0071 |
| 5. | South Dakota Lethal Injection Protocol | State lethal injection protocol | 0072 - 0082 |
| 6. | Texas Lethal Injection Protocol | State lethal injection protocol | 0083 - 0091 |
| 7. | State-by-state lethal injection summary from the Death Penalty Information Center website, https://deathpenaltyinfo.org/lethal-injection | Summary of state lethal injection protocols | 0092 - 0105 |
| 8. | Internal talking points summarizing: The State of Florida lethal injection protocol evolution | Summary of Florida lethal injection protocol | 0106 |
| 9. | Summary of States that currently or previously used pentobarbital, and aggregated data. | Summary of state lethal injection protocols that use pentobarbital | 0107 |
| 10. | *Bucklew v. Precythe,* 139 S.Ct. 1112 (2019) | Case law | 0108 - 0136 |
| 11. | *Zagorski v. Parker,* 139 S.Ct. 11 (2018) | Case law | 0137 - 0139 |
| 12. | *Arthur v. Dunn,* 137 S.Ct. 725 (2017) | Case law | 0140 - 0147 |

## THIRD AMENDED INDEX TO ADMINISTRATIVE RECORD

| 13. | *Glossip v. Gross,* 135 S.Ct. 2726 (2015) | Case law | 0148 - 0200 |
|---|---|---|---|
| 14. | *Baze v. Rees,* 553 U.S. 35 (2008) | Case law | 0201 - 0241 |
| 15. | *Ladd v. Livingston,* 777 F.3d 286 (5th Cir. 2015) | Case law | 0242 - 0246 |
| 16. | *Zink v. Lombardi,* 783 F.3d 1089 (8th Cir. 2015) | Case law | 0247 - 0272 |
| 17. | *Jackson v. Danberg,* 656 F.3d 157 (3d Cir. 2011) | Case law | 0273 - 0281 |
| 18. | *De Young v. Owens,* 646 F.3d 1319 (1 1th Cir. 2011) | Case law | 0282 - 0290 |
| 19. | *Pavatt v. Jones,* 627 F.3d 1336 (10th Cir. 2010) | Case law | 0291 - 0296 |
| 20. | *Price v. Commissioner, Alabama Dep 't* (of *Corrections,* 920 F.3d 1317 (11th Cir.2019)) | Case law | 0297 - 0309 |
| 21. | *Arthur v. Commissioner, Alabama Dep 't of Corrections,* 840 F.3d 1268 (11th Cir. 2016) | Case law | 0310 - 0360 |
| 22. | *In Re: Ohio Execution Protocol,* 860 F.3d 881 (6th Cir. 2017) | Case law | 0361 - 0384 |
| 23. | *McGehee v. Hutchinson,* 854 F.3d 488 (8th Cir. 2017) | Case law | 0385 - 0400 |
| 24. | Rule 26(a)(2) Expert Report Declaration of Joseph F. Antoginini, M.D. (in the case of *Bucklew v. Lombardi,* 2016 WL 11258099 (W.D.Mo.)) | Medical Expert Report regarding use of pentobarbital in Missouri's lethal injection protocol | 0401 - 0406 |
| 25. | Expert Deposition of Joseph Antoginini, M.D. (2017 WL 9471457 (W.D. Mo.)) | Deposition of medical expert addressing Missouri's lethal injection protocol | 0407 - 0524 |
| 26. | Expert Report of Craig W. Lindsley, Ph.D., dated May 26, 2017 | Expert review of lethal injection protocol using pentobarbital | 0525 - 0526 |
| 27. | Transcript of Preliminary Injunction Hearing dated January | Transcript of medical expert testimony | 0527 - 0761 |

## THIRD AMENDED INDEX TO ADMINISTRATIVE RECORD

| | | | |
|---|---|---|---|
| | 5, 2017, in *In re: Ohio Execution Protocol Litigation, in the U.S. District Court for the Southern District of Ohio.* | | |
| 28. | Deborah W. Denno, *Lethal Injection Chaos Post-Baze,* 102 GEO. L.J. 1331, 1382 (2014) | Law review/journal addressing lethal injection | 0762 - 0808 |
| 29. | American Society of Anesthesiologists Statement Re: Hospira Market Exit on Production of Pentothal (sodium thiopental) (Jan. 21, 2011). | Remarks by the American Society of Anesthesiologists regarding the sole manufacturer of sodium thiopental ceasing production of the drug, dated January 21,2011. | 0809 |
| 30. | CNN article - *Death row inmate executed using pentobarbital in lethal injection,* December 16, 2010, http://www.cnn.com/201 O/CRIME/12116/oklahoma.execution | News media article | 0810 - 0812 |
| 31. | Death Penalty Information Center, *Botched Executions,* https :/I deathpenaltyinfo. org/ some-examples-post-furman-botchedexecutions? scid=8&amp;did=4 78 | Article discussing execution mishaps | 0813 - 0822 |
| 32. | Oklahoma Department of Public Safety Report: The Execution of Clayton D. Lockett | State of Oklahoma after action review of the execution of Clayton D. Lockett | 0823 - 0854 |
| 33. | November 27, 2017, memorandum from BOP Director to the department (addressing proposed one-drug protocol) and attachment. | BOP memorandum proposing one-drug protocol and draft Addendum to BOP Execution Protocol | 0855 - 0861 |
| 34. | March 7, 2018, memorandum from BOP Director to the department (addressing | BOP memorandum addressing use of fentanyl as part of a lethal injection protocol | 0862 - 0865 |

# THIRD AMENDED INDEX TO ADMINISTRATIVE RECORD

| | | | |
|---|---|---|---|
| | fentanyl). | | |
| 35. | Draft Addendum to BOP Execution Protocol (one drug pentobarbital). | Draft BOP lethal injection protocol using pentobarbital | 0866 - 0867 |
| 36. | Attorney General memorandum directing adoption of Addendum to the Federal Execution Protocol and July 24, 2019, memorandum from Acting Director to the department addressing anticipated adoption of one-drug protocol. | Attorney General memorandum adopting BOP recommendation on the Addendum to the Federal Execution Protocol and BOP memorandum summarizing lethal injection protocol using pentobarbital | 0868 - 0934 |
| 37. | Letter from various State Attorneys General dated January 25, 2011, to Attorney General Eric Holder. | Letter from various State Attorneys General to the U.S. Attorney General | 0935 - 0936 |
| 38. | Response letter from Attorney General Eric Holder dated March 4, 2011. | Attorney General letter responding to various State Attorneys General | 0937 |
| 39. | Op. Off. Legal Counsel, 2019 WL 2235666 (May 3, 2019). | OLC slip opinion addressing FDA jurisdiction | 0938-0963 |
| 40. | Draft lethal injection protocol using Propofol | Draft lethal injection protocol using propofol | 0964-0965 |
| 41. | Draft lethal injection protocol using Midazolam, Sufentanil citrate, and Potassium Chloride | Draft three-drug lethal injection protocol | 0966-0967 |
| 42. | Draft lethal injection protocol using Midazolam and Hydromorphone | Draft lethal injection protocol using midazolam and hydromorphone | 0968 - 0969 |
| 43. | Lab reports | Lab reports/test results and certificates of analysis of pentobarbital | 0970 - 1015 |
| 44. | BOP Execution Protocol | BOP Execution Protocol | 1016 - 1067 |

## THIRD AMENDED INDEX TO ADMINISTRATIVE RECORD

| 45 | BOP Acting Director's adoption of Addendum to the Federal Execution Protocol and the Addendum | BOP memorandum in which Acting Director of BOP adopts Addendum to the Federal Execution Protocol, dated July 25, 2019, with the Addendum as an attachment | 1068 - 1070 |
|---|---|---|---|
| 46 | Declaration of Raul Campos, Jr. (Jan. 13, 2020) | Supplementing record to provide:  (1) certain dates that had been redacted from the record, and (2) explanation of typographical error in page re amount of active pharmaceutical ingredient | 1071-1074 |
| 47 | Laboratory reports | Reports of independent laboratory tests performed on two batches of compounded pentobarbital for quality assurance | 1075-1078 |
| 48 | Laboratory's internal investigation report | Investigation report on initial out-of-specification test result of compounded pentobarbital | 1079-1083 |
| 49 | BOP Guidelines | BOP's General Guidelines for Compounding and Testing Pentobarbital Sodium for Use in Executions | 1084-1085 |
| | | | |
| | | | |



# LABORATORY REPORT

**Account #:**

**Sample Name:** Pentobarbital Sodium Injection - 50 mL

**Lot #:** 11

**Storage Conditions:** Room Temperature

Date Received: 11/27/2019

**Submission #:**

## _Microbiology Tests:_

**Particulate Count Test**          Date Started: 12/2/2019          Date Completed: 12/4/2019
    *Test Method:*          USP<788> - Method 1 Light Obscuration Particulate Count Test
    *Small Volume Injection - 10um (Numerical):*          203.3333 Particles/Container
    *Small Volume Injection - 10um (Pass/Fail):*          Pass
    *Small Volume Injection - 25um (Numerical):*          3.3333 Particles/Container
    *Small Volume Injection - 25um (Pass/Fail):*          Pass

**ScanRDI Sterility Test**          Date Started: 12/2/2019          Date Completed: 12/3/2019
    *Result:*          Pass

**USP <85> Bacterial Endotoxin Test**          Date Started: 12/2/2019          Date Completed: 12/3/2019
    *Numerical Value (EU/mL):*          <1
    *Result:*          Pass

Respectfully submitted,



# **LABORATORY REPORT**

Account #:

Sample Name: Pentobarbital Sodium 50 mg/mL Injection
Solution

Lot #: 11

Storage Conditions: Room Temperature

Date Received: 12/4/2019

Submission #:

## *Chemistry Tests:*

**Potency (Pentobarbital Sodium : 50.00000 mg/mL)**

| | |
|---|---|
| *Measured Concentration:* | 48.8 mg/mL |
| *Potency:* | 97.6 % |
| *Method:* | HPLC |
| *Below Detection Limit:* | False |
| *Inconclusive:* | False |

Date Started: 12/4/2019    Date Completed: 12/5/2019

Respectfully submitted,



# **LABORATORY REPORT**



Account #: ▮
Sample Name: Pentobarbital Sodium - 50 mL SDV
Lot #: 12▮
Storage Conditions: Room Temperature

Date Received: 12/5/2019

Submission #: ▮

## *Chemistry Tests:*

**pH**
                                            Date Started: 12/5/2019          Date Completed: 12/6/2019
*pH:*                         10.08

**Potency (Pentobarbital Sodium : 50.00000 mg/mL)**          Date Started: 12/5/2019          Date Completed: 12/6/2019
*Measured Concentration:*     50.0 mg/mL
*Potency:*                    100 %
*Method:*                     HPLC
*Below Detection Limit:*      False
*Inconclusive:*               False

## *Microbiology Tests:*

**Particulate Count Test**                                  Date Started: 12/12/2019         Date Completed: 12/13/2019
*Test Method:*                USP<788> - Method 1 Light Obscuration Particulate Count Test
*Small  Volume Injection  - 10um (Numerical):*   2631.6667 Particles/Container
*Small  Volume Injection  - 10um (Pass/Fail):*   Pass
*Small Volume Injection - 25um (Numerical):*     85 Particles/Container
*Small Volume Injection - 25um (Pass/Fail):*     Pass

**ScanRDI Sterility Test**                                  Date Started: 12/6/2019          Date Completed: 12/6/2019
*Result:*                     Pass

**USP <85> Bacterial Endotoxin Test**                       Date Started: 12/6/2019          Date Completed: 12/6/2019
*Numerical Value (EU/mL):*    <1
*Result:*                     Pass

Respectfully submitted,

# CERTIFICATE OF ANALYSIS

| Customer: | | Storage: | Room Temperature |
|---|---|---|---|
| Received: | 11/27/2019 | Device/Amount: | vial(s) 2 x 25 ml |
| Compound: | Pentobarbital Sodium 50mg/mL Injectable | Sample Number: | |
| Lot Code: | 11 | DEA: | Yes |

## RESULTS

| Test | Active | Test Spec | Test Result | Test Date | Tech Review Date | Comment |
|---|---|---|---|---|---|---|
| Potency/Purity : HPLC [Retest 1][1] | Pentobarbital Sodium | 92.0 - 108.0 % | 96.8% (48.4 mg/mL) | 12/12/2019 | 12/12/2019 | |
| Potency/Purity : HPLC [Retest 2][1] | Pentobarbital Sodium | 92.0 - 108.0 % | 96.4% (48.2 mg/mL) | 12/12/2019 | 12/12/2019 | |
| Potency/Purity : HPLC [Retest 3][1] | Pentobarbital Sodium | 92.0 - 108.0 % | 97.0% (48.5 mg/mL) | 12/12/2019 | 12/12/2019 | · |
| Potency/Purity : HPLC [Retest 4][1] | Pentobarbital Sodium | 92.0 - 108.0 % | 96.7% (48.4 mg/mL) | 12/16/2019 | 12/17/2019 | |
| pH : USP <791> | | Report Results | 10.25 | 12/02/2019 | 12/03/2019 | |

## Compounded By:
**Date Compounded: 11/26/2019**

1. Method has been validated to meet USP<1225> criteria of accuracy, recovery, linearity, range, robustness, precision, ruggedness, and stability indicating for non-customer specific formulations.

**Limited Warranty**



Final QA By:



Date: 12/23/2019

██████████████████

**INVESTIGATION REPORT**   No.   ████████

## SECTION 1: Initiation Information

Initiated By: ██████████████   Date Initiated:   12/3/2019

## SECTION 2: Sample / Original Test Information

████████████████ 503B

| Test | Dur | Sched | Tested | QC | Specification | Result | Comment |
|------|-----|-------|--------|-----|--------------|--------|---------|
| Pentobarbital Sodium 50mg/mL Injectable | | | Injection | | 11████ | W-1-92 | |
| Potency/Purity: HPLC | | 12/2/2019 | 12/3/2019 | ✗ | 92.0 - 108.0 % | 90.1% (45.0 mg/mL) | Pentobarbital Sodium |
| . | | | | | | | |
| Potency/Purity: HPLC | | 12/4/2019 | 12/12/2019 | ✗ | 92.0 - 108.0 % | 90.5% (45.3 mg/mL) | Pentobarbital Sodium For investigation purposes only. Do not report on C of A |
| Original prep reinjection. Add to IR ████ . ██ 12/04/19 | | | | | | | |
| Potency/Purity: HPLC | | 12/4/2019 | 12/12/2019 | ✗ | 92.0 - 108.0 % | 90.6% (45.3 mg/mL) | Pentobarbital Sodium For investigation purposes only. Do not report on C of A |
| Original stock redilution. 1 ml stock vp --> 20 ml vf. QS with DIL028. Add to IR ████ . 12/04/19 | | | | | | | |
| Potency/Purity: HPLC | | 12/4/2019 | 12/12/2019 | ✓ | 92.0 - 108.0 % | 93.0% (46.5 mg/mL) | Pentobarbital Sodium For investigation purposes only. Do not report on C of A |
| Original vial reinjection. Add to IR ████ . 12/04/19 | | | | | | | |
| Potency/Purity: HPLC | | 12/4/2019 | 12/12/2019 | ✓ | 92.0 - 108.0 % | 96.8% (48.4 mg/mL) | Pentobarbital Sodium |
| Retest 1. 0.1 ml spl ep --> 25 ml VF. QS with DIL028. 1 ml stock vp --> 20 ml vf. QS with DIL028. Add to IR ████ . 12/04/19 | | | | | | | |
| Potency/Purity: HPLC | | 12/4/2019 | 12/12/2019 | ✓ | 92.0 - 108.0 % | 96.4% (48.2 mg/mL) | Pentobarbital Sodium |
| Retest 2. 0.1 ml spl ep --> 25 ml VF. QS with DIL028. 1 ml stock vp --> 20 ml vf. QS with DIL028. Add to IR ████ . 12/04/19 | | | | | | | |
| Potency/Purity: HPLC | | 12/4/2019 | 12/12/2019 | ✓ | 92.0 - 108.0 % | 97.0% (48.5 mg/mL) | Pentobarbital Sodium |
| Retest 3. 0.1 ml spl ep --> 25 ml VF. QS with DIL028. 1 ml stock vp --> 20 ml vf. QS with DIL028. Add to IR ████ . 12/04/19 | | | | | | | |
| Potency/Purity: HPLC | | 12/12/2019 | 12/16/2019 | ✓ | 92.0 - 108.0 % | 96.7% (48.4 mg/mL) | Pentobarbital Sodium |
| Retest 4. 0.1 mL spl e.p. ------> 25mL v.f. QS DIL028. 1 ml stock v.p.------> 20 mL V.F. QS DIL 028. Add to IR ████ . 12/12/19 | | | | | | | |

## SECTION 3: Questions

Section 3A:  Laboratory Investigation (Completed by Lead or ████ )

| | | |
|---|---|---|
| 1 | Record date of discovery | Yes |
| | 12/03/19 ████ 12/03/19 | |
| 2 | Verify and document the correct method | Yes |
| | ████████ 12/03/19 | |
| 3 | Verify the correct sample preparation procedure was followed. If not, explain the deviation from correct sample prep. | Yes |
| 4 | Verify that the result calculation is correct. If not, explain the error. | Yes |
| 5 | Document any notes regarding sample appearance prior to testing | Not Applicable |
| 6 | Verify sample prep was homogeneous, in solution, and stored properly. If not, explain the error. | Yes |
| 7 | Document any notes regarding sample prep appearance after or during prep. | Not Applicable |
| 8 | Document any robustness parameters used and record their purpose | Not Applicable |
| 9 | Is invalid data included with the investigation? If yes, record reasonings for invalid data packet(s). | Not Applicable |
| 10 | Verify all chromatograms (samples and standards) are properly integrated.  Explain any abnormalities. | Yes |
| 11 | List the ████ number and next calibration dates for any instruments used, including invalid data packets. | Yes |
| | ████████ Cal:07/2020 ████ 12/03/19 | |
| 12 | List the ████ number and next calibration date of any additional equipment used. | Yes |
| | Pipet ████ Cal: 02/2020 ████ 12/03/19 | |
| 13 | Record any discovered abnormalities regarding the instrument or equipment used | Not Applicable |
| 14 | Note total of OOS samples and number of samples in the run | Yes |
| | 1 sample in run; 1 OOS ████ 12/03/19 | |
| 15 | Were standards prepared per SOP/CoA/USP?  Were adjusted weights entered correctly? Dilutions correct? | Yes |
| 16 | Were the standard preps stored properly? | Yes |

# INVESTIGATION REPORT                              No. ▮▮▮

| 17 | Was a standard comparison performed? | Yes |

Standard comparison performed using standard concentration and area of previously approved standard. No observed issues. ▮ 12/03/19

| 18 | Were any reagents, solutions or standards expired? | No |
| 19 | Are there any environmental factors, such as temperature, that occurred during the testing process that may have affected the test? | No |
| 20 | Who is the analyst involved with the investigation? | Yes |

▮▮▮ 12/03/19

| 21 | Record  batch date and date handed off to OOS group. | Yes |

Batched: 12/03/19
Handed to OOS: 12/03/19
▮ 12/03/19

| 22 | Additional findings or comments. | Not Applicable |

Section 3B:  Laboratory Investigation Review (Completed by OOS ▮▮▮)

| 1 | Who are the technical reviewers involved with the investigation? | Yes |

▮▮▮ 12/04/19

| 2 | For high OOS results, has potential co-elution been evaluated by PDA analysis? | Not Applicable |
| 3 | Does review of the chromatography indicate degradation/anomolies/poor peak shape? | No |
| 4 | Do the requested salt form, tested and reported salt form agree? | Yes |
| 5 | Does the specification range match the USP monograph and/or customer notes? | Yes |
| 6 | For multi-active samples, do other active results support the failure?  If yes, document which active(s) and the result(s). | Not Applicable |
| 7 | For time studies, does historical data the support the failure? | Not Applicable |
| 8 | Is this a diversion monitoring sample? | No |
| 9 | Is this an adverse event sample? | No |
| 10 | Is this a training or process check sample? | No |
| 11 | Is this a mixing study?  If yes, include results for each sample location. | No |
| 12 | If a bag volume was performed, is the result 15% more or 15% less than the specified volume? | Not Applicable |
| 13 | Are other lots effected by root cause of this OOS investigation?  If yes, provide lot numbers or OOS numbers. | Not Applicable |
| 14 | Has an internal error been identified? | No |
| 15 | Does the investigation support a retest/reprep? | No |
| 16 | If retesting, add retest instruction. | Not Applicable |
| 17 | Record ▮ and next calibration date for all equipment used in retesting. | Not Applicable |
| 18 | Additional findings or comments. | No |

Section 3C:  Investigation Summary (Completed by the OOS ▮▮▮)

| 1 | Review customer history. If sufficient data, add review to investigation. | Yes |

Customer email sent. ▮ 12/04/19

| 2 | Was customer formula reviewed for investigation? | Yes |

▮ 12/04/19

| 3 | Were any errors identified in the formula that would explain the OOS result? | No |
| 4 | Is there a known issue with the storage conditions/container-closure system of the sample? | No |
| 5 | Does the customer have a OOS testing protocol? | No |
| 6 | Has the customer been informed of the results?  If grossly OOS (<50% or >150% of target) verbal notification is required by an investiation analyst. | Yes |

Customer email sent. ▮ 12/04/19

| 7 | Has the customer failed to respond within 5 business days?  If yes, NA remainder of 3C and close in investigation. | No |
| 8 | Does the customer accept the results? | No |
| 9 | Does the customer dispute the results? | No |
| 10 | Does the customer request a retest/reprep? | Yes |

Customer requested retesting. ▮ 12/18/19

| 11 | If customer requested retest, record retesting plan. | Yes |

triplicate retesting alongside a reinjection of the original HPLC vial, original sample preparation, and a redilution of the original stock solution. ▮ 12/18/19

| 12 | Record all equipment ▮ and calibration dates used during customer requested retesting. | Yes |

▮▮▮, cal due 08/2020. ▮▮▮, cal due 02/2020. ▮▮▮, cal du e02/2020. ▮ 12/18/19

| 13 | Record any additional DOE or hypothesis studies performed. | Yes |

4th confirmation test performed to confirm the triplicate retest results. ▮ 12/18/19



# INVESTIGATION REPORT                    No. 

| SECTION 4: Customer Communication | | | | |
|---|---|---|---|---|
| No. | Status | Action | Assigned To | Action Due Date |
| ▮ | Closed | | ▮ | 12/17/2019 |

Dear ▮ 503B,

This email is to notify you that Pentobarbital Sodium 50mg/mL Injectable Lot: 11▮ has been tested and (Pentobarbital Sodium) resulted out of the established specification (OOS). The results are 90.1% of target (45.1 mg/mL) compared to the specification of 92.0 - 108.0 %.

Per our internal procedures, an investigation was opened and the laboratory and technical reviews have been completed. During this review we have evaluated all chromatographic conditions including the integration and method parameters, sample preparation calculations, sample preparation glassware, standard preparation and formula where applicable. At this time, we have not identified an internal error.

To take the next step in the investigation, please contact us to learn more about this result or for assistance with potentially identifying a root cause Please notify us within 5 business days. You can reach all of our investigation analysts by replying to this email or sending an email to the following address: ▮ . If a response is not received, we will post the result and complete the investigation.

If additional testing is requested and the results confirm the original OOS, each test will be charged at the standard billing rate. If the investigation indicates that a laboratory error is the root cause of the OOS, no additional charges will be billed beyond a single retest.

For more information regarding our OOS Investigation process, please follow the following link: ▮

Thank you,

| ▮ | Closed | | ▮ | 12/17/2019 |

Hello,

Retesting for Pentobarbital Sodium 50mg/mL Injectable - 11▮ has been completed. The summary of the results are below.

Original result: 90.1%
Reinjection of the original HPLC vial (for investigational purposes only) : 93.0% (46.5 mg/mL)
Reinjection of the original sample prep (for investigational purposes only) : 90.5% (45.3 mg/mL)
Redilution of the original stock solution (for investigational purposes only) : 90.6% (45.3 mg/mL)
Retest 1 (same container): 96.8% (48.4 mg/mL)
Retest 2 (same container): 96.4% (48.2 mg/mL)
Retest 3 (same container): 97.0% (48.5 mg/mL)

We believe the triplicate retesting results do not confirm the original result.  A 4th retest will be added to confirm the retest results. You can expect results within 3 business days. Please let me know if you have any questions.

Thank you,

| ▮ | Closed | | ▮ | 12/20/2019 |

Hello,

Retesting for Pentobarbital Sodium 50mg/mL Injectable - 11▮ has been completed. The summary of the results are below.

Original result: 90.1%
Reinjection of the original HPLC vial (for investigational purposes only) : 93.0% (46.5 mg/mL)
Reinjection of the original sample prep (for investigational purposes only) : 90.5% (45.3 mg/mL)
Redilution of the original stock solution (for investigational purposes only) : 90.6% (45.3 mg/mL)
Retest 1 (same container): 96.8% (48.4 mg/mL)
Retest 2 (same container): 96.4% (48.2 mg/mL)
Retest 3 (same container): 97.0% (48.5 mg/mL)

We believe the triplicate retesting results do not confirm the original result.  A 4th retest will be added to confirm the retest results. You can expect results within 3 business days. Please let me know if you have any questions.

Thank you,



**INVESTIGATION REPORT** No. 

| SECTION 5: Conclusion | | |
|---|---|---|
| By | On | Comment |
| ▉▉▉▉ | 12/18/2019 | The root cause for OOS# ▉▉▉ was determined to be internally attributable due to a sample prep error. The sample initially resulted at 115.8%. The customer requested retesting. The sample was retested in triplicate alongside a re-injection of the original HPLC vial, a re-vial of the original sample preparation, and a redilution of the original stock solution. The original HPLC vial, a re-vial of the original sample preparation and the redilution of the original stock solution were included for investigation purposes only. The re-injection of the original HPLC vial resulted at 93.0%, the re-vial of the original sample prep resulted at 90.5%, and the redilution of the original stock solution resulted at 90.6%. The retest results were 96.8%, 96.4%, 97.0%. Per ▉▉▉▉ procedure, the retesting results confirm the original result if all results have a %RSD of less than or equal to 3.0% and the variability between all retest results and the original results is less than or equal to 5.0%. The %RSD for the original test and triplicate retests was found to be 3.5% with all retest results having a variability greater than 5.0%. Because the retest results did not confirm the original result, the sample was retested one time to confirm the retest results. The confirmatory retest resulted at 96.7%. The confirmation retest results confirm the triplicate retest results. Grubb's Outlier Test was used in conjunction with the triplicate retest and confirmatory retest to determine if the original result was deemed to be an outlier. The initial result was determined to be an outlier by the Grubb's Outlier Test. The standard could not be investigated as the root cause due to the standard having a one day stability and being discarded. This sample was the only sample of this active tested during the run. Because all of the reinjections confirmed the original result, it was determined that the there is two possible root causes. One possible root cause is that the analyst slightly over QS'd the volumetric flask of the stock solution. A second possible root cause is that the analyst had poor pipette techniques and the analyst had added less volume to the stock solution before filling. The analyst was interviewed and did not state any abnormalities that occured during testing. The analyst was informed of proper pipetting and QS techniques. The sample prep error will be tracked and trended for Continuous Improvement using Occurrence ▉▉▉▉. The initial result will not be reported and all retest results will be reported. Submitted to Quality for review and approval. ▉▉▉▉ 12/18/19 |

| SECTION 6: Summary | | | |
|---|---|---|---|
| Group | Cause | Source Type | Source |
| Type | No. | Status | Assigned To | Action |
| Internal Error Identified | Sample Prep, Storage or Handling Issue/Error | Employee | ▉▉▉ | |

| SECTION 7: Supporting Documentation (see listed documents attached) | | | |
|---|---|---|---|
| By | On | File | Description |
| ▉▉▉ | 12/18/2019 11:59:20 AM | ▉▉▉▉▉ | |



INVESTIGATION REPORT          No.

SECTION 8: Final Technical and Quality Assurance Reviews

Test Level Technical Review(s) By:                    On:

12/12/2019
12/17/2019
12/4/2019

Final Quality Assurance IR Review

Investigation Electronically Signed By:



12/23/2019



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Director*                    *Kansas City, KS 66101*

March 10, 2020

MEMORANDUM FOR   Ken Hyle
                 General Counsel

FROM:            J. E. Krueger
                 Regional Director

SUBJECT:         General Guidelines for Compounding and Testing Pentobarbital
                 Sodium for Use in Executions

Department of Justice regulations authorize the Director of the Federal Bureau of
Prisons (BOP) to select the date and time and the lethal substance for federal
executions.  28 C.F.R. § 26.3(a)(1), (a)(4).  BOP currently has the ability to acquire the
active pharmaceutical ingredient (API) for pentobarbital sodium from a domestic bulk
manufacturer.  BOP also currently works with a pharmacy (the Pharmacy) to store the
API until BOP requests the Pharmacy to compound it into an injectable solution
appropriate for use in executions.  The Pharmacy is registered as a Human Drug
Compounding Outsourcing Facility under Section 503B of the Food, Drug, and
Cosmetics Act (FDCA), 21 U.S.C.A. § 353b.[1]  Such facilities ordinarily must comply with
Current Good Manufacturing Practice (CGMP) requirements, are inspected by the Food
and Drug Administration (FDA), and must meet certain other conditions, such as
reporting adverse events.[2]  The FDA's CGMP regulations require the Pharmacy to
subject samples from each batch of compounded injectable solution it produces to
quality assurance testing by an independent laboratory to ensure that the batch meets
appropriate specifications and statistical quality control criteria before it is released.  To
date, the Pharmacy has worked with two independent laboratories to conduct such
quality assurance testing, which determines whether samples from the same batch of

---

1 In the event BOP no longer works with a 503B facility, or works with a different 503B facility, to compound the API into an injectable
solution, BOP may revise these guidelines as appropriate.

2 It is the Government's position that the FDCA is inapplicable to lethal injection drugs and that the FDA has no jurisdiction over such
drugs.  Nevertheless, BOP understands that as a 503B registered pharmacy, the Pharmacy intends to comply with all CGMP
requirements, including quality assurance testing, for the pentobarbital injectable solution its compounds for BOP.  In addition, BOP
believes it prudent to ensure that the injectable pentobarbital solution produced by the Pharmacy passes quality assurance testing
before it is used in executions.

injectable solution have returned values within the applicable ranges for pH, potency/purity, particulate count, sterility, and bacterial endotoxin. Although expedition is sometimes possible, BOP understands that in the ordinary course, it takes approximately two to three weeks from the time the Pharmacy receives BOP's order to compound, test, and ship the injectable solution to BOP.

To ensure that quality assurance testing is completed and the results are verified by BOP prior to a scheduled execution, BOP will follow the below guidelines, subject to unforeseen circumstances and to the discretion of the BOP Director:

1. BOP will use a given batch of injectable solution compounded by the Pharmacy if it is already available for use. Injectable solution is "available for use" if (1) its expiration date has not passed; (2) it has passed quality assurance testing conducted by at least one independent laboratory; and (3) BOP has received a copy of the written laboratory report confirming the same.

2. All portions of the quality assurance testing generally should be completed by the same independent laboratory. If any portion of the quality assurance testing returns a value outside of the applicable range, a different independent laboratory may perform the same test (e.g., pH, potency/purity, particulate count, sterility, or bacterial endotoxin) on samples from the same batch. If the second independent laboratory's testing returns a result within the applicable range, samples of the same batch will be re-tested by the first laboratory. If the subsequent retesting by the first laboratory yields a result within the applicable range and both the initial laboratory and the Pharmacy are satisfied that the initial failure is a false result, BOP may use the batch in an execution.

3. If no injectable solution is available for use, BOP will determine whether API needs be produced by the bulk manufacturer, and if it does, BOP will order a sufficient quantity. Such request shall be made as soon as practicable, ordinarily within eighty (80) days prior to the scheduled execution.

4. If the Pharmacy has a sufficient quantity of API, BOP will request that the Pharmacy compound the API into injectable solution. Any such request should occur sixty (60) days prior to the scheduled execution, or as close to sixty (60) days as practicable. If multiple executions are scheduled relatively close in time, efforts may be made, to the extent practicable, to compound the API in a volume large enough for those executions.

5. Once the Pharmacy compounds the API into injectable pentobarbital solution, BOP will ask the Pharmacy to ensure that it is available for use at least thirty (30) days prior to the scheduled execution, or as close to thirty (30) days as practicable.