IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

LEAD CASE: *Roane et al. v. Barr*

THIS DOCUMENT RELATES TO:

ALL CASES

No. 1:19-mc-00145-TSC

## CERTIFICATION OF THIRD AMENDED ADMINISTRATIVE RECORD

Pursuant to 28 U.S.C. § 1746, I, Jeffrey E.E. Toenges, declare and state as follows:

1. I am an Assistant General Counsel at the Federal Bureau of Prisons (BOP), Office of General Counsel, in Washington, D.C. I have been employed with BOP since September 2016, and have been employed as an attorney in the Federal Government for over 28 years.

2. I am responsible for the compilation of the Administrative Record regarding the revised BOP Federal Execution Protocol.

3. I certify that the attached third amended index is a true and accurate list of materials that comprise the Administrative Record.

I declare under penalty of perjury that the above information is true and correct to the best of my belief.

Executed on: 6/8/20

Jeffrey E.E. Toenges

# THIRD AMENDED INDEX TO ADMINISTRATIVE RECORD

|     | Document Type | Brief Description | Bates Numbers |
| --- | --- | --- | --- |
| 1.  | Administrative Record Summary | Summary of BOP single drug protocol | 0001 - 0006 |
| 2.  | Georgia Lethal Injection Protocol | State lethal injection protocol | 0007 - 0019 |
| 3.  | Idaho Lethal Injection Protocol | State lethal injection protocol | 0020 - 0069 |
| 4.  | Missouri Lethal Injection Protocol | State lethal injection protocol | 0070 - 0071 |
| 5.  | South Dakota Lethal Injection Protocol | State lethal injection protocol | 0072 - 0082 |
| 6.  | Texas Lethal Injection Protocol | State lethal injection protocol | 0083 - 0091 |
| 7.  | State-by-state lethal injection summary from the Death Penalty Information Center website, https://deathpenaltyinfo.org/lethal-injection | Summary of state lethal injection protocols | 0092 - 0105 |
| 8.  | Internal talking points summarizing: The State of Florida lethal injection protocol evolution | Summary of Florida lethal injection protocol | 0106 |
| 9.  | Summary of States that currently or previously used pentobarbital, and aggregated data. | Summary of state lethal injection protocols that use pentobarbital | 0107 |
| 10. | *Bucklew v. Precythe,* 139 S.Ct. 1112 (2019) | Case law | 0108 - 0136 |
| 11. | *Zagorski v. Parker,* 139 S.Ct. 11 (2018) | Case law | 0137 - 0139 |
| 12. | *Arthur v. Dunn,* 137 S.Ct. 725 (2017) | Case law | 0140 - 0147 |

## THIRD AMENDED INDEX TO ADMINISTRATIVE RECORD

| | | | |
|---|---|---|---|
| 13. | *Glossip v. Gross,* 135 S.Ct. 2726 (2015) | Case law | 0148 - 0200 |
| 14. | *Baze v. Rees,* 553 U.S. 35 (2008) | Case law | 0201 - 0241 |
| 15. | *Ladd v. Livingston,* 777 F.3d 286 (5th Cir. 2015) | Case law | 0242 - 0246 |
| 16. | *Zink v. Lombardi,* 783 F.3d 1089 (8th Cir. 2015) | Case law | 0247 - 0272 |
| 17. | *Jackson v. Danberg,* 656 F.3d 157 (3d Cir. 2011) | Case law | 0273 - 0281 |
| 18. | *De Young v. Owens,* 646 F.3d 1319 (11th Cir. 2011) | Case law | 0282 - 0290 |
| 19. | *Pavatt v. Jones,* 627 F.3d 1336 (10th Cir. 2010) | Case law | 0291 - 0296 |
| 20. | *Price v. Commissioner, Alabama Dep 't (of Corrections,* 920 F.3d 1317 (11th Cir.2019) | Case law | 0297 - 0309 |
| 21. | *Arthur v. Commissioner, Alabama Dep 't of Corrections,* 840 F.3d 1268 (11th Cir. 2016) | Case law | 0310 - 0360 |
| 22. | *In Re: Ohio Execution Protocol,* 860 F.3d 881 (6th Cir. 2017) | Case law | 0361 - 0384 |
| 23. | *McGehee v. Hutchinson,* 854 F.3d 488 (8th Cir. 2017) | Case law | 0385 - 0400 |
| 24. | Rule 26(a)(2) Expert Report Declaration of Joseph F. Antoginini, M.D. (in the case of *Bucklew v. Lombardi,* 2016 WL 11258099 (W.D.Mo.)) | Medical Expert Report regarding use of pentobarbital in Missouri's lethal injection protocol | 0401 - 0406 |
| 25. | Expert Deposition of Joseph Antoginini, M.D. (2017 WL 9471457 (W.D. Mo.)) | Deposition of medical expert addressing Missouri's lethal injection protocol | 0407 - 0524 |
| 26. | Expert Report of Craig W. Lindsley, Ph.D., dated May 26, 2017 | Expert review of lethal injection protocol using pentobarbital | 0525 - 0526 |
| 27. | Transcript of Preliminary Injunction Hearing dated January | Transcript of medical expert testimony | 0527 - 0761 |

## THIRD AMENDED INDEX TO ADMINISTRATIVE RECORD

|  |  |  |  |
|---|---|---|---|
|  | 5, 2017, in *In re: Ohio Execution Protocol Litigation*, in the U.S. District Court for the Southern District of Ohio. |  |  |
| 28. | Deborah W. Denno, *Lethal Injection Chaos Post-Baze*, 102 GEO. L.J. 1331, 1382 (2014) | Law review/journal addressing lethal injection | 0762 - 0808 |
| 29. | American Society of Anesthesiologists Statement Re: Hospira Market Exit on Production of Pentothal (sodium thiopental) (Jan. 21, 2011). | Remarks by the American Society of Anesthesiologists regarding the sole manufacturer of sodium thiopental ceasing production of the drug, dated January 21, 2011. | 0809 |
| 30. | CNN article - *Death row inmate executed using pentobarbital in lethal injection,* December 16, 2010, http://www.cnn.com/201 O/CRIME/12116/oklahoma.execution | News media article | 0810 - 0812 |
| 31. | Death Penalty Information Center, *Botched Executions,* https :/I deathpenaltyinfo. org/ some-examples-post-furman-botchedexecutions?scid=8&amp;did=4 78 | Article discussing execution mishaps | 0813 - 0822 |
| 32. | Oklahoma Department of Public Safety Report: The Execution of Clayton D. Lockett | State of Oklahoma after action review of the execution of Clayton D. Lockett | 0823 - 0854 |
| 33. | November 27, 2017, memorandum from BOP Director to the department (addressing proposed one-drug protocol) and attachment. | BOP memorandum proposing one-drug protocol and draft Addendum to BOP Execution Protocol | 0855 - 0861 |
| 34. | March 7, 2018, memorandum from BOP Director to the department (addressing | BOP memorandum addressing use of fentanyl as part of a lethal injection protocol | 0862 - 0865 |

# THIRD AMENDED INDEX TO ADMINISTRATIVE RECORD

|  |  |  |  |
|---|---|---|---|
|  | fentanyl). |  |  |
| 35. | Draft Addendum to BOP Execution Protocol (one drug pentobarbital). | Draft BOP lethal injection protocol using pentobarbital | 0866 - 0867 |
| 36. | Attorney General memorandum directing adoption of Addendum to the Federal Execution Protocol and July 24, 2019, memorandum from Acting Director to the department addressing anticipated adoption of one-drug protocol. | Attorney General memorandum adopting BOP recommendation on the Addendum to the Federal Execution Protocol and BOP memorandum summarizing lethal injection protocol using pentobarbital | 0868 - 0934 |
| 37. | Letter from various State Attorneys General dated January 25, 2011, to Attorney General Eric Holder. | Letter from various State Attorneys General to the U.S. Attorney General | 0935 - 0936 |
| 38. | Response letter from Attorney General Eric Holder dated March 4, 2011. | Attorney General letter responding to various State Attorneys General | 0937 |
| 39. | Op. Off. Legal Counsel, 2019 WL 2235666 (May 3, 2019). | OLC slip opinion addressing FDA jurisdiction | 0938-0963 |
| 40. | Draft lethal injection protocol using Propofol | Draft lethal injection protocol using propofol | 0964-0965 |
| 41. | Draft lethal injection protocol using Midazolam, Sufentanil citrate, and Potassium Chloride | Draft three-drug lethal injection protocol | 0966-0967 |
| 42. | Draft lethal injection protocol using Midazolam and Hydromorphone | Draft lethal injection protocol using midazolam and hydromorphone | 0968 - 0969 |
| 43. | Lab reports | Lab reports/test results and certificates of analysis of pentobarbital | 0970 - 1015 |
| 44. | BOP Execution Protocol | BOP Execution Protocol | 1016 - 1067 |

# THIRD AMENDED INDEX TO ADMINISTRATIVE RECORD

| | | | |
|---|---|---|---|
| 45 | BOP Acting Director's adoption of Addendum to the Federal Execution Protocol and the Addendum | BOP memorandum in which Acting Director of BOP adopts Addendum to the Federal Execution Protocol, dated July 25, 2019, with the Addendum as an attachment | 1068 - 1070 |
| 46 | Declaration of Raul Campos, Jr. (Jan. 13, 2020) | Supplementing record to provide: (1) certain dates that had been redacted from the record, and (2) explanation of typographical error in page re amount of active pharmaceutical ingredient | 1071-1074 |
| 47 | Laboratory reports | Reports of independent laboratory tests performed on two batches of compounded pentobarbital for quality assurance | 1075-1078 |
| 48 | Laboratory's internal investigation report | Investigation report on initial out-of-specification test result of compounded pentobarbital | 1079-1083 |
| 49 | BOP Guidelines | BOP's General Guidelines for Compounding and Testing Pentobarbital Sodium for Use in Executions | 1084-1085 |