# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 19-5322**  September Term, 2019

1:19-mc-00145-TSC

Filed On: June 12, 2020 [1847088]

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

    Appellees

    v.

William P. Barr, Attorney General, et al.,

    Appellants

## M A N D A T E

In accordance with the judgment of April 7, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed April 7, 2020

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 19-5322                                September Term, 2019
                                           FILED ON: APRIL 7, 2020

IN RE: FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES,

JAMES H. ROANE, JR., ET AL.,
        APPELLEES

v.

WILLIAM P. BARR, ATTORNEY GENERAL, ET AL.,
        APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-mc-00145)

Before: TATEL, KATSAS, and RAO, *Circuit Judges*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the preliminary injunction of the District Court appealed from in this cause be vacated and the case be remanded to the District Court for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/

        Daniel J. Reidy
        Deputy Clerk

Date: April 7, 2020

Opinion Per Curiam
Concurring opinion filed by Circuit Judge Katsas.
Concurring opinion filed by Circuit Judge Rao.
Dissenting opinion filed by Circuit Judge Tatel.