IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee v. Barr*, No. 19-cv-2559 | Case No. 19-mc-0145 (TSC) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DANIELLE DESAULNIERS STEMPEL**

Pursuant to Local Civil Rule 83.2(d), David S. Victorson, a member of the bar of this Court and counsel for Plaintiff, hereby moves for the admission *pro hac vice* of Danielle Desaulniers Stempel in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Danielle Desaulniers Stempel is an attorney with Hogan Lovells US LLP and maintains her primary office at 555 13th Street NW, Washington, DC 20004.

3. As set forth in the attached declaration, Danielle Desaulniers Stempel is an active member in good standing of the state bar of Maryland (bar number 1712140204) and she is also admitted to the following:

| | |
|---|---|
| U.S. District Court for the District of Maryland | 2018 |
| United States Court of Appeals for the Fourth Circuit | 2018 |
| United States Court of Appeals for the D.C. Circuit | 2019 |
| United States Court of Appeals for the Ninth Circuit | 2019 |
| United States Court of Appeals for the Tenth Circuit | 2019 |

U.S. Court of Federal Claims 2020

4. Danielle Desaulniers Stempel has not been disciplined by any bar.

5. Danielle Desaulniers Stempel has not been admitted *pro hac vice* in this Court within the last two years.

6. Danielle Desaulniers Stempel's primary office is located in the District of Columbia, and her practice of law is supervised by principals admitted in D.C. Danielle Desaulniers Stempel has applied for admission to the District of Columbia Bar; her application is currently pending.

7. Danielle Desaulniers Stempel does not wish to be admitted generally, but for the purpose of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Danielle Desaulniers Stempel to appear *pro hac vice* in the above-captioned case.

DATED: June 18, 2020

Respectfully submitted,

HOGAN LOVELLS US LLP

/s/ *David S. Victorson*
David S. Victorson (Bar No. 1027025)
Hogan Lovells US LLP
555 13th Street NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee v. Barr*, No. 19-cv-2559 | Case No. 19-mc-0145 (TSC) |

**DECLARATION OF DANIELLE DESAULNIERS STEMPEL**

Pursuant to 28 U.S.C. § 1746, Danielle Desaulniers Stempel declares as follows:

1. I am an attorney with Hogan Lovells US LLP and maintain my primary office at 555 13th Street NW, Washington, DC 20004. My office telephone number is (202) 804-7798.

2. I am an active member in good standing of the state bar of Maryland (bar number 1712140204) and I am also admitted to the following:

| | |
|---|---|
| U.S. District Court for the District of Maryland | 2018 |
| United States Court of Appeals for the Fourth Circuit | 2018 |
| United States Court of Appeals for the D.C. Circuit | 2019 |
| United States Court of Appeals for the Ninth Circuit | 2019 |
| United States Court of Appeals for the Tenth Circuit | 2019 |
| U.S. Court of Federal Claims | 2020 |

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. My primary office is located in the District of Columbia, and my practice of law is supervised by principals admitted in D.C. I have applied for admission to the District of Columbia Bar; my application is currently pending.

1

2

6.       I am familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C., on June 18, 2020.

/s/ *Danielle Desaulniers Stempel*
Danielle Desaulniers Stempel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

LEAD CASE: *Roane et al. v. Barr*

THIS DOCUMENT RELATES TO:

*Lee v. Barr*, No. 19-cv-2559

Case No. 19-mc-0145 (TSC)

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Danielle Desaulniers Stempel, it is hereby ORDERED that the Motion is GRANTED. Danielle Desaulniers Stempel is admitted *pro hac vice* and may appear on behalf of Plaintiff in the above-captioned case.

Dated: _____

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2020, this motion and the accompanying declaration were filed electronically using the Court's CM/ECF system. Notice of this electronic filing will be sent by e-mail to all parties that are registered users. Parties may access this filing through the Court's CM/ECF system.

DATED: June 18, 2020

/s/ *David S. Victorson*
David S. Victorson (Bar No. 1027025)
Hogan Lovells US LLP
555 13th Street NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*