IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee v. Barr, et al.*, 19-cv-2559<br><br>*Purkey v. Barr, et al.*, 19-cv-3214<br><br>*Nelson v. Barr, et al.*, 20-cv-557 | Case No. 19-mc-0145 (TSC) |

**DECLARATION OF ALAN E. SCHOENFELD IN SUPPORT OF
<u>PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION</u>**

I, Alan Schoenfeld, hereby declare and state as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Plaintiff Wesley Ira Purkey in this matter. I am admitted to practice before this Court *pro hac vice*.

2. I submit this declaration in support of Plaintiffs' Motion For A Preliminary Injunction. This declaration attaches certain documents that are cited in Plaintiffs' Memorandum Of Points And Authorities In Support Of Plaintiffs' Motion For A Preliminary Injunction.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript of the deposition of the Bureau of Prisons ("BOP"), by and through its designee, Rick M. Winter, on November 15, 2019. Material designated as confidential appears on certain pages of this deposition transcript, but Plaintiffs do not rely on that material in support of their motion. The confidential material has therefore been redacted from the exhibits.

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of the Office of the Attorney General and the Department of Justice, by and through its designee, Brad Weinsheimer, on January 29, 2020.

5.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript of the deposition of BOP, by and through its designee, Rick M. Winter, on May 12, 2020.

6.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript of the deposition of the Drug Enforcement Administration ("DEA"), by and through its designee, Loren Thomas Miller, on February 14, 2020 (the "DEA Deposition").

7.      Attached hereto as Exhibit 5 is a true and correct copy of the document marked as Exhibit 20 to the DEA Deposition, which is described during the deposition to be a Freedom of Information Act response from the DEA to attorney Jerry Soucie, dated November 3, 2011.

8.      Attached hereto as Exhibit 6 is a true and correct copy of the document marked as Exhibit 19 to the DEA Deposition, which is described during the deposition to be e-mail correspondence dated January 26-27, 2009 from within the State of Washington's Department of Corrections concerning that department's consultation with DEA.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2020                                  Respectfully submitted,


                                                      /s/ Alan E. Schoenfeld
                                                      Alan E. Schoenfeld