# EXHIBIT 3

```
 1            UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF COLUMBIA
      ------------------------------------------X
 3
      IN THE MATTER OF THE FEDERAL    No. 19MC0145
 4
      BUREAU OF PRISONS' EXECUTION
 5
      PROTOCOL CASES.
 6
      ------------------------------------------X
 7

 8         VIDEOTAPED DEPOSITION VIA ZOOM

 9                       OF

10                   RICK WINTER

11                  May 12, 2020

12

13

14

15

16

17

18

19

20

21

22

23   Reported By:

24   LINDA J. GREENSTEIN

25   JOB NO. 306680
```

```
 1                    RICK WINTER
 2    batch of pentobarbital solution compounded;
 3    correct?
 4              MR. VAN TOL:  Excuse me.  This is
 5    Pieter Van Tol on behalf of Lee.
 6              I have an objection to that question.
 7    It's leading.
 8    MR. PERKINS:
 9         Q.   You could answer.
10         A.   Yeah.
11         Q.   All right.
12              You also testified about the extent
13    of the BOP director's discretion as laid out in
14    the March 10th memo.
15              Do you recall that testimony?
16         A.   Yes.
17         Q.   Okay.  Let's just go through a few
18    questions.
19              So this memo is from Jeff Kruger, the
20    regional director, and it's to Ken Hyle, the
21    general counsel; correct?
22         A.   Yes.
23         Q.   And does this memo bind the BOP
24    director?
25         A.   No.
```

1                     RICK WINTER
2         Q.    So does that mean that the BOP
3    director has the discretion to deviate from the
4    five guidelines articulated on page 5?
5         A.    Yes, that's exactly what that means.
6         Q.    In some of your testimony earlier you
7    expressed some reservations.
8               Was that a reflection of concerns
9    about practical realities limiting what the BOP
10   director can do?
11              (Reporter clarification.)
12              MR. KING:  I object to the question.
13              Carry on.
14              THE COURT REPORTER:  Can you please
15   answer again.  I can repeat the question, if you'd
16   like.
17              THE WITNESS:  Sure.
18              MR. PERKINS:  Why don't you let me
19   re-ask it so I can try to ask it in a way that
20   doesn't trigger an objection.
21   MR. PERKINS:
22        Q.    Earlier you had testified, I believe,
23   you had expressed some reservations or limitations
24   upon the BOP director's discretion; is that
25   correct?