# EXHIBIT 6

**Vaughan, Denise L. (DOC)**

From: Lang, Timothy (ATG)
Sent: Tuesday, January 27, 2009 3:23 PM
To: Taylor, Kenneth C. (DOC); Strange, Cheryl E. (DOC)
Subject: RE: time sensitive work activity on getting DEA number
Importance: High



-----Original Message-----
From: Taylor, Kenneth C. (DOC)
Sent: Tuesday, January 27, 2009 3:05 PM
To: Lang, Timothy (ATG); Strange, Cheryl E. (DOC)
Subject: RE: time sensitive work activity on getting DEA number
Importance: High

I just got off the phone with DEA and am about to start working on a DEA application #224 for the Superintendent. DEA wants to be clear this will enable us to order the drugs but still means that a licensed mid-level or MD must prescribe, administer & dispense. So in other words the superintendent with this number will be able to acquire the drugs and then can hand them to the licensed practitioner who also in their words creates the paper trail to substantiate that they were prescribed, administered and dispensed within their scope of practice.

Ken Taylor
Director of Health Services
Department of Corrections
Office 360-725-8837
Blackberry 360-584-3973

-----Original Message-----
From: Lang, Timothy (ATG)
Sent: Monday, January 26, 2009 9:24 PM
To: Taylor, Kenneth C. (DOC)
Subject: Re: time sensitive work activity on getting DEA number

Ken, my understanding is that sodium thiopental is the only scheduled drug, and it's a schedule III

Tim

----- Original Message -----
From: Taylor, Kenneth C. (DOC)
To: Lang, Timothy (ATG); Strange, Cheryl E. (DOC)
Cc: Blonien, John 'Scott'; Vail, Eldon W. (DOC); Gozart, Diane K. (DOC); Larson, Donna L. (DOC)
Sent: Mon Jan 26 18:52:14 2009
Subject: RE: time sensitive work activity on getting DEA number

I spoke with DEA late this afternoon and will be getting them which medications are "scheduled" tomorrow morning to include in the application. Cheryl correct me if I wrong but I believe that one of three medications is a Schedule One and the other two are not scheduled. I will confirm this with Steve.

Ken Taylor
Director of Health Services
Department of Corrections
Office 360-725-8837
Blackberry 360-584-3973

1

Stenson, et al. v. Vail, et al 000052
DEFS-004553

**Ex 19**