IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, <br><br> LEAD CASE: *Roane et al. v. Barr* <br><br> THIS DOCUMENT RELATES TO: <br><br> *Lee v. Barr, et al.*, 19-cv-2559 <br><br> *Purkey v. Barr, et al.*, 19-cv-3214 <br><br> *Nelson v. Barr, et al.*, 20-cv-557 | Case No. 19-mc-0145 (TSC) |

## [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

This matter came before the Court on Plaintiffs' Motion for a Preliminary Injunction barring Defendants from proceeding with Plaintiffs' executions pending the resolution of their challenges to the federal lethal injection protocol and addendum announced in July 2019 (the 2019 Protocol). Plaintiffs have alleged that the 2019 Protocol violates the Administrative Procedure Act, 5 U.S.C. § 501 *et seq.*, the Food, Drug, and Cosmetic Act, 21 U.S.C. § 301 *et seq.*, the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and the First, Fifth, Sixth, and Eighth Amendments to the U.S. Constitution.

On a motion for a preliminary injunction, the Court considers: (1) the likelihood of the plaintiffs' eventual success on the merits; (2) the threat of irreparable injury to the plaintiffs if an injunction is not granted; (3) the likelihood that other interested parties will suffer substantial harm if injunctive relief is granted; and (4) the interests of the public. *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Based on the record before the Court, these considerations weigh in favor of granting a preliminary injunction.

Accordingly, Plaintiffs' Motion is GRANTED, and it is hereby ORDERED that:

1. Pending final resolution of Plaintiffs' claims, Defendants and all of their respective officers, agents, servants, employees, and attorneys, and persons in active concert or participation with them, are hereby enjoined from moving forward with the executions of Dustin Honken, Daniel Lee, Keith Nelson, and Wesley Purkey until further order of the Court.

2. Defendants shall immediately provide a copy of this Preliminary Injunction order to any persons or entities that may be subject to it, including Defendants' officers, agents, servants, employees, and attorneys, and person in active concert or participation with them or who have any involvement in carrying out the 2019 Protocol.

**SO ORDERED.**

Dated: _____    _____
                                                                              TANYA S. CHUTKAN
                                                                              U.S. District Court Judge