IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee v. Barr, et al.*, 19-cv-2559<br><br>*Purkey v. Barr, et al.*, 19-cv-3214<br><br>*Nelson v. Barr, et al.*, 20-cv-557 | Case No. 19-mc-0145 (TSC) |

**PLAINTIFFS' CORRECTED REQUEST FOR EXPEDITED HEARING WITH STATEMENT OF FACTS ON NEED FOR EXPEDITION AND LIVE TESTIMONY**

PLEASE TAKE NOTICE that Plaintiffs Dustin Honken, Daniel Lee, Keith Nelson, and Wesley Purkey (collectively "Plaintiffs") hereby request that the Court hold a hearing, with live testimony (via Zoom or similar means) from expert medical witnesses, on Plaintiffs' Motion for a Preliminary Injunction (the "PI Motion") on or before July 1, 2020. Pursuant to Local Civil Rule 65.1(d), Plaintiffs respectfully submit a statement of facts as to why (1) expedition is essential; and (2) the Court should permit live testimony from expert medical witnesses.

**Statement of Facts**

I.      **Expedition Is Essential.**

On June 15, 2020, Defendant the U.S. Department of Justice (the "DOJ") again announced that it would pursue executions under a new federal lethal-injection execution protocol released in July 2019 (the "2019 Protocol"). At the same time, the DOJ also set the following new execution dates: Mr. Lee on July 13, 2020, Mr. Purkey on July 15, 2020, and Mr.

1

Honken on July 17, 2020.  The DOJ did not set a new execution date against Mr. Bourgeois, but did set an execution date against Mr. Nelson on August 28, 2020.  *See* Dkt. #99.

As set forth in the PI Motion filed on June 19, 2020, Plaintiffs have alleged that the 2019 Protocol was an arbitrary and capricious agency action; that it violates the Eighth Amendment; that it contravenes the Controlled Substances Act and the Food, Drug and Cosmetic Act; and that it violates the prisoners' right to access the courts and counsel.  Plaintiffs are likely to succeed on the merits of those claims.  They also satisfy the irreparable harm and balancing of the equities prongs of the preliminary injunction standard.  Without the Court's intervention, the executions will begin in just 23 days.  Therefore, an expedited hearing and decision in this matter is essential to prevent the illegal implementation of the 2019 Protocol and harm to Plaintiffs.

**II.    The Court Should Permit Live Testimony from Expert Witnesses on Medical Issues.**

In the PI Motion, Plaintiffs rely on expert declarations regarding medical issues from four witnesses: (1) Gail Van Norman, M.D.; (2) Craig Stevens, Ph.D; (3) Mark Edgar, M.D.; and (4) Michaela Almgren, Pharm.D.  In opposition to a previous motion for a preliminary injunction, Defendants cited opinions from Joseph Antognini, M.D., and Craig Lindsley, Ph.D.  Plaintiffs anticipate that Defendants will rely on the same or similar opinions in opposing the PI Motion.

The medical issues in this case involve a high level of detail; live testimony from at least some of these expert witnesses would provide additional information and clarity around those issues.  Live testimony would allow for cross-examination (which none of the witnesses have yet been subjected to in this case), and it would provide the Court an opportunity to ask any questions it may have.  Moreover, in the Administrative Record, the government expressly stated that Dr. Antognini would submit an expert report in support of the 2019 Protocol.  AR 858.  Although Dr. Antognini has not yet submitted such a report, Plaintiffs should be permitted to

cross-examine him and Mr. Lindsley at the hearing on the PI Motion (or other witnesses if Defendants rely on additional or different experts).

Local Rule 65.1(d) requires that any party seeking live testimony at a preliminary injunction hearing must make such a request within 72 hours of the hearing.  Here, Plaintiffs are making their request well in advance of the 72-hour period.  The same rule requires an identification of the witnesses and the estimated examination time at least 72 hours before the hearing.  Plaintiffs respectfully request, if the Court is inclined to allow for live testimony, that the parties identify the witnesses and examination time by June 26, 2020 (or by a similar period of time if the Court orders a hearing date other than July 1, 2020).

## Conclusion

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order (1) expediting the hearing on the PI Motion by scheduling it for a date no later than July 1, 2020; (2) permitting the parties to present live testimony from expert witnesses on medical issues, so long as the witnesses and estimated length of their testimony are identified by June 26, 2020, at 5:00 pm (assuming that the hearing date is July 1, 2020).

DATED:      June 20, 2020

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
Alan.Schoenfeld@WilmerHale.com

Andres Salinas (DC Bar No. 156118)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6289
Andres.Salinas@WilmerHale.com

*Counsel for Plaintiff Wesley Purkey*

*/s/ Pieter Van Tol*
Pieter Van Tol (admitted *pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

and

David S. Victorson (Bar No. 1027025)
Kathryn Marshall Ali (Bar No. 994633)
Danielle D. Stempel (admitted *pro hac vice*)
Hogan Lovells US LLP
555 13th Street NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com
kathryn.ali@hoganlovells.com
danielle.stempel@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

*/s/ Jon Jeffress*
Jon Jeffress
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
(202) 640-2850
jjeffress@kaiserdillon.com

Timothy Kane, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office,
 E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff-Intervenor Dustin Lee Honken*

4

*/s/ Kathryn L. Clune*
Kathryn L. Clune
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington D.C. 20004-2595
(202) 624-2705
kclune@crowell.com

Harry P. Cohen (*pro hac vice* pending)
Michael K. Robles (*pro hac vice* pending)
James K. Stronski (*pro hac vice* pending)
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
(212) 223-4000
(212) 223-4134 (fax)
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands
Dale A. Baich
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816
(602) 889-3960 (fax)
jon_sands@fd.org
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record. The names marked with an asterisk (*) have no email provided on the docket or are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 514-7830
Email: Ethan.P.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS LLP
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS LLP
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
VINSON & ELKINS LLP
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
VINSON & ELKINS, L.L.P.(202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0520
Email: shawn.nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

Norman Anderson
KAISER DILLON PLLC
(202) 640-2850
Email: nanderson@kaiserdillon.com

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 658-9300
Email: Jying@mnat.com

Andres C. Salinas
WILMER CUTLER PICKERING HALE & DORR LLP
(202) 663-6289
Email: Andres.Salinas@wilmerhale.com

*Ryan M. Chabot
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513
Email: Ryan.Chabot@wilmerhale.com

Dale Andrew Baich
OFFICE OF THE FEDERAL PUBLIC DEFENDER
(602) 382-2816
Email: Dale_Baich@fd.org

Harry P. Cohen
CROWELL & MORING LLP
(212) 223-4000
Email: hcohen@crowell.com

Michael K. Robles
CROWELL & MORING LLP
(212) 223-4000
Email: mrobles@crowell.com

James Stronski
CROWELL & MORING LLP
(212) 223-4000
Email: jstronski@crowell.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Kathryn Louise Clune
CROWELL & MORING LLP
(202) 624-5116
Email: kclune@crowell.com

Jennifer M. Moreno
OFFICE OF THE PUBLIC FEDERAL DEFENDER, DISTRICT OF ARIZONA
(602) 382-2718
Email: Jennifer_moreno@fd.org

Ginger Dawn Anders
MUNGER, TOLLES & OLSON LLP
(202) 220-1107
Email: Ginger.anders@mto.com

*Jonathan S. Meltzer
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Brendan Gants
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Timothy Kane
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 925-0520

Jeffrey Lyn Ertel
FEDERAL DEFENDER PROGRAM, INC.
(303) 688-7530
Email: Jeff_Ertel@fd.org

Stephen Northup
TROUTMAN SANDERS LLP
(804) 697-1240
Email: steve.northup@troutmansanders.com

*Jon M. Sands
OFFICE OF THE PUBLIC FEDERAL
DEFENDER, DISTRICT OF ARIZONA
(602) 382-2816

*Amy Karlin
INTERIM FEDERAL PUBLIC DEFENDER
(213) 894-2854

Danielle Desaulniers Stempel
HOGAN LOVELLS US LLP
(202) 804-7798
Email: danielle.stempel@hoganlovells.com

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee v. Barr, et al.*, 19-cv-2559<br><br>*Purkey v. Barr, et al.*, 19-cv-3214<br><br>*Nelson v. Barr, et al.*, 20-cv-557 | Case No. 19-mc-0145 (TSC) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' CORRECTED REQUEST FOR EXPEDITED HEARING

This matter came before the Court on Plaintiffs' motion for an expedited hearing with live testimony. It is hereby ORDERED that Plaintiffs' motion is GRANTED. It is FURTHER ORDERED:

1. A hearing on Plaintiffs' motion for a preliminary injunction is scheduled for July 1, 2020 at 10:00 a.m.;

2. The parties are permitted to present live testimony from expert witnesses on medical issues at the July 1 hearing, so long as a list of witnesses and estimated length of testimony is provided 72 hours before the hearing date.

**SO ORDERED.**

Dated: _____    _____
                                                                                  TANYA S. CHUTKAN
                                                                                  U.S. District Court Judge