UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the )<br>Federal Bureau of Prisons' Execution )<br>Protocol Cases, )<br>  )<br>LEAD CASE: *Roane et al. v. Barr* )<br>  )<br>  )<br>THIS DOCUMENT RELATES TO: )<br>  )<br>*Lee & Honken v. Barr, et al.*, 19-cv-2559 )<br>*Purkey v. Barr, et al.*, 19-cv-03214 )<br>*Nelson v. Barr, et al.*, 20-cv-557 )<br>  ) | Case No. 19-mc-145 (TSC) |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS'**
**MOTION FOR EXPEDITED HEARING**

Defendants respectfully oppose Plaintiffs' corrected motion for an evidentiary hearing to present the live testimony of their medical experts in support of their motion for preliminary injunction, ECF No. 106. Plaintiffs have improperly submitted extra-record expert declarations in this record review case under the Administrative Procedure Act ("APA"), challenging the lethal injection protocol issued by the Federal Bureau of Prisons ("BOP") in July 2019 (the "July 2019 Protocol"). It is black-letter law that review of agency action under the APA is based on the administrative record at the time of the agency's decision. *See, e.g.*, *Florida Power & Light Co. v. Lorion*, 470 U.S. 729, 743 (1985) ("The focal point for judicial review should be the administrative record already in existence, not some new record made initially in the reviewing court.") (citation omitted). For that reason, discovery is generally unavailable in APA cases such as this, and the record is properly limited to information the agency relied upon *for the challenged decision*. Here, the challenged decision is BOP's issuance of the July 2019 Protocol, and thus

evidence post-dating that decision—namely, Plaintiffs' proposed live testimony of their experts—should not be admitted.

Moreover, even if admitting extra-record evidence were proper in this APA case, such evidence is wholly unnecessary in light of the more than 120 pages of extra-record evidence Plaintiffs have already submitted in the form of declarations referenced throughout in their motion for preliminary injunction and attached to their previous preliminary injunction motions. *See, e.g.*, ECF No. 102 at 7, 15 (citing declarations of Dr. Gail A. Van Norman, Dr. Mark A. Edgar, and Michaela Almgren). Although Defendants maintain their objection to Plaintiffs' reliance on those extra-record declarations in this APA case, Plaintiffs should not be permitted to stretch the principles of record review even further than they already have.

Besides, as fully discussed in Defendants' opposition to Plaintiffs' motion for a preliminary injunction—filed simultaneously with this opposition—even crediting the experts' opinions set forth in these declarations, Plaintiffs still are not likely to succeed on the APA or Eighth Amendment claims for which they seek expedited discovery. Specifically, Plaintiffs cannot prevail on their APA claim because, as the Administrative Record fully demonstrates, BOP engaged in reasoned decision-making when adopting the July 2019 Protocol. And Plaintiffs are unlikely to succeed on their Eighth Amendment method-of-execution claim in light of the well-established heavy burden for such claims , as the standard is articulated in *Bucklew v. Precythe*, 139 S. Ct. 1112 (2019); *Glossip v. Gross*, 135 S. Ct. 2726 (2015); *Baze v. Rees*, 553 U.S. 35, 48 (2008). In particular, only last year the Supreme Court in *Bucklew* held that the use of a single-drug pentobarbital protocol—which is substantively identical to the July 2019 Protocol—is humane. Indeed, as Defendants also explained in their opposition brief to the motion for a preliminary injunction, Plaintiffs' experts rely only on dated materials that do not even speak to

the precise issue upon which the experts seek to opine.  Finally, as a matter of law, Plaintiffs necessarily cannot meet their burden of pleading a known and available alternative method of execution that is feasible and readily implemented, and that in fact significantly reduces a substantial risk of severe harm.  The absence of such an alternative renders it impossible for Plaintiffs to succeed on their Eighth Amendment claim.

For these reasons, the Court should deny Plaintiffs' request for an expedited hearing.

Dated:  June 25, 2020

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
Civil Chief, U.S. Attorney's Office

/s/ _Alan Burch_____
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
Washington, D.C. 20530
202-252-2550
alan.burch@usdoj.gov

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

PAUL R. PERKINS
Special Counsel

JEAN LIN (NY Bar 4074530)
Special Litigation Counsel
JONATHAN KOSSAK (D.C. Bar 991478)
CRISTEN C. HANDLEY (MO Bar 69114)
Trial Attorneys
Civil Division
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-3716
Jean.lin@usdoj.gov
Jonathan.kossak@usdoj.gov
Cristen.handley@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.  Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs' counsel of record, where counsel noted with (*) are apparently no longer with the identified firms.

Joshua Christopher Toll
King & Spalding LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
Eckert Seamans Cherin & Mellott, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
Federal Defender Program, Inc.
(404) 688-7530
Email: gerald_king@fd.org

Charles Fredrick Walker
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Celeste Bacchi
Office Of The Public Defender
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
Federal Public Defender, Central District Of California
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
Federal Community Defender Office For The EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

Paul F. Enzinna
Ellerman Enzinna PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
Troutman Sanders LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Donald P. Salzman
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
Federal Public Defender, Central District Of California
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
Office Of The Federal Community Defender, EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
Vinson & Elkins, L.L.P.
(202) 639-6536
Email: kcodd@velaw.com

\*Jeanne Vosberg Sourgens
Vinson & Elkins, L.L.P.
(202) 639-6633

William E. Lawler, III
Vinson & Elkins, L.L.P.
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
Vinson & Elkins, L.L.P.
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Abigail Bortnick
King & Spalding LLP
(202) 626-5502
Email: abortnick@kslaw.com

Matthew John Herrington
Steptoe & Johnson LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
Steptoe & Johnson LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
Law Offices Of Gary E. Proctor, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
Federal Public Defender, Eastern District Of Arkansas
(501)-324-6144
Email: Scott_Braden@fd.org

Robert E. Waters
Vinson & Elkins, L.L.P.
(202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
Vinson & Elkins, L.L.P.
(202) 639-6500
Email: yomar@velaw.com

Andres C. Salinas
Wilmer Cutler Pickering Hale & Dorr LLP
(202) 663-6289
Email: Andres. Salinas@wilmerhale.com

\*William E. Hoffman, Jr.
King & Spalding LLP
(404) 572-3383

Mark Joseph Hulkower
Steptoe & Johnson LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Robert A. Ayers
Steptoe & Johnson LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
Mcglasson & Associates, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
Public Interset Litigation Clinic
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
Federal Community Defender Office, EDPA
(215) 928-0528
Email: shawn.nolan@fd.org

Amy Gershenfeld Donnella
Federal Community Defender Office, EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-2061
Hogan Lovells US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
Hogan Lovells US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
Kaiser Dillon, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Jennifer Ying
Morris Nichols Arsht & Tunnell LLP
(302) 351-9243
Email: Jying@mnat.com

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale & Dorr LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Kathryn L. Clune
Crowell & Moring, LLP
(202) 624-2500
Email: KClune@crowell.com

Ginger D. Anders
Munger, Tolles & Olson, LLP
(202) 220-3200
Email: Ginger.Anders@mto.com

Joseph William Luby
Federal Public Defender, EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
Kaiser Dillon, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
Morris Nichols Arsht & Tunnell LLP
(302) 351-9197
Email: Amoshos@mnat.com

*Ryan M. Chabot
Wilmer Cutler Pickering Hale & Dorr LLP
(212) 295-6513

Jennifer M. Moreno
Office of the Public Federal Defender, District of Arizona
(602)382-2718
Email: Jennifer_Moreno@fd.org

Dale A. Baich
Office Of The Federal Public Defender
(602) 382-2816
Email: Dale_Baich@fd.org

/s/ *Alan Burch*
ALAN BURCH
Assistant United States Attorney