# EXHIBIT A

GRUESOME SPECTACLES: BOTCHED EXECUTIONS AND AMERICA'S DEATH PENALTY

# Numbers of Botched Executions by Time Period and Method of Execution

| Method | Total executions | Botched executions | Botched execution rate |
|---|---|---|---|
| *1900–2010* | | | |
| All Methods | 8,776 | 276 | 3.15% |
| Hanging | 2,721 | 85 | 3.12% |
| Electrocution | 4,374 | 84 | 1.92% |
| Lethal Gassing | 593 | 32 | 5.4% |
| Lethal Injection | 1,054 | 75 | 7.12% |
| Firing Squad | 34 | 0 | 0% |
| *1900–1919* | | | |
| All Methods | 2,374 | 79 | 3.33% |
| Hanging | 1,743 | 70 | 4.01% |
| Electrocution | 616 | 9 | 1.46% |
| Lethal Gassing | 0 | 0 | n/a |
| Lethal Injection | 0 | 0 | n/a |
| Firing Squad | 11 | 0 | 0% |
| *1920–1949* | | | |
| All Methods | 4,164 | 70 | 1.26% |
| Hanging | 550 | 13 | 2.4% |
| Electrocution | 2,948 | 36 | 1.22% |
| Lethal Gassing | 372 | 21 | 5.65% |
| Lethal Injection | 0 | 0 | n/a |
| Firing Squad | 14 | 0 | 0% |
| *1950–1979* | | | |
| All Methods | 919 | 23 | 2.5% |
| Hanging | 41 | 2 | 4.88% |
| Electrocution | 660 | 13 | 1.97% |
| Lethal Gassing | 211 | 8 | 3.79% |
| Lethal Injection | 0 | 0 | n/a |
| Firing Squad | 7 | 0 | 0% |
| *1980–2010* | | | |
| All Methods | 1,219 | 104 | 8.53% |
| Hanging | 3 | 0 | 0% |
| Electrocution | 150 | 26 | 17.33% |
| Lethal Gassing | 10 | 3 | 30% |
| Lethal Injection | 1,054 | 75 | 7.12% |
| Firing Squad | 2 | 0 | 0% |

\* Chart is enlarged on page 3.

| Method | Total executions | Botched executions | Botched execution rate |
|---|---|---|---|
| **1900–2010** | | | |
| All Methods | 8,776 | 276 | 3.15% |
| Hanging | 2,721 | 85 | 3.12% |
| Electrocution | 4,374 | 84 | 1.92% |
| Lethal Gassing | 593 | 32 | 5.4% |
| Lethal Injection | 1,054 | 75 | 7.12% |
| Firing Squad | 34 | 0 | 0% |
| **1900–1919** | | | |
| All Methods | 2,374 | 79 | 3.33% |
| Hanging | 1,747 | 70 | 4.01% |
| Electrocution | 616 | 9 | 1.46% |
| Lethal Gassing | 0 | 0 | n/a |
| Lethal Injection | 0 | 0 | n/a |
| Firing Squad | 11 | 0 | 0% |
| **1920–1949** | | | |
| All Methods | 4,264 | 70 | 1.16% |
| Hanging | 930 | 13 | 1.4% |
| Electrocution | 2,948 | 36 | 1.22% |
| Lethal Gassing | 372 | 21 | 5.65% |
| Lethal Injection | 0 | 0 | n/a |
| Firing Squad | 14 | 0 | 0% |
| **1950–1979** | | | |
| All Methods | 919 | 23 | 2.5% |
| Hanging | 41 | 2 | 4.88% |
| Electrocution | 660 | 13 | 1.97% |
| Lethal Gassing | 211 | 8 | 3.79% |
| Lethal Injection | 0 | 0 | n/a |
| Firing Squad | 7 | 0 | 0% |
| **1980–2010** | | | |
| All Methods | 1,219 | 104 | 8.53% |
| Hanging | 3 | 0 | 0% |
| Electrocution | 150 | 26 | 17.33% |
| Lethal Gassing | 10 | 3 | 30% |
| Lethal Injection | 1,054 | 75 | 7.12% |
| Firing Squad | 2 | 0 | 0% |

\* Enlarged version of chart on page 2.