# EXHIBIT D

## <u>DECLARATION OF JOSEPH F. ANTOGNINI, M.D., M.B.A.</u>

JOSEPH F. ANTOGNINI, does hereby declare and say:

1.      My name is Joseph F. Antognini.  I am a medical doctor, board-certified in anesthesiology.  I received a B.A. degree from the University of California, Berkeley in Economics in 1980.  I received my M.D. degree from the University of Southern California in 1984.  I also received an M.B.A. from California State University, Sacramento in 2010.  I was previously the Director of Peri-operative Services at the University of California, Davis Health System and a Professor of Anesthesiology and Pain Medicine and Professor of Neurobiology, Physiology and Behavior at the University of California, Davis. I am licensed to practice medicine in the State of California.  I have over 30 years of experience practicing anesthesiology since 1984 when I began my residency at the University of California, Davis Health System.  I am the author or co-author of over 200 publications. My area of research has focused on anesthetic mechanisms, specifically related to where anesthetics produce unconsciousness, amnesia and immobility. A true and correct copy of my curriculum vitae is attached hereto as Exhibit A.

2.      I have reviewed, and am familiar with, the allegations made in the Amended Complaint, *In re Federal Bureau of Prisons' Execution Protocol Cases*, No. 19-mc-145 (TSC) (D.D.C.), the reports and/or declarations of Plaintiffs' experts, and additional information in the documents described below.

### <u>Scope of Engagement</u>

3.      I have been asked to render expert opinions in the fields of general medicine and anesthesiology, especially regarding the use, actions and efficacy of pentobarbital, in relation to the Federal Bureau of Prison's (BOP) lethal injection protocol, and the effectiveness of the

1

procedures therein.  This report contains a complete statement of my opinions, and the basis and

reasons therefor, including the facts or data I have considered in forming them.  I may

supplement this report as appropriate.  The opinions that I do provide are within my field of

anesthesiology and such fields as are necessarily related to anesthesiology, including general

medicine, pharmacology and physiology, and fall within the scope of my expertise.  All opinions

expressed herein are stated to a reasonable degree of medical and scientific certainty unless

otherwise noted.

### Materials Reviewed

4.      I have conferred with attorneys for Defendants.  Among the documents I have reviewed

in connection with this case are BOP's Addendum to the execution protocol (dated 7-25-2019),

publications in the "References Cited" section and the reports of Craig Stevens, PhD (dated 11-

1-2019), Gail Van Norman, MD (dated 11-1-2019) and Mark Edgar, MD (dated 10-24-2019). I

previously had reviewed the Addendum when BOP consulted with me before the Addendum's

adoption.

5.      Should additional documents or information be provided to me for review and analysis, I

may take those additional materials into account, and modify and/or supplement my opinions

accordingly.  If I am present at hearings and/or trial in this case, I may take into account any

testimony or other evidence to the extent related to my opinions and modify and/or supplement

my opinions accordingly.  In performing my analysis, I have relied on my professional training,

education and experience.  The opinions presented in this report are my opinions and mine alone.

I have reviewed and considered documents and information and identified those materials above.

These documents and other information that I reviewed and considered are of a type reasonably

relied upon by experts in the field of anesthesiology, general medicine, physiology and

pharmacology in forming opinions or inferences on questions in this area.

6.      I have testified and submitted expert reports in the following cases in the past four years:
1) I have submitted a report in *Richard Jordan, et al., v. Marshall L. Fisher, et al.*, (U.S. District Court, Southern District of Mississippi, Northern Division, Civil Action No. 3:15-cv-00295) a case related to the use of midazolam for lethal injection; 2) I have submitted reports and have been deposed in *Russell Bucklew v. George A. Lombardi, et al.*, (U.S. District Court, Western District of Missouri, Case No. 4:14-CV-8000-BP) a case related to the use of pentobarbital for lethal injection (later *Bucklew v. Precythe*, US Supreme Court case No. 17-8151); 3) I have submitted reports and testified in *RE: Ohio Execution Protocol Litigation; Phillips, Tibbets & Otte, Henness, Jackson, et al., Plaintiffs,* (U.S. District Court, Southern Division of Ohio, Case No. 2:11-cv-1016), cases related to the use of midazolam for lethal injection (testimony Jan 2017, Oct 2017); 4) I have submitted reports and testified in *re: McGeehee v. Hutchison*, No. 4:17-cv-00179-KGB and *Williams v. Kelly*, No. 5:17-cv-00103-JM, and No. 5:17-00179-KGB, related to the use of midazolam for lethal injection in Arkansas (testimony April 2017 and April 2019; U.S. District Court, Eastern District Arkansas); 5) I submitted a report in *Rhines v. South Dakota Department of Corrections, et al*., 49CIV19-002940, 2nd Judicial Circuit, County of Minnehaha, State of South Dakota, dated 10-26-2019.

**Discussion**

7.      The intravenous administration of five (5) grams of pentobarbital causes rapid unconsciousness followed by respiratory arrest, cardiovascular collapse and death. After intravenous injection of 5 grams pentobarbital, concentrations of pentobarbital in the body will far exceed the lethal concentrations—see Table 1, package insert for pentobarbital in References Cited and extrapolating from data of *Ehrnebo* (1974). Once respiratory depression and arrest

occurs within 1-2 minutes, the unconscious inmate then begins to use up the oxygen stores in his body, which are estimated to be 1200 ml (*Campbell & Beatty,* 1994). Normal oxygen consumption is about 250-300 ml/min, and virtually all the oxygen in the inmate's body will be used after 4-5 min. In fact, estimates of oxygen saturation after apnea confirm this relationship (*Farmery & Roe*, 1996). Before all the oxygen is used, however, the heart will be affected, will begin to slow and will then have periodic irregular beats. It likely will take several minutes before the heart stops all together. At that point, death is declared. This process, as described, is irrefutable. It is based on the known actions of pentobarbital and sound pharmacological and physiological principles, and the known effects of these doses of pentobarbital in lethal injection executions.

8.       Pentobarbital administered to humans results in unconsciousness in 20-30 sec, on average, and this effect is dose dependent, with greater doses (>5 mg/kg) having onset times in the 20 sec range (Dundee, 1957). In a 100-kg person, this dose would be 500 mg, which is only 10% of the dose used in the BOP lethal injection protocol. At this point, pulmonary edema, if it occurs at all during the execution, would not set in because it would only result from a much larger dosage (i.e. an overdose). As the additional 4500 mg of pentobarbital is administered, the inmate would have progressive brain depression, with electrical brain silence occurring, followed by cardiovascular collapse, as noted above. Before becoming unconscious, the individual would not feel the sensation of pain, suffocation or air hunger.  And, the inmate also would not feel the sensation of pain, suffocation or air hunger after becoming unconscious.

9.       These actions of pentobarbital are consistent with data published by *Aleman* et al., (2015), a study discussed in the recent US Supreme Court case *Bucklew v. Precythe*, No. 17-8151 (decided April 1, 2019). In the *Aleman* study, horses were administered large, lethal doses

4

of pentobarbital, with a mean time of infusion of 47 seconds, and the horses developed electroencephalographic brain silence (i.e., flat line) at a mean of 53 seconds after the <u>initiation</u> of the infusion, that is, EEG silence occurred on average, 6 seconds after the infusion finished. Because loss of consciousness occurs before EEG silence, these data fit with a time frame of 20-30 seconds for loss of consciousness after the initiation of the pentobarbital infusion.

10.     In a similar study (*Buhl* et al., 2013), the time to collapse (when the horses went from standing to falling to the ground, and which is considered to be the onset of unconsciousness) was about 27 seconds (the average of the means of the four groups studied; see their table 2) after the initiation of the infusions. They also noted that respiratory arrest occurred simultaneous with falling to the ground in most horses (2nd paragraph in discussion).

11.     These studies cited above collectively lead to the conclusion that intravenous pentobarbital administered at 5 grams would cause rapid onset of unconsciousness, coma, respiratory arrest, circulatory collapse and death.

12.     Dr. Van Norman focuses much of her report on consciousness during anesthesia, consciousness versus responsiveness, awareness during anesthesia and the isolated forearm technique. This latter technique utilizes a tourniquet around an arm, thereby preventing drugs from entering the arm.  Thus, as a test of wakefulness, an anesthetized patient *potentially* can move his or her hands in response to commands. But the studies Dr. Van Norman cited using the isolated forearm technique used relatively 'light' levels of anesthesia, unlike the profound brain depression (including electrical brain silence) that occurs with 5 grams of pentobarbital.

13.     Dr. Van Norman ignores the profound central nervous system depression that is caused by the massive dose of pentobarbital. She perhaps assumes that the onset of pulmonary edema

occurs before or during that narrow time window when she theorizes that the inmate would be unconscious, but aware. But she does not attempt to put a number on that window. The data from Dundee, Aleman et al. and Buhl et al. clearly show that pentobarbital acts quickly and results in rapid unconsciousness and electrical brain silence (isoelectric or "flat" EEG, electroencephalogram). Dr. Van Norman provides no evidence that perception and awareness occur when the brain is profoundly depressed by pentobarbital for the simple reason that there is none. Conscious awareness, as we typically think of it, and the ability to suffer and experience pain, are not consistent with such profound brain suppression.

14.      Dr. Van Norman writes that "Pentobarbital and thiopental are essentially equivalent in all pharmacological characteristics relevant to my discussion of the federal government's pentobarbital-only execution protocol." (¶23, page 9 of her declaration, Doc. 16-14, dated 11-1-2019). I agree that for the purposes of the use of pentobarbital for lethal injection, the clinical actions of thiopental and pentobarbital are nearly identical and that these clinical actions can be extrapolated to what happens in a lethal injection setting (i.e., massive doses).

15.      Thiopental and pentobarbital are equipotent (Barron & Dundee, 1961). For example, 100 mg of thiopental has the same effect as 100 mg of pentobarbital, 500 mg of thiopental has the same effect as 500 mg of pentobarbital, and so forth. Thus, studies reporting on the effects of thiopental can be used to infer the effects of pentobarbital.

16.      Both thiopental and pentobarbital cause brain suppression (including suppression of electrical activity in the brain as measured with the electroencephalogram, EEG). The dose at which EEG silence begins to occur is about 17 mg/kg, based on studies utilizing thiopental infused over 10-15 minutes (Buhrer et al., 1992; Hung et al., 1992). But, in the setting of an execution, pentobarbital would be infused more quickly and at a greater dose than that described

in Buhrer et al. Five (5) grams (equivalent to 5000 mg) of pentobarbital administered to a 100-kg

person is 50 mg/kg, and about 71 mg/kg in a 70 kg person, doses that far exceed 17 mg/kg. Thus,

EEG silence would be expected to occur within 60 seconds after initiation of pentobarbital

infusion, consistent with the data reported by Aleman et al.

17.    Dr. Van Norman writes that the onset of action of pentobarbital is "within a few seconds"

(¶29, Pg. 11 of her report), consistent with my opinion.

18.    Dr. Van Norman writes that "prisoners executed by lethal injection in accordance with

the Federal Protocol will remain conscious and able to experience extreme pain and suffering

related to the caustic effects of pentobarbital and occurrence of flash pulmonary edema." (¶111,

pg. 53 of her report). But, again, Dr. Van Norman does not reconcile her conclusion with the

profound brain suppression that results from pentobarbital.

19.    Dr. Stevens devotes most of his report to the issue of the need for an analgesic (such as

morphine or fentanyl) in conjunction with pentobarbital. He ignores, however, the well-

established effect of barbiturates, such as pentobarbital, to cause profound brain suppression,

which obviates the need for any additional drugs.

20.    Dr. Edgar devotes most of his report to the findings of pulmonary edema and lung

congestion at autopsy in inmates executed with pentobarbital, and to witness accounts of

executions using pentobarbital. But Dr. Edgar does not provide any evidence that pulmonary

edema occurred during the brief 20-30 sec period when the inmate was conscious and aware

after the initiation of pentobarbital infusion. The witness reports simply describe various signs

that support the premise that pentobarbital acts quickly: snoring, deep breathing, gasping. The

deep breathing is common after injection of anesthetic drugs, and often occurs immediately prior

7

to cessation of breathing (see Figures in Wyant et al., 1957). Snoring and gasping are indicative of the onset of upper airway obstruction that normally occurs during the onset of drug-induced unconsciousness.

21.     Whether pentobarbital causes pulmonary edema directly, or indirectly as a natural consequence of the dying process, is immaterial inasmuch as the inmate would be profoundly unconscious, to the point of electrical brain silence. Furthermore, it is unclear how much of the pulmonary edema and lung congestion found at autopsy is due to post-mortem changes.

22.     In regard to execution by firing squad, individuals who are shot through the chest, with the bullets exiting the back and shattering the spine, would not survive. But, for the 8-10 seconds of consciousness after bullet entry, the injury would be severely painful, especially related to shattering of bone and damage to the spinal cord.  As an example of the injuries that occur from the firing squad, see the recording of the execution of Anton Dostler, a German general in World War II. In one camera angle, bullets exit through his back and through the wooden post to which he is tied (https://www.youtube.com/watch?v=d0lRSxAPdpM&t=365s  accessed 6-24-2020). Furthermore, not all firing squad executions go 'smoothly': see the execution of two men in Guatemala in which both men initially survive the volley of bullets and are subsequently killed by shots to the head (https://www.youtube.com/watch?v=6Ugd6UgLlXM  accessed 6-24-2020).  Finally, just as we cannot ask an inmate executed by lethal injection whether the process was painful, so too we cannot ask the same question of an inmate executed by firing squad. In my opinion, execution by firing squad would not significantly reduce the risk of severe pain that Plaintiffs claim is inherent in the BOP protocol.

**Conclusion**

23.     It is my opinion, to a reasonable degree of medical and scientific certainty, that 1) the inmate would become unconscious within 20-30 sec after the initiation of the infusion of the

pentobarbital, followed by respiratory arrest, cardiovascular collapse and death; 2) injection of massive doses (5 grams) of pentobarbital would not inflict mild, moderate or severe pain; 3) pulmonary edema, if it occurs ante-mortem, would not be perceived by the inmate because of the profound brain suppression caused by pentobarbital; 4) execution by firing squad would result in severe pain for the time (8-10 sec) that the inmate would still be conscious.

24.     Should additional information become available I reserve the opportunity to amend my statements herein.

Date: June 25, 2020

                            Joseph F. Antognini, M.D., M.B.A.

9

### References Cited

Aleman M, Williams DC, Guedes A, Madigan JE. Cerebral and brainstem electrophysiologic activity during euthanasia with pentobarbital sodium in horses. J Vet Int Med 2015; 29:663-72

Barron DW, Dundee JW. The recently introduced rapidly-acting barbiturates; a review and critical appraisal in relation to thiopentone. Brit J Anaesthesia 1961; 33:81-91

Buhl R, Andersen LOF, Karlshoj M, Kanters JK. Evaluation of clinical and electrocardiographic changes during the euthanasia of horses. The Veterinary Journal 2013; 196:483-91

Buhrer M, Maitre PO, Hung OR, et al. Thiopental Pharmacodynamics. I. Defining the pseudo-steady-state serum concentration-EEG effect relationship. Anesthesiology 1992; 77:226-236

Campbell IT, Beatty PCW. Measuring pre-oxygenation. Brit J Anaesthesia 1994; 72:3-4.

Dundee JW. Abnormal responses to barbiturates. Brit J Anaesthesia 1957; 29:440-46

Ehrnebo M. Pharmacokinetics and distribution properties of pentobarbital in humans following oral and intravenous administration. J Pharmaceutical Sciences 1975; 63:1114-18

Farmery AD, Roe PG. A model to describe the rate of oxyhaemoglobin desaturation during apnoea. British J Anaesthesia 1996; 76:284-91

Hung OR, Varvel JR, Shafer SL, Stanski DR. Thiopental pharmacodynamics. II. Quantitiation of clinical and electroencephalographic depth of anesthesia. Anesthesiology 1992; 77:237-244

Lafferty KA. Barbiturate Toxicity. http://emedicine.medscape.com/article/813155-overview#a5 accessed 6-24-2020

Wyant GM, Dobkin AB, Aasheim GM. Comparison of seven intravenous anaesthetic agents in man. Brit J Anaesthesia 1957; 29:194-209

Pentobarbital package insert (accessed 6-24-2020):

http://www.akorn.com/documents/catalog/package_inserts/76478-501-20.pdf

Pharmacological effects of pentobarbital (accessed 6-24-2020):

http://emedicine.medscape.com/article/813155-overview#a5

Exhibit A

**CURRICULUM VITAE**
**Joseph F. Antognini, M.D., M.B.A.**

**CONTACT:**

jfantognini@icloud.com
jfantognini@ucdavis.edu

**EDUCATION:**

| | |
|---|---|
| 1980 | University of California, Berkeley (B.A., Economics) |
| 1984 | University of Southern California (M.D., Medicine) |
| 2010 | California State University, Sacramento (M.B.A., Business) |

**INTERNSHIP/RESIDENCY:**

| | |
|---|---|
| 1984-1987 | Anesthesiology, UC Davis Medical Center |
| 1986-1987 | Chief Resident |

**PROFESSIONAL POSITIONS:**

| | |
|---|---|
| 1/20-present | Adjunct Faculty<br>Los Medanos College<br>Pittsburg, CA |
| 1/20-5/20 | Adjunct Faculty<br>Holy Names University<br>Oakland, CA |
| 9/16-11/19 | Physician Surveyor<br>The Joint Commission<br>Oakbrook Terrace, IL |
| 7/17-present | Director Emeritus<br>University of California, Davis |
| 7/11-present | Clinical Professor of Anesthesiology and Pain Medicine<br>(Volunteer Clincal Faculty appointment)<br>University of California, Davis—School of Medicine |
| 11/10-6/16 | Director of Peri-operative Services<br>UC Davis Health System |
| 7/00-7/11 | Professor of Anesthesiology and Pain Medicine<br>(with tenure) |

**Joseph F. Antognini, M.D.**                                      **Curriculum Vitae - Page 2**

|  | Department of Anesthesiology and Pain Medicine<br>University of California, Davis—School of Medicine |
|---|---|
| 12/02-7/11 | Professor of Neurobiology, Physiology and Behavior<br>(with tenure; WOS appointment)<br>College of Biological Sciences<br>University of California, Davis |
| 11/98-7/10 | Vice Chairman, Director of Research |
| 11/98-3/02 | Director of Malignant Hyperthermia Diagnostic Laboratory<br>Department of Anesthesiology |
| 7/96-7/00 | Associate Professor (with tenure)<br>Department of Anesthesiology<br>University of California, Davis—School of Medicine |
| 10/91-6/96 | Assistant Professor<br>Department of Anesthesiology<br>University of California, Davis—School of Medicine |
| 7/87-9/91 | Staff Anesthesiologist (Private Practice)<br>American River Hospital<br>Department of Anesthesiology<br>Carmichael, CA |
| 7/87-9/91 | Assistant Clinical Professor (volunteer)<br>Department of Anesthesiology<br>University of California, Davis—School of Medicine |

**LICENSURE & CERTIFICATIONS:**
State of California #G55662 (active)
Diplomate, National Board of Medical Examiners (1985)
Diplomate, American Board of Anesthesiology (1989)
Certificate of Recertification, American Board of Anesthesiology (1999, 2009)
Certified Yellow Belt, 2017

**PROFESSIONAL SOCIETIES AND RECOGNITION**:
American Society of Anesthesiologists 1987--present
California Society of Anesthesiologists 1987—present
Fellow of the American Society of Anesthesiologists 2018—2019

**ADVOCACY**
ASA Grassroots Network (ASA Team 535) 2018

**Joseph F. Antognini, M.D.**                    **Curriculum Vitae - Page 3**

ASAPAC Donor—2018
FAER Donor—1999-2019

**RESEARCH INTERESTS:**
Mechanisms of anesthesia; factors influencing anesthetic requirements; OR efficiency

**AWARDS AND HONORS**
Dean's Mentoring Award, UC Davis School of Medicine, 2006
Associated Students of UC Davis "Excellence in Education Award" College of Biological
　　　Sciences, 2007
Associated Students of UC Davis "Excellence in Education Award" Outstanding
　　　Educator, 2007
Foundation for Anesthesia Education and Research, Mentor Academy, 2008
Phi Kappa Phi Honor Society, 2010

**GRANTS**
1.　　UC Davis Faculty Research Grant 1991-92—The effect of intrathecal aspirin on
　　　anesthetic requirements in rabbits, $2500
2.　　UC Davis Faculty Research Grant 1993-94—Validation of a preferentially
　　　anesthetized goat brain model, $1500
3.　　Foundation for Anesthesia Education and Research 1994—Determination of gross
　　　anatomic sites of anesthetic action, $25,000 ($25,000 matching departmental
　　　funds)
4.　　UC Davis Faculty Research Grant 1994-95—The effects of general anesthesia on
　　　cerebral blood flow patterns as assessed by functional magnetic resonance
　　　imaging, $1500
5.　　UC Davis Faculty Research Grant 1996-97—The effect of differential isoflurane
　　　delivery to brain and spinal cord on inhibitory and excitatory output from the brain,
　　　$10,000
6.　　Foundation for Anesthesia Education and Research 1997-99—The effect of
　　　differential isoflurane delivery to brain and spinal cord on inhibitory and excitatory
　　　output from the brain, $70,000 ($70,000 matching departmental funds)
7.　　NIH R01 GM57970 Brain and Spinal Cord Contributions to Anesthetic Action 8/98-
　　　4/02 (Priority Score 120, Percentile 1.0). Total costs $713,026
8.　　NIH R01 GM61283 Anesthetic Effects on Sensorimotor Integration 2/01-2/06
　　　(Priority Score 194, Percentile 16.9). Total costs $672,791
9.　　U.C. Davis Faculty Research Grant. Indirect effect of isoflurane and lidocaine on
　　　EEG activation. 7/1/01-6/30/02, $4,000
10.　NIH R01 GM57970-4A1 Brain and Spinal Cord Contributions to Anesthetic Action
　　　4/02-12/05 (Priority Score 197, Percentile 20). Total costs $1,284,689
11.　NIH 3R01GM057970-05S1 Brain and Spinal Cord Contributions to Anesthetic
　　　Action. Minority Supplement grant. 7/03-7/04. Total costs $55,932
12.　NIH P01 GM47818 Anesthetic Effects on Spinal Nociceptive Processing 8/04-7/09
　　　(Priority Score 185). Total costs $804,325

**Joseph F. Antognini, M.D.**                                  **Curriculum Vitae - Page 4**

13.    NIH R01 GM61283A1 Anesthetic Effects on Sensorimotor Integration 12/05-12/9
        (Priority Score 158, Percentile 9). Total costs $748,432

**TEACHING**
Post-Graduate:
        1.  Resident lectures on neuroanesthesia, anesthetic mechanisms, malignant
            hyperthermia, neuromuscular blocking drugs, volatile anesthetics, anesthesia
            research. 1991-2019
        2.  Anesthesiology Department Journal Club 2013-2016
        3.  UCSF Changing Practice of Anesthesia—Faculty. September 2014: Peri-
            operative Medicine and Healthcare Reform: Challenges and Opportunities for
            Anesthesiology

Graduate:
        Guest lecturer for NPB 219 (E. Carstens, Instructor). 1998-2003
        Guest lecturer for NPB 112 (E. Carstens, Instructor). 2001-2008
        Guest lecturer for first year medical students—pain physiology 2002-2003
        Facilitator, Application of Medical Principles 2002-2008
        Guest Lecturer, 210B (Systemic Physiology) January 2006
        Instructor of Record, Applied Physiology and Pharmacology 2007, 2008
Undergraduate:
        NPB 10—Elementary Human Physiology (4 units). 2001-2009
        Freshman Seminar: The Supreme Court and You. (2 units) 1998-2010

**MENTORED STUDENTS, RESIDENTS AND POST-DOCTORAL SCHOLARS**

| # | Name | Role | Year |
|---|------|------|------|
| 1. | Kevin Schwartz, M.D. | Resident | 1993 |
| 2. | Michael Borges, M.D | Resident | 1994 |
| 3. | Agi Melton, M.D. | Resident | 1994 |
| 4. | Etsuo Tabo, M.D. | Post-Doctoral Scholar | 1997 |
| 5. | Steven Jinks | Graduate Student | 1998-2001 |
| 6. | Chris Simons | Graduate Student | 1998 |
| 7. | Xiao Wei Wang, M.D. | Post-Doctoral Scholar | 1999 |
| 8. | Xiaoguang Chen, M.D. | Post-Doctoral Scholar | 2000 |
| 9. | Makoto Sudo, M.D. | Post-Doctoral Scholar | 2000 |
| 10. | Satoko Sudo, M.D. | Post-Doctoral Scholar | 2000 |
| 11. | Alison Fitzgerald | Undergraduate Student | 2000-2001 |
| 12. | Andrew Hall | Undergraduate Student | 2001 |
| 13. | John Martin, M.D. | Resident | 2001 |
| 14. | Steve Jinks, PhD. | Post-Doctoral Scholar | 2001-2004 |
| 15. | Jason Cuellar, BS | Graduate Student | 2003-2004 |
| 16. | Linda Barter, MsVM | Graduate Student | 2004-2007 |
| 17. | Mashawn Orth | Graduate Student | 2004-2005 |
| 18. | Carmen Dominguez, MD | Assistant Professor | 2003-2005 |
| 19. | Lauire Mark | Undergraduate Student | 2005, 2006 |
| 20. | Matthew LeDuc | Medical Student | 2005 |

Joseph F. Antognini, M.D.                          **Curriculum Vitae - Page 5**

21. Toshi Mitsuyo, M.D.       Post-Doctoral Scholar       2004-2005
22. Kevin Ng, M.D.            Resident                    2005-2006
23. JongBun Kim, M.D.         Post-Doctoral Scholar       2006
24. Sean Shargh              Undergraduate Student        2006-2007
25. Aubrey Yao, M.D.          Resident                    2006-2007
26. Alana Sulger             Undergraduate Student        2006-2007
27. Gudrun Kungys, M.D.       Resident                    2007-2008
28. Jason Talavera           Medical student              2007
29. Onkar Judge              Medical student              2008
30. Andrew Cunningham        Undergraduate Student        2008
31. Lauren Boudewyn          Undergraduate Student        2008
32. Austin Kim               Undergraduate Student        2008
33. Jason Andrada            Graduate Student             2009-2010
34. Jun Ye                   Graduate Student             2014-2015
35. Reihaneh Forghany        Resident                     2018-2019


**SPECIAL ACTIVITIES:**
Staff Anesthesiologist, American River Hospital, 1987-1992
Medical Advisor, CMT International (Charcot-Marie-Tooth), 1991-2000
Director, Case Conferences, Department of Anesthesiology, April-June, 1992
Proctor, Medical Board of California, 1992
Staff Membership, Sutter Davis Hospital, Davis, CA, 1992-1995
Consultant, Malignant Hyperthermia Hotline, Malignant Hyperthermia Association of the United States (MHAUS), 1992-2002
Associate, UC Davis Diagnostic Malignant Hyperthermia Laboratory, 1992-2010
Member, Subcommittee on Experimental Neuroscience and Biochemistry, American Society of Anesthesiologists, 1996
Finance and Executive Committees, UC Davis Department of Anesthesiology, 1996-2002
Quality Assurance Committee, U.C. Davis Department of Anesthesiology, 1998-2004
Course Director, Annual U.C. Davis Anesthesiology Update (CME meeting), 1996-2003
California Society of Anesthesiologists: Educational Programs Committee, 1998-2000
Coordinator, Grand Rounds, Department of Anesthesiology, 1996
Professional Billing Workgroup, U.C. Davis, 1996-98
Question Writer, American Board of Anesthesiology, 1998-2001
Member, UC Davis Animal Care Committee, 2000-2003
Member, UC Davis School of Medicine Personnel Committee, 2003—2007; Chair 2007
Member, UCD Committee on Academic Personnel (Appellate Sub-committee) 2009-11
Management Advisory Committee, Department of Anesthesiology, 2007
Ad Hoc Reviewer for *Anesthesiology, Hospital Topics, Journal of Clinical Anesthesia, Journal of Comparative Neurology, Regional Anesthesia and Pain Medicine, Pain, Brain Research, Journal of Neuroscience, Anesthesia and Analgesia, British Journal of Anaesthesia, Neuroscience, Cephalgia, Neuroscience Letters, Jounral of Chromatography, Basic & Clinical Pharmacology & Toxicology, Therapeutics and Clinical Risk Management.*

**Joseph F. Antognini, M.D.**                    **Curriculum Vitae - Page 6**

Member, VA Merit Review Subcommittee, Alcohol and Drug Dependence, 2002-2005
Editor, American Board of Anesthesiology/ American Society of Anesthesiologists In-
    Training Examination 2003-2008
Associate Editor, *Anesthesiology* 2005—2011
Faculty Execuitve Committee, School of Medicine 2009-2010
Chair, Faculty Execuitve Committee, School of Medicine 2010-2011
Member of various hospital committees 2011-2016: Medical Staff Executive Committee,
    Quality Safety Committee, OR Committee, Surgical Services Steering Committee

## BIBLIOGRAPHY

## EDITED BOOKS

1.    <u>Antognini JF</u>, Carstens EE, Raines DE.  Neural Mechanisms of Anesthesia, Humana Press, Totowa, NJ, 2002.

## PUBLICATIONS

1.    <u>Antognini JF</u>.  Anaesthesia for Charcot-Marie-Tooth disease:  a review of 86 cases.  Canadian Journal of Anaesthesia 1992; 39(4):398-400.

2.    <u>Antognini JF</u> and ND Kien.  Cardiopulmonary bypass does not alter canine enflurane requirements.  Anesthesiology 1992; 76:953-957.

3.    <u>Antognini JF</u>.  Intrathecal acetylsalicylic acid and indomethacin are not analgesic for a supramaximal stimulus.  Anesthesia and Analgesia 1993; 76:1079-1082.

4.    <u>Antognini JF</u>.  Hypothermia eliminates isoflurane requirements at 20°C.  Anesthesiology 1993; 78:1152-1156.

5.    <u>Antognini JF</u> and GA Gronert.  Succinylcholine causes profound hyperkalemia in hemorrhagic, acidotic rabbits.  Anesthesia and Analgesia 1993; 77:585-588.

6.    Melton AT, <u>JF Antognini</u> and GA Gronert.  Prolonged duration of succinylcholine in patients receiving anticonvulsants:  evidence for mild up-regulation of acetylcholine receptors?  Canadian Journal of Anaesthesia 1993; 40(10):939-942.

7.    <u>Antognini JF</u> and K Schwartz.  Exaggerated anesthetic requirements in the preferentially anesthetized brain.  Anesthesiology 1993; 79:1244-1249.

8.    <u>Antognini JF</u> and PH Eisele.  Anesthetic potency and cardiopulmonary effects of enflurane, halothane, and isoflurane in goats.  Laboratory Animal Science 1993; 43(6):607-610.

9.    Antognini JF.   Splanchnic release of potassium after hemorrhage and succinylcholine in rabbits.  Anesthesia and Analgesia 1994; 78:687-690.

10.   Antognini JF, M Anderson, M Cronan, JP McGahan and GA Gronert. Ultrasonography:  not useful in detecting susceptibility to malignant hyperthermia. Journal of Ultrasound in Medicine 1994; 13:371-374.

11.   Antognini JF and ND Kien.   A method for preferential delivery of volatile anesthetics to the *in situ* goat brain.  Anesthesiology 1994; 80:1148-1154.

12.   Antognini JF, BK Lewis and JA Reitan.  Hypothermia minimally decreases nitrous oxide anesthetic requirements.  Anesthesia and Analgesia 1994; 79:980-982.

13.   Borges M and JF Antognini.   Does the brain influence somatic responses to noxious stimuli during isoflurane anesthesia?   Anesthesiology 1994; 81:1511-1515.

14.   Antognini JF and ND Kien.  Potency (minimum alveolar anesthetic concentration) of isoflurane is independent of peripheral anesthetic effects.  Anesthesia and Analgesia 1995; 81:69-72.

15.   Antognini JF and K Berg.  Cardiovascular responses to noxious stimuli during isoflurane anesthesia are minimally affected by anesthetic action in the brain. Anesthesia and Analgesia 1995; 81:843-848.

16.   Antognini JF.   Creatine kinase alterations after acute malignant hyperthermia episodes and common surgical procedures.  Anesthesia and Analgesia 1995; 81:1039-1042.

17.   Gronert GA, NW Fleming and JF Antognini.   Aberrant responses to muscle relaxants produced by diseases or drugs.   Seminars in Anesthesia 1995; 14(4):283-290.

18.   Hwang F, K Chun, JF Antognini and GA Gronert.  Caffeine-halothane accuracy in MH testing.  Acta Anaesthesiologica Scandinavica 1995; 39:1036-1040.

19.   Antognini JF and K Mark.  Hyperkalaemia associated with haemorrhagic shock in rabbits:  modification by succinylcholine, vecuronium and blood transfusion.  Acta Anaesthesiologica Scandinavica 1995; 39:1125-1127.

20.   Antognini JF, R Wood and GA Gronert.   Metocurine pharmacokinetics and pharmacodynamics in goats.   Journal of Veterinary Pharmacology and Therapeutics 1995; 18:464-467.

Joseph F. Antognini, M.D.                                    **Curriculum Vitae - Page 8**

21.   Antognini JF.   Movement associated with high cerebral concentrations of isoflurane:  no evidence of seizure activity.  Canadian Journal of Anaesthesia 1996; 43(3):310-314.

22.   Antognini JF and GA Gronert.  Extra-junctional receptors and neuromuscular blocking drugs.  Current Opinion in Anaesthesiology 1996; 9:344-347.

23.   Kien ND, JF Antognini, DA Reilly and PG Moore.  Small-volume resuscitation using hypertonic saline improves organ perfusion in burned rats.  Anesthesia and Analgesia 1996; 83:782-788.

24.   Fleming NW, S Macres, JF Antognini and J Vengco.  Neuromuscular blocking action of suxamethonium after antagonism of vecuronium by edrophonium, pyridostigmine or neostigmine.  British Journal of Anaesthesia 1996; 77:492-495.

25.   Antognini JF, PH Eisele and GA Gronert.  Evaluation for malignant hyperthermia susceptibility in black-tailed deer.  Journal of Wildlife Diseases 1996; 32(4): 678-681.

26.   Antognini JF.   The relationship among brain, spinal cord and anesthetic requirements.  Medical Hypotheses 1997; 48:83-87.

27.   Antognini JF and GA Gronert.  Continued puzzles in malignant hyperthermia. Journal of Clinical Anesthesia 1997; 9:1-3.

28.   Antognini JF and GA Gronert.  Effect of temperature variation (22°C-44°C) on halothane and caffeine contracture testing in normal humans.  Acta Anaesthesiologica Scandinavica 1997; 41: 639-642.

29.   Antognini JF, MH Buonocore, EA Disbrow and E Carstens.  Isoflurane anesthesia blunts cerebral responses to noxious and innocuous stimuli:  a fMRI study.  Life Sciences 1997; 61:PL349-354.

30.   Antognini JF.  Isoflurane potentiates metocurine via peripheral not central nervous system action.  Journal of Veterinary Anaesthesia 1997; 24:6-9.

31.   Disbrow E, M Buonocore, J Antognini, E Carstens and HA Rowley.  The somatosensory cortex:  a comparison of the response to noxious thermal, mechanical and electrical stimuli using functional magnetic resonance imaging. Human Brain Mapping 1998; 6:150-59.

32.   Antognini JF, E Carstens, E Tabo and V Buzin.  Effect of differential delivery of isoflurane to head and torso on lumbar dorsal horn activity. Anesthesiology 1998; 88:1055-61

Joseph F. Antognini, M.D.                                    **Curriculum Vitae - Page 9**

33.   Antognini JF, E. Carstens. A simple, quantifiable, and accurate method for applying a noxious mechanical stimulus. Anesthesia and Analgesia 1998; 87:1446-9.

34.   Antognini JF, S. Jinks, V. Buzin, E. Carstens. A method for differential deilvery of intravenous drugs to the head and torso of the goat. Anesthesia and Analgesia 1998; 87:1450-2.

35.   Antognini JF, E. Carstens. Macroscopic sites of anesthetic action: brain versus spinal cord. Toxicology Letters 1998; 100-101:51-58.

36    Antognini JF, E Carstens. Increasing isoflurane from 0.9 to 1.1 minimum alveolar concentration minimally affects dorsal horn cell responses to noxious stimulation. Anesthesiology 1999; 90:208-14.

37.   Antognini JF, E Carstens, V Buzin. Isoflurane depresses motoneuron excitability by a direct spinal action: an F-wave study. Anesthesia and Analgesia  1999; 88:681-5.

38.   Jinks S, JF Antognini, E Carstens V Buzin, C Simons. Isoflurane can indirectly depress lumbar dorsal horn activity via action within the brain. British Journal of Anaesthesia 1999; 82:244-49

39.   Antognini JF, XW Wang. Isoflurane can indirectly depress auditory evoked potentials by action in the spinal cord. Canadian Journal of Anaesthesia 1999; 46:692-95

40.   Melton AT, JF Antognini, GA Gronert. Caffeine- or halothane-induced contractures of masseter muscle are similar to those of vastus muscle in normal humans. Acta Anaesthesiologica Scandinavica 1999; 43:764-69

41.   Antognini JF, XW Wang, E Carstens. Quantitative and qualitative effects of isoflurane on movement occurring after noxious stimulation. Anesthesiology 1999; 91:1064-71

42.   Antognini JF, E Carstens. Isoflurane blunts electroencephalographic and thalamic/reticular formation responses to noxious stimulation in goats. Anesthesiology 1999; 91:1770-9

43.   Antognini JF, XW Wang, E Carstens. Isoflurane action in the spinal cord blunts electroencephalographic and thalamic-reticular formation responses to noxious stimulation in goats. Anesthesiology 2000; 92:559-66

44.   Antognini JF, XW Wang, M Piercy, E Carstens. Propofol directly

depresses lumbar dorsal horn neuronal responses to noxious stimulation. Canadian Journal of Anesthesia 2000; 47:273-79

45.   Antognini JF, Saadi J, Wang XW, Carstens E, Piercy M. Propofol action in both spinal cord and brain blunts electroencephalographic responses to noxious stimulation in goats. Sleep 2000; 24:26-31

46.   Antognini JF, XW Wang, E Carstens. Isoflurane anaesthetic depth in goats monitored using the bispectral index of the electroencephalogram. Veterinary Research Communications 2000; 24:361-370

47.   Antognini JF, Sudo M, Sudo S, Carstens E. Isoflurane depresses electroencephalographic and medial thalamic responses to noxious stimulation via an indirect spinal action. Anesthesia and Analgesia 2000; 91:1282-8

48.   Sudo M, Sudo S, Chen XG, Piercy M, Carstens E, Antognini JF. Thiopental directly depresses lumbar dorsal horn neuronal responses to noxious mechanical stimulation. Acta Anaesthesiologica Scandinavica 2001; 45:823-829

49.   Antognini JF, Chen XG, Sudo M, Sudo S, Carstens E. Variable effects of nitrous oxide at multiple levels of the central nervous system in goats. Veterinary Research Communications 2001; 25:523-538

50.   Rosenberg H, Antognini JF, Muldoon S. Testing for malignant hyperthermia. Anesthesiology 2002; 96:232-37

51.   Antognini JF, Carstens E, Atherley R. Does the immobilizing effect of thiopental in brain exceed that of halothane? Anesthesiology 2002; 96:980-6

52.   Jinks SL, Antognini JF, Martin JT, Jung S, Carstens E, Atherley R.  Isoflurane, but not halothane, depresses c-fos expression in rat spinal cord at concentrations that suppress reflex movement after supramaximal noxious stimulation. Anesth Analg 2002; 95:1622-8

53.   Martin JT, Tautz TJ, Antognini JF. Safety of regional anesthesia in Eisenmenger's syndrome.Reg Anesth Pain Med. 2002;27:509-13.

54.   Antognini JF, Carstens E.  In vivo characterization of clinical anaesthesia and its components.Br J Anaesth. 2002;89:156-66.

55.   Jinks SL, Simons CT, Dessirier JM, Carstens MI, Antognini JF, Carstens E. C-fos induction in rat superficial dorsal horn following cutaneous application of noxious chemical or mechanical stimuli. Exp Brain Res. 2002;145:261-9.

Joseph F. Antognini, M.D.                                    Curriculum Vitae - Page 11

56.    Jinks SL, Martin JT, Carstens E, Jung SW, Antognini JF. Peri-mac depression of
       a nociceptive withdrawal reflex is accompanied by reduced dorsal horn activity
       with halothane but not isoflurane. Anesthesiology 2003; 98:1128-38

57.    Antognini JF, Atherley RJ, Carstens E. Isoflurane action in spinal cord indirectly
       depresses cortical activity associated with electrical stimulation of the reticular
       formation. Anesthesia Analgesia 2003; 96:999-1003

58.    Jinks SL, Antognini JF, Carstens E. Isoflurane depresses diffuse noxious
       inhibitory controls in rats between 0.8-1.2 MAC. Anesthesia Analgesia 2003;
       97:111-116

59.    Eger EI 2nd, Xing Y, Laster M, Sonner J, Antognini JF, Carstens E. Halothane
       and isoflurane have additive minimum alveolar concentration (MAC) effects in
       rats.Anesth Analg. 2003;96:1350-3

60.    Antognini JF, Jinks SL, Atherley R, Clayton C, Carstens E. Spinal anaesthesia
       indirectly depresses cortical activity associated with electrical stimulation of the
       reticular formation.Br J Anaesth. 2003;91:233-8

61.    Sonner JM, Antognini JF, Dutton RC, Flood P, Gray AT, Harris RA, Homanics
       GE, Kendig J, Orser B, Raines DE, Trudell J, Vissel B, Eger EI 2nd. Inhaled
       anesthetics and immobility: mechanisms, mysteries, and minimum alveolar
       anesthetic concentration. Anesth Analg. 2003;97:718-40.

62.    Jinks SL, Antognini JF, Carstens E. Spectral analysis of movement patterns
       during anesthesia.Anesth Analg. 2004; 98:698-702.

63.    Jinks SJ, Antognini JF, Dutton RC, Carstens E, Eger EI. Isoflurane depresses
       windup of c-fiber evoked limb withdrawal with variable effects on nociceptive
       lumbar spinal neurons in rats. Anesth Analg 2004; 99:1413-9

64.    Atherley RJ, Antognini JF. A rapid and simple method for determination of
       halothane, isoflurane and sevoflurane in blood using gas chromatography.
       Biomedical Chromatography 2004; 18:714-8

65.    Jinks SJ, Antognini JF, Carstens E. Isoflurane differentially modulates medullary
       on and off neurons while suppressing hind-limb motor withdrawals.
       Anesthesiology 2004; 100:1224-34

66.    Antognini JF, Jinks SJ, Carstens E, Atherley RJ. Preserved reticular neuronal
       activity during selective delivery of supra-clinical isoflurane concentrations to brain
       in goats and its association with spontaneous movement. Neuroscience Letters
       2004; 361:94-7

Joseph F. Antognini, M.D.                                    Curriculum Vitae - Page 12

67.    Cuellar JC, Antognini JF, Carstens E. An in vivo method for recording single unit
       activity in lumbar spinal cord in mice anesthetized with a volatile anesthetic. Brain
       Res Prot 2004; 13:126-34

68.    Cuellar JC, Antognini JF, Eger EI, Carstens E. Halothane depresses C-fiber-
       evoked windup of deep dorsal horn neurons in mice. Neurosci Letters 2004;
       363:207-11

69.    Atherley RJ, Weatherford V, Antognini JF, Jinks SL, Carstens E. A model for
       differential volatile anesthetic delivery to the upper and lower torso of the rabbit. J
       Pharmacol Tox Methods 2004; 50:145-52

70.    Dominguez CL, Carstens E, Antognini JF. Carbon dioxide depresses the f-wave
       by a central, not peripheral, mechanism during isoflurane anesthesia.Anesth
       Analg 2005; 100:398-403

71.    Jinks SL, Dominguez CL, Antognini JF. Drastic decreases in isoflurane MAC and
       limb movement force following acute reversible spinal cold-block and chronic
       spinalization in rats. Anesthesiology 2005; 102:624-32

72.    Cuellar JM, Dutton RC, Antognini JF, Carstens E. Differential effects of halothane
       and isoflurane on lumbar dorsal horn neuronal windup and excitability. Brit J
       Anaesth 2005; 94:617-25

73.    Antognini JF, Carstens E. Anesthesia, Amnesia and the Amygdala: reducing  the
       fear of intraoperative awareness. (Editorial) Anesthesiology 2005; 102:711-2

74.    Cuellar JM, Montesano PX, Antognini JF, Carstens E. Application of nucleus
       pulposus to L5 dorsal root ganglion in rats enhances nociceptive dorsal horn
       neuronal windup. J Neurophysiol 2005 Mar 2.

75.    Barter L, Dominguez CL, Carstens E, Antognini JF. The effect of isoflurane and
       halothane on electroencephalographic activation elicited by repetitive noxious c-
       fiber stimulation. Neurosci Lett 2005 382:242-7.

76.    Dominguez CL, Barter LS, Antognini JF. Intrathecal picrotoxin minimally alters
       electroencephalographic responses to noxious stimulation during halothane and
       isoflurane anesthesia. Acta Anaesth Scan 2005; 49:763-70

77.    Orth M, Barter L, Dominguez C, Atherley R, Carstens E, Antognini JF. Halothane
       and propofol differentially affect electroencephalographic responses to noxious
       stimulation. Brit J Anaesth 2005; 95:477-84

78.    Jinks SL, Atherley RJ, Dominguez CL, Sigvardt KA, Antognini JF. Isoflurane disrupts central pattern generator activity and coordination in the lamprey isolated spinal cord. Anesthesiology 2005; 103:567-75.

79.    Antognini JF, Jinks SL, Carstens EE. The spinal cord, anesthesia and immobility: a re-examination. International Congress Series 2005

80.    Carstens E, Antognini JF. Anesthetic effects on the thalamus, reticular formation and related systems. Thalamus and Related Systems. 2005

81.    Antognini JF, Barter L, Carstens E. Overview movement as an index of anesthetic depth in humans and experimental animals. Comp Med, 2005; 55(5): 413-8.

82.    Antognini JF, Carstens E. Measuring minimum alveolar concentration: more than meets the tail. Anesthesiology, 2005; 103(4): 679-80.

83.    LeDuc ML, Atherley RJ, Jinks SL, Antognini JF. Nitrous oxide depresses electroencephalographic responses to repetitive noxious stimulation in the rat. Brit J Anaesth 2006; 96:216-21.

84.    Barter LS, Hawkins MG, Brosnan RJ, Antognini JF, Pypendop BH.
.      Median effective dose of isoflurane, sevoflurane, and desflurane in green iguanas. Am J Vet Res. 2006; 67:392-7.

85.    Mitsuyo T, Antognini JF, Carstens E. Etomidate depresses lumbar dorsal horn neuronal responses to noxious thermal stimulation in rats.
       Anesth Analg. 2006; 102:1169-73.

86.    Orth M, Bravo E, Barter L, Carstens E, Antognini JF. The differential effects of halothane and isoflurane on electroencephalographic responses to electrical microstimulation of the reticular formation. Anesth Analg. 2006; 102:1709-14.

87.    Hemmings HC, Jr, , Antognini JF. Do general anesthetics add up? Anesthesiology. 2006; 104:1120-2.

88.    Merrill AW, Barter LS, Rudolph U, Eger EI 2nd, Antognini JF Carstens MI, Carstens E,. Propofol's effects on nociceptive behavior and spinal c-fos expression after intraplantar formalin injection in mice with a mutation in the gamma-aminobutyric acid-type(A) receptor beta3 subunit. Anesth Analg. 2006; 103:478-83

89.    Antognini JF, Atherley RJ, Laster MJ, Carstens E, Dutton RC, Eger EI. A method for recording single unit activity in lumbar spinal cord in rats anesthetized with nitrous oxide in a hyperbaric chamber. J Neurosci Methods, 2006; 160(2): 215-

22.

90.    Ng KP, Antognini JF. Isoflurane and propofol have similar effects on spinal
       neuronal windup at concentrations that block movement. Anesth Analg, 2006,
       103(6): 1453-8.

91.    Antognini JF, Bravo E, Atherley R, Carstens E. Propofol, more than halothane,
       depresses electroencephalographic activation resulting from electrical stimulation
       in reticular formation. Acta Anaesthesiol Scand, 2006, 50(8): 993-8.

92.    Mitsuyo T, Dutton RC, Antognini JF, Carstens E. The differential effects of
       halothane and isoflurane on windup of dorsal horn neurons selected in
       unanesthetized decerebrated rats. Anesth Analg, 2006, 103(3): 753-60.

93.    Dutton RC, Carstens MI, Antognini JF, Carstens E. Long ascending propriospinal
       projections from lumbosacral to upper cervical spinal cord in the rat. Brain Res,
       2006; 1119(1): 76-85.

94.    Barter LS, Mark LO, Smith AC, Antognini JF. Isoflurane potency in the Northern
       Leopard Frog Rana pipiens is similar to that in mammalian species and is
       unaffected by decerebration. Vet Res Commun, 2007; 31(6): 757-63.

95.    Antognini JF, Atherley RJ, Dutton RC, Laster MJ, Eger EI, Carstens E. The
       excitatory and inhibitory effects of nitrous oxide on spinal neuronal responses to
       noxious stimulation. Anesth Analg, 2007; 104(4): 829-35.

96.    Antognini JF, Raines DE, Solt K, Barter LS, Atherley RJ, Bravo E, Laster MJ,
       Jankowska K, Eger EI. Hexafluorobenzene acts in the spinal cord, whereas o-
       difluorobenzene acts in both brain and spinal cord, to produce immobility. Anesth
       Analg, 2007; 104(4): 822-8.

97.    Kim J, Atherley R, Werner DF, Homanics GE, Carstens E, Antognini JF.
       Isoflurane depression of spinal nociceptive processing and minimum alveolar
       anesthetic concentration are not attenuated in mice expressing isoflurane
       resistant gamma-aminobutyric acid type-A receptors. Neurosci Lett, 2007;
       420(3): 209-12.

98.    Jinks SL, Carstens EE, Antognini JF. Glutamate receptor blockade in the rostral
       ventromedial medulla reduces the force of multisegmental motor responses to
       supramaximal noxious stimuli. Neurosci Lett, 2007; 426(3): 175-80.

99.    Dutton RC, Cuellar JM, Eger EI, Antognini JF, Carstens E. Temporal and spatial
       determinants of sacral dorsal horn neuronal windup in relation to isoflurane-
       induced immobility. Anesth Analg, 2007; 105(6): 1665-74.

Joseph F. Antognini, M.D.                    **Curriculum Vitae - Page 15**

100.  Kim J, Yao A, Atherley R, Carstens E, Jinks SL, <u>Antognini JF</u>. Neurons in the
      ventral spinal cord are more depressed by isoflurane, halothane, and propofol
      than are neurons in the dorsal spinal cord. Anesth Analg, 2007; 105(4): 1020-6,
      table of contents.

101.  Barter LS, Mark LO, Jinks SL, Carstens EE, <u>Antognini JF</u>. Immobilizing doses of
      halothane, isoflurane or propofol, do not preferentially depress noxious heat-
      evoked responses of rat lumbar dorsal horn neurons with ascending projections.
      Anesth Analg, 2008; 106(3): 985-90, table of contents.

102.  Barter LS, <u>Antognini JF</u>. Kinetics and potency of halothane, isoflurane, and
      desflurane in the Northern Leopard frog Rana pipiens. Vet Res Commun, 2008;
      32(5): 357-65.

103.  Yao A, Kim J, Atherley R, Jinks SL, Carstens E, Shargh S, Sulger A, <u>Antognini
      JF</u>. The effects of aromatic anesthetics on dorsal horn neuronal responses to
      noxious stimulation. Anesth Analg, 2008; 106(6): 1759-64.

104.  Shnayderman D, Laster MJ, Eger EI 2nd, Oh I, Jinks SL, <u>Antognini JF</u>, Raines DE.
      Increases in spinal cerebrospinal fluid potassium concentration do not increase
      isoflurane minimum alveolar concentration in rats. Anesth Analg, 2008; 107(3):
      879-84.

105.  Talavera JA, Esser SK, Amzica F, Hill S, <u>Antognini JF</u>. Modeling the GABAergic
      action of etomidate on the thalamocortical system. Anesth Analg, 2009; 108: 160-
      67.

106.  Barter LS, Mark LO, <u>Antognini JF</u>. Proprioceptive function is more sensitive than
      motor function to desflurane anesthesia. Anesth Analg, 2009; 108: 867-72.

107.  Kungys G, Kim J, Jinks SL, Atherley RJ, <u>Antognini JF</u>. Propofol produces
      immobility via action in the ventral horn of the spinal cord by a GABAergic
      mechanism. Anesth Analg, 2009; 108: 1531-37.

108.  Rivera R, <u>Antognini JF</u>. Perioperative drug therapy in elderly patients.
      Anesthesiology, 2009; 110: 1176-81.

109.  Barter LS, Carstens EE, Jinks SL, <u>Antognini JF</u>. Rat dorsal horn nociceptive-
      specific neurons are more sensitive than wide dynamic range neurons to
      depression by immobilizing doses of volatile anesthetics: an effect patially
      reversed by the opioid receptor antagonist naloxone. Anesth Analg 2009; 109:
      641-47.

110.  Jinks SL, Carstens E, <u>Antognini JF</u>. Nitrous oxide-induced analgesia does not
      influence its immobilizing requirements. Anesth Analg 2009; 109:1111-6.

Joseph F. Antognini, M.D.                                    Curriculum Vitae - Page 16

111.   Judge O, Hill S, <u>Antognini JF</u>. Modeling the effects of midazolam on cortical and thalamic neurons. Neuroscience Letters 2009; 464:135-9.

112.   Tautz TJ, Urwyler A, <u>Antognini JF.</u> Case scenario: Increased end-tidal carbon dioxide: a diagnostic dilemma. Anesthesiology 2010; 112:440-6.

113.   <u>Antognini JF.</u> Anesthetic action: the importance of the spinal cord to immobility. Vet J. 2011; 187:151:2

114.   Singh A, <u>Antognini JF.</u> Perioperative pharmacology in elderly patients. Curr Opin Anaesthesiology 2010; 23:449-54.

115.   Singh A, <u>Antognini JF.</u> Perioperative hypotension and myocardial ischemia: diagnostic and therapeutic approaches. Ann Card Anaesth 2011; 14:127-32.

116.   Andrada J, Livingston P, Lee BJ, <u>Antognini J.</u> Propofol and etomidate depress cortical, thalamic and reticular formation neurons during anesthetic-induced unconsciousness. Anesth Analg 2012; 114:661-9.

117.   <u>Antognini JF.</u> Adventures in anesthetic mechanisms. Anesthesiology 2012; 116:701-4.

118.   Cuellar J, Alataris K, Walker A, Yeomans DC, <u>Antognini JF.</u> Effect of high-frequency alternating current on spinal afferent nociceptive transmission. Neuromodulation 2013; 16:318-27.

119.   Sohrakoff K, Westlake C, Key E, Barth E, <u>Antognini JF</u> Johnson V. Optimizing the OR: a bottom-up approach. Hosp Top 2014; 92:21-7.

120.   O'Brien-Antognini JM, <u>Antognini JF</u>, Khatri V.  How many operating rooms are needed to manage non-elective surgical cases? A Monte Carlo simulation study. BMC Health Services Res 2015; 15:487.

121.   <u>Antognini JF</u>. Hospital surveys by the Centers for Medicare and Medicaid Services: An analysis of more than 34,000 deficiencies. J Patient Safety. 2019 Mar 20.


**CASE REPORTS**

1.   <u>Antognini JF</u> and LH Hanowell.  Intraoperative hypoxemia complicating sequential resection of bilateral pulmonary metastases. Anesthesiology 1991; 74:1137-1139.

**Joseph F. Antognini, M.D.**                              **Curriculum Vitae - Page 17**

2.      Antognini JF and S Andrews.  Anaesthesia for caesarean section in a patient with
        acute fatty liver of pregnancy. Canadian Journal of Anaesthesia 1991; 38(7):904-
        907.

3.      Antognini JF.   Chronic pain after methysergide:  a new cause of ischemic
        monomelic neuropathy.  Regional Anesthesia 1991; 16:337-338.

4.      Lee G, JF Antognini and GA Gronert.   Complete recovery after prolonged
        resuscitation and cardiopulmonary bypass for hyperkalemic cardiac arrest.
        Anesthesia and Analgesia 1994; 79:172-174.

5.      Ogletree JW, JF Antognini and GA Gronert.   Postexercise muscle cramping
        associated    with positive malignant hyperthermia contracture testing. American
        Journal of Sports Medicine 1996; 24(1):49-51.

## BOOK CHAPTERS

1.      Gronert GA and JF Antognini.  Malignant hyperthermia.  In: Anesthesia, 1994; 4th
        Edition, Chapter 31, Volume 1, RD Miller (Ed.), Churchill Livingstone, New York,;
        pp. 1075-1093.

2.      Jaffe RS, GA Gronert, NW Fleming and JF Antognini.  Neuromuscular disorders
        and muscle relaxants.  In: Clinical Neuroanesthesia, 1998; RF Cucchiara and JD
        Michenfelder (Eds.), Churchill Livingstone, pp. 449-474.

3.      Gronert GA and JF Antognini.   Clinical management of malignant hyperthermia.
        In: Hyperthermic and Hypermetabolic Disorders, 1996; Chapter 9, PM Hopkins
        and FR Ellis (Eds.), Cambridge University Press, England, pp. 119-131.

4.      Antognini JF, T Tautz. Human Stress Syndrome. In: Malignant Hyperthermia.
        Eds: Schulte am Esch J, Scholz J, Wappler F., 2000; pp 346-353.

5.      Gronert GA, Antognini JF. How to perform animal experiments. In: Conducting
        research in anaesthesia and intensive care. Eds: Zbinden AM, Thomson R.
        Butterworth-Heinemann, Oxford, 2000; pp. 468-498

6.      Gronert GA, JF Antognini, I Pessah. Malignant Hyperthermia. In:  Anesthesia,
        2000; 5th Edition, RD Miller (Ed.), Churchill Livingstone, New York.

7.      Antognini JF. Research of anesthetic mechanisms. In: Neural Mechanisms of
        Anesthesia. Eds: Antognini JF, Raines DE, Carstens E. Humana Press, 2002;
        Totowa, NJ

8.      Caton D, Antognini JF. The development of concepts of mechanisms of

Joseph F. Antognini, M.D.                                     Curriculum Vitae - Page 18

anesthesia. In: Neural Mechanisms of Anesthesia. Eds: Antognini JF, Raines DE, Carstens E. Humana Press, 2002; Totowa, NJ

9.      Antognini JF, Carstens E. Anesthesia, the spinal cord and motor responses to noxious stimulation. In: Neural Mechanisms of Anesthesia. Eds: Antognini JF, Raines DE, Carstens E. Humana Press, 2002; Totowa, NJ

10.     Antognini JF, Raines DE, Carstens E. The future of anesthetic mechanisms research. In: Neural Mechanisms of Anesthesia. Eds: Antognini JF, Raines DE, Carstens E. Humana Press, 2002; Totowa, NJ

11.     Perounasky M, Antognini JF. Glutamate receptors: physiology and anesthetic pharmacology. In: Neural Mechanisms of Anesthesia. Eds: Antognini JF, Raines DE, Carstens E. Humana Press, 2002; Totowa, NJ

12.     Antognini JF, Carstens E. Spinal cord actions of halothane, thiopental and isoflurane. In: Molecular and basic mechanisms of anesthesia. Eds: Urban BW, Barann M. Pabst, 2002, Berlin, pp 474-79.

13.     Antognini JF, Carstens E, Sudo M, Sudo S. Thiopental directly depresses lumbar dorsal horn neurons in goats. In: Molecular and basic mechanisms of anesthesia. Eds: Urban BW, Barann M. Pabst, 2002, Berlin, pp 480-83.

14.     Jinks SL, Antognini JF. Anesthetic-induced immobility. In: Neuroscientific Foundations of Anesthesiology. Eds: Mashour GA, Lydic R. Oxford University Press, 2011, Oxford, pp 107-119.


**LETTERS TO THE EDITOR**

1.      Antognini JF.  Response to Angell editorial regarding prior release of studies.  New England Journal of Medicine 1992; 326(14):958.

2.      Antognini JF.  Anesthetic management in Charcot-Marie-Tooth disease. Anesthesia and Analgesia 1992; 75:313.

3.      Borges M and JF Antognini.  Anaesthesia for Mauriac's syndrome. Anaesthesia and Intensive Care 1993; 21(1): 123-124.

4.      Antognini JF.  Suppression of information by medical journals.  New England Journal of Medicine 1993; 328(7):511.

5.      Antognini JF.  Response to Drs. Hall and Sullivan Letter to the Editor. Anesthesiology 1993; 79:1443-1444.

6.    <u>Antognini JF</u>.   Response to Dr. Adachi *et al* Letter to the Editor regarding exaggerated anesthetic requirements.  Anesthesiology 1994; 81(2):522-523.

7.    <u>Antognini JF</u>.   Neurologic dysfunction after isoflurane sedation.   Critical Care Medicine 1995; 23:789.

8.    <u>Antognini JF</u> and GA Gronert.   Succinylcholine sensitivity in cerebral palsy. Anesthesia and Analgesia 1995; 80:1250.

9.    Fleming NW, S Macres, <u>JF Antognini</u> and J Vengco.  Response to comment from Dr. Graham regarding anticholinesterases and subsequent duration of block of suxamethonium.  British Journal of Anaesthesia 1997; 78(4):480-481.

10.   Melton A, Gronert GA, <u>Antognini JF</u>. Chemical skinning artifact appears to increase sensitivity of masseter muscle to halothane and succinylcholine. Anesthesiology 2000; 92:628-629.

## ABSTRACTS

1.    Melton AT, <u>JF Antognini</u> and GA Gronert.  Absence of abnormal potassium efflux after succinylcholine in patients on anticonvulsants:  evidence for mild up-regulation of acetylcholine receptors.  Western Anesthesia Residents Conference. 1993

2.    Schwartz K and <u>JF Antognini</u>.  Is the brain the major site of anesthetic action? Western Anesthesia Residents Conference. 1993

3.    Macres SM, NW Fleming and <u>JF Antognini</u>.  Neuromuscular blocking effects of succinylcholine before and after administration of cholinesterase inhibitors. Western Anesthesia Residents Conference. 1994

4.    Borges MF and <u>JF Antognini</u>.   Does the brain influence somatic responses to noxious stimuli?  Western Anesthesia Residents Conference. 1994

5.    Kien ND, <u>JF Antognini</u>, DA Reilly and PG Moore.  Small-volume resuscitation using hypertonic saline improves organ perfusion in burn rats.  European Journal of Emergencies 1994; 7:34.

6.    Reilly DA, <u>JF Antognini</u>, PG Moore and ND Kien.  Small volume resuscitation using hypertonic saline improves organ perfusion in burn rats.  Proceedings of the American Burn Association 1994; 26:142.

7.    Borges MF and <u>JF Antognini</u>.   Does the brain influence somatic responses to noxious stimuli during isoflurane anesthesia?  Third Annual Biomedical Research Colloquium, 1994; page 6.

**Joseph F. Antognini, M.D.**                    **Curriculum Vitae - Page 20**

8.   Kien ND, <u>JF Antognini</u>, DA Reilly and PG Moore.  A comparison of hypertonic to isotonic solution on organ blood flow in burned rats.  Anesthesiology1994; 81(3A):A310.

9.   <u>Antognini JF</u>, BK Lewis and JA Reitan.  Hypothermia minimally decreases nitrous oxide anesthetic requirements.  Anesthesiology 1994; 81(3A): A891.

10.  <u>Antognini JF</u> and M Borges.Does the brain influence somatic responses to noxious stimuli during isoflurane anesthesia? Anesthesiology 1994; 81(3A): A1483.

11.  Buonocore MH, RJ Maddock and <u>J Antognini</u>.  Noise cancellation techniques for functional MRI.  Cognitive Neuroscience Society Second Annual Meeting, 1995; page 54.

12.  Disbrow E, M Buonocore, <u>J Antognini</u>, E Carstens and R Shumway.  Time series analysis:  an alternative method for processing FMRI data.  Cognitive Neuroscience Society Second Annual Meeting, 1995; page 61.

13.  <u>Antognini JF</u>, MH Buonocore, E Disbrow and E Carstens.  The effect of isoflurane on cerebral responses to noxious stimuli as assessed by functional magnetic resonance imaging.  Anesthesiology 1995; 83(3A):A861.

14.  <u>Antognini JF</u>.  Creatine kinase after acute malignant hyperthermia (MH) episodes compared to CK changes after common surgical procedures.  Anesthesiology 1995; 83(3A):A1003.

15.  <u>Antognini JF</u> and GA Gronert.  Effect of temperature on halothane caffeine contracture testing in humans.  VIIIth International Workshop on Malignant Hyperthermia, 1996; page 74.

16.  Melton AT, <u>JF Antognini</u> and GA Gronert.  In vitro contracture tests on normal human masseter muscle.  Anesthesia and Analgesia 1997; 84:S368.

17.  <u>Antognini J</u>, E Carstens, E Tabo and V Buzin.  The effect of selective delivery of isoflurane to the brain on nociceptive responses of spinal dorsal horn neurons. Association of University Anesthesiologists, 1997; pp. 26-27.

18.  <u>Antognini J</u>, E Carstens, E Tabo and V Buzin.  Effects of selective delivery of isoflurane to the brain on nociceptive responses of lumbar dorsal horn neurons in the goat.  American Pain Society Annual Meeting, 1997; May.

19.  <u>Antognini J</u>, E Carstens, E Tabo and V Buzin.  The effect of selective delivery of isoflurane to the brain on spinal dorsal horn neurons.  Fifth International

**Joseph F. Antognini, M.D.**                                   **Curriculum Vitae - Page 21**

Conference on Molecular and Cellular Mechanisms of Anaesthesia, 1997; page 31.

20.  Antognini JF, E Carstens, E Tabo and V Buzin.The effect of selective delivery of isoflurane to the brain on spinal dorsal horn neurons. American Society of Anesthesiologists Annual Meeting; Anesthesiology 1997; 87:A292

21.  Buzin V, JF Antognini, S. Jinks, E. Carstens. Does isoflurane action in the brain influence lumbar dorsal horn activity? Association of University Anesthesiologists Annual meeting, San Francisco, 1998; CA pp 85-86.

22.  Antognini JF, XW Wang, E Carstens. Quantitative and qualitative effects of isoflurane on movement occurring after noxious stimulation. Association of University Anesthesiologists Annual meeting, Pittsburgh, 1999; PA pp 185-186

23.  Antognini JF, E Carstens. Isoflurane blunts EEG responses to noxious stimulation. Association of University Anesthesiologists Annual meeting, Pittsburgh, 1999; PA pp 187-188

24.  Antognini JF, Wang XW, E Carstens. Isoflurane action in the spinal cord blunts EEG and thalamic/reticular formation responses to noxious stimulation in goats. American Society of Anesthesiologists Annual Meeting; Anesthesiology 1999; 91:A318

25.  Antognini JF, Wang XW, E Carstens. Quantitative and qualitative effects of isoflurane on movement occurring after noxious stimulation. American Society of Anesthesiologists Annual Meeting; Anesthesiology 1999; 91:A324

26.  Antognini JF, Sudo M, Sudo S, Carstens E. Isoflurane depresses electroencephalographic and medial thalamic responses to noxious stimulation via an indirect spinal action. Association of University Anesthesiologists Annual meeting, Salt Lake City, UT. 2000; May 2000

27.  Antognini JF, Sudo M, Sudo S, Carstens E. Isoflurane depresses electroencephalographic and medial thalamic responses to noxious stimulation via an indirect spinal action. American Society of Anesthesiologists Annual Meeting; 2000; October 2000, A-746

28.  Antognini JF, Carstens E, Atherley R, Hall A, Fitzgerald A. Halothane and thiopental ablate movement primarily via a spinal cord action. Soc Neurosci Annual Meeting Abstracts 2001; Nov 2001

29.  Antognini JF, Carstens E, Atherley R, Hall A, Fitzgerald A. Halothane and thiopental ablate movement primarily via a spinal cord action. 6th International

Meeting Molecular and Cellular Mechanisms of Anesthesia, June 2001, Bonn, Germany, 2001; 5B01, pg 45.

30.     Sudo M, Sudo S, <u>Antognini JF</u>, Carstens E, Atherley R. Thiopental directly depresses lumbar dorsal horn neuronal responses to noxious mechanical stimulation in goats. 6th International Meeting Molecular and Cellular Mechanisms of Anesthesia, June 2001, Bonn, Germany, 2001; 5B11, pg 45.

31.     Jinks SL, <u>Antognini JF</u>. Peri-mac isoflurane blocks the effect of noxious mechanical counterstimuli on heat-evoked responses of spinal dorsal horn neurons. Program No. 259.14. 2002 Abstract Viewer/Itinerary Planner. Washington, DC: Society for Neuroscience, 2002. Online.

32.     <u>Antognini JF</u>, Jinks SL, Martin JT, Carstens EE. Effects of volatile anesthetics on nociceptive sensorimotor integration. Program No. 667.7. 2002 Abstract Viewer/Itinerary Planner. Washington, DC: Society for Neuroscience, 2002. Online.

33.     Jinks SL, <u>Antognini JF</u>. Differential modulation of on- and off-neurons in the rostral ventromedial medulla by isoflurane is consistent with its depressant action on noxious stimulus-evoked movement. Program No. 481.12. 2003 Abstract Viewer/Itinerary Planner. Washington, DC: Society for Neuroscience, 2003. Online.

34.     S.L. Jinks, E. Carstens, <u>J.F. Antognini</u>. Medullary on-cells facilitate multilimb movements elicited by intense noxious stimulation Program No. 296.7. *2004 Abstract Viewer/Itinerary Planner.* Washington, DC: Society for Neuroscience, 2004. Online.

35.     C.L. Dominguez, E. Carstens, <u>J.F. Antognini.</u> Carbon dioxide depresses the f-wave by a central, not peripheral, mechanism during isoflurane anesthesia Program No. 374.3. *2004 Abstract Viewer/Itinerary Planner.* Washington, DC: Society for Neuroscience, 2004. Online.

36.     J.M. Cuellar, P.X. Montesano, <u>J.F. Antognini,</u> E. Carstens. Application of nucleus pulposus to l5 dorsal root ganglion in rats enhances nociceptive dorsal horn neuronal windup Program No. 407.4. *2004 Abstract Viewer/Itinerary Planner.* Washington, DC: Society for Neuroscience, 2004. Online.

37.     J.M. Cuellar, R.C. Dutton, <u>J.F. Antognini</u>, S.L. Jinks, T. Mitsuyo, E. Carstens. Differential effects of halothane (hal) and isoflurane (iso) on dorsal horn neuronal windup Program No. 644.1. *2004 Abstract Viewer/Itinerary Planner.* Washington, DC: Society for Neuroscience, 2004. Online.

Joseph F. Antognini, M.D.                                    **Curriculum Vitae - Page 23**

38.   <u>J.F. Antognini</u>, S.L. Jinks, J.M. Cuellar, R.C. Dutton, E.I. Eger, E.E. Carstens. Isoflurane depresses windup of c-fiber evoked limb withdrawal with variable effects on nociceptive lumbar spinal neurons in rats Program No. 644.2. *2004 Abstract Viewer/Itinerary Planner.* Washington, DC: Society for Neuroscience, 2004. Online.

39.   C.T. Simons, S.L. Jinks, C.L. Dominguez, R.J. Atherley, E.E. Carstens, K.A. Sigvardt, <u>J.F. Antognini</u>. Isoflurane disrupts inter-segmental coordination of central pattern generators in lamprey Program No. 644.3. *2004 Abstract Viewer/Itinerary Planner.* Washington, DC: Society for Neuroscience, 2004. Online.

40.   <u>J.F. Antognini</u> T.Mitsuyo, R.C. Dutton, E. Carstens. Differential effects of halothane and isoflurane on windup of nociceptive dorsal horn neurons. Prog. No. 863.13, *2005 Abstract Viewer/Itinerary Planner.* Washington, DC: Society for Neuroscience, 2005. Online.

41.   L.S. Barter, M.M. Orth, E.E. Carstens, J.F. Antognini. Isoflurane, more than halothane, depresses eeg responses to electrical stimulation in reticular formation Program No. 983.19. *2005 Abstract Viewer/Itinerary Planner.* Washington, DC: Society for Neuroscience, 2005. Online.

42.   J.F. Antognini, L.S. Barter, K. Solt, D.E. Raines, E. Eger, M. Laster. Hexafluorobenzene acts in spinal cord, while o-difluorobenzene can act in either brain or spinal cord to produce immobility. Program No. 54.17. *2006 Abstract Viewer/Itinerary Planner.* Washington, DC: Society for Neuroscience, 2006. Online.

43.   Carstens EE, Iodi Carstens M, Antognini JF, Dutton RC. Long ascending propriospinal projections from lumbosacral to upper cervical spinal cord in the rat. Program No. 983.19. *2005 Abstract Viewer/Itinerary Planner.* Washington, DC: Society for Neuroscience, 2005. Online.

44.   Ferron J, Antognini JF, Amzica F. Impact of anesthesia induciton on the intrinsic properties of cortical neurons: An in vivo study. 2006 Abstract viewer/Itinerary Planner. Washington DC: Society for Neuroscience, Program No. 237.20 (Online).

45.   Barter LS, Jinks SL, Carstens EE, Antognini JF. Anesthetic effects on spinal projection neurons. 2007 Abstract viewer/Itinerary Planner. Washington DC: Society for Neuroscience, Program No. 822.4 (Online).

46.   Carstens EE, Dutton RC, Antognini JF, Cuellar JM, Eger EL. Temporal and spatial determinants of sacral dorsal horn neuronal windup in relation to isoflurane-induced immobility. 2007 Abstract viewer/Itinerary Planner. Washington DC: Society for Neuroscience, Program No. 822.8 (Online).

Joseph F. Antognini, M.D.                                      Curriculum Vitae - Page 24

47.    Antognini JF, Yao A, Kim J. Effects of aromatic anesthetics on dorsal horn neuronal responses to noxious stimulation. 2007 Abstract viewer/Itinerary Planner. Washington DC: Society for Neuroscience, Program No. 823.6 (Online).

48.    Kim JB, Yao A, Carstens E, Jinks SL, Antognini JF. Ventral spinal cord neurons are more depressed by anesthesia than are dorsal spinal cord neurons. A-136, Annual meeting of the American Society of Anesthesiologists; October 17th-21st, 2007, San Francisco, CA.

49.    Yao A, Kim JB, Atherley RJ, Antognini JF. Effects of aromatic anesthetics on dorsal horn neuronal responses to noxious stimulation. A-1927, Annual meeting of the American Society of Anesthesiologists; October 17th-21st, 2007, San Francisco, CA.

50.    Barter LS, Carstens E, Jinks SL, Antognini JF. Halothane and isoflurane depress dorsal horn nociceptive specific but not wide dynamic range neurons. A-1915, Annual meeting of the American Society of Anesthesiologists; October 17th-21st, 2007, San Francisco, CA.

51.    Judge O, Antognini JF. Modeling the effects of midazolam on cortical and thalamic neurons. Annual meeting of the International Society for Anaesthetic Pharmacology; October 17th, 2008, Orlando, FL.

52.    Antognini JF, Judge O. Modeling the effects of midazolam on cortical and thalamic neurons. S-280, Annual meeting of the International Anesthesia Research Society; March 16th, 2009, San Diego, CA.

53.    Forghany R, Antognini JF. An analysis of the role of anesthesiology providers in hospital deficiencies published by CMS. WARC May 4-6, 2018, San Diego, CA.

**LIMITED DISTRIBUTION**

1.    Antognini, JF. The HOTLINE. The Communicator 12(2):2-3, 1994; March-April.

2.    Antognini JF. Neuroanesthesia, Parts I and II. U.C. Davis Anesthesiology Update: 1994; pp. 113-116.

3.    Antognini JF. Anesthesia and the CMT patient. CMT Newsletter 12(3):10, 1995; June.

4.    Antognini JF. Current research in anesthesia. U.C. Davis Anesthesiology Update: 1995; pp. 66-71.

5.    Antognini JF. Anesthesia outcomes—what's important: what we do, or how we do it? U.C. Davis Anesthesiology Update: 1996; pp. 54-61.

**Joseph F. Antognini, M.D.**                                **Curriculum Vitae - Page 25**

6.    Antognini JF.  Basics of trauma anesthesia. U.C. Davis Anesthesiology Update:
      1996;  pp. 129-134.

7.    Antognini JF.  Current issues in trauma anesthesia. U.C. Davis Anesthesiology
      Update:  1998; pp. 118-122.

8.    Antognini JF.  Anesthesia outcomes—what's important:  what we do, or how we
      do it? U.C. Davis Anesthesiology Update:  1999; pp. 3-9.

9.    Antognini JF.  Medical pain relief in childbirth. In: The Baby Guide. Ed: Smith
      TM. Hazen Publishing, Inc. Auburn, Calif. 1999; pp. 45-47.