AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Daniel Lewis Lee | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-mc-0045 (TSC) |
| William Barr, et al. | ) | |
| *Defendant* | ) | In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Lewis Lee, Plaintiff                                                                                                  .

Date:   06/26/2020                                               /s/ Danielle Desaulniers Stempel
                                                                           *Attorney's signature*

                                                      Danielle Desaulniers Stempel, MD Bar No.171214020
                                                                    *Printed name and bar number*
                                                                         Hogan Lovells US LLP
                                                                          555 13th Street NW
                                                                      Washington, DC 20004-1109

                                                                                *Address*

                                                                danielle.stempel@hoganlovells.com
                                                                             *E-mail address*

                                                                              (202) 804-7798
                                                                           *Telephone number*

                                                                              (202) 637-5910
                                                                                *FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record. The names marked with an asterisk (*) have no email provided on the docket or are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 514-7830
Email: Ethan.P.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

| | |
|---|---|
| Charles Fredrick Walker<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(202) 371-7000<br>Email: Charles.Walker@skadden.com | Donald P. Salzman<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(202) 371-7983<br>Email: Donald.salzman@skadden.com |
| Celeste Bacchi<br>OFFICE OF THE PUBLIC DEFENDER<br>Capital Habeas Unit<br>(213) 894-1887<br>Email: celeste_bacchi@fd.org | Steven M. Albertson<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(202) 371-7112<br>Email: Steven.Albertson@skadden.com |
| Jonathan Charles Aminoff<br>FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA<br>(213) 894-5374<br>Email: jonathan_aminoff@fd.org | Craig Anthony Harbaugh<br>FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA<br>(213) 894-7865<br>Email: craig_harbaugh@fd.org |
| Billy H. Nolas<br>FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA<br>(215) 928-0520<br>Email: Billy_Nolas@fd.org | Alexander Louis Kursman<br>OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA<br>(215) 928-0520<br>Email: Alex_Kursman@fd.org |
| *Jeanne Vosberg Sourgens<br>VINSON & ELKINS LLP<br>(202) 639-6633 | Kathryn B. Codd<br>VINSON & ELKINS LLP<br>(202) 639-6536<br>Email: kcodd@velaw.com |
| William E. Lawler, III<br>VINSON & ELKINS LLP<br>(202) 639-6676<br>Email: wlawler@velaw.com | Robert E. Waters<br>VINSON & ELKINS, L.L.P.(202) 737-0500<br>Email: rwaters@velaw.com |
| Evan D. Miller<br>VINSON & ELKINS LLP<br>(202) 639-6605<br>Email: EMiller@velaw.com | Yousri H. Omar<br>VINSON & ELKINS LLP<br>(202) 639-6500<br>Email: yomar@velaw.com |
| Margaret O'Donnell<br>(502) 320-1837<br>Email: mod@dcr.net | *William E. Hoffman, Jr.<br>KING & SPALDING LLP<br>(404) 572-3383 |
| Abigail Bortnick<br>KING & SPALDING LLP<br>(202) 626-5502<br>Email: abortnick@kslaw.com | Mark Joseph Hulkower<br>STEPTOE & JOHNSON LLP<br>(202) 429-6221<br>Email: mhulkower@steptoe.com |

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0520
Email: shawn.nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

Norman Anderson
KAISER DILLON PLLC
(202) 640-2850
Email: nanderson@kaiserdillon.com

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 658-9300
Email: Jying@mnat.com

Andres C. Salinas
WILMER CUTLER PICKERING HALE & DORR LLP
(202) 663-6289
Email: Andres.Salinas@wilmerhale.com

*Ryan M. Chabot
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513
Email: Ryan.Chabot@wilmerhale.com

Dale Andrew Baich
OFFICE OF THE FEDERAL PUBLIC DEFENDER
(602) 382-2816
Email: Dale_Baich@fd.org

Harry P. Cohen
CROWELL & MORING LLP
(212) 223-4000
Email: hcohen@crowell.com

Michael K. Robles
CROWELL & MORING LLP
(212) 223-4000
Email: mrobles@crowell.com

James Stronski
CROWELL & MORING LLP
(212) 223-4000
Email: jstronski@crowell.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Kathryn Louise Clune
CROWELL & MORING LLP
(202) 624-5116
Email: kclune@crowell.com

Jennifer M. Moreno
OFFICE OF THE PUBLIC FEDERAL DEFENDER, DISTRICT OF ARIZONA
(602) 382-2718
Email: Jennifer_moreno@fd.org

Ginger Dawn Anders
MUNGER, TOLLES & OLSON LLP
(202) 220-1107
Email: Ginger.anders@mto.com

*Jonathan S. Meltzer
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Brendan Gants
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Timothy Kane
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 925-0520

Jeffrey Lyn Ertel
FEDERAL DEFENDER PROGRAM, INC.
(303) 688-7530
Email: Jeff_Ertel@fd.org

Stephen Northup
TROUTMAN SANDERS LLP
(804) 697-1240
Email: steve.northup@troutmansanders.com

| | |
|---|---|
| *Jon M. Sands<br>OFFICE OF THE PUBLIC FEDERAL<br>DEFENDER, DISTRICT OF ARIZONA<br>(602) 382-2816 | Danielle Desaulniers Stempel<br>HOGAN LOVELLS US LLP<br>(202) 804-7798<br>Email: danielle.stempel@hoganlovells.com |
| *Amy Karlin<br>INTERIM FEDERAL PUBLIC DEFENDER<br>(213) 894-2854 | |

                                                */s/ Danielle Desaulniers Stempel*
                                                Danielle Desaulniers Stempel