# IN THE DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, <br><br> LEAD CASE: *Roane et al. v. Barr* <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL CASES | Case No. 19-mc-00145 (TSC) |

## NOTICE OF WITHDRAWAL

To Clerk of Court and all parties of record, please take notice of the withdrawal of ETHAN P. DAVIS for all federal defendants in these consolidated cases.

Dated: July 3, 2020

Respectfully submitted,

/s/ *Ethan P. Davis*
ETHAN P. DAVIS (D.C. Bar No. 1019160)
Principal Deputy Assistant Attorney General
Civil Division, U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-7830
Ethan.P.Davis@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2020, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs' counsel of record:

\* No e-mail provided on the docket, and counsel no longer with the identified firms.

**Joshua Christopher Toll**
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

**Gerald Wesley King, Jr.**
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

**Charles Fredrick Walker**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

**Celeste Bacchi**
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

**Jonathan Charles Aminoff**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

**Brandon David Almond**
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

**Donald P. Salzman**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

**Steven M. Albertson**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

**Craig Anthony Harbaugh**
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

**Alexander Louis Kursman**
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520

1

| | |
|---|---|
| Email: jonathan_aminoff@fd.org | Email: Alex_Kursman@fd.org |
| **Billy H. Nolas**<br>FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA<br>(215) 928-0520<br>Email: Billy_Nolas@fd.org | **Kathryn B. Codd**<br>VINSON & ELKINS, L.L.P.<br>(202) 639-6536<br>Email: kcodd@velaw.com |
| **\*Jeanne Vosberg Sourgens**<br>VINSON & ELKINS, L.L.P.<br>(202) 639-6633 | **Robert E. Waters**<br>VINSON & ELKINS, L.L.P.<br>(202) 737-0500<br>Email: rwaters@velaw.com |
| **William E. Lawler, III**<br>VINSON & ELKINS, L.L.P.<br>(202) 639-6676<br>Email: wlawler@velaw.com | **Yousri H. Omar**<br>VINSON & ELKINS, L.L.P.<br>(202) 639-6500<br>Email: yomar@velaw.com |
| **Evan D. Miller**<br>VINSON & ELKINS, L.L.P.<br>(202) 639-6605<br>Email: EMiller@velaw.com | **Andres C. Salinas**<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>(202) 663-6289<br>Email: Andres.Salinas@wilmerhale.com |
| **Margaret O'Donnell**<br>(502) 320-1837<br>Email: mod@dcr.net | **\*William E. Hoffman, Jr.**<br>KING & SPALDING LLP<br>(404) 572-3383 |
| **Abigail Bortnick**<br>KING & SPALDING LLP<br>(202) 626-5502<br>Email: abortnick@kslaw.com | **Mark Joseph Hulkower**<br>STEPTOE & JOHNSON LLP<br>(202) 429-6221<br>Email: mhulkower@steptoe.com |
| **Matthew John Herrington**<br>STEPTOE & JOHNSON LLP<br>(202) 429-8164<br>Email: mherrington@steptoe.com | **Robert A. Ayers**<br>STEPTOE & JOHNSON LLP<br>(202) 429-6401<br>Email: rayers@steptoe.com |
| **Amy J. Lentz**<br>STEPTOE & JOHNSON LLP<br>(202) 429-1320<br>Email: Alentz@steptoe.com | **Robert L. McGlasson**<br>MCGLASSON & ASSOCIATES, PC<br>(404) 314-7664<br>Email: rlmcglasson@comcast.net |
| **Gary E. Proctor**<br>LAW OFFICES OF GARY E. PROCTOR, LLC | **Sean D. O'Brien**<br>PUBLIC INTERSET LITIGATION CLINIC<br>(816) 363-2795 |

(410) 444-1500
Email: garyeproctor@gmail.com

**Scott Wilson Braden**
FEDERAL PUBLIC DEFENDER,
EASTERN DISTRICT OF ARKANSAS
(501)-324-6144
Email: Scott_Braden@fd.org

**Amy Gershenfeld Donnella**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

**David Victorson**
(202) 637-2061
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

**John D. Beck**
HOGAN LOVELLS US LLP
(212) 918-3000
Email:  john.beck@hoganlovells.com

**Amelia J. Schmidt**
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

**Jennifer Ying**
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9243
Email: Jying@mnat.com

**Alan E. Schoenfeld**
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

**Kathryn L. Clune**
CROWELL & MORING, LLP
(202) 624-2500
Email: KClune@crowell.com

Email: dplc@dplclinic.com

**Shawn Nolan**
FEDERAL COMMUNITY DEFENDER
OFFICE, EDPA
(215) 928-0528
Email: shawn.nolan@fd.org

**Joseph William Luby**
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

**Pieter Van Tol**
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

**Jonathan Jeffress**
KAISER DILLON, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

**Andrew Moshos**
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

**\*Ryan M. Chabot**
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513

**Jennifer M. Moreno**
Office of the Public Federal Defender, District of Arizona
(602)382-2718
Email: Jennifer_Moreno@fd.org

**Dale A. Baich**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
(602) 382-2816

3

Email: Dale_Baich@fd.org

**Ginger D. Anders**
MUNGER, TOLLES & OLSON, LLP
(202) 220-3200
Email: Ginger.Anders@mto.com

/s/ *Ethan P. Davis*
ETHAN P. DAVIS

4