## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee v. Barr*, No. 19-cv-2559 | Case No. 19-mc-0145 (TSC) |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Daniel Lewis Lee respectfully submits this Notice to alert the Court of the decision of the U.S. District Court for the Southern District of Indiana in *Peterson v. Barr*, a copy of which is attached. Exhibit A (Order Granting Pls.' Mot for Prelim. Inj., No. 2:20-cv-00350-JMS-DLP (S.D. Ind. July 10, 2020), ECF No. 21). Plaintiffs, the victims' family members, sought to "enjoin Mr. Lee's execution on the basis that defendants have violated the Administrative Procedure Act (APA) by scheduling Mr. Lee's execution during the COVID-19 pandemic without adequate measures in place to protect them." *Id.* at 1.

The court granted that motion and preliminarily enjoined Lee's execution "pending final resolution of the merits of this case or until further order of this Court." *Id.* at 14. The court further explained that it would "vacate the injunction upon a showing by the defendants of an agency action setting a date for Mr. Lee's execution in accord with the FDPA and demonstrating reasonable consideration of the plaintiffs' right to be present for the execution." *Id.* The Government has filed a notice of appeal and has moved for a stay of this preliminary injunction pending appeal. Notice of Appeal, *Peterson v. Barr*, No. 2:20-cv-00350-JMS-DLP (S.D. Ind. July 10, 2020), ECF No. 22; Defs.' Mot. to Stay Prelim. Inj. Pending Appeal, *Peterson v. Barr*, No. 2:20-cv-00350-JMS-DLP (S.D. Ind. July 10, 2020), ECF No. 22.

2

DATED: July 10, 2020

*/s/ Pieter Van Tol*
Pieter Van Tol (admitted *pro hac vice*)
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

and

David S. Victorson (Bar No. 1027025)
Danielle D. Stempel (admitted *pro hac vice*)
Kathryn Marshall Ali (Bar No. 994633)
Columbia Square
555 13th Street NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com
danielle.stempel@hoganlovells.com
kathryn.ali@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*