```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


 IN THE MATTER OF THE            .  MC No. 19-0145 (TSC)
 FEDERAL BUREAU OF PRISONS'      .  Washington, D.C.
 EXECUTION PROTOCOL CASES.       .  Saturday, July 11, 2020
 . . . . . . . . . . . . . . . . .  1:00 P.M.


                     TELEPHONE CONFERENCE
            BEFORE THE HONORABLE TANYA S. CHUTKAN
                 UNITED STATES DISTRICT JUDGE



 APPEARANCES:

 For Plaintiff                   PIETER VAN TOL, ESQ.
 Daniel Lewis Lee:               Hogan Lovells US LLP
                                 390 Madison Avenue
                                 New York, NY 10017
                                 (212) 918-3000

 For Plaintiff                   ALAN E. SCHOENFELD, ESQ.
 Wesley Ira Purkey:              Wilmer Cutler Pickering
                                 Hale & Dorr, LLP
                                 7 World Trade Center
                                 250 Greenwich Street
                                 New York, NY 10007
                                 (212) 230-8800

 For Plaintiff                   SHAWN NOLAN, ESQ.
 Dustin Lee Honken:              Federal Community Defender
                                 Eastern District of Pennsylvania
                                 601 Walnut Street
                                 Suite 545 West
                                 Philadelphia, PA 19106
                                 (215) 928-0520

 For Plaintiff                   HARRY P. COHEN, ESQ.
 Keith Dwayne Nelson:            Crowell & Moring, LLP
                                 590 Madison Avenue
                                 20th Floor
                                 New York, NY 10022
                                 (212) 223-4000
```

```
For Defendants:            ALAN BURCH, ESQ.
                           U.S. Attorney's Office
                           555 Fourth Street NW
                           Washington, DC 20530
                           (202) 252-2550

                           JEAN LIN, ESQ.
                           U.S. Department of Justice
                           Federal Programs Branch
                           1100 L Street NW
                           Room 11532
                           Washington, DC 20005
                           (202) 514-3716

Court Reporter:            Bryan A. Wayne, RPR, CRR
                           U.S. Courthouse, Room 4704-A
                           333 Constitution Avenue NW
                           Washington, DC 20001
                           (202) 354-3186
```

Proceedings reported by stenotype shorthand.
Transcript produced by computer-aided transcription.

```
 1                    P R O C E E D I N G S
 2              THE DEPUTY CLERK:  Your Honor, we have the
 3   consolidation of cases in the lead case, 19-MC-145, In the
 4   Matter of Federal Bureau of Prisons' Execution Protocol cases.
 5   I'll ask that lead counsel identify yourselves one at a time,
 6   followed by defense counsel.  Thank you.
 7              MR. VAN TOL:  Good afternoon, Your Honor.
 8       This is Pieter Van Tol from Hogan Lovells for
 9   Plaintiff Daniel Lewis Lee.
10              THE COURT:  All right.  Thank you.
11              MR. SCHOENFELD:  Good afternoon, Your Honor.
12   This is Alan Schoenfeld from Wilmer Hale for Wes Purkey.
13              THE COURT:  Can you spell your last name, please?
14              MR. SCHOENFELD:  Sure.  It's S-C-H-O-E-N-F-E-L-D.
15              THE COURT:  Okay. Got it.  Thank you.
16              MR. NOLAN:  Good afternoon, Your Honor.  This
17   is Shawn Nolan, Federal Defender Office in Philadelphia,
18   for Defendant Dustin Honken.
19              THE COURT:  Nolan, you say?  Was it Shawn Nolan?
20              MR. NOLAN:  Yes.  N-O-L-A-N.
21              THE COURT:  Thank you.  It's just that the connection
22   drops a little at the end.  Thank you.
23              MR. COHEN:  And, Your Honor, this is Harry Cohen,
24   C-O-H-E-N, with Crowell & Moring on behalf of Plaintiff Keith
25   Nelson.
```

1    THE COURT:  All right.  Thank you all.  I know it's
2 a Saturday afternoon; it's the weekend.  I appreciate you all
3 being available for this.  Events have changed rapidly in
4 the last 24 hours.
5    So I want -- and I know you had requested a call, and
6 I think, given the chief judge's opinion in Indiana yesterday,
7 we probably would have needed to have this call in any event.
8 So, as my law clerk probably told you, I anticipated filing
9 a ruling yesterday by 6 p.m., but given a number of changing
10 factors that need to be incorporated, I have not yet done so.
11    Oh, I'm sorry.  The defendants.  Are you on the line?
12 I'm so sorry.  We had so many people speaking, I didn't mean
13 to forget you.  Yes.  Please state your name for the record.
14    MR. BURCH:  This is Alan Burch at the U.S. Attorney's
15 Office for the government.  We also have Jean Lin with the
16 Fed Programs Branch on behalf of the government.
17    THE COURT:  Thank you, Mr. Burch and Ms. Lin.  Thank
18 you very much.  I'm sorry about that.  And thank you for taking
19 time out of your weekend.
20    All right.  Given the chief judge's ruling in the Lee case,
21 I will need to incorporate some things that have just occurred,
22 at least into the background of my opinion.
23    Now, Mr. Lee's counsel emailed yesterday and requested a
24 conference to discuss two items: communication with chambers
25 over the weekend, and pending litigation in other jurisdictions.

1  So let's start with communication with chambers.  And I'm not
2  sure if that's as urgent as we thought it would be yesterday
3  morning because it looks like Mr. Lee's execution, at least, is
4  currently enjoined.  We frequently check chambers' email during
5  the day and over the weekend.
6       Are there additional questions or concerns about how to
7  contact chambers during the weekend or at night?
8            MR. VAN TOL:  No, Your Honor.  This is Pieter Van Tol.
9  That works fine for us.  And if it would be helpful to your
10 clerks or the Court, we're happy to email our cell phone numbers
11 in case anyone needs to reach us on an urgent basis.  But I
12 think that chambers' email worked fine.
13           THE COURT:  I think it would be a good idea to have
14 the cell phone numbers.  As you all are aware, things have moved
15 pretty quickly, and I don't want to miss anything; and I don't
16 want you to not be able to reach chambers or each other, or the
17 other side, if we do need to move quickly or if developments
18 happen rapidly.  So I think that makes sense.
19      And maybe Mr. Loehr, my law clerk, can give you his cell
20 phone, although I like to keep things on the record, but I think
21 it makes sense to have cell phones in case we need to contact
22 each other very, very quickly.  Okay?
23           MR. VAN TOL:  Thank you, Your Honor.
24           THE COURT:  And Mr. Nolan, Mr. Cohen, Mr. Schoenfeld,
25 Mr. Burch, Ms. Lin, any concerns about communications with

1    chambers?

2    UNIDENTIFIED SPEAKERS:  No, Your Honor.

3    THE COURT:  Okay.

4    MR. BURCH:  Your Honor, this is Alan with the
5    government.  No, Your Honor.

6    THE COURT:  Okay.  The next thing is counsel for
7    plaintiffs wanted to update the Court on the pending litigation
8    in the other jurisdictions.  So let's take that in order by
9    scheduled execution date.

10        Mr. Lee.  Mr. Van Tol, obviously, the execution on Monday
11   is not going forward as of right now, but is there anything
12   else you need to let the Court know?

13   MR. VAN TOL:  Yes, Your Honor.  This morning the
14   government filed in the Seventh Circuit the stay application.
15   They filed that at 10:55 a.m. this morning.  They've asked
16   the Seventh Circuit to rule by today.  As far as I can tell
17   from checking the docket, there is no scheduling order, and
18   I haven't seen any opposition by Peterson, who is the lead
19   plaintiff for the victims' families.

20   THE COURT:  Okay.  Now, I know you'll be watching
21   very, very carefully, and I'm going to ask that you just keep
22   my chambers in the loop in the event that there's action by
23   the Seventh Circuit.

24   MR. VAN TOL:  Yes, Your Honor.

25   THE COURT:  All right.  So that's working its way

```
 1    through the Seventh Circuit.
 2          Okay.  Counsel for Mr. Purkey, Mr. Schoenfeld?
 3              MR. SCHOENFELD:  Yes, Your Honor.
 4       So, as Your Honor knows, there's both the lethal injection
 5    case and the Ford case in front of Your Honor for Mr. Purkey.
 6    Mr. Purkey's Wednesday execution is currently stayed by the
 7    Seventh Circuit in his 2241 appeal.
 8              THE COURT:  Right.
 9              MR. SCHOENFELD:  The government has moved en banc
10    to have that stay vacated.  Mr. Purkey filed his opposition to
11    that yesterday at noon.  I don't know when the Seventh Circuit
12    is going to act on that, but I a received a call yesterday
13    afternoon, Friday afternoon, from the Solicitor General's Office,
14    notifying me that they intended to file an application in the
15    Supreme Court to vacate the Seventh Circuit's stay.
16              THE COURT:  Even while the request for en banc review
17    is pending?
18              MR. SCHOENFELD:  Correct.  And so when I spoke with
19    the assistant to the solicitor general last night, or yesterday
20    afternoon, he said they were likely to file it last night, but
21    it wasn't actually filed.  I don't know exactly what the plan
22    is, but I assume that we will hear something from the Seventh
23    Circuit or the Solicitor General's Office this weekend.
24              THE COURT:  Okay.  So I think the need for the cell
25    phone numbers becomes very clear now.
```

1          MR. SCHOENFELD:  Exactly.  And so we will keep
2   the Court updated about any developments on the 2241 appeal.
3   There's also -- sorry.  Before I move on, do you have any
4   questions about the 2241 piece?
5          THE COURT:  No.  I don't think so.
6          MR. SCHOENFELD:  Okay.  There's also a case pending
7   in the Southern District of Indiana before Judge Magnus-Stinson
8   brought by Mr. Hartkemeyer, who is Mr. Purkey's spiritual advisor.
9          THE COURT:  Right.  And I did see reference to that
10  in the chief judge's opinion.
11         MR. SCHOENFELD:  Precisely.  So he's asked for a
12  stay of the execution on the grounds that being able to provide
13  spiritual counsel to Mr. Purkey is important to him, and it
14  would burden his religious exercise to have to go into the
15  prison to provide spiritual counsel during the pandemic.
16  So that is pending in front of Judge Magnus-Stinson.  I don't
17  believe she's indicated when she intends to rule on that.
18         THE COURT:  Is that a motion for preliminary
19  injunction as well?
20         MR. SCHOENFELD:  It is.
21         THE COURT:  Okay.  And when was that filed?
22         MR. SCHOENFELD:  I think it was filed early last
23  week, or possibly the week before, but it's been fully briefed
24  for several days.
25         THE COURT:  Okay.  And, again, you'll notify chambers?

1        MR. SCHOENFELD:  Yes, Your Honor.

2        THE COURT:  All right.  The next execution is
3   scheduled for the 17th of July in Mr. Honken's case.  Mr. Nolan,
4   can you bring me up to speed on what's going on there?

5        MR. NOLAN:  Yes, Your Honor.  There are three matters
6   pending currently in Mr. Honken's case, one in the Northern
7   District of Iowa.  The Court allowed us until Monday morning
8   to file a reply brief in that case.

9        THE COURT:  Is that a motion for preliminary
10  injunction also?

11       MR. NOLAN:  It is not, Your Honor.  It's a motion
12  regarding the jurisdiction of the setting of the execution date.
13  It's a motion to modify the date and a motion to declare the
14  execution date null and void.

15       THE COURT:  Okay.  And is that fully -- I'm sorry.
16  I think you just said it, but I don't remember.  Is it fully
17  briefed?

18       MR. NOLAN:  It is not yet, Your Honor.  We will file
19  a reply on Monday morning.

20       THE COURT:  Okay.  And again I would, as with the
21  others, ask you to keep chambers apprised of what happens there.

22       MR. NOLAN:  Of course we will, Your Honor.  And the
23  other two matters are -- there is a motion for a preliminary
24  injunction in the Southern District of Indiana.  Father O'Keefe,
25  who is Mr. Honken's chaplain, has moved to intervene in the

1  Hartkemeyer litigation.  The motion to intervene was granted,
2  and that is now fully briefed and is with the Hartkemeyer
3  litigation.
4          THE COURT:  Okay.
5          MR. NOLAN:  And there's another lawsuit that was
6  filed a week ago Friday in the Southern District of Indiana
7  regarding Mr. Honken's access to the chaplain in the execution
8  chamber.  That motion was filed.  There's been no further action
9  on that case.  It's not fully briefed.  We are in the process
10 of discussing that matter with the government.
11         THE COURT:  Is that a motion for injunctive relief
12 as well?
13         MR. NOLAN:  Yes, Your Honor.
14         THE COURT:  All right.
15    Counsel for Mr. Nelson, Mr. Cohen?
16         MR. COHEN:  Yes, Your Honor.
17         THE COURT:  Mr. Nelson's execution is scheduled
18 for August 28th, so obviously that's much further away.
19         MR. COHEN:  Yes.  We have no matters pending in
20 any other district, Your Honor.
21         THE COURT:  Okay.  All right.
22         MR. SCHOENFELD:  Judge?  Your Honor?
23         THE COURT:  Yes.
24         MR. SCHOENFELD:  I apologize for interrupting, but
25 we've been --

1          THE COURT: Who's this? I'm sorry. Just for the
2     record.
3          MR. SCHOENFELD: I apologize. It's Alan Schoenfeld
4     for Mr. Purkey.
5          THE COURT: Yes.
6          MR. SCHOENFELD: We've been filing formal notices
7     of supplemental authority or supplemental developments. Do
8     you want us to email them to your law clerk? What is the best
9     way to get you the most immediate notice of an intervening
10    development?
11         THE COURT: An email, as long as you just have
12    everybody on the email. You can obviously put it on the record
13    with a docket entry after. But given how quickly things are
14    moving, I think an email to my law clerk with all the parties
15    on the email so there's no *ex parte* communication, and then you
16    can put it on the docket. But email would be the fastest and
17    most efficient way to contact us.
18         MR. SCHOENFELD: Okay.
19         THE COURT: And Mr. Loehr will give you his email
20    address also, as well as his telephone number.
21         MR. SCHOENFELD: Okay. Terrific. Thank you.
22         THE COURT: All right. So it looks like I'm
23    just going to continue to monitor developments in the case.
24       As Mr. Lee and Mr. Purkey are awaiting action from
25    the Seventh Circuit, I'm going to incorporate the changed

```
 1    circumstances into my opinion and continue to work on that.
 2    And if you all would just keep me apprised of developments
 3    as they occur, I would very much appreciate that.
 4              UNIDENTIFIED:  Yes, Your Honor.
 5              THE COURT:  Mr. Burch and Ms. Lin, do you have any
 6    additional information you'd like to give me, if you know what
 7    the Solicitor General's Office is going to do, or any matters
 8    you'd like to raise?
 9              MR. BURCH:  The only comment I would make, Your Honor,
10    is that the government does think it would be helpful to have a
11    decision on the pending PI in this case sooner rather than later
12    to permit both parties to have appellate review as appropriate.
13              THE COURT:  Of course.  I understand.  And I will
14    certainly try and do that.  All right.
15         Okay.  Any other additional concerns that you all want
16    to raise at this time while I have you all on the phone?
17              MR. VAN TOL:  This is Pieter Van Tol for Lee.
18    No, Your Honor.  That's it for us.  Thank you.
19              THE COURT:  Mr. Schoenfeld?
20              MR. SCHOENFELD:  No, Your Honor.  Should we just
21    wait for an email from Mr. Loehr, and then we'll all respond
22    with cell phone information and we can use that thread for
23    updates to the Court?
24              THE COURT:  Yes.
25              MR. SCHOENFELD:  Okay.  Perfect.  Thank you.
```

1                    THE COURT:  And Mr. Loehr has -- does he have all
2      your email addresses?  I think he should.
3                    LAW CLERK:  Yes, I do.
4                    MR. SCHOENFELD:  I think everything's on the docket.
5                    THE COURT:  Okay.  Mr. Nolan?
6                    MR. NOLAN:  Nothing else, Your Honor.  Thank you.
7                    THE COURT:  And Mr. Burch and Ms. Lin?
8                    MR. BURCH:  No, Your Honor.
9                    THE COURT:  All right.  Thank you all for taking
10     the time out of your weekend to update me.  I appreciate your
11     efforts to keep me apprised, and I will do the same.  If there's
12     an opinion about to issue, I will have my clerk let you know
13     that it's coming down so you can also be prepared.
14            All right?  Enjoy whatever remains of your weekend.
15     It's very hot outside, so you all can stay in and work.
16     Thanks very much.  All right.  I'll be in touch.  Bye-bye.
17            (Proceedings adjourned at 1:17 p.m.)
18
19
20
21
22
23
24
25

\* \* \* \* \* \*

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

*Bryan A. Wayne*
BRYAN A. WAYNE