IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee v. Barr*, No. 19-cv-2559 | Case No. 19-mc-0145 (TSC) |

## NOTICE

Plaintiff Daniel Lewis Lee respectfully submits this Notice to alert the Court of the decision of the U.S. Court of Appeals for the Seventh Circuit in *Peterson v. Barr*, vacating the preliminary injunction entered by the U.S. District Court for the Southern District of Indiana on July 10, 2020. A copy of that decision is attached as Exhibit A.

DATED:   July 12, 2020

*/s/ Pieter Van Tol*
Pieter Van Tol (admitted *pro hac vice*)
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

David S. Victorson (Bar No. 1027025)
Danielle D. Stempel (admitted *pro hac vice*)
Kathryn Marshall Ali (Bar No. 994633)
Columbia Square
555 13th Street NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com
danielle.stempel@hoganlovells.com
kathryn.ali@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*