UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee v. Barr, et al.*, 19-cv-2559<br>*Purkey v. Barr, et al.*, 19-cv-03214<br><u>*Nelson v. Barr, et al.*, 20-cv-557</u> | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-mc-145 (TSC) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
NOTICES OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully submit this response to Plaintiffs' notices of supplemental authority regarding (1) the government's declaration filed today in *Hartkemeyer v. Barr*, No. 2:20-cv-00336-JMS-MJD, ECF No. 77-1 (S.D. Ind. July 12, 2020), and (2) the Seventh Circuit's decision in *Peterson v. Barr*, No. 20-2252 (7th Cir. July 12, 2020).

First, in *Hartkemeyer*, spiritual advisors for Wesley Purkey and Dustin Honken sought a preliminary injunction barring the inmates' executions on the grounds that BOP's decision to schedule the executions for July 15 and July 17, respectively, is arbitrary and capricious under the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq.*, and violates the spiritual advisors' rights to religious exercise under the Religious Freedom Restoration Act of 1993 ("RFRA"), 42 U.S.C. § 2000bb *et seq. See generally, e.g.*, Case No. 2:20-cv-00336, ECF Nos. 7 & 61. Neither claim has any bearing on the case now pending before this court, which implicates neither BOP's scheduling decision nor any religious liberty claims.

Contrary to Plaintiffs' contention, the government's updated declaration in *Hartkemeyer* regarding one new COVID-19 positive test result for a staff member at USP Terre Haute does not affect their claims here. As explained in the government's opposition to the preliminary injunction, Plaintiffs alleged nothing in their amended complaint about the pandemic's effect on

their access to counsel.  *See* Defs.' Opposition to Motion for Prelim. Injunction at 42 ("Defs.' Opp."), ECF No. 111.  Plaintiffs' assertions that they could contract COVID-19, and that it could cause "lung-related complications" during their executions, *see* Notice at 2, are entirely speculative and provide no basis for injunctive relief, *see* Defs.' Opp. at 43.  If anything, BOP's prompt removal of the only Terre Haute staff member to test positive in recent days confirms the rigor of its virus-containment efforts.

Second, as Plaintiffs informed the court, the Seventh Circuit has explained tonight that claims regarding witnesses' unwillingness to travel due to the pandemic provide no basis to halt an execution.  *See Peterson v. Barr*, slip op., No. 20-2252 (7th Cir. July 12, 2020).  The Seventh Circuit vacated an injunction entered on that basis, deeming the claim "frivolous."  *See id.* at 4, 6.  Plaintiffs' suggestion that this Court should enjoin the execution for which the Seventh Circuit just cleared the way based on generalized concerns regarding the pandemic are meritless; an injunction entered on that basis would warrant immediate vacatur by the appellate courts.

The Court has asked the parties to keep it apprised of relevant developments, and the government accordingly emphasizes to the Court that there are currently no legal impediments to the execution of Daniel Lewis Lee at 4 pm tomorrow.  BOP has undertaken extensive preparations for that execution, including the transportation of contractors and witnesses to Terre Haute, and the United States is ready to carry out the execution in a dignified and humane manner at the scheduled time.  Any "[l]ast-minute" injunction from this or any other court would be wholly improper at this time, both on the merits and the equities (for the reasons the government has explained at length in filings before this Court) and especially on the equities now that the execution is less than 24 hours away.  *Bucklew v. Precythe*, 139 S. Ct. 1112, 1134 (2019); *see id.* (noting that last-minute impediments to scheduled executions should be an "extreme exception").  If the Court intends to issue a ruling on Mr. Lee's motions before his execution, the government repeats its request that the Court do so as quickly as possible on all remaining issues, so that the parties may use whatever limited time remains available to consider pursuing any appropriate appellate review.  If the Court were to enjoin the execution at this point, the government would

immediately seek relief in the D.C. Circuit and the Supreme Court, with the intent to obtain a stay or vacatur in time to carry out the execution as scheduled.

Dated: July 12, 2020

Respectfully submitted,

| | |
|---|---|
| MICHAEL R. SHERWIN<br>Acting United States Attorney | DAVID M. MORRELL<br>Deputy Assistant Attorney General |
| DANIEL F. VAN HORN<br>Civil Chief, U.S. Attorney's Office | PAUL R. PERKINS<br>Special Counsel |
| ALAN BURCH (D.C. Bar 470655)<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>for the District of Columbia<br>Washington, D.C. 20530<br>202-252-2550<br>alan.burch@usdoj.gov | JEAN LIN (NY Bar 4074530)<br>Special Litigation Counsel<br><br> /s/ Cristen C. Handley<br>JONATHAN KOSSAK (D.C. Bar 991478)<br>CRISTEN C. HANDLEY (MO Bar 69114)<br>Trial Attorneys<br>Civil Division<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>(202) 305-2677<br>Jean.lin@usdoj.gov<br>Jonathan.kossak@usdoj.gov<br>Cristen.handley@usdoj.gov<br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 12, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all Plaintiffs' counsel of record (as most recently identified in the signature pages of the Consolidated Amended Complaint, ECF No. 92):

Alan E. Schoenfeld (admitted *pro hac vice*)
Ryan M. Chabot (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8880
Alan.Schoenfeld@WilmerHale.com
Ryan.Chabot@WilmerHale.com

Andres C. Salinas (DC Bar No. 156118)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6289
Andres.Salinas@WilmerHale.com

*Counsel for Wesley I. Purkey*

Joshua C. Toll
D.C. Bar No. 463073 King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders (Bar No. 494471)
Jonathan S. Meltzer (Bar No. 888166546)
Brendan Gants (Bar No. 1031419)
MUNGER, TOLLES & OLSON LLP

1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
(202) 220-1100

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – alex_kursman@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Joseph Luby, Assistant Federal Defender
Federal Community Defender Office, E.D. Pa.
 601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Amy Lentz (DC Bar No. 990095)
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.1320

*Counsel for Plaintiff Orlando Hall*

Scott W. Braden
Assistant Federal Defender
Arkansas Federal Defender Office
Ark Bar Number 2007123
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying (DE #5550)
Andrew Moshos (DE #6685)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, Delaware 19801

(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Jon Jeffress
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
Telephone - 202-640-2850
Email - jjeffress@kaiserdillon.com

Timothy Kane, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – timothy_kane@fd.org
Email – shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

Donald P. Salzman (D.C. Bar No. 479775)
Charles F. Walker (D.C. Bar No. 427025)
Steven M. Albertson (D.C. Bar No. 496249)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

David S. Victorson
Hogan Lovells US LLP
Columbia Square
555 13th Street NW
Washington, DC  20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com

Pieter Van Tol (admitted *pro hac vice*)
Hogan Lovells US LLP

6

390 Madison Avenue
 New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Kathryn L. Clune
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington D.C. 20004-2595
(202) 624-2705
kclune@crowell.com

Harry P. Cohen (pro hac vice application pending)
Michael K. Robles (pro hac vice application pending)
James Stronski (pro hac vice application pending)
Crowell & Moring LLP
590 Madison Avenue New York, NY 10022
(212) 223-4000
(212) 223-4134(fax)
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com


Jon M. Sands (pro hac application to be filed)
Dale A. Baich (pro hac application to be filed)
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
602-382-2816
602-889-3960 (fax)
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
 601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – timothy_kane@fd.org

Email – shawn_nolan@fd.org

*Counsel for Plaintiff Jeffrey Paul*

Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553

*Counsel for Plaintiff James H. Roane, Jr.*

Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
321 E. Second Street
Los Angeles, CA 90012
(213) 894-2854

*Counsel for Plaintiff Julius O. Robinson*

Gerald W. King, Jr. Ga. Bar No. 140981
Jeffrey Lyn Ertel Ga. Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor Richmond,
Virginia 23219
(804) 482-1121
fgerson@dagglaw.com

*Counsel for Richard Tipton, III.*

Evan Miller (DC Bar # 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)
emiller@velaw.com

*Counsel for Bruce Webster*

                                        */s/ Cristen C. Handley*
                                        Attorney for Defendants