**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee & Honken v. Barr*, No. 19-cv-2559<br><br>*Purkey v. Barr*, No. 19-cv-3214<br><br>*Nelson v. Barr, et al.*, 20-cv-557 | Case No. 19-mc-0145 (TSC) |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL**

Plaintiffs Dustin Lee Honken, Daniel Lewis Lee, Keith Dwayne Nelson, and Wesley Ira Purkey (collectively "Plaintiffs") are scheduled to be executed by the Government in the coming days and weeks—indeed, Plaintiff Lee's execution is mere hours away. Following plenary briefing, this Court determined that Plaintiffs established a likelihood of success on the merits of their challenge to the lawfulness of the 2019 Protocol and irreparable harm absent preliminary injunctive relief, and for that reason issued an injunction barring Plaintiffs' executions pursuant to the Protocol. *See* ECF No. 135 ("Op."). Defendants now seek a stay of that injunction, which they admit is governed by the same standard as the motion for preliminary injunctive relief just decided against them. Defendants' motion reprises the same unpersuasive arguments that were raised in opposition to Plaintiffs' preliminary injunction motion and should likewise be rejected.

**STANDARD OF REVIEW**

To justify a stay of the preliminary injunction, Defendants bear the burden of succeeding on factors substantially similar to those this Court has already considered and found to weigh in

1

Plaintiffs' favor: "(1) the moving party's likelihood of success on the merits of its appeal, (2) whether the moving party will suffer irreparable injury, (3) whether issuance of the stay would substantially harm other parties in the proceeding, and (4) the public interest." *Akiachak Native Cmty. v. Jewell*, 995 F. Supp. 2d 7, 12 (D.D.C. 2014) (citing *Wash. Metro. Area Transit Comm'n v. Holiday Tours, Inc.*, 559 F.2d 841, 843 (D.C. Cir. 1977)). A stay pending appeal is available "only under extraordinary circumstances," and Defendants have not met their "heavy burden" to demonstrate that a stay is warranted. *Ruckelshaus v. Monsanto Co.*, 463 U.S. 1315, 1316 (1983) (Blackmun, J., in chambers) (internal quotation marks omitted).

## ARGUMENT

**I.    DEFENDANTS ARE NOT LIKELY TO SUCCEED ON THE MERITS OF THEIR APPEAL.**

The Court correctly held that Plaintiffs are likely to prevail on their claim that the 2019 Protocol is contrary to the Eighth Amendment. As this Court found, the "scientific evidence before the court overwhelmingly indicates that the 2019 Protocol is very likely to cause Plaintiffs extreme pain and needless suffering during their executions." Op. 9. The Protocol therefore "presents a 'substantial risk of serious harm'" in violation of the Eighth Amendment, and "alternative method[s] of execution that will significantly reduce the risk of serious pain" are both "feasible and readily implemented." *Id.* (quoting *Glossip v. Gross*, 135 S. Ct. 2726, 2737 (2015)). In support of that conclusion, this Court considered expert declarations about the effects of pentobarbital and its likelihood of causing flash pulmonary edema—an excruciating drowning sensation caused by foam or froth in the airways—in prisoners who are still sensate or conscious. Op. 9-12. After detailed analysis, this Court credited Plaintiffs' expert. That determination was not clearly erroneous. *See Glossip*, 135 S. Ct. at 2740–41 (reviewing district court's findings

about midazolam's ability to produce a sufficient level of unconsciousness for clear error, and finding the district court did not so err in crediting one expert over another).

Moreover, as this Court explained, there are several readily available, feasible alternatives that the Government could employ to significantly reduce a substantial risk of severe pain. Op. 13-18.

Defendants offer no substantive rejoinders to this Court's findings. They merely repeat in a conclusory fashion that they are likely to succeed on the merits. That does not satisfy the stringent standards for a stay pending appeal.

## II.   THE BALANCE OF HARMS DOES NOT FAVOR A STAY.

Nor does the balance of harms favor staying the preliminary injunction. As this Court found, Plaintiffs would suffer "manifestly irreparable" harm if they are "unable to pursue their remaining claims" and are "executed under a procedure likely to be unconstitutional." Op. 19; *accord FBOP I*, 2019 WL 6691814, at *7. Plaintiffs will suffer the same harm if a stay is granted and the injunction lifted. This Court has already determined that this injury is real and concrete, and "outweighs any potential harm" the Government would purportedly suffer by having to wait until Plaintiffs' claims are resolved to execute them. Op. 22.

Nonetheless, the Government claims that it will be irreparably harmed by any further delay. Not so. As this Court recognized, "the fact that the government waited eight years to establish a new protocol undermines its arguments regarding the urgency and weight of that interest." Op. 20; *accord FBOP I*, 2019 WL 6691814, at *7.

Nor do the supposed practical problems that would result from a delay, ECF. No. 139 at 3 ("Mot."), justify a stay. At bottom, the Government's claim is merely that it has expended resources in preparing to conduct three executions this week. But, just as with the executions scheduled last winter, that is a problem of the Government's own making: Twice, the

Government has elected to scheduled executions knowing full well that substantial questions regarding the protocol's legality remained unresolved. Op. 5; *see In re FBOP*, 955 F.3d at 145 (Rao, J., concurring) ("[I]t will be for the district court to determine, in the first instance, whether the plaintiffs' showing on [their remaining claims] warrants preliminary injunctive relief." (internal quotation marks omitted)). In any event, Defendants' belated claim that pushing back the execution date is costly because of the need to mobilize resources is unpersuasive. *See, e.g.*, *Buchanan v. Evans*, 439 U.S. 1360, 1365 (1978) (Brennan, J., in chambers) (it is well settled that "financial and administrative difficulties" alone do not entitle a party to a stay); *Wisconsin Gas Co. v. FERC*, 758 F.2d 669, 674 (D.C. Cir. 1985) (same). The Government created this emergency by announcing new execution dates while this litigation was pending. It cannot now claim that the administrative burden of delaying the execution constitutes irreparable harm.

Finally, the Government does not even attempt to argue that the public interest counsels in favor of a stay. For good reason. As this Court has explained, "[t]he public interest is not served by executing individuals before they have had the opportunity to avail themselves of legitimate procedures to challenge the legality of their executions." Op. 21 (quoting 2019 Order). To the contrary, the public interest lies in ensuring that agencies act in accordance with law. *Id.*; *see also League of Women Voters*, 838 F.3d at 12. That interest is only heightened in the capital context.

## CONCLUSION

For the foregoing reasons, Defendant's' motion for a stay pending appeal should be denied.

Dated: July 13, 2020

*/s/ Pieter Van Tol*
Pieter Van Tol (admitted *pro hac vice*)
Hogan Lovells US LLP

390 Madison Avenue  
New York, NY 10017  
(212) 918-3000  
(212) 918-3100 (fax)  
pieter.vantol@hoganlovells.com  

David S. Victorson (Bar No. 1027025)  
Kathryn Marshall Ali (Bar No. 994633)  
Danielle Stempel* (admitted *pro hac vice*)  
Hogan Lovells US LLP  
555 13th Street NW  
Washington, DC 20004  
(202) 637-5600  
(202) 637-5910 (fax)  
david.victorson@hoganlovells.com  
kathryn.ali@hoganlovells.com  
danielle.stempel@hoganlovells.com  

*\* Admitted only in Maryland; practice supervised by principals admitted in D.C.*

*Counsel for Plaintiff Daniel Lewis Lee*

*/s/ Alan E. Schoenfeld*  
Alan E. Schoenfeld (admitted *pro hac vice*)  
Wilmer Cutler Pickering Hale and Dorr LLP  
7 World Trade Center  
250 Greenwich Street  
New York, New York 10007  
(212) 230-8800  
Alan.Schoenfeld@WilmerHale.com  

Andres Salinas (DC Bar No. 156118)  
Wilmer Cutler Pickering Hale and Dorr LLP  
1875 Pennsylvania Avenue NW  
Washington, DC 20006  
(202) 663-6289  
Andres.Salinas@WilmerHale.com  

*Counsel for Plaintiff Wesley Purkey*

*/s/ Jon Jeffress*  
Jon Jeffress  
KaiserDillon PLLC  
1099 14th Street NW  
8th Floor West  

5

Washington, DC 20005
(202) 640-2850
jjeffress@kaiserdillon.com

Timothy Kane, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office,
 E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff-Intervenor Dustin Lee Honken*

*/s/ Kathryn L. Clune*
Kathryn L. Clune
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington D.C. 20004-2595
(202) 624-2705
kclune@crowell.com

Harry P. Cohen (*pro hac vice* pending)
Michael K. Robles (*pro hac vice* pending)
James K. Stronski (*pro hac vice* pending)
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
(212) 223-4000
(212) 223-4134 (fax)
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands
Dale A. Baich
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816
(602) 889-3960 (fax)

6

jon_sands@fd.org
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.  Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record.  The names marked with an asterisk (*) have no email provided on the docket or are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 514-7830
Email: Ethan.P.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS LLP
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS LLP
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
VINSON & ELKINS LLP
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
VINSON & ELKINS, L.L.P.(202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0520
Email: shawn.nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

Norman Anderson
KAISER DILLON PLLC
(202) 640-2850
Email: nanderson@kaiserdillon.com

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 658-9300
Email: Jying@mnat.com

Andres C. Salinas
WILMER CUTLER PICKERING HALE & DORR LLP
(202) 663-6289
Email: Andres.Salinas@wilmerhale.com

*Ryan M. Chabot
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513
Email: Ryan.Chabot@wilmerhale.com

Dale Andrew Baich
OFFICE OF THE FEDERAL PUBLIC DEFENDER
(602) 382-2816
Email: Dale_Baich@fd.org

Harry P. Cohen
CROWELL & MORING LLP
(212) 223-4000
Email: hcohen@crowell.com

Michael K. Robles
CROWELL & MORING LLP
(212) 223-4000
Email: mrobles@crowell.com

James Stronski
CROWELL & MORING LLP
(212) 223-4000
Email: jstronski@crowell.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Kathryn Louise Clune
CROWELL & MORING LLP
(202) 624-5116
Email: kclune@crowell.com

Jennifer M. Moreno
OFFICE OF THE PUBLIC FEDERAL DEFENDER, DISTRICT OF ARIZONA
(602) 382-2718
Email: Jennifer_moreno@fd.org

Ginger Dawn Anders
MUNGER, TOLLES & OLSON LLP
(202) 220-1107
Email: Ginger.anders@mto.com

*Jonathan S. Meltzer
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Brendan Gants
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Timothy Kane
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 925-0520

Jeffrey Lyn Ertel
FEDERAL DEFENDER PROGRAM, INC.
(303) 688-7530
Email: Jeff_Ertel@fd.org

Stephen Northup
TROUTMAN SANDERS LLP
(804) 697-1240
Email: steve.northup@troutmansanders.com

| | |
|---|---|
| *Jon M. Sands<br>OFFICE OF THE PUBLIC FEDERAL<br>DEFENDER, DISTRICT OF ARIZONA<br>(602) 382-2816 | Danielle Desaulniers Stempel<br>HOGAN LOVELLS US LLP<br>(202) 804-7798<br>Email: danielle.stempel@hoganlovells.com |
| *Amy Karlin<br>INTERIM FEDERAL PUBLIC DEFENDER<br>(213) 894-2854 | |

                                          */s/ Pieter Van Tol*
                                          Pieter Van Tol (admitted *pro hac vice*)