**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, <br><br> LEAD CASE: *Roane et al. v. Barr* <br><br> THIS DOCUMENT RELATES TO: <br><br> *Lee & Honken v. Barr*, No. 19-cv-2559 <br><br> *Purkey v. Barr*, No. 19-cv-3214 <br><br> *Nelson v. Barr, et al.*, 20-cv-557 | Case No. 19-mc-0145 (TSC) |

## <u>NOTICE</u>

Plaintiffs Dustin Lee Honken, Daniel Lewis Lee, Keith Dwayne Nelson, and Wesley Ira Purkey (collectively "Plaintiffs") respectfully submit this Notice to alert the Court of the decision of the U.S. Court of Appeals for the D.C. Circuit denying the Government's motion for a stay pending appeal of the preliminary injunction entered by this Court on July 13, and deferring consideration of the motion to vacate the preliminary injunction pending further order by that court.  A copy of that order is attached as Exhibit A.  The D.C. Circuit also set an expedited briefing schedule, subject to modification on agreement of the parties, that would have the appeal fully briefed by July 24, 2020.

Dated: July 13, 2020

*/s/ Pieter Van Tol*
Pieter Van Tol (admitted *pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

David S. Victorson (Bar No. 1027025)

Kathryn Marshall Ali (Bar No. 994633)
Danielle Stempel* (admitted *pro hac vice*)
Hogan Lovells US LLP
555 13th Street NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com
kathryn.ali@hoganlovells.com
danielle.stempel@hoganlovells.com

*Admitted only in Maryland; practice
supervised by principals admitted in D.C.*

*Counsel for Plaintiff Daniel Lewis Lee*

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
Alan.Schoenfeld@WilmerHale.com

Andres Salinas (DC Bar No. 156118)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6289
Andres.Salinas@WilmerHale.com

*Counsel for Plaintiff Wesley Purkey*

/s/ Jon Jeffress
Jon Jeffress
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
(202) 640-2850
jjeffress@kaiserdillon.com

Timothy Kane, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office,

E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff-Intervenor Dustin Lee Honken*

*/s/ Kathryn L. Clune*
Kathryn L. Clune
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington D.C. 20004-2595
(202) 624-2705
kclune@crowell.com

Harry P. Cohen (*pro hac vice* pending)
Michael K. Robles (*pro hac vice* pending)
James K. Stronski (*pro hac vice* pending)
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
(212) 223-4000
(212) 223-4134 (fax)
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands
Dale A. Baich
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816
(602) 889-3960 (fax)
jon_sands@fd.org
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

# EXHIBIT A

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 20-5199**                                          **September Term, 2019**

**1:19-mc-00145-TSC**

**Filed On:** July 13, 2020

In re: In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

          Appellees

     v.

William P. Barr, Attorney General, et al.,

          Appellants

**BEFORE:**    Tatel, Griffith, and Millett, Circuit Judges

## <u>O R D E R</u>

Upon consideration of the emergency motion to immediately stay or vacate preliminary injunction barring four federal executions, the opposition thereto, and the reply, it is

**ORDERED** that the emergency motion for a stay pending appeal of the district court's order enjoining plaintiffs' executions be denied and consideration of the motion to vacate be deferred pending further order of the court.

Plaintiffs are four federal death-row inmates.  Just shy of a month ago, the Federal Bureau of Prisons announced that three – Daniel Lewis Lee, Wesley Purkey, and Dustin Lee Honken – would be executed this week, on Monday, Wednesday, and Friday, respectively.  See Notice, In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases ("In re FBOP"), No. 19-mc-145 (D.D.C. June 15, 2020).  It scheduled the execution of the fourth, Keith Dwayne Nelson, for late August.  See id. Four days later, the inmates moved for a preliminary injunction, arguing, among other things, that the government's plan for their executions, the 2019 Protocol, violates the Eighth Amendment's prohibition on "cruel and unusual punishments," U.S. Const. amend. VIII.  See Pls.' Mot. for a Prelim. Inj., In re FBOP, No. 19-mc-145 (D.D.C. June 19, 2020).  This morning, the district court, finding that the inmates were likely to succeed on the merits of their Eighth Amendment claim, enjoined the government from carrying out the executions until further order of that court.  See In re FBOP, No.

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5199**                                              **September Term, 2019**

19-mc-145, slip op. at 22 (D.D.C. July 13, 2020).  The government now seeks a stay of that order to permit it to carry out the executions.

To make out an Eighth Amendment method-of-execution claim, a death-row inmate must show that the government's proposed method carries a "substantial risk of severe pain" that would be "significantly reduce[d]" by adoption of a "feasible and readily implemented alternative method . . . that the [government] has refused to adopt without a legitimate penological reason." Bucklew v. Precythe, 139 S. Ct. 1112, 1125 (2019).  The inmates argued before the district court that the lethal substance the government plans to use to execute them, a large dose of pentobarbital, is likely to cause "flash pulmonary edema," a condition that interferes with breathing, "'produc[ing] sensations of drowning and asphyxiation' [that] result[] in 'extreme pain, terror and panic.'"  In re FBOP, slip op. at 10 (quoting Expert Decl. of Mark Edgar ¶¶ 5, 80).  They further contended that such severe pain would be significantly reduced were the government to instead execute them using either of the alternative methods they proposed, namely, a two-drug protocol composed of an "opioid pain medication . . . such as morphine or fentanyl" plus pentobarbital, or a firing squad.  Id. at 13,15.  In concluding that plaintiffs were likely to succeed on the merits of this claim, the district court, crediting the expert declaration of Dr. Mark Edgar, found that "the majority of inmates executed via pentobarbital injection suffered flash pulmonary edema during the procedure."  Id. at 9-10 (citing Edgar Decl. ¶ 74).  And crediting the declaration of Dr. Gail Van Norman, the district court also found "that it is a 'virtual medical certainty that most, if not all, prisoners will experience excruciating suffering, including sensations of drowning and suffocation' during an execution conducted in accordance with the 2019 Protocol."  Id. at 10 (quoting Expert Decl. of Gail A. Van Norman, M.D. ¶ 18).

In determining whether to grant "the exceptional remedy of a [stay] pending appeal," John Doe Co. v. CFPB, 849 F.3d 1129, 1131 (D.C. Cir. 2017), we consider four factors: "(1) whether the [government] has made a strong showing that [it] is likely to succeed on the merits; (2) whether [the government] will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties; and (4) where the public interest lies," Nken v. Holder, 556 U.S. 418, 434 (2009) (alteration omitted).  At this stage and given the timeframe in which the government requests a ruling, we cannot say that the government has made "a strong showing" that it is "likely to succeed" in demonstrating that the district court abused its discretion in granting the preliminary injunction.  Id. at 434.

To start, the government has not persuaded us that Bucklew v. Precythe, 139 S. Ct. 1112 – which involved different allegations and a summary-judgment, rather than a preliminary-injunction, record – controls this case.  Resolution of the merits of the inmates' claim thus involves "novel and difficult constitutional questions" that require

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-5199**                                    **September Term, 2019**

"the benefit of further factual and legal development." Gordon v. Holder, 721 F.3d 638, 644-45 (D.C. Cir. 2013). The other three factors favor leaving the district court's order untouched. Although "the State and the victims of crime have an important interest in the timely enforcement of a sentence," Bucklew, 139 S. Ct. at 1133, "[a] stay will substantially injure the other parties interested in the proceeding," Nken, 556 U.S. at 434, by subjecting plaintiffs to executions that may violate the Eighth Amendment, see Karem v. Trump, 960 F.3d 656, 667 (D.C. Cir. 2020) (explaining that "prospective violation[s] of . . . constitutional right[s] constitute[] irreparable injury for [equitable-relief] purposes" (internal quotation marks omitted)). Finally, "[t]he public interest is surely served by treating this case with the same time for consideration and deliberation that we would give any case. Just because the death penalty is involved is no reason to take shortcuts – indeed, it is a reason not to do so." Purkey v. United States, No. 19-3318, 2020 WL 3603779, at *11 (7th Cir. July 2, 2020).

We reiterate that our decision is based on the traditional stay factors outlined in Nken v. Holder, 556 U.S. 418. At this stage, we cannot conclude that "the circumstances justify an exercise of [our] discretion" to issue a stay. Id. at 434. We also note that the government's motion to vacate the preliminary injunction merges with its appeal and remains pending. Although there is "substantial overlap between [the stay factors] and the factors governing preliminary injunctions," those factors "are [not] one and the same." Id. The government remains free to advance arguments in support of its motion to vacate the district court's preliminary injunction pursuant to the expedited briefing schedule established below. It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be expedited. It is

**FURTHER ORDERED** that the following briefing schedule, or such other schedule as the parties may agree upon and that is workable for the court, will apply:

| | |
|---|---|
| Appellants' Brief | July 17, 2020 |
| Appellees' Brief | July 22, 2020 |
| Appellants' Reply Brief | July 24, 2020 |

An expedited date for oral argument will be scheduled shortly.

All issues and arguments must be raised by appellants in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5199**                              **September Term, 2019**

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Internal Procedures 43 (2019); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties must hand deliver the paper copies of their briefs to the Clerk's office on the date due.  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**<u>Per Curiam</u>**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 13, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.  Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record.  The names marked with an asterisk (*) have no email provided on the docket or are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 514-7830
Email: Ethan.P.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER,
CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS LLP
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS LLP
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL
DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY
DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
VINSON & ELKINS LLP
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
VINSON & ELKINS, L.L.P.(202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR,
LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER,
EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER
OFFICE, EDPA
(215) 928-0520
Email: shawn.nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL
LLP
(302) 351-9197
Email: Amoshos@mnat.com

Norman Anderson
KAISER DILLON PLLC
(202) 640-2850
Email: nanderson@kaiserdillon.com

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNELL
LLP
(302) 658-9300
Email: Jying@mnat.com

Andres C. Salinas
WILMER CUTLER PICKERING HALE &
DORR LLP
(202) 663-6289
Email: Andres.Salinas@wilmerhale.com

*Ryan M. Chabot
WILMER CUTLER PICKERING HALE &
DORR LLP
(212) 295-6513
Email: Ryan.Chabot@wilmerhale.com

Dale Andrew Baich
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
(602) 382-2816
Email: Dale_Baich@fd.org

Harry P. Cohen
CROWELL & MORING LLP
(212) 223-4000
Email: hcohen@crowell.com

Michael K. Robles
CROWELL & MORING LLP
(212) 223-4000
Email: mrobles@crowell.com

James Stronski
CROWELL & MORING LLP
(212) 223-4000
Email: jstronski@crowell.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE &
DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Kathryn Louise Clune
CROWELL & MORING LLP
(202) 624-5116
Email: kclune@crowell.com

Jennifer M. Moreno
OFFICE OF THE PUBLIC FEDERAL
DEFENDER, DISTRICT OF ARIZONA
(602) 382-2718
Email: Jennifer_moreno@fd.org

Ginger Dawn Anders
MUNGER, TOLLES & OLSON LLP
(202) 220-1107
Email: Ginger.anders@mto.com

*Jonathan S. Meltzer
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Brendan Gants
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Timothy Kane
FEDERAL COMMUNITY DEFENDER
OFFICE, EDPA
(215) 925-0520

Jeffrey Lyn Ertel
FEDERAL DEFENDER PROGRAM, INC.
(303) 688-7530
Email: Jeff_Ertel@fd.org

Stephen Northup
TROUTMAN SANDERS LLP
(804) 697-1240
Email: steve.northup@troutmansanders.com

*Jon M. Sands
OFFICE OF THE PUBLIC FEDERAL
DEFENDER, DISTRICT OF ARIZONA
(602) 382-2816

*Amy Karlin
INTERIM FEDERAL PUBLIC DEFENDER
(213) 894-2854

Danielle Desaulniers Stempel
HOGAN LOVELLS US LLP
(202) 804-7798
Email: danielle.stempel@hoganlovells.com

/s/ Pieter Van Tol
Pieter Van Tol (admitted *pro hac vice*)