# EXHIBIT A

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

*Via Electronic Mail*

July 13, 2020

Jeffrey B. Wall
Acting Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Melissa Patterson
Attorney, Appellate Staff
Civil Division, Room 7230
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Alan Burch
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street NW
Washington, D.C. 20530

Dear Counsel:

As midnight approaches, we write to advise you that it would be unlawful to proceed with the execution of Daniel Lewis Lee under present circumstances.

Title 28 C.F.R. § 26.3(a)(1) provides that, "[i]f the date designated for execution passes by reason of a stay of execution, then a new date *shall be designated* promptly by the Director of the Federal Bureau of Prisons when the stay is lifted."  Title 28 C.F.R. § 26.4(a) further provides that, absent a court order, "the Warden shall notify the prisoner as soon as possible" of a new date "follow[ing] a postponement of fewer than 20 days of a previously scheduled and noticed date of execution."

Once midnight passes, the Government cannot execute Mr. Lee without fully complying with these and any other obligations under applicable law.

Sincerely,
/s/ Pieter Van Tol
Pieter Van Tol
*Counsel for Daniel Lewis Lee*

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers: Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com