IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, <br><br> LEAD CASE: *Roane et al. v. Barr* <br><br> THIS DOCUMENT RELATES TO: <br><br> *Lee v. Barr*, No. 19-cv-2559 | Case No. 19-mc-0145 (TSC) |

**PLAINTIFF DANIEL LEWIS LEE'S EMERGENCY MOTION
FOR RULING ON PENDING CLAIM AND MOTION**

Plaintiff Daniel Lewis Lee ("Lee") respectfully brings this emergency motion for an immediate ruling by the Court on (1) Lee's supplemental claim in connection with Plaintiffs' motion for a preliminary injunction filed on June 19, 2020 (*see* Dkt. #103); and (2) Lee's motion for a preliminary injunction in *Lee v. Barr et al.*, 19-cv-03611.

Immediate relief is urgently needed because the U.S. Supreme Court has vacated the Court's order of yesterday (Dkt. #136) enjoining Defendants from proceeding with the executions of four prisoners under the 2019 Protocol, including Lee. Defendants have indicated that they are prepared to move forward with Lee's execution ***today at 4:00am***. In light of the imminent and irreparable harm that he faces, Lee respectfully requests that the Court immediately issue a ruling on his pending supplemental claim and motion for preliminary injunction.

DATED:   July 14, 2020

*/s/ Pieter Van Tol*
Pieter Van Tol (admitted *pro hac vice*)
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)

1

pieter.vantol@hoganlovells.com

David S. Victorson (Bar No. 1027025)
Danielle D. Stempel (*pro hac vice* pending)
Kathryn Marshall Ali (Bar No. 994633)
Columbia Square
555 13th Street NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com
danielle.stempel@hoganlovells.com
kathryn.ali@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*