**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee & Honken v. Barr*, 19-cv-2559<br><br>*Purkey v. Barr et al.*, 19-cv-3214<br><br>*Nelson v. Barr et al.*, 20-cv-557 | Case No. 19-mc-0145 (TSC) |

**PLAINTIFFS' EMERGENCY NOTICE REQUESTING RULING ON PENDING MOTION**

Plaintiffs Wesley Purkey, Dustin Honken, and Keith Nelson respectfully request that the Court issue a preliminary injunction on the remaining grounds that they asserted in their motion for preliminary injunction (Dkt. #102), and which the Court left unresolved when it issued such relief on Plaintiffs' Eighth Amendment claim (Dkt. #135, 136). Plaintiffs state as follows:

1. On June 1, 2020, following limited discovery as permitted by the Court, all Plaintiffs to the above-captioned action filed an amended complaint regarding the federal execution protocol that was newly announced on July 25, 2019. Dkt. #92.

2. Two weeks later, on June 15, 2020, the Government announced that it had set execution dates against Plaintiffs Lee (for July 13), Purkey (July 15), Honken (July 17), and Nelson (August 28). *See* Dkt. #99.

3. On June 19, 2020, these four Plaintiffs moved the Court for a preliminary injunction concerning the scheduled executions. Dkt. #102. The joint motion asserted four separate grounds for relief: first, that the Government's 2019 Protocol is arbitrary and capricious

under the Administrative Procedure Act; second, that the method described in the Protocol violates the Eighth Amendment's prohibition against cruel and unusual punishment; third, that the Protocol violates the Controlled Substances Act and the Food, Drug and Cosmetic Act is therefore "contrary to law" under the APA; and fourth, that the Protocol violates the Plaintiffs' right to counsel.

4. On July 13, 2020, the Court granted, in part, the joint motion for preliminary injunction. Dkt. #135, 136. The Court granted injunctive relief on the prisoners' Eighth Amendment claim, but it declined to issue a ruling on the remaining three grounds described above. *See* Dkt. #135 at 18.

5. At approximately 2:00 a.m. on July 14, 2020, the Supreme Court vacated this Court's preliminary injunction in a 5-4 decision, holding that the prisoners were not likely to succeed on the merits of their Eighth Amendment claim. *See Barr v. Lee*, --- . S. Ct. ---, No. 20A8, 2020 WL 3964985 (U.S. Jul. 14, 2020).

6. At approximately 8 a.m., Defendants executed Plaintiff Lee despite the pendency of Lee's claims in this Court. *See* Dkt. #102, 103, 143.

7. Following the Supreme Court's vacatur, Plaintiffs' three remaining grounds for preliminary injunctive relief remain pending before this Court. Plaintiffs Purkey, Honken, and Nelson have an overriding interest in ensuring that their meritorious claims are fully and fairly adjudicated before the Government extinguishes those claims by executing the prisoners who assert them. Because Plaintiffs face imminent execution, they respectfully request a ruling on their remaining grounds as promptly as possible.

8. The Court is already familiar with the merits of the Plaintiffs' remaining grounds, as well as with the parties' arguments concerning the appropriateness of a preliminary injunction.

Plaintiffs therefore refer the Court to the previous pleadings of relevance, specifically, Dkt. #102 (motion for preliminary injunction, including proposed order); Dkt. #113-1 (Defendants' opposition to motion for preliminary injunction); Dkt. #118 (reply memorandum in support of motion for preliminary injunction); Dkt. #123 (supplemental affidavit of Gail Van Norman, M.D.); and Dkt. #124 (Defendants' surreply in opposition to motion for preliminary injunction).

9. The Supreme Court's decision in *Lee* does not impair the appropriateness of a preliminary injunction on Plaintiffs' remaining grounds. The Supreme Court addressed the merits only of the prisoners' Eighth Amendment claim, and as Plaintiffs have already explained at length, their remaining claims are not governed by the Eighth Amendment. *See* Dkt. #102 at 10, Dkt. #118 at 1-8. Of particular relevance here, the Supreme Court described the "competing expert testimony" concerning the risk that the Protocol will cause flash pulmonary edema, and that the prisoner will experience the excruciating sense of drowning while still sensate. *Lee*, 2020 WL 3964985 at *2. That fact itself supports the prisoners' claims, as the Administrative Record reflects no consideration of that risk. Regardless of whether the conflicting evidence creates a viable Eighth Amendment claim, the conflict itself underscores the BOP's failure to consider *any* scientific evidence other than its own hand-picked materials that support the Protocol. Defendants have therefore "entirely failed to consider [an] important aspect of the problem," M*otor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co*., 463 U.S. 29, 43 (1983), and their Protocol is arbitrary and capricious. *See* Dkt. #102 at 5-10; Dkt. #118 at 3-4. The Supreme Court's conclusion with respect to the Eighth Amendment has no bearing on that question. *See, e.g.*, *Dep't of Homeland Sec. v. Regents of the Univ. of California*, 140 S. Ct. 1891, 1905 (2020) (holding DACA rescission arbitrary and capricious even though all parties agreed that DHS could lawfully rescind DACA if it followed the correct procedure and considered all important

aspects of the problem); *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, No. 19-431, 2020 WL 3808424, at *25 (U.S. July 8, 2020) (Kagan, J., concurring) ("Even in an area of broad statutory authority—maybe especially there—agencies must rationally account for their judgments."); *Animal Legal Def. Fund, Inc. v. Perdue*, 872 F.3d 602, 619 (D.C. Cir. 2017) ("Agency action may be consistent with the agency's authorizing statute and yet arbitrary and capricious under the APA.").

10. Plaintiffs are mindful of the need to avoid "last-minute stays," *Lee*, 2020 WL 3964985 at *2, which is why they respectfully request that the Court issue a preliminary injunction as immediately as possible. Plaintiffs have acted as promptly as possible. Even though Defendants scheduled execution dates with only a few weeks' notice, Plaintiffs moved for a preliminary injunction four days later. This is not a case, then, in which the Plaintiffs' claims "could have been brought at such a time as to allow consideration of the merits without requiring entry of a stay." *Hill v. McDonough*, 547 U.S. 573, 584 (2006). On the very date that the Government announced the 2019 Protocol, it announced execution dates against Plaintiffs Lee, Purkey, Honken, and two other prisoners. *See* "Federal Government to Resume Capital Punishment After Nearly Two Decade Lapse" (press release, Jul. 25, 2019), available at https://www.justice.gov/opa/pr/federal-government-resume-capital-punishment-after-nearly-two-decade-lapse. By announcing an execution method and execution dates within the same breath, the Defendants guaranteed that the Protocol's legality would be determined in a stay-of execution posture. That posture remains in effect now, and Plaintiffs are not responsible for the fact that Defendants scheduled the most recent execution dates with less than a month's notice. *See* Dkt. #135 at 3 ("The Government is entitled to choose dates, but the court cannot take short

cuts in its obligations in order to accommodate those dates.”).

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court preliminarily enjoin Defendants from proceeding with Plaintiffs’ executions on the basis of the Plaintiffs’ three remaining claims, and that it do so imminently.

DATED: July 14, 2020

/s/ *Alan E. Schoenfeld*
Alan E. Schoenfeld (admitted *pro hac vice*)
Ryan M. Chabot (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
alan.schoenfeld@wilmerhale.com
ryan.chabot@wilmerhale.com

Andres C. Salinas (DC Bar No. 156118)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6289
andres.salinas@wilmerhale.com

*Counsel for Plaintiff Wesley Purkey*

/s/ *Jon Jeffress*
Jon Jeffress
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
Telephone – 202-640-2850
jjeffress@kaiserdillon.com

Timothy Kane, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106

Telephone – 215-928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff-Intervenor Dustin Lee Honken*

/s/ Kathryn L. Clune
Kathryn L. Clune
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington D.C. 20004-2595
(202) 624-2705
kclune@crowell.com

Harry P. Cohen (*pro hac vice* pending)
Michael K. Robles (*pro hac vice* pending)
James K. Stronski (*pro hac vice* pending)
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
(212) 223-4000
(212) 223-4134(fax)
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands
Dale A. Baich
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
602-382-2816
602-889-3960 (fax)
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record. The names marked with an asterisk (*) have no email provided on the docket or are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 514-7830
Email: Ethan.P.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS LLP
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS LLP
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
VINSON & ELKINS LLP
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
VINSON & ELKINS, L.L.P.(202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0520
Email: shawn.nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

Norman Anderson
KAISER DILLON PLLC
(202) 640-2850
Email: nanderson@kaiserdillon.com

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 658-9300
Email: Jying@mnat.com

Andres C. Salinas
WILMER CUTLER PICKERING HALE & DORR LLP
(202) 663-6289
Email: Andres.Salinas@wilmerhale.com

*Ryan M. Chabot
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513
Email: Ryan.Chabot@wilmerhale.com

Dale Andrew Baich
OFFICE OF THE FEDERAL PUBLIC DEFENDER
(602) 382-2816
Email: Dale_Baich@fd.org

Harry P. Cohen
CROWELL & MORING LLP
(212) 223-4000
Email: hcohen@crowell.com

Michael K. Robles
CROWELL & MORING LLP
(212) 223-4000
Email: mrobles@crowell.com

James Stronski
CROWELL & MORING LLP
(212) 223-4000
Email: jstronski@crowell.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Kathryn Louise Clune
CROWELL & MORING LLP
(202) 624-5116
Email: kclune@crowell.com

Jennifer M. Moreno
OFFICE OF THE PUBLIC FEDERAL DEFENDER, DISTRICT OF ARIZONA
(602) 382-2718
Email: Jennifer_moreno@fd.org

Ginger Dawn Anders
MUNGER, TOLLES & OLSON LLP
(202) 220-1107
Email: Ginger.anders@mto.com

*Jonathan S. Meltzer
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Brendan Gants
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Timothy Kane
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 925-0520

Jeffrey Lyn Ertel
FEDERAL DEFENDER PROGRAM, INC.
(303) 688-7530
Email: Jeff_Ertel@fd.org

Stephen Northup
TROUTMAN SANDERS LLP
(804) 697-1240
Email: steve.northup@troutmansanders.com

*Jon M. Sands
OFFICE OF THE PUBLIC FEDERAL DEFENDER, DISTRICT OF ARIZONA
(602) 382-2816

*Amy Karlin
INTERIM FEDERAL PUBLIC DEFENDER
(213) 894-2854

Danielle Desaulniers Stempel
HOGAN LOVELLS US LLP
(202) 804-7798
Email: danielle.stempel@hoganlovells.com

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld