UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, <br><br> LEAD CASE: *Roane, et al. v. Barr* <br><br> THIS DOCUMENT RELATES TO: <br><br> *Lee v. Barr, et al.*, 19-cv-2559 <br><br> *Purkey v. Barr, et al.*, 19-cv-3214 <br><br> *Nelson v. Barr, et al.*, 20-cv-557 | Case No. 19-mc-145 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the court hereby GRANTS Plaintiffs' Motion for a Preliminary Injunction (ECF No. 102).

It is hereby ORDERED that Defendants (along with their respective successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) are enjoined from executing Plaintiffs Wesley Ira Purkey, Dustin Lee Honken, and Keith Dwayne Nelson until further order of this court.

Date:  July 15, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge