UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>Lee v. Barr, 19-cv-2559 | Case No. 19-mc-145 (TSC) |

## OPPOSITION TO EMERGENCY MOTION FOR PRESERVATION OF EVIDENCE

The United States respectfully opposes Plaintiff Lee's emergency motion for preservation of evidence (ECF No. 151). Plaintiff Daniel Lewis Lee was executed yesterday, July 14, 2020, pursuant to his conviction of capital crimes and sentence to death. His instant motion seeks an order to preserve evidence and to dictate certain procedures in any autopsy that is performed on his body. Plaintiff's motion does not explain what remaining legal claims any such evidence could relate to. The complaint in Lee's underlying case (ECF No. 1 in Civ. A. No. 19-2559) and the amended complaint in the consolidated case (ECF No. 92 in 19-mc-145), both seek only injunctive and declaratory relief under the Administrative Procedure Act and the Constitution. All of these claims have become moot with respect to Lee. Accordingly, there is no basis for the implicit assumption that evidence sought to be preserved will likely lead to admissible evidence with respect to any viable remaining claims.

Notably, neither the Emergency Motion (ECF No. 151) nor the related preservation letter (sent minutes before the filing of the motion) asserts or provides evidence that counsel for Lee now represents the estate of Lee and/or whether his estate intends to seek further amendments to

the operative complaint. In the absence of such evidence, the Court cannot grant relief of behalf of Lee's estate.

In any event, Defendants are unaware of any plans for an autopsy of Lee's body. Lee requested that his body be cremated. Due to time constraints in filing this opposition, Defendants may need to supplement this motion later today.

Although Plaintiff's motion cites Rule 35 for authority to order an autopsy, Plaintiff's instant motion requests only particular procedures to be included in any autopsy performed—it does not itself seek to order such an autopsy. (ECF No. 151 at 2) (requesting certain procedures "*if* the Coroner conducts an autopsy of Lee's body.") (emphasis added). Accordingly, this aspect of the motion appears moot.

Finally, it bears noting that discovery of any kind is highly disfavored in APA cases. See, e.g., Menkes v. DHS, 637 F.3d 319, 339 (D.C. Cir. 2011) (holding that "limited extra-record discovery is only appropriate 'when there has been a strong showing of bad faith or improper behavior or when the record is so bare that it prevents effective judicial review.'"). Plaintiff here makes no attempt to demonstrate the necessary showing of bad faith or wholesale incompleteness of the administrative record in this case.

This is sufficient reason to deny Plaintiffs' motion.

For these reasons, Defendants ask the Court to deny Plaintiffs' emergency motion for preservation of evidence.

Dated: July 15, 2020

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
Civil Chief, U.S. Attorney's Office

Respectfully submitted,

DAVID M. MORRELL
Deputy Assistant Attorney General

PAUL R. PERKINS
Special Counsel

/s/ _Alan Burch_  
ALAN BURCH (D.C. Bar 470655)  
Assistant United States Attorney  
U.S. Attorney's Office  
for the District of Columbia  
Washington, D.C. 20530  
202-252-2550  
alan.burch@usdoj.gov  

JEAN LIN (NY Bar 4074530)  
Special Litigation Counsel  
JONATHAN KOSSAK (D.C. Bar 991478)  
CHRISTEN HANDLEY (MO Bar 69114)  
Trial Attorneys  
Civil Division  
Federal Programs Branch  
Civil Division, Department of Justice  
1100 L Street, N.W.  
Washington, D.C. 20005  
(202) 514-3716  
Jean.lin@usdoj.gov  
Jonathan.kossak@usdoj.gov  
Cristen.handley@usdoj.gov  

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020, I caused a true and correct copy of the foregoing Opposition to Emergency Motion for Preservation of Evidence to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs' counsel of record (as most recently identified in the signature pages of the Consolidated Amended Complaint, ECF No. 92):

Alan E. Schoenfeld (admitted *pro hac vice*)
Ryan M. Chabot (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8880
Alan.Schoenfeld@WilmerHale.com
Ryan.Chabot@WilmerHale.com

Andres C. Salinas (DC Bar No. 156118)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6289
Andres.Salinas@WilmerHale.com

*Counsel for Wesley I. Purkey*

Joshua C. Toll
D.C. Bar No. 463073 King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders (Bar No. 494471)

Jonathan S. Meltzer (Bar No. 888166546)
Brendan Gants (Bar No. 1031419)
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
(202) 220-1100

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – alex_kursman@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Joseph Luby, Assistant Federal Defender
Federal Community Defender Office, E.D. Pa.
 601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Amy Lentz (DC Bar No. 990095)
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.1320

*Counsel for Plaintiff Orlando Hall*

Scott W. Braden
Assistant Federal Defender
Arkansas Federal Defender Office
Ark Bar Number 2007123
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying (DE #5550)

2

Andrew Moshos (DE #6685)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Jon Jeffress
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
Telephone - 202-640-2850
Email - jjeffress@kaiserdillon.com

Timothy Kane, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – timothy_kane@fd.org
Email – shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

Donald P. Salzman (D.C. Bar No. 479775)
Charles F. Walker (D.C. Bar No. 427025)
Steven M. Albertson (D.C. Bar No. 496249)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

David S. Victorson
Hogan Lovells US LLP
Columbia Square
555 13th Street NW
Washington, DC  20004

(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com

Pieter Van Tol (admitted *pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
 New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Kathryn L. Clune
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington D.C. 20004-2595
(202) 624-2705
kclune@crowell.com

Harry P. Cohen (pro hac vice application pending)
Michael K. Robles (pro hac vice application pending)
James Stronski (pro hac vice application pending)
Crowell & Moring LLP
590 Madison Avenue New York, NY 10022
(212) 223-4000
(212) 223-4134(fax)
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands (pro hac application to be filed)
Dale A. Baich (pro hac application to be filed)
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
602-382-2816
602-889-3960 (fax)
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

4

Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
 601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – timothy_kane@fd.org
Email – shawn_nolan@fd.org

*Counsel for Plaintiff Jeffrey Paul*


Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553

*Counsel for Plaintiff James H. Roane, Jr.*

Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
321 E. Second Street
Los Angeles, CA 90012
(213) 894-2854

*Counsel for Plaintiff Julius O. Robinson*

Gerald W. King, Jr. Ga. Bar No. 140981
Jeffrey Lyn Ertel Ga. Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

5

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor Richmond,
Virginia 23219
(804) 482-1121
fgerson@dagglaw.com

*Counsel for Richard Tipton, III.*

Evan Miller (DC Bar # 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)
emiller@velaw.com

*Counsel for Bruce Webster*