# United States Court of Appeals
## For The District of Columbia Circuit

**No. 20-5199**  **September Term, 2019**

1:19-mc-00145-TSC

Filed On: July 15, 2020 [1851744]

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

      Appellees

   v.

William P. Barr, Attorney General, et al.,

      Appellants

## M A N D A T E

In accordance with the order of July 15, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

      BY:    /s/
                  Laura M. Chipley
                  Deputy Clerk

Link to the order filed July 15, 2020.

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 20-5199**  September Term, 2019

1:19-mc-00145-TSC

**Filed On:** July 15, 2020

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

James H. Roane, Jr., et al.,

    Appellees

    v.

William P. Barr, Attorney General, et al.,

    Appellants

**O R D E R**

Upon consideration of appellants' motion to vacate the court's briefing order and to dismiss this appeal as moot, and appellees' representation to the court that they do not intend to respond to the motion, it is

**ORDERED** that the briefing schedule entered July 13, 2020, be vacated and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

      BY:    /s/
              Laura Chipley
              Deputy Clerk