UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee v. Barr, et al.*, 19-cv-2559 | Case No. 19-mc-145 (TSC) |

## ORDER

Before the court is Plaintiff Lee's Emergency Motion for Preservation of Evidence (The Motion). (ECF No. 151.) Having considered the Motion, the Motion is GRANTED, and it is hereby ORDERED that, if an autopsy is or has been conducted of Daniel Lewis Lee by the Vigo County Coroner (or other Coroner/Medical Examiner), then the Coroner shall do the following by 12:00 p.m. on July 16, 2020:

- Collect evidence related to pulmonary edema and issues inserting Lee's intravenous line, including that the Coroner or Medical Examiner: weigh the lungs; perform a thorough examination and documentation of any fluid present in the large or small airways, or mouth or nose; identify the IV site(s), note if the catheter was placed intravascularly, and note any extravasation of fluid around the IV; and note any signs of multiple IV attempts.

- Preserve tissues from the brain, liver, and muscle from a location other than from the leg or arm where the IV was set.

Date: July 15, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1