AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Daniel Lewis Lee ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-mc-0145 (TSC) |
| William Barr et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Nelson, Plaintiff          .

Date: 07/15/2020

/s/ Michael K. Robles
*Attorney's signature*

Michael K. Robles
*Printed name and bar number*

CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

*Address*

mrobles@crowell.com
*E-mail address*

(212) 803-4035
*Telephone number*

(212) 223-4134
*FAX number*