**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nelson v. Barr, et al.*, 20-cv-557 | Case No. 19-mc-0145 (TSC) |

## EMERGENCY MOTION FOR PRESERVATION OF EVIDENCE

Plaintiff Keith Nelson respectfully requests an emergency order from this Court directing the Bureau of Prisons ("BOP") to instruct the Vigo County Coroner's Office, and anyone acting on their behalf, to preserve physical evidence related to Wesley Purkey, who is scheduled to be executed by the BOP on July 15, 2020, and Dustin Honken, who is scheduled to be executed by the BOP on July 17, 2020, should those executions be carried out.

1. This evidence is relevant to Mr. Nelson's claim that the protocol creates a substantial risk of serious harm because the administration of pentobarbital causes flash pulmonary edema, in violation of the Eighth Amendment.

2. According to Federal Rule of Civil Procedure 26(d)(1), "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." Under Federal Rule of Civil Procedure 35(a), "[t]he court where the action is pending may order a party whose mental or physical condition—including blood group—is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner. The court has the same authority to

1

order a party to produce for examination a person who is in its custody or under its legal control." Fed. R. Civ. P. 35(a) (emphasis added).

This Court has the authority to order autopsies under Rule 35. *E.g.*, *Belkow v. Celotex Corp.*, No. 89 C 3049, 1989 WL 56976, at *2 (N.D. Ill. May 22, 1989) ("This court concurs with the analysis set forth in In re Certain Asbestos Cases, 112 F.R.D. 427, 432–433 (N.D. Tex. 1986), that upon proper showing Rule 35(a) permits the court to order an autopsy"); Order at 2, *McGehee v. Hutchinson*, No. 17-cv-179 (E.D. Ark. April 28, 2017). Such an order "may be made only on motion for good cause and on notice to all parties and the person to be examined," and "must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it." Fed. R. Civ. P. 35(a)(2).

3. Pursuant to that authority, Mr. Nelson requests the Court to order that if an autopsy is or will be conducted of Wesley Purkey or Dustin Honken by the Vigo County Coroner (or other Coroner/Medical Examiner), then the Coroner shall do the following within 48 hours of the execution:

   a) collect evidence related to pulmonary edema and issues inserting intravenous lines, including that the Coroner or Medical Examiner: weigh the lungs; perform a thorough examination and documentation of any fluid present in the large or small airways, or mouth or nose; identify the IV site(s), note if the catheter was placed intravascularly, and note any extravasation of fluid around the IV; and note any signs of multiple IV attempts; and

   b) preserve tissues from the brain, liver, and muscle from a location other than from the leg or arm where the IV was set.

Mr. Nelson also requests the Court to order the BOP to preserve IV tubing, syringes, and drug vials used in the executions of Purkey and/or Honken, should they be carried out.

      4. Good cause exists for that order. Upon information and belief, Daniel Lee, who was executed by the BOP on July 14, 2020, remained strapped to the gurney with his IV lines in place for over four hours prior to his execution. Media accounts of his death report that Lee "remained strapped to the gurney for about four hours" prior to his death. Tim Evans & Holly V. Hays, 'You're killing an innocent man': Daniel Lewis Lee executed in Terre Haute federal prison, IndyStar (July 14, 2020), https://bit.ly/3gQYeNA. After the drug was administered, Lee "mumbled to himself" and "his chest continued to rise and fall." Elisha Fieldstadt & The Associated Press, First federal execution in 17 years carried out in Indiana after Supreme Court cleared way, NBC News (July 14, 2020), https://nbcnews.to/3ftqC81. Lee's "lips moved like he was blowing bubbles, but nothing came out." Evans & Hays, supra. He also "continued to move his hands and feet periodically" and, at one point, "raised his head and looked around." Lisa Trigg, U.S. executes Daniel Lewis Lee, at Terre Haute prison, first in 17 years, Tribune-Star (July 14, 2020), https://bit.ly/3ewYsaW. As one witness explained, he "seemed to hang onto life for a few minutes." Time Evans, Twitter.com (July 14, 2020), https://bit.ly/30bVyU2. Other media outlets have likewise reported that "[a]s the drug was being administered, Lee raised his head to look around, and his breathing appeared to become labored." Jonathan Allen & Sarah N. Lynch, U.S. carries out first execution in 17 years after overnight Supreme Court ruling, Reuters (July 14, 2020, 8:59am), https://reut.rs/2C2Mf0N. Soon after, "his lips turned blue and his fingers became ashy." *Id.*

      Although more information is not yet available, these and other reports suggest that Lee may have experienced flash pulmonary edema or other complications associated with his

execution. Earlier today this Court ordered the preservation of evidence related to the execution of Mr. Lee (ECF # 158).

Dr. Van Norman, an expert for Plaintiffs, has explained that these samples will be highly relevant to the issues presented in this action; namely, determining whether Purkey and Honken suffered flash pulmonary edema during their executions while sensate and alive. Dr. Van Norman has previously relied on autopsy results in evaluating the likelihood that an inmate would experience flash pulmonary edema after being executed with a single-drug pentobarbital protocol. *See* ECF # 24, App. III. These issues can be exacerbated by improper placement of the intravenous line, among other things. *Id*. at 53.

5. This emergency motion is not meant to encompass all preservation requests that should be kept; it should supplement the ME's normal practice. Plaintiffs may need to supplement this request at a later time.

Because time is of the essence of this motion the movant asks that this Court foreshorten the response time of the Defendants and rule on this motion with haste.

## **CONCLUSION**

For the foregoing reasons, the Court should immediately issue an emergency order for the preservation of evidence.

DATED:   July 15, 2020            /s/ Kathryn L. Clune
                                  Kathryn L. Clune
                                  Crowell & Moring LLP
                                  1001 Pennsylvania Avenue NW
                                  Washington D.C. 20004-2595
                                  (202) 624-2705
                                  kclune@crowell.com

                                  Harry P. Cohen
                                  Michael K. Robles
                                  James K. Stronski (*pro hac vice* pending)
                                  Crowell & Moring LLP

590 Madison Avenue
New York, NY 10022
(212) 223-4000
(212) 223-4134 (fax)
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands
Dale A. Baich
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
602-382-2816
602-889-3960 (fax)
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2020, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.  Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record.  The names marked with an asterisk (*) have no email provided on the docket and are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 616-4171
Email: Ethan.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS LLP
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS LLP
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
VINSON & ELKINS LLP
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
KING & SPALDING LLP (202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221

2

Email: abortnick@kslaw.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Email: mhulkower@steptoe.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0520
Email: shawn.nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-4430
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

| | |
|---|---|
| Norman Anderson<br>KAISER DILLON PLLC<br>(202) 640-2850<br>nanderson@kaiserdillon.com | Alan E. Schoenfeld<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>(212) 937-7294<br>Email: Alan.Schoenfeld@wilmerhale.com |

Norman Anderson
KAISER DILLON PLLC
(202) 640-2850
nanderson@kaiserdillon.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 658-9300
Email: Jying@mnat.com

Kathryn Louise Clune
CROWELL & MORING LLP
(202) 624-5116
kclune@crowell.com

Andres C. Salinas
WILMER CUTLER PICKERING HALE & DORR LLP
(202) 663-6289
Email: Andres.Salinas@wilmerhale.com

Jennifer M. Moreno
OFFICE OF THE PUBLIC FEDERAL DEFENDER, DISTRICT OF ARIZONA
(602) 382-2718
Jennifer_moreno@fd.org

*Ryan M. Chabot
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513

Ginger Dawn Anders
MUNGER, TOLLES & OLSON LLP
(202) 220-1107
Ginger.anders@mto.com

Dale Andrew Baich
OFFICE OF THE FEDERAL PUBLIC DEFENDER
(602) 382-2816
Dale_Baich@fd.org

*Jonathan S. Meltzer
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Brendan Gants
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Timothy Kane
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 925-0520


Dated:  July 15, 2020

*/s/ April Marconi*
April Marconi, Case Manager
CROWELL & MORING, LLP
1001 Pennsylvania, Ave., N.W.
Washington, D.C.  20004-2595
Tel:   (202) 508-8803
Fax:  (202) 628-5116
E-Mail:  amarconi@crowell.com

4