UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the ) <br> Federal Bureau of Prisons' Execution ) <br> Protocol Cases, ) <br> ) <br> LEAD CASE: *Roane et al. v. Barr* ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Lee v. Barr*, 19-cv-2559 ) | Case No. 19-mc-145 (TSC) |

## <u>NOTICE REGARDING BODY OF DANIEL LEWIS LEE</u>

The United States respectfully files this Notice to update the Court regarding the disposition of the body of Daniel Lewis Lee, who was recently executed, in light of the Court's recent order regarding preservation of evidence (ECF No. 158). The Federal Bureau of Prisons ("BOP") has released Lee's body to the county coroner, and BOP understands that the body is currently at a funeral home. BOP has informed the funeral home of the Court's preservation order. BOP has not requested an autopsy, consistent with its internal policies and the fact that Mr. Lee declined to request an autopsy. Undersigned counsel conveyed this information to Mr. Lee's former counsel, as well as the fact that Mr. Lee requested that his body be cremated. (See attached email.) BOP understands that counsel for Mr. Lee emailed the Court's order to two persons at the county coroner's office.

Dated: July 16, 2020                                  Respectfully submitted,

MICHAEL R. SHERWIN                    DAVID M. MORRELL
Acting United States Attorney          Deputy Assistant Attorney General

DANIEL F. VAN HORN                     PAUL R. PERKINS
Civil Chief, U.S. Attorney's Office        Special Counsel

/s/ _Alan Burch_____
ALAN BURCH (D.C. Bar 470655)        JEAN LIN (NY Bar 4074530)
Assistant United States Attorney         Special Litigation Counsel
U.S. Attorney's Office                      JONATHAN KOSSAK (D.C. Bar 991478)
for the District of Columbia             CRISTEN HANDLEY (MO Bar 69114)
Washington, D.C. 20530                 Trial Attorneys
202-252-2550                           Civil Division
alan.burch@usdoj.gov                Federal Programs Branch
                                       Civil Division, Department of Justice
                                       1100 L Street, N.W.
                                       Washington, D.C. 20005
                                       (202) 514-3716
                                       Jean.lin@usdoj.gov
                                       Jonathan.kossak@usdoj.gov
                                       Cristen.handley@usdoj.gov

                                       *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2020, I caused a true and correct copy of the foregoing

Notice Regarding Body of Daniel Lewis Lee to be served on all counsel of record via the Court's

CM/ECF system.  Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs'

counsel of record (as most recently identified in the signature pages of the Consolidated

Amended Complaint, ECF No. 92):


Alan E. Schoenfeld (admitted *pro hac vice*)
Ryan M. Chabot (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8880
Alan.Schoenfeld@WilmerHale.com
Ryan.Chabot@WilmerHale.com

Andres C. Salinas (DC Bar No. 156118)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6289
Andres.Salinas@WilmerHale.com

*Counsel for Wesley I. Purkey*

Joshua C. Toll
D.C. Bar No. 463073 King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders (Bar No. 494471)

Jonathan S. Meltzer (Bar No. 888166546)
Brendan Gants (Bar No. 1031419)
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
(202) 220-1100

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – alex_kursman@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Joseph Luby, Assistant Federal Defender
Federal Community Defender Office, E.D. Pa.
 601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Amy Lentz (DC Bar No. 990095)
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.1320

*Counsel for Plaintiff Orlando Hall*

Scott W. Braden
Assistant Federal Defender
Arkansas Federal Defender Office
Ark Bar Number 2007123
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying (DE #5550)

Andrew Moshos (DE #6685)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Jon Jeffress
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
Telephone - 202-640-2850
Email - jjeffress@kaiserdillon.com

Timothy Kane, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – timothy_kane@fd.org
Email – shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

Donald P. Salzman (D.C. Bar No. 479775)
Charles F. Walker (D.C. Bar No. 427025)
Steven M. Albertson (D.C. Bar No. 496249)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

David S. Victorson
Hogan Lovells US LLP
Columbia Square
555 13th Street NW
Washington, DC  20004

3

(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com

Pieter Van Tol (admitted *pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
 New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Kathryn L. Clune
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington D.C. 20004-2595
(202) 624-2705
kclune@crowell.com

Harry P. Cohen (pro hac vice application pending)
Michael K. Robles (pro hac vice application pending)
James Stronski (pro hac vice application pending)
Crowell & Moring LLP
590 Madison Avenue New York, NY 10022
(212) 223-4000
(212) 223-4134(fax)
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands (pro hac application to be filed)
Dale A. Baich (pro hac application to be filed)
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
602-382-2816
602-889-3960 (fax)
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
 601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – timothy_kane@fd.org
Email – shawn_nolan@fd.org

*Counsel for Plaintiff Jeffrey Paul*


Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553

*Counsel for Plaintiff James H. Roane, Jr.*

Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
321 E. Second Street
Los Angeles, CA 90012
(213) 894-2854

*Counsel for Plaintiff Julius O. Robinson*

Gerald W. King, Jr. Ga. Bar No. 140981
Jeffrey Lyn Ertel Ga. Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor Richmond,
Virginia 23219
(804) 482-1121
fgerson@dagglaw.com


*Counsel for Richard Tipton, III.*

Evan Miller (DC Bar # 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)
emiller@velaw.com

*Counsel for Bruce Webster*

6

**Burch, Alan (USADC)**

| | |
|---|---|
| **From:** | Burch, Alan (USADC) |
| **Sent:** | Thursday, July 16, 2020 3:08 AM |
| **To:** | Van Tol, Pieter |
| **Cc:** | Lin, Jean (CIV) |
| **Subject:** | RE: Daniel Lewis Lee -- Preservation of Evidence |

Hello Pieter,

We saw Judge Chutkan's order on preservation of evidence and that counsel emailed it to two persons at the coroner's office.  BOP released Lee's body on Tuesday to the county coroner after the execution and BOP understands that the body is now with a funeral home.  The Warden has not requested an autopsy.  Knowing that Lee had requested cremation, BOP informed the funeral home of the court's order for preservation.  If you intend to seek an autopsy, you are free to reach out to the coroner and/or funeral home quickly and make any arrangements directly, though we note that Lee designated a person to take possession of his body and he declined to request an autopsy.

Thanks,
Alan

---

**From:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Sent:** Wednesday, July 15, 2020 10:53 AM
**To:** Burch, Alan (USADC) <ABurch1@usa.doj.gov>
**Cc:** Lin, Jean (CIV) <JLin@civ.usdoj.gov>
**Subject:** Daniel Lewis Lee -- Preservation of Evidence
**Importance:** High

Counsel –

Please see the attached letter.

Regards,

**Pieter Van Tol**
Partner

**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017

| | |
|---|---|
| Tel: | +1 212 918 3000 |
| Direct: | +1 212 909 0661 |
| Fax: | +1 212 918 3100 |
| Email: | pieter.vantol@hoganlovells.com |
| | www.hoganlovells.com |

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see
www.hoganlovells.com.


CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.