UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, | ) ) ) ) ) | |
| LEAD CASE: *Roane, et al. v. Barr* | ) ) | Case No. 19-mc-145 (TSC) |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| *Nelson v. Barr, et al.*, 20-cv-557 | ) ) ) | |

## ORDER

Before the court is Plaintiff Keith Nelson's Emergency Motion for Preservation of Evidence (The Motion). (ECF No. 160.) Having considered the Motion, the Motion is GRANTED, and it is hereby ORDERED that, in the event the executions of WESLEY PURKEY or DUSTIN HONKEN are carried out:

(1) the Bureau of Prisons shall preserve all IV tubing, syringes, and drug vials used in those Executions, except for any portion of the IV tubing and entry apparatus that must travel with the body to the coroner because they remain connected to the body of the inmate after execution; and

(2) if an autopsy is or has been conducted of Wesley Purkey or Dustin Honken, then the Coroner shall within 48 hours of their execution:

a) Collect evidence related to pulmonary edema and issues inserting Mr. Purkey's or Mr. Honken's intravenous line, including that the Coroner or Medical Examiner: weigh the lungs; perform a thorough examination and documentation of any fluid present in the large or small airways, or mouth or nose; identify the IV site(s), note if the catheter was

1

placed intravascularly, and note any extravasation of fluid around the IV; and note any signs of multiple IV attempts; and

b) Preserve tissues from the brain, liver, and muscle from a location other than from the leg or arm where the IV was set.

Date: July 16, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge