IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee & Honken v. Barr et al.*, 19-cv-2559<br><br>*Purkey v. Barr et al.*, 19-cv-3214<br><br>*Nelson v. Barr et al.*, 20-cv-557 | Case No. 19-mc-0145 (TSC) |

## PLAINTIFF DUSTIN HONKEN'S EMERGENCY MOTION FOR STAY OF EXECUTION PENDING CROSS-APPEAL

Plaintiff Dustin Honken is scheduled for execution on July 17. Pursuant to Fed. R. Civ. P. 62(d), Fed. R. App. P. 8(a)(1), and 28 U.S.C. § 1651, Mr. Honken respectfully moves the Court to stay his execution pending his cross-appeal of the Court's order partially granting and partially denying his motion for preliminary injunction. *See* Dkt. # 145, 146. Mr. Honken intends to appeal the Court's ruling insofar as it denied a preliminary injunction on the ground that the 2019 Protocol is arbitrary and capricious under the Administrative Procedure Act. *See* Dkt. #145 at 7-10. He therefore seeks a stay of his execution in order to preserve the status quo, so that his appeal may be fully and fairly litigated rather than becoming moot by his execution. "It is well-settled that a court retains the power to grant injunctive relief to a party to preserve the status quo during the pendency of an appeal[.]" *Hawaii Hous. Auth. v. Midkiff*, 463 U.S. 1323, 1324 (1983).

## Background

Counsel assume the Court's familiarity with recent proceedings in this matter, as well as previous litigation on preliminary injunctions. Of relevance here, the Court's order of July 15

1

granted a preliminary injunction on Plaintiffs Purkey, Honken, and Nelson's claim that the 2019 Protocol violates the Food, Drug, and Cosmetic Act. Dkt. #145 at 12-13. The Court also concluded that the balance of relevant factors justified preliminary injunctive relief. *Id.* at 15-18. The Court later declined the Government's request to stay the injunction – *see* Minute Order of July 15, 2020 – and the court of appeals also denied the Government's motion to stay or vacate it. *See In re Federal Bureau of Prisons' Execution Protocol Cases*, No. 20-5206 (D.C. Cir. July 15, 2020). Several hours later, however, the Supreme Court vacated the preliminary injunction on the Government's application. *See Barr v. Purkey*, --- S. Ct. ---, No. 20A10 (U.S. July 16, 2020).

Although Plaintiffs argued the arbitrary-and-capricious claim as an alternative basis for affirming the Court's injunctive relief on the FDCA claim, the arbitrary-and-capricious claim has not been resolved other than by this Court. Specifically, neither the D.C. Circuit nor the Supreme Court addressed the arbitrary-and-capricious claim in yesterday's rulings. That result is unsurprising, and the claim remains viable on Mr. Honken's cross-appeal. *See Sherley v. Sebelius*, 644 F.3d 388, 397-98 (D.C. Cir. 2011) (declining to "uphold[] a preliminary injunction based on a legal theory not embraced by the district court").

## Argument

Stays of execution, preliminary injunctions, and stays pending appeal are governed by similar standards. The propriety of a stay depends on (1) whether the stay applicant has made a strong showing that (s)he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Nken v. Holder*, 556 U.S. 418, 434 (2009); *accord Hill v. McDonough*, 547 U.S. 573, 584 (2006) (likelihood of

success on the merits, relative harm to the parties, absence or presence of procedural delay). Before seeking equitable relief in the appellate court pending an appeal, a party must ordinarily move the district court for the same relief first. *See* Fed. R. App. P. 8(a)(1)(C).

Plaintiff Honken is likely to succeed on the merits of his claim that the 2019 Protocol is arbitrary and capricious. *See* Dkt. #102 at 5-20; Dkt. #118 at 2-8. With respect, Mr. Honken disagrees with the Court's ruling that the APA claim is precluded "by the Supreme Court's holding that, given Defendants' contention that pulmonary edema occurs post-mortem or after the inmate has been rendered insensate, this risk does not justify last-minute judicial intervention." Dkt. #145 at 8 (citing *Barr v. Lee*, --- S. Ct. ---, No. 20A8, 2020 WL 3964985, at *2 (U.S. July 14, 2020)). *Lee* held only that, given the conflicting evidence about pulmonary edema, Plaintiffs had not made the showing required for a preliminary injunction on Eighth Amendment grounds. That holding has no bearing on whether Defendants were obligated to consider the risk of flash pulmonary edema when they made the decision to select pentobarbital as the execution drug. Neither, as a general matter, does the Eighth Amendment have anything to do with whether an agency has "entirely failed to consider [an] important aspect of the problem." *Dep't of Homeland Sec. v. Regents of the Univ. of Cal.*, 140 S. Ct. 1891, 1913 (2020). If the absence of a viable Eighth Amendment claim precluded such an APA inquiry, then APA review itself would be a dead letter.

The remaining factors counsel in favor of a stay, as the Court has already held. Mr. Honken would suffer irreparable harm by being "executed before [his] claims can be fully adjudicated," Dkt. 145 at 15-16, including a claim that his execution would be illegal under the APA. *See* 5 U.S.C. § 706(2) (court must "hold unlawful and set aside" agency action that is "arbitrary, capricious, [or] an abuse of discretion"). The balance of equities also favors a stay. As

3

the Court has explained, (a) the last-minute nature of these proceedings and the resulting costs to the Government are largely of the Defendants' creation by scheduling execution dates as they have, (b) the Government's interest in a prompt execution is diminished by the eight years it spent developing an execution protocol, and (c) Mr. Honken has not delayed his APA claim, and indeed, he first asserted it in his intervention-complaint on Nov. 1, 2019, as well as in his initial motion for preliminary injunction four days later.  Dkt. #29 at 26-34; Dkt. #145 at 16-17.  Otherwise stated, "the potential harm to the government caused by a delayed execution is not substantial, and is far outweighed by the irreparable harm Plaintiffs would face absent an injunction." Dkt. #145 at 17. Finally, Mr. Honken agrees with the Court that "the public interest is not served by executing individuals before they have had the opportunity to avail themselves of the legal process to challenge the legality of their executions." *Id.* at 17.

## Conclusion

For the foregoing reasons, Plaintiff Dustin Honken respectfully moves that the Court stay his scheduled execution pending his cross-appeal of the Court's orders of July 15, 2016 (Dkt. #145, 146).

DATED:  July 16, 2020

/s/ Shawn Nolan
Shawn Nolan, Chief, Capital Habeas Unit
Timothy Kane, Assistant Federal Defender
Federal Community Defender Office for
 the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone – 215-928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record. The names marked with an asterisk (*) have no email provided on the docket or are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 514-7830
Email: Ethan.P.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER,
CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS LLP
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS LLP
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL
DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY
DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
VINSON & ELKINS LLP
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
VINSON & ELKINS, L.L.P.(202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0520
Email: shawn.nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294

Email: Aschmidt@kaiserdillon.com

Norman Anderson
KAISER DILLON PLLC
(202) 640-2850
Email: nanderson@kaiserdillon.com

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 658-9300
Email: Jying@mnat.com

Andres C. Salinas
WILMER CUTLER PICKERING HALE & DORR LLP
(202) 663-6289
Email: Andres.Salinas@wilmerhale.com

*Ryan M. Chabot
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513
Email: Ryan.Chabot@wilmerhale.com

Dale Andrew Baich
OFFICE OF THE FEDERAL PUBLIC DEFENDER
(602) 382-2816
Email: Dale_Baich@fd.org

Harry P. Cohen
CROWELL & MORING LLP
(212) 223-4000
Email: hcohen@crowell.com

Michael K. Robles
CROWELL & MORING LLP
(212) 223-4000
Email: mrobles@crowell.com

James Stronski
CROWELL & MORING LLP
(212) 223-4000
Email: jstronski@crowell.com

Email: Alan.Schoenfeld@wilmerhale.com

Kathryn Louise Clune
CROWELL & MORING LLP
(202) 624-5116
Email: kclune@crowell.com

Jennifer M. Moreno
OFFICE OF THE PUBLIC FEDERAL DEFENDER, DISTRICT OF ARIZONA
(602) 382-2718
Email: Jennifer_moreno@fd.org

Ginger Dawn Anders
MUNGER, TOLLES & OLSON LLP
(202) 220-1107
Email: Ginger.anders@mto.com

*Jonathan S. Meltzer
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Brendan Gants
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Timothy Kane
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 925-0520

Jeffrey Lyn Ertel
FEDERAL DEFENDER PROGRAM, INC.
(303) 688-7530
Email: Jeff_Ertel@fd.org

Stephen Northup
TROUTMAN SANDERS LLP
(804) 697-1240
Email: steve.northup@troutmansanders.com

Danielle Desaulniers Stempel
HOGAN LOVELLS US LLP
(202) 804-7798
Email: danielle.stempel@hoganlovells.com

*Jon M. Sands
OFFICE OF THE PUBLIC FEDERAL
DEFENDER, DISTRICT OF ARIZONA
(602) 382-2816

*Amy Karlin
INTERIM FEDERAL PUBLIC DEFENDER
(213) 894-2854

>*/s/ Shawn Nolan*
> Shawn Nolan