# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-5206**                                   **September Term, 2019**

                                                  1:19-mc-00145-TSC

                                                  **Filed On: July 22, 2020** [1852898]

In re: In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

      Appellees

  v.

William P. Barr, Attorney General, et al.,

      Appellants

## M A N D A T E

    In accordance with the order of July 22, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                      BY:    /s/
                                  Scott H. Atchue
                                  Deputy Clerk

Link to the order filed July 22, 2020

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-5206**  **September Term, 2019**

**1:19-mc-00145-TSC**

**Filed On: July 22, 2020**

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

    Appellees

    v.

William P. Barr, Attorney General, et al.,

    Appellants

------------------------------
Consolidated with 20-5210

## O R D E R

Upon consideration of appellants' motion to dismiss their appeal in No. 20-5206 as moot and to vacate the court's briefing order to the extent that it requires the government to file an opening brief on July 20, 2020, and appellants' representation that appellee Keith Nelson does not oppose this motion, it is

**ORDERED** that the briefing schedule entered in these consolidated cases on July 15, 2020, be vacated and No. 20-5206 be dismissed. It is

**FURTHER ORDERED** that the consolidation of No. 20-5206 with No. 20-5210 be terminated. Cross-appellant Keith Nelson is directed to file a motion to govern further proceedings in No. 20-5210 by July 29, 2020. Failure to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue forthwith the mandate in No. 20-5206.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

     BY:    /s/
            Scott H. Atchue
            Deputy Clerk