AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Daniel Lewis Lee | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-mc-0145 (TSC) |
| William Barr et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Nelson, Plaintiff.

Date: 07/22/2020

/s/ Harry P. Cohen
*Attorney's signature*

Harry P. Cohen
*Printed name and bar number*

CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
*Address*

hcohen@crowel.com
*E-mail address*

(212) 803-4044
*Telephone number*

(212) 223-4134
*FAX number*