IN THE DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the ) <br> Federal Bureau of Prisons' Execution ) <br> Protocol Cases, ) <br> ) <br> LEAD CASE: *Roane et al. v. Barr* ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Vialva v. Barr*, No. 20-1693 ) <br> ) | Case No. 19-mc-145 (TSC) |

## DEFENDANTS' NOTICE REGARDING EXECUTION DATE

      The United States hereby notifies the Court that the Director of the Federal Bureau of Prisons, upon the direction of the Attorney General and in accordance with 28 C.F.R. Part 26, has scheduled the execution of Christopher Andre Vialva for September 24, 2020. Vialva is the plaintiff in a related case who has raised identical claims as Plaintiffs in this consolidate case and has requested that his case be consolidated into this case. *See Vialva v. Barr*, Civ. A. No. 20-1693 (TSC), ECF No. 1 at 4 of 40.

Dated: July 31, 2020                                                                Respectfully submitted,

MICHAEL R. SHERWIN                            DAVID M. MORRELL
Acting United States Attorney                        Deputy Assistant Attorney General

DANIEL F. VAN HORN                             PAUL R. PERKINS
Civil Chief, U.S. Attorney's Office                  Special Counsel

 /s/ Alan Burch                                             JEAN LIN (NY Bar 4074530)
ALAN BURCH, D.C. Bar #470655             Special Litigation Counsel
Assistant United States Attorney                 JONATHAN KOSSAK (D.C. Bar 991478)
U.S. Attorney's Office                                  CRISTEN C. HANDLEY (MO Bar 69114)
for the District of Columbia                        Trial Attorneys
Washington, D.C. 20530                           Civil Division
202-252-2550, alan.burch@usdoj.gov       Federal Programs Branch

Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-3716
Jean.lin@usdoj.gov
Jonathan.kossak@usdoj.gov
Cristen.handley@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs' counsel of record, where counsel noted with (*) are apparently no longer with the identified firms.

| | |
|---|---|
| Joshua Christopher Toll<br>King & Spalding LLP<br>(202) 737-8616<br>Email: jtoll@kslaw.com | Paul F. Enzinna<br>Ellerman Enzinna PLLC<br>(202) 753-5553<br>Email: penzinna@ellermanenzinna.com |
| Charles Anthony Zdebski<br>Eckert Seamans Cherin & Mellott, LLC<br>(202) 659-6605<br>Email: czdebski@eckertseamans.com | Brandon David Almond<br>Troutman Sanders LLP<br>(202) 274-2864<br>Email: brandon.almond@troutmansanders.com |
| Gerald Wesley King, Jr.<br>Federal Defender Program, Inc.<br>(404) 688-7530<br>Email: gerald_king@fd.org | Donald P. Salzman<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(202) 371-7983<br>Email: Donald.salzman@skadden.com |
| Charles Fredrick Walker<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(202) 371-7000<br>Email: Charles.Walker@skadden.com | Steven M. Albertson<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(202) 371-7112<br>Email: Steven.Albertson@skadden.com |
| Celeste Bacchi<br>Office Of The Public Defender<br>Capital Habeas Unit<br>(213) 894-1887<br>Email: celeste_bacchi@fd.org | Craig Anthony Harbaugh<br>Federal Public Defender, Central District Of California<br>(213) 894-7865<br>Email: craig_harbaugh@fd.org |

| | |
|---|---|
| Jonathan Charles Aminoff<br>Federal Public Defender, Central District Of California<br>(213) 894-5374<br>Email: jonathan_aminoff@fd.org | Alexander Louis Kursman<br>Office Of The Federal Community Defender, EDPA<br>(215) 928-0520<br>Email: Alex_Kursman@fd.org |
| Billy H. Nolas<br>Federal Community Defender Office For The EDPA<br>(215) 928-0520<br>Email: Billy_Nolas@fd.org | Kathryn B. Codd<br>Vinson & Elkins, L.L.P.<br>(202) 639-6536<br>Email: kcodd@velaw.com |
| *Jeanne Vosberg Sourgens<br>Vinson & Elkins, L.L.P.<br>(202) 639-6633 | Robert E. Waters<br>Vinson & Elkins, L.L.P.<br>(202) 737-0500<br>Email: rwaters@velaw.com |
| William E. Lawler, III<br>Vinson & Elkins, L.L.P.<br>(202) 639-6676<br>Email: wlawler@velaw.com | Yousri H. Omar<br>Vinson & Elkins, L.L.P.<br>(202) 639-6500<br>Email: yomar@velaw.com |
| Evan D. Miller<br>Vinson & Elkins, L.L.P.<br>(202) 639-6605<br>Email: EMiller@velaw.com | Andres C. Salinas<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>(202) 663-6289<br>Email: Andres.Salinas@wilmerhale.com |
| Margaret O'Donnell<br>(502) 320-1837<br>Email: mod@dcr.net | *William E. Hoffman, Jr.<br>King & Spalding LLP<br>(404) 572-3383 |
| Abigail Bortnick<br>King & Spalding LLP<br>(202) 626-5502<br>Email: abortnick@kslaw.com | Mark Joseph Hulkower<br>Steptoe & Johnson LLP<br>(202) 429-6221<br>Email: mhulkower@steptoe.com |
| Matthew John Herrington<br>Steptoe & Johnson LLP<br>(202) 429-8164<br>Email: mherrington@steptoe.com | Robert A. Ayers<br>Steptoe & Johnson LLP<br>(202) 429-6401<br>Email: rayers@steptoe.com |
| Amy J. Lentz<br>Steptoe & Johnson LLP<br>(202) 429-1320<br>Email: Alentz@steptoe.com | Robert L. McGlasson<br>Mcglasson & Associates, PC<br>(404) 314-7664<br>Email: rlmcglasson@comcast.net |

Gary E. Proctor
Law Offices Of Gary E. Proctor, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
Federal Public Defender, Eastern District Of Arkansas
(501)-324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
Federal Community Defender Office, EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-2061
Hogan Lovells US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
Hogan Lovells US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
Kaiser Dillon, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Jennifer Ying
Morris Nichols Arsht & Tunnell LLP
(302) 351-9243
Email: Jying@mnat.com

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale & Dorr LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Kathryn L. Clune
Crowell & Moring, LLP
(202) 624-2500
Email: KClune@crowell.com

Sean D. O'Brien
Public Interset Litigation Clinic
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
Federal Community Defender Office, EDPA
(215) 928-0528
Email: shawn.nolan@fd.org

Joseph William Luby
Federal Public Defender, EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
Kaiser Dillon, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
Morris Nichols Arsht & Tunnell LLP
(302) 351-9197
Email: Amoshos@mnat.com

*Ryan M. Chabot
Wilmer Cutler Pickering Hale & Dorr LLP
(212) 295-6513

Jennifer M. Moreno
Office of the Public Federal Defender, District of Arizona
(602)382-2718
Email: Jennifer_Moreno@fd.org

Dale A. Baich
Office Of The Federal Public Defender
(602) 382-2816

        Email: Dale_Baich@fd.org

Ginger D. Anders
Munger, Tolles & Olson, LLP
(202) 220-3200
Email: Ginger.Anders@mto.com

      /s/ *Alan Burch*
      ALAN BURCH
      Assistant United States Attorney