## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nelson v. Barr, et al.*, 20-cv-557 | Case No. 19-mc-0145 (TSC) |

## **DECLARATION OF JAMES K. STRONSKI**

Pursuant to 28 U.S.C. § 1746, James K. Stronski declares as follows:

1. I am an attorney with Crowell & Moring LLP and maintain my office at 590 Madison Avenue, 20th Floor, New York, NY 10022.

2. I am an active member in good standing of the state bar of New York (bar number 2292498), and is also admitted to the Supreme Court of the United States, the U.S. District Court for Southern District of New York, the U.S. District Court for Eastern District of New York, the U.S. District Court for the Western District of New York, and the U.S. Court of Appeals for the Federal Circuit.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* to this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership in the District of Columbia Bar pending.

6. I am familiar with the Local Rules of this Court, the provisions of Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

I declare under penalty of perjury that the foregoing is true and correct,

Executed in New York, New York on August 3, 2020.

*/s/ James K. Stronski*
James K. Stronski