# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 20-5210** | **September Term, 2019** |
| | 1:19-mc-00145-TSC |
| | **Filed On: July 31, 2020** [1854553] |

In re: In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

------------------------------
James H. Roane, Jr., et al.,

      Appellees

Wesley Ira Purkey and Keith Nelson,

      Appellants

Bruce Webster, et al.,

      Appellees

Dustin Lee Honken,

      Appellant

    v.

William P. Barr, Attorney General, et al.,

      Appellees

## M A N D A T E

In accordance with the order of July 31, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

               BY:    /s/
                       Laura M. Chipley
                       Deputy Clerk

Link to the order filed July 31, 2020.

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 20-5210**  September Term, 2019

1:19-mc-00145-TSC

**Filed On:** July 31, 2020

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

James H. Roane, Jr., et al.,

    Appellees

Wesley Ira Purkey and Keith Nelson,

    Appellants

Bruce Webster, et al.,

    Appellees

Dustin Lee Honken,

    Appellant

    v.

William P. Barr, Attorney General, et al.,

    Appellees

## O R D E R

Upon consideration of the unopposed motion of cross-appellant Keith Nelson for voluntary dismissal of this appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
              Laura Chipley
              Deputy Clerk