IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nelson v. Barr, et al.*, 20-cv-557 | Case No. 19-mc-0145 (TSC) |

## [PROPOSED] ORDER

Upon consideration of the parties' submissions in connection with Plaintiff Keith Nelson's Emergency Cross-Motion for Summary Judgment on FDCA Causes of Action, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that: (a) the 2019 Execution Protocol and, in particular, Defendants' use of pentobarbital as its execution drug, violates the Food, Drug, and Cosmetic Act, 21 U.S.C. § 301 *et seq.* ("FDCA") and is therefore an agency action that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law" under 5 U.S.C § 706(2)(A) of the Administrative Procedure Act ("APA"); (b) the 2019 Execution Protocol is unlawful and is set aside in accordance with the APA; and (c) Defendants are enjoined from executing Mr. Nelson using pentobarbital not subject to a prescription or otherwise in violation of the FDCA.

Dated:  August __, 2020

_____

U.S. District Judge

=