UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the )<br>Federal Bureau of Prisons' Execution )<br>Protocol Cases, )<br> )<br>LEAD CASE: *Roane et al. v. Barr* ) <br> )<br>THIS DOCUMENT RELATES TO: )<br> )<br>*Roane, et al. v. Barr, et al.*, 05-2337 )<br> ) | Case No. 19-mc-145 (TSC) |

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO DEFER BRIEFING ON DEFENDANTS' MOTION TO VACATE PRELIMINARY INJUNCTIONS PENDING JUDGMENT ON DEFENDANTS' DISPOSITIVE MOTIONS

The United States respectfully opposes Plaintiffs' motion to defer briefing (ECF No. 179) on Defendants' motion to vacate preliminary injunctions (ECF No. 173). Plaintiffs ask the Court to defer briefing on this motion until after the Court rules on Defendants' dispositive motion. Defendants support the Court's current briefing schedule (by Minute Order of August 3, 2020, giving Plaintiffs until August 11, 2020, to file their opposition and Defendants until August 14, 2020, for their reply). Nevertheless, to accommodate Plaintiffs' workload-related concerns, Defendants offered to consent to a schedule that would give Plaintiffs six additional days to file their opposition (August 17, 2020) and Defendants' reply would remain due three days later (August 20, 2020). Defendants asked that Plaintiffs agree to support Defendants' request that the Court rule on their motion to vacate by September 4, 2020. Plaintiffs rejected that accommodation.

In their motion to defer briefing, Plaintiffs explain that writing two briefs over the same period "poses a significant challenge for the seven legal teams" apparently working on the briefs

(ECF No. 179 at 2-3). But Defendants' proposal alleviates these concerns by ensuring that Plaintiffs do not have to brief both the dispositive motion and the instant motion to vacate at the same time. With that concern alleviated, there is no compelling reason why the parties' briefing of the motion to vacate should wait an indefinite period of time. Although Plaintiffs argue that such a delay would allow for a more efficient process (EDF No. 179 at 1-2), this is no justification to indefinitely delay briefing where Defendants request relief from preliminary injunctions that are unsupported by any plausible foundation (ECF No. 173). And in any event, Defendants have already established that the issues presented in the motion to vacate are distinct from the issues presented in the pending dispositive motion, because the prior preliminary injunctions rested on claims that are no longer part of this case (ECF No. 173).

The Court's scheduling order therefore is entirely appropriate and reasonable, and the Court should deny Plaintiffs' motion to defer briefing.

Dated: August 5, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
Civil Chief, U.S. Attorney's Office

/s/ Alan Burch
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
Washington, D.C. 20530
202-252-2550
alan.burch@usdoj.gov

DAVID M. MORRELL
Deputy Assistant Attorney General

PAUL R. PERKINS
Special Counsel

JEAN LIN (NY Bar 4074530)
Special Litigation Counsel
JONATHAN KOSSAK (D.C. Bar 991478)
CRISTEN C. HANDLEY (MO Bar 69114)
Trial Attorneys
Civil Division,
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-3716
Jean.lin@usdoj.gov
Jonathan.kossak@usdoj.gov
Cristen.handley@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.  Pursuant to this Court's August 20, 2019, Order, below is a list of all plaintiffs' counsel of record, where counsel noted with (*) are apparently no longer with the identified firms.

Joshua Christopher Toll
King & Spalding LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
Eckert Seamans Cherin & Mellott, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
Federal Defender Program, Inc.
(404) 688-7530
Email: gerald_king@fd.org

Charles Fredrick Walker
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Celeste Bacchi
Office Of The Public Defender
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
Federal Public Defender, Central District Of California
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas

Paul F. Enzinna
Ellerman Enzinna PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
Troutman Sanders LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Donald P. Salzman
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
Federal Public Defender, Central District Of California
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
Office Of The Federal Community Defender, EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
Vinson & Elkins, L.L.P.

Federal Community Defender Office For The EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

(202) 639-6536
Email: kcodd@velaw.com

*Jeanne Vosberg Sourgens
Vinson & Elkins, L.L.P.
(202) 639-6633

Robert E. Waters
Vinson & Elkins, L.L.P.
(202) 737-0500
Email: rwaters@velaw.com

William E. Lawler, III
Vinson & Elkins, L.L.P.
(202) 639-6676
Email: wlawler@velaw.com

Yousri H. Omar
Vinson & Elkins, L.L.P.
(202) 639-6500
Email: yomar@velaw.com

Evan D. Miller
Vinson & Elkins, L.L.P.
(202) 639-6605
Email: EMiller@velaw.com

Andres C. Salinas
Wilmer Cutler Pickering Hale & Dorr LLP
(202) 663-6289
Email: Andres. Salinas@wilmerhale.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

*William E. Hoffman, Jr.
King & Spalding LLP
(404) 572-3383

Abigail Bortnick
King & Spalding LLP
(202) 626-5502
Email: abortnick@kslaw.com

Mark Joseph Hulkower
Steptoe & Johnson LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Matthew John Herrington
Steptoe & Johnson LLP
(202) 429-8164
Email: mherrington@steptoe.com

Robert A. Ayers
Steptoe & Johnson LLP
(202) 429-6401
Email: rayers@steptoe.com

Amy J. Lentz
Steptoe & Johnson LLP
(202) 429-1320
Email: Alentz@steptoe.com

Robert L. McGlasson
Mcglasson & Associates, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Gary E. Proctor
Law Offices Of Gary E. Proctor, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Sean D. O'Brien
Public Interset Litigation Clinic
(816) 363-2795
Email: dplc@dplclinic.com

Scott Wilson Braden

Shawn Nolan

Federal Public Defender, Eastern District Of Arkansas
(501)-324-6144
Email: Scott_Braden@fd.org
Amy Gershenfeld Donnella
Federal Community Defender Office, EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-2061
Hogan Lovells US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
Hogan Lovells US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
Kaiser Dillon, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Jennifer Ying
Morris Nichols Arsht & Tunnell LLP
(302) 351-9243
Email: Jying@mnat.com

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale & Dorr LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Kathryn L. Clune
Crowell & Moring, LLP
(202) 624-2500
Email: KClune@crowell.com

Ginger D. Anders
Munger, Tolles & Olson, LLP
(202) 220-3200
Email: Ginger.Anders@mto.com

Federal Community Defender Office, EDPA
(215) 928-0528
Email: shawn.nolan@fd.org

Joseph William Luby
Federal Public Defender, EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
Kaiser Dillon, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
Morris Nichols Arsht & Tunnell LLP
(302) 351-9197
Email: Amoshos@mnat.com

*Ryan M. Chabot
Wilmer Cutler Pickering Hale & Dorr LLP
(212) 295-6513

Jennifer M. Moreno
Office of the Public Federal Defender, District of Arizona
(602)382-2718
Email: Jennifer_Moreno@fd.org

Dale A. Baich
Office Of The Federal Public Defender
(602) 382-2816
Email: Dale_Baich@fd.org

/s/ *Alan Burch*

ALAN BURCH
Assistant United States Attorney