**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane, et al. v. Barr, et al.*, 05-2337 | Case No. 19-mc-0145 (TSC) |

**PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO DEFER BRIEFING ON DEFENDANTS' MOTION TO VACATE PRELIMINARY INJUNCTIONS PENDING JUDGMENT ON DEFENDANTS' DISPOSITIVE MOTIONS**

Defendants oppose Plaintiffs' motion to defer briefing on Defendants' motion to vacate the preliminary injunctions on two grounds, both of which lack merit.

First, Defendants argue that Plaintiffs have presented "no compelling reason why the parties' briefing of the motion to vacate should wait an indefinite period of time." *See* ECF No. 181 at 2. But Plaintiffs have not requested that the Court defer briefing for an "indefinite period." Rather, in light of the fact that the Court clearly intends to rule on the dispositive motions on an expedited basis, Plaintiffs have requested that the Court defer briefing on the motion to vacate until the Court resolves the dispositive motions. Furthermore, Defendants' argument that a more efficient process is no justification to delay briefing by a matter of *weeks* cannot be reconciled with the fact that Defendants waited *a year* from the change to the new protocol to suddenly decide that the preliminary injunctions at issue are "unsupported by any plausible foundation." *Id.*

Second, Defendants argue that the issues presented in the motion to vacate are distinct from the issues presented in the pending dispositive motions because the preliminary injunctions "rested on claims that are no longer part of this case." *Id*. This argument is disingenuous. Defendants' argument for vacating the preliminary injunctions is premised in part on their contention that "Plaintiffs cannot establish they are entitled to a preliminary injunction on the basis of their *new amended complaint*." *See* ECF No. 173 at 9 (emphasis added). The overlap between the dispositive motions and the motion to vacate the preliminary injunctions is evident on the face of Defendants' motions. At a minimum, the Court's ruling on the dispositive motions will likely inform its decision on the motion to vacate the injunctions, and it is possible that it will render them moot.

Plaintiffs therefore maintain that a brief postponement of the briefing and ruling on the motion to vacate until after the resolution of the dispositive motions would allow for a more orderly, efficient, and informed adjudication of it. Indeed, Defendants' Opposition appears to concede the significant burden of the current schedule, but offers consent to relief only in exchange for Plaintiffs' acquiescing in Defendants' own desire for haste. Plaintiffs respectfully request that the Court grant their motion to defer briefing.

Respectfully submitted,

Dated: August 5, 2020

*<u>/s/ Amy Lentz</u>*
Amy Lentz (DC Bar No. 990095)
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.1320
alentz@steptoe.com

*Counsel for Plaintiff Orlando Hall*

Joshua C. Toll
D.C. Bar No. 463073
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Evan Miller (DC Bar # 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)
emiller@velaw.com

*Counsel for Bruce Webster*

Donald P. Salzman (D.C. Bar No. 479775)
Charles F. Walker (D.C. Bar No. 427025)
Steven M. Albertson (D.C. Bar No. 496249)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – timothy_kane@fd.org
Email – shawn_nolan@fd.org

*Counsel for Plaintiff Jeffrey Paul*

Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@ellermanenzinna.com

*Counsel for Plaintiff James H. Roane, Jr.*

Gerald W. King, Jr.
Ga. Bar No. 140981
Jeffrey Lyn Ertel
Ga. Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
(804) 482-1121
fgerson@dagglaw.com

*Counsel for Richard Tipton, III*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2020, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record, where counsel noted with (*) are apparently no longer with the identified firms.

Joshua Christopher Toll
King & Spalding LLP
(202) 737-8616
Email: jtoll@kslaw.com

Paul F. Enzinna
Ellerman Enzinna PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Charles Anthony Zdebski
Eckert Seamans Cherin & Mellott, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Brandon David Almond
Troutman Sanders LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Gerald Wesley King, Jr.
Federal Defender Program, Inc.
(404) 688-7530
Email: gerald_king@fd.org

Donald P. Salzman
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Charles Fredrick Walker
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Steven M. Albertson
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Celeste Bacchi
Office Of The Public Defender
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Craig Anthony Harbaugh
Federal Public Defender, Central District Of California
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
Office Of The Federal Community Defender, EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

*Jeanne Vosberg Sourgens
Vinson & Elkins, L.L.P.
(202) 639-6633

Robert E. Waters
Vinson & Elkins, L.L.P.
(202) 737-0500
Email: rwaters@velaw.com

William E. Lawler, III
Vinson & Elkins, L.L.P.
(202) 639-6676
Email: wlawler@velaw.com

Yousri H. Omar
Vinson & Elkins, L.L.P.
(202) 639-6500
Email: yomar@velaw.com

Evan D. Miller
Vinson & Elkins, L.L.P.
(202) 639-6605
Email: EMiller@velaw.com

Andres C. Salinas
Wilmer Cutler Pickering Hale & Dorr LLP
(202) 663-6289
Email: Andres. Salinas@wilmerhale.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

*William E. Hoffman, Jr.
King & Spalding LLP
(404) 572-3383

Abigail Bortnick
King & Spalding LLP
(202) 626-5502
Email: abortnick@kslaw.com

Mark Joseph Hulkower
Steptoe & Johnson LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Matthew John Herrington
Steptoe & Johnson LLP
(202) 429-8164
Email: mherrington@steptoe.com

Robert A. Ayers
Steptoe & Johnson LLP
(202) 429-6401
Email: rayers@steptoe.com

Gary E. Proctor
Law Offices Of Gary E. Proctor, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Sean D. O'Brien
Public Interest Litigation Clinic
(816) 363-2795
Email: dplc@dplclinic.com

Scott Wilson Braden
Federal Public Defender, Eastern District Of Arkansas
(501)-324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
Federal Community Defender Office, EDPA
(215) 928-0520
Email: amy_donnella@fd.org

Shawn Nolan
Federal Community Defender Office, EDPA (215) 928-0528
Email: shawn.nolan@fd.org

Joseph William Luby
Federal Public Defender, EDPA
(215) 928-0520
Email: joseph_luby@fd.org

David Victorson
(202) 637-2061
Hogan Lovells US LLP
Email: David.Victorson@hoganlovells.com

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

John D. Beck
Hogan Lovells US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Jonathan Jeffress
Kaiser Dillon, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Amelia J. Schmidt
Kaiser Dillon, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Andrew Moshos
Morris Nichols Arsht & Tunnell LLP
(302) 351-9197
Email: Amoshos@mnat.com

Jennifer Ying
Morris Nichols Arsht & Tunnell LLP
(302) 351-9243
Email: Jying@mnat.com

*Ryan M. Chabot
Wilmer Cutler Pickering Hale & Dorr LLP
(212) 295-6513

Billy H. Nolas
Federal Community Defender Office For The EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

Kathryn B. Codd
Vinson & Elkins, L.L.P.
(202) 639-6536
Email: kcodd@velaw.com

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale & Dorr LLP (212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Kathryn L. Clune Crowell & Moring, LLP (202) 624-2500
Email: KClune@crowell.com

Ginger D. Anders
Munger, Tolles & Olson,
LLP (202) 220-3200
Email: Ginger.Anders@mto.com

Alan Burch, D.C. Bar #470655
U.S. Attorney's Office
for the District of Columbia
202-252-2550
alan.burch@usdoj.gov

Jean Lin (NY Bar 4074530)
Jonathan Kossak (D.C. Bar 991478)
Cristen C. Handley (MO Bar 69114)
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov
Jonathan.kossak@usdoj.gov
Cristen.handley@usdoj.gov

Jennifer M. Moreno
Office of the Public Federal Defender,
District of Arizona
(602)382-2718
Email: Jennifer_Moreno@fd.org

Dale A. Baich
Office Of The Federal Public
Defender (602) 382-2816
Email: Dale_Baich@fd.org

Robert L. McGlasson
Mcglasson & Associates, PC
(404) 314-7664
Email:rlmcglasson@comcast.net

Jonathan Charles Aminoff
Federal Public Defender, Central District Of
California
(213) 894-5374
Email: jonathan_aminoff@fd.org

Dated: August 5, 2020

/s/ Amy Lentz
Amy Lentz (DC Bar No. 990095)
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.1320
alentz@steptoe.com

*Counsel for Plaintiff Orlando Hall*