# EXHIBIT 1

**WESTERN MICHIGAN UNIVERSITY**
*Homer Stryker M.D.*
**SCHOOL OF MEDICINE**

**MEDICAL EXAMINER AND FORENSIC SERVICES**

| | | | |
|---|---|---|---|
| Decedent: | **Wesley Purkey** | Case: | **N20- 0033** |
| | | Sex: | Male |
| | | Age: | 68 years |

Date Pronounced Dead: July 16, 2020
Date of Exam: July 23, 2020
Time of Exam: 1030 hours
County: Not applicable; private
Forensic Pathologist: Joyce L. deJong, D.O.
Autopsy Procedure: Full

## PRELIMINARY FINDINGS REPORT

**Autopsy Examination Findings:**

I. Severe bilateral acute pulmonary edema
   A. Right lung weight – 1140 grams
   B. Left lung weight – 1160 grams
   C. Frothy pulmonary edema in trachea and mainstem bronchi
II. Intravenous catheters and needle puncture marks
   A. Intravenous catheter – back of right hand near second metacarpal
      i. Grossly visible extravasation of blood, consistent with venous perforation
      ii. No grossly visible evidence of extravasation of administered fluids
   B. Needle puncture, bandaged – back of right hand near fourth metacarpal
      i. Grossly visible extravasation of blood, consistent with venous perforation
      ii. No grossly visible evidence of extravasation of administered fluids
   C. Needle puncture, tape nearby – back of left hand, near fourth metacarpal
      i. No grossly visible evidence of intravascular access
      ii. No grossly visible evidence of extravasation of fluids
III. Atherosclerotic cardiovascular disease
   A. Severe narrowing of proximal left anterior descending coronary artery



Western Michigan University Homer Stryker M.D. School of Medicine
Department of Pathology
300 Portage Street
Kalamazoo, MI 49007
(269) 337-6173
mimedicalexaminer.com

        B. Severe narrowing of distal left anterior descending coronary artery
IV. Pending testing
        A. Complete neuropathology examination by R.J. Castellani, M.D.
        B. Comprehensive toxicology
        C. Microscopic examination

**Reasons for performing an examination:** The decedent, a 68-year-old man, reportedly underwent a judicial execution by lethal injection on July 16, 2020. An autopsy was requested and authorized by the legal next-of-kin. The findings recorded above are not the complete findings from the examination. Additional tests which are pending at the time of this report include toxicology testing, microscopic examination of tissues, and a complete neuropathology examination. This is a preliminary report of the gross findings from the autopsy and when the additional testing is complete, additional findings and the complete description of all findings will be added to a final report.



Joyce L. deJong, D.O.

2020.08.05 16:51:02-04'00