# EXHIBIT 1

| | |
|---|---|
| **From:** | Katherine Siereveld |
| **To:** | Amy Donnella; Elizabeth Luck; George Kouros; Morris Moon; Ruth Friedman |
| **Cc:** | Andrew Sutton; Cory Shepherd; Rob Schalburg |
| **Subject:** | RE: Contact info today |
| **Date:** | Tuesday, July 14, 2020 1:34:02 AM |
| **Attachments:** | Lee memo.pdf |

Please see the attached notice which was just given to Mr. Lee.  The number for the holding cell at the execution facility is 812-238-3388 if you wish to make a call.  He should be out there shortly.

Katherine

Katherine N. Siereveld
Senior Attorney
FCC Terre Haute
4200 Bureau Road North
Terre Haute, Indiana 47802
(812) 238-3476