# EXHIBIT 2

| | |
|---|---|
| **From:** | Katherine Siereveld |
| **To:** | esv@advancechange.org; Michelle Law; Rebecca Woodman; AlanSchoenfeld |
| **Subject:** | Execution notice for Wesley Purkey |
| **Date:** | Thursday, July 16, 2020 2:56:04 AM |
| **Attachments:** | Purkey Letter_1.pdf |

Counsel:

Please see the attached execution notice which was just delivered to Wesley Purkey.

Thank you,

Katherine

Katherine N. Siereveld
Senior Attorney
FCC Terre Haute
4200 Bureau Road North
Terre Haute, Indiana 47802
(812) 238-3476