UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
**In the Matter of the**
**Federal Bureau of Prisons' Execution**        :
**Protocol Cases,**
                                                                  :
**Lead Case:** *Roane et al. v. Barr*           Case No. 19-mc-00145 (TSC)
                                                                  :

**THIS DOCUMENT RELATES TO:**                   :

**James H. Roane, Jr. et al v. William Barr,**
**Case No. 05-2337**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

COMES NOW the undersigned as sponsoring member of the Bar of this Court and pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Alexander C. Drylewski to appear and participate in the proceedings in this Court in the above-referenced action as counsel for Corey Johnson. The grounds for this motion are set forth in the signed declaration of Mr. Drylewski, which is incorporated herein and filed herewith.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia and will be associated with Mr. Drylewski, who is an attorney in the New York office of the law firm at which I work, for this case.

WHEREFORE, for these and other reasons, we respectfully request that the Court grant this motion and enter the order for admission *pro hac vice*.

2

Dated: August 10, 2020

Respectfully submitted,

/s/ Donald P. Salzman

Donald P. Salzman
D.C. Bar Number #479775
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
(202) 371-7983

*Counsel for Plaintiff Corey Johnson*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on August 10, 2020, this motion and the accompanying declaration were filed electronically using the Court's CM/ECF system. Notice of this electronic filing will be sent by e-mail to all parties that are registered users. Parties may access this filing through the Court's CM/ECF system.

Dated: August 10, 2020
　　　　　　　　　　　　　　　　　　　/s/ Donald P. Salzman
　　　　　　　　　　　　　　　　　　　Donald P. Salzman
　　　　　　　　　　　　　　　　　　　D.C. Bar Number #479775
　　　　　　　　　　　　　　　　　　　Skadden, Arps, Slate, Meagher & Flom LLP
　　　　　　　　　　　　　　　　　　　1440 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC 20005-2111
　　　　　　　　　　　　　　　　　　　(202) 371-7983

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Corey Johnson*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x

In the Matter of the
Federal Bureau of Prisons' Execution      :
Protocol Cases,
                                          :
Lead Case: *Roane et al. v. Barr*            Case No. 19-mc-00145 (TSC)
                                          :

THIS DOCUMENT RELATES TO:                 :

James H. Roane, Jr. et al v. William Barr,
Case No. 05-2337
------------------------------------x

## DECLARATION OF ALEXANDER C. DRYLEWSKI IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, ALEXANDER C. DRYLEWSKI, hereby declare:

1. My name, office address, and telephone number are as follows:

   Alexander C. Drylewski
   Skadden, Arps, Slate, Meagher & Flom LLP
   One Manhattan West
   New York, New York 10001
   (212) 735-2129

2. I am admitted and an active member in good standing of the New York State Bar (N.Y. Bar Number 4847844). I am also an active member in good standing of the bars of the United States Court of Appeals for the Second Circuit and the United States District Court for the Southern District of New York.

3. I have never been disciplined by any bar.

4. Within the last two years, I have not been admitted *pro hac vice* in this Court.

5. I am an attorney in the New York office of the law firm at which Donald

3

P. Salzman, the counsel of record in the above-captioned case, practices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of August, 2020.

Alexander C. Drylewski

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
**In the Matter of the**
**Federal Bureau of Prisons' Execution**          :
**Protocol Cases,**

                                            :   Case No. 19-mc-00145 (TSC)

**Lead Case:** *Roane et al. v. Barr*
                                              :

**THIS DOCUMENT RELATES TO:**          :

**James H. Roane, Jr. et al v. William Barr,**
**Case No. 05-2337**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF ALEXANDER C. DRYLEWSKI

Upon consideration of the motion of Donald P. Salzman, D.C. Bar Number 479775, an active member of the bar of this Court, for the admission *pro hac vice* of Alexander C. Drylewski, and for good cause shown, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Alexander C. Drylewski is GRANTED, and that Alexander C. Drylewski be, and hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

      IT IS SO ORDERED.

                                                                                     _____
                                                                                  United States District Judge