UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In the Matter of the
Federal Bureau of Prisons' Execution         :
Protocol Cases,

                                              :

Lead Case; *Roane et al. v. Barr*                     Case No. 19-mc-00145 (TSC)

                                              :

THIS DOCUMENT RELATES TO:         :

James H. Roane, Jr. et al v. William Barr,
Case No. 05-2337

- - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF ALEXANDER C. DRYLEWSKI IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, ALEXANDER C. DRYLEWSKI, hereby declare:

1.     My name, office address, and telephone number are as follows:

Alexander C. Drylewski
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
(212) 735-2129

2.     I am admitted and an active member in good standing of the New York

State Bar (N.Y. Bar Number 4847844).  I am also an active member in good standing

of the bars of the United States Court of Appeals for the Second Circuit and the United

States District Court for the Southern District of New York.

3.     I have never been disciplined by any bar.

4.     Within the last two years, I have not been admitted *pro hac vice* in this

Court.

5.     I am an attorney in the New York office of the law firm at which Donald

3

P. Salzman, the counsel of record in the above-captioned case, practices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of August, 2020.

Alexander C. Drylewski