AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Daniel Lewis Lee | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-mc-0145 (TSC) |
| William Barr et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Nelson, Plaintiff.

Date: 08/12/2020

/s/ Brian J. O'Sullivan
*Attorney's signature*

Brian J. O'Sullivan
*Printed name and bar number*

590 Madison Avenue, 20th Floor
New York, NY  10022

*Address*

bosullivan@crowell.com
*E-mail address*

(212) 803-4056
*Telephone number*

(212) 223-4134
*FAX number*