# EXHIBIT 2

...um

...jection

Ⓒ **II**

RX Only

...ounded:

...from freezing.

...Not for resale.

Lot: 11

Exp Date: 11/25/2020