AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Daniel Lewis Lee | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-mc-0145 (TSC) |
| William Barr et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Nelson, Plaintiff    .

Date: 08/14/2020

/s/ James K. Stronski
*Attorney's signature*

James K. Stronski
*Printed name and bar number*

590 Madison Avenue, 20th Floor
New York, NY  10022

*Address*

jstronski@crowell.com
*E-mail address*

(212) 895-4217
*Telephone number*

(212) 223-4134
*FAX number*