AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Brandon Bernard | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-mc-00145 (TSC) |
| William Barr, et al. | ) | In the Matter of the Federal Bureau of Prisons' |
| *Defendant* | ) | Execution Protocol Cases |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brandon Bernard.

Date: 08/18/2020

/s/ Jonathan S. Meltzer
*Attorney's signature*

Jonathan S. Meltzer, DC Bar No. 888166546
*Printed name and bar number*

Munger, Tolles & Olson LLP
1155 F Street, NW
7th Floor
Washington, DC 20004
*Address*

jonathan.meltzer@mto.com
*E-mail address*

(202) 220-1105
*Telephone number*

(202) 220-2300
*FAX number*