AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Brandon Bernard | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-mc-00145 (TSC) |
| William Barr, et al. | ) | In the Matter of the Federal Bureau of Prisons' |
| *Defendant* | ) | Execution Protocol Cases |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brandon Bernard                                                                                          .

Date:  08/18/2020

/s/ Brendan B. Gants
*Attorney's signature*

Brendan B. Gants, DC Bar No. 1031419
*Printed name and bar number*

Munger, Tolles & Olson LLP
1155 F Street, NW
7th Floor
Washington, DC 20004
*Address*

brendan.gants@mto.com
*E-mail address*

(202) 220-1121
*Telephone number*

(202) 220-2300
*FAX number*