**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,** ) ) ) ) **LEAD CASE:** *Roane et al. v. Barr* ) ) **THIS DOCUMENT RELATES TO:** ) ) *Vialva v. Barr et al.,* **20-cv-1693 (TSC)** ) ) | **Case No. 19-mc-145 (TSC)** |

**PLAINTIFF CHRISTOPHER VIALVA'S RESPONSE TO PLAINTIFF
KEITH NELSON'S EMERGENCY MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff Christopher Vialva, by and through counsel, submits the following response to the Court's Show Cause Order entered August 18, 2020. Counsel are directed to address issues raised by Plaintiff Keith Nelson's *Emergency Motion for Entry of Final Judgment*, document number 196, and the Defendants' opposition to Mr. Nelson's motion, document number 198. For the following reasons, Mr. Vialva does not object to the entry of partial, final judgment as to Count II of the *Amended Complaint*, document number 92.

Mr. Vialva filed a Complaint challenging the Constitutionality of the lethal injection procedures announced by the Defendants. *Complaint*, Case No. 20-CV-01693-TSC, Document No. 1, filed 06/24/2020. The issues and arguments presented by Mr. Vialva were substantively indistinguishable from the contentions presented in the *Amended Complaint* filed in this consolidated action. Accordingly, a Notice was filed identifying Mr. Vilava's civil action as a case related to the instant action. *Notice of Related Case, id.,* Document No. 7, filed 07/09/2020.

A motion to consolidate Mr. Vialva's Complaint with this action was filed and granted. *Order*, Case No. 20-CV-01693-TSC, Document No. 14, filed 08/12/2020. The request for consolidation was based, *inter alia*, on a notice served July 31, 2020 by Defendant Carvajal through Defendant Watson, apparently at the direction of Defendant Barr, advising Mr. Vialva that he will be executed by lethal injection September 24, 2020. No stay has been entered that would forestall Mr. Vialva's execution. Mr. Vialva remains at imminent risk of being executed under the protocol challenged in this action. In this respect, Mr. Vialva's procedural posture is identical to Mr. Nelson's.

During the status conference conducted by telephone August 14, 2020, Mr. Vialva joined in Mr. Nelson's *Emergency Motion to Expedite Trial,* filed July 31, 2020, document number 174. Consistent with that position, Mr. Vialva adopts the arguments advanced in Mr. Nelson's *Emergency Motion for Final Judgment* and joins in his request.

Allowing the opportunity to appeal the Order dismissing Count II of the Amended complaint will afford "timely justice." *Serv. Employees Int'l Union Nat'l Indus, Pension Fund v. Sci. & Commercial Sys. Corp.*, 249 F. Supp. 3d 130, 134-35 (D.D.C. 2017). Mr. Vialva's execution is scheduled for September 24, 2020. Absent an opportunity to seek an expedited appeal of the Order, Mr. Vialva will be executed before the Eighth Amendment claim is fully adjudicated. For the foregoing reasons, Plaintiff Christopher Vialva respectfully joins in Mr. Nelson's request that this Court enter partial, final judgment on Count II of the *Amended Complaint*.

                        Respectfully submitted,

                        /s/ Susan M. Otto
                        SUSAN M. OTTO
                        Okla. Bar #6818 (admitted *pro hac vice*)
                        Federal Public Defender Western District of Oklahoma
                        215 Dean A. McGee Avenue, Suite 109
                        Oklahoma City, OK 73102
                        Telephone (405) 609-5930 Facsimile (405) 609-5932
                        Electronic Mail Service: Susan_Otto@fd.org

                        Michael F. Williams, P.C.
                        KIRKLAND & ELLIS LLP
                        1301 Pennsylvania Avenue, NW
                        Washington, DC 20005
                        Telephone (202) 389-5123 Facsimile (202) 389-5200
                        Electronic Mail Service: mwilliams@kirkland.com

                        *Counsel for Plaintiff Christopher André Vialva*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2020, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record (as most recently identified in the signature pages of the Consolidated Amended Complaint, ECF No. 92):

Alan E. Schoenfeld (admitted *pro hac vice*)
Ryan M. Chabot (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8880
Alan.Schoenfeld@WilmerHale.com
Ryan.Chabot@WilmerHale.com
*Counsel for Wesley I. Purkey*

Andres C. Salinas (DC Bar No. 156118)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6289
Andres.Salinas@WilmerHale.com
*Counsel for Wesley I. Purkey*

Joshua C. Toll
D.C. Bar No. 463073 King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net
*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders (Bar No. 494471)
Jonathan S. Meltzer (Bar No. 888166546)
Brendan Gants (Bar No. 1031419)
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
(202) 220-1100
*Counsel for Plaintiff Brandon Bernard*

Alex Kursman, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email - alex_kursman@fd.org
*Counsel for Plaintiff Alfred Bourgeois*

Joseph Luby, Assistant Federal Defender
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email - joseph_luby@fd.org
*Counsel for Plaintiff Chadrick Fulks*

Amy Lentz (DC Bar No. 990095)
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429 .1320
*Counsel for Plaintiff Orlando Hall*

Scott W. Braden
Assistant Federal Defender
Arkansas Federal Defender Office
Ark Bar Number 2007123
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying (DE #5550)
Andrew Moshos (DE #6685)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9300
jying@mnat.com
amoshos@mnat.com
*Counsel for Plaintiff Norris G. Holder, Jr.*

Jon Jeffress
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
Telephone - 202-640-2850
Email - jjeffress@kaiserdillon.com
*Counsel for Plaintiff Dustin Lee Honken*
Timothy Kane, Assistant Federal Defender

5

Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email - timothy_ kane@fd.org
Email- shawn_nolan@fd.org
*Counsel for Plaintiff Dustin Lee Honken*

Donald P. Salzman (D.C. Bar No. 479775)
Charles F. Walker (D.C. Bar No. 427025)
Steven M. Albertson (D.C. Bar No. 496249)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com
*Counsel for Plaintiff Corey Johnson*

David S. Victorson
Hogan Lovells US LLP
Columbia Square
555 13th Street NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com

Pieter Van Tol (admitted *pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com
*Counsel for Plaintiff Daniel Lewis Lee*

Kathryn L. Clune
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington D.C. 20004-2595
(202) 624-2705
kclune@crowell.com

Harry P. Cohen (pro hac vice application pending)
Michael K. Robles (pro hac vice application pending)
James Stronski (pro hac vice application pending)
Crowell & Moring LLP
590 Madison Avenue New York, NY 10022
(212) 223-4000   (212) 223-4134(fax)
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands (pro hac application to be filed)
Dale A. Baich (pro hac application to be filed)
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
602-382-2816
602-889-3960 (fax)
dale_ baich@fd.org
jennifer _ moreno@fd.org
*Counsel for Plaintiff Keith Nelson*

Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email - timothy_ kane@fd.org
Email - shawn _ nolan@fd.org
*Counsel for Plaintiff Jeffrey Paul*

Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
*Counsel for Plaintiff James H Roane, Jr.*

Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
321 E. Second Street
Los Angeles, CA 90012
(213) 894-2854
*Counsel for Plaintiff Julius O. Robinson*

Gerald W. King, Jr. Ga. Bar No. 140981
Jeffrey Lyn Ertel Ga. Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530   (fax) 404-688-0768
Gerald_King@fd.org  Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor Richmond,
Virginia 23219
(804) 482-1121
fgerson@dagglaw.com
*Counsel for Richard Tipton, III*

Evan Miller (DC Bar # 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)
emiller@velaw.com
*Counsel for Bruce Webster*

Jean Lin
Jonathan Kossak
Christen C. Handley
Trial Attorneys
Civil Division
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, DC 20005
Jean.lin@usdoj.gov
Jonathan.kossak@usdoj.gov
Cristen.handley@usdoj.gov
*Counsel for Defendants*

                                        /s/Susan M. Otto
                                        Counsel for Christopher André Vialva