IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Case No. 19-mc-0145 (TSC) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO VACATE PRELIMINARY INJUNCTIONS**

Plaintiffs Battle, Hall, Johnson, Paul, Roane, Tipton, and Webster respectfully move for leave of Court to file the attached surreply in opposition to Defendants' motion to vacate preliminary injunctions, for the following reasons:

1. On July 31, 2020, Defendants moved to vacate the preliminary injunctions that the Court entered in favor of Plaintiffs Battle, Hall, Johnson, Paul, Roane, Tipton, and Webster. *See* ECF No. 173. Defendants invoked Fed. R. Civ. P. 60(b)(5) and 60(b)(6) as the sole authority for their motion. *Id.* at 6.

2. In arguing that these provisions of Rule 60 allow a court to modify a preliminary injunction when faced with significant changes in fact or law, Defendants did not argue that a

lesser showing was required for Rule 60 motions that seek to modify preliminary injunctions than for those that seek to modify final judgments. *Id.* at 6-7.

3. The affected Plaintiffs filed an opposition to Defendants' motion on August 17, 2020. *See* ECF No. 197. The opposition argued that motions to vacate pursuant to Rule 60(b)(5) and 60(b)(6) require a showing of "extraordinary circumstances," including the moving party's diligent and timely conduct both before and after the events that the party invokes as a basis for modifying the court's ruling, and that Defendants could not make that showing. *Id.* at 6-9.

4. Defendants filed a reply in support of their motion on August 20, 2020, which argued, for the first time, that Rules 60(b)(5) and 60(b)(6) are governed by lesser standards in the preliminary injunction context, requiring a showing of "changed circumstances" only, with "extraordinary circumstances" required only for final judgments. ECF No. 208 at 2, 6.

5. The filing of a surreply is justified when, as here, "the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply," *Lewis v. Rumsfeld*, 154 F.Supp.2d 56, 61 (D.D.C. 2001). Unless allowed a surreply, Plaintiffs will have no opportunity to contest Defendants' novel contention that their motion is exempt from the "extraordinary circumstances" requirement that otherwise governs motions pursuant to Rules 60(b)(5) and 60(b)(6), simply because they seek to vacate a non-final order.

6. Undersigned counsel has conferred with opposing counsel, who states that the Government will oppose the filing of a surreply.

WHEREFORE, for all of the foregoing reasons, Plaintiffs Battle, Hall, Johnson, Paul, Roane, Tipton, and Webster respectfully request that the Court GRANT them leave to file the attached surreply in opposition to Defendants' motion to vacate preliminary injunctions (ECF No. 173).

Dated:  August 25, 2020          Respectfully submitted,

                                            */s/ Shawn Nolan*
                                            Shawn Nolan, Chief, Capital Habeas Unit
                                            Federal Community Defender Office, E.D. Pa.
                                            601 Walnut Street, Suite 545 West
                                            Philadelphia, PA 19106
                                            (215) 928-0520
                                            shawn_nolan@fd.org
                                            timothy_kane@fd.org

                                            *Counsel for Plaintiff Jeffrey Paul*

Alex Kursman, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone – 215-928-0520
Email – alex_kursman@fd.org

*Counsel for Plaintiff Alfred Bourgeois*


Joseph Luby, Assistant Federal Defender
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone – 215-928-0520
Email – joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

3

Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553

*Counsel for Plaintiff James H. Roane, Jr.*


Joshua C. Toll
D.C. Bar No. 463073
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*


Amy Lentz (DC Bar No. 990095)
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.1350
Email - alentz@steptoe.com

*Counsel for Plaintiff Orlando Hall*

Donald P. Salzman (D.C. Bar No. 479775)
Charles F. Walker (D.C. Bar No. 427025)
Steven M. Albertson (D.C. Bar No. 496249)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*


Gerald W. King, Jr.
Ga. Bar No. 140981
Jeffrey Lyn Ertel
Ga. Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
(804) 482-1121
fgerson@dagglaw.com

*Counsel for Plaintiff Richard Tipton, III*

Evan Miller (DC Bar # 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)
emiller@velaw.com

*Counsel for Plaintiff Bruce Webster*

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record. The names marked with an asterisk (*) have no email provided on the docket and are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 616-4171
Email: Ethan.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Alexander C. Drylewski
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(212) 735-2129
Email: Alexander.Drylewski@skadden.com
(*pro hac vice application forthcoming)

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS LLP
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS LLP
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
VINSON & ELKINS LLP
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
KING & SPALDING LLP (202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0520
Email: shawn_nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-4430
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

| | |
|---|---|
| Norman Anderson<br>KAISER DILLON PLLC<br>(202) 640-2850<br>nanderson@kaiserdillon.com | Kathryn Louise Clune<br>CROWELL & MORING LLP<br>(202) 624-5116<br>kclune@crowell.com |
| Jennifer Ying<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>(302) 658-9300<br>Email: Jying@mnat.com | Jennifer M. Moreno<br>OFFICE OF THE PUBLIC FEDERAL DEFENDER, DISTRICT OF ARIZONA<br>(602) 382-2718<br>Jennifer_moreno@fd.org |
| Andres C. Salinas<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>(202) 663-6289<br>Email: Andres.Salinas@wilmerhale.com | Ginger Dawn Anders<br>MUNGER, TOLLES & OLSON LLP<br>(202) 220-1107<br>Ginger.anders@mto.com |
| *Ryan M. Chabot<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>(212) 295-6513 | *Jonathan S. Meltzer<br>MUNGER, TOLLES & OLSON LLP<br>(202) 220-1100 |
| Dale Andrew Baich<br>OFFICE OF THE FEDERAL PUBLIC DEFENDER<br>(602) 382-2816<br>Dale_Baich@fd.org | *Brendan Gants<br>MUNGER, TOLLES & OLSON LLP<br>(202) 220-1100 |
| | Timothy Kane<br>FEDERAL COMMUNITY DEFENDER OFFICE, EDPA<br>(215) 928-0520<br>Email: timothy_kane@fd.org |

Dated: August 25, 2020               */s/ Shawn Nolan*
                                     Shawn Nolan
                                     Chief, Capital Habeas Unit
                                     Federal Community Defender Office, E.D. Pa.
                                     601 Walnut Street, Suite 545 West
                                     Philadelphia, PA 19106
                                     (215) 928-0520
                                     shawn_nolan@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the ) <br> Federal Bureau of Prisons' ) <br> Execution Protocol Cases ) <br> ) <br> LEAD CASE: *Roane et al. v.* ) <br> *Barr* ) <br> ) <br> ) <br> THIS DOCUMENT ) <br> RELATES TO: ) <br> ) <br> ALL CASES | Case No. 19-mc-0145 (TSC) |

**PLAINTIFFS' SURREPLY IN OPPOSITION TO DEFENDANTS'
MOTION TO VACATE PRELIMINARY INJUNCTIONS**

In opposing Defendants' motion to vacate the preliminary injunctions at issue, the seven Plaintiffs argued that a movant seeking relief under Fed. R. Civ. P. 60(b)(5) and 60(b)(6) must show "extraordinary circumstances" justifying modification or vacatur. *See* ECF No. 197 at 6-9 (citing, among other authorities, *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 864 (1988); *Gonzalez v. Crosby*, 545 U.S. 524, 535 (2005); and *SEC v. Bilzeria*n, 815 F. Supp. 2d 324, 328 (D.D.C. 2011)). In reply, Defendants argue for the first time that "extraordinary circumstances" are required *only* to modify a final judgment, and not to modify a preliminary injunction. *See* ECF No. 208 at 2, 6.

1

Defendants are mistaken.

***First***, courts routinely enforce the "extraordinary circumstances" requirement when considering whether to modify a preliminary injunction under Rules 60(b)(5) and 60(b)(6). *See, e.g.*, *Continental Service Group, Inc. v. United States*, Nos. 17-449, 17-499, 17-493, 17-517, 17-578, 17-558, 17-633, 2017 WL 4926842 at *10 (Fed. Ct. Cl. Oct. 31, 2017) ("Nothing in the Government's May 19, 2017 Motion To Vacate Preliminary Injunction presented 'extraordinary circumstances' to 'justif[y] relief' under RCFC 60(b)(6)") (quoting *Liljeberg*, 486 U.S. at 864)); *FTC v. Roca Labs, Inc.*, No. 8:15-cv-2231-T-35TBM, 2017 WL 11002077 at *4 (M.D. Fla. Apr. 13, 2017) ("I fail to find any extraordinary circumstances that require vacating the Preliminary Injunction Freezing Assets under the catch-all provision of Rule 60(b)(6)."); *Angiodynamics, Inc. v. Biolitec AG*, 780 F.3d 420, 425 (1st Cir. 2015) ("exceptional circumstances" required to vacate preliminary injunction).

***Second***, the authorities cited by Defendants do not distinguish motions attacking final judgments from those targeting non-final injunctions, and not one of Defendants' cases purports to exempt a motion to modify an injunction from Rule 60(b)'s general requirement that the movant show "extraordinary circumstances." *See* ECF No. 208 at 2-3. In *SEC v. Vision Commc'ns, Inc.*, No. Civ. A. No. 94-0615 CRR, 1995 WL 109037 (D.D.C. Mar. 6, 1995), for example, this Court stated that a preliminary injunction "may" be dissolved when intervening circumstances "*eviscerate* the justification" for the injunction's entry. *Id.* at *2 (emphasis added). But the "extraordinary circumstances" requirement was not mentioned in that case or the others cited, and the fact that changed circumstances "may" permit a court to dissolve a preliminary injunction does not suggest that no other requirements apply.

***Third***, Defendants' argument that mere "changed circumstances" justify Rule 60(b) relief is undercut by the cases Defendants cited in their Motion to Vacate. ECF No. 173 at 6-8. These

2

cases make clear that to prevail on a motion to vacate a preliminary injunction, the moving party mush establish that a "*significant* change" in circumstances renders the injunction "detrimental to the public interest." *Gov't of Province of Manitoba v. Zinke*, 849 F.3d 1111, 1117 (D.C. Cir. 2017) (emphasis added); *Doe 2 v. Shanahan*, 755 F. App'x 19, 22 (D.C. Cir. 2019) (also noting that on a motion to dissolve a preliminary injunction, the D.C. Circuit "do[es] not consider the propriety of the underlying order, but limit[s] [its] review to the new material presented with respect to the motion to dissolve."). Defendants have not satisfied their own standard, even if it were the applicable one. They have not shown a "significant" change of circumstances amounting to an "evisceration" of those that justified the initial injunctions, so that the injunctions affirmatively harm the public interest. Plaintiffs' due process claim, for example, survived Defendants' abandonment of their earlier protocol, and it was strengthened by the more secretive 2019 Protocol as well as Defendants' actions in carrying it out. *See Roane v. Leonhart*, 741 F.3d 147, 150 (D.C. Cir. 2014); ECF No. 197 at 10-15; ECF No. 184 at 14-18.

*Fourth*, there is no basis in the text of Rule 60 for applying different standards to Rule 60(b) motions for relief from judgment and Rule 60(b) motions for relief from another court order. *See* FED. R. CIV. P. 60. The Rule simply states that "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding" for one of the reasons enumerated in the Rule. *Id.*

*Fifth*, Defendants' claim that they are exempt from this Circuit's presumptive three-month time limit for seeking Rule 60(b) relief – *see* ECF No. 208 at 6 – fails for the same reasons explained above. Defendants cite no authority establishing any such carve-out for non-final injunctive orders, and that is because Defendants fail more generally to show that a motion to vacate a preliminary injunction is exempt from Rule 60(b)'s requirement of "extraordinary circumstances." Moreover, even if *some* differential treatment were arguably justified in the

3

context of a preliminary injunction, it would not excuse the Defendants' consistently laggard conduct in this matter over many years – including their repeated failures to assert the same legal rights that they now ask the Court to reanimate, the passage of eight years' time without finalizing any execution protocol, and the additional thirteen months' delay between announcing the current protocol and belatedly moving to vacate the seven injunctions. *See* ECF No. 197 at 6-10.

The motion to vacate should be denied.

Dated:   August 25, 2020                                              Respectfully submitted,

*/s/ Shawn Nolan*
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
shawn_nolan@fd.org
timothy_kane@fd.org

*Counsel for Plaintiff Jeffrey Paul*

Alex Kursman, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone – 215-928-0520
Email – alex_kursman@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Joseph Luby, Assistant Federal Defender
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone – 215-928-0520
Email – joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553

*Counsel for Plaintiff James H. Roane, Jr.*


Joshua C. Toll
D.C. Bar No. 463073
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*


Amy Lentz (DC Bar No. 990095)
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.1350
Email - alentz@steptoe.com

*Counsel for Plaintiff Orlando Hall*

Donald P. Salzman (D.C. Bar No. 479775)
Charles F. Walker (D.C. Bar No. 427025)
Steven M. Albertson (D.C. Bar No. 496249)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*


Gerald W. King, Jr.
Ga. Bar No. 140981
Jeffrey Lyn Ertel
Ga. Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
(804) 482-1121
fgerson@dagglaw.com

*Counsel for Plaintiff Richard Tipton, III*

5

Evan Miller (DC Bar # 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)
emiller@velaw.com

*Counsel for Plaintiff Bruce Webster*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record. The names marked with an asterisk (*) have no email provided on the docket and are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 616-4171
Email: Ethan.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

(404) 688-7530
Email: gerald_king@fd.org

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Alexander C. Drylewski
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(212) 735-2129
Email: Alexander.Drylewski@skadden.com
(*pro hac vice application forthcoming)

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS LLP
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS LLP
(202) 639-6605

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
VINSON & ELKINS LLP
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
KING & SPALDING LLP (202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221

Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP

Email: mhulkower@steptoe.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0520
Email: shawn_nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-4430
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

(212) 918-3000  
Email: john.beck@hoganlovells.com

Amelia J. Schmidt  
KAISER DILLON, PLLC  
(202) 869-1301  
Email: Aschmidt@kaiserdillon.com

Norman Anderson  
KAISER DILLON PLLC  
(202) 640-2850  
nanderson@kaiserdillon.com

Jennifer Ying  
MORRIS NICHOLS ARSHT & TUNNELL LLP  
(302) 658-9300  
Email: Jying@mnat.com

Andres C. Salinas  
WILMER CUTLER PICKERING HALE & DORR LLP  
(202) 663-6289  
Email: Andres.Salinas@wilmerhale.com

*Ryan M. Chabot  
WILMER CUTLER PICKERING HALE & DORR LLP  
(212) 295-6513

Dale Andrew Baich  
OFFICE OF THE FEDERAL PUBLIC DEFENDER  
(602) 382-2816  
Dale_Baich@fd.org

Alan E. Schoenfeld  
WILMER CUTLER PICKERING HALE & DORR LLP  
(212) 937-7294  
Email: Alan.Schoenfeld@wilmerhale.com

Kathryn Louise Clune  
CROWELL & MORING LLP  
(202) 624-5116  
kclune@crowell.com

Jennifer M. Moreno  
OFFICE OF THE PUBLIC FEDERAL DEFENDER, DISTRICT OF ARIZONA  
(602) 382-2718  
Jennifer_moreno@fd.org

Ginger Dawn Anders  
MUNGER, TOLLES & OLSON LLP  
(202) 220-1107  
Ginger.anders@mto.com

*Jonathan S. Meltzer  
MUNGER, TOLLES & OLSON LLP  
(202) 220-1100

*Brendan Gants  
MUNGER, TOLLES & OLSON LLP  
(202) 220-1100

Timothy Kane  
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA  
(215) 928-0520  
Email: timothy_kane@fd.org

Dated: August 25, 2020

*/s/ Shawn Nolan*  
Shawn Nolan  
Chief, Capital Habeas Unit  
Federal Community Defender Office, E.D. Pa.  
601 Walnut Street, Suite 545 West  
Philadelphia, PA 19106  
(215) 928-0520  
shawn_nolan@fd.org