UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | Case No. 19-mc-145 (TSC) |

### ORDER

Consistent with the court's Memorandum Opinion (ECF No. 213), Plaintiff Keith Nelson's Emergency Cross-motion for Summary Judgment (ECF No. 180) is hereby GRANTED IN PART. The motion is GRANTED as to Count XI of the Amended Complaint (ECF No. 92) but DENIED as to Count X and to the alleged violations of the Food, Drug, and Cosmetics Act (FDCA) in Count VIII. The government's motion for summary judgment (ECF No. 170) is hereby GRANTED as to Count X and Count VIII (as to the FDCA allegations therein) of the Amended Complaint for all Plaintiffs.[1]

Pursuant to Fed. R. Civ. P. 54(b), the court hereby enters PARTIAL FINAL JUDGMENT for the Defendants, on Count X and Count VIII (as to the FDCA allegations therein) of the Amended Complaint for all Plaintiffs. The court hereby enters PARTIAL FINAL JUDGMENT for Keith Nelson as to Count XI.

Date:  August 27, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

---

[1] The government's omnibus motion (ECF Nos. 169, 170) as to Counts I, III, IV, V, VI, VII, VIII (excluding alleged violations of the FDCA), and IX of the amended complaint remain outstanding. Plaintiff Norris Holder's applied Eighth Amendment claim also remains outstanding. (ECF No. 94).