UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Holder v. Barr*, 19-cv-3520 | )<br>)<br>)<br>)<br>)<br>)   Case No. 19-mc-145 (TSC)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the court is Plaintiff Norris Holder's Emergency Motion for Preservation of Evidence (the Motion). (ECF No. 219.) Having considered the Motion—and in consideration of the fact that the court has granted two similar motions in this case (*see* ECF Nos. 158, 163)—the Motion is GRANTED, and it is hereby ORDERED that, in the event the execution of KEITH NELSON is carried out:

1) the Bureau of Prisons shall preserve all IV tubing, syringes, needles, and drug vials used in the execution, except for any portion of the IV tubing and entry apparatus that must travel with the body to the coroner because they remain connected to the body of the inmate after execution; and

2) if an autopsy is or has been conducted of Keith Nelson, then the Coroner shall within 48 hours of his execution:

   a. Collect evidence related to pulmonary edema and issues inserting Mr. Nelson's intravenous line, including that the Coroner or Medical Examiner: weigh the lungs; perform a thorough examination and documentation of any fluid present in the large or small airways, or mouth or nose; identify the IV site(s), note if the

1

    catheter was placed intravascularly, and note any extravasation of fluid around the IV; and note any signs of multiple IV attempts.

b. Preserve tissues from the brain, liver, and muscle from a location other than from the leg or arm where the IV was set.

Date: August 28, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge