**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, | |
| LEAD CASE: *Roane et al. v. Barr* | Case No. 19-mc-0145 (TSC) |
| THIS DOCUMENT RELATES TO: | |
| *Nelson v. Barr, et al.*, 20-cv-557 | |

**PLAINTIFF KEITH NELSON'S NOTICE OF RULING AND REQUEST TO CLARIFY AND/OR AMEND ORDER AND ISSUE NEW INJUNCTION**

Plaintiff Keith Nelson, by and through counsel, submits this notice of ruling by the D.C. Circuit and requests the relief described below.

By Memorandum and Order dated August 27, 2020 (Dist. Ct. Dkt. No. 213, the "Order"), this Court granted (in part) Mr. Nelson's cross-motion for summary judgment on Count XI of the Amended Complaint. This Court held that "the government's use of pentobarbital under the Protocol is contrary to law because it violates the" Food, Drug, and Cosmetic Act ("FDCA"), (Order at 1) and "enjoin[ed] Defendants from executing Keith Nelson until they have met the requirements of the FDCA." *Id.* at 13.

On the same day (yesterday), the Government filed an emergency motion in the D.C. Circuit asking that court to stay or vacate the Order. By *per curiam* Order dated August 27, 2020, a three-judge Panel of the D.C. Circuit granted the Government's motion "that the permanent injunction be vacated." Case No. 20-5260, Doc. No. 1858770. The D.C. Circuit granted the motion based on its finding that the Order "fails to comply with Fed. R. Civ. P. 65(d) in that, inter alia, there are insufficient findings and conclusions that irreparable injury will result from the statutory violation found by the district court." *Id.* The D.C. Circuit also

=

directed the Clerk "to issue the mandate forthwith to the district court." *Id*. The formal mandate has now issued and has been entered. Case No. 20-5260, Doc. No. 1858772.

While Mr. Nelson does not wish to presume what this Court was thinking in issuing the Order, it seems self-evident and implicit in the Order that Mr. Nelson would suffer irreparable injury by being executed illegally by using drugs that do not comply with the FDCA. After all, as the Court duly noted, "the 'core' legislative purpose of the FDCA is to ensure that a 'drug' is 'safe and effective for its intended use,'" "[v]iolations of the FDCA carry 'the risk that the drug[s] will not function as intended,'" and "a lethal injection drug that does not function as intended may 'result in conscious suffocation, pain, and cardiac arrest." Order at 6-7 (citations omitted).

Moreover, the compounded drug that the Government will use to execute Mr. Nelson is not approved by FDA and its use, as this Court has ruled, would be in violation of law, *i.e.*, the labeling requirements, approval requirements and manufacturing and distribution requirements of the FDCA. *Id*. at 9. These requirements, among other things, require that approved drugs have expiration dates established by scientific stability studies to avoid the risks of sub-potent drugs. This is no mere academic exercise and has real world implications to Mr. Nelson's execution because the Administrative Record here lacks a completed stability study or data that would support the Government's claim that their compounded drugs have a one-year shelf life. Indeed, the limited potency testing in the Administrative Record – far from supporting stability for one-year – demonstrates that after only a couple of months the compounded drug was not stable and sub-potent when stored at elevated temperatures and at room temperature it was

already at the low end of acceptable potency with potency being lost on a monthly basis.[1] Mr. Nelson faces irreparable injury if executed with the administration of a drug both without the benefit of prescription (and thus physician involvement) and without the benefit of using an approved (not compounded) drug – and the labeling, approval and manufacturing quality requirements that apply to approved drugs – including, among other things, a scientifically established expiration date.

By flagrantly violating the FDCA, the Government has admittedly failed to satisfy their "responsibility to comply with federal statutes enacted to ensure that the drugs operate humanely." *Id.* at 8.

In any event, time is of the essence.  Mr. Nelson is scheduled to be executed today at 4:00 pm.  Accordingly, Mr. Nelson respectfully requests that this Court, as expeditiously as possible: (1) clarify or amend the Order pursuant to Fed. R. Civ. P. 60(a) (or issue a new order) to include specific findings and conclusions concerning the irreparable injury that will result from the statutory violation found by this Court; and (2) enjoin the Government from executing Mr. Nelson until they have met the requirements of the FDCA.

---

[1] The only testing of compounded drug under any storage conditions that the Government has referenced in the Administrative Record took place no more than two or three months after any stability work may have begun in or about May 2019 (i) July 1, 2019 room temperature potency testing with a low end passing result (95.5% in passing potency range of 92% to 108%) (AR 1011), (ii) July 10, 2019 elevated temperature potency testing with failing potency result (90.8% in a passing potency range of 92% to 108%) (AR 1013), (iii) August 21, 2019 room temperature potency testing showing a reduced potency from the July test (94.6% as compared with the earlier 95.5% and in a passing potency range of 92% to 108%) (AR 1014), and (iv) August 21, 2019 elevated temperature potency testing with a very low end passing result (92.2% in passing potency range of 92% to 108%) (AR 1015).

Dated: August 28, 2020   Respectfully submitted,

*/s/ Harry P. Cohen*
Harry P. Cohen (admitted *pro hac vice*)
Michael K. Robles (admitted *pro hac vice*)
James K. Stronski (admitted *pro hac vice*)
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
(212) 223-4000
(212) 223-4134(fax)
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Kathryn L. Clune
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington D.C. 20004-2595
(202) 624-2705
kclune@crowell.com

Jon M. Sands
Dale A. Baich
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
602-382-2816
602-889-3960 (fax)
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.  Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record.  The names marked with an asterisk (*) have no email provided on the docket and are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 616-4171
Email: Ethan.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER,
CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS LLP
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS LLP
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL
DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY
DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
VINSON & ELKINS LLP
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
KING & SPALDING LLP (202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221

2

Email: abortnick@kslaw.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR,
LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER,
EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Email: mhulkower@steptoe.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER
OFFICE, EDPA
(215) 928-0520
Email: shawn.nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-4430
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL
LLP
(302) 351-9197
Email: Amoshos@mnat.com

3

Norman Anderson
KAISER DILLON PLLC
(202) 640-2850
nanderson@kaiserdillon.com

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNELL
LLP
(302) 658-9300
Email: Jying@mnat.com

Andres C. Salinas
WILMER CUTLER PICKERING HALE &
DORR LLP
(202) 663-6289
Email: Andres.Salinas@wilmerhale.com

*Ryan M. Chabot
WILMER CUTLER PICKERING HALE &
DORR LLP
(212) 295-6513

Dale Andrew Baich
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
(602) 382-2816
Dale_Baich@fd.org

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE &
DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Jennifer M. Moreno
OFFICE OF THE PUBLIC FEDERAL
DEFENDER, DISTRICT OF ARIZONA
(602) 382-2718
Jennifer_moreno@fd.org

Ginger Dawn Anders
MUNGER, TOLLES & OLSON LLP
(202) 220-1107
Ginger.anders@mto.com

*Jonathan S. Meltzer
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Brendan Gants
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Timothy Kane
FEDERAL COMMUNITY DEFENDER
OFFICE, EDPA
(215) 925-0520

Dated:  August 28, 2020

/s/ April Marconi
April Marconi, Case Manager
CROWELL & MORING, LLP
1001 Pennsylvania, Ave., N.W.
Washington, D.C.  20004-2595
Tel:   (202) 508-8803
Fax:   (202) 628-5116
E-Mail:  amarconi@crowell.com

4