# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-5260**                  **September Term, 2019**

                                                 1:19-mc-00145-TSC

                             **Filed On: August 27, 2020** [1858772]

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

        Appellees

    v.

William P. Barr, Attorney General, et al.,

        Appellants

### M A N D A T E

In accordance with the order of August 27, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                             BY:    /s/
                                                 Michael C. McGrail
                                                 Deputy Clerk

Link to the order filed August 27, 2020

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-5260**　　　　　　　　　　　　　**September Term, 2019**

**1:19-mc-00145-TSC**

**Filed On:** August 27, 2020

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

    Appellees

    v.

William P. Barr, Attorney General, et al.,

    Appellants

    **BEFORE:**　　Pillard, Wilkins, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion to stay or vacate and the opposition thereto, it is

**ORDERED** that the motion be granted and that the permanent injunction be vacated, as it fails to comply with Fed. R. Civ. P. 65(d) in that, inter alia, there are insufficient findings and conclusions that irreparable injury will result from the statutory violation found by the district court.  See, e.g., eBay Inc. v. MercExchange, L.L.C., 547 U.S. 388, 391 (2006); Withrow v. Larkin, 421 U.S. 35, 44-45 (1975).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:　　/s/
        Michael C. McGrail
        Deputy Clerk