AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES<br>*Plaintiff*<br>v.<br>*Defendant* | )<br>)<br>)  Case No. 1:19-mc-00145-TSC<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COREY JOHNSON .

Date: 8/28/2020

/s/ Alexander C. Drylewski
*Attorney's signature*

Alexander C. Drylewski
*Printed name and bar number*

Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001

*Address*

alexander.drylewski@skadden.com
*E-mail address*

(212) 735-2129
*Telephone number*

(917) 777-2129
*FAX number*