IN THE DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
                                                    )
In the Matter of the                                )
Federal Bureau of Prisons' Execution                )
Protocol Cases,                                     )
                                                    )
LEAD CASE: *Roane et al. v. Barr*                   )       Case No. 19-mc-145 (TSC)
                                                    )
                                                    )
THIS DOCUMENT RELATES TO:                           )
                                                    )
ALL CASES                                           )
_____)

**DEFENDANTS' NOTICE OF FIFTH SUPPLEMENT
TO THE ADMINISTRATIVE RECORD**

On August 30, 2019, pursuant to this Court's minute order of August 15, 2019 and Local

Civil Rule 7(n)(1), Defendants filed a certified list of the contents of the Administrative Record

in this litigation.  ECF No. 4.  Defendants filed a notice of supplementation of the Administrative

Record on October 25, 2019, *see* ECF No. 20, and, pursuant to this Court's minute order of

November 12, 2019, Defendants filed the supplemented Administrative Record on the public

docket on November 13, 2019.  *See* ECF No. 39.  Thereafter, Defendants filed three more

supplements also on the public docket.  *See* ECF No. 69 (Second Supplement); ECF No. 97

(Third Supplement); and ECF No. 171 (Fourth Supplement).

The Administrative Record contains the early results of a 365-day shelf-life study

conducted by an independent laboratory to determine the shelf-life of the compounded

pentobarbital to be used by the Federal Bureau of Prisons ("BOP") in carrying out federal

executions pursuant to BOP's lethal injection protocol.  *See* AR992-1015.  The time study has

been completed.  The Government hereby supplements the Administrative Record with the

results of that time study at room temperature and at elevated temperatures.  The supplement includes the summaries of the time study results at room temperature (AR1140-41) and at elevated temperature (AR1142); the results at 180 days at room temperature (AR1143) and at elevated temperature (AR1144); the results at 270 days at room temperature (AR1145);[1] the results at 365 days at room temperature (AR1146) and at elevated temperature (AR1147); and two memoranda from the compounding pharmacy extending the expiration date from 270 days to 365 days for two separate batches of pentobarbital the pharmacy had compounded (AR1148-49).

Defendants also file herewith a fifth amended certified list of the contents of the Administrative Record.

---

[1] No test was done by the independent laboratory at 270 days at elevated temperature.

Dated:  September 7, 2020
Respectfully submitted,


MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
Civil Chief, U.S. Attorney's Office

ALAN BURCH (D.C. Bar 470655)
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
Washington, D.C. 20530
202-252-2550
alan.burch@usdoj.gov

DAVID M. MORRELL
Deputy Assistant Attorney General

PAUL R. PERKINS
Special Counsel

JEAN LIN (NY Bar 4074530)
Special Litigation Counsel

 _/s/ Jonathan D. Kossak_____
JONATHAN D. KOSSAK
(D.C. Bar 991478)
CRISTEN C. HANDLEY
(MO Bar 69114)
BRADLEY P. HUMPHREYS
(D.C. Bar 099057)
Trial Attorneys
Civil Division
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-0612
Jonathan.kossak@usdoj.gov
Cristen.handley@usdoj.gov
Bradley.humphreys@usdoj.gov


*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.  Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs' counsel of record (as most recently identified in the signature pages of the Consolidated Amended Complaint, ECF No. 92):

Alan E. Schoenfeld (admitted *pro hac vice*)
Ryan M. Chabot (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8880
Alan.Schoenfeld@WilmerHale.com
Ryan.Chabot@WilmerHale.com

Andres C. Salinas (DC Bar No. 156118)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6289
Andres.Salinas@WilmerHale.com

*Counsel for Wesley I. Purkey*

Joshua C. Toll
D.C. Bar No. 463073 King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders (Bar No. 494471)
Jonathan S. Meltzer (Bar No. 888166546)
Brendan Gants (Bar No. 1031419)

MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
(202) 220-1100

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – alex_kursman@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Joseph Luby, Assistant Federal Defender
Federal Community Defender Office, E.D. Pa.
 601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Amy Lentz (DC Bar No. 990095)
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.1320

*Counsel for Plaintiff Orlando Hall*

Scott W. Braden
Assistant Federal Defender
Arkansas Federal Defender Office
Ark Bar Number 2007123
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying (DE #5550)
Andrew Moshos (DE #6685)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP

2

1201 N. Market St.
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Jon Jeffress
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
Telephone - 202-640-2850
Email - jjeffress@kaiserdillon.com

Timothy Kane, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – timothy_kane@fd.org
Email – shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

Donald P. Salzman (D.C. Bar No. 479775)
Charles F. Walker (D.C. Bar No. 427025)
Steven M. Albertson (D.C. Bar No. 496249)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

David S. Victorson
Hogan Lovells US LLP
Columbia Square
555 13th Street NW
Washington, DC  20004
(202) 637-5600
(202) 637-5910 (fax)

3

david.victorson@hoganlovells.com

Pieter Van Tol (admitted *pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
 New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Kathryn L. Clune
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington D.C. 20004-2595
(202) 624-2705
kclune@crowell.com

Harry P. Cohen (pro hac vice application pending)
Michael K. Robles (pro hac vice application pending)
James Stronski (pro hac vice application pending)
Crowell & Moring LLP
590 Madison Avenue New York, NY 10022
(212) 223-4000
(212) 223-4134(fax)
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands (pro hac application to be filed)
Dale A. Baich (pro hac application to be filed)
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
602-382-2816
602-889-3960 (fax)
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.

601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – timothy_kane@fd.org
Email – shawn_nolan@fd.org

*Counsel for Plaintiff Jeffrey Paul*

Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553

*Counsel for Plaintiff James H. Roane, Jr.*

Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
321 E. Second Street
Los Angeles, CA 90012
(213) 894-2854

*Counsel for Plaintiff Julius O. Robinson*

Gerald W. King, Jr. Ga. Bar No. 140981
Jeffrey Lyn Ertel Ga. Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor Richmond,
Virginia 23219
(804) 482-1121
fgerson@dagglaw.com


*Counsel for Richard Tipton, III.*

Evan Miller (DC Bar # 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)
emiller@velaw.com

*Counsel for Bruce Webster*


                    */s/ Jonathan Kossak*
                    Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

LEAD CASE: *Roane et al. v. Barr*

THIS DOCUMENT RELATES TO:

ALL CASES

No. 1:19-mc-00145-TSC

## CERTIFICATION OF FIFTH AMENDED INDEX TO ADMINISTRATIVE RECORD

Pursuant to 28 U.S.C. § 1746, I, Jeffrey E.E. Toenges, declare and state as follows:

1. I am an Assistant General Counsel at the Federal Bureau of Prisons (BOP), Office of
   General Counsel, in Washington, D.C.  I have been employed with BOP since September
   2016, and have been employed as an attorney in the Federal Government for over 28
   years.

2. I am responsible for the compilation of the Administrative Record regarding the revised
   BOP Federal Execution Protocol.

3. I certify that the attached fifth amended index is a true and accurate list of materials that
   comprise the Administrative Record.

   I declare under penalty of perjury that the above information is true and correct to the
   best of my belief.

Executed on:  9-4-20

*Jeffrey E.E. Toenges*
Jeffrey E.E. Toenges

# FIFTH AMENDED INDEX TO ADMINISTRATIVE RECORD

|  | Document Type | Brief Description | Bates Numbers |
|---|---|---|---|
| 1. | Administrative Record Summary | Summary of BOP single drug protocol | 0001 - 0006 |
| 2. | Georgia Lethal Injection Protocol | State lethal injection protocol | 0007 - 0019 |
| 3. | Idaho Lethal Injection Protocol | State lethal injection protocol | 0020 - 0069 |
| 4. | Missouri Lethal Injection Protocol | State lethal injection protocol | 0070 - 0071 |
| 5. | South Dakota Lethal Injection Protocol | State lethal injection protocol | 0072 - 0082 |
| 6. | Texas Lethal Injection Protocol | State lethal injection protocol | 0083 - 0091 |
| 7. | State-by-state lethal injection summary from the Death Penalty Information Center website, https://deathpenaltyinfo.org/lethal-injection | Summary of state lethal injection protocols | 0092 - 0105 |
| 8. | Internal talking points summarizing: The State of Florida lethal injection protocol evolution | Summary of Florida lethal injection protocol | 0106 |
| 9. | Summary of States that currently or previously used pentobarbital, and aggregated data. | Summary of state lethal injection protocols that use pentobarbital | 0107 |
| 10. | *Bucklew v. Precythe,* 139 S.Ct. 1112 (2019) | Case law | 0108 - 0136 |
| 11. | *Zagorski v. Parker,* 139 S.Ct. 11 (2018) | Case law | 0137 - 0139 |
| 12. | *Arthur v. Dunn,* 137 S.Ct. 725 (2017) | Case law | 0140 - 0147 |

# FIFTH AMENDED INDEX TO ADMINISTRATIVE RECORD

| 13. | *Glossip v. Gross,* 135 S.Ct. 2726 (2015) | Case law | 0148 - 0200 |
|---|---|---|---|
| 14. | *Baze v. Rees,* 553 U.S. 35 (2008) | Case law | 0201 - 0241 |
| 15. | *Ladd v. Livingston,* 777 F.3d 286 (5th Cir. 2015) | Case law | 0242 - 0246 |
| 16. | *Zink v. Lombardi,* 783 F.3d 1089 (8th Cir. 2015) | Case law | 0247 - 0272 |
| 17. | *Jackson v. Danberg,* 656 F.3d 157 (3d Cir. 2011) | Case law | 0273 - 0281 |
| 18. | *De Young v. Owens,* 646 F.3d 1319 (1 lth Cir. 2011) | Case law | 0282 - 0290 |
| 19. | *Pavatt v. Jones,* 627 F.3d 1336 (10th Cir. 2010) | Case law | 0291 - 0296 |
| 20. | *Price v. Commissioner, Alabama Dep 't* (of *Corrections,* 920 F.3d 1317 (11th Cir.2019)) | Case law | 0297 - 0309 |
| 21. | *Arthur v. Commissioner, Alabama Dep 't of Corrections,* 840 F.3d 1268 (11th Cir. 2016) | Case law | 0310 - 0360 |
| 22. | *In Re: Ohio Execution Protocol,* 860 F.3d 881 (6th Cir. 2017) | Case law | 0361 - 0384 |
| 23. | *McGehee v. Hutchinson,* 854 F.3d 488 (8th Cir. 2017) | Case law | 0385 - 0400 |
| 24. | Rule 26(a)(2) Expert Report Declaration of Joseph F. Antoginini, M.D. (in the case of *Bucklew v. Lombardi,* 2016 WL 11258099 (W.D.Mo.)) | Medical Expert Report regarding use of pentobarbital in Missouri's lethal injection protocol | 0401 - 0406 |
| 25. | Expert Deposition of Joseph Antoginini, M.D. (2017 WL 9471457 (W.D. Mo.)) | Deposition of medical expert addressing Missouri's lethal injection protocol | 0407 - 0524 |
| 26. | Expert Report of Craig W. Lindsley, Ph.D., dated May 26, 2017 | Expert review of lethal injection protocol using pentobarbital | 0525 - 0526 |
| 27. | Transcript of Preliminary Injunction Hearing dated January | Transcript of medical expert testimony | 0527 - 0761 |

## FIFTH AMENDED INDEX TO ADMINISTRATIVE RECORD

|   | | | |
|---|---|---|---|
|   | 5, 2017, in *In re: Ohio Execution Protocol Litigation, in the U.S. District Court for the Southern District of Ohio.* | | |
| 28. | Deborah W. Denno, *Lethal Injection Chaos Post-Baze,* 102 GEO. L.J. 1331, 1382 (2014) | Law review/journal addressing lethal injection | 0762 - 0808 |
| 29. | American Society of Anesthesiologists Statement Re: Hospira Market Exit on Production of Pentothal (sodium thiopental) (Jan. 21, 2011). | Remarks by the American Society of Anesthesiologists regarding the sole manufacturer of sodium thiopental ceasing production of the drug, dated January 21,2011. | 0809 |
| 30. | CNN article - *Death row inmate executed using pentobarbital in lethal injection,* December 16, 2010, http://www.cnn.com/201 O/CRIME/12116/oklahoma.execu tion | News media article | 0810 - 0812 |
| 31. | Death Penalty Information Center, *Botched Executions,* https :/I deathpenaltyinfo. org/ some-examples-post-furman-botchedexecutions? scid=8&amp;did=4 78 | Article discussing execution mishaps | 0813 - 0822 |
| 32. | Oklahoma Department of Public Safety Report: The Execution of Clayton D. Lockett | State of Oklahoma after action review of the execution of Clayton D. Lockett | 0823 - 0854 |
| 33. | November 27, 2017, memorandum from BOP Director to the department (addressing proposed one-drug protocol) and attachment. | BOP memorandum proposing one-drug protocol and draft Addendum to BOP Execution Protocol | 0855 - 0861 |
| 34. | March 7, 2018, memorandum from BOP Director to the department (addressing | BOP memorandum addressing use of fentanyl as part of a lethal injection protocol | 0862 - 0865 |

## FIFTH AMENDED INDEX TO ADMINISTRATIVE RECORD

| | | |
|---|---|---|
| | fentanyl). | |
| 35. | Draft Addendum to BOP Execution Protocol (one drug pentobarbital). | Draft BOP lethal injection protocol using pentobarbital | 0866 - 0867 |
| 36. | Attorney General memorandum directing adoption of Addendum to the Federal Execution Protocol and July 24, 2019, memorandum from Acting Director to the department addressing anticipated adoption of one-drug protocol. | Attorney General memorandum adopting BOP recommendation on the Addendum to the Federal Execution Protocol and BOP memorandum summarizing lethal injection protocol using pentobarbital | 0868 - 0934 |
| 37. | Letter from various State Attorneys General dated January 25, 2011, to Attorney General Eric Holder. | Letter from various State Attorneys General to the U.S. Attorney General | 0935 - 0936 |
| 38. | Response letter from Attorney General Eric Holder dated March 4, 2011. | Attorney General letter responding to various State Attorneys General | 0937 |
| 39. | Op. Off. Legal Counsel, 2019 WL 2235666 (May 3, 2019). | OLC slip opinion addressing FDA jurisdiction | 0938-0963 |
| 40. | Draft lethal injection protocol using Propofol | Draft lethal injection protocol using propofol | 0964-0965 |
| 41. | Draft lethal injection protocol using Midazolam, Sufentanil citrate, and Potassium Chloride | Draft three-drug lethal injection protocol | 0966-0967 |
| 42. | Draft lethal injection protocol using Midazolam and Hydromorphone | Draft lethal injection protocol using midazolam and hydromorphone | 0968 - 0969 |
| 43. | Lab reports | Lab reports/test results and certificates of analysis of pentobarbital | 0970 - 1015 |
| 44. | BOP Execution Protocol | BOP Execution Protocol | 1016 - 1067 |

## FIFTH AMENDED INDEX TO ADMINISTRATIVE RECORD

| 45 | BOP Acting Director's adoption of Addendum to the Federal Execution Protocol and the Addendum | BOP memorandum in which Acting Director of BOP adopts Addendum to the Federal Execution Protocol, dated July 25, 2019, with the Addendum as an attachment | 1068 - 1070 |
|---|---|---|---|
| 46 | Declaration of Raul Campos, Jr. (Jan. 13, 2020) | Supplementing record to provide:  (1) certain dates that had been redacted from the record, and (2) explanation of typographical error in page re amount of active pharmaceutical ingredient | 1071-1074 |
| 47 | Laboratory reports | Reports of independent laboratory tests performed on two batches of compounded pentobarbital for quality assurance | 1075-1078 |
| 48 | Laboratory's internal investigation report | Investigation report on initial out-of-specification test result of compounded pentobarbital | 1079-1083 |
| 49 | BOP Guidelines | BOP's General Guidelines for Compounding and Testing Pentobarbital Sodium for Use in Executions | 1084-1085 |
| 50 | 2020 BOP Execution Protocol | 2020 BOP Execution Protocol | 1086-1137 |
| 51 | Addendum to the Federal Execution Protocol (effective July 31, 2020) | Addendum to the Federal Execution Protocol (effective July 31, 2020) | 1138-39 |
| 52 | Results of 365-day shelf life study conducted by independent laboratory | Results of 365-day shelf life study conducted by independent laboratory, including summaries of the time study results at room temperature and at elevated temperature; the results at 180 days at room temperature and at elevated temperature; the results at 270 days at room temperature; and the results at 365 days at room temperature and at elevated temperature. | 1140-47 |

## FIFTH AMENDED INDEX TO ADMINISTRATIVE RECORD

| 53 | Memoranda expanding expiration dates of compounded pentobarbital | Memoranda from compounding pharmacy expanding expiration dates of two separate batches of compounded pentobarbital from 270 days to 365 days. | 1148-49 |
|---|---|---|---|



# CERTIFICATE OF ANALYSIS

| | | | |
|---|---|---|---|
| Customer: | ▮▮▮▮▮ | Storage[*]: | Room Temperature |
| Received: | 04/13/2019 | Device/Amount: | vial(s) 13 x 50 ml |
| Compound: | Pentobarbital Sodium 50mg/mL Injectable | Sample Number: | ▮▮▮ |
| Lot Code: | 05▮19▮▮ | DEA: | Yes |

## RESULTS

| Test | Days | Active | Test Spec | Test Result | Test Date | Tech Review Date | Comment |
|---|---|---|---|---|---|---|---|
| Potency/Purity : HPLC[1] | 2 | Pentobarbital Sodium | 92.0 - 108.0 % | 93.1% (46.5 mg/mL) | 05/17/2019 | 05/21/2019 | Results transcribed from ▮▮▮ and for informational purposes only. |
| Potency/Purity : HPLC[1] | 47 | Pentobarbital Sodium | 92.0 - 108.0 % | 95.5% (47.8 mg/mL) | 07/01/2019 | 07/05/2019 | |
| Potency/Purity : HPLC[1] | 92 | Pentobarbital Sodium | 92.0 - 108.0 % | 90.6% (45.3 mg/mL) | 08/15/2019 | 08/23/2019 | |
| Potency/Purity : HPLC[1] | 98 | Pentobarbital Sodium | 92.0 - 108.0 % | 94.6% (47.3 mg/mL) | 08/21/2019 | 08/23/2019 | Reprep |
| Potency/Purity : HPLC[1] | 189 | Pentobarbital Sodium | 92.0 - 108.0 % | 92.0% (46.0 mg/mL) | 11/20/2019 | 11/20/2019 | |
| Potency/Purity : HPLC[1] | 271 | Pentobarbital Sodium | 92.0 - 108.0 % | 91.0% (45.5 mg/mL) | 02/10/2020 | 02/12/2020 | |
| Potency/Purity : HPLC[1] | 369 | Pentobarbital Sodium | 92.0 - 108.0 % | 94.0% (47.0 mg/mL) | 05/18/2020 | 05/19/2020 | |
| Endotoxin : USP <85>[2] | 19 | | ≤ 40 0 EU/mL | <0.10 EU/mL | 06/03/2019 | 06/03/2019 | |
| Endotoxin : USP <85>[2] | 366 | | ≤ 40 00 EU/mL | <0.50 EU/mL | 05/15/2020 | 05/15/2020 | |
| Sterility : USP <71>[3] | 1 | | Negative at 14 days | Negative at 14 days | 05/30/2019 | 05/30/2019 | |
| Sterility : ▮ 16[4] | 365 | | Negative at 14 days | Negative at 14 days | 05/28/2020 | 05/28/2020 | |
| Particulate Matter : USP <788> SVI[5] | 2 | | ≥10μm; ≤6000/container ≥25um; ≤600/container | Meets Requirements | 05/17/2019 | 05/17/2019 | ≥10μm; 343.3 parts/container ≥25μm; 6.7 parts/container |
| Particulate Matter : USP <788> SVI[5] | 369 | | ≥10um; ≤6000/container ≥25um; ≤600/container | Meets Requirements | 05/18/2020 | 05/18/2020 | ≥10μm; 233.3 parts/container ≥25μm; 6.7 parts/container |
| pH : USP <791> | 54 | | Report Results | 10.00 | 07/08/2019 | 07/10/2019 | |
| pH : USP <791> | 90 | | Report Results | 10.03 | 08/13/2019 | 08/15/2019 | |
| pH : USP <791> | 180 | | Report Results | 10.00 | 11/11/2019 | 11/13/2019 | |
| pH : USP <791> | 271 | | Report Results | 10.03 | 02/10/2020 | 02/11/2020 | |
| pH : USP <791> | 366 | | Report Results | 10.03 | 05/15/2020 | 05/18/2020 | |

**Date Compounded: 5/15/2019**

1. Meets all USP<1225> validation criteria including stability indicating, specificity to formulation and container closure systems per USP/ICH guidelines for specific customer formulation.
2. USP <85> Turbidimetric or Photometric Technique.
3. USP <71> Sterility Test. Includes tests for Aerobic and Anaerobic Bacteria, and Fungi (Mold and Yeasts).
4. Sterility by ████████ - Includes tests for Aerobic and Anaerobic Bacteria, and Fungi (Mold and Yeasts). Does not meet all the requirem ████████ ling and/or method suitability specified in USP <71>.
5. USP <788> for SVI; Light Obscuration Technology.
   \* Materials were maintained in the original container closure systems, under monitored conditions, and exposed to ambient light intermittently during testing only.



Date: 05/28/2020



# CERTIFICATE OF ANALYSIS

| | | | |
|---|---|---|---|
| Customer: | ███████████ | Storage*: | Elevated Temperature |
| Received: | 04/13/2019 | Device/Amount: | vial(s) 6 x 50 ml |
| Compound: | Pentobarbital Sodium 50mg/mL Injectable | Sample Number: | ██████ |
| Lot Code: | 05██19██ | DEA: | Yes |

## RESULTS

| Test | Days | Active | Test Spec | Test Result | Test Date | Tech Review Date | Comment |
|---|---|---|---|---|---|---|---|
| Potency/Purity : HPLC[1] | 2 | Pentobarbital Sodium | 92.0 - 108.0 % | 93.1% (46.5 mg/mL) | 05/17/2019 | 05/21/2019 | |
| Potency/Purity : HPLC[1] | 56 | Pentobarbital Sodium | 92.0 - 108.0 % | 90.8% (45.4 mg/mL) | 07/10/2019 | 07/11/2019 | |
| Potency/Purity : HPLC[1] | 92 | Pentobarbital Sodium | 92.0 - 108.0 % | 89.7% (44.9 mg/mL) | 08/15/2019 | 08/23/2019 | |
| Potency/Purity : HPLC[1] | 98 | Pentobarbital Sodium | 92.0 - 108.0 % | 92.2% (46.1 mg/mL) | 08/21/2019 | 08/23/2019 | Reprep |
| Potency/Purity : HPLC[1] | 189 | Pentobarbital Sodium | 92.0 - 108.0 % | 88.0% (44.0 mg/mL) | 11/20/2019 | 11/21/2019 | |
| Potency/Purity : HPLC[1] | 369 | Pentobarbital Sodium | 92.0 - 108.0 % | 88.8% (44.4 mg/mL) | 05/18/2020 | 05/19/2020 | |
| Endotoxin : USP <85>[2] | 366 | | ≤ 40 00 EU/mL | <0.50 EU/mL | 05/15/2020 | 05/15/2020 | |
| Sterility : ██ 16[3] | 365 | | Negative at 14 days | Negative at 14 days | 05/28/2020 | 05/28/2020 | |
| Particulate Matter : USP <788> SVI[4] | 369 | | ≥10um; ≤6000/container ≥25um; ≤600/container | Meets Requirements | 05/18/2020 | 05/18/2020 | ≥10um; 1896.7 parts/container ≥25um; 166.7 parts/container |
| pH : USP <791> | 49 | | Report Results | 9.91 | 07/03/2019 | 07/08/2019 | |
| pH : USP <791> | 91 | | Report Results | 10.12 | 08/14/2019 | 08/16/2019 | |
| pH : USP <791> | 182 | | Report Results | 9.99 | 11/13/2019 | 11/14/2019 | |
| pH : USP <791> | 366 | | Report Results | 9.88 | 05/15/2020 | 05/18/2020 | |

## Date Compounded: 5/15/2019

1. Meets all USP<1225> validation criteria including stability indicating, specificity to formulation and container closure systems per USP/ICH guidelines for specific customer formulation.
2. USP <85> Turbidimetric or Photometric Technique.
3. Sterility by ███████████ - Includes tests for Aerobic and Anaerobic Bacteria, and Fungi (Mold and Yeasts). Does not meet all the requirements for ████████ sampling and/or method suitability specified in USP <71>.
4. USP <788> for SVI; Light Obscuration Technology.
* Materials were maintained in the original container closure systems, under monitored conditions, and exposed to ambient light intermittently during testing only.



Date: 05/28/2020



# Certificate of Analysis

**Client:**

**ID:**

**Lot Number:** 0█ █19█ (room temperature storage)

**Description:** Pentobarbital Sodium 50 mg/mL Injection Solution SDV – 180 day results

| Test / Specification | Results | Test Method | Date Tested |
|---|---|---|---|
| **Potency/Purity**<br>92 – 108% | 92.0% | HPLC | 11/20/2019 |
| **pH**<br>Report results | 10.00 | USP<791> | 11/13/2019 |

Respectfully,



# **Certificate of Analysis**

**Client:**

<span style="background:black"> </span>

**ID:**

**Lot Number:**    05█19█ (elevated temperature storage)

**Description:**    Pentobarbital Sodium 50 mg/mL Injection Solution SDV – 180 day results

| Test / Specification | Results | Test Method | Date Tested |
|---|---|---|---|
| **Potency/Purity**<br>92 – 108% | 88.0% | HPLC | 11/21/2019 |
| **pH**<br>Report results | 9.99 | USP<791> | 11/14/2019 |

Respectfully,



# Certificate of Analysis

**Client:** ████████████████████

████████████

████████████

████████ **ID:** ████████████

**Lot Number:** 05█19███ (room temperature storage)

**Description:** Pentobarbital Sodium 50 mg/mL Injection Solution SDV – 270 day results

| Test / Specification | Results | Test Method | Date Tested |
|---|---|---|---|
| **Potency/Purity**<br>92 – 108% | 91.0% | HPLC | 02/12/2020 |
| **pH**<br>Report results | 10.03 | USP<791> | 02/11/2020 |

Respectfully,

# Certificate of Analysis

**Client:**

**_____ ID:**

**Lot Number:**     05█19█

**Description:**     Pentobarbital Sodium 50 mg/mL Injection Solution SDV – Room Temperature

| Test / Specification | Results | Test Method | Date Tested |
|---|---|---|---|
| **Sterility**<br>Sterile / Not Sterile | Sterile | MIC 16 | 05/28/2020 |
| **Particulate Matter**<br>$\geq 10\ \mu m: \leq 6000$/container<br>$\geq 25\ \mu m: \leq 600$/container | $\geq 10\ \mu m$: 233.3/container<br>$\geq 25\ \mu m$: 6.7/container | USP <788> | 05/18/2020 |
| **Potency/Purity**<br>92 – 108% | 94.0% | HPLC | 05/18/2020 |
| **Bacterial Endotoxin**<br>NMT 40 EU/mL | < 0.50 EU/mL | USP <85> | 05/15/2020 |
| **pH**<br>Report results | 10.03 | USP<791> | 05/15/2020 |

Respectfully,



# Certificate of Analysis

**Client:** ████████████████████
████████████
██████████████

████████████ **ID:** ██████████████

**Lot Number:** 05█19██

**Description:** Pentobarbital Sodium 50 mg/mL Injection Solution SDV – Elevated Temp

| Test / Specification | Results | Test Method | Date Tested |
|---|---|---|---|
| **Sterility**<br>Sterile / Not Sterile | Sterile | MIC 16 | 05/28/2020 |
| **Particulate Matter**<br>$\geq 10\ \mu m: \leq 6000$/container<br>$\geq 25\ \mu m: \leq 600$/container | $\geq 10\ \mu m$: 1896.7/container<br>$\geq 25\ \mu m$: 166.7/container | USP <788> | 05/18/2020 |
| **Potency/Purity**<br>92 – 108% | 88.8% | HPLC | 05/18/2020 |
| **Bacterial Endotoxin**<br>NMT 40 EU/mL | < 0.50 EU/mL | USP <85> | 05/15/2020 |
| **pH**<br>Report results | 9.88 | USP<791> | 05/15/2020 |

Respectfully,

1147

# Memorandum

Date:    05/22/2020

To:    ███████████

From:    ███████████████████

Re:    Extension of BUD for Pentobarbital Sodium 50 mg/mL Injection Solution – LOT: 11███████

---

This memorandum serves as notice of extension of the beyond-use-date (BUD) for Pentobarbital Sodium 50 mg/mL Injection Solution, LOT: 11█████████, from 270 days to 365 days. The extended BUD is based on time study results for Pentobarbital Sodium 50 mg/mL (room temperature storage), LOT 05██19███ at 369 days.


The new beyond-use-date is as follows:

**Pentobarbital Sodium 50 mg/mL Injection Solution – 50 mL SDV**
**LOT: 11█████████**
**EXP: 11/25/2020**



Thank you,

# Memorandum

**Date:**   05/22/2020

**To:**   ████████████

**From:**   ████████████████

**Re:**   Extension of BUD for Pentobarbital Sodium 50 mg/mL Injection Solution – LOT: 12████████

---

This memorandum serves as notice of extension of the beyond-use-date (BUD) for Pentobarbital Sodium 50 mg/mL Injection Solution, LOT: 12████████, from 270 days to 365 days. The extended BUD is based on time study results for Pentobarbital Sodium 50 mg/mL (room temperature storage), LOT 05██19███ at 369 days.

The new beyond-use-date is as follows:

**Pentobarbital Sodium 50 mg/mL Injection Solution – 50 mL SDV**
**LOT: 12████████████**
**EXP: 12/03/2020**

Thank you,