UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*LeCroy v. Barr et al.*, 1:20-cv-2481 | Case No.   1:19-mc-0145 (TSC) |

**PLAINTIFF'S MOTION FOR EXPEDITED HEARING
AND STATEMENT OF FACTS MAKING EXPEDITION ESSENTIAL**

Please take notice that Plaintiff William LeCroy is hereby requesting that this Court hold a hearing on Plaintiff's Motion for a Preliminary Injunction on or before this Friday, September 11, 2020. Pursuant to Civil Rule 65.1(d), Plaintiff submits this Statement of Facts, setting forth why expedition is essential in this matter.

On July 31, 2020, Defendant William Barr directed the Bureau of Prisons to issue an execution date for the Plaintiff, *see* https://www.justice.gov/opa/pr/executions-scheduled-two-federal-inmates, and Defendant Carvajal, as Director of the Bureau of Prisons, thereafter scheduled an execution date for Plaintiff on Tuesday, September 22, 2020, 53 days later. As set forth in Plaintiff's Motion for a Preliminary Injunction, this scheduled federal execution fails to comply with statutory and other binding laws of Plaintiff's state of conviction (Georgia) as required by 18 U.S.C. § 3596(a). Plaintiff has requested the relief to which he is entitled under the Administrative Procedures Act and the Take Care Clause of the U.S. Constitution, prior to his fast-approaching execution date. Without this Court's intervention, Plaintiff may be executed before he

1

can fully litigate his claims.

The issues raised by Plaintiff in his Motion for Preliminary Injunction are weighty and significant ones. Just recently, in fact, Justice Sotomayor noted in a concurring opinion in *Mitchell v. United States*, 591 U.S. --- (No. 20A32, issued Aug. 25, 2020) (Sotomayor, J., concurring), that "with additional federal executions scheduled in the coming months, the importance of clarifying the FDPA meaning remains." *Id.* She noted that "I believe that this Court should address this issue in an appropriate case." *Id.*

For these reasons, expedited consideration and a decision in this matter is necessary to prevent irreparable harm to Plaintiff, and oral argument at a hearing would allow this Court to more fully consider these issues. Because Plaintiff's execution is fast-approaching, and given the gravity of the issues at stake, Plaintiff asks this Court to grant oral argument and hold a hearing no later than Friday, so that this Court will have adequate time to consider and issue a decision on this motion, with the parties also afforded additional time thereafter, if necessary, to seek a stay or obtain relief on appeal.

Dated:  September 8, 2020          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory S. Smith
　　　　　　　　　　　　　　　　　　　　　　Gregory S. Smith (DC Bar #472802)
　　　　　　　　　　　　　　　　　　　　　　Law Offices of Gregory S. Smith
　　　　　　　　　　　　　　　　　　　　　　913 East Capitol Street, S.E.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20003
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 460-3381
　　　　　　　　　　　　　　　　　　　　　　Email: gregsmithlaw@verizon.net

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John R. Martin
　　　　　　　　　　　　　　　　　　　　　　John R. Martin (*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　　　　Martin Brothers P.C.
　　　　　　　　　　　　　　　　　　　　　　1099 St. Louis Place
　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA  30306
　　　　　　　　　　　　　　　　　　　　　　Telephone: (404) 433-7446
　　　　　　　　　　　　　　　　　　　　　　Email: jack@martinbroslaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff William LeCroy*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document is being served upon all counsel of record through this Court's Electronic Case Filing (ECF) system.

This 8th day of September 2020.

                                              /s/ Gregory S. Smith
                                              Gregory S. Smith
                                              gregsmithlaw@verizon.net