# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*LeCroy v. Barr et al.*, 1:20-cv-2481 | )<br>)<br>)<br>)<br>)<br>)  Case No.   1:19-mc-0145 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Scott A.C. Meisler, Criminal Division, United States Department of Justice enters his appearance on behalf of the government defendants in *LeCroy v. Barr, et al.*, 1:20-cv-2481, which was consolidated with the above-captioned master case on September 8, 2020.

Dated:   September 10, 2020            Respectfully submitted,

*/s/ Scott Meisler*
SCOTT A.C. MEISLER, D.C. Bar #983239
Criminal Division, Appellate Section
U.S. Department of Justice
Washington, D.C. 20530
202-307-3803
scott.meisler@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, I caused a true and correct copy of foregoing to be served via the Court's CM/ECF system on counsel of record in *LeCroy v. Barr, et al.*, 1:20-cv-2481:

Gregory Stuart Smith
LAW OFFICES OF GREGORY S. SMITH
913 East Capitol Street, SE
Washington, DC 20003
(202) 460-3381
Fax: (877) 809-9113
Email: gregsmithlaw@verizon.net

*/s/ Scott Meisler* _
Attorney for Defendants