# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane, et al. v. Barr, et al.*, 05-2337 | )<br>)<br>)<br>)<br>)<br>)    Case No. 19-mc-145 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' NOTICE REGARDING THEIR MOTION TO VACATE PRELIMINARY INJUNCTIONS BARRING THE EXECUTIONS OF PLAINTIFFS JAMES ROANE, RICHARD TIPTON, CORY JOHNSON, ORLANDO HALL, BRUCE WEBSTER, ANTHONY BATTLE, AND JEFFREY PAUL

The United States respectfully files this notice to urge the Court to rule as soon as possible on the government's motion to vacate the preliminary injunctions entered as long ago as 2005 based on challenges to a now-obsolete lethal injection protocol. *See* ECF No. 173 (requesting that the court rule on the motion by September 4, 2020); ECF No. 208 (same); ECF 212 (same). The motion has been fully briefed since August 20, 2020, and the underlying legal issue is straightforward: the preliminary injunctions are based on legal and factual premises that have undeniably been superseded and therefore cannot support continuing equitable relief. In the past two months, the government has carried out five executions; two additional executions are scheduled for later this month. The government expects to announce additional execution dates in the coming weeks. It therefore is in the interests of all involved—including the parties here, the Court, and other death-row inmates—for this Court to clarify the status of those preliminary injunctions. The government again respectfully asks this Court to rule with "dispatch" on its motion to vacate. *Barr v. Roane*, 140 S. Ct. 353, 353 (2019).

Dated:  September 11, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DAVID M. MORRELL
Deputy Assistant Attorney General

DANIEL F. VAN HORN
Civil Chief, U.S. Attorney's Office

PAUL R. PERKINS
Special Counsel

*/s/ Alan Burch*
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
Washington, D.C. 20530
202-252-2550
alan.burch@usdoj.gov

JEAN LIN (NY Bar 4074530)
Special Litigation Counsel
JONATHAN KOSSAK (D.C. Bar 991478)
CRISTEN C. HANDLEY (MO Bar 69114)
Trial Attorneys
Civil Division
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-3716
Jean.lin@usdoj.gov
Jonathan.kossak@usdoj.gov
Cristen.handley@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.  Pursuant to this Court's August 20, 2019 Order, below is a list of all plaintiffs' counsel of record, where counsel noted with (*) are apparently no longer with the identified firms.

Joshua Christopher Toll
King & Spalding LLP
(202) 737-8616
Email: jtoll@kslaw.com

Paul F. Enzinna
Ellerman Enzinna PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Charles Anthony Zdebski
Eckert Seamans Cherin & Mellott, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Brandon David Almond
Troutman Sanders LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Gerald Wesley King, Jr.
Federal Defender Program, Inc.
(404) 688-7530
Email: gerald_king@fd.org

Charles Fredrick Walker
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Celeste Bacchi
Office Of The Public Defender
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
Federal Public Defender, Central District Of California
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
Federal Community Defender Office For The EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
Vinson & Elkins, L.L.P.
(202) 639-6633

William E. Lawler, III
Vinson & Elkins, L.L.P.
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
Vinson & Elkins, L.L.P.
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Donald P. Salzman
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
Federal Public Defender, Central District Of California
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
Office Of The Federal Community Defender, EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
Vinson & Elkins, L.L.P.
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
Vinson & Elkins, L.L.P.
(202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
Vinson & Elkins, L.L.P.
(202) 639-6500
Email: yomar@velaw.com

Andres C. Salinas
Wilmer Cutler Pickering Hale & Dorr LLP
(202) 663-6289
Email: Andres. Salinas@wilmerhale.com

*William E. Hoffman, Jr.
King & Spalding LLP
(404) 572-3383

3

Abigail Bortnick
King & Spalding LLP
(202) 626-5502
Email: abortnick@kslaw.com

Matthew John Herrington
Steptoe & Johnson LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
Steptoe & Johnson LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
Law Offices Of Gary E. Proctor, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
Federal Public Defender, Eastern District Of Arkansas
(501)-324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
Federal Community Defender Office, EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-2061
Hogan Lovells US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
Hogan Lovells US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
Kaiser Dillon, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Mark Joseph Hulkower
Steptoe & Johnson LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Robert A. Ayers
Steptoe & Johnson LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
Mcglasson & Associates, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
Public Interset Litigation Clinic
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
Federal Community Defender Office, EDPA
(215) 928-0528
Email: shawn.nolan@fd.org

Joseph William Luby
Federal Public Defender, EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
Kaiser Dillon, PLLC
(202) 640-2850
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
Morris Nichols Arsht & Tunnell LLP
(302) 351-9197
Email: Amoshos@mnat.com

Jennifer Ying
Morris Nichols Arsht & Tunnell LLP
(302) 351-9243
Email: Jying@mnat.com

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale & Dorr LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Kathryn L. Clune
Crowell & Moring, LLP
(202) 624-2500
Email: KClune@crowell.com

Ginger D. Anders
Munger, Tolles & Olson, LLP
(202) 220-3200
Email: Ginger.Anders@mto.com

*Ryan M. Chabot
Wilmer Cutler Pickering Hale & Dorr LLP
(212) 295-6513

Jennifer M. Moreno
Office of the Public Federal Defender, District of
Arizona
(602)382-2718
Email: Jennifer_Moreno@fd.org

Dale A. Baich
Office Of The Federal Public Defender
(602) 382-2816
Email: Dale_Baich@fd.org

/s/ *Alan Burch*_____
ALAN BURCH
Assistant United States Attorney

5