# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases <br><br> LEAD CASE: *Roane et al. v. Barr* <br><br><br> THIS DOCUMENT RELATES TO: <br><br> *LeCroy. v. Barr*, *et al.*, No. 20-cv-2481 | Case No. 19-mc-145 |

## DECLARATION OF RICK WINTER

I, Rick Winter, do hereby declare and state as follows:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Regional Counsel for the BOP's North Central Region. I have held this position since October 2016. I have been employed by the BOP since 1994.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. The BOP, under the supervision of the United States Marshals Service, is responsible for implementing federal death sentences. *See* 18 U.S.C. § 3596(a); 28 C.F.R. Part 26. William LeCroy's execution is scheduled to take place on September 22, 2020.

4. I am aware that LeCroy claims that the BOP execution protocol conflicts with Georgia law. *See* ECF No. 233-1 at 8-9. Specifically, LeCroy claims BOP's practices do not comport with the Georgia death sentence implementation statute, which requires that two physicians

1

be present at an execution "to determine when death supervenes." *See* Ga. Code Ann. § 17-10-41 (2010). LeCroy cites 28 C.F.R. Part 26 and the 2019 federal Protocol, and notes neither requires physician presence at an execution as Georgia statutory law requires. ECF No. 233-1 at 8-9.

5. The 2020 BOP Execution Protocol does not require the presence of any physician at an execution, but states in relevant part that qualified personnel to serve as executioner(s) and their alternates includes "currently licensed physicians, nurses, EMTs, Paramedics, Phlebotomists, [and] other medically trained personnel, including those trained in the United States Military having at least one year professional experience in a specific execution related function." ECF No. 171, A.R. 1138.[1]

6. Although the presence of a physician is not required by the BOP Execution Protocol or any federal regulation, BOP did have a physician in attendance for each of the five executions that took place in July and August 2020.

7. For William LeCroy's execution on September 22, 2020, the BOP has made arrangements for two physicians to be present to determine when death supervenes.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this ___11th___ day of September, 2020.

*Rick M. Winter*

Rick Winter
Federal Bureau of Prisons

---

[1] The same definition of qualified personnel is included in the 2019 BOP Execution Protocol. *See* ECF No. 39-1, A.R. 1069.