## Declaration of Lance B. Becker, M.D, FAHA

1. My name is Lance B. Becker, M.D. I am the Founder and Director, Center for Resuscitation Science, Hospital of the University of Pennsylvania Department of Emergency Medicine, Philadelphia, Pennsylvania. I also am the Division Chief of Emergency Critical Care, within the Department of Emergency Medicine.

2. I have been asked by counsel representing Inmates Stephen West, David Miller, and Nicholas Sutton to provide opinions regarding how long after an inmate's heart and respiration have been stopped under Tennessee's Lethal Injection Protocol, the inmate's condition becomes irreversible.

3. My professional qualifications are fully expressed in the attached curriculum vitae. Brief highlights include the following: From 1989 through 1997, I was the Director of Research, Section of Emergency Medicine, University of Chicago. In 1999 I founded and from 1999 until 2006 served as Director of, the Emergency Resuscitation Center, University of Chicago and Argonne National Laboratory. In 2006, I founded, and became the Director of, Center for Resuscitation Science, Hospital of the University of Pennsylvania Department of Emergency Medicine, Philadelphia, Pennsylvania.

4. In connection with this declaration, I was given the Tennessee 5 gram pentobarbital one-drug execution protocol.

5. I have also reviewed scientific studies regarding the resuscitation of human beings following cardiac arrest, including, but not limited to, cardiac arrest resulting from the administration of drugs causing the cessation of heartbeat.

6. In a trial from Australia detailed in the Resuscitation Journal (*Refractory cardiac arrest treated with mechanical CPR, hypothermia, ECMO and early reperfusion (the "CHEER" trial)*, Stub, et al. Resuscitation 2015) doctors combined an advanced resuscitation strategy that included a mechanical chest compression device, intra-arrest cooling with IV cold saline, plus emergency cardiopulmonary bypass with rapid percutaneous coronary artery revascularization. The trial began in a selected group of patients who had CPR initiated within 10 minutes of their collapse, but did not start until after the patient had 30 minutes of standard ACLS measures like CPR, defibrillation. After these measures all failed for 30 minutes, advanced treatment began. It included placement of a chest compression device applied to the patient's chest, intra-arrest cooling started while the patient remained in cardiac arrest, and the patient was then surgically placed on emergency cardiopulmonary bypass, then transferred to the cardiac

catheterization lab where acute coronary occlusions were sought and corrected emergently to restore blood flow to any ischemic area of the heart. After this "salvage" therapy, nearly all (25 of 26, 92%) of the patient's hearts were restarted and full survival to hospital discharge with good neurological function was observed in 14/26 (54%) of the patients. The median time interval that the patient had no detectable pulse (from patient collapse to the beginning of ECPR flow) was 56 minutes and this ranged from 40 - 85 minutes for the whole group.

7. These results indicate that in about 50% of patients who experience 10 minutes of cardiac arrest before treatment, and remain in cardiac arrest notwithstanding 30 minutes or more of standard ACLS measures like CPR, defibrillation, may, with appropriate advanced care, be restored with good neurological outcome and full function 30 minutes or longer after the cardiac arrest.

8. In *Neurological outcomes after extracorporeal cardiopulmonary resuscitation in patients with out-of-hospital cardiac arrest: a retrospective observational study in rural tertiary care center*, Mochizuki, *et al.*, Journal of Intensive Care 2014, an observational study was done in a rural setting in Japan where the traditional survival rates from out-of-hospital cardiac arrest are 2%. In this study, when patients who suffered an out-of-hospital cardiac arrest, EMS responders would attempt resuscitation on the scene with CPR and defibrillation. If these efforts failed they would go to the hospital that could offer very advanced resuscitation using emergency cardiopulmonary bypass. Ten of 50 (20%) of the patients survived with good neurological recovery. The average time between cardiac arrest and the initiation of emergency cardiopulmonary bypass was 78 minutes for the 10 survivors with good function.

9. In *Sequelae-free long term survival of a 65-year-old women after 8 hours and 40 minutes of cardiac arrest from deep accidental hypothermia*, Meyer, *et al.*, 2014, a case report detailed a 65-year old women who was depressed, took medications, and fell into a snowbank for a night. She suffered cardiac arrest at about 7:15 am the next morning. When found, she was administered CPR for 4 hours and 48 minutes, followed by ECPB for 3 hours and 52 minutes (a total of 8 hours and 40 minutes). After this time her heart restarted and she made a good recovery. On medical exam 5 years later, she had no neurological damage from the event.

10. Even the administration of cardiotoxic drugs that stop the heart can often be completely reversed with the use of ECPB.

11. A 2012 paper reviewed the literature available on ECPB being used to save the lives of persons who are poisoned with strong drugs that stop the heart's ability to beat. *A Review of Emergency Cardiopulmonary Bypass for Severe Poisoning by Cardiotoxic Drugs*, Johnson, et al., 2012. These are typically overdoses of calcium channel antagonists and beta blockers that are the most common poisoning. They result in progressive cardiac dysfunction, lowered blood pressure, and frequently death, because there are no know antidotes for this poisoning when it stops the heart. These patients were placed on ECPB when they become hemodynamically unstable or have cardiac arrest. The literature describes 11 cases where the cardiotoxic poisoning would have very likely killed the patient, but these patients were placed on ECPB and 7 (64%) survived and were restored to full baseline health.

12. Even after very long periods of cardiac arrest, survival with full neurological function is possible.

13. In *Emergency cardiopulmonary bypass in cardiac arrest: Seventeen years of experience*, Wallmuller, et al., 2013, data was examined from 55 patients from 1993 to 2010 with cardiac arrest who were placed on ECPB as a salvage therapy. Selected patients in cardiac arrest but who had no response to standard therapies could be started on ECPB at the discretion of the emergency attending. Of the 55 patients, 8 were discharged with good neurological function. The average time period from the cessation of heartbeat until the start of ECPB was 85 minutes.

14. In *Early induction of Hypothermia during cardiac arrest improves neurological outcomes in patients with out of hospital cardiac arrest who undergo emergency cardiopulmonary bypass and percutaneous coronary intervention*, Nagao, et al., 2010, the study reports the results of 171 patients who were in refractory cardiac arrest and who all failed to respond to traditional medical therapies. These patients were then treated more aggressively with ECPB, hypothermia, and coronary interventions. Overall approximately 12% of these patients had a good 1 year status. In subgroup analysis, the quartile of patients who were treated with hypothermia most rapidly (<95 min) did the best. Out of these 45 patients who received rapid cooling to protect the brain, ten (out of 45) had a good neurological status after one year.

15. The ability to restore life remains true even when the cessation of cardiac function is caused by cardiotoxic drugs. *Extracorporeal life support in severe drug intoxication: a retrospective cohort study of 17 cases*, Daubin et al., 2009, outlines 17 cases of patients with severe cardiotoxic poisoning leading to progressive cardiac dysfunction, hypotension, and expected death from the poisoning. When placed on ECPB, 13 (76%) of the 17 were resuscitated without any neurological sequelae. The mean duration of cardiac arrest until ECPB was started was 101 minutes.

16. Tennessee's primary method of execution is an intravenous injection of five grams of pentobarbital, consisting of 100 ml of a 50 mg/mL solution divided into two syringes.

17. The written policy provides that an additional five grams of pentobarbital in the same volume and concentration may be prepared and kept available in the Lethal Injection Executioner's Room for contingent use.

18. Though Tennessee's written policy does not state the manner in which the physician determines whether the inmate is deceased, I am informed that unwritten policy followed by the physician is to check for the absence of a pulse (heartbeat) and to examine what the physician describes as "certain neurological parameters" in the inmates eyes, in other words examining the inmate to determine whether his pupils are fixed and dilated.

19. Based upon my expertise and experience in resuscitative medicine and my review of the medical literature regarding the resuscitation of humans following the cessation of heartbeat, it is my opinion that it is highly probable to a reasonable degree of medical and scientific certainty that the cessation cardiac function caused by the administration of 5 grams of pentobarbital in the manner prescribed by Tennessee's execution policies can be reversed in a substantial number of inmates through medical treatment up to 90 minutes after the cessation of heartbeat. It is further my opinion that in 50% of inmates, heartbeat can be restored without significant neurological impairment 30 minutes after the "death" is declared under Tennessee's execution policies.

20. Under Tennessee's execution policies, the warden or his designee announces that the inmate's sentence has been carried out immediately after the physician has declared the inmate "dead."

21. After reviewing Tennessee's execution policies, I believe it is highly probable to a reasonable degree of medical and scientific certainty that the cessation cardiac function caused by the administration of pentobarbital in the manner prescribed by Tennessee's execution policies can be reversed through medical treatment in 50% of inmates at the time the warden or his designee declares the sentence carried out.

22. Under Tennessee's execution policies, the warden or his designee informs appropriate State officials that the inmate's sentence has been carried out immediately after he declares the sentences carried out.

23. After reviewing Tennessee's execution policies, I believe it is highly probable to a reasonable degree of medical and scientific certainty that the cessation cardiac function caused by the administration of pentobarbital in the manner prescribed by Tennessee's execution policies can be reversed through medical treatment in 50% of inmates at the time the Commissioner or his designee informs appropriate State officials that the inmate's sentence has been carried out.

24. Under Tennessee's execution policies, the inmate's body is removed and placed in a body bag immediately after the warden or his designee informs appropriate State officials that the inmate's sentence has been carried out.

25. After reviewing Tennessee's execution policies, I believe it is highly probable to a reasonable degree of medical and scientific certainty that the cessation cardiac function caused by the administration of 5 grams of pentobarbital in the manner prescribed by Tennessee's execution policies can be reversed through medical treatment in 50% of inmates at the time their body is removed and placed in a body bag.

26. I declare under penalty of perjury that the foregoing is true and correct.

_____
Dr. Lance B. Becker

Dated: June 19, 2015