# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In the Matter of the | ) | |
| Federal Bureau of Prisons' Execution | ) | |
| Protocol Cases, | ) | |
| | ) | |
| LEAD CASE: *Roane et al. v. Barr* | ) | Case No. 19-mc-145 (TSC) |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| ALL CASES | ) | |
| | ) | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PERMANENT INJUNCTION CONCERNING THE FDCA CLAIM (COUNT XI)

Defendants respectfully seek leave from the Court to file a surreply in opposition to Plaintiffs' motion for partial summary judgment and permanent injunction on Count XI of the Amended Complaint concerning the Federal Bureau of Prisons' alleged violation of the Federal Food, Drug, and Cosmetic Act.

Defendants are mindful of this Court's instruction in its September 14, 2020 Minute Order, in which the Court indicated that it is inundated with filings. However, Plaintiffs' reply in support of their motion, ECF No. 248, raises a new argument to which Defendants did not have an opportunity to respond. Specifically, Plaintiffs argue for the first time in their reply, *see* ECF No. 248 at 7–8, that they have established the requisite irreparable harm for a permanent injunction based on the time-study reports in Defendants' Fifth Supplement to the Administrative Record, ECF No. 231. As described in Plaintiffs' reply, former plaintiff Nelson raised a concern about the lack of time-study data during the August 28 hearing before the Court. The government provided Plaintiffs the time-study results via its Fifth Supplement to the Administrative Record on

September 7, 2020.  Two days later, Plaintiffs chose to file a motion for partial summary judgment without raising any argument about the time-study results.

In light of Plaintiffs' failure to raise this argument in its opening brief, Defendants believe consideration of this new argument would be improper.  *Cf. Pub. Citizen Health Research Grp. v. Nat'l Institutes of Health*, 209 F. Supp. 2d 37, 44 (D.D.C. 2002) ("By placing a new argument in the Reply, Plaintiff does not permit Defendant[s] . . . to competently respond to such an argument."). To the extent the Court is inclined to consider that argument when deciding Plaintiffs' motion and request for permanent injunction, Defendants respectfully request leave to file the attached short surreply, which attaches a declaration from Dr. Peter Swaan, who is an expert in the field of pharmacology.

Plaintiffs' counsel has informed counsel for Defendants that Plaintiffs oppose this motion.

Dated:  September 16, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
Civil Chief, U.S. Attorney's Office

ALAN BURCH (D.C. Bar 470655)
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
Washington, D.C. 20530
202-252-2550
alan.burch@usdoj.gov

SCOTT G. STEWART
Deputy Assistant Attorney General

PAUL R. PERKINS
Special Counsel

 _/s/*Jean Lin*_____
JEAN LIN (NY Bar 4074530)
Special Litigation Counsel
JONATHAN KOSSAK (D.C. Bar 991478)
CRISTEN C. HANDLEY (MO Bar 69114)
BRADLEY P. HUMPHREYS (D.C. Bar 988057)
Trial Attorneys
Civil Division
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-3716
Jean.lin@usdoj.gov

2

Jonathan.kossak@usdoj.gov
Cristen.handley@usdoj.gov
Bradley.humphreys@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | )<br>)<br>)<br>)<br>)<br>)  Case No. 19-mc-145 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PERMANENT INJUNCTION CONCERNING THE FDCA CLAIM (COUNT XI)

Defendants respectfully submit this surreply to respond to a new argument raised for the first time in Plaintiffs' reply in support of their motion for partial summary judgment and permanent injunction on Count XI of the Amended Complaint. ECF No. 248.

In support of their assertion of irreparable injury, Plaintiffs accuse the government of misrepresenting that the drug it uses for lethal injection has met all quality assurance standards, when, according to Plaintiffs, the "the recently-discovered laboratory reports show that Defendants' pentobarbital failed potency testing on six different occasions." *Id.* at 8. Plaintiffs are mistaken.

Former plaintiff Keith Nelson first raised a question about the drug's expiration date in the Court of Appeals when he moved for a stay of execution pending appeal from this Court's dismissal of the Eighth Amendment claim. *See* Pl.-Appellant Nelson's Emergency Mot for Stay of Execution Pending Appeal at 10–11, No. 20-5252 (D.C. Cir. Aug. 21, 2020). In particular, Nelson argued to the D.C. Circuit that the one-year expiration date of the pentobarbital solution, as shown in photographs of the vials containing pentobarbital used for the July executions, did not

reflect the drug's actual shelf life.  *See id.*  Nelson raised similar arguments in defending this Court's FDCA-based injunction, again in the Court of Appeals.  *See* Pl.-Appellee Nelson's Opp'n to Gov't's Application to Stay or Vacate District Court Order at 14 & n.2, Case No. 5256 (D.C. Cir. Aug. 27, 2020).  Upon the D.C. Circuit's vacatur and remand of the permanent injunction on Nelson's FDCA claim, this Court held a hearing during which Nelson's counsel argued that the drug's potency was not established because "there's been no 365-day stability study."  Tr. of Aug. 28, 2020, hearing at 4.  Counsel for the government argued that Nelson's concern about the drug's potency was unwarranted because BOP's general guidelines require that the compounded pentobarbital solution to be used in executions meet quality assurance standards, *see* AR 1084–85, and, in fact, the Administrative Record contains laboratory reports confirming that the pentobarbital solution compounded in November and December of 2019—which BOP planned to, and ultimately did, use for Nelson's execution—have passed quality assurance testing by two independent laboratories.  *See* AR 970–91, 1075–83.  Counsel's representation was and remains accurate.  Thereafter, the Court denied Nelson's request for a permanent injunction because Nelson did not raise the argument about shelf life in his summary judgment briefing, and in light of the parties' dispute as to the interpretation and significance of this record evidence, among other things, Nelson's "showing of irreparable harm [was] far from 'certain.'"  Order at 2, No. ECF No. 226 (quoting *Wisconsin Gas Co. v. FECR*, 758 F.2d 669, 674 (D.C. Cir. 1985)).

In their reply, Plaintiffs confuse the laboratory results for the pentobarbital solution that will be used in executions with the laboratory results of the 365-day time study, which the Administrative Record indicates was being conducted separately using a different sample compounded in April 2019 specifically for purposes of that time study.  *See* AR 992–1015, AR 1008 ("Date compounded: 4/4/9"); *see also* Declaration of Raul Campos, ¶ 7, ECF 36-1.  On September 7, 2020, Defendants supplemented the Administrative Record with the results of the concluded time-study report, ECF No. 231, AR 1141–47, as well as the pharmacy's memoranda specifying that the beyond-use-date for the pentobarbital solution it compounded for use in executions in November and December 2019 are extended to November 25, and December 3,

2020, respectively, AR 1148–40.  Plaintiffs then chose to file their summary judgment motion two days later and did not raise an issue about the time-study reports in the opening brief.  *See* ECF No. 236.

The time-study reports do not indicate that the pentobarbital solution BOP has used, or will use, in executions is somehow sub-potent, much less that Plaintiffs would suffer irreparable injury as a result of being executed using that solution.  Although the sample for the time study tested outside the potency range for room temperature and elevated temperature at points throughout the one-year period, such deviations "fall[] within scientific expectations," and do not suggest that the tested solution lacks potency, as explained in the attached declaration of Dr. Peter W. Swaan, who is an expert in the field of pharmacology.  Declaration of Peter W. Swaan, Ph.D. ¶¶ 14–16 (Sept. 16, 2020) ("Swaan Decl.").

Based on his review of the scientific literature, Dr. Swaan opines that "pentobarbital is an extremely stable drug that has insignificant degradation in solution, the formulations of which will retain their potency even in extreme conditions." *Id.* ¶ 17.  However, any given test of potency— or "assay method"—may "lack accuracy to definitively determine pentobarbital potency," due to "inherent and well-known accuracy errors that can be attributed to many factors, including inter- and intra-day variability, calibration errors, operating temperature, operator-induced errors resulting from different personnel carrying out the same task on different assay days." *Id.* ¶ 13.  Thus, "fluctuation [in potency results] . . . is to be expected due to the inherent variability and relative accuracy of the potency assay." *Id.* ¶ 15.  Indeed, as Dr. Swaan explains, "a study of drug stability assays in the pharmaceutical industry showed that accuracy for potency assays of drugs in solution may have errors in reported potency up to 2.2%." *Id.*  "Analytical chemists will accept even larger assay accuracy errors as high as 10-15%." *Id.*

To account for such fluctuations, the "predicted actual potency" of a compounded solution is obtained by calculating a "trend line" through "multiple potency determinations over time." *Id.* ¶ 14.  Dr. Swaan shows that the "calculated stability trend line" of the time-study solution gives a "calculated starting potency of 93.4%" with a degradation of "1% . . . per year." *Id.*  Dr. Swaan

3

further demonstrates that the "assayed drug potency can vary from its predicted potency by a maximum of 2.5% . . . , but averages 1.5%." *Id.*  As Dr. Swaan explains, given these "accuracy limitations," he was able to determine that the actual potency values of the compounded pentobarbital batches tested for quality assurance in December 2019, *see* AR1076–77, were within the acceptable United States Pharmacopeia (USP) specification range of 92%–108% and will remain so even with a 1% degradation rate for one year.  Swaan Decl. ¶ 15.  Based on his analysis, Dr. Swaan concludes that "the stability studies presented to me for the pentobarbital formulations produced by the pharmacy display acceptable variability in their pentobarbital potency assay determinations indicating, that . . . the compounded pentobarbital solutions that underwent quality assurance testing in December 2019 are within potency specifications for lethal injection up until their one-year expiration date."  *Id.* ¶ 17.

In light of the foregoing, the time-study reports do not support Plaintiffs' contention that they would be irreparably injured if executed by the pentobarbital solution compounded in November and December of 2019.  Accordingly, this Court should deny Plaintiffs' motion for partial summary judgment and a permanent injunction.

Dated:  September 16, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
Civil Chief, U.S. Attorney's Office

ALAN BURCH (D.C. Bar 470655)
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
Washington, D.C. 20530
202-252-2550

SCOTT G. STEWART
Deputy Assistant Attorney General

PAUL R. PERKINS
Special Counsel

 /s/*Jean Lin*
JEAN LIN (NY Bar 4074530)
Special Litigation Counsel
JONATHAN KOSSAK (D.C. Bar 991478)
CRISTEN C. HANDLEY (MO Bar 69114)

alan.burch@usdoj.gov

BRADLEY P. HUMPHREYS (D.C. Bar 988057)
Trial Attorneys
Civil Division
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-3716
Jean.lin@usdoj.gov
Jonathan.kossak@usdoj.gov
Cristen.handley@usdoj.gov
Bradley.humphreys@usdoj.gov

*Attorneys for Defendants*

<u>EXPERT DECLARATION OF PETER W. SWAAN, PH.D.</u>

I, Peter Swaan, PhD, hereby declare as follows:

I.      BACKGROUND AND EXPERT QUALIFICATIONS

1.      I attended the University of Utrecht in Utrecht, The Netherlands, from 1984 to 1989,

graduating with a M.S. degree in Pharmacy. I completed my graduate training in

biopharmaceutics and received my Ph.D. from the University of Utrecht in 1993.

2.      From 1993 to 1996, I received postgraduate training in pharmaceutical chemistry at the

University of California at San Francisco. My training included chemical synthesis of anti-HIV

drugs, drug formulation, drug stability testing, and analytical chemistry. During that time, I

received fellowships from the International Federation of Pharmacy (FIP), the UCSF

Universitywide AIDS Research Program, and received the AIDS Clinical Research Center award.

3.      I began my career as a professor in 1996 at The Ohio State University College of

Pharmacy. I received tenure there in 2002. I was recruited to the University of Maryland,

Baltimore in 2003, where I currently serve as Professor and Chair of Pharmaceutical Sciences

and Associate Dean for Research and Advanced Graduate Studies.

4.      I have published over 130 papers in peer-reviewed scientific journals, which have been

collectively cited over 8,000 times.  I have also authored various book chapters and over 400

abstracts and proceedings to scientific meetings and conferences. And I have served as a

reviewer for numerous scientific journals, including high impact journals such as *Science,*

*Nature* and *Proceedings of the National Academy of Sciences USA*, in the areas of

pharmaceutical chemistry, drug metabolism, chemical analysis, modeling and simulation, and

pharmacokinetics and pharmacodynamics.

5.      I was the Editor-in-Chief of the Springer-Nature journal *Pharmaceutical Research* from 2009 to 2020.  In that role, I was responsible for the publication of nearly 1,000 manuscripts annually, encompassing all areas of the pharmaceutical sciences, including drug formulation, pharmaceutical technology, drug stability, metabolism, clinical and animal drug studies, among other topics. I also served between 2005-2018 as Associate Editor for the journals *Drug Metabolism and Disposition*, the *Journal of Pharmacological and Toxicological Methods* and the *European Journal of Pharmaceutical Sciences.*

6.      As an expert in pharmaceutical chemistry and technology, I have presented my work over 100 times at academic institutions, national and international meetings, conferences, and workshops as well as to the Food and Drug Administration, pharmaceutical industry and foundations.  Additional detail regarding my publications and speaking engagements are contained in my curriculum vitae (Appendix 1). I have been a member of the American Association of Pharmaceutical Scientists (AAPS) since 1994, and I was inducted as an AAPS Fellow in 2010. I am also a member of the American Society for Pharmacology and Experimental Therapeutics (ASPET) and the International Society for the Study of Xenobiotics (ISSX).

7.      As an academic researcher, I have been awarded over ten million dollars in research support from the federal government (Public Health Service, Department of Energy, Food and Drug Administration), pharmaceutical industry and small businesses, as well as various non-profit organizations and foundations. Since 2001, my research laboratory has been continuously funded by the National Institutes of Health (NIH). Owing to my expertise in pharmaceutical sciences, I have been invited to participate on various grant review panels for the NIH, private

foundations, and international government institutions. I was a permanent member of the NIH

Xenobiotics and Nutrient Disposition and Action (XNDA) study section from 2009 to 2012. I

currently serve as the Chair of the Board of Grants for the American Foundation for

Pharmaceutical Education (AFPE).

8.      I have worked as a consultant for pharmaceutical companies on the subject drug

formulation and delivery, and I have been a member of the United States Pharmacopeia basic

science task force since 2006.

II.     MATERIALS REVIEWED

9.      I have reviewed the allegations in the Amended Complaint, the declaration of the

Plaintiffs' expert, Dr. Michaela Almgren (dated Oct. 31, 2019), related filings in the case, and

additional information from authoritative textbooks, peer-reviewed articles, and materials from

government regulatory agencies as described below.

III.    EXPERT OPINION:

10.     I am informed that the federal government uses a pharmacy to produce compounded

pentobarbital formulation for execution, and that the pharmacy has determined that the

solution it produces has a one-year shelf life based on a 365-day time study conducted by an

independent laboratory.  See AR1140-42.  Counsel for the federal government has asked me to

review the time-study report and to opine on the stability of pentobarbital in aqueous

formulations for injection.   My expert opinion is that compounded pentobarbital solution is

generally very stable and that the time-study report shows that the pharmacist properly

determined that the shelf-life for the pentobarbital formulation it produces is one year.

11.     The formulation of pentobarbital is relatively straightforward and can be carried out by any compounding pharmacist knowledgeable of, and with experience in, sterile formulations.

12.     According to the scientific literature, pentobarbital is highly stable in sterile solutions. A 2015 study by Priest and Geibuhler[1] examined pentobarbital stability and quality control at room temperature for up to four years in a formulation nearly identical to the one the pharmacy compounded for lethal injection. Priest and Geibuhler's study determined that pentobarbital potency decreases by approximately only 0.5% per year in this formulation. Their conclusion was that "clearly this drug does not degrade significantly in our preparation, even in long-term storage." That conclusion is consistent with previous studies by Gupta,[2] who monitored the stability of injectable pentobarbital preparations after repackaging in syringes and found no significant loss of potency after refrigerated storage for 1 month and found a mere 6.5% loss in potency after boiling his preparation of pentobarbital for 1.5 hours. Clearly, pentobarbital is highly stable once formulated, as evidenced by the fact that even extreme conditions, such as storage at high temperature and high relative humidity, result in only modest degradation.

13.     Pentobarbital potency in dosage forms and formulations is typically established pursuant to United States Pharmacopeia (USP) specifications using high-performance liquid chromatography (HPLC) to separate pentobarbital from excipients and putative contaminants, or degradation products; upon separation, the drug is detected and quantitated by ultraviolet

---

[1] Priest SM, Geisbuhler TP. Injectable sodium pentobarbital: Stability at room temperature. J Pharmacol Toxicol Methods. 2015; 76:38-42.

[2] Gupta VD. Stability of pentobarbital sodium after reconstitution in 0.9% sodium chloride injection and repackaging in glass and polypropylene syringes. Int J Pharm Compd. 2001;5(6):482-4.

(UV) absorbance or mass spectrometry. Several of these methods have been described in the scientific literature[3,4,5] and a nearly identical method was used to asses pentobarbital potency during the independent laboratory's stability study. Although all published assay methods have great precision to determine pentobarbital in solution, they lack accuracy to definitively determine pentobarbital potency. Accuracy describes the difference between the measurement and the actual value. In fact, assay methods have inherent and well-known accuracy errors that can be attributed to many factors, including inter- and intra-day variability, calibration errors, operating temperature, operator-induced errors resulting from different personnel carrying out the same task on different assay days. A study of drug stability assays in the pharmaceutical industry showed that accuracy for potency assays of drugs in solution may have errors in reported potency up to 2.2%.[6] Analytical chemists will accept even larger assay accuracy errors as high as 10-15%.

14.     The Certificate of Analysis for the pentobarbital formulation stored at room temperature throughout the independent laboratory's 365-day stability study shows that the study was done pursuant to USP specifications and that the variability in assayed potency falls within scientific expectations. These data are represented in Appendix 2 and are presented with

[3] Morley JA, Elrod L, Jr. Determination of pentobarbital and pentobarbital sodium in bulk drug substance and dosage forms by high-performance liquid chromatography. J Pharm Biomed Anal. 1997;16(1):119-29.

[4] Heller DN. Liquid chromatography/mass spectrometry for timely response in regulatory analyses: identification of pentobarbital in dog food. Anal Chem. 2000;72(13):2711-6.

[5] Houdret N, Lhermitte M, Lalau G, Izydorczak J, Roussel P. Determination of thiopental and pentobarbital in plasma using high-performance liquid chromatography. J Chromatogr. 1985;343(2):437-42.

[6] Ermer J, Arth C, De Raeve P, Dill D, Friedel HD, Hower-Fritzen H, et al. Precision from drug stability studies. Investigation of reliable repeatability and intermediate precision of HPLC assay procedures. J Pharm Biomed Anal. 2005;38(4):653-63.

a trend line showing the predicted actual potency of the formulation: 93.4% (obtained by

multiple potency determinations over time). According to these data, assayed drug potency can

vary from its predicted potency by a maximum of 2.5% (Table 1), but averages 1.5%; however,

the formulation never reaches sub-potent drug levels despite two reported data points falling

below the 92% threshold for putative sub-potency. The intrinsic accuracy of the assay method

can account for such fluctuations. According to the calculated stability trend line, there is less

than 1% degradation per year. The two batches used for executions that were tested in

December 2019 had reported starting potency values of 97.6% (AR1076) and 100.0% (AR1077).

Considering the aforementioned accuracy limitations of the testing laboratory's potency assays,

we can determine that the actual values of these two batches ranged between 100.1% –95.1%

and 102.5%–97.5%, respectively. Considering the calculated 1% degradation per year from

stability studies, their potency values after one year of storage, are within USP specifications.

15.     The claim in the plaintiffs' filing on September 15, 2020, that "the Certificate of Analysis

for the pentobarbital stored at room temperature throughout the [independent laboratory's]

365-day stability study shows that the drug was sub-potent (below 92 percent) on days 92

(August 15, 2019) and 271 (February 10, 2020) of the study, but somehow increased in purity in

the intervening days and again on day 369 (May 18, 2020)," ECF No. 248 at 7, is misleading and

inaccurate.  As explained above, the fluctuation in these reported data is to be expected due to

the inherent variability and relative accuracy of the potency assay. For example, for samples

analyzed 6 days apart on days 92 and 98, measured potency values were reported at 90.6% and

94.6%, reflecting a 4% fluctuation of values. Such a rise in potency in merely 6 days is

chemically and thermodynamically impossible and can only be attributed to assay inaccuracy.

In fact, the Certificate of Analysis itself shows that the 92 day test was evidently determined to be the result of a prepping error, which explains why the formulation was reprepped and retested just six days later.

16.     Stability studies performed at elevated temperature and relative humidity are carried out to determine the extrapolated stability at other temperatures, such as room temperature and during refrigeration.  It is well known and accepted in the field of pharmacology that increased temperature accelerates chemical degradation. Therefore, it is expected that an active pharmaceutical ingredient (API) or compounded formulations will have significantly reduced stability and reach sub-potent levels during such studies compared to storage at room temperature. Also, these data are not relevant to assessing the potency of formulations stored at room temperature. The right panel in Figure 1 illustrates the stability of pentobarbital during storage at elevated temperature. Although the regression line through the data points in that panel is steeper compared to those stored at room temperature, which are represented in the left panel, the yearly degradation reflects only a 4% loss in potency. Refrigerated samples are expected to have an even higher stability compared to room-temperature-stored formulations. The Certificate of Analysis for the pentobarbital stored at elevated temperature documents four different points at which the drug was sub-potent (days 56, 92, 189, and 369). This is to be expected and is not indicative of reduced potency of the formulation stored at room temperature or below.

## CONCLUSION

17.     It is my opinion, to a reasonable degree of scientific certainty, that (1) pentobarbital is

an extremely stable drug that has insignificant degradation in solution, the formulations of

which will retain their potency even in extreme conditions; (2) the stability studies presented to

me for the pentobarbital formulations produced by the pharmacy display acceptable variability

in their pentobarbital potency assay determinations indicating, and that (3) the compounded

pentobarbital solutions that underwent quality assurance testing in December 2019 are within

potency specifications for lethal injection up until their one-year expiration date.


Date: September 16, 2020                          _____

                                                            Peter W. Swaan, PhD

# APPENDIX 1

**Peter W. Swaan**
**University of Maryland**
**20 Penn Street, HSF2-543**
**Baltimore, MD 21201**

**Telephone No.:**      410 706 0103
**E-mail address:**     pswaan@rx.umaryland.edu

## I.      Education

**1994 – 1996**    **Postdoctoral Fellow**, Department of Biopharmaceutics and Pharmaceutical Chemistry. **University of California at San Francisco**, California

**1993**     **Ph.D., Biopharmaceutics, University of Utrecht**, Utrecht, The Netherlands
Thesis: Prodrug targeting to the intestinal peptide carrier: an approach for increasing oral bioavailability.

**1989**     **M.S. Pharmacy, Utrecht University**, Utrecht, The Netherlands

**1984**     **Propaedeuse, University of Leiden,** Leiden, The Netherlands

## II.      Employment

**2020 - present**    *Chair, Department of Pharmaceutical Sciences, School o Pharmacy,* **University of Maryland**, Baltimore MD

**2011 - present**    *Associate Dean for research and Advanced Graduate Education,* School of Pharmacy, **University of Maryland**, Baltimore, MD

**2008 - present**    *Professor of Pharmaceutical Sciences,* School of Pharmacy, **University of Maryland**, Baltimore, MD

**2007- 2015**    *Director, Center for Nanomedicine and Cellular Delivery, School of Pharmacy,* **University of Maryland**, Baltimore, MD.

**2006 - 2007**    *Vice Chair for Research,* Department of Pharmaceutical Sciences, **University of Maryland**, Baltimore, MD.

**2004-2011**    *Director, Core Laboratory for Mass Spectrometry and Proteomics,* Department of Pharmaceutical Sciences, **University of Maryland**, Baltimore, MD.

**2003-2008**    *Associate Professor of Pharmaceutical Sciences,* **University of Maryland**, Baltimore, MD.

**2002**     *Associate Professor of Biophysics & Pharmaceutics,* **The Ohio State University**, Columbus, OH

**2001-2003**    *Director, Division of Bioinformatics and Computational Biology,* Biophysics Graduate Program, **The Ohio State University**

**2000-2003**    *Director, Core Laboratory for Bioinformatics and Computational Biology,* **Dorothy M. Davis Heart & Lung Research Institute**, OSU, Columbus, Ohio.

**1999 – 2002**    *Joint Assistant Professor of Biophysics,* **The Ohio State University**, Columbus OH

**1996 – 2002**    *Assistant Professor of Pharmaceutics and Pharmaceutical Chemistry,* **The Ohio State University**, Columbus, Ohio.

**05 – 10/1991**    *Visiting scientist,* Department of Pharmaceutics, College of Pharmacy, **University of Michigan**, Ann Arbor, Michigan (Supervisor: Dr Gordon L. Amidon)

1

**05 – 10/1990**   *Visiting scientist*, Department of Drug Delivery, **SmithKline Beecham**, King of Prussia, PA. (Supervisor: Dr. Philip L. Smith)

## III.   Publications

***H-index (as of February, 2020): 46***

1. Li L, Welch MA, Li Z, Mackowiak B, Heyward S, Swaan PW, Wang H. Mechanistic Insights of Phenobarbital-Mediated Activation of Human but Not Mouse Pregnane X Receptor. Mol Pharmacol. 2019;96(3):345-54.

2. Chothe PP, Czuba LC, Ayewoh EN, Swaan PW. Tyrosine Phosphorylation Regulates Plasma Membrane Expression and Stability of the Human Bile Acid Transporter ASBT (SLC10A2). Mol Pharm. 2019;16(8):3569-76.

3. Saha Ray A, Ghann WE, Tsoi PS, Szychowski B, Dockery LT, Pak YJ, Li W, Kane MA, Swaan P, Daniel MC. Set of Highly Stable Amine- and Carboxylate-Terminated Dendronized Au Nanoparticles with Dense Coating and Nontoxic Mixed-Dendronized Form. Langmuir. 2019;35(9):3391-403.

4. Trends in Research and Graduate Affairs in Colleges and Schools of Pharmacy, Part 1 – Programs Lisa Lebovitz, Peter W. Swaan and Natalie D. Eddington American Journal of Pharmaceutical Education December 2019, ajpe7643; DOI: https://doi.org/10.5688/ajpe7643

5. Trends in Research and Graduate Affairs in Colleges and Schools of Pharmacy, Part 2 – Students Lisa Lebovitz, Peter W. Swaan and Natalie D. Eddington American Journal of Pharmaceutical Education December 2019, ajpe7642; DOI: https://doi.org/10.5688/ajpe7642

6. Trends in Research and Graduate Affairs in Colleges and Schools of Pharmacy, Part 3 – URMs Lisa Lebovitz, Peter W. Swaan and Natalie D. Eddington American Journal of Pharmaceutical Education December 2019, ajpe7641; DOI: https://doi.org/10.5688/ajpe7641

7. Schlessinger A, Welch MA, van Vlijmen H, Korzekwa K, Swaan PW, Matsson P. Molecular Modeling of Drug-Transporter Interactions-An International Transporter Consortium Perspective. Clin Pharmacol Ther. 2018;104(5):818-35.

8. Czuba LC, Hillgren KM, Swaan PW. Post-translational modifications of transporters. Pharmacol Ther. 2018;192:88-99.

9. Chothe, PP, Czuba, LC, Moore, RH, Swaan, PW.  Human bile acid transporter ASBT (SLC10A2) forms functional non-covalent homodimers and higher order oligomers. Biochim Biophys Act 1860: 645-653 (2017).

10. Shiffka, SJ, Kane, MA, Swaan, PW. Planar bile acids in health and disease. BBA Biomembranes 1859: 2269-2276 (2017).

11. Mackowiak, B, Li, LH, Welch, MA, Li, DC, Jones, JW, Heyward, S, Kane, MA , Swaan, PW, Wang, HB. Molecular Basis of Metabolism-Mediated Conversion of PK11195 from an Antagonist to an Agonist of the Constitutive Androstane Receptor. Mol Pharmacol 92: 75-87 (2017)

12. Ali I, Welch MA, Lu Y, Swaan PW, Brouwer KL. Identification of novel MRP3 inhibitors based on computational models and validation using an in vitro membrane vesicle assay. Eur J Pharm Sci. 103:52-59 (2017)

2

13. H. Duan, T. Hu, R.S. Foti, Y. Pan, P.W. Swaan, and J. Wang. Potent and Selective Inhibition of Plasma Membrane Monoamine Transporter by HIV Protease Inhibitors. Drug Metab Dispos. 43:1773-1780 (2015).

14. P.W. Swaan. Obituary: Paul M. Bummer (1955 - 2015). Pharm Res. 32:2813 (2015).

15. B.R. Avaritt and P.W. Swaan. Internalization and Subcellular Trafficking of Poly-l-lysine Dendrimers Are Impacted by the Site of Fluorophore Conjugation. Mol Pharm. 12:1961-1969 (2015).

16. M.A. Welch, K. Kock, T.J. Urban, K.L. Brouwer, and P.W. Swaan. Toward predicting drug-induced liver injury: parallel computational approaches to identify multidrug resistance protein 4 and bile salt export pump inhibitors. Drug Metab Dispos. 43:725-734 (2015).

17. C. Lynch, Y. Pan, L. Li, S. Heyward, T. Moeller, P.W. Swaan, and H. Wang. Activation of the constitutive androstane receptor inhibits gluconeogenesis without affecting lipogenesis or fatty acid synthesis in human hepatocytes. Toxicol Appl Pharmacol. 279:33-42 (2014).

18. Schuetz JD, Swaan PW, Tweedie DJ. The role of transporters in toxicity and disease. Drug metabolism and disposition: the biological fate of chemicals. 2014;42(4):541-5.

19. Köck K, Ferslew BC, Netterberg I, Yang K, Urban TJ, Swaan PW, et al. Risk factors for development of cholestatic drug-induced liver injury: inhibition of hepatic basolateral bile acid transporters multidrug resistance-associated proteins 3 and 4. Drug metabolism and disposition: the biological fate of chemicals. 2014;42(4):665-74.

20. Chothe PP, Swaan PW. Resveratrol promotes degradation of the human bile acid transporter ASBT (SLC10A2). The Biochemical journal. 2014;459(2):301-12.

21. Avaritt BR, Swaan PW. Intracellular Ca Release Mediates Cationic but Not Anionic Poly(amidoamine) (PAMAM) Dendrimer-Induced Tight Junction Modulation. Pharm Res. 2014;31:2429-2438.

22. Blouin R, Brixner D, Cutler S, Derendorf HC, Poloyac SM, Ellingrod Ringold VL, et al. The report of the 2012-2013 Research and Graduate Affairs Committee. American journal of pharmaceutical education. 2013;77(8):S9.

23. Andar AU, Hood RR, Vreeland WN, Devoe DL, Swaan PW. Microfluidic preparation of liposomes to determine particle size influence on cellular uptake mechanisms. Pharmaceutical research. 2014;31(2):401-13.

24. Sabit H, Mallajosyula SS, MacKerell AD, Jr., Swaan PW. Transmembrane domain II of the human bile acid transporter SLC10A2 coordinates sodium translocation. The Journal of biological chemistry. 2013;288(45):32394-404.

25. Moore RH, Chothe P and Swaan PW (2013) Transmembrane domain V plays a stabilizing role in the function of human bile acid transporter SLC10A2. Biochemistry 52(30): 5117-5124.

26. Zamek-Gliszczynski MJ, Lee CA, Poirier A, Bentz J, Chu X, Ellens H, Ishikawa T, Jamei M, Kalvass JC, Nagar S, Pang KS, Korzekwa K, Swaan PW, Taub ME, Zhao P and Galetin A (2013) ITC recommendations for transporter kinetic parameter estimation and translational modeling of transport-mediated PK and DDIs in humans. Clinical pharmacology and therapeutics 94(1): 64-79.

27. Bareford LM, Avaritt BR, Ghandehari H, Nan A and Swaan PW (2013) Riboflavin-targeted polymer conjugates for breast tumor delivery. Pharm Res 30(7): 1799-1812.

3

28. Claro da Silva T, Polli JE and Swaan PW (2013) The solute carrier family 10 (SLC10): beyond bile acid transport. Molecular aspects of medicine 34(2-3): 252-269.

29. Pan Y, Chothe PP and Swaan PW (2013) Identification of novel breast cancer resistance protein (BCRP) inhibitors by virtual screening. Mol Pharm 10(4): 1236-1248.

30. Lynch C, Pan Y, Li L, Ferguson SS, Xia M, Swaan PW and Wang H (2013) Identification of novel activators of constitutive androstane receptor from FDA-approved drugs by integrated computational and biological approaches. Pharm Res 30(2): 489-501.

31. Ekins S, Polli JE, Swaan PW and Wright SH (2012) Computational modeling to accelerate the identification of substrates and inhibitors for transporters that affect drug disposition. Clinical pharmacology and therapeutics 92(5): 661-665.

32. Gonzalez PM, Hussainzada N, Swaan PW, Mackerell AD, Jr. and Polli JE (2012) Putative irreversible inhibitors of the human sodium-dependent bile acid transporter (hASBT; SLC10A2) support the role of transmembrane domain 7 in substrate binding/translocation. Pharm Res 29(7): 1821-1831.

33. Claro da Silva TC, Hussainzada N, Khantwal CM, Polli JE, Swaan PW. Transmembrane helix 1 contributes to substrate translocation and protein stability of bile acid transporter SLC10A2. J Biol Chem. 2011 Aug 5;286(31):27322-32.

34. Goldberg DS, Vijayalakshmi N, Swaan PW, Ghandehari H. G3.5 PAMAM dendrimers enhance transepithelial transport of SN38 while minimizing gastrointestinal toxicity. J Control Release. 2011 Mar 30;150(3):318-25.

35. Ho HT, Pan Y, Cui Z, Duan H, Swaan PW, Wang J. Molecular analysis and structure-activity relationship modeling of the substrate/inhibitor interaction site of plasma membrane monoamine transporter. The Journal of pharmacology and experimental therapeutics. 2011 Nov;339(2):376-85.

36. Mason CW, Buhimschi IA, Buhimschi CS, Dong Y, Weiner CP, Swaan PW. ATP-binding cassette transporter expression in human placenta as a function of pregnancy condition. Drug Metab Dispos. 2011 Jun;39(6):1000-7.

37. Pan Y, Li L, Kim G, Ekins S, Wang H, Swaan PW. Identification and validation of novel human pregnane X receptor activators among prescribed drugs via ligand-based virtual screening. Drug Metab Dispos. 2011 Feb;39(2):337-44.

38. Structural requirements of the ASBT by 3D-QSAR analysis using aminopyridine conjugates of chenodeoxycholic acid. X. Zheng, Y. Pan, C. Acharya, P.W. Swaan, and J.E. Polli. Bioconjug Chem. **21**:2038-2048 (2010).

39. Publication ethics--a guide for submitting manuscripts to Pharmaceutical Research. P.W. Swaan. Pharm Res. 27:1757-1758 (2010).

40. Cellular Entry of G3.5 PAMAM Dendrimers by Clathrin- and Dynamin-Dependent Endocytosis is Required for Tight Junctional Opening in Intestinal Epithelia. D.S. Goldberg, H. Ghandehari and P.W. Swaan. *Pharm Res*. **27**:1547-57 (2010).

41. Targeting drug transporters - combining in silico and in vitro approaches to predict in vivo. Bahadduri PM, Polli JE, Swaan PW, Ekins S. *Methods Mol Biol.* **637**:65-103 (2010).

42. Riboflavin-Targeted Polymer Conjugates for Delivery of Mitomycin C to Breast Tumors. LM. Bareford, B.R. Avaritt, H. Ghandehari, A. Nan, and P.W. Swaan. *J Control Rel.* Accepted for publication (2010)

4

43. Increased expression of MDR1 and BCRP in placenta of women with preterm labor and associated inflammation. CW Mason, IA Buhimschi, C. Buhimschi, Y. Dong, C.P Weiner, and P.W. Swaan. J Pharmacol Exp Ther. Under Review.

44. Human Effector / Initiator Gene Sets That Regulate Myometrial Contractility During Term and Preterm Labor. CP. WEINER, CW MASON, Y. Dong, IA Buhimschi, P.W. Swaan and C. Buhimschi. *Am. J Obstet Gynecol.* **202**: 474 (2010).

45. Membrane transporters in drug development. K.M. Giacomini, S.M. Huang, D.J. Tweedie, L.Z. Benet, K.L. Brouwer, X. Chu, A. Dahlin, R. Evers, V. Fischer, K.M. Hillgren, K.A. Hoffmaster, T. Ishikawa, D. Keppler, R.B. Kim, C.A. Lee, M. Niemi, J.W. Polli, Y. Sugiyama, P.W. Swaan, J.A. Ware, S.H. Wright, S.W. Yee, M.J. Zamek-Gliszczynski, and L. Zhang. *Nat Rev Drug Discov*. **9**:215-236 (2010).

46. The cytosolic half of helix III forms the substrate exit route during permeation events of the sodium/bile acid cotransporter ASBT. N. Hussainzada, T. Claro Da Silva, and P.W. Swaan. *Biochemistry*. **48**:8528-8539 (2009).

47. Science beyond impact factors. P.W. Swaan. *Pharm Res.* **26**:743-745 (2009).

48. Transepithelial transport of PEGylated anionic poly(amidoamine) dendrimers: Implications for oral drug delivery. D.M. Sweet, R.B. Kolhatkar, A. Ray, P. Swaan, and H. Ghandehari. *J Control Release* **138**: 78-85 (2009).

49. Pharmaceutical research-looking ahead. Swaan PW. *Pharm Res* **26**:491 (2009).

50. The Ethanol Metabolite Acetaldehyde Increases In Vitro Paracellular Drug Permeability and Oral Bioavailability In Vivo. Fisher, SJ, Swaan, PW and Eddington ND. J Pharmacol Exp Ther. 332:326-333 (2010).

51. Transepithelial Transport of PEGylated Anionic Poly (Amidoamine) Dendrimers: Implications for Oral Drug Delivery. Sweet, DM, Kolhatkar, RB, Swaan, PW, and Ghandehari, H. *J Control Rel.* In press (2009).

52. Intracellular processing of riboflavin in human breast cancer cells. Bareford LM, Phelps MA, Foraker AB, Swaan PW. *Mol Pharm.* **5**: 839-48 (2008).

53. Potential Oral Delivery of 7-Ethyl-10-Hydroxy-Camptothecin (SN-38) using Poly(amidoamine) Dendrimers. Kolhatkar, RB, Swaan, PW, and Ghandehari, H. *Pharm. Res.* **25**:1723-1729 (2008).

54. Conserved aspartic acid residues lining extracellular loop I of sodium-coupled bile acid transporter ASBT interact with Na$^+$ And 7$\alpha$-OH moieties on the ligand cholestane skeleton. Hussainzada, N, Claro da Silva, T, Zhang, EY, and Swaan, PW. *J Biol Chem* **283**: 20653–20663, J (2008).

55. Machine Learning Methods and Docking For Predicting Human Pregnane X Receptor Activation. Khandelwal, A, Krasowski, M, Reschly, E, Sinz, M, Swaan, P.W., and Ekins, S. *Chem Res Toxicol.* **21**: 1457–1467 (2008).

56. Bacterial peptide recognition and immune activation facilitated by human peptide transporter *PEPT2*. Swaan, PW, Bensman, T., Bahadduri, P.M., Hall, M.W., Sarkar, A., Khantwal, C.M., Ekins, S., and Knoell, D.L. *Am J Resp Cell Mol Biol.* **39**: 536-542 (2008).

57. Design, Synthesis, Cytoselective Toxicity, Structure-Activity Relationships, and Pharmacophore of Thiazolidinone Derivatives Targeting Drug-Resistant Lung Cancer Cells. H. Zhou, S. Wu, S. Zhai, A. Liu, Y. Sun, R. Li, Y. Zhang, S. Ekins, P. W. Swaan, B. Fang, B. Zhang, and B. Yan. *J Med Chem* **51**: 1242-1251 (2008).

58. Endocytosis Inhibitors Prevent Poly(amidoamine) Dendrimer Internalization and Permeability across Caco-2 Cells. K. M. Kitchens, R. B. Kolhatkar, P. W. Swaan, and H. Ghandehari. *Mol Pharm* **5:** 364-369 (2008).

59. Design of high-affinity peptide conjugates with optimized fluorescence quantum yield as markers for small peptide transporter PEPT1 (SLC15A1). Bahadduri, PM, Ray, A, Khandelwal, A, and Swaan, PW. *Bioorg. Med. Chem. Lett.* **18:** 2555–2557 (2008).

60. Cytosolic Half of Transmembrane Domain IV of the Human Bile Acid Transporter hASBT (SLC10A2) Forms Part of the Substrate Translocation Pathway. Khantwal A and Swaan, PW. *Biochemistry* **47**: 3606–3614  (2008).

61. Multi-Level Analysis Of Organic Anion Transporters 1, 3, And 6 Reveals Major Differences In Structural Determinants Of Antiviral Discrimination. DM. Truong, G Kaler, A Khandelwal, PW. Swaan, and SK. Nigam. *J. Biol Chem.* **13**:8654-8663 (2008).

62. Electrostatic and Potential Cation-$\pi$ Forces Guide Interaction of Extracellular Loop III in Human Apical Sodium-dependent Bile Acid Transporter (hASBT) with $Na^+$ and Bile Acids. Banerjee, A., Hussainzada, N., Khandelwal, A., and Swaan, P.W. *Biochemical J.* **410**: 391-400 (2008).

63. Conformational Flexibility of Helix VI is Essential for Substrate Permeation of the Human Apical Sodium-dependent Bile Acid Transporter (ASBT), Hussainzada, N., Khandelwal, A., and Swaan, P. W. *Mol Pharmacol* **73**: 305-313 (2008)

64. Evaluation of the effect of ethanol's toxic metabolite acetaldehyde on the gastrointestinal oligopeptide transporter, PEPT1: in vitro and in vivo studies. S. J. Fisher, I. J. Lee, P. W. Swaan, and N. D. Eddington. *Alcohol Clin Exp Res* **32:** 162-70 (2008).

65. Surface Acetylation of Polyamidoamine (PAMAM) Dendrimers Decreases Cytotoxicity while Maintaining Membrane Permeability, Kolhatkar, R. B., Kitchens, K. M., Swaan, P. W., and Ghandehari, H. *Bioconjug Chem.* **18:** 2054-2060 (2007).

66. Future Directions For Drug Transporter Modeling. S. Ekins, G.F. Ecker, P. Chiba and P.W. Swaan. *Xenobiotica* **37**: 1152-1170 (2007).

67. Endocytic Mechanisms for Targeted Drug Delivery. L.M. Bareford and P.W. Swaan. *Adv Drug Del. Rev.* **59:**748-758 (2007)

68. Endocytosis and Interaction of Poly (Amidoamine) Dendrimers with Caco-2 Cells. K. M. Kitchens, A.B. Foraker, R.B. Kolhatkar, P.W. Swaan, and H. Ghandehari. *Pharm Res* **24:** 2138-2145 (2007).

69. Dynamin 2 Regulates Riboflavin Endocytosis in Human Placental Trophoblasts. AB Foraker, A Ray, T Claro da Silva, LM Bareford, KM Hillgren, TD Schmittgen, and P.W. Swaan. *Mol Pharmacol.* **72:** 553-562 (2007)

70. Human Pregnane X Receptor Antagonists And Agonists Define Molecular Requirements For Different Binding Sites. S Ekins, C Chang, S Mani, MD Krasowski, EJ Reschly, M Iyer, V Kholodovych, N Ai, WJ Welsh, M Sinz, PW Swaan, R Patel, and K Bachmann. *Mol Pharmacol* **72**: 592-603 (2007)

71. Computational Models to Assign Biopharmaceutics Drug Disposition Classification from Molecular Structure. A. Khandelwal, P.M. Bahadduri, C. Chang, J.E. Polli, P.W. Swaan and S. Ekins. *Pharm Res* **24:** 2249-62 (2007).

72. Structural variation governs substrate specificity for organic anion transporters (oat) homologs: potential remote sensing by oat family members. G. Kaler, D. M. Truong, A. Khandelwal, M. Nagle, S. A. Eraly, P. W. Swaan, and S. K. Nigam. *J Biol Chem* **282**: 23841-23853 (2007).

73. Analogs of methyllycaconitine as novel noncompetitive inhibitors of nicotinic receptors: pharmacological characterization, computational modeling, and pharmacophore development. D. B. McKay, C. Chang, T. F. Gonzalez-Cestari, S. B. McKay, R. A. El-Hajj, D. L. Bryant, M. X. Zhu, P. W. Swaan, K. M. Arason, A. B. Pulipaka, C. M. Orac, S. C. Bergmeier. *Mol Pharmacol* **71** (2007) 1288-97.

74. Bias in Estimation of Transporter Kinetic Parameters from Over-expression Systems: Interplay of Transporter Expression Level and Substrate Affinity. Balakrishnan, A, Hussainzada, N, Gonzalez, P., Bermejo, M, Swaan, PW, and Polli, JE. *J Pharmacol Exp Ther* **320**: 133-144 (2007).

75. Transport of poly(amidoamine) dendrimers across Caco-2 cell monolayers: Influence of size, charge and fluorescent labeling. K. M. Kitchens, R. B. Kolhatkar, P. W. Swaan, N. D. Eddington, and H. Ghandehari. *Pharm Res* **23**: 2818-26 (2006).

76. Rapid identification of P-glycoprotein substrates and inhibitors. C. Chang, P. M. Bahadduri, J. E. Polli, P. W. Swaan, and S. Ekins. *Drug Metab Dispos* **34**: 1976-84 (2006).

77. Pharmacophore-based discovery of ligands for drug transporters. C Chang, S Ekins, PM Bahadduri, and PW Swaan. *Adv Drug Del Rev* **58**: 1431-50 (2006).

78. Transmembrane Domain VII of the Human Apical Sodium-Dependent Bile Acid Transporter ASBT (SLC10A2) Lines the Substrate Translocation Pathway. N. Hussainzada, A. Banerjee, and P. W. Swaan. *Mol Pharmacol* 70: 1565-74 (2006)

79. Dynamic Distribution of Riboflavin to Endocytic Compartments in Human Placental Trophoblasts. D'Souza V.M., Foraker, A.B., Ray, A., Shapiro, P.S., and Swaan, P.W. *Biochemistry* **45**:6095-6104 (2006).

80. Electrophysiological Characterization and Modeling of the Structure Activity Relationship of the Human Concentrative Nucleoside Transporter 3 (hCNT3). H. Hu, C.J. Endres, C. Chang, N.S. Umapathy, E.-W. Lee, Y.-J. Fei, S. Itagaki, P.W. Swaan, V. Ganapathy, and J.D. Unadkat. *Mol. Pharmacol.* **69:**1542-1553 (2006).

81. Cytoskeletal Scaffolds Regulate Riboflavin Endocytosis and Recycling in Placental Trophoblasts. V.M. D'Souza, L.M. Bareford; A. Ray, and P.W. Swaan. *J. Nutr. Biochem.* **17**:821-829 (2006).

82. Identification of interactive gene networks: a novel approach in gene array profiling of myometrial events during guinea pig pregnancy. C. W. Mason, P. W. Swaan, and C. P. Weiner. *Am J Obstet Gynecol* **194**: 1513-23 (2006).

83. Pregnancy and estradiol modulate G-protein pathways in the Guinea Pig. Weiner CP, Mason CW, Hall G, Ahmad U, Swaan PW, and Buhimschi IA. *Am J Obstet Gynecol.* **194**: 1513-23 (2006).

84. Membrane Topology of Human ASBT (SLC10A2) Determined by Dual Label Epitope Insertion Scanning Mutagenesis. New Evidence for Seven Transmembrane Domains. A. Banerjee and P. W. Swaan. *Biochemistry* **45:** 943-53 (2006).

85. Recognition, Co-Internalization and Recycling of an Avian Riboflavin Carrier Protein in Human Placental Trophoblasts. C. W. Mason, V. M. D'Souza, L. M. Bareford, M. A. Phelps, A. Ray, and P. W. Swaan. *J Pharmacol Exp Ther* **317**:465-472 (2006).

86. Identification of interactive gene networks: A novel approach in gene array profiling of myometrial events during guinea pig pregnancy. C. W. Mason, P. W. Swaan, and C. P. Weiner. *Am J Obstet Gynecol* **194**: 1513-1523 (2006).

87. Design of novel synthetic MTS conjugates of bile acids for site-directed sulfhydryl labeling of cysteine residues in bile acid binding and transporting proteins. Ray, A. Banerjee, C. Chang, C. M. Khantwal, and P. W. Swaan. *Bioorg Med Chem Lett* **16**:1473-1476 (2006).

88. Computational approaches to modeling drug transporters. C. Chang and P. W. Swaan. *Eur J Pharm Sci* **27**:411-425 (2006).

89. Reengineering the Pharmaceutical Industry by Crash-Testing Molecules. Swaan, PW and Ekins, S. *Drug Discov. Today* **10**: 1191-200 (2005).

90. Drug Prescribing Challenges During Pregnancy. Weiner, C.P., Buhimschi, C and Swaan, P.W. *Current Obstet. Gynaecol.* **15**:199-205 (2005).

91. In silico strategies for modeling membrane transporter function. C. Chang, A. Ray, and P.W. Swaan. *Drug Discov Today* **10**: 663-71 (2005).

92. Comparative Pharmacophore Modeling of Organic Anion Transporting Polypeptides: A Meta-analysis of Rat Oatp1a1 and Human OATP1B1, C. Chang, K. S. Pang, P. W. Swaan, and S. Ekins, *J Pharmacol Exp Ther* **314:** 533-541 (2005).

93. Site-Directed Mutagenesis and Use of Bile Acid-MTS Conjugates to Probe the Role of Cysteines in the Human Apical Sodium-Dependent Bile Acid Transporter (SLC10A2), A. Banerjee, A. Ray, C. Chang, and P. W. Swaan. *Biochemistry* **44**:8908-8917 (2005).

94. Functional characterization of the peptide transporter PEPT2 in primary cultures of human upper airway epithelium, P. M. Bahadduri, V. M. D'Souza, J. K. Pinsonneault, W. Sadée, S. Bao, D. L. Knoell, and P. W. Swaan. *Am J Respir Cell Mol Biol* **32**:319-325 (2005).

95. Molecular determinants of substrate/inhibitor binding to the human and rabbit renal organic cation transporters hOCT2 and rbOCT2, W. M. Suhre, S. Ekins, C. Chang, P. W. Swaan, and S. H. Wright. *Mol Pharmacol* **67**:1067-1077 (2005).

96. In vitro and pharmacophore-based discovery of novel hPEPT1 inhibitors, S. Ekins, J. S. Johnston, P. Bahadduri, V. M. D'Souza, A. Ray, C. Chang, and P. W. Swaan. *Pharm Res* **22**:512-517 (2005).

97. Efflux of depsipeptide FK228 (FR901228, NSC-630176) is mediated by P-glycoprotein and multidrug resistance-associated protein 1. J. J. Xiao, A. B. Foraker, P. W. Swaan, S. Liu, Y. Huang, Z. Dai, J. Chen, W. Sadée, J. Byrd, G. Marcucci, and K. K. Chan. *J Pharmacol Exp Ther* **313**: 268-76 (2005).

98. Topology Scanning and Putative Three-Dimensional Structure of the Extracellular Binding Domains of the Apical Sodium-Dependent Bile Acid Transporter (SLC10A2). Zhang, E.Y., Phelps, M.A., Banerjee, A., Khantwal, C.M., Chang, C. Helsper, F. and Swaan, P.W., *Biochemistry* **43**: 11380-11392 (2004).

99. A Novel Rhodamine-Riboflavin Conjugate Probe Exhibits Distinct Fluorescence Resonance Energy Transfer That Enables Riboflavin Trafficking and Subcellular Localization Studies, Phelps, M.A., Foraker, A.B., Gao, W., Dalton, J.T., and Swaan, P.W. *Mol. Pharm.* **1**:257-266 (2004).

100.     A Ligand-Based Approach to Identify Quantitative Structure Activity Relationships for the Androgen Receptor. Bohl, CE, Chang C., Mohler, ML, Miller, D.D., Swaan, P.W.. Dalton, JT. *J. Med. Chem.* **47**:3765-3776 (2004).

101.       Molecular Requirements of the Human Nucleoside Transporters, hCNT1, hCNT2 and hENT1 C. Chang, P.W. Swaan, L.Y. Ngo, P.Y. Lum, S.D. Patil, and J.D. Unadkat. *Mol Pharmacol* **65**: 558-570 (2004).

102.       Development of Computational Models For Enzymes, Transporters, Channels And Receptors Relevant To ADME/Tox. Ekins, S. and Swaan, P.W. *Rev. Comp. Chem* **20**: 333-415 (2004).

103.       Current Perspectives on the Cellular Uptake and Trafficking of Riboflavin. Foraker, AB, Khantwal, CM, Swaan, PW. *Adv Drug Del Rev.* **11**: 1467-1484 (2003).

104.       Molecular basis of vitamin E action. Tocotrienol modulates 12-lipoxygenase, a key mediator of glutamate-induced neurodegeneration. Khanna S, Roy S, Ryu H, Bahadduri P, Swaan PW, Ratan RR and Sen CK *J Biol Chem.* **278**: 43508-15 (2003).

105.       Microfabricated Porous Silicon Particles Enhance Paracellular Delivery of Insulin across Intestinal Caco-2 Cell Monolayers. Foraker, AB, Walczak, RJ, Cohen, MH, Boiarski, TA, Grove, CF and Swaan, PW. *Pharm Res* **20**: 110-116 (2003).

106.       Cytoskeletal motors and cargo in membrane trafficking: opportunities for high specificity in drug intervention. Phelps, MA, Foraker, AB, and Swaan, PW. *Drug Discov Today* **8**:494-502 (2003).

107.       Structural Determinants of P-glycoprotein-Mediated Transport of Glucocorticoids. Yates, C.R., Chang, C., Kearby, J.D., Yasuda, K., Schuetz, E.G., Miller, D.D., Dalton, J.T., and Swaan, P.W. *Pharm. Res.* **20**:1794-1803 (2003).

108.       Involvement of Endocytic Organelles in the Subcellular trafficking and localization of Riboflavin:. Huang, S.-N., Phelps, MA and Swaan, P.W. *J. Pharmacol Exp Ther.* **306**:681-687 (2003).

109.       Towards a new age of virtual ADME/TOX and multidimensional drug discovery. S. Ekins, B. Boulanger, P.W. Swaan, and M.A. Hupcey, *Mol Divers* **5**:255-275 (2002).

110.       Straight-chain Naltrexone Ester Prodrugs: Diffusion and Concurrent Esterase Biotransformation in Human Skin. K.K. Harris, T.A. Cooperman, P.W. Swaan, and A.L. Stinchcomb. *J. Pharm. Sci.* **91**: 2571-2578 (2002).

111.       Camptothecins: A Review of Their Chemotherapeutic Potential. H. Ulukan and P.W. Swaan. *Drugs* **62**: 2039-2057 (2002).

112. Novel Oral Drug Delivery Systems, Swaan, P.W. *AAPS Newsmagazine*, **5**:20-21 (2002),

113. Towards a new age of virtual ADME/TOX and Multidimensional Drug Discovery. S. Ekins, B. Boulanger, P.W. Swaan, and M.A.Z Hupcey. *J. Comput.-Aid. Mol. Des.* **16**:381-401 (2002).

114. Structural Biology And Function Of Solute Transporters: Implications For Identifying And Designing Substrates. Zhang, E.Y., Knipp, G.T., Ekins, S. and Swaan, P.W. *Drug Metab Rev.* **34**: 709-750 (2002).

115. Modeling of Active Transport Systems, Zhang, EY, Chang, C, Phelps, M, Ekins, S, and Swaan, PW, *Adv Drug Del Rev* **54**:329-354 (2002).

116. Riboflavin uptake in human trophoblast-derived bewo cell monolayers: cellular translocation and regulatory mechanisms. Huang, S.N. and Swaan, P.W. *J Pharmacol Exp Ther* **298**: 264-71. (2001).

117. Sequential Processing of Human ProIL-1β by Caspase-1 and Subsequent Folding Determined by a Combined In Vivo and In Silico Approach. Swaan, P.W., Knoell, D.L., Helsper, F., and Wewers, M.D., *Pharm. Res.* **18**:1083-1090 (2001).

118. Downregulation of topoisomerase I in differentiating human intestinal epithelial cells, H. Ulukan, M.T. Muller, and P.W. Swaan, *Int J Cancer* **94:** 200-207 (2001).

119. Progress in predicting human ADME parameters in silico.S. Ekins, C. L. Waller, P. W. Swaan, G. Cruciani, S. A. Wrighton, and J. H. Wikel. *J. Pharmacol. Toxicol. Methods* **44**: 251-72. (2000).

120. Involvement of a Receptor-Mediated Endocytosis Component in the Transepithelial Transport of Riboflavin. Huang, S.N. and Swaan, P.W. *J. Pharmacol Exp. Ther.* **294**: 117-125 (2000).

121. Determination of membrane protein glycation in diabetic tissue, Zhang, E.Y. and Swaan, P.W., *AAPS PharmSci* **1**: E20 (1999).

122. Mapping the Binding Site of the Small Intestinal Peptide Carrier (PepT1) using Comparative Molecular Field Analysis. Swaan, P. W., Koops, B. C., Moret, E. E., and Tukker, J. J. *Receptors & Channels.***6**:189-200 (1998).

123. Recent Advances in Intestinal Macromolecular Drug Delivery via Receptor-Mediated Transport Pathways. Swaan, PW. *Pharm. Res.* **15**:828-836 (1998).

124. Molecular Modeling Of The Intestinal Bile Acid Carrier: A Comparative Molecular Field Analysis Study. Swaan, PW, Szoka, FC,Jr. and Øie, S. *J. Comp.-Aided Mol. Des.* **11**: 581-588 (1997).

125. Enhanced Transepithelial Transport of Peptides by Conjugation to Cholic Acid. Swaan, PW, Hillgren, KH, Szoka, FC Jr, and Øie, S. *Bioconjug. Chem.* **8**: 520-525 (1997).

126. Molecular Determinants of Recognition for the Intestinal Peptide Carrier.  Swaan, PW and Tukker, JJ. *J. Pharm. Sci.* **86**: 596-602 (1997).

127. Use of the Intestinal Bile Acid Transporter for the Uptake of Cholic Acid Conjugates with HIV-1 Protease Inhibitory Activity. Kågedahl, M, Swaan, PW, Redemann, CT, Tang, M, Craik, CS, Szoka, FC, Jr., and Øie, S. *Pharm. Res.* **14**: 176-180 (1997).

128. Carrier-mediated oral drug delivery - Preface. Swaan, PW, Øie, S and Szoka, FC, Jr. *Adv Drug Del Rev.* **20**: 1-4 (1996).

129. Use of the intestinal and hepatic bile acid transporters for drug delivery. Swaan, PW, Szoka, FC, Jr and Øie, S. *Adv Drug Del Rev.* **20**: 59-82 (1996).

130. Molecular mechanism for the relative binding affinity to the intestinal peptide carrier. Comparison of three ACE-inhibitors: enalapril, enalaprilat, and lisinopril. Swaan, PW, Stehouwer, MC and Tukker, JJ. *Biochim Biophys Acta (Biomembranes)* **1236**: 31-38 (1995).

131. Carrier-mediated transport mechanism of foscarnet (trisodium phosphonoformate hexahydrate) in rat intestinal tissue. Swaan, PW and Tukker, JJ. *J Pharmacol Exp Ther* **272**: 242-247 (1995).

132. Determination of transport rates for arginine and acetaminophen in rabbit intestinal tissues in vitro. Swaan, PW, Marks, GJ, Ryan, FM and Smith, PL. *Pharm Res* **11**: 283-287 (1994).


# IV.        Abstracts

NOTE: Since all abstracts are normally converted into research articles, the Swaan lab has stopped listing meeting abstracts since 2008

1.  CM. Mason, C. Buhimschi, I. Buhimschi I, PW Swaan and CW Weiner. Regulation Of Steroid Sulfate Transporters In Human Placenta During Various Pregnancy Related Disease States And Their Impact On Estrogen Synthesis Pathway. *Am J Obstet Gynecol* **199:** S25-S25 (2008).

2.  CM Mason, YF Dong, C Buhimschi, I Buhimschi I, PW Swaan and CW Weiner. Increased Mdr1 And Bcrp In Placenta Of Women In Preterm Labor Associated With Inflammation. *Am J Obstet Gynecol* **199:** S27-S29 (2008)

3.  D. M. Sweet, R. B. Kolhatkar, P. W. Swaan and H. Ghandehari. Mechanisms Of Transport Of Pegylated Anionic Pamam Dendrimers Across Caco-2 Cell Monolayers. International Symposium on Recent Advances in Drug Delivery Systems. 2009

4.  Hussainzada N, Claro da Silva T, Zhang EY and Swaan PW. Conserved aspartic acid residues lining extracellular loop I of sodium-coupled bile acid transporter ASBT interact with Na+ and $7\alpha$-OH moieties on the ligand cholestane skeleton. Gordon Research Conference, Metabolism section (2008)

5.  CW Mason, IA Buhimschi, C Buhimschi, PW Swaan, and C P Weiner. Corin Expression And Regulation In The Myometrium Of Women With Preeclampsia. Society for Gynecological Investigation (2008).

6.  SJ Fisher, IJ Lee, PW Swaan, and ND Eddington. In Vitro and In Vivo Effects of Acetaldehyde On Gastrointestinal Membrane Permeability *AAPS J.* **9:** 2209 (2007).

7.  SJ Fisher, IJ Lee, PW Swaan, and ND Eddington 'Effect of Ethanol's Toxic Metabolite Acetaldehyde on the Gastrointestinal Transporter, PEPT1: In Vitro and In Vivo Studies. *AAPS J.* **9:** 2200 (2007).

8.  CM Khantwal, and PW Swaan. Structure and function of extracellular loop 2 of human Apical Sodium-dependent Bile Acid Transporter (hASBT, SLC10A2) as revealed by cysteine-scanning mutagenesis and solvent accessibility *AAPS J.* **9:** 3660 (2007).

9.  CW Mason, IA Buhimschi, C Buhimschi, PW Swaan, CP Weiner. Regulation of Placental Transporter Expression and Function in Term and Inflammation-Induced Preterm Labor *AAPS J.* **9:**   (2007).

10. Transmembrane Proline Residues are Essential for Transport Function of hASBT. Hussainzada, N. and Swaan, P.W. *AAPS J.* **9:** (2007)

11. Role of Transmembrane Domain 3 During the Translocation Cycle of hASBT. Hussainzada, N., Da Silva, T.C. and Swaan, P.W. *AAPS J.* **9:** (2007)

12. Bareford, L.M., Foraker, A.B., Ray, A., Ghandehari, H., and Swaan, P.W.  Riboflavin Directed N-(2-Hydroxypropyl)Methacrylamide (HPMA) Uptake in Human Breast Cancer Cells Occurs Via a Receptor Mediated Endocytic Mechanism. . *AAPS J.* **9:** 2200 (2007).

13. Bareford LM, Ray A, Nan A, Ghandehari H, Swaan PW. Riboflavin enhances cellular accumulation of N-(2-Hydroxypropyl)Methacrylamide in breast cancer cells *FASEB J* **21:** A436-A437 (2007)

14. Bahadduri P, Chang C, Ekins S, and Swaan, PW Integrated approach to indentify novel P-glycoprotein substrates and inhibitors *FASEB J* **21:** A1188-A1188 (2007)

15. Hussainzada N and Swaan PW. Aqueous accessibility of transmembrane domain 6 of the human apical Na+-dependent bile acid transporter is modulated by substrate binding. *FASEB J* **21:** A1336-A1336 (2007).

11

16. Khantwal CM and Swaan PW. Defining the substrate translocation pathway of the human apical sodium-dependent bile acid transporter ASBT (SLC10A2): Role of transmembrane domain IV *FASEB J* **21:** A1336-A1336 (2007)

17. Mason CW, Swaan PW, Buhimschi C, Buhimschi I, and Weiner CP. Impact of gestation and labor on the expression of the polypeptide hormone, stanniocalcin-1, in guinea pig and human myometrium. *FASEB J* **21:** A1420-A1420 (2007).

18. Yang, L, Foraker, AB, Swaan, PW and. Schmittgen, TD. Cell uptake and tissue distribution of an RNA aptamer to prostate specific membrane antigen. Department of Defense Innovative Minds in Prostate Cancer Today, Atlanta, GA (September 2007).

19. LM Bareford, AB Foraker, A Ray, and PW Swaan.  Endosomal regulatory mechanisms of riboflavin homeostasis. 3rd AAPS Transporter Workshop: M1033 Bethesda, MD (2007).

20. N. Hussainzada, P.W. Swaan. Molecular investigation of conformationally sensitive residues within membrane spanning domain 6 of human ASBT (SLC10A2). *AAPS J.* **8:** W5134 (2006)

21. PM Bahadduri, C Chang, S Ekins, PW Swaan. Application of Integrated Computational Pharmacophore Models and In Vitro Approaches to Rapidly Identify Novel P-glycoprotein Ligands *AAPS J.* **8:** W5136 (2006)

22. C Khantwal, PW Swaan. Structural And Functional Analysis Of The Transmembrane Domain 4 Of The Apical Sodium-Dependent Bile Acid Transporter (Slc10a2) By Cysteine Scanning Mutagenesis. *AAPS J.* **8:** W5289 (2006)

23. AB Foraker, IJ Lee, A Ray, TD Schmittgen and PW Swaan. siRNA Induced Silencing of Dynamin 2 Significantly Reduces Riboflavin Absorption in Human Placental Trophoblasts. *AAPS J.* **8:** W5290 (2006)

24. L Bareford, A Ray and PW Swaan. Effect of Endosomal pH on the Recycling of Riboflavin in Placental Trophoblasts. *AAPS J.* **8:** R6079 (2006)

25. PM Bahadduri, C Chang, S Ekins, PW Swaan. Application of Integrated Computational Pharmacophore Models and In Vitro Approaches to Rapidly Identify Novel P-glycoprotein Ligands. Drug Metab Rev (2006)

26. N. Hussainzada, A. Banerjee, P.W. Swaan. Molecular insight into functional role of transmembrane domain 6 of human apical sodium/bile acid co-transporter, hASBT (SLC10A2). FASEB J. (2006)

27. CM Khantwal and PW Swaan. Identification of Sodium/Bile Acid Binding Residues in Transmembrane Segment 4 of The Human Apical Sodium-dependent Bile Acid Transporter by Substituted Cysteine Accessibility Method (SCAM) FASEB J. (2006).

28. C. Chang, K.S Pang, PW. Swaan and S Ekins. Comparative Pharmacophore Modeling of Organic Anion Transporting Polypeptides: Meta-analysis of Rat Oatp1a1, Human OATP1A2 and OATP1B1. Abstract for 229th ACS National Meeting, San Diego, CA, 2005

29. C. Chang, S. Ekins and P.W. Swaan. Application of P-gp Pharmacophore Models in Database Screening. Abstract for 229th ACS National Meeting, San Diego, CA, 2005.

30. Naissan Hussainzada, Mitch A. Phelps, Vanessa M. D'Souza, Ahbijit Ray, Peter W. Swaan. Evaluation of Vitamin B2 Structural Analogs. *AAPS J.* **7:** T3095 (2005).

31. PM Bahadduri, C. Chang, S. Ekins, and PW Swaan. Rapid identification of molecules with affinity for P-glycoprotein by pharmacophore modeling and in vitro screening. *AAPS J.* **7**: R6222 (2005)

32. A. Banerjee, N. Hussainzada, P.W Swaan. Defining the Sodium/Bile Acid Binding Regions in Extracellular Loop 3 and Transmembrane Segment 7 of the Human Apical Sodium-dependent Bile Acid Transporter by Substituted Cysteine Accessibility Method (SCAM). AAPS J. 7: R6227 (2005)

33. L Bareford, AB Foraker, A Ray and PW Swaan. Retroendocytosis Of Intact Riboflavin In Human Placental Trophoblast And Breast Cancer Cells. *AAPS J.* **7**: R6228 (2005)

34. VM D'Souza, Julie Ray, CM Khantwal, A Ray and PW Swaan. Expression of a Mammalian Riboflavin-Specific Protein in Human Trophoblasts and Bovine Plasma. *AAPS J.* **7**: R6238 (2005)

35. CM Khantwal and PW Swaan. Association of the Ileal Bile Acid Binding Protein with Ileal Sodium-dependent Bile Acid Transporter. *AAPS J.* **7**: R6254 (2005)

36. CW Mason, A Ray and PW Swaan. Endocytosis and Hormonal Regulation of Chicken Riboflavin Carrier Protein in Placental and Hepatic Cells. *AAPS J.* **7**: R6267 (2005).

37. A. Banerjee, A. Ray, and P.W. Swaan. Analysis of membrane topology of the human apical sodium dependent bile acid tranpsorter (hASBT) by epitope insertion scanning mutagenesis. AAPS Workshop on Drug Transporters in ADME: From the Bench to the Bedside. Parsippany NJ, March 7-9, 2005

38. P Bahadduri, J Johnston, V D'Souza, A. Ray, PW Swaan and S Ekins. Identification of Novel hPEPT1 Inhibitors by In Vitro and Pharmacophore Based Approaches. AAPS Workshop on Drug Transporters in ADME: From the bench to the Bedside. Parsippany NJ, March 7-9, 2005

39. P Bahadduri, V D'Souza, J Pinsonneault, W Sadée, S Bao, DL Knoell, and PW Swaan. Functional Characterization of the Peptide Transporter PEPT2 in Primary Cultures of Human Upper Airway Epithelium. AAPS Workshop on Drug Transporters in ADME: From the bench to the Bedside. Parsippany NJ, March 7-9, 2005.

40. CW Mason, A Ray and PW Swaan. Riboflavin- and Estrogen-mediated effects on Chicken Riboflavin Binding Protein Uptake in Placental and Hepatic Cells AAPS Workshop on Drug Transporters in ADME: From the bench to the Bedside. Parsippany NJ, March 7-9, 2005

41. N. Hussainzada, MA Phelps, V D'Souza, A Ray, and PW Swaan. Iodinated Riboflavin – A Novel Analog Recognized by the vitamin B2 system in breast cancer. AAPS Workshop on Drug Transporters in ADME: From the bench to the Bedside. Parsippany NJ, March 7-9, 2005

42. MA Phelps, N Hussainzada, JT Dalton and PW Swaan. Differential Absorption of Riboflavin in Breast Cancer Cell Models. AAPS Workshop on Drug Transporters in ADME: From the bench to the Bedside. Parsippany NJ, March 7-9, 2005

43. L. Bareford, V D'Souza, A Ray and PW Swaan Cytoskeletal involvement in apical internalization and endocytic trafficking of riboflavin in placental trophoblasts. AAPS Workshop on Drug Transporters in ADME: From the bench to the Bedside. Parsippany NJ, March 7-9, 2005

44. **A. Banerjee, A. Ray, P.W. Swaan. Design and Synthesis of Novel MTS-bile acid: Functional characterization of cysteine residues in the apical sodium-dependent bile acid transporter. Training Program in Integrative Membrane Biology. 9th Annual Retreat. Harper's Ferry, WV, October 14-15, 2004

45. **P. Bahadduri, V. D'Souza, J. Pinsonneault, W. Sadée, S. Bao, D.K. Knoell, P. W. Swaan. Functional characterization of PepT2 transporter in primary human lung epithelial cells. Training Program in Integrative Membrane Biology. 9th Annual Retreat. Harper's Ferry, WV, October 14-15, 2004

46. **A. Foraker, V. D'Souza, A. Ray, P. Shapiro, P.W. Swaan. Distinct Intracellular Distribution of Riboflavin to Endocytic Organelles in Placental and Intestinal Cells. Training Program in Integrative Membrane Biology. 9th Annual Retreat. Harper's Ferry, WV, October 14-15, 2004

47. J. Xiao, Y. Huang, Z. Dai, W. Sadée, A. Foraker, P.W. Swaan, S. Liu, G. Marcucci, J. Chen, J. Byrd, J. Wright, M. Grever, K.K. Chan, Role of MDR1 and MRP1 in chemoresistance to the HDAC inhibitor FK228. *AAPS J.* **6S**: M1102 (2004).

48. K. Kitchens, N.D. Eddington, P.W. Swaan, H. Ghandehari, Influence of surface charge in the transport of poly(amidoamine) dendrimers across the intestinal epithelial barrier. *AAPS J.* **6S**: T2195 (2004).

49. J.J. Johnston, J.T. Dalton, P.W. Swaan, Guggulsterone acts as a specific MRP1 inhibitor. *AAPS J.* **6S**: T2243 (2004).

50. M.A. Phelps, A.B. Foraker, W. Gao, J.T. Dalton, P.W. Swaan. Physicochemical and spectral characterization of a novel rhodamine-riboflavin conjugate. *AAPS J.* **6S**: T2292 (2004).

51. A. Banerjee, A. Ray, P.W. Swaan. Novel bile acid-MTS conjugates in the functional characterization of cysteine residues in the apical sodium-dependent bile acid transporter (ASBT). *AAPS J.* **6S**: T2321 (2004).

52. C. Bohl, C. Chang, M. Michael, M. Duane, P.W. Swaan, A lignad-based approach to identify quantitative structure-activity relationships for the androgen receptor. *AAPS J.* **6S**: W4111 (2004).

53. A. Foraker, V. D'Souza, A. Ray, P. Shapiro, P.W. Swaan. Riboflavin absorption and trafficking involves clathrin-mediated endocytosis. *AAPS J.* **6S**: W4264 (2004).

54. P. Bahadduri, V. D'Souza, J. Pinsonneault, W. Sadée, S. Bao, D.K. Knoell, P. W. Swaan. Functional characterization of PepT2 transporter in primary human lung epithelial cells. *AAPS J.* **6S**: R6241 (2004).

55. MA Phelps, AB Foraker, and PW Swaan Intramolecular resonance energy transfer in a rhodamine-riboflavin conjugate: A novel tool for single and multi-photon imaging of riboflavin transport and trafficking. Biophys J. (2004)

56. J. Xiao, A.B. Foraker, P.W. Swaan, J. Byrd, G. Marcucci and K.K. Chan. Cellular efflux of depsipeptide FK228 (FR901228, NSC-630176) is mediated by both Pgp and MRPI. *PharmSci* **5S**: xxx (2003)

57. J. Kalitsky-Szirtes, J, Wang, P.W. Swaan, M. Piquette-Miller, Reduced Intestinal Efflux of Digoxin in Endotoxin-treated Rats. *PharmSci* **4S**: T2245 (2002).

58. J. Xiao, A.B. Foraker, P.W. Swaan, J. Byrd, G. Marcucci and K.K. Chan. Depsipeptide FR90122 (NSC-630176) transport study in human intestinal epithelial Caco-2 cells. *PharmSci* **4S**: W4241 (2002).

59. A.L. Stinchcomb, D.C. Hammel, P.V.N. Challapalli, E.W. Paxton, P.W. Swaan, M. Klausner. Naltrexone Ester Prodrug Bioconversion In A Human Epidermis Equivalent. *PharmSci* **4S**: R60

60. A.B. Foraker, R.J. Walczak, MH Cohen, T.A. Boiarski, C.F. Grove and P.W Swaan, Porous Silicon Particles Enhance Paracellular Delivery of Insulin Across Intestinal Caco-2 Cell Monolayers. *PharmSci* **4S**: T3360 (2002).

61. Ulukan, H, Muller, MT, and Swaan, PW. Topoisomerase I-related Parameters Predict Camptothecin Analog Sensitivity During Human Colon Carcinoma Cell Growth and Development, *AAPS PharmSci* **3S**: 3251 (2001).

62. Zhang, EY, Phelps, MA, and Swaan, PW. Membrane Topology And Structure-function Relationship Of The Apical Sodium-dependent Bile Acid Transporter (ASBT), *AAPS PharmSci* **3**: 3155 (2001).

63. Huang, S-N, and Swaan, PW. Cellular Translocation Mechanism of Riboflavin: Involvement of Receptor-Mediated Component(s), *AAPS PharmSci* **3**:1543 (2001).

64. Zhang, EY, Phelps, MA and <u>Swaan, PW</u>. Topology And Critical Residues For Substrate Interaction With The Apical Sodium-Dependent Bile Acid Transporter, ASBT. *Drug Metab Rev* **33**: S215 (2001).

65. <u>Swaan, PW</u>, Knoell, D.L., Helsper, F., and Wewers, M.D. A Model for ProIL-1beta Structure using Homology to α1-Antitrypsin: Processing by Caspase-1 and Subsequent Folding. *PharmSci*. **2**:3195 (2000).

66. Zhang, EY, Helsper, F, and <u>Swaan, PW</u>. Mutagenesis and Modeling of the Apical Sodium-Dependent Bile Acid Transporter. *PharmSci*. **2**:3197 (2000).

67. Ulukan, H., Muller, M.T., and Swaan, P.W. Topoisomerase I-Related Parameters Predict the Sensitivity of Intestinal Epithelial Cells to Camptothecin Analogs **2**:2604 (2000).

68. Garrett, ME, Huang, S-N, and <u>Swaan, PW</u>. Vectorial Transport of Thiamin in a Human Small Intestinal Cell Line, Caco-2. *PharmSci*. **2**:2167 (2000).

69. Huang, S-N, and <u>Swaan, PW</u> Mechanism And Regulation Of Riboflavin Uptake In A Human Placental Choriocarinoma Cell Line (BeWo). *PharmSci*. **2**:2014/2311 (2000).

70. Huang, S-N, and <u>Swaan, PW</u>. Intracellular Trafficking of Riboflavin-Rhodamine Conjugates. *PharmSci*. **2**:4149 (2000).

71. Stinchcomb, AL and <u>Swaan, PW</u>. A Comparison Of Branched- And Straight-Chain 3-Alkyl-Ester Prodrugs Of Naltrexone For Transdermal Delivery. *PharmSci*. **2**:1135 (2000).

72. Knoell, D.L., Swaan, P.W., Helsper, F., and Wewers, M.D. Sequential Processing Of Interleukin-1β By Caspase-1 (ICE): A Model Based Upon The Structure Of α1-Antitrypsin (α1-AT). *Am. J. Resp. Crit. Care Med.* **161**:J118 (2000).

73. Ulukan, H. and Swaan, P.W. Cellular Permeability and Conversion Kinetics of CPT-11 and its Active Metabolite, SN-38, in Caco-2 cells. *PharmSci* **1(4S)**:3180 (1999).

74. Huang, S.-N. and Swaan, P.W. Involvement Of A Receptor-Mediated Endocytosis Component In The Intestinal Transport Of Riboflavin. *PharmSci* **1(4S)**:4206 (1999).

75. Changes In Intestinal Nitric Oxide Control And Barrier Function During Streptozotocin Induced Diabetes. Zhang, Y. and Swaan, P.W. *PharmSci* **1(4S)**:4261 (1999).

76. 3-Valeryl And 3-Heptyl-Ester Prodrugs Of Naltrexone For Transdermal Delivery. Harris, K., Cooperman, T, Swaan, P.W., and Stinchcomb, A.L. *PharmSci* **1(4S)**:1022 (1999).

77. Effect of Camptothecin Analogs on Epithelial Cell Growth and Development. Ulukan, H., Muller, M.T., and Swaan, P.W. *PharmSci* **1(4S)**:2111 (1999).

78. Use Of A Fold Prediction Routine To Classify Solute Carrier Proteins.  Helsper, F. and Swaan, P.W. *PharmSci* **1(4S)**:3115 (1999).

79. Molecular Modeling Of The Human Ileal Bile Acid Transporter. Helsper, F. and Swaan, P.W. *PharmSci* **1(4S)**:3116 (1999).

80. **Cellular Mechanism of Intestinal Toxicity Induced by Irinotecan (CPT-11).  Ulukan, H. and Swaan, P.W. Midwest Regional Meeting on Pharmacology of DNA Topoisomerases and DNA Repair, FT Stone Lab, Put-in-Bay, OH, May 21-23, 1999.

81. Transepithelial Transport Mechanism of Riboflavin Across Caco-2 cell monolayers. Huang, S. and Swaan, P.W. *FASEB J.* **13**: A73 (1999)

82. Changes in Intestinal Barrier Function and Active Transport During Uncontrolled Diabetes. Y. Zhang and Swaan, P.W. *FASEB J.* **13**: A1012 (1999)

83. Effect of Irinotecan (CPT-11) on DNA-Topoisomerase I Activity in Subconfluent and Differentiated Caco-2 Cells. Ulukan, H., Muller, M.T., and Swaan, P.W. *FASEB J.* **13**: A914 (1999)

84. *Direct and Indirect Modeling Approaches for Membrane Transport Proteins. Helsper, F. and Swaan, P.W. Second AAPS Frontier Symposium: Membrane Transporters and Drug Therapy, NIH Masur Auditorium, Bethesda, MD, April 8-10, 1999.

85. A Colorimetric Assay for Determining the Glycation Level of Total Membrane Proteins. Zhang, Y. and Swaan, P.W. *PharmSci* **1**: S-232 (1998).

86. Barrier Function Of Non-Ischemic Feline Ileum After Endotoxin (LPS)-Induced Sepsis. Swaan, P.W., Julian, M.W., and Crouser, E.D. *PharmSci* **1**: S-7 (1998).

87. Changes In Intestinal Barrier Function During Diabetes: Epithelial Permeability And Expression Of Nitric Oxide Synthase.  Swaan, P.W., Weinstein, D.M., Seifert, J.L., And Bauer, J.A. *PharmSci*  **1**: S-5-S6 (1998).

88. Transepithelial Transport Mechanism Of Riboflavin Across Caco-2 Cell Monolayers. Huang, S.-N. and Swaan, P.W. *PharmSci* **1**: S-453 (1998).

89. Effect Of Camptothecin Analogs On Dna Topoisomerase I Activity In (Sub)Confluent Caco-2 Cells. Ulukan, H., Muller, M.T., and Swaan, P.W. *PharmSci* **1**: S-229 (1998).

90. *Transport Mechanism Of Riboflavin In A Human Intestinal Cell Line,  Caco-2 Cells. Huang, S.-N., Swaan, P.W., 30th Pharmaceutics Graduate Student Research Meeting, June 18-20, 1998, Lawrence KS.

91. Effect Of Camptothecin Analogs On Dna Topoisomerase I Activity In (Sub)Confluent Caco-2 Cells. Ulukan, H., Muller, M.T., and Swaan, P.W. *Pharm Res* **15**: S- (1998).

92. *Mechanistic Investigation of CPT-11 induced intestinal toxicity. Ulukan, H and Swaan, P.W., 30th Pharmaceutics Graduate Student Research Meeting, June 18-20, 1998, Lawrence KS.

93. Oral peptide delivery using the intestinal bile acid transporter. Swaan, P. W., Szoka, F. C., Jr., and Øie, S.. *Proceed. Int'l. Symp. Control. Rel. Bioact. Mater.* **24**: 7-8 (1997).

94. Structural requirements for the intestinal bile acid transporter. Swaan, P. W., Szoka, F. C., Jr., and Øie, S. *Pharm. Res.* **13**: S-236 (1996).

95. Utilizing the intestinal bile acid transporter for enhanced peptide transport. <u>Swaan, PW</u>, Hillgren, KM, Szoka, FC, Jr and Øie, S. *Pharm Res* **12**: S-300 (1995).

96. Structure-affinity comparison of three ACE-inhibitors enalapril, enalaprilat and lisinopril. <u>Swaan, PW</u>, Stehouwer, MC and Tukker, JJ. *Pharm Res* **11**: S-220 (1994)

97. Carrier-mediated transport of foscarnet across rat intestinal membrane in vitro. <u>Swaan, PW</u> and Tukker, JJ. *Pharm Res* **11**: S-220 (1994)

98. Prodrug approach using the intestinal peptide carrier. <u>Swaan, PW</u>, Stehouwer, MC, Blok, RIC and Tukker, JJ. *Pharm Res* **10**: S-295 (1993).

99. Molecular features essential for active peptide transport. Tukker, JJ and <u>Swaan, PW</u>. *Pharm Res* **9**: S-180 (1992).

100. \*\*Essential molecular requirements for carrier-mediated peptide transport. <u>Swaan, PW</u> and Tukker, JJ. *Pharm Weekbl Sci Ed* **14F**: 62 (1992).

101. \*\*Binding site mapping of the intestinal peptide carrier. <u>Swaan, PW</u> and Tukker, JJ. *Pharm Weekbl Sci Ed* **14M**: 4 (1992).


## V.    Grants and Contracts

## V.1 Grants Approved and Funded

## V.1.1 Active Grants (total cost for grant period listed)

3R01 DK61425  (Swaan)        6/2017-9/2021  2 calendar
**Structure-Function of the Apical Bile Acid Transporter**        $1,751,630
The major goal of this study is to elucidate the structure-function and structure-affinity relationship of the apical sodium-dependent bile acid transporter.

Z036601 (Polli)                9/15/11-9/14/20                0.6 calendar
University of MD, College Park (FDA U01)        $455,274
University of Maryland **Center of Excellence in Regulatory Science and Innovation**
UMB will lead Project Biomarkers and Project Health Outcomes, and will contribute to Project Technologies. Project Biomarkers will focus on membrane transporters in drug development, hepatotoxicity biomarkers, and personalized medicine. Project Technologies will focus on performance of optical imaging and therapeutic systems, biocompatibility of stents and vascular grafts, and novel engineered cartilage constructs. Project Health Outcomes will focus on evaluation of risk evaluation and mitigation strategies, as well as infrastructure support and methods development to support decision science within pharmaceutical safety and effectiveness studies.


## V.1.2 Completed Grants (>$10M)

1. $8,000 from Ohio State University Seed Grants, Oral Peptide Delivery, principal investigator, 1997-1998. *(Starter Grant)*

2. $5,000 from the American Cancer Society, Institutional Research Grant, Targeted Drug Delivery to Pancreatic Carcinoma via the Oligopeptide Transporter (PepT1), principal investigator, 1998-1999, ACS#865906 *(Starter Grant)*

3. $25,000 from the Pharmaceutical Research and Manufacturers of America Foundation, Molecular Specificity of the Intestinal Bile Acid Carrier, principal investigator, 1998-2000. *(Starter Grant)*

4. $18,000 from the American Cancer Society – Ohio Division, Targeted Drug Delivery to Pancreatic Carcinoma via the Oligopeptide Transporter (PepT1), principal investigator, 1999-2000. *(Starter Grant)*

5. $30,953 from the Comprehensive Cancer Center-James Cancer Hospital and Solove Research Fund, for "Targeted Drug Delivery to Pancreatic Carcinoma via the Oligopeptide Transporter (PepT1)," principal investigator, 1999-2000 *(Starter Grant)*

6. $149,574 from NIH/NIDA for "Naltrexone Prodrugs for Transdermal Delivery," R03 DA11759-01, co-investigator (Stinchcomb, AL, PI), 1998-2000.

7. $10,000 from the American Federation of Pharmaceutical Education (AFPE) for "Targeted Drug Delivery to Pancreatic Tumors using the Oligopeptide Transporter," New Investigator Program for Pharmacy Faculty, 12/1999-12/2000 *(Starter Grant)*

8. $10,000 from the American Association of Pharmaceutical Scientists (AAPS) for "New Investigator Grant in Pharmaceutics and Pharmaceutical Technologies" sponsored by Pfizer. 2000-2001.

9. $227,795 from Pharmacia&Upjohn-Ohio State Research Collaboration, Mechanistic Investigations of Irinotecan (CPT-11) Induced Diarrhea, principal investigator, 8/1998-12/2001

10. $89,073 from iMEDD, Inc. (Columbus, OH) for "Oral-MEDDS", 9/2000-7/2002.

11. $1,752,000 from the National Institutes of Health, Research Contracts and Acquisition Branch (National Cancer Institute for "Preclinical Pharmacological Studies of Antitumor and anti-HIV Agents," RFP #NO1-CM-97019-58, Chan, K.K. (PI), Hayton, W.L. (Co-PI), Balcerzak, S.P. (Co-I), Swaan, P.W. (Co-I), Vandre, D. (Co-I), 1999-2004.

12. $662,821 from the National Institutes of Health (NIDDK) for "Epithelial transport and function of riboflavin," Swaan, P.W. (PI), Lee, RJ (Co-I), 1R01 DK56631, 6/2001-5/2004.

13. $29,500 from Eli Lilly & Co. for "Computational Modeling of hPepT1", Swaan, P.W. (PI), Ekins, S, Hillgren, K, and Dantzig AH (Eli Lilly) 1/2002-12/2002

14. $88,500 from Concurrent Pharmaceuticals, Inc. for "Pharmacophore Development of PepT1", Swaan, PW (PI) 11/2002-10/2003.

15. $147,500 from Eli Lilly & Co. for "Cellular trafficking of riboflavin", Swaan, P.W. (PI) and Hillgren, K (Eli Lilly) 1/2003-12/2005
16. $74,500 from NIH R03 NS050791 for "High Throughput Assay for the intestinal peptide transporter" to Swaan (PI, 5%), 09/01/04 – 08/31/06

17. $135,000 from the Susan G. Komen Breast Cancer Foundation grant #PDF0402815 for "Riboflavin trafficking in Breast Cancer" to Swaan, PW (PI, no effort). 05/01/04 - 04/30/07. This was a postdoctoral research grant to support Dr. Vanessa M. D'Souza in his lab for 3 years.

18. $213,273 from State of Maryland Nano-biotechnology Initiative for "Transepithelial Transport of Poly Amido Amine Dendrimers" English (Co-I, UMCP), MacKerell (Co-I), and Swaan, PW (PI, 5% effort). 7/1/2007-6/30/2008.

19. $1,364,375 from NIH/NIDDK 1R01 DK61425 for "Structure-Function of the Apical Bile Acid Transporter" to Swaan, P.W. (PI, 20%). 12/2003-11/2008

20. $100,000 from Eli Lilly & Co. for 'Computational Modeling of BCRP' to Swaan, PW (PI, 5%) 2/1/2008-1/31/2010

21. $239,000 from Department of Energy for 'Nanobiotechnology Initiative at University of Maryland, to Swaan, PW (PI, 0% effort). This Federal Earmark was used to strengthen the infrastructure (equipment, startup, seed funding) of the Center for Nanomedicine and Cellular Delivery at UMB.

22. $926,935 from NIH/NIBIB 1R01 EB00162 for "Bioadhesive Microsystems for Oral Drug Delivery" to Swaan, PW (PI, 10% effort) and Desai, TA (Co-I, UCSF), 04/2004-03/2009

23. $891,716 from University of Utah (Subcontract to NIH/NIBIB R01 EB007470, Ghandehari, PI) for "Dendritic Biomaterials for Oral Delivery of Chemotherapeutics" to Swaan, P.W. (PI, 5% effort). 8/22/2007-4/30/2011

24. $618,083 from University of Utah (Subcontract to NIH/NIDCR R01DE019050-01, Ghandehari, H; PI) for "Biological fate and biocompatibility of dendritic and silica-base nanoconstructs" to Swaan, PW (Co-I, 5% effort), Nan (Co-I, 5% effort) and Eddington ND (Co-I, 2.5% effort). 9/28/2007-8/31/2011

25. $502,220 from the University of Kansas Medical Center (Subcontract to Center for Disease Control U01 DP000187 to Weiner, CP, PI) for "Race/Ethnicity/Immunity/Progesterone and Preterm Birth" to Swaan, PW (PI, 10% effort), 06/01/05 – 05/31/10.

26. $48,936 from the University of Arizona (subcontract for R01DK05825 to Wright, Stephen H, PI) for "Molecular Organization of the Renal and Hepatic Organic Cation Transporters" to Swaan, PW (PI, 0.225 calendar). 8/1/09-7/31/17

27. $254,860 from the University of North Carolina (Subcontract for NIH 5R01 GM041935 to Brouwer, KLR) for "Altered Hepatic Disposition of Anionic Drugs-Mechanisms" to Swaan, PW (PI, 0.6 calendar). 9/1/14-8/31/18.

28. $1,580,575 from NIH/NIDDK 2R01 DK61425-06 for "Structure-Function of the Apical Bile Acid Transporter" to Swaan, P.W. (PI, 20%). 9/20/2008-6/30/2015

## VI. Invited Lectures

1. **February 8, 2020** Research and Development at the University of Maryland. AACP Interim Meeting, San Juan, Puerto Rico

2. **October 15, 2018** Bile Acids have the gall to function as hormones: Evolution, Structure and Function of Bile Acids and their Transporters; Purdue University, West Lafayette, IN

3. **September 18, 2018** Uptake and Trafficking of Nanopharmaceuticals, 19th International Pharmaceutical Technology Symposium, Antalya, TURKEY

4. **Nov 10, 2017** Publishing and Publication Ethics. How to publish in High Impact Journals while maintaining scientific integrity. AAPS Annual Meeting and Exposition. San Diego CA.

5. **June 12, 2017** Bile acids have the gall to function as hormones: structural biology and function of bile acid transport and physiology. 30 Years of Drug Delivery Research Sympoisum. Kuopio, FINLAND.

6. **June 11, 2017** Modeling and simulation of drug transport: challenges and successes. Controlled Release Society Nordic Chapter Symposium, Kuopio FINLAND,

7. **Nov 15, 2016** Publication Ethics; AAPS Annual Meeting and Exposition, Denver CO.

8. **September 20, 2016** Development of Biodegradable Dendrimers for Drug Delivery. 18th International Pharmaceutical Technology Symposium, Antalya, Turkey.

9. **July 23, 2016** Prediction Of Drug-Transporter Interactions Through Computation. 2nd Drug Transporter Forum of Lanzhou, First Hospital of Lanzhou University, Lanzhou, CHINA

10. 

11. **October 27, 2015** Steps to Getting Published, American Association for Pharmaceutical Scientists Annual Meeting, Student and Postdoc Outreach and Development Session, Orlando, FL

12. **December 15, 2014** Publication Ethics. Shanghai JiaoTong University School of Pharmacy, Shanghai, China.

13. **November 4, 2014** Publication Ethics, in the workshop "Steps to Getting Published in a Research Journal", Student Postdoc Outreach & Development. AAPS Annual Meeting, San Diego, CA

14. **September 24, 2014** *Evolution of Bile Acids and their Transporters:* Are Bacterial Crystal Structures Representative for their Vertrebrate Orthologs? University of Michigan, Ann Arbor MI

15. **July 15, 2014** A Brief History of Bile Acids. Past, Present, Future. Gordon Conference on Drug Metabolism. Holderness, NH

16. **April 15, 2014** Tight junctional modulation and pathways to drug delivery. Symposium on Barrier mechanisms team up: Interplay between transporters, enzymes and tight junctions at FIP/PSWC meeting, Melbourne, Australia

17. **April 13, 2014** Transporters: what do the regulators need to know? Workshop on Drug Transporters at FIP/PSWC meeting, Melbourne, Australia

18. **December 10, 2013** Good COP, Bad COP: Intracellular trafficking and its implications for drug targeting, Australasian Pharmaceutical Science Association/New Zealand Controlled Release Society Meeting, Dunedin, Otago, NEW ZEALAND (KEYNOTE SPEAKER)

19. **September 25, 2013** A decade of drug transporter research: a multidisciplinary approach to optimizing drug targeting and delivery. China Pharmaceutical University, Nanjing, CHINA

20. **September 26, 2013**        A decade of drug transporter research: a multidisciplinary approach to optimizing drug targeting and delivery. Fudan University, Shanghai, CHINA

21. **June 7, 2013**        Role of transporters in drug absorption and disposition. Pharmaceutics Graduate Student Research Meeting 2013 (KeyNote Speaker), University of Iowa, Iowa City, IO

22. **January 31, 2013**   A Decade of Bile Acid Research: Trials & Tribulations, Lessons Learned, University of Missouri at Kansas City, Kansas City, MO

23. **November 29, 2012**        Role of bile acid transporters in drug absorption and disposition. Short Course: Transporters as Mediators of Drug Disposition in Health and Disease, GPEN Meeting, November Melbourne, Australia

24. **November 27, 2012**        ORAL DRUG DELIVERY: Hype, Hope or Hell? KEYNOTE LECTURE. Drug Delivery Australia, November 26-27, 2012, Melbourne, Australia

25. **October 15, 2012**   Whither Transporters iN Drug Development. CLINICAL PHARMACOLOGY AND TRANSLATIONAL RESEARCH (CPTR) SECTION OPEN FORUM. AAPS National Meeting, Chicago, IL

26. **October 10, 2012**   Cellular Fate of Liposomes prepared by microfluidic flow focusing. Liposome Research Days 2012, Westlake Museum Hangzhou, Hangzhou, China

27. **October 8, 2012**   Oral Drug Delivery by Targeting to Transport Proteins: From Concept to Reality. Beijing University, School of Pharmacy, Beijing, China

28. **October 8, 2012**   Workshop: Publication Ethics and Publishing in High Impact Journals. Beijing University, School of Pharmacy, Beijing, China

29. **September 19, 2012**        Predictive ADME Modeling: Fact of Fiction? Applied Pharmaceutical Analysis Conference, Boston Society, September 17-19, Baltimore MD

30. **September 27, 2012**        How to Deliver an Effective Research Talk. Research Career Development Program for Postdocs, University of Maryland, Baltimore

31. **February 27, 2012**   Structural Biology of Transport Proteins using Biophysics and Computational Chemistry, Genentech, Inc. South San Francisco, CA

32. **February 3, 2009**   Nanomaterials, nanotechnology and nanomedicine: looking ahead. Department of Ophthalmology and Visual Sciences, University of Maryland School of Medicine, Baltimore, MD.

33. **October 14, 2008**   Structural Basis for the Intestinal Bile Acid Transporter Function. Symposium on "Structural Basis of Uptake Transporter Function" at the 15th North American ISSX Meeting, Oct 12-16, San Diego, CA

34. **October 3, 2008**   Imaging and Modeling Techniques: Essential Quantitative Tools for the Drug Transport Scientist, *FDA Critical Path Transporter Workshop,* Bethesda MD

35. **July 10, 2008**        Structure-function relationships of bile acid transporters. Gordon Research Conference on Drug Metabolism, Holderness School, NH

36. **June 11, 2008**        Evaluation of small molecules in animal models. Computer-Aided Drug Design Forum, University of Maryland, Baltimore, MD.

37. **May 19, 2008**        Review of the Pharmacology/Toxicology Section of the IND. In "Drug Development Processes and Regulatory Approaches III." A Program for Japan's leading

pharmaceutical company executives and the Pharmaceutical and Medical Device Agency, University of Maryland, Baltimore MD

38. **May 13, 2008**     Structural Biology of Membrane Proteins: Integrating Biochemical, Biophysical and In Silico Approaches. Eli Lilly & Co. Indianapolis, IN

39. **April 24, 2008**     *A Great SCAM:* Probing Structure and Function of Membrane Transport Proteins. College of Notre Dame of Maryland, Baltimore MD

40. **January 17, 2008**   Predictive ADME: Combining *In Silico* and *In Vitro* Approaches towards Discovery of Drug Transporter Substrates. Uppsala University, Uppsala, SWEDEN

41. **November 13, 2007**     Structure and Function of the Apical Sodium-Dependent Bile Acid Transporter. Department of Medicine, University of California at San Diego, La Jolla, CA.

42. **November 8, 2007**  Application of In Silico ADME-Tox to Designing Substrates and Inhibitors for Transporter Proteins. Laboratory of Pharmacology and Chemistry,  National Institutes of Environmental Health and Safety, Research Triangle Park, NC.

43. **November 1, 2007**  Prediction of Drug Transport and Metabolism using In Silico Technologies: Applications to BCS, BDDCS and beyond. University of Helsinki, Helsinki, Finland

44. **October 30, 2007**   Receptor-mediated endocytosis in intracellular drug delivery. *FinPharmaNet Graduate Course in Intracellular Kinetics in Drug Delivery.* University of Kuopio, Kuopio, Finland

45. **October 29, 2007**   Membrane Transporters: Biology, Structure, Function and Kinetics. *FinPharmaNet Graduate Course in Intracellular Kinetics in Drug Delivery.* University of Kuopio, Kuopio, Finland.

46. **May 23, 2007**     Computational Methods for BCS. AAPS Workshop on "Bioequivalence, Biopharmaceutics Classification System and Beyond. May 21-23, 2007. Bethesda, MD.

47. **March 23, 2007**     Microelectromechanical Systems for Oral Drug Delivery. "Nanomedicine Research Day". Baltimore, MD

48. **November 1, 2006**  Subcellular Trafficking and Modeling of Drug Transport: Application of Vitamin B2 as a Model System. Sunrise Session on "Subcellular Transport and Delivery: The Cell as a Pharmacokinetic System" 20th AAPS Annual Meeting, San Antonio TX

49. **October 25, 2006**   Predicting the Intestinal Disposition of Xenobiotics via their Interaction with Transporter Systems. Symposium 6, Intestinal Disposition of Xenobiotics. 14th International Society for the Study of Xenobiotics (ISSX) North American Meeting, Rio Grande, Puerto Rico.

50. **August 28, 2006**   Application of Nanoparticles in Pharmaceutical Drug Delivery. Symposium on "Nanotechnology: New Technologies in Drug Delivery and Drug Development. 66th International Congress of FIP (Federation International de Pharmacie). August 25-31. Salvador Bahia, Brazil

51. **February 23, 2006**  Molecules as Crash-Test Dummies: Unleashing In Silico ADME-Tox on Transporters and Enzymes. Greater Maryland Drug Metabolism Discussion Group of AAPS. Advancis Pharmaceutical Corp. Germantown MD.

52. **November 8, 2005**  Use of Novel Experimental Techniques in Transporter Research. Sunrise Session on "Use of Novel Experimental Techniques in Transporter Research." AAPS Annual Meeting, Nashville, TN

53. **June 8, 2005**     Subcellular Membrane Trafficking and Drug Transport.  Symposium on "Cellular Drug Delivery: Strategy and Progress" AAPS National Biotechnology Conference. San Francisco, CA.

54. **April 8, 2005**        Pharmacophore and 3D-QSAR-based discovery of transporter inhibitors and substrates. Department of Chemistry, Ohio University, Athens, OH.

55. **November 8, 2004** Pharmacophore models of solute transporters. Symposium on "Computational Modeling in Drug Discovery and Development." AAPS Annual Meeting, Baltimore, MD

56. **June 14, 2004**        Drug Transport. Residential School on Medicinal Chemistry, Drew University, Madison, NJ

57. **May 20, 2004**        Workshop on "Novel Developments in Oral Drug Delivery", Pharmaceutical Education Associates, Princeton, NJ.

58. **13 February 2004**   Structure-function of the apical bile acid transporter: application of site-directed mutagenesis and *in silico* techniques. University of Arizona, Tucson, AZ.

59. **4 November 2003**   Virtual ADME-Tox: Application to Designing Substrates for Transporters, Drug Discovery Working Group, University of Maryland, Baltimore, MD.

60. **28 October 2003**   Virtual ADME/TOX: Application to transporter subfamily expression**,** AAPS Annual Meeting and Exposition, Salt Lake City, UT.

61. **29 September 2003**        Clinical applications of Transporters to Transition from Bench to Bedside, Workshop on  "New Technologies to Transition Preclinical Data into the Clinic" of the "Phase I Clinical Trials" Conference, Center for Business Intelligence (CBI), Alexandria, VA.

62. **June 17, 2003**        Molecular Mechanisms Of Riboflavin Transport: Opportunities For Drug Targeting, Eli Lilly &Co., Dept. Drug Disposition, Indianapolis, IN

63. **1 April 2002**        Molecular and Structural Biology of the Apical Sodium-Dependent Bile Acid Transporter, ASBT. Department of Pharmacology, George Washington University Medical Center, Washington, DC.

64. **11 March 2002**        Intestinal Transporters: biology, regulation and role in drug and nutrient bioavailability. Unilever Health Institute, Vlaardingen, The Netherlands.

65. **15 Februari 2002**   Modeling Active Transport Systems and Rational Design of Substrates. Concurrent Pharmaceuticals, Inc. Cambridge, MA

66. **30 January 2002**   Molecular and Computational Biology of Bile Acid Transport: An Integrated Approach. University of Michigan, Ann Arbor, MI.

67. **14 January 2002**   Molecular and Computational Biology of Bile Acid Transport. University of Maryland, Baltimore, MD

68. **12 November 2001** Designing Substrates for Transporters-Fact or Fiction? IBC 4th Annual Conference on Cutting Edge Technologies for Lead Optimization, November 12-14, 2001, San Diego, CA

69. **18 June 2001**        Molecular determinants of recognition for the intestinal peptide and bile acid carriers; EUFEPS Conference on "Drug absorption and drug delivery: benefiting from the new biology and informatics"; Copenhagen, Denmark.

70. **12 January 2001**   Membrane Transporters:  Ideal Targets for Drug Delivery? Pfizer Central Research, Pharmaceutical Research and Development, Groton, CT.

71. **24 October 2000**    Identifying Substrates for Membrane Transport: Direct and Indirect Methods. ISSX short course, "Biological and Physicochemical Aspects of Intestinal Permeability" International Society for Xenobiotics Meeting, 24-29 October 2000, Indianapolis, IN.

72. **5 October 2000**    DNA Topoisomerase I expression and activity during the epithelial cell cycle: Implications for drug therapy. Procter & Gamble Pharmaceuticals, Mason, OH.

73. **5 October 2000**    The intestinal peptide carrier (PepT1) as a target for drug delivery. Procter & Gamble Pharmaceuticals, Mason, OH.

74. **15 September 2000**    Solute Transporters in Drug ADME: Strategies to Recognize and Design Substrates, Drug Metabolism Division, Eli Lilly & Co. Indianapolis, IN.

75. **11August 2000**    Targeting Strategies to Solute Transporters:Combining Structural Biology, Genomics and Drug Design, Department of Pharmaceutics, University of Washington, Seattle, WA.

76. 9-**14 July 2000**    Modeling of Membrane Transporters: Towards Predicting Substrate Affinity in Silico, Gordon Conference on Drug Metabolism, Holderness School, Plymouth, NH.

77. **22 May 2000**    Strategies for Increasing the Bioavailability of Drugs with Poor Membrane Permeability, AAPS Midwest Regional Meeting, Rosemont Conference Center, Chicago, IL.

78. **16 March 2000**    The Apical Bile Acid Transporter: Modeling Approaches for Integral Membrane Proteins, Dept of Biochemistry & Molecular Biology, Finch University of Health Sciences/The Chicago Medical School, Chicago, IL.

79. **22 February 2000**   Structural biology of the apical bile acid transporter, Department of Metabolism, Chemistry, and Molecular Modeling, Aventis Pharma Deutschland, Frankfurt am Main, Germany.

80. **22 February 2000**   Targeting Strategies to Transport Proteins, Department of Metabolism, Chemistry, and Molecular Modeling, Aventis Pharma Deutschland, Frankfurt am Main, Germany.

81. **10 January 2000**    A Model for the Ileal Bile Acid Transporter, Department of Gastroenterology, Internal Medicine, Bowman Gray School of Medicine, Wake Forest University, Winston-Salem, NC

82. **13 December 1999** Identifying substrates for membrane transporters: direct and indirect screening methods, Innovative Techniques for ADME: Accelerating Drug Discovery, Institute for International Research, December 13-14, US Grant Hotel, San Diego, CA.

83. **10 September, 1999**    Membrane Transporters and Drug Targets: Strategies for Drug Delivery. Faculty of Pharmacy, University of Toronto, Toronto, ON.

84. **28 July 1999**    Direct and Indirect Approaches to Modeling Membrane Proteins, Gordon Conference on QSAR, Tilton School, Tilton, NH, July 25-30, 1999.

85. **22 October 1998**    The Intestinal Bile Acid Transporter: Structure-Transport Relationship and Use in Drug Delivery. College of Medicine and Public Health, Department of Physiology, The Ohio State University, Columbus OH.

86. **17 July 1998**    Strategies for Enhancing Oral Bioavailability: Design of Substrates for Carrier-Mediated Transport Pathways. Biogen Inc., Boston, MA.

87. **19 February 1998**   Fact and fiction in intestinal macromolecular drug delivery Department of Pharmaceutics, Utrecht Institute of Pharmaceutical Sciences, Utrecht, The Netherlands

88. **22 October 1997**    Prodrug Strategies for Enhancing Oral Bioavailability: Rational Design of Substrates for Carrier-Mediated Transport Pathways. Division of Medicinal Chemistry, The Ohio State University, Columbus, OH.

89. **10 September 1997**       The Role of Carrier-Mediated Absorption Mechanisms in Peroral Drug Delivery Drug Discovery & Development Divisions, Procter & Gamble Pharmaceuticals, Cincinnati, OH

90. **17 June 1997**      Oral Peptide Delivery Using the Intestinal Bile Acid Transporter. 24th International Symposium on Conntrolled Release of Bioactive Materials. Stockholm, Sweden, June 15-19, 1997.

91. **14 April 1997**      Drug Delivery to the Intestinal Bile Acid Carrier: Synthesis, Function & Molecular Modeling. Division of Pharmacology, College of Pharmacy, The Ohio State University

92. **16 December 1996** The Intestinal Bile Acid Carrier: Structural Requirements and Use in Oral Drug Delivery. Cardiovascular Diseases Research Dept., Searle R&D, *St. Louis*, MO.

93. **15 April 1996**      Carrier-Mediated Drug Delivery.
    Dept. of Pharmaceutics, The Ohio State University, *Columbus,* OH.

94. **8 April 1996**       Prodrug Approaches in Carrier-Mediated Drug Delivery
    Dept. of Pharmaceutics, Northeastern University, *Boston,* MA

95. **23 February 1996**   Techniques for Assessing Intestinal Transport, Metabolism and Bioavailability
    Drug Metabolism&Pharmacokinetics, Schering-Plough Research Institute, *Kenilworth*, NJ.

96. **3 May 1995**        Oral Absorption Enhancement of HIV-1 Protease Inhibitors By Coupling to Bile Acids. Depts. of Pharmacy and Pharmaceutical Chemistry, *UCSF,* CA.

97. **20 July 1994**      Use of the Intestinal Peptide Carrier for an Intestinal Prodrug Approach. Dept. of Pharmaceutics and Toxicology, *Syntex*, Palo Alto, CA.

98. **20 April 1994**      Prodrug Targeting to the Intestinal Peptide Carrier. Dept. Pharmaceutical Chemistry, *University of California at San Francisco*, CA.

99. **8 September 1993**  New Prodrugs for Increasing the Oral Bioavailability of Foscarnet. Depts. of Pharmaceutics and Metabolism, *Astra Arcus* AB, Södertalje, Sweden.

100.    **25 August 1992**     Intestinal Transport Mechanisms of Cephalexin and Foscarnet. Dept. Pharmaceutics, *University of Utrecht*, Utrecht-NL.

101.    **18 November 1991** Mapping the Binding Site of the Intestinal Peptide Carrier System: A Pharmacophoric Pattern Search. Sixth Annual Meeting of the AAPS, Washington, DC.

102.    **22 August 1991**    A Prodrug Approach using Molecular Modeling Techniques to Optimize Carrier-Mediated Peptide Transport. *Parke-Davis Warner Lambert,* Pharmaceutical Research Division, Chemistry and Pharmacokinetics & Drug Metabolism Seminar, Ann Arbor, MI.

103.    **29 June 1991**      Carrier-Mediated Peptide Transport. Dept. of Pharmaceutics, *University of Michigan*, Ann Arbor, MI.

104.    **30 November 1990** A Pharmaceutical Prodrug Approach using the Peptide Carrier in the GI Tract: Molecular Modeling as a Tool in Development. Biopharmaceutics and Pharmaceutical Technology meeting, Center for Bio-Pharmaceutical Sciences, *Leiden University*, Leiden-NL.

105.	**23 October 1990**	The Use of Ussing Chambers in the Assessment of Intestinal Transport Mechanisms. Dept. of Pharmaceutics, *University of Utrecht*, Utrecht-NL.

106.	**30 September 1990**	A Prodrug Approach using the Peptide Carrier System: Molecular Mechanics as a Tool in Pharmaceutics. Dept. of Pharmaceutics, *University of Michigan*, Ann Arbor, MI.

107.	**28 September 1990**	*In Vitro* Assessment of Intestinal Transport Mechanisms. Dept. of Drug Delivery, *SmithKline Beecham* Pharmaceutical R&D, King of Prussia, PA.

108.	**22 June 1990**	A Prodrug Approach using the Peptide Carrier. Dept. of Drug Delivery, *SmithKline Beecham* Pharmaceutical R&D, King of Prussia, PA.

109.	**6 July 1990**The Use of Computer-aided Drug Design in Gastro-Intestinal Drug Delivery. Dept. of Structural Chemistry, *SmithKline Beecham* Pharmaceutical R&D, King of Prussia, PA.

## VII.    Consulting

(Currently active consulting engagements available upon request)

May 2002-2008
Xenoport, Inc.
Scientific Advisory Board Member

Eli Lilly, Inc., Indianapolis, IN
1999-present
Yearly consulting/research collaboration

Monsanto, St. Louis, MO.
November 1997

Boehringer Ingelheim, Ridgefield, CT
May 2003

Concurrent Pharmaceuticals, Cambridge, MA,
Consultant, 2000

In Vitro Technologies, Inc. Baltimore MD
2005

United States Phamacopeia, Inc.
Rockville, MD
2006-present
Member, Resolution 3 Task Force, Basic Sciences


## VIII.    Patents

1.  Transdermal Delivery of Opioid Antagonist Prodrugs, Inventors: Audra L. Stinchcomb and Peter W. Swaan, U.S. Patent # 6,569,449 Awarded May 27, 2003.

2.  Spin Trapping Glutathione Precursor/Promoiety: A Powerful Antioxidant with Dual Mechanism of Action. Inventors: Abhijit Ray, Carl P. Weiner, and Peter W. Swaan. U.S. provisional patent application. May 18, 2006.


## IX.    Publications Other than Refereed Articles

## IX. 1.  Book Chapters

1.  Membrane Transport Proteins and Drug Transport. Welch, M.A. and Swaan, P.W. *In:* Burger's Medicinal Chemistry and Drug Discovery, 7th Edition, Vol 2, *Drug Discovery and Drug Development*, Chapter 8 (Abraham, DJ, Ed.) 2020, pp.

2.  Vitamin B2 – Riboflavin. Swaan, PW. In: Vitamins in the Prevention of Human Diseases (Hermann and Obeid, Eds), Walter de Gruyter, 2011

3. Computational Modeling of Drug Disposition. Chang, C, and Swaan, PW. *In: Computer Applications in Pharmaceutical Research and Development* (Ekins, S. Ed.). John Wiley & Sons, Inc., 2006, pp. 495-512.

4. Carrier Mediated Mechanisms For Cellular Drug Transport, Banerjee, A., Johnston, J.S., and Swaan, P.W. In *Cellular Drug Delivery: Principle and Practice*, Lu, D.R. and Øie, S. (Eds), Humana Press, 2003, pp. 107-128.

5. Membrane Transport Proteins and Drug Transport. Swaan, P.W. *In:* Burger's Medicinal Chemistry and Drug Discovery, 6th Edition, Vol 2, *Drug Discovery and Drug Development*, Chapter 8 (Abraham, DJ, Ed.) 2003, pp.

6. A prodrug of foscarnet. I. Lipophilizing phosphonoformate hexahydrate. Tukker, JJ and <u>Swaan, PW</u>. In: In vitro and ex vivo test systems to rationalize drug design and delivery. Crommelin, DJA, Couvreur, P and Duchene, D (Eds.), Ed. De Santé, Paris, 1994, pp. 321-325.

7. A prodrug of foscarnet. II. A peptide mimicking prodrug. Tukker, JJ and <u>Swaan, PW</u>. In: In vitro and ex vivo test systems to rationalize drug design and delivery, Crommelin, DJA, Couvreur, P and Duchene, D (Eds.), Ed. De Santé, Paris, 1994, pp. 326-330.

## X.          Editorial board of professional or scientific journal

**Editorial Board Member**
    The AAPS Journal (1999 –2010)
    Journal of Pharmaceutical Sciences (1998-2010)
**Editor**
    Pharmaceutical Research; 2003-2008
    Journal of Pharmacological and Toxicological Methods; 2005-2008
    European Journal of Pharmaceutical Sciences: 2008-2010
    Drug Metabolism and Disposition: 2011-2018
**Editor-in-Chief**
    Pharmaceutical Research; 2009-2020

## XI.    Referee for professional or scientific journals

    AAPS Journal
    AAPS PharmSciTech
    Biochemical Journal
    Biochemistry
    Biochimica et Biophysica Acta
    Bioorganic Medicinal Chemistry Letters
    Chemical Biology
    Drug Discovery Today
    Drug Metabolism and Disposition
    European Journal of Pharmaceutical Sciences
    FEBS Letters
    Journal of Biological Chemistry
    Journal of Chemical Informatics
    Journal of Computer-Aided Drug Design
    Journal of Controlled Release
    Journal of Pharmaceutical Sciences
    Journal of Pharmacology and Experimental Therapeutics
    Journal of Physiology

Molecular Pharmacology
Molecular Pharmaceutics
Nature
Proceedings of the National Academies of Science USA
Science

## XII.    Honors and Awards

### 1.    Fellowships

| | |
|---|---|
| 1991 | Shell Undergraduate Fellowship |
| 1994 | Postdoctoral Fellowship, Universitywide AIDS Research Program, University of California |
| 1995 | Research Award, AIDS Clinical Research Center, University of California at San Francisco |
| 1995 | Postdoctoral fellowship, International Federation of Pharmacy (FIP) |

### 2.    Professional and scientific achievement

| | |
|---|---|
| 1992 | 1st prize Capsugel Graduate Symposium, Royal Academy of sciences, London, UK |
| 1994 | Royal Dutch Pharmacy Association (KNMP) Thesis Award |
| 1990-1993 | Member of the Pharmaceutical Board for Scientific Affairs, University of Utrecht |
| 1997-2002 | Associate Member, Ohio State University Biomedical Engineering Program |
| 1999 | Nomination for the M.R. Balshone Award for Distinguished Teaching |
| 1999 | New Investigator Award from the American Federation of Pharmaceutical Education (AFPE) |
| 1998-2002 | Associate Member, Ohio State University Comprehensive Cancer Center |
| 2000 | Nomination for the M.R. Balshone Award for Distinguished Teaching |
| 2000 | AAPS New Investigator Award in Pharmaceutics and Pharmaceutical Technology |
| 2002-2003 | Investigator, Dorothy M. Davis Heart and Lung Research Institute, The Ohio State University |
| 2010 | Fellow, AAPS |
| 2015-now | Chair, Board of Grants, American Foundation for Pharmaceutical Education (AFPE) |

## XIII.   Teaching

**Teaching assignments available upon request**

## XIV.   Master and Doctoral Thesis Completed Under Chairmanship

1. Hulya Ulukan, "Mechanistic Investigation of Irinotecan induced intestinal epithelial toxicity," January 2001.
2. Yongheng Zhang, "Structure-Function of the Apical Bile Acid Transporter", Fall 2001.
3. Se-ne Huang, "Cellular Biology of Riboflavin", Fall 2001
4. Bao-Quang Sy Le, M.S. Fall 2000
5. Stephanie Bieloski. M.S. March, 2004.
6. Mitch A. Phelps (OSU Biophysics Program). The role of riboflavin in breast cancer (Summer 2005).
7. Cheng Chang (OSU Biophysics Program). "Structure-activity relationships of transport proteins". January 2005.
8. Antara Banerjee (OSU Biophysics Program). Structural biology of the apical bile acid transporter. Spring 2005
9. Amy B. Foraker. "Characterization Of The Endocytic Pathways Regulating Riboflavin (Vitamin B2) Absorption And Trafficking In Human Epithelial Cells." February 2007.
10. Praveen M. Bahadurri (OSU Biophysics Program) "Implications of Transporter Proteins in Drug Discovery and Design" December 2007
11. Chandra M. Khantwal (OSU Biophysics Program) "Structural and functional characterization of the human apical sodium-dependent Bile acid transporter (SLC10A2)" September 2008
12. Clifford A. Mason. "Functional Genomic Approaches in the Understanding of Preterm Birth and the Effect on Placental Transporter Regulation" June 2008
13. Scott Fisher. "Evaluation of the Effects of the Toxic Ethanol Metabolite, Acetaldehyde, on Gastrointestinal Peptide Transport and Paracellular Permeability". 2008
14. Ramesh Dandu "Silk-Elastinlike Hydrogels for Matrix-Mediated Adenoviral Gene Delivery" August 21, 2008.
15. Naissan Hussainzada, "Unraveling Molecular Transport Mechanisms of the Human Ileal Bile Acid/Na$^+$ Cotransporter: Unique Insights in the Absence of Crystals" December 12, 2008
16. Bahar Zarabi "N-(2-hydroxypropyl) methacrylamide (HPMA) copolymers for targeted delivery of magnetic resonance contrast agents" December 5, 2008
17. Mark P. Borgman. Targeted polymeric drug delivery. August 2009
18. Lisa M. Bareford, MS 2011
19. Tatiana Claro da Silva "Understanding Structure-Function Relationships and Protein Stability of the Human Apical Sodium-Dependent Bile Acid Transporter ASBT", October 27, 2011
20. Debbie Sweet-Goldberg.
21. Brittany Avaritt "Mechanisms Of Dendrimer-Mediated Oral Drug Delivery", September 2, 2014
22. Joseph D. Stanton "Targeted Polymer Drug Therapy to Pancreatic Cancer" August 15, 2014
23. Yewon "Joanna" Pak, In vitro Efficacy and Intracellular Mechanism of Riboflavin conjugated PEGylated Poly-L-Lysine Dendrimers, March 2017
24. Lindsay Czuba, Molecular Insight into the Structure, Function, and Regulation of Bile Acid Transport, September 2017
25. Matthew Welch, expected Fall 2020
26. Stephanie Shiffka, expected Spring 2021
27. Ebehiremen Ayewoh, expected Fall 2021

**Graduate Student Achievements**

1. Hulya Ulukan: 1st Prize (Best Poster) at the 31st Annual Pharmaceutics Graduate Student Research Meeting, Kansas City, MO, June 24-26, 1999.
2. Se-Ne Huang: Balshone Award for Outstanding Graduate Student Achievement, Autumn 2000.
3. Se-Ne Huang: 2001 AAPS Graduate Symposium in Pharmaceutics and Pharmaceutical Technologies
4. Yongheng Zhang: 2001 AAPS Graduate Symposium in Pharmacokinetics, Pharmacodynamics and Drug Metabolism
5. Hulya Ulukan; 2001 AAPS Graduate Symposium in Biotechnology
6. Mitch Phelps, Predoctoral Fellowship, Department of Defense, Breast Cancer Research Directive.
7. Amy Foraker, Finalist, Best Graduate Student Poster Presentation, International Society for the Study of Xenobiotics, Vancouver, BC, August 2004.
8. Antara Banerjee, AAPS Workshop on Drug Transporters in ADME: From the bench to the Bedside. Parsippany NJ, March 7-9, 2005, Selection for Poster/Podium Presentation. Analysis of Membrane Topology of the Human Apical Sodium-Dependent Bile Acid Transporter (hASBT) by epitope insertion scanning mutagenesis.
9. Praveen Bahadduri, AAPS Workshop on Drug Transporters in ADME: From the bench to the Bedside. Parsippany NJ, March 7-9, 2005, Selection for Poster/Podium Presentation. Identification of Novel hPEPT1 Inhibitors by In Vitro and Pharmacophore Based Approaches.
10. Antara Banerjee, 2005 AAPS Graduate Symposium in Pharmacokinetics, Pharmacodynamics, Drug Metabolism and Clinical Sciences
11. Chandra M. Khantwal, 2006 AAPS Graduate Symposium in Pharmacokinetics, Pharmacodynamics, Drug Metabolism and Clinical Sciences
12. Amy B. Foraker, 2006 AAPS Graduate Symposium in Pharmacokinetics, Pharmacodynamics, Drug Metabolism and Clinical Sciences
13. Mitch Phelps, DOD Predoctoral Fellowship, Department of Defense, Breast Cancer Initiative for "Riboflavin Carrier Protein and Riboflavin in Breast Tumor Targeting"
14. Mitch Phelps, Predoctoral Fellow, American Foundation of Pharmaceutical Education
15. Mitch Phelps, Predoctoral Fellowship, Pharmaceutical Research and Manufacturer's of America Foundation (PhRMAF)
16. Mark Borgman, Predoctoral Fellow, American Foundation of Pharmaceutical Education, 2007, 2008
17. Naissan Hussainzada, Predoctoral Fellow, American Foundation of Pharmaceutical Education, 2007, 2008
18. Naissan Hussainzada. "A Great SCAM: Elucidating Molecular Mechanisms of ASBT Transport in the Absence of Crystals". Invited presentation at the Globalization of Pharmaceutics Education Network (GPEN) (2008), Leuven, Belgium
19. Brittany Avaritt, Invited presentation at the Globalization of Pharmaceutics Education Network (GPEN) (2010), Melbourne Australia


## D.    Post doctoral Scholars Supervised

1. Jeffrey Johnston, Ph.D., 2002-2003 (currently Visiting Assistant Professor at The Ohio State University)
2. Abhijit Ray, Ph.D., May 2003- March 2007 (currently research Assistant Professor, University of Utah)
3. Vanessa M. D'Souza, Ph.D., August 2003-September 2005 (currently at Wyeth, Pearl River, NY)
4. Cheng Chang, Ph.D., August 2005-August 2006. Currently at Pfizer, Groton CT

5.  Akash Khandelwal, Ph.D., September 2006-October 2007
6.  Robyn Moore, PhD, currently at Asisstant Professor at Friends University, Kansas
7.  Hairat Sabit, PhD, currently at FDA, White Oak, MD
8.  Paresh Chothe, currently at Vertex, Worcester, MA
9.  Yongmei Pan, currently at National Library of Medicine, NIH, Bethsda MD
10. Thao Nguyen

## E.     Undergraduate Students

1.  Freek Helsper (visiting scholar, January-September 1999)
2.  Mari E. Garrett (professional student (entry-level Pharm.D., summer research internship, 200)
3.  Nicole Zanes, PharmD student Lab volunteer, 2007
4.  Adam Walsh, PharmD work-study student, Summer 2007
5.  Mario Luong, PharmD Intern, Summer 2008

# XV.   Service

**National Committee Service**

| | |
|---|---|
| 1999-2001 | Chair, Oral Absorption Focus Group, AAPS |
| 2001 | Chair, Annual Meeting Abstract Screening Committee, PDD Section, AAPS |
| 2001 | Grant Reviewer and Section Chair (pharmaceutics-physical sciences), American Association of Colleges of Pharmacy, New Investigators Program |
| 2001 | Grant Reviewer, Alzheimer's Association |
| 2001 | Conference Planning Committee, AAPS Conference on "Pharmaceutics and Drug Delivery, April 22-24, 2002, Crystal Gateway Marriott, Arlington, VA. |
| 2002 | Reviewer, RAND Program (Rapid Access to NCI Discovery Resources), National Cancer Institute, NIH. |
| 2003 | Co-Organizer, Inaugural AAPS Workshop on Drug Transport, Peachtree City, GA, February 10-12, 2004 (Due to its overwhelming success, this meeting has been held every other year since its inception) |
| 2003 | Ad-hoc reviewer, special emphasis panel ZCA1 SRRB-U (M1), Flexible System to Advance Innovative Research (FLAIR), National Cancer Institute, March 19-21, 2003 |
| 2003 | Ad-hoc reviewer, special emphasis panel ZCA1 SRRB-U (O2), Innovative Toxicology Models for Drug Evaluation, National Cancer Institute, July 23-24, 2003 |
| 2003-2006 | Grant Reviewer, Alzheimer's Association. |
| 2004 | Ad-hoc reviewer, Academic Public Private Partnership program Planning: RFA Initiative, National Cancer Institute, March 11-12, 2004 |
| 2004 | Ad-hoc Study Section Reviewer, National Cooperative Drug Discovery Groups For Cancer, NCI/NIH. |
| 2004 | Member, Annual Meeting Programming Committee, AAPS |
| 2007 | Grant reviewer, Telethon Foundation, Italy |
| 2007 | Ad-hoc Member, Xenobiotics and Nutrient Disposition and Action (XNDA) Study Section |
| 2007 | Ad-hoc Member, SBIR Study Section Review, National Science Foundation. |

| 2003-2006 | Vice-Chair, Chair-Elect and Chair, Pharmaceutics and Drug Delivery (PDD) Section, AAPS |
|---|---|
| 2003-present | The Wellcome Trust, permanent member Joint Expert Group (ERG) for Translation Awards, Technology Transfer Division, London, UK. |
| 2004 | Reviewer, National Cooperative Drug Discovery Groups For Cancer, NCI/NIH. |
| 2005-present | The Wellcome Trust, permanent member Joint Expert Group (ERG) for Translation Awards, Technology Transfer Division, London, UK. |
| 2005 | Reviewer, Academic Public Private Partnership (AP4), NCI/NIH |
| 2006 | Reviewer, New Jersey Commission on Cancer Research |
| 2006 | Reviewer, STW Technology Foundation for Applied Sciences (Dutch Government, similar to NIH STTR grants). Project MBC.7478 |
| 2006 | Reviewer, Ruth L. Kirschstein NRSA Fellowships in Cancer Nanotechnology Research (RFA-CA-06-010), NCI/NIH, ZCA1 RTRB-Z (M1), March 17, 2006. |
| 2007 | Reviewer, Telethon (Italian Foundation for Research) |
| 2007-present | Ad-hoc Reviewer, Xenobiotics and Nutrient Disposition and Action (XNDA) Study Section, NIH |
| 2009-2012 | Member, Xenobiotics and Nutrient Disposition and Action (XNDA) Study Section, NIH |
| 2015-now | Chair, Board of Grants, American Foundation for Pharmaceutical Education |
| 2015 | Reviewer, University of Florida College of Pharmacy Graduate Program Review |
| 2018 | Member, Virginia Commonwealth University College of Pharmacy Graduate Program review. |
| 2019 | Chair, University of Tennessee College of Pharmacy Graduate Program Review |

## Memberships in Scientific, Professional and Scholarly Organizations

American Association of Pharmaceutical Scientists (AAPS)
American Society for Pharmacology and Experimental Therapeutics (ASPET)
International Society for the Study of Xenobiotics (ISSX)

# APPENDIX 2

Appendix 2



**Figure 1.** Left panel: Pentobarbital stability at room temperature. Closed circles represent measured (reported) data points relative to 100% potency (50mg/ml). The dashed horizontal line represents the 92% potency limit according to USP criteria. The solid line represents linear regression calculated as y=93.4-0.0027x, where the slope represents stability over time corresponding to <1% potency loss per year. Right panel: Pentobarbital stability at elevated temperature. Open circles represent measured (reported) data points relative to 100% potency (50mg/ml). The dashed horizontal line represents the 92% potency limit according to USP criteria. The solid line represents linear regression calculated as y=92-0.011x, where the slope represents the stability over time corresponding to 4.0% potency loss per year.

**Table 1.** Measured and predicted % potency based on linear regression of stability data.

| TIME (DAYS) | MEASURED POTENCY (%) | [1]PREDICTED POTENCY % | % DEVIATION[2] |
|---:|:---:|:---:|---:|
| 2 | 93.1 | 93.4 | -0.3 |
| 47 | 95.5 | 93.3 | 2.2 |
| 92 | 90.6 | 93.1 | -2.5 |
| 98 | 94.6 | 93.1 | 1.5 |
| 189 | 92 | 92.9 | -0.9 |
| 271 | 91 | 92.7 | -1.7 |
| 369 | 94 | 92.4 | 1.6 |

[1]Predicted potency was determined from the linear regression equation obtained in Figure 1,

corresponding to y=93.4-0.0027x

[2]Deviation = Measured Potency – Predicted Potency

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
In the Matter of the                                )
Federal Bureau of Prisons' Execution                )
Protocol Cases,                                     )
                                                    )
LEAD CASE: *Roane et al. v. Barr*                   )        Case No. 19-mc-145 (TSC)
                                                    )
                                                    )
THIS DOCUMENT RELATES TO:                           )
                                                    )
ALL CASES                                           )
_____)

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Leave to File Surreply in Opposition to

Plaintiffs' Motion for Partial Summary Judgment and Permanent Injunction Concerning the FDCA

Claim (Count XI), any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that the Motion is **GRANTED.**

So ordered this _____ day of _____ 2020.


                                                    _____
                                                    TANYA S. CHUTKAN
                                                    United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2020, I caused a true and correct copy of foregoing to be served on all following counsel of record via the Court's CM/ECF system.

Joshua C. Toll (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders (D.C. Bar No. 494471)
Jonathan S. Meltzer (D.C. Bar No. 888166546)
Brendan Gants (D.C. Bar No. 1031419)
Munger, Tolles & Olson LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
(202) 220-1100
ginger.anders@mto.com

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
alex_kursman@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Joseph Luby, Assistant Federal Defender
Federal Community Defender Office, E.D. Pa.
 601 Walnut Street, Suite 545 West
Philadelphia, PA 19106

Telephone - 215-928-0520
Email – joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*


Amy Lentz (DC Bar No. 990095)
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.1320
alentz@stepoe.com

*Counsel for Plaintiff Orlando Hall*


Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Higgs*

Scott W. Braden (Ark. Bar Number 2007123)
Assistant Federal Defender
Arkansas Federal Defender Office
Ark Bar Number 2007123
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying (DE #5550)
Andrew Moshos (DE #6685)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9300
jying@mnat.com
amoshos@mnat.com


*Counsel for Plaintiff Norris G. Holder, Jr.*


Jon Jeffress
KaiserDillon PLLC

1099 14th Street NW
8th Floor West
Washington, DC 20005
(202) 640-2850
jjeffress@kaiserdillon.com

Timothy Kane, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

Donald P. Salzman (D.C. Bar No. 479775)
Charles F. Walker (D.C. Bar No. 427025)
Steven M. Albertson (D.C. Bar No. 496249)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

Gregory S. Smith
913 East Capital Street, SE
Washington, D.C. 20003
(202) 460-3381
(877) 809-9113 (fax)
gregsmithlaw@verizon.net

*Counsel for Plaintiff William Emmet LeCroy*

David S. Victorson
Hogan Lovells US LLP
Columbia Square
555 13th Street NW
Washington, DC  20004
(202) 637-5600
(202) 637-5910 (fax)
david.victorson@hoganlovells.com

Pieter Van Tol (admitted *pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Dale A. Baich (pro hac vice)
Jennifer M. Moreno
Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
602-382-2816
602-889-3960 (fax)
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
8 East Mulberry Street
Baltimore, MD 21202
(410) 444-1500
(443) 836-9162 (fax)
garyeproctor@gmail.com

*Counsel for Plaintiff Jeffrey Paul*

Alan E. Schoenfeld (admitted *pro hac vice*)
Ryan M. Chabot (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8880

Alan.Schoenfeld@WilmerHale.com
Ryan.Chabot@WilmerHale.com

Andres C. Salinas (DC Bar No. 156118)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6289
Andres.Salinas@WilmerHale.com

*Counsel for Wesley I. Purkey*

Paul F. Enzinna (D.C. Bar No. 421819)
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
(202)753-5553
penzinna@ellermanenzinna.com

*Counsel for Plaintiff James H. Roane, Jr.*

Amy Karlin, Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
321 E. Second Street
Los Angeles, CA 90012
(213) 894-2854
celeste_bacchi@fd.org

*Counsel for Plaintiff Julius O. Robinson*

Gerald W. King, Jr. (Ga. Bar No. 140981)
Jeffrey Lyn Ertel (Ga. Bar No. 249966)
Federal Defender Program, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
(404) 688-7530
(404) 688-0768 (fax)
Gerald_King@fd.org
Jeff_Ertel@fd.org

Brandon D. Almond
Troutman Sanders LLP
401 9th Street, NW
Suite 1000

Washington, D.C. 20004
(202) 274-2864
(202) 274-2994
brandon.almond@troutmansanders.com
*Counsel for Richard Tipton, III*

Michael F. Williams
Kirkland & Ellis, LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 389-5123
(202) 389-5200 (fax)
michael.williams@kirkland.com


*Counsel for Christopher Andre Vialva*


Evan Miller (DC Bar No. 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)
emiller@velaw.com

*Counsel for Bruce Webster*


  */s/Jean Lin* _____
Attorney for Defendants