# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 20-5252** | **September Term, 2020** |
| | 1:19-mc-00145-TSC |
| | Filed On: September 16, 2020 [1861680] |

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

--------------------------------

James H. Roane, Jr., et al.,

    Appellees

Keith Nelson,

    Appellant

Bruce Webster, et al.,

    Appellees

   v.

William P. Barr, Attorney General, et al.,

    Appellees

### M A N D A T E

In accordance with the order of September 16, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
     Amanda Himes
     Deputy Clerk

Link to the order filed September 16, 2020

# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 20-5252**  **September Term, 2020**

**1:19-mc-00145-TSC**

**Filed On:** September 16, 2020

In re: In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

    Appellees

Keith Nelson,

    Appellant

Bruce Webster, et al.,

    Appellees

    v.

William P. Barr, Attorney General, et al.,

    Appellees

**O R D E R**

Upon consideration of the unopposed motion for voluntary dismissal, it is

**ORDERED** that this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

            **FOR THE COURT:**
            Mark J. Langer, Clerk

      BY:    /s/
            Amanda Himes
            Deputy Clerk