# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Holder v. Barr, et al.*, Case # 19-cv-3520 (TSC) | Case No. 19-mc-0145 (TSC) |

## DECLARATION OF JENNIFER M. MORENO

I, Jennifer M. Moreno, do hereby declare and state as follows:

1. I am an Assistant Federal Public Defender, Capital Habeas Unit, in the Office of the Federal Public Defender for the District of Arizona. I represented Keith Nelson who was executed by the United States at the Federal Correctional Complex at Terra Haute on August 28, 2020.

2. The statements made herein are based on my personal knowledge and, if called as a witness, could and would testify competently to the contents of this declaration.

3. Prior to his execution, Keith Nelson was a plaintiff in this action. On July 15, 2020, Mr. Nelson filed an Emergency Motion for Preservation of Evidence requesting the Court to order the federal Bureau of Prisons ("BOP") to preserve physical evidence related to the executions of Wesley Purkey and Dustin Honken, who were scheduled to be executed on July 15, 2020 and July 17, 2020. (ECF #160)

4. On July 16, 2020, the Court issued an order directing the BOP to "preserve all IV tubing, syringes, and drug vials used in those Executions, except for any portion of the IV tubing

1

and entry apparatus that must travel with the body to the coroner because they remain connected to the body of the inmate after execution." (ECF # 163)  The Preservation Order is attached as Appendix I.  The BOP executed Mr. Purkey and Mr. Honken on July 16, 2020 and July 17, 2020, respectively.

5. On July 31, 2020, Michael Robles, an attorney with the law firm Crowell and Moring and co-counsel for Mr. Nelson, contacted Alan Burch, an Assistant United States Attorney representing the Defendants, and asked the government to produce the evidence subject to the Preservation Order. Michael Robles Emails with Defendants' Counsel, July 31, 2020 – August 11, 2020.  The emails arranging the inspection are attached as Attachment II. Defendants agreed to permit counsel for Mr. Nelson to inspect and photograph the IV tubing and syringes at FCC Terre Haute on August 13, 2020 at 11am. *Id.*

6. On August 13, 2020, Dale Baich, with my office and co-counsel for Mr. Nelson, and I inspected and photographed the evidence preserved from the executions of Mr. Purkey and Mr. Honken.  We viewed the items in a training room with two BOP attorneys, Rob Schalburg and Katherine Siereveld, and one correctional officer present.  The items from each execution were contained in two large, red plastic bags set out on long folding tables covered in plastic bags.

7. First, we inspected the evidence from the execution of Mr. Purkey.  We laid out all the items on the table and took a written inventory.  We photographed all the items together, then photographed each item separately, and then measured the tubing connected to the IV bags.  We also photographed the written inventory list.  We placed all the items back in the bag. We then repeated the same process for the evidence from the execution of Mr. Honken.

8. After leaving FCC Terre Haute, the photographs were labeled and saved to the server at my office. I typed and saved a copy of the written inventory list, which included the following items:

Purkey

- Phase I Syringe I, Pentobarbital 2.5g/50cc (green label)
- Phase I Syringe I, Pentobarbital 2.5g/50cc (green label)
- Phase I Syringe I, Pentobarbital 2.5g/50cc (green label)
- Phase I Syringe II, Pentobarbital 2.5g/50cc (yellow label)
- Phase I Syringe II, Pentobarbital 2.5g/50cc (yellow label)
- Phase I Syringe II, Pentobarbital 2.5g/50cc (yellow label)
- Phase II, Syringe Flush 60 cc (red label)
- Phase II, Syringe Flush 60 cc (red label)
- Partially full saline bag #1 connected to 285 inches (23' 9") of IV tubing
- Partially full saline bag # 2 connected to 289 inches (24' 1") of IV tubing and two clamps at the end
- Full saline bag, unnumbered
- Oxygen saturation monitor[1]
- 3 needles, retracted into plastic safety covering
- 1 empty syringe labeled lidocaine
- 1 syringe labeled flush, containing reddish pink liquid

Honken

- Phase I Syringe I, Pentobarbital 2.5g/50cc (green label)
- Phase I Syringe I, Pentobarbital 2.5g/50cc (green label)
- Phase I Syringe I, Pentobarbital 2.5g/50cc (green label)
- Phase I Syringe II, Pentobarbital 2.5g/50cc (yellow label)
- Phase I Syringe II, Pentobarbital 2.5g/50cc (yellow label)
- Phase I Syringe II, Pentobarbital 2.5g/50cc (yellow label)
- Phase II, Syringe Flush 60 cc (red label)
- Phase II, Syringe Flush 60 cc (red label)
- Partially full saline bag #1 connected to 285 inches (23' 9") of IV tubing and one clamp at the end
- Partially full saline bag # 2 connected to 289 inches (24' 1") of IV tubing and one clamp at the end
- Full saline bag, unnumbered
- Oxygen saturation monitor

---

[1] On the written inventories, I mistakenly list the oxygen saturation monitors as EEG, but corrected it in the typed copy, after reviewing the photos.

9. On September 14, 2020, I provided true and correct digital copies of the photographs of the evidence and the inventory list as identified above to counsel for Mr. Holder and Gail Van Norman, M.D. I provided a total of 105 digital photographs.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Austin, Texas on September 17, 2020.

_____

Jennifer M. Moreno

# **APPENDIX I**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nelson v. Barr, et al.*, 20-cv-557 | )<br>)<br>)<br>)<br>)<br>) Case No. 19-mc-145 (TSC)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the court is Plaintiff Keith Nelson's Emergency Motion for Preservation of Evidence (The Motion). (ECF No. 160.) Having considered the Motion, the Motion is GRANTED, and it is hereby ORDERED that, in the event the executions of WESLEY PURKEY or DUSTIN HONKEN are carried out:

(1) the Bureau of Prisons shall preserve all IV tubing, syringes, and drug vials used in those Executions, except for any portion of the IV tubing and entry apparatus that must travel with the body to the coroner because they remain connected to the body of the inmate after execution; and

(2) if an autopsy is or has been conducted of Wesley Purkey or Dustin Honken, then the Coroner shall within 48 hours of their execution:

a) Collect evidence related to pulmonary edema and issues inserting Mr. Purkey's or Mr. Honken's intravenous line, including that the Coroner or Medical Examiner: weigh the lungs; perform a thorough examination and documentation of any fluid present in the large or small airways, or mouth or nose; identify the IV site(s), note if the catheter was

1

placed intravascularly, and note any extravasation of fluid around the IV; and note any signs of multiple IV attempts; and

b) Preserve tissues from the brain, liver, and muscle from a location other than from the leg or arm where the IV was set.

Date: July 16, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

# **APPENDIX II**

| | |
|---|---|
| **From:** | Kossak, Jonathan (CIV) |
| **To:** | Lin, Jean (CIV); M Robles; Burch, Alan (USADC) |
| **Cc:** | Harry Cohen; Clune, Kathryn L.; Jennifer Moreno; Dale Baich |
| **Subject:** | RE: BOP LI Litigation |
| **Date:** | Tuesday, August 11, 2020 10:27:19 AM |

Michael,

One additional logistical point. Your colleagues should bring their bar cards with them to FCC Terre Haute.

- Jonathan

Jonathan D. Kossak
Trial Attorney
Civil Division, U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-0612
jonathan.kossak@usdoj.gov

---

**From:** Lin, Jean (CIV) <JLin@civ.usdoj.gov>
**Sent:** Monday, August 10, 2020 10:19 AM
**To:** Robles, Michael <MRobles@crowell.com>; Burch, Alan (USADC) <ABurch1@usa.doj.gov>
**Cc:** Cohen, Harry <HCohen@crowell.com>; Clune, Kathryn L. <KClune@crowell.com>; Kossak, Jonathan (CIV) <jkossak@CIV.USDOJ.GOV>; Jennifer Moreno <Jennifer_Moreno@fd.org>; Dale Baich <Dale_Baich@fd.org>
**Subject:** RE: BOP LI Litigation

Michael: Your colleagues should arrive at the FCI parking lot and call BOP Attorney Rob Schalburg, who will escort them from there. He is at 812-238-1531 Ext. 3556. Rob and at least one other BOP staff member will be present at the inspection, but will not be able to answer questions or provide any substantive information.

Jean Lin
Special Litigation Counsel
U.S. Dep't of Justice, Civil Div.
Federal Programs Branch
jean.lin@usdoj.gov
(202) 514-3716

---

**From:** Robles, Michael <MRobles@crowell.com>
**Sent:** Friday, August 07, 2020 1:26 PM
**To:** Burch, Alan (USADC) <ABurch1@usa.doj.gov>
**Cc:** Cohen, Harry <HCohen@crowell.com>; Clune, Kathryn L. <KClune@crowell.com>; Lin, Jean (CIV) <JLin@civ.usdoj.gov>; Kossak, Jonathan (CIV) <jkossak@CIV.USDOJ.GOV>; Jennifer Moreno <Jennifer_Moreno@fd.org>; Dale Baich <Dale_Baich@fd.org>

**Subject:** RE: BOP LI Litigation

Alan,

Thanks for your e-mail. Our colleagues Jen Moreno and Dale Baich (copied here) are available to inspect and photograph the items at 11 am on August 13 at FCC Terre Haute. Please let us know who the contact person will be upon arrival.

Thanks,

Mike

Michael K. Robles
mrobles@crowell.com
Direct 1.212.803.4035 | Mobile: 1.646.641.5363

**Crowell & Moring LLP** | www.crowell.com
590 Madison Avenue
New York, NY 10022

---

**From:** Burch, Alan (USADC) <Alan.Burch@usdoj.gov>
**Sent:** Friday, August 7, 2020 10:51 AM
**To:** Robles, Michael <MRobles@crowell.com>
**Cc:** Cohen, Harry <HCohen@crowell.com>; Clune, Kathryn L. <KClune@crowell.com>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Kossak, Jonathan (CIV) <Jonathan.Kossak@usdoj.gov>
**Subject:** RE: BOP LI Litigation

[External Email]

Michael,

You may inspect and photograph the IV tubing and syringes at FCC Terre Haute. BOP suggests Aug. 12 after 1pm or Aug. 13 in the morning for that. If those dates don't work, please send us several proposed alternative dates. Note that the IV tubing is connected to IV bags (saline solution) that have the name of the medical supply company on them, and BOP has masked those names, consistent with the protective order.

With respect to the vials, we are providing photos of them in order to be able to effectively mask the confidential information as to source. I will send those photos in separate emails due to their size.

I am attaching here the documents responsive to your request, with similar redactions.

Note that I will be unavailable Aug. 8-23, so you will need to contact Jean Lin or Jonathan Kossak, cc'd here, during that time.

Thanks,

Alan

---

**From:** Robles, Michael <MRobles@crowell.com>
**Sent:** Tuesday, August 4, 2020 12:08 PM
**To:** Burch, Alan (USADC) <ABurch1@usa.doj.gov>
**Cc:** Cohen, Harry <HCohen@crowell.com>; Clune, Kathryn L. <KClune@crowell.com>
**Subject:** RE: BOP LI Litigation

Thanks Alan, no apology necessary.  Please let us know when and where you will be able to make the IV and syringes available for inspection (and photographing), and we will let you know if that works for us.  In addition, we would appreciate it if you would produce the documents immediately.  We reserve all rights with respect to your proposed redactions.

Thanks,

Mike

Michael K. Robles
mrobles@crowell.com
Direct 1.212.803.4035 | Mobile: 1.646.641.5363

**Crowell & Moring LLP** | www.crowell.com
590 Madison Avenue
New York, NY 10022

---

**From:** Burch, Alan (USADC) <Alan.Burch@usdoj.gov>
**Sent:** Monday, August 3, 2020 3:39 PM
**To:** Robles, Michael <MRobles@crowell.com>
**Cc:** Cohen, Harry <HCohen@crowell.com>; Clune, Kathryn L. <KClune@crowell.com>
**Subject:** RE: BOP LI Litigation

[External Email]

Hello Mike,

Sorry about the late email.  We are willing to let you inspect the IV lines and syringes, and to produce redacted copies of the labels of the vials and of the logs.

Thanks,
Alan

---

**From:** Robles, Michael <MRobles@crowell.com>
**Sent:** Friday, July 31, 2020 5:42 PM
**To:** Burch, Alan (USADC) <ABurch1@usa.doj.gov>
**Cc:** Cohen, Harry <HCohen@crowell.com>; Clune, Kathryn L. <KClune@crowell.com>
**Subject:** BOP LI Litigation

Alan,

As you know, by Orders dated July 15 and 16 (Dist. Dkt. Nos. 158 and 163) Judge Chutkan ordered defendants to preserve evidence concerning the executions of Messrs. Lee, Purkey, and Honken (the "Preservation Orders").  Please confirm no later than 2:00 pm Monday (August 3) that defendants will produce no later than August 7, 2020: (a) all documents and other evidence subject to the Preservation Orders; and (b) the logs required by Chapter 2, section IV of the BOP Execution Protocol for the executions of Messrs. Lee, Purkey, and Honken.  If we do not receive that confirmation, we will seek emergency, expedited relief from Judge Chutkan.

Thanks,

Mike

Michael K. Robles
mrobles@crowell.com
Direct 1.212.803.4035 | Mobile: 1.646.641.5363

**Crowell & Moring LLP** | www.crowell.com
590 Madison Avenue
New York, NY 10022