# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | Case No. 19-mc-145 (TSC) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion (ECF No. 261), Defendants' omnibus motion, (ECF Nos. 169, 170) is hereby GRANTED in part. Defendants' motion as to the FDCA claims in Count XI of the Amended Complaint (ECF No. 92) is hereby DENIED, but the motion is GRANTED in all other respects except as to the as-applied Eighth Amendment claim pressed by Plaintiff Norris Holder, which remains pending.

Accordingly, Plaintiffs' motion for partial summary judgment on the FDCA claims in Count XI, (ECF No. 236), and Count V of Plaintiff LeCroy's Amended Complaint (ECF No. 245) is hereby GRANTED, but the injunctive relief sought therein is DENIED. This ruling does not apply to Plaintiff Norris Holder, whose request for injunctive relief remains pending.

Date: September 20, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge