UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*LeCroy v. Barr*, 20-cv-2481 | Case No. 19-mc-145 (TSC) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion (ECF No. 263), Plaintiff William Emmett LeCroy's emergency motion for a preliminary injunction (ECF No. 233) and emergency motion for an expedited hearing (ECF No. 234) are hereby DENIED.

Date: September 20, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge