UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Raone v. Gonzales*, 05-cv-2337 | )<br>)<br>)<br>)<br>)<br>)  Case No. 19-mc-145 (TSC)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion (ECF No. 265), Defendants' motion to vacate this court's preliminary injunctions barring the executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul, (ECF No. 173) is hereby GRANTED. The preliminary injunctions barring the executions of these Plaintiffs are VACATED.

Date: September 20, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge