UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |  |
|---|---|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, | ) ) ) ) ) | | |
| LEAD CASE: *Roane et al. v. Barr* | ) ) ) | Case No. | 1:19-mc-0145 (TSC) |
| THIS DOCUMENT RELATES TO: *LeCroy v. Barr et al.*, 1:20-cv-2481 | ) ) ) ) | | |

## NOTICE OF APPEAL

NOW COMES Plaintiff William LeCroy, by and through undersigned counsel, and notices this appeal from the District Court's Order (ECF 264) denying his emergency motion for a preliminary injunction and emergency motion for an expedited hearing thereon.

Dated:  September 20, 2020         Respectfully submitted,

                                                                                                    /s/ Gregory S. Smith
Gregory S. Smith (DC Bar #472802)
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C.  20003
Telephone: (202) 460-3381
Email: gregsmithlaw@verizon.net

         /s/ John R. Martin
John R. Martin (*pro hac vice* granted)
Martin Brothers P.C.
1099 St. Louis Place
Atlanta, GA  30306
Telephone: (404) 433-7446
Email: jack@martinbroslaw.com
*Attorneys for Plaintiff William LeCroy*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document is being served upon all counsel of record through this Court's Electronic Case Filing (ECF) system.

This 20th day of September 2020.

                                                              /s/ Gregory S. Smith_____
                                                             Gregory S. Smith
                                                             gregsmithlaw@verizon.net