APPEAL,CONSOL

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:19–mc–00145–TSC</u>
### *Internal Use Only*

IN THE MATTER OF THE FEDERAL BUREAU OF
PRISONS' EXECUTION PROTOCOL CASES
Assigned to: Judge Tanya S. Chutkan
Member cases:

    1:19–cv–03520–TSC

    1:20–cv–00474–TSC

    1:20–cv–00557–TSC

    1:20–cv–01693–TSC

    1:20–cv–02481–TSC

Cases:  1:05–cv–02337–TSC

        1:07–cv–02145–TSC

        1:12–cv–00782–TSC

        1:13–cv–00938–TSC

        1:20–cv–00557–TSC

        1:19–cv–03570–TSC

        1:19–cv–03611–TSC

        1:20–cv–01693–TSC

        1:20–cv–00474–TSC

        1:19–cv–03214–TSC

        1:20–cv–02481–TSC

Case in other court:  USCA, 19–05322

                USCA, 20–05199

                USCA, 20–05206

                USCA, 20–05210

                USCA, 20–05252

                USCA, 20–05260

Cause: 42:1981 Civil Rights

**<u>In Re</u>**

**IN THE MATTER OF THE**
**FEDERAL BUREAU OF PRISONS'**
**EXECUTION PROTOCOL CASES**

Date Filed: 08/20/2019
Jury Demand: None
Nature of Suit: 550 Prisoner Petition: Civil
Rights (Other)
Jurisdiction: U.S. Government Defendant

represented by  **Jean Lin**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Room 11532
Washington, DC 20005
(202) 514–3716
Fax: (202) 616–8470
Email: <u>jean.lin@usdoj.gov</u>
*LEAD ATTORNEY*

1

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES H. ROANE, JR.,**
*(05cv2337)*

represented by   **Joshua Christopher Toll**
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20002
(202) 737–8616
Email: jtoll@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
1050 30th Street NW
Washington, DC 20007
(202) 753–5553
Fax: (617) 289–0512
Email: penzinna@ellermanenzinna.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RICHARD TIPTON**
*(05cv2337)*

represented by   **Brandon David Almond**
TROUTMAN SANDERS LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004
(202) 274–2864
Fax: (202) 274–2994
Email: brandon.almond@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Telecommunications Law
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20005
(202) 659–6605
Fax: (202) 659–6699
Email: czdebski@eckertseamans.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Christopher Toll**
(See above for address)
*LEAD ATTORNEY*

2

*ATTORNEY TO BE NOTICED*

**Gerald Wesley King , Jr.**
FEDERAL DEFENDER PROGRAM,
INC.
101 Marietta Street, NW
Suite 1500
Atlanta, GA 30303
404−688−7530
Email: gerald_king@fd.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| **CORY JOHNSON** *(05cv2337)* | represented by | **Charles Frederick Walker** SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 1440 New York Avenue, NW Washington, DC 20005 (202) 371−7000 Email: Charles.Walker@skadden.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Charles Anthony Zdebski** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Donald P. Salzman** SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 1440 New York Avenue, NW Washington, DC 20005 (202) 371−7983 Fax: (202) 661−9063 Email: Donald.salzman@skadden.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Joshua Christopher Toll** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Steven M Albertson** SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 1440 New York Avenue, NW Washington, DC 20005 (202) 371−7112 Email: Steven.Albertson@skadden.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Drylewski**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West
New York, NY 10001−8602
(212) 735−2129
Fax: (917) 777−2129
Email: alexander.drylewski@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JULIUS ROBINSON**            represented by    **Celeste Bacchi**
*07−cv−02145−TSC*                                OFFICE OF THE PUBLIC DEFENDER
                                                 321 East 2nd Street
                                                 Los Angeles, CA 90012
                                                 213−894−1887
                                                 Fax: 213−894−0081
                                                 Email: celeste_bacchi@fd.org
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Craig Anthony Harbaugh**
                                                 FEDERAL PUBLIC DEFENDER,
                                                 CENTRAL DISTRICT OF CALIFORNIA
                                                 321 East Second Street
                                                 Los Angeles, CA 90012
                                                 (213) 894−7865
                                                 Fax: (213) 894−0310
                                                 Email: craig_harbaugh@fd.org
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Jonathan Charles Aminoff**
                                                 FEDERAL PUBLIC DEFENDER,
                                                 CENTRAL DISTRICT OF CALIFORNIA
                                                 321 East Second Street
                                                 Los Angeles, CA 90012
                                                 (213) 894−5374
                                                 Fax: (213) 894−0310
                                                 Email: jonathan_aminoff@fd.org
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALFRED BOURGEOIS**            represented by    **Alexander Louis Kursman**
*12−cv−00782−TSC*                                OFFICE OF THE FEDERAL
                                                 COMMUNITY DEFENDER/EDPA

4

601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
(215) 928–0520
Email: alex_kursman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Billy H. Nolas**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
601 Walnut Street
Suite 545W
Philadelphia, PA 19106
(215) 928–0520
Fax: (215) 928–0826
Email: billy_nolas@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHADRICK EVAN FULKS**
*13cv938*

represented by **Alan Burch**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–2550
Email: alan.burch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Gershenfeld Donnella**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
601 Walnut Street
Suite 545W
Philadelphia, PA 19106
(215) 928–0520
Email: amy_donnella@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Billy H. Nolas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

(202) 305–0878
Fax: (202) 639–6066
Email: bradley.humphreys@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202–305–2677
Email: Cristen.Handley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 4th Street NW
Washington, DC 20530
202–815–8708
Email: johnny.walker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305–0612
Email: jonathan.kossak@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph William Luby**
FEDERAL PUBLIC DEFENDER/EDPA
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
(215) 928–0520
Email: joseph_luby@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**

U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave, NW
Washington, DC 20530
202–514–5090
Email: paul.r.perkins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn Nolan**
FEDERAL COMMUNITY DEFENDER
OFFICE, EASTERN DISTRICT OF
PENN
601 Walnut Street
Suite 545 W
Philadelphia, PA 19107
(215) 928–0528
Fax: (215) 928–0826
Email: Shawn_Nolan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 616–4171
Email: Ethan.davis@usdoj.gov
*TERMINATED: 07/03/2020*

**Plaintiff**

**DANIEL LEWIS LEE**                    represented by   **David S. Victorson**
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637–2061
Email: david.victorson@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle Desaulniers Stempel**
555 13th ST NW
Washington, DC 20004
202–804–7798
Email: danielle.stempel@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Hagerty**
U.S. ATTORNEY'S OFFICE
1801 California Street
Suite 1600

Denver, CO 80202
303–454–0101
Fax: 303–454–0411
Email: elizabeth.hagerty@usdoj.gov
*TERMINATED: 01/02/2020*

**John D. Beck**
HOGAN LOVELLS US LLP
390 Madison Ave
New York, NY 10017
(212) 918–3000
Fax: (212) 918–3100
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pieter Van Tol**
HOGAN LOVELLS US LLP
390 Madison Ave
New York, NY 10017
(212) 918–3000
Fax: (212) 918–3100
Email: pieter.vantol@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WESLEY IRA PURKEY**                    represented by   **Andres C. Salinas**
WILMER CUTLER HALE AND DORR
LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202–663–6289
Email: andres.salinas@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan E. Schoenfeld**
WILMER CUTLER PICKERING HALE
& DORR, LLP
250 Greenwich Street
7 World Trade Center
New York, NY 10007
(212) 937–7294
Fax: (212) 230–8888
Email: alan.schoenfeld@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arin Hillary Smith**
WILMER CUTLER PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue NW

Washington, DC 20006
202–663–6959
Email: arin.smith@wilmerhale.com
*TERMINATED: 03/03/2020*

**Ryan M. Chabot**
WILMER CUTLER PICKERING HALE
& DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 295–6513
Fax: (212) 230–8888
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NORRIS G. HOLDER, JR.**                represented by **Scott Wilson Braden**
*19–cv–03520–TSC*                            FEDERAL PUBLIC DEFENDER
                                             EASTERN DISTRICT OF ARKANSAS
                                             Capital Habeas Unit
                                             1401 West Capitol Street
                                             1401 West Capital
                                             Suite 490
                                             Little Rock, AR 72201
                                             501–324–6114
                                             Fax: 501–324–5630
                                             Email: scott_braden@fd.org
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Andrew Moshos**
                                             MORRIS NICHOLS ARSHT &
                                             TUNNELL LLP
                                             1201 North Market Street
                                             P.O. Box 1347
                                             Wilmington, DE 19899–1347
                                             302–351–9197
                                             Fax: 302–425–3011
                                             Email: amoshos@mnat.com
                                             *PRO HAC VICE*
                                             *ATTORNEY TO BE NOTICED*

                                             **Jeffrey Lyons**
                                             MORRIS NICHOLS ARSHT &
                                             TUNNELL LLP
                                             1201 North Market Street
                                             P.O. Box 1347
                                             Wilmington, DE 19899–1347
                                             302–351–9390
                                             Fax: 302–498–6236
                                             Email: jlyons@mnat.com
                                             *TERMINATED: 03/27/2020*

*PRO HAC VICE*

**Jennifer Ying**
MORRIS NICHOLS ARSHT &
TUNNELL LLP
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899–1347
302–351–9243
Fax: 302–225–2570
Email: jying@mnat.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kraftschik**
POLSINELLI PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
302–252–0926
Email: skraftschik@polsinelli.com
*TERMINATED: 02/14/2020*
*PRO HAC VICE*

**Plaintiff**

**KEITH NELSON**                    represented by  **Dale Andrew Baich**
*20–cv–557*                                          OFFICE OF THE FEDERAL PUBLIC
                                                     DEFENDER
                                                     850 West Adams St.
                                                     Suite 201
                                                     Phoenix, AZ 85007
                                                     602–382–2816
                                                     Email: Dale_Baich@fd.org
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jennifer M. Moreno**
                                                     OFFICE OF THE PUBLIC FEDERAL
                                                     DEFENDER, DISTICT OF ARIZONA
                                                     850 West Adams Street
                                                     Suite 201
                                                     Phoenix, AZ 85007–2730
                                                     602–382–2718
                                                     Fax: 602–889–3960
                                                     Email: jennifer_moreno@fd.org
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Brian J O'Sullivan**
                                                     CROWELL & MORING LLP
                                                     590 Madison Avenue
                                                     New York, NY 10022
                                                     212–803–4056

Fax: 212–223–4134
Email: bosullivan@crowell.com
*TERMINATED: 09/11/2020*

**Kathryn Louise Clune**
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624–2500
Fax: (202) 628–5116
Email: kclune@crowell.com
*TERMINATED: 09/11/2020*

**Michael Robles**
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
212–803–4035
Email: mrobles@crowell.com
*TERMINATED: 09/11/2020*
*PRO HAC VICE*

<u>**Plaintiff**</u>

**BRANDON BERNARD**
*20–cv–00474*

represented by **Ginger Dawn Anders**
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW
Suite 500e
Washington, DC 20001–5369
202–220–1107
Fax: 213–683–5112
Email: ginger.anders@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan B. Gants**
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW
Suite 500e
Washington, DC 20001–5369
202–220–1121
Fax: 202–220–2300
Email: brendan.gants@mto.com
*ATTORNEY TO BE NOTICED*

**Jonathan S. Meltzer**
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW
Suite 500e
Washington, DC 20001–5369
202–220–1105
Email: Jonathan.Meltzer@mto.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KEITH NELSON**
*20−cv−557 TSC*

represented by **Dale Andrew Baich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry P. Cohen**
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
212−803−4044
Fax: 212−223−4134
Email: hcohen@crowell.com
*TERMINATED: 09/11/2020*
*PRO HAC VICE*

**James K. Stronski**
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
212−895−4217
Fax: 212−223−4134
Email: jstronski@crowell.com
*TERMINATED: 09/11/2020*
*PRO HAC VICE*

**Kathryn Louise Clune**
(See above for address)
*TERMINATED: 09/11/2020*

**Plaintiff**

**CHRISTOPHER ANDRE VIALVA**

represented by **Michael F. Williams**
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389−5123
Fax: (202) 389−5200
Email: michael.williams@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Otto**
FEDERAL PUBLIC DEFENDER
ORGANIZATION
215 Dean A. McGee Avenue
Suite 109
Oklahoma City, OK 73102
405−609−5930
Fax: 405−609−5932
Email: susan_otto@fd.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **WILLIAM EMMETT LECROY** | represented by | **Gregory Stuart Smith** |
| 45795–019 | | LAW OFFICES OF GREGORY S. SMITH |
| USP TERRE HAUTE | | 913 East Capitol Street, SE |
| 4700 BUREAU ROAD SOUTH | | Washington, DC 20003 |
| P.O. BOX 33 | | (202) 460–3381 |
| TERRE HAUTE, IN 47808 | | Fax: (877) 809–9113 |
| | | Email: gregsmithlaw@verizon.net |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **BRUCE WEBSTER** | represented by | **Evan D. Miller** |
| *(05cv2337)* | | VINSON & ELKINS LLP |
| | | 2200 Pennsylvania Avenue, NW |
| | | Suite 500 West |
| | | Washington, DC 20037 |
| | | (202) 639–6605 |
| | | Email: emiller@velaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Joshua Christopher Toll** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Kathryn B. Codd** |
| | | VINSON & ELKINS, L.L.P. |
| | | 2200 Pennsylvania Avenue, NW |
| | | Suite 500–West |
| | | Washington, DC 20037 |
| | | (202) 639–6536 |
| | | Fax: (202) 639–8936 |
| | | Email: kcodd@velaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Eric Hernandez** |
| | | GREENBERG TRAURIG, P.A. |
| | | 333 SE 2nd Avenue |
| | | Suite 4400 |
| | | Miami, FL 33131 |
| | | 305–579–0570 |
| | | Fax: 305–961–5727 |
| | | Email: hernandezeric@gtlaw.com |
| | | *TERMINATED: 02/27/2020* |

**Jeanne Vosberg Sourgens**
VINSON & ELKINS L.L.P
The Willard Office Building
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
(202) 639–6633
Fax: (202) 639–6604
*ATTORNEY TO BE NOTICED*

**Robert E. Waters**
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 737–0500
Email: rwaters@velaw.com
*ATTORNEY TO BE NOTICED*

**William E. Lawler , III**
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
202–639–6676
Email: wlawler@velaw.com
*ATTORNEY TO BE NOTICED*

**Yousri H. Omar**
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
(202) 639–6500
Email: yomar@velaw.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ANTHONY BATTLE**                    represented by   **Joshua Christopher Toll**
*(05cv2337)*                                          (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Margaret O'Donnell**
                                                      P.O. Box 4815
                                                      Frankfort, KY 40604–4815
                                                      (502) 320–1837
                                                      Fax: (502) 227–4669
                                                      Email: mod@dcr.net
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Abigail Bortnick**
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 626–5502
Fax: (202) 626–3737
Email: abortnick@kslaw.com
*ATTORNEY TO BE NOTICED*

**William E. Hoffmann , Jr.**
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
(404) 572–3383
Fax: (404) 572–5136
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ORLANDO HALL**                represented by   **Amy J. Lentz**
*(05cv2337)*                                     STEPTOE & JOHNSON LLP
                                                 1330 Connecticut Avenue, NW
                                                 Washington, DC 20036
                                                 (202) 429–1320
                                                 Email: alentz@steptoe.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Joshua Christopher Toll**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Mark Joseph Hulkower**
                                                 STEPTOE & JOHNSON LLP
                                                 1330 Connecticut Avenue, NW
                                                 Washington, DC 20036–1795
                                                 (202) 429–6221
                                                 Email: mhulkower@steptoe.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Matthew John Herrington**
                                                 STEPTOE & JOHNSON LLP
                                                 1330 Connecticut Avenue, NW
                                                 Washington, DC 20036–1795
                                                 (202) 429–8164
                                                 Email: mherrington@steptoe.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Robert A. Ayers**

STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429–6401
Email: rayers@steptoe.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**DUSTIN LEE HONKEN**                     represented by   **Amelia J. Schmidt**
KAISER DILLON, PLLC
1099 14th Street
Suite 800 West
Washington, DC 20005
202–869–1301
Email: aschmidt@KaiserDillon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Jeffress**
KAISER DILLON, PLLC
1099 14th Street
Suite 800 West
Washington, DC 20005
(202) 640–4430
Fax: (202) 280–1034
Email: jjeffress@kaiserdillon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KAREN TANDY**                           represented by   **Alan Burch**
*Administrator, Drug Enforcement*          (See above for address)
*Administration (05cv2337)*                *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–6605
Fax: (202) 252–2599
Email: denise.clark@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter S. Smith**
UNITED STATES ATTORNEY'S
OFFICE
Appellate Division
555 4th Street, NW
Eighth Floor
Washington, DC 20530–0001
(202) 252–6769
Fax: (202) 514–8779
Email: peter.smith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

| | | |
|---|---|---|
| **HARLEY G. LAPPIN**<br>*Director, Federal Bureau of Prisons;* | represented by | **Alan Burch**<br>(See above for address) |

*05cv2337;07cv02145*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**NEWTON E. KENDIG, II**
*Medical Director, Health Services*
*Division, Federal Bureau of Prisons;*
*05cv2337;12cv782 ;13cv938*

represented by **Alan Burch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter S. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Erickson**
U. S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 1515
Washington, DC 20530
(202) 514–2841
Fax: (202) 305–2121
Email: robert.erickson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**<u>Defendant</u>**

**MARK BEZY**
*Warden, U.S. Penitentiary Terre Haute*
*(05cv2337)*

represented by   **Alan Burch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter S. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Erickson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)

*TERMINATED: 07/03/2020*

**Defendant**

**JOHN DOES**
*I–V, Individually and in their official
capacities 05cv2337; 12cv00782 I–X*

represented by  **Alan Burch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**THOMAS WEBSTER**
*M.D.– Clinical Director;
05cv2337;12cv782; 13cv938*

represented by  **Alan Burch**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**ERIC H. HOLDER, JR.**                    represented by    **Alan Burch**
*Attorney General for the United States of*                 (See above for address)
*America; 05cv2337; 12cv782;13cv938*                        *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Bradley P. Humphreys**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul F. Enzinna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**MICHAEL B. MUKASEY**               represented by   **Alan Burch**
*07−cv−02145−TSC*                                     (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Bradley P. Humphreys**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Cristen Cori Handley**
                                                      (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**KAREN TANDY**                                    represented by   **Alan Burch**
*07−cv−02145−TSC*                                                   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**ALAN R. DOERHOFF**                    represented by   **Alan Burch**
*07−cv−02145−TSC*                                        (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**JOHN DOES**
*I–IV, Individually and in their official capacities; 07–cv–02145–TSC*

represented by    **Alan Burch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**MICHELE LEONHART**                    represented by    **Alan Burch**
*07−cv−02145; 12cv782; 13cv938*                          (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Bradley P. Humphreys**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Cristen Cori Handley**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Denise M. Clark**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jean Lin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Johnny Hillary Walker , III**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jonathan D. Kossak**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Paul R. Perkins**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**CHARLES E. SAMUELS, JR.**                 represented by   **Alan Burch**
*07−cv−02145; 12−cv−00782*                                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

represented by

**JOHN F. CARAWAY**
*07cv2145; 13cv938*

**Alan Burch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**UNITED STATES DEPARTMENT OF JUSTICE**
*12cv782; 13cv938*

represented by **Alan Burch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**PAUL LAIRD**                     represented by   **Alan Burch**
*12−cv−00782*                                        (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Bradley P. Humphreys**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Cristen Cori Handley**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**KERRY J. FORESTAL**
*12cv782;13cv938*

represented by **Alan Burch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**CHARLES L. LOCKETT**                    represented by   **Alan Burch**
*12−cv−00782*                                             (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**WILLIAM P. BARR**                    represented by   **Alan Burch**
*19−cv−03214−TSC*                                       (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A.C. Meisler**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave NW
Ste 1264
Washington, DC 20530
202−307−3803
Email: scott.meisler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JEFFREY E. KRUEGER**                   represented by **Alan Burch**
*19−cv−03214−TSC*                                     (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Bradley P. Humphreys**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Cristen Cori Handley**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Johnny Hillary Walker , III**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Paul R. Perkins**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Scott A.C. Meisler**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**JOSEPH MCCLAIN**                       represented by **Alan Burch**
*19−cv−03214−TSC*                                     (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Bradley P. Humphreys**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Cristen Cori Handley**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Johnny Hillary Walker , III**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RADM CHRIS A. BINA**                    represented by   **Alan Burch**
*19−cv−03214−TSC*                                          (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A.C. Meisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**T. J. WATSON**                          represented by   **Alan Burch**
*19−cv−03214−TSC*                                          (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A.C. Meisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UTTAM DHILLON**                      represented by   **Bradley P. Humphreys**
*19cv3520; Acting Administrator, U.S.*                  (See above for address)
*Drug Enforcement Administration*                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Cristen Cori Handley**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Johnny Hillary Walker , III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**NICOLE ENGLISH**                     represented by   **Alan Burch**
*19cv3520; Acting Assistant Director,*                  (See above for address)
*Health Services, Federal Bureau of*                    *LEAD ATTORNEY*
*Prisons*                                               *ATTORNEY TO BE NOTICED*

                                                        **Bradley P. Humphreys**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Cristen Cori Handley**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Johnny Hillary Walker , III**
                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Dep't of Justice**                    represented by **Jean Lin**
950 Pennsylvanis Ave., N.W.                  (See above for address)
Washington, DC 20530                         *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

V.

**Debtor–in–Possess**

**WILLIAM E. WILSON**                        represented by **Scott A.C. Meisler**
*M.D.,; 19–cv–03214–TSC*                     (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**RICHARD VEACH**                            represented by **Denise M. Clark**
*Warden, U.S. Penitentiary Terre Haute*      (See above for address)
*(05cv2337); 07cv02145*                      *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Intervenor**

**JEFFREY PAUL**                             represented by **Gary E. Proctor**
*(05cv2337)*                                 LAW OFFICES OF GARY E. PROCTOR,
                                             LLC
                                             8 E. Mulberry Street
                                             Baltimore, MD 21202
                                             (410) 444–1500
                                             Fax: (443) 836–9162
                                             Email: garyeproctor@gmail.com
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Shawn Nolan**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Robert L. McGlasson**
                                             MCGLASSON & ASSOCIATES, PC
                                             1024 Clairemont Avenue
                                             Decatur, GA 30030
                                             (404) 314–7664
                                             Fax: (404) 879–0005
                                             Email: rlmcglasson@comcast.net

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean D. O'Brien**
PUBLIC INTEREST LITIGATION
CLINIC
6155 Oak
Suite C
Kansas City, MO 64113
(816) 363–2795
Fax: (816) 363–2799
Email: dplc@dplclinic.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

| | |
|---|---|
| **DUSTIN HIGGS** | represented by  **Shawn Nolan** |
| *(05cv2337)* | (See above for address) |
| | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/15/2019 | | | Minute Entry: Status Conference held on 8/15/2019 before Judge Tanya S. Chutkan: Parties will adhere to the following schedule: Defendants shall file the administrative record on or before August 30, 2019; Plaintiffs shall complete the necessary 30(b)(6) depositions on or before February 28, 2020; and Plaintiffs shall file an amended complaint on or before March 31, 2020. Order forthcoming regarding consolidation of 05–2337; 07–2145; 12–782; and 13–958. (Court Reporter Bryan Wayne) (tb) Modified on 8/19/2019 (lctsc1). (Entered: 08/16/2019)– (Entry originally filed in 05cv2337 on 08/15/19.) (Entered: 08/29/2019) |
| 08/20/2019 | 1 | | ORDER: Upon consideration of the parties consent motions and the representations made by the parties at the August 15, 2019 status conference, the court hereby consolidates the four mention cases in the case caption of this order, pursuant to Federal Rule of Civil Procedure 42(a). It is therefore ORDERED that the following cases are to be consolidated into A Master Case File established for the lead case, 05–cv–2337 (TSC), as well as 07–cv–2145 (TSC), 12–cv–0782 (TSC), and 13–cv–0938 (TSC). All filings shall be made solely in the Master Case. SEE ORDER FOR DETAILS. Signed by Judge Tanya S. Chutkan on 8/20/19. (ztd) (Main Document 1 replaced on 8/29/2019) (tb). Modified on 8/29/2019 (DJS). (Entered: 08/27/2019) |
| 08/29/2019 | 2 | | MOTION for Preliminary Injunction by ALFRED BOURGEOIS (Attachments: # 1 Statement of Facts, # 2 Text of Proposed Order)(ztd); (Document originally filed in 12cv782 on 8/19/19) (Entered: 08/29/2019) |
| 08/29/2019 | 3 | | MOTION for Extension of Time to File Response/Reply by ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, HARLEY G. LAPPIN, MICHAEL B. MUKASEY (Attachments: # 1 Text of Proposed Order)(ztd); (Document originally filed in 05cv2337.) (Entered: 08/29/2019) |

| 08/29/2019 | | | MINUTE ORDER: Defendants' consent motion 3 for an extension of time to file a response to Plaintiff Alfred Bourgeois' (12–cv–00782) motion 2 for a preliminary injunction barring the execution of Plaintiff Bourgeois is GRANTED. Defendants shall file their response on or before September 16, 2019. Plaintiff's reply is due within one week of Defendants' response or September 23, 2019, whichever date is earlier. Signed by Judge Tanya S. Chutkan on 8/29/2019. (lctsc1) (Entered: 08/29/2019) |
|---|---|---|---|
| 08/30/2019 | 4 | | NOTICE *of Filing Certification of the Administrative Record and the Index of the Administrative Record* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Certified List of the Contents of the Administrative Records)Associated Cases: 1:19–mc–00145–TSC, 1:05–cv–02337–TSC, 1:07–cv–02145–TSC, 1:12–cv–00782–TSC, 1:13–cv–00938–TSC(Clark, Denise) (Entered: 08/30/2019) |
| 09/04/2019 | | | Set/Reset Deadlines: Response due by 9/16/2019. Reply due by 9/23/2019. Associated Cases: 1:19–mc–00145–TSC, 1:05–cv–02337–TSC, 1:07–cv–02145–TSC, 1:12–cv–00782–TSC, 1:13–cv–00938–TSC(tb) (Entered: 09/04/2019) |
| 09/05/2019 | 5 | | NOTICE of Appearance by Jean Lin on behalf of All Defendants (Lin, Jean) (Entered: 09/05/2019) |
| 09/05/2019 | 6 | | Memorandum in opposition to re 2 MOTION for Preliminary Injunction *(This Document Relates to Bourgeois v. Department of Justice, No. 12–0782* filed by KERRY J. FORESTAL, ERIC H. HOLDER, JR, PAUL LAIRD, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER. (Lin, Jean) (Entered: 09/05/2019) |
| 09/05/2019 | 7 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Pieter Van Tol, :Firm– Hogan Lovells US LLP, :Address– 390 Madison Avenue New York, NY 10017. Phone No. – (212) 918–3000. Fax No. – (212) 918–3100 Filing fee $ 100, receipt number 0090–6360193. Fee Status: Fee Paid. by DANIEL LEWIS LEE (Attachments: # 1 Declaration of Pieter Van Tol, # 2 Text of Proposed Order, # 3 Certificate of Service)(Hagerty, Elizabeth) (Entered: 09/05/2019) |
| 09/05/2019 | 8 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– John D. Beck, :Firm– Hogan Lovells US LLP, :Address– 390 Madison Avenue New York, NY 10017. Phone No. – (212) 918–3000. Fax No. – (212) 918–3100 Filing fee $ 100, receipt number 0090–6360222. Fee Status: Fee Paid. by DANIEL LEWIS LEE (Attachments: # 1 Declaration of John D. Beck, # 2 Text of Proposed Order, # 3 Certificate of Service)(Hagerty, Elizabeth) (Entered: 09/05/2019) |
| 09/06/2019 | | | MINUTE ORDER: THIS ORDER RELATES TO LEE (19cv2559). Granting 7 8 Motions for Leave to Appear Pro Hac Vice. Pieter Van Tol and John D. Beck are hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff Daniel Lee. Signed by Judge Tanya S. Chutkan on 9/6/19. (DJS) (Entered: 09/06/2019) |
| 09/06/2019 | | | MINUTE ORDER: THIS ORDER RELATES TO ALL CASES. The parties are hereby reminded that, pursuant to the cour's Consolidation Order (ECF No. |

| | | |
|---|---|---|
| | | <u>1</u> ), when a filing is made that applies solely to ONE CASE, both the document and THE ECF ENTRY must contain a notation indicating that the filing Relates to [insert case NAME and NUMBER]. Documents that do not meet the requirements in the court's order may be STRICKEN sua sponte. Signed by Judge Tanya S. Chutkan on 9/6/19. (DJS) (Entered: 09/06/2019) |
| 09/10/2019 | <u>9</u> | NOTICE of Appearance by David Solomon Victorson on behalf of DANIEL LEWIS LEE (Victorson, David) (Entered: 09/10/2019) |
| 09/11/2019 | <u>10</u> | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/11/2019. Answer due for ALL FEDERAL DEFENDANTS by 11/10/2019. (Hagerty, Elizabeth) (Entered: 09/11/2019) |
| 09/12/2019 | <u>11</u> | REPLY to opposition to motion re (2 in 1:19−mc−00145−TSC) MOTION for Preliminary Injunction *(The filing relates to Bourgeois v. United States Department of Justice, et al., No. 12−cv−0782−TSC)* filed by ALFRED BOURGEOIS. Associated Cases: 1:19−mc−00145−TSC et al.(Kursman, Alexander) (Entered: 09/12/2019) |
| 09/13/2019 | | MINUTE ORDER: The Court's 8/15/19 Order requiring that the Defendants file the administrative "record" by 8/30/19, is hereby AMENDED to reflect that, pursuant to Local Civil Rule 7(n), Defendants were obligated to file "a certified list of the contents of the administrative record" by 8/30/19. Signed by Judge Tanya S. Chutkan on 9/13/19. (DJS) (Entered: 09/13/2019) |
| 09/13/2019 | <u>12</u> | TRANSCRIPT OF STATUS HEARING before Judge Tanya S. Chutkan held on August 15, 2019, re Consolidated Cases, CV Nos. 05−2337, 07−2145, 12−0782, 13−0938. Page Numbers: 1−22. Date of Issuance: 9/13/19. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br><span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span> The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/4/2019. Redacted Transcript Deadline set for 10/14/2019. Release of Transcript Restriction set for 12/12/2019.(Wayne, Bryan) (Entered: 09/13/2019) |
| 09/27/2019 | <u>13</u> | MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* by DANIEL LEWIS LEE (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Declaration of Pieter Van Tol, # <u>3</u> Exhibit 1 − True and correct copy of a document entitled Addendum to BOP Execution Protocol Federal Death Sentence Implementation Procedures Effective July |

| | | | |
|---|---|---|---|
| | | | 25, 2019., # 4 Text of Proposed Order)(Van Tol, Pieter) (Entered: 09/27/2019) |
| 10/01/2019 | 14 | | Joint MOTION for Briefing Schedule as to 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) (This document relates to Lee v. Barr,19−cv−2559)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Lin, Jean) Modified event title on 10/3/2019 (znmw). (Entered: 10/01/2019) |
| 10/01/2019 | | | MINUTE ORDER: The parties' joint motion 14 for an extension of time to file a response and reply to Plaintiff Daniel Lee's (19−cv−02559) motion 13 for a preliminary injunction barring implementation of the new federal lethal injunction protocol is GRANTED. Defendants shall file their response on or before October 18, 2019. Plaintiff's reply is due on or before November 1, 2019. Signed by Judge Tanya S. Chutkan on 10/1/2019. (lctsc1) (Entered: 10/01/2019) |
| 10/01/2019 | | | Set/Reset Deadlines: Defendants' Response due by 10/18/2019. Plaintiff's Reply due by 11/1/2019. (zjd) (Entered: 10/03/2019) |
| 10/02/2019 | 15 | | NOTICE of Appearance by Amy J. Lentz on behalf of ORLANDO HALL (Lentz, Amy) (Main Document 15 replaced on 10/2/2019) (ztd). (Entered: 10/02/2019) |
| 10/18/2019 | 16 | | Memorandum in opposition to re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) (This document relates to Lee v. Barr,19−cv−2559)* filed by MARK BEZY, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER. (Lin, Jean) (Entered: 10/18/2019) |
| 10/24/2019 | 17 | | ENTERED IN ERROR.....NOTICE *of Supplementation to the Administrative Record and Filing of Certification of the Amended Administrative Record and the Amended Index of the Administrative Record* by MARK BEZY, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER re 4 Notice (Other), (Attachments: # 1 Certification and Amended Index to Administrative Record)(Kossak, Jonathan) Modified on 10/25/2019 (zjf). (Entered: 10/24/2019) |

| 10/24/2019 | 18 | | MOTION for Leave to File *supplemental briefing in support of Daniel Lewis Lee's Motion for Preliminary Injunction 13 (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)*, MOTION for Leave to File Excess Pages *for a reply brief* by DANIEL LEWIS LEE (Attachments: # 1 Declaration of Pieter Van Tol, # 2 Exhibit 1 − Transcript for August 15, 2019 Hearing before Court, # 3 Exhibit 2 − E−mail exchange between P. Van Tol and counsel for Defendants, October 2, 2019, # 4 Exhibit 3 − E−mail exchange between counsel for Defendants and P. Enzinna, September 25, 2019 and October 1, 2019, # 5 Exhibit 4 − E−mail exchange between P. Van Tol and counsel for Defendants, October 7, 2019 to October 23, 2019, # 6 Text of Proposed Order)(Van Tol, Pieter) (Entered: 10/24/2019) |
| 10/25/2019 | 19 | | RESPONSE re 18 MOTION for Leave to File *supplemental briefing in support of Daniel Lewis Lee's Motion for Preliminary Injunction 13 (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* MOTION for Leave to File Excess Pages *for a reply brief* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Clark, Denise) (Entered: 10/25/2019) |
| 10/25/2019 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 17 Notice (Other) was entered in error at the request of counsel and will be refiled.(jf) (Entered: 10/25/2019) |
| 10/25/2019 | 20 | | NOTICE *(Corrected) of Supplementation to the Administrative Record and Filing of Certification of the Amended Administrative Record and the Amended Index of the Administrative Record (This filing relates to all cases consolidated in In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, Case No. 19−mc−145)* by MARK BEZY, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER re 4 Notice (Other), (Attachments: # 1 Certification and Amended Index to Administrative Record)(Kossak, Jonathan) (Entered: 10/25/2019) |
| 10/29/2019 | 21 | | NOTICE of Appearance by Jonathan D. Kossak on behalf of All Defendants (Kossak, Jonathan) (Entered: 10/29/2019) |
| 11/01/2019 | | | MINUTE ORDER granting, in part, and denying, in part, 18 Motion to Allow Supplemental Briefing and to Extend Page Limit. Granting with respect to page extension and denying without prejudice until further order of the Court with respect to supplemental briefing. Signed by Judge Tanya S. Chutkan on 11/1/19. (lcdl) (Entered: 11/01/2019) |
| 11/01/2019 | 22 | | REPLY to opposition to motion re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* filed by DANIEL LEWIS LEE. (Van Tol, Pieter) (Entered: 11/01/2019) |

| 11/01/2019 | 23 | | DECLARATION of Pieter Van Tol to 22 . . . .REPLY to opposition to motion re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) Reply Declaration of Pieter Van Tol (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* filed by DANIEL LEWIS LEE. (Attachments: # 1 Exhibit A − Appellants Petition for En Banc Rehearing Death Penalty Case, May 14, 2020, # 2 Exhibit B −E−mail exchange between me and counsel for the Defendants between the period of October 7, 2019 and October 23, 2019, # 3 Exhibit C − Transcript for the conference before the Court on August 15, 2019)(Van Tol, Pieter) Modified text on 11/4/2019 (ztd). (Entered: 11/01/2019) |
| 11/01/2019 | 24 | | DECLARATION of Gail A. Van Norman, M.D. to 22 . . . . . REPLY to opposition to motion re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) Expert Declaration of Gail A. Van (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) Norman, M.D.* filed by DANIEL LEWIS LEE. (Van Tol, Pieter) Modified text on 11/4/2019 (ztd). (Entered: 11/01/2019) |
| 11/01/2019 | 25 | | DECLARATION of Craig W. Stevens, Ph.D. to 22 . . . . .REPLY to opposition to motion re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) Expert Declaration of Craig W. Stevens Ph.D. (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* filed by DANIEL LEWIS LEE. (Van Tol, Pieter) Modified text on 11/4/2019 (ztd). (Entered: 11/01/2019) |
| 11/01/2019 | 26 | | Unopposed MOTION to Intervene by DUSTIN LEE HONKEN (Attachments: # 1 Exhibit Complaint, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit)Associated Cases: 1:19−mc−00145−TSC et al.(Schmidt, Amelia) (Entered: 11/01/2019) |
| 11/04/2019 | 27 | | MOTION for Extension of Time to *Respond to Complaint* by UNITED STATES DEPARTMENT OF JUSTICE (Clark, Denise) Modified on 11/5/2019 (ztd). (Entered: 11/04/2019) |
| 11/05/2019 | 28 | | NOTICE of Appearance by Jonathan Jeffress on behalf of DUSTIN LEE HONKEN (Jeffress, Jonathan) (Entered: 11/05/2019) |
| 11/05/2019 | 29 | | MOTION for Preliminary Injunction by DUSTIN LEE HONKEN (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Jeffress, Jonathan) (Entered: 11/05/2019) |
| 11/05/2019 | | | NOTICE OF ERROR re 28 Notice of Appearance; emailed to jjeffress@kaiserdillon.com, cc'd 64 associated attorneys –– The PDF file you docketed contained errors: 1. Counsel must call Attorney Admissions, (202) 354−3110, regarding status. (ztd, ) (Entered: 11/05/2019) |
| 11/05/2019 | 30 | | RESPONSE re 27 MOTION for Extension of Time to File Response/Reply *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* filed by DANIEL LEWIS LEE. (Van Tol, Pieter) (Entered: 11/05/2019) |
| 11/05/2019 | 31 | | Consent MOTION for Extension of Time to *Respond to Proposed Plaintiff/Intervenor Honken's Motion for Preliminary Injunction (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* by MARK BEZY, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, |

| | | | |
|---|---|---|---|
| | | | Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER (Attachments: # 1 Text of Proposed Order)(Kossak, Jonathan) (Entered: 11/05/2019) |
| 11/06/2019 | 32 | | MOTION for Leave to File *the expert declarations of Gail A. Norman, M.D. and Craig W. Stevens, Ph.D. (This filing relates to Lee v. Barr et al., Case No. 19–cv–02559–TSC)* by DANIEL LEWIS LEE (Attachments: # 1 Text of Proposed Order)(Van Tol, Pieter) (Entered: 11/06/2019) |
| 11/07/2019 | 33 | | Joint MOTION for Hearing *(This filing relates to All Cases)* by DANIEL LEWIS LEE (Van Tol, Pieter) (Entered: 11/07/2019) |
| 11/07/2019 | | | MINUTE ORDER denying 33 the parties' motion for a hearing without prejudice until further order of the Court. The Court intends to issue a ruling and/or hold a hearing no later than November 20, 2019. Signed by Judge Tanya S. Chutkan on November 7, 2019. (tsclc2) (Entered: 11/07/2019) |
| 11/08/2019 | | | MINUTE ORDER: Granting 26 Dustin Lee Honkin's Unopposed Motion to Intervene, pursuant to Federal Rule of Civil Procedure 24(b). Denying 31 Consent Motion for Extension of Time to respond to Dustin Lee Honkin's Motion for Preliminary Judgment. Defendant shall file its response by November 12, 2019 at 5pm. Plaintiff's reply brief shall be filed by November 18, 2019 at 12 p.m. The Court will view motions for extension with extreme disfavor. Granting 27 Defendant's Motion for Extension of Time to Respond to Daniel Lewis Lee's Complaint. Defendant's response to the Complaint shall be filed no later than April 30, 2020 at 12 p.m.. Signed by Judge Tanya S. Chutkan on 11/8/2019. (tsclc2) (Entered: 11/08/2019) |
| 11/08/2019 | | | Set/Reset Deadlines/Hearings: Answer due by 4/30/2020. Response due by 11/12/2019. Reply due by 11/18/2019. (tb) (Entered: 11/08/2019) |
| 11/08/2019 | 34 | | MOTION for Preliminary Injunction *Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol,* by WESLEY IRA PURKEY (Attachments: # 1 Text of Proposed Order)(Smith, Arin) (Entered: 11/08/2019) |
| 11/08/2019 | 38 | | Intervenor COMPLAINT filed by DUSTIN LEE HONKEN. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(ztd) (Entered: 11/13/2019) |
| 11/12/2019 | 35 | | NOTICE of Appearance by Ethan Price Davis on behalf of All Defendants (Attachments: # 1 Certificate of Service)(Davis, Ethan) (Entered: 11/12/2019) |
| 11/12/2019 | 36 | | RESPONSE re 29 MOTION for Preliminary Injunction *(This document relates to Lee v. Barr,19–cv–2559, re Intervenor Plaintiff Honken)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Declaration of Raul Campos)(Lin, Jean) (Entered: 11/12/2019) |
| 11/12/2019 | 37 | | Memorandum in opposition to re 34 MOTION for Preliminary Injunction *Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol, (This document relates to Purkey v. Barr, 19−cv−03214)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 11/12/2019) |
| 11/12/2019 | | | MINUTE ORDER: Defendant shall file the administrative record in its entirety no later than November 14, 2019 at 5pm. Given this order, parties need not jointly prepare the appendix referred to in Local Civil Rule 7(n)(1),(2). Signed by Judge Tanya S. Chutkan on 11/12/19. (tsclc2) (Entered: 11/12/2019) |
| 11/13/2019 | | | MINUTE ORDER: This order relates to 19cv3214 (Wesley Purkey). GRANTING Motions for Admission Pro Hac Vice filed in 19cv3214−TSC at ECF Nos. 3 and 4 Alan E. Schoenfeld and Ryan M. Chabot are hereby admitted pro hac vice in this matter on behalf of Wesley Purkey. Signed by Judge Tanya S. Chutkan on 11/13/19. (DJS) Modified on 11/13/2019 (tb). Modified on 11/13/2019 (tb). (Entered: 11/13/2019) |
| 11/13/2019 | | | MINUTE ORDER: Counsel are hereby reminded that pursuant to Paragraph 8 of this court's Consolidation Order 1 , when a document is filed that relates to one or more, but not all consolidated cases, the relevant case name(s) and CASE NUMBER(S) must appear in the caption of the document AND on the CM/ECF ENTRY (e.g., This document relates to LEE HONKEN 19−cv−2559). Signed by Judge Tanya S. Chutkan on 11/13/19. (DJS) (Entered: 11/13/2019) |
| 11/13/2019 | 39 | | NOTICE *of Filing of the Amended Administrative Record (this filing relates to All Cases)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Amended Administrative Record)(Kossak, Jonathan) (Entered: 11/13/2019) |
| 11/13/2019 | 40 | | NOTICE of Appearance− Pro Bono by Charles Frederick Walker on behalf of CORY JOHNSON (Walker, Charles) (Entered: 11/13/2019) |
| 11/13/2019 | 41 | | NOTICE of Appearance− Pro Bono by Steven M Albertson on behalf of CORY JOHNSON (Albertson, Steven) (Entered: 11/13/2019) |
| 11/14/2019 | | | Set/Reset Deadlines: Administrative Record due by 11/14/2019. (tb) (Entered: 11/14/2019) |
| 11/14/2019 | 42 | | NOTICE of Appearance by Alan Burch on behalf of All Defendants (Burch, Alan) (Entered: 11/14/2019) |
| 11/14/2019 | 43 | | NOTICE of Appearance by Paul Perkins on behalf of All Defendants (Perkins, Paul) (Entered: 11/14/2019) |
| 11/18/2019 | 44 | | REPLY to opposition to motion re (29 in 1:19−mc−00145−TSC) MOTION for Preliminary Injunction filed by DUSTIN LEE HONKEN. (Attachments: # 1 Exhibit)Associated Cases: 1:19−mc−00145−TSC, 1:19−cv−02559−TSC(Jeffress, Jonathan) (Entered: 11/18/2019) |
| 11/18/2019 | 45 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by DUSTIN LEE HONKEN (This document is SEALED and only |

| | | | |
|---|---|---|---|
| | | | available to authorized persons.) (Attachments: # 1 Exhibit Reply to Opposition, # 2 Exhibit Exhibit 1)(Jeffress, Jonathan) (Entered: 11/18/2019) |
| 11/18/2019 | 46 | | SEALED MOTION filed by WESLEY IRA PURKEY (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Smith, Arin) (Entered: 11/18/2019) |
| 11/18/2019 | 47 | | REPLY to opposition to motion re 34 MOTION for Preliminary Injunction *Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol,* (This document relates to Purkey v. Barr, 19–cv–03214) filed by WESLEY IRA PURKEY. (Attachments: # 1 Exhibit 1)(Smith, Arin) Modified text on 11/18/2019 at the request of counsel (ztth). (Entered: 11/18/2019) |
| 11/18/2019 | | | MINUTE ORDER: Granting DUSTIN LEE HONKEN's 45 Sealed Motion for Leave to File Document Under Seal and WESLEY IRA PURKEY's 46 Sealed Motion for leave to File Document Under Seal. SO ORDERED – by Judge Tanya S. Chutkan on 11/18/19. (tb) (Entered: 11/18/2019) |
| 11/18/2019 | 48 | | SEALED REPLY TO OPPOSITION filed by DUSTIN LEE HONKEN re 29 MOTION for Preliminary Injunction (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit)(ztd) (Entered: 11/19/2019) |
| 11/18/2019 | 49 | | SEALED REPLY TO OPPOSITION filed by WESLEY IRA PURKEY re 34 MOTION for Preliminary Injunction *Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol,* (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit)(ztd) (Entered: 11/19/2019) |
| 11/20/2019 | 50 | | MEMORANDUM AND OPINION regarding Plaintiffs' motions 2 13 29 34 for preliminary injunction. Signed by Judge Tanya S. Chutkan on 11/20/2019. (tsclc) (Entered: 11/20/2019) |
| 11/20/2019 | 51 | | ORDER granting 2 Motion for Preliminary Injunction; granting 13 Motion for Preliminary Injunction; granting 29 Motion for Preliminary Injunction; granting 34 Motion for Preliminary Injunction. Defendants are hereby enjoined from executing Plaintiffs until further order of this court. See Order for additional details. Signed by Judge Tanya S. Chutkan on 11/20/2019. (tsclc) (Entered: 11/20/2019) |
| 11/20/2019 | 56 | | SEALED DOCUMENT filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (This document is SEALED and only available to authorized persons.)(ztd) (Entered: 11/21/2019) |

| 11/21/2019 | 52 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 51 Order on Motion for Preliminary Injunction,,,,,,, 50 Order by UNITED STATES DEPARTMENT OF JUSTICE. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 November 20, 2019 Order, # 2 November 20, 2019 Memorandum Opinion)(Lin, Jean) (Entered: 11/21/2019) |
| --- | --- | --- | --- |
| 11/21/2019 | 53 | | MOTION to Stay *Preliminary Injunction Pending Appeal (This document relates to Bourgeois v. Dep't of Justice, 12−cv−782, Lee v. Barr, 19−cv−2559, and Purkey v. Barr, 19−cv−3214)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Lin, Jean) (Entered: 11/21/2019) |
| 11/21/2019 | 54 | | AFFIDAVIT re 53 MOTION to Stay *Preliminary Injunction Pending Appeal (This document relates to Bourgeois v. Dep't of Justice, 12−cv−782, Lee v. Barr, 19−cv−2559, and Purkey v. Barr, 19−cv−3214) (Declaration of Rick Winter)* by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 11/21/2019) |
| 11/21/2019 | 55 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 52 Notice of Appeal to DC Circuit Court,. (ztd) (Entered: 11/21/2019) |
| 11/22/2019 | 57 | | RESPONSE re 53 MOTION to Stay *Preliminary Injunction Pending Appeal (This document relates to Bourgeois v. Dep't of Justice, 12−cv−782, Lee v. Barr, 19−cv−2559, and Purkey v. Barr, 19−cv−3214)* filed by ALFRED BOURGEOIS, DUSTIN LEE HONKEN, DANIEL LEWIS LEE, WESLEY IRA PURKEY. (Smith, Arin) (Entered: 11/22/2019) |
| 11/22/2019 | | | MINUTE ORDER: Upon consideration of Defendants' 53 Motion to Stay, this court finds that Defendants are not likely to succeed on the merits of their appeal and that the balance of harms does not weigh in favor of a stay. Therefore, Defendants' 53 Motion to Stay is hereby DENIED. Signed by Judge Tanya S. Chutkan on 11/22/2019. (tsclc) (Entered: 11/22/2019) |
| 11/22/2019 | | | USCA Case Number 19−5322 for 52 Notice of Appeal to DC Circuit Court, filed by UNITED STATES DEPARTMENT OF JUSTICE. (zrdj) (Entered: 11/22/2019) |
| 12/03/2019 | 58 | | Supplemental Record on Appeal transmitted to US Court of Appeals re Minute Order on Motion to Stay, ; (ztd) (Entered: 12/03/2019) |
| 12/04/2019 | | | MINUTE ORDER: This order relates to Lee (19cv2559). Denying without prejudice 32 Motion for Leave to File Declarations given that the court did not rely on the declarations in ruling on the motion for preliminary injunction. Signed by Judge Tanya S. Chutkan on 12/04/19. (tsclc2) (Entered: 12/04/2019) |
| 12/04/2019 | | | MINUTE ORDER: Status Conference scheduled for February 6, 2020 at 2:00 PM in Courtroom 9 before Judge Tanya S. Chutkan to discuss discovery, filing a consolidated amended complaint, and a case management plan. Signed by Judge Tanya S. Chutkan on 12/04/19. (tsclc2) (Entered: 12/04/2019) |
| 12/05/2019 | 59 | | NOTICE of Appearance− Pro Bono by Evan D. Miller on behalf of BRUCE WEBSTER (Miller, Evan) (Entered: 12/05/2019) |

| 12/06/2019 | | | Minute Entry: Telephone Conference held on 12/6/2019 before Judge Tanya S. Chutkan. (Court Reporter Bryan Wayne) (tb) (Entered: 12/09/2019) |
| --- | --- | --- | --- |
| 12/10/2019 | 60 | | NOTICE of Appearance by Scott Wilson Braden on behalf of NORRIS G. HOLDER, JR (Braden, Scott) (Main Document 60 replaced on 12/10/2019) (ztd). (Entered: 12/10/2019) |
| 12/12/2019 | | | MINUTE ORDER: By 4:00 pm on 2/4/20, the parties shall file a joint status report that includes a proposal for moving forward with this case, including potentially filing consolidated pleadings and avoiding repetitious filings. The joint report shall be accompanied by a proposed order. Signed by Judge Tanya S. Chutkan on 12/12/19. (DJS) (Entered: 12/12/2019) |
| 12/13/2019 | 61 | | NOTICE of Appearance– Pro Bono by Eric Hernandez on behalf of BRUCE WEBSTER (Hernandez, Eric) (Entered: 12/13/2019) |
| 12/13/2019 | | | Set/Reset Deadlines: Joint Status Report due by 2/4/2020. (tb) (Entered: 12/13/2019) |
| 12/14/2019 | 62 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Andrew Moshos, Filing fee $ 100, receipt number ADCDC–6646229. Fee Status: Fee Paid. by NORRIS G. HOLDER, JR (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Braden, Scott) (Entered: 12/14/2019) |
| 12/14/2019 | 63 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Stephen Kraftschik, Filing fee $ 100, receipt number ADCDC–6646230. Fee Status: Fee Paid. by NORRIS G. HOLDER, JR (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Braden, Scott) (Entered: 12/14/2019) |
| 12/14/2019 | 64 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jennifer Ying, Filing fee $ 100, receipt number ADCDC–6646233. Fee Status: Fee Paid. by NORRIS G. HOLDER, JR (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Braden, Scott) (Entered: 12/14/2019) |
| 12/23/2019 | | | MINUTE ORDER: Granting 62 63 64 Motions for Leave to Appear Pro Hac Vice. Andrew Moshos, Stephen Kraftschik and Jennifer Ying are hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff Norris Holder (19–cv–3570). **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions**; granting 63 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions**; granting 64 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 12/23/19. (DJS) (Entered: 12/23/2019) |
| 12/26/2019 | 65 | | NOTICE of Appearance by Stephen J. Kraftschik on behalf of NORRIS G. HOLDER, JR(19–cv–03520–TSC) (Kraftschik, Stephen) (Entered: 12/26/2019) |
| 12/26/2019 | 66 | | NOTICE of Appearance by Jennifer Ying on behalf of NORRIS G. HOLDER, JR(19–cv–03520–TSC) (Ying, Jennifer) (Entered: 12/26/2019) |
| 12/26/2019 | 67 | | NOTICE of Appearance by Andrew Moshos on behalf of NORRIS G. HOLDER, JR(19–cv–03520–TSC) (Moshos, Andrew) (Entered: 12/26/2019) |

| 01/02/2020 | 68 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to DANIEL LEWIS LEE. Attorney Elizabeth Hagerty terminated. (Hagerty, Elizabeth) (Entered: 01/02/2020) |
|---|---|---|---|
| 01/14/2020 | 69 | | NOTICE *of Second Supplement to Administrative Record* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY (Attachments: # 1 Campos Declaration and Corrected Page of Administrative Record, # 2 Certification of Second Amended Index of Administrative Record)(Burch, Alan) (Entered: 01/14/2020) |
| 01/16/2020 | | | Set/Reset Hearings: Status Conference set for 02/06/2020 has been RESCHEDULED to 2/12/2020 at 11:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 01/16/2020) |
| 01/22/2020 | 70 | | NOTICE *of Filing Under Seal Video of Rule 30(b)(6) deposition of US Marshals Service* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 01/22/2020) |
| 01/30/2020 | 71 | | NOTICE *of Filing Under Seal Video of Rule 30(b)(6) deposition of the Office of the Attorney General* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD (Burch, Alan) (Entered: 01/30/2020) |
| 01/31/2020 | 72 | | Unopposed MOTION for Extension of Time to File *Joint Status Report* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 01/31/2020) |
| 01/31/2020 | 73 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Stephanie Simon, Filing fee $ 100, receipt number ADCDC–6786976. Fee Status: Fee Paid. by WESLEY IRA PURKEY (Attachments: # 1 Declaration of Stephanie |

| | | |
|---|---|---|
| | | Simon, # 2 Text of Proposed Order)(Smith, Arin) (Entered: 01/31/2020) |
| 02/03/2020 | | MINUTE ORDER granting 72 Unopposed Motion for Extension. Joint Status Report is now due at February 10, 2020 at 4PM. Signed by Judge Tanya S. Chutkan on 2/3/2020. (lcdl) (Entered: 02/03/2020) |
| 02/04/2020 | 74 | NOTICE of Appearance by Andres C. Salinas on behalf of WESLEY IRA PURKEY (Salinas, Andres) (Entered: 02/04/2020) |
| 02/04/2020 | | Set/Reset Deadlines: Joint Status Report due by 2/10/2020. (tb) (Entered: 02/04/2020) |
| 02/05/2020 | 75 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Norman Anderson, Fee Status: No Fee Paid. by DUSTIN LEE HONKEN (Attachments: # 1 Declaration, # 2 Text of Proposed Order)Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC(Jeffress, Jonathan) (Entered: 02/05/2020) |
| 02/07/2020 | | MINUTE ORDER: Denying without prejudice 73 Motion for Admission Pro Hac Vice for failing to fully comply with Local Civil Rule 83.2(d)(6). Affiants with offices located outside of the District of Columbia are still required to provide sufficient information for the court to determine "whether the affiant engages in the practice of law from an office located in the District of Columbia." Signed by Judge Tanya S. Chutkan on 2/7/2020. (DJS) (Entered: 02/07/2020) |
| 02/07/2020 | | MINUTE ORDER: Granting in part and denying in part 75 Motion for Admission Pro Hac Vice. Norman Anderson may be heard in open court on behalf of Defendant HONKEN, but may not file papers in this court. See Local Civil Rule 83.2(c)(2) ("An attorney who engages in the practice of law from an office located in the District of Columbia must be a member of the District of Columbia Bar AND the Bar of this Court to file papers in this Court."). **Counsel should register for ECF via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 2/7/2020. (DJS) (Entered: 02/07/2020) |
| 02/10/2020 | 76 | Joint STATUS REPORT by DANIEL LEWIS LEE. (Attachments: # 1 Text of Proposed Order)(Van Tol, Pieter) (Entered: 02/10/2020) |
| 02/10/2020 | 77 | Unopposed MOTION for Leave to Appear by Telephone *at the February 12, 2020 Status Conference* by JULIUS ROBINSON (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC(Aminoff, Jonathan) (Entered: 02/10/2020) |
| 02/11/2020 | | MINUTE ORDER granting 77 Motion for Leave to Appear by Telephone. Jonathan Aminoff, counsel for Julius Robinson, may appear at the 2/2/2020 status conference via telephone. Counsel shall contact Courtroom Deputy Tim Bradley at least two hours prior to the call for dial–in instructions. Signed by Judge Tanya S. Chutkan on 2/11/2020. (DJS) (Entered: 02/11/2020) |
| 02/11/2020 | | MINUTE ORDER: Counsel are hereby reminded to familiarize themselves with court's Consolidation order 1 , which provides that "Any pleading or paper filed relating to any of the Federal Bureau of Prisons' Execution Protocol Cases must be filed ONLY in the Master Case File," which means you MUST CHECK "NO" WHEN ASKED "Do you want to spread this |

| | | | |
|---|---|---|---|
| | | | docket entry?". Signed by Judge Tanya S. Chutkan on 2/11/2020. (DJS) (Entered: 02/11/2020) |
| 02/12/2020 | 78 | | NOTICE of Appearance by Shawn Nolan on behalf of DUSTIN LEE HONKEN (Nolan, Shawn) (Entered: 02/12/2020) |
| 02/12/2020 | 79 | | NOTICE of Appearance by Shawn Nolan on behalf of CHADRICK EVAN FULKS (Nolan, Shawn) (Entered: 02/12/2020) |
| 02/12/2020 | | | Minute Entry: Status Conference held on 2/12/2020 before Judge Tanya S. Chutkan: Scheduling Order forthcoming. (Court Reporter Bryan Wayne) (tb) (Entered: 02/13/2020) |
| 02/14/2020 | 80 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to NORRIS G. HOLDER, JR. Attorney Stephen J. Kraftschik terminated. Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC(Kraftschik, Stephen) (Entered: 02/14/2020) |
| 02/19/2020 | 81 | | ORDER: Having considered the parties' joint status report 76 , it is ordered that the parties shall adhere to the following deadlines: Plaintiffs' consolidated amended complaint due March 31, 2020. Defendants' dispositive motion due June 1, 2020. Plaintiffs' combined opposition/or cross motion due August 3, 2020. Defendants' combined reply /opposition due September 14, 2020. Plaintiffs' reply, if any, due October 5, 2020. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file a joint case management plan 15 days after resolution of the dispositive motion, if necessary. Signed by Judge Tanya S. Chutkan on 02/19/20. (lcdl) (Entered: 02/19/2020) |
| 02/19/2020 | | | Set/Reset Deadlines: Amended Pleadings due by 3/31/2020. Cross Motion/due by 8/3/2020. Response to Cross Motion due by 9/14/2020. Reply to Cross Motion due by 10/5/2020. Dispositive Motion due by 6/1/2020. Response to Dispositive Motion due by 8/3/2020. Reply to Dispositive Motion due by 9/14/2020. Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC(tb) (Entered: 02/19/2020) |
| 02/20/2020 | 82 | | NOTICE *of Filing Under Seal of Rule 30(b)(6) deposition of Drug Enforcement Administration* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 02/20/2020) |
| 02/21/2020 | 83 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jeffery Lyons, Filing fee $ 100, receipt number ADCDC–6851362. Fee Status: Fee Paid. by NORRIS G. HOLDER, JR (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Braden, Scott) (Entered: 02/21/2020) |
| 02/24/2020 | | | MINUTE ORDER: Granting 83 Motion for Leave to Appear Pro Hac Vice. Jeffery Lyons is hereby admitted pro hac vice to appear in this matter on |

| | | |
|---|---|---|
| | | behalf Plaintiff NORRIS G. HOLDER, JR. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** <u>Click for instructions</u>. Signed by Judge Tanya S. Chutkan on 2/24/2020. (DJS) (Entered: 02/24/2020) |
| 02/27/2020 | <u>84</u> | NOTICE OF WITHDRAWAL OF APPEARANCE as to BRUCE WEBSTER. Attorney Eric Hernandez terminated. Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC(Hernandez, Eric) (Entered: 02/27/2020) |
| 03/02/2020 | <u>85</u> | NOTICE of Appearance by Jeffrey Lyons on behalf of NORRIS G. HOLDER, JR (Lyons, Jeffrey) (Entered: 03/02/2020) |
| 03/03/2020 | <u>86</u> | NOTICE OF WITHDRAWAL OF APPEARANCE as to WESLEY IRA PURKEY. Attorney Arin Hillary Smith terminated. (Smith, Arin) (Entered: 03/03/2020) |
| 03/17/2020 | <u>87</u> | Consent MOTION for Extension of Time to File *Consolidated Amended Complaint and Dispositive Motion Papers* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 03/17/2020) |
| 03/18/2020 | | MINUTE ORDER granting <u>87</u> Joint Motion to Extend Time. The schedule adopted in ECF No. <u>81</u> is hereby VACATED. The parties shall adhere to the following deadlines: Plaintiff's Consolidated Amended Complaint due June 1, 2020; Defendant's dispositive motion due July 31, 2020; Plaintiff's combined opposition and/or cross motion due September 28, 2020; Defendant's combined reply and/or cross opposition due November 13, 2020; Plaintiff's cross reply (if any) due December 4, 2020. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file a joint case management plan 15 days after resolution of the dispositive motion, if necessary. Signed by Judge Tanya S. Chutkan on 3/18/2020. (lcdl) (Entered: 03/18/2020) |
| 03/27/2020 | <u>88</u> | NOTICE OF WITHDRAWAL OF APPEARANCE as to NORRIS G. HOLDER, JR. Attorney Jeffrey Lyons terminated. (Lyons, Jeffrey) (Entered: 03/27/2020) |
| 04/07/2020 | <u>89</u> | NOTICE of Appearance by Jennifer M. Moreno on behalf of KEITH NELSON (Moreno, Jennifer) (Entered: 04/07/2020) |
| 05/14/2020 | <u>90</u> | NOTICE *of Filing Under Seal Video of 30(b)(6) continuation deposition of Federal Bureau of Prisons* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, DUSTIN LEE HONKEN, IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION |

| | | | |
|---|---|---|---|
| | | | PROTOCOL CASES, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 05/14/2020) |
| 06/01/2020 | 91 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by WESLEY IRA PURKEY (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Proposed Sealed Complaint, # 2 Text of Proposed Order)(Schoenfeld, Alan) (Entered: 06/01/2020) |
| 06/01/2020 | 92 | | AMENDED COMPLAINT *(Redacted)* against WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER filed by WESLEY IRA PURKEY.(Schoenfeld, Alan) (Entered: 06/01/2020) |
| 06/01/2020 | 93 | | ENTERED IN ERROR. . . . .AMENDED COMPLAINT *Supplemental* against WILLIAM P. BARR filed by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Declaration of Dr. Arthur Grant)(Braden, Scott) Modified on 6/2/2020 (ztd). (Entered: 06/01/2020) |
| 06/01/2020 | 94 | | SUPPLEMENT TO 92 AMENDED COMPLAINT *Supplemental–Corrected* against WILLIAM P. BARR filed by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Declaration of Dr. Arthur Grant)(Braden, Scott) Modified on 6/2/2020 (ztd). (Entered: 06/01/2020) |
| 06/01/2020 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 93 Amended Complaint was entered in error and counsel refiled said pleading as docket entry no. 94 . (ztd) (Entered: 06/02/2020) |
| 06/07/2020 | 95 | | NOTICE of Appearance by Cristen Cori Handley on behalf of All Defendants (Handley, Cristen) (Entered: 06/07/2020) |
| 06/08/2020 | 96 | | NOTICE of Appearance by Dale Andrew Baich on behalf of KEITH NELSON (Baich, Dale) (Entered: 06/08/2020) |
| 06/08/2020 | 97 | | NOTICE *of Third Supplement to Administrative Record* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, KAREN |

| | | | |
|---|---|---|---|
| | | | TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Attachments: # 1 Certified Index of Administrative Record, # 2 Bates Pages 1075–85)(Burch, Alan) (Entered: 06/08/2020) |
| 06/12/2020 | 98 | | MANDATE of USCA as to 52 Notice of Appeal to DC Circuit Court, filed by UNITED STATES DEPARTMENT OF JUSTICE ; USCA Case Number 19–5322. (Attachments: # 1 USCA Judgment)(zrdj) (Entered: 06/15/2020) |
| 06/15/2020 | 99 | | NOTICE *Regarding Execution Dates* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 06/15/2020) |
| 06/18/2020 | 100 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Danielle Desaulniers Stempel, Filing fee $ 100, receipt number ADCDC–7243866. Fee Status: Fee Paid. by DANIEL LEWIS LEE (Attachments: # 1 Declaration of Danielle Desaulniers Stempel, # 2 Text of Proposed Order, # 3 Certificate of Service)(Victorson, David) (Entered: 06/18/2020) |
| 06/19/2020 | 101 | | MOTION to Strike 99 Notice (Other),, by KEITH NELSON (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Clune, Kathryn) (Entered: 06/19/2020) |
| 06/19/2020 | | | MINUTE ORDER: Granting 5 Motion for Leave to Appear Pro Hac Vice. Danielle Desaulniers Stempel is hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff DANIEL LEWIS LEE. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 6/19/2020. (DJS) (Entered: 06/19/2020) |
| 06/19/2020 | 102 | | MOTION for Preliminary Injunction by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Declaration of Alan E. Schoenfeld, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Text of Proposed Order)(Schoenfeld, Alan) (Entered: 06/19/2020) |
| 06/19/2020 | 103 | | WITHDRAWN PURSUANT TO DOCKET ENTRY NO. 194 . . . . .SUPPLEMENTAL MEMORANDUM re 102 MOTION for Preliminary Injunction filed by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY, DANIEL LEWIS LEE by DANIEL LEWIS LEE. (Attachments: # 1 Exhibit A–Arkansas Lethal Injection Procedure, # 2 Certificate of Service)(Van Tol, Pieter) Modified event title on 6/23/2020 (znmw). Modified on 8/17/2020 (ztd). (Entered: 06/19/2020) |
| 06/19/2020 | 104 | | MOTION for Discovery *Expedited* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Exhibit 1–Plaintiffs First Set of Interrogatories to Defendants, # 2 Exhibit |

| Date | No. | | Description |
|---|---|---|---|
| | | | 2–E–mail Correspondence, # 3 Text of Proposed Order, # 4 Certificate of Service)(Van Tol, Pieter) (Entered: 06/19/2020) |
| 06/19/2020 | 105 | | ENTERED IN ERROR. . . . .MOTION to Expedite *THIS DOCUMENT RELATES TO: Lee v. Barr, 19–cv–2559, Purkey v. Barr, 19–cv–3214, and Nelson v. Barr, 20–cv–557* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Text of Proposed Order)(Schoenfeld, Alan) Modified on 6/22/2020 (ztd). (Entered: 06/19/2020) |
| 06/19/2020 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 105 MOTION to Expedite *THIS DOCUMENT RELATES TO: Lee v. Barr, 19–cv–2559, Purkey v. Barr, 19–cv–3214, and Nelson v. Barr, 20–cv–557* was entered in error and counsel refiled said pleading as docket entry no. 106 . (ztd) (Entered: 06/22/2020) |
| 06/20/2020 | | | MINUTE ORDER: Defendants shall file any oppositions to Plaintiffs' 101 , 102 , 103 , 104 , and 105 no later than June 25, 2020. The opposition to each motion shall be filed separately, rather than as an omnibus opposition. Plaintiffs shall file any replies no later than June 29, 2020. The replies in support of each motion shall be filed separately, rather than as an omnibus reply. Signed by Judge Tanya S. Chutkan on 6/20/2020. (lcdl) (Entered: 06/20/2020) |
| 06/20/2020 | 106 | | MOTION to Expedite *(Corrected) (THIS DOCUMENT RELATES TO: Lee v. Barr, 19–cv–2559, Purkey v. Barr, 19–cv–3214, and Nelson v. Barr, 20–cv–557)* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Text of Proposed Order)(Schoenfeld, Alan) (Entered: 06/20/2020) |
| 06/23/2020 | | | Set/Reset Deadlines: Responses due by 6/25/2020. Replies due by 6/29/2020. (tb) (Entered: 06/23/2020) |
| 06/25/2020 | 107 | | Memorandum in opposition to re 104 MOTION for Discovery *Expedited* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 06/25/2020) |
| 06/25/2020 | 108 | | Memorandum in opposition to re 106 MOTION to Expedite *(Corrected) (THIS DOCUMENT RELATES TO: Lee v. Barr, 19–cv–2559, Purkey v. Barr, 19–cv–3214, and Nelson v. Barr, 20–cv–557)* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement |

| | | | |
|---|---|---|---|
| | | | Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 06/25/2020) |
| 06/25/2020 | 109 | | Memorandum in opposition to re 101 MOTION to Strike 99 Notice (Other),, filed by WILLIAM P. BARR, ANTHONY BATTLE, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Attachments: # 1 Declaration of Kevin Pistro)(Burch, Alan) (Entered: 06/25/2020) |
| 06/25/2020 | 110 | | RESPONSE re 103 Memorandum, filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I−IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I−V, Individually and in their official capacities 05cv2337; 12cv00782 I−X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Handley, Cristen) (Entered: 06/25/2020) |
| 06/25/2020 | 111 | | RESPONSE re 102 MOTION for Preliminary Injunction *(this filing relates to Lee v. Barr, 19cv2559, Purkey v. Barr, 19cv3214, Nelson v. Barr, 20cv557)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit A (book excerp), # 2 Exhibit Winter Decl. Excerp, # 3 Affidavit Declaration of Tom Watson, # 4 Affidavit Declaration of Joseph Antognini, MD)(Lin, Jean) (Entered: 06/25/2020) |
| 06/26/2020 | 112 | | NOTICE of Appearance by Danielle Desaulniers Stempel on behalf of DANIEL LEWIS LEE (Attachments: # 1 Certificate of Service)(Stempel, Danielle) (Entered: 06/26/2020) |
| 06/26/2020 | 113 | | NOTICE *of Correction (and Corrected Brief)* by UNITED STATES DEPARTMENT OF JUSTICE re 111 Response to motion, (Attachments: # 1 Errata CORRECTED Defendants' Opposition to Plaintiffs Lee, Honken, Purkery and Nelson's Motion for a Preliminary Injunction)(Lin, Jean) (Entered: 06/26/2020) |
| 06/29/2020 | 114 | | REPLY to opposition to motion re (101 in 1:19−mc−00145−TSC) MOTION to Strike (99) Notice (Other),, filed by KEITH NELSON. Associated Cases: 1:19−mc−00145−TSC, 1:20−cv−00557−TSC(Clune, Kathryn) (Entered: 06/29/2020) |
| 06/29/2020 | 115 | | REPLY re 102 , 103 *in Support of Supplemental Memorandum in Support of Motion for a Preliminary Injunction* filed by DANIEL LEWIS LEE. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # <u>1</u> Certificate of Service)(Van Tol, Pieter) Modified linkage on 6/30/2020 (ztd). (Entered: 06/29/2020) |
| 06/29/2020 | <u>116</u> | | REPLY re <u>106</u> *in Further Support of Motion for Expedited Discovery* filed by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (Attachments: # <u>1</u> Exhibit A − OIRA Conclusion of EO 12866 Regulatory Review, # <u>2</u> Exhibit B − Exec. Order No. 12,866, # <u>3</u> Certificate of Service)(Van Tol, Pieter) Modified linkage on 6/30/2020 (ztd). (Entered: 06/29/2020) |
| 06/29/2020 | <u>117</u> | | MOTION for Leave to File *Supplemental Expert Declaration THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # <u>1</u> Exhibit 1 − Supplemental Expert Declaration of Gail A. Van Norman, M.D., # <u>2</u> Text of Proposed Order)(Schoenfeld, Alan) (Entered: 06/29/2020) |
| 06/29/2020 | <u>118</u> | | REPLY to opposition to motion re <u>102</u> MOTION for Preliminary Injunction *(THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557)* filed by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (Schoenfeld, Alan) (Entered: 06/29/2020) |
| 06/29/2020 | <u>119</u> | | REPLY to opposition to motion re <u>106</u> MOTION to Expedite *(Corrected) (THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557) (THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557)* filed by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (Schoenfeld, Alan) (Entered: 06/29/2020) |
| 06/30/2020 | <u>120</u> | | RESPONSE re <u>117</u> MOTION for Leave to File *Supplemental Expert Declaration THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # <u>1</u> Exhibit A−Proposed Surreply, # <u>2</u> Declaration Supplemental Declaration of Dr. Joseh F. Antognini, # <u>3</u> Text of Proposed Order)(Lin, Jean) (Entered: 06/30/2020) |
| 06/30/2020 | <u>121</u> | | Consent MOTION for Leave to File *Surreply and Supplemental Declaration of Dr. Joseph F. Antognini, in opposition to Plaintiffs' Motion for Preliminary Injunction (This filing relates to Lee v. Barr, 19cv2559, Purkey v. Barr, 19cv3214, and Nelson v. Barr, 20cv557)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # <u>1</u> Exhibit A−Proposed Surreply, # <u>2</u> Exhibit A−1 Supplemental Declaration of Dr. Joseh F. Antognini, # <u>3</u> Text of Proposed Order)(Lin, Jean) (Entered: 06/30/2020) |
| 06/30/2020 | <u>122</u> | | NOTICE *of Correction* by UNITED STATES DEPARTMENT OF JUSTICE re <u>120</u> Response to motion, <u>121</u> Consent MOTION for Leave to File *Surreply and Supplemental Declaration of Dr. Joseph F. Antognini, in opposition to Plaintiffs' Motion for Preliminary Injunction (This filing relates to Lee v. Barr, 19cv2559, Purkey v. Barr, 19cv3214, and Nelso (Attachments: # <u>1</u> Corrected Proposed Surreply, # <u>2</u> Corrected Supplemental Declaration of Dr. Joseph F. Antognini)(Lin, Jean) (Entered: 06/30/2020)* |

| | | | |
|---|---|---|---|
| 07/01/2020 | | | MINUTE ORDER: It is hereby ORDERED that Plaintiff' 117 Motion for Leave to File is GRANTED. Plaintiffs' filing of the supplemental expert declaration of Dr. Gail A. Van Norman is deemed properly filed and, accordingly, the court may consider this declaration in connection with Plaintiff' Motion for a Preliminary Injunction. It is further ORDERED that 121 Consent Motion for Leave to File is GRANTED. The Clerk of the Court shall docket Defendants' proposed surreply and supplemental declaration, the corrected version of which Defendants attached to 122 Notice of Correction.. Signed by Judge Tanya S. Chutkan on 7/1/2020. (lcdl) (Entered: 07/01/2020) |
| 07/01/2020 | 123 | | AFFIDAVIT Supplemental Expert Declaration of Gail A. Van Norman, M.D., by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (ztd) (Entered: 07/01/2020) |
| 07/01/2020 | 124 | | SURREPLY to re 117 MOTION for Leave to File *Supplemental Expert Declaration THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Declaration Supplemental Declaration of Dr. Joseh F. Antognini)(ztd) (Main Document 124 replaced on 7/1/2020) (ztd). (Attachment 1 replaced on 7/1/2020) (ztd). (Entered: 07/01/2020) |
| 07/02/2020 | 125 | | NOTICE by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY re 116 Reply to Document, 104 MOTION for Discovery *Expedited* (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) (Entered: 07/02/2020) |
| 07/03/2020 | 126 | | NOTICE *of Supplemental Authority. (THIS DOCUMENT RELATES TO: Purkey v. Barr, 19−cv−3214 )* by WESLEY IRA PURKEY (Attachments: # 1 Exhibit A)(Schoenfeld, Alan) (Entered: 07/03/2020) |
| 07/03/2020 | 127 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. Attorney Ethan Price Davis terminated. (Attachments: # 1 Certificate of Service)(Davis, Ethan) (Entered: 07/03/2020) |
| 07/06/2020 | | | MINUTE ORDER: Plaintiff's Unopposed Motion 91 to File Document Under Seal is hereby GRANTED. The Clerk of the Court is requested to file under seal Plaintiffs Amended Complaint (Exhibit 1). SO ORDERED by Judge Tanya S. Chutkan on 07/06/2020. (tb) (Entered: 07/06/2020) |
| 07/06/2020 | 128 | | *SEALED* AMENDED COMPLAINT against WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM |

| | | |
|---|---|---|
| | | DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER filed by WESLEY IRA PURKEY.(ztd) (Entered: 07/07/2020) |
| 07/10/2020 | 129 | NOTICE OF SUPPLEMENTAL AUTHORITY by DANIEL LEWIS LEE (Attachments: # 1 Exhibit A – Peterson v. Barr Order Granting Pls.' Motion for Prelim. Inj., # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/10/2020) |
| 07/10/2020 | | MINUTE ORDER: Telephone Status Conference scheduled for July 11, 2020 at 1 PM. Signed by Judge Tanya S. Chutkan on 7/10/2020. (lcdl) (Entered: 07/10/2020) |
| 07/11/2020 | | Set/Reset Hearings: Telephone Conference set for 7/11/2020 at 01:00 PM in Telephonic/VTC before Judge Tanya S. Chutkan. (lcdl) (Entered: 07/11/2020) |
| 07/11/2020 | | Minute Entry: Telephone Conference held on 7/11/2020 before Judge Tanya S. Chutkan: The parties informed the Court of the posture of pending executions. (Court Reporter Bryan Wayne) (tb) (Entered: 07/11/2020) |
| 07/11/2020 | 130 | TRANSCRIPT OF 7/11/20 TELEPHONE CONFERENCE before Judge Tanya S. Chutkan held on July 11, 2020; Page Numbers: 1–14. Date of Issuance: 7/11/2020. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form at www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 8/1/2020. Redacted Transcript Deadline set for 8/11/2020. Release of Transcript Restriction set for 10/9/2020.(Wayne, Bryan) (Entered: 07/11/2020) |
| 07/12/2020 | 131 | NOTICE OF SUPPLEMENTAL AUTHORITY by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Exhibit Hartkemeyer v. Barr – Declaration of Rick Winter, # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/12/2020) |
| 07/12/2020 | 132 | NOTICE *(Corrected) of Supplemental Authority* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY |

| | | | |
|---|---|---|---|
| | | | (Attachments: # <u>1</u> Exhibit Exhibit Hartkemeyer v. Barr – Declaration of Rick Winter, # <u>2</u> Certificate of Service)(Van Tol, Pieter) (Entered: 07/12/2020) |
| 07/12/2020 | <u>133</u> | | NOTICE by DANIEL LEWIS LEE (Attachments: # <u>1</u> Exhibit A – Peterson v. Barr Filed Opinion (No. 20–2252), # <u>2</u> Certificate of Service)(Van Tol, Pieter) (Entered: 07/12/2020) |
| 07/12/2020 | <u>134</u> | | RESPONSE re <u>133</u> Notice (Other), <u>132</u> Notice (Other), *(this filing relates to Lee v. Barr et al. (No. 19–cv–2559), Purkey v. Barr et al. (No. 19–cv–03214), and Nelson v. Barr (No. 20–cv–557))* filed by WILLIAM P. BARR, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Handley, Cristen) (Entered: 07/12/2020) |
| 07/13/2020 | <u>135</u> | | MEMORANDUM AND OPINION regarding Plaintiffs' <u>102</u> motion for preliminary injunction. Signed by Judge Tanya S. Chutkan on 7/13/2020. (lcdl) (Entered: 07/13/2020) |
| 07/13/2020 | <u>136</u> | | ORDER granting Plaintiffs' <u>102</u> Motion for Preliminary Injunction. Defendants are hereby enjoined from executing Plaintiffs until further order of this court. See Order for details. Signed by Judge Tanya S. Chutkan on 7/13/2020. (lcdl) (Entered: 07/13/2020) |
| 07/13/2020 | <u>137</u> | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to <u>135</u> Memorandum & Opinion, <u>136</u> Order on Motion for Preliminary Injunction by MICHELE LEONHART, JOHN F. CARAWAY, JEFFREY E. KRUEGER, CHADRICK EVAN FULKS, UNITED STATES DEPARTMENT OF JUSTICE, JOSEPH MCCLAIN, ERIC H. HOLDER, JR, CHARLES E. SAMUELS, JR, WILLIAM P. BARR, NEWTON E. KENDIG, II, MARK BEZY, KERRY J. FORESTAL, NICOLE ENGLISH, PAUL LAIRD, THOMAS WEBSTER, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), UTTAM DHILLON, ALAN R. DOERHOFF, HARLEY G. LAPPIN, JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), CHARLES L. LOCKETT, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), MICHAEL B. MUKASEY, T. J. WATSON, KAREN TANDY(07–cv–02145–TSC), RADM CHRIS A. BINA. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # <u>1</u> Exhibit District Court Opinion, # <u>2</u> Exhibit District Court Order)(Handley, Cristen) (Entered: 07/13/2020) |
| 07/13/2020 | <u>138</u> | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re <u>137</u> Notice of Appeal to DC Circuit Court,,,,. (ztd) (Entered: 07/13/2020) |

| 07/13/2020 | 139 | | MOTION to Stay re 136 Order on Motion for Preliminary Injunction, 135 Memorandum & Opinion *(this filing relates to Lee v. Barr et al. (No. 19−cv−2559), Purkey v. Barr et al. (No. 19−cv−03214), and Nelson v. Barr (No. 20−cv−557))* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Attachments: # 1 Declaration Declaration of Rick Winter)(Handley, Cristen) (Entered: 07/13/2020) |
| 07/13/2020 | 140 | | Memorandum in opposition to re 139 MOTION to Stay re 136 Order on Motion for Preliminary Injunction, 135 Memorandum & Opinion *(this filing relates to Lee v. Barr et al. (No. 19−cv−2559), Purkey v. Barr et al. (No. 19−cv−03214), and Nelson v. Barr (No. 20−cv−557))* filed by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) (Entered: 07/13/2020) |
| 07/13/2020 | | | MINUTE ORDER: Upon consideration of Defendants' 139 Motion to Stay, this court finds that Defendants are not likely to succeed on the merits of their appeal and that the balance of harms does not weigh in favor of a stay. Therefore, Defendants' 139 Motion to Stay is hereby DENIED. Signed by Judge Tanya S. Chutkan on 7/13/2020. (lcdl) (Entered: 07/13/2020) |
| 07/13/2020 | | | USCA Case Number 20−5199 for 137 Notice of Appeal to DC Circuit Court,,, filed by MICHAEL B. MUKASEY, CHARLES L. LOCKETT, JOHN DOES, T. J. WATSON, KERRY J. FORESTAL, THOMAS WEBSTER, ERIC H. HOLDER, JR., MARK BEZY, CHADRICK EVAN FULKS, NICOLE ENGLISH, CHARLES E. SAMUELS, JR., MICHELE LEONHART, RADM CHRIS A. BINA, KAREN TANDY, UNITED STATES DEPARTMENT OF JUSTICE, NEWTON E. KENDIG, II, JOHN F. CARAWAY, PAUL LAIRD, JOSEPH MCCLAIN, JEFFREY E. KRUEGER, WILLIAM P. BARR, ALAN R. DOERHOFF, UTTAM DHILLON, HARLEY G. LAPPIN. (zrdj) (Entered: 07/13/2020) |
| 07/13/2020 | 141 | | NOTICE by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Exhibit A − No. 20−5199 Order, # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/13/2020) |
| 07/13/2020 | 142 | | NOTICE by DANIEL LEWIS LEE (Attachments: # 1 Exhibit A − Letter from Counsel Pieter Van Tol, # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/13/2020) |
| 07/14/2020 | 143 | | WITHDRAWN PURSUANT TO DOCKET ENTRY NO. 194 . . . . .Emergency MOTION for Order *on Pending Claim and Motion* by DANIEL |

| | | | |
|---|---|---|---|
| | | | LEWIS LEE (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) Modified on 8/17/2020 (ztd). (Entered: 07/14/2020) |
| 07/14/2020 | 144 | | MOTION for Order *(Emergency Notice Requesting Ruling on Pending Motion), re 102 , [THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557]* by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY (Schoenfeld, Alan) Modified event and text on 7/14/2020 (ztd). (Entered: 07/14/2020) |
| 07/15/2020 | 145 | | MEMORANDUM AND OPINION regarding Plaintiffs' 102 motion for preliminary injunction and Plaintiffs' 144 Motion for Order. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 146 | | ORDER granting Plaintiffs' 102 Motion for Preliminary Injunction and granting Plaintiffs' 144 Motion for Order. Defendants are HEREBY ENJOINED from executing Plaintiffs until further order of this court. See Order for details. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 147 | | NOTICE OF APPEAL TO DC CIRCUIT COURT by MICHELE LEONHART, JOHN F. CARAWAY, JEFFREY E. KRUEGER, CHADRICK EVAN FULKS, UNITED STATES DEPARTMENT OF JUSTICE, JOSEPH MCCLAIN, ERIC H. HOLDER, JR, CHARLES E. SAMUELS, JR, WILLIAM P. BARR, NEWTON E. KENDIG, II, MARK BEZY, KERRY J. FORESTAL, NICOLE ENGLISH, PAUL LAIRD, THOMAS WEBSTER, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145−TSC), UTTAM DHILLON, ALAN R. DOERHOFF, HARLEY G. LAPPIN, JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), CHARLES L. LOCKETT, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), MICHAEL B. MUKASEY, T. J. WATSON, KAREN TANDY(07−cv−02145−TSC), RADM CHRIS A. BINA. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit District Court Opinion, # 2 Exhibit District Court Order)(Handley, Cristen) (Entered: 07/15/2020) |
| 07/15/2020 | 148 | | MOTION to Stay *(this filing relates to Lee v. Barr et al. (No. 19−cv−2559), Purkey v. Barr et al. (No. 19−cv−03214), and Nelson v. Barr (No. 20−cv−557))* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Handley, Cristen) (Entered: 07/15/2020) |
| 07/15/2020 | 149 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee was not paid |

| | | | |
|---|---|---|---|
| | | | because it was filed in forma pauperis re (147 in 1:19−mc−00145−TSC) Notice of Appeal to DC Circuit Court. Associated Cases: 1:19−mc−00145−TSC, 1:20−cv−00557−TSC(zadc) (Entered: 07/15/2020) |
| 07/15/2020 | 150 | | Memorandum in opposition to re 53 MOTION to Stay *Preliminary Injunction Pending Appeal (This document relates to Bourgeois v. Dep't of Justice, 12−cv−782, Lee v. Barr, 19−cv−2559, and Purkey v. Barr, 19−cv−3214) THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557* filed by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY. (Schoenfeld, Alan) (Entered: 07/15/2020) |
| 07/15/2020 | | | USCA Case Number 20−5206 for 147 Notice of Appeal to DC Circuit Court,,, filed by MICHAEL B. MUKASEY, CHARLES L. LOCKETT, JOHN DOES, T. J. WATSON, KERRY J. FORESTAL, THOMAS WEBSTER, ERIC H. HOLDER, JR., MARK BEZY, CHADRICK EVAN FULKS, NICOLE ENGLISH, CHARLES E. SAMUELS, JR., MICHELE LEONHART, RADM CHRIS A. BINA, KAREN TANDY, UNITED STATES DEPARTMENT OF JUSTICE, NEWTON E. KENDIG, II, JOHN F. CARAWAY, PAUL LAIRD, JOSEPH MCCLAIN, JEFFREY E. KRUEGER, WILLIAM P. BARR, ALAN R. DOERHOFF, UTTAM DHILLON, HARLEY G. LAPPIN. (zrdj) (Entered: 07/15/2020) |
| 07/15/2020 | 151 | | Emergency MOTION for Order *for Preservation of Evidence* by DANIEL LEWIS LEE (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order)(Van Tol, Pieter) (Entered: 07/15/2020) |
| 07/15/2020 | 152 | | NOTICE OF CROSS APPEAL as to 146 Order on Motion for Order, 145 Memorandum & Opinion by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY. Filing fee $ 505, receipt number ADCDC−7341407. Fee Status: Fee Paid. Parties have been notified. (Schoenfeld, Alan) (Entered: 07/15/2020) |
| 07/15/2020 | 153 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 152 Notice of Cross Appeal. (zjf) (Entered: 07/15/2020) |
| 07/15/2020 | | | MINUTE ORDER: Upon consideration of Defendants' 148 Motion to Stay, this court finds that Defendants are not likely to succeed on the merits of their appeal and that the balance of harms does not weigh in favor of a stay. Therefore, Defendants' 148 Motion to Stay is hereby DENIED. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 154 | | ENTERED IN ERROR.....Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 152 Notice of Cross Appeal. (zrdj) Modified on 7/15/2020 (zrdj). (Entered: 07/15/2020) |
| 07/15/2020 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 154 Transmission of Notice of Appeal and Docket Sheet to USCA, was entered in error AS A DUPLICATE. (zrdj) (Entered: 07/15/2020) |
| 07/15/2020 | | | MINUTE ORDER: Defendants shall file any opposition to Plaintiffs' 151 Emergency Motion for Order for Preservation of Evidence no later than 2PM EST today, 7/15/2020. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) |

| | | | |
|---|---|---|---|
| | | | (Entered: 07/15/2020) |
| 07/15/2020 | 155 | | Memorandum in opposition to re 151 Emergency MOTION for Order *for Preservation of Evidence* filed by WILLIAM P. BARR, HARLEY G. LAPPIN. (Burch, Alan) (Entered: 07/15/2020) |
| 07/15/2020 | | | USCA Case Number 20–5210 for 152 Notice of Cross Appeal, filed by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY. (zrdj) (Entered: 07/15/2020) |
| 07/15/2020 | 156 | | MANDATE of USCA as to 137 Notice of Appeal to DC Circuit Court,,, filed by MICHAEL B. MUKASEY, CHARLES L. LOCKETT, JOHN DOES, T. J. WATSON, KERRY J. FORESTAL, THOMAS WEBSTER, ERIC H. HOLDER, JR., MARK BEZY, CHADRICK EVAN FULKS, NICOLE ENGLISH, CHARLES E. SAMUELS, JR., MICHELE LEONHART, RADM CHRIS A. BINA, KAREN TANDY, UNITED STATES DEPARTMENT OF JUSTICE, NEWTON E. KENDIG, II, JOHN F. CARAWAY, PAUL LAIRD, JOSEPH MCCLAIN, JEFFREY E. KRUEGER, WILLIAM P. BARR, ALAN R. DOERHOFF, UTTAM DHILLON, HARLEY G. LAPPIN ; USCA Case Number 20–5199. (Attachments: # 1 USCA Order)(zrdj) (Entered: 07/15/2020) |
| 07/15/2020 | 157 | | REPLY to opposition to motion re 151 Emergency MOTION for Order *for Preservation of Evidence* filed by DANIEL LEWIS LEE. (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) (Entered: 07/15/2020) |
| 07/15/2020 | 158 | | ORDER granting 151 Motion for Order to Preserve Evidence. See Order for details. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 159 | | NOTICE of Appearance by Michael Robles on behalf of KEITH NELSON (Robles, Michael) (Entered: 07/15/2020) |
| 07/15/2020 | 160 | | Emergency MOTION for Preservation of Evidence by KEITH NELSON (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn) (Entered: 07/15/2020) |
| 07/16/2020 | 161 | | NOTICE *Regarding Body of Daniel Lewis Lee* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, JEFFREY PAUL, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER re 158 Order on Motion for Order (Attachments: # 1 Exhibit Email to counsel for Lee)(Burch, Alan) (Entered: 07/16/2020) |
| 07/16/2020 | 162 | | RESPONSE re 160 Emergency MOTION for Preservation of Evidence filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON |

| | | | |
|---|---|---|---|
| | | | E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 07/16/2020) |
| 07/16/2020 | 163 | | ORDER granting 160 Emergency Motion to Preserve Evidence. See Order for details. Signed by Judge Tanya S. Chutkan on 7/16/2020. (lcdl) (Entered: 07/16/2020) |
| 07/16/2020 | 164 | | Emergency MOTION to Stay *Execution Pending Cross−Appeal* by DUSTIN LEE HONKEN Associated Cases: 1:19−mc−00145−TSC, 1:19−cv−03520−TSC, 1:20−cv−00474−TSC, 1:20−cv−00557−TSC(Nolan, Shawn) (Entered: 07/16/2020) |
| 07/16/2020 | 165 | | Memorandum in opposition to re 164 Emergency MOTION to Stay *Execution Pending Cross−Appeal (this filing relates to Lee (Honken) v. Barr et al. (No. 19−cv−2559))* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I−IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I−V, Individually and in their official capacities 05cv2337; 12cv00782 I−X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Handley, Cristen) (Entered: 07/16/2020) |
| 07/16/2020 | 166 | | ORDER denying 164 Motion to Stay. See Order for details. Signed by Judge Tanya S. Chutkan on 7/16/2020. (lcdl) (Entered: 07/16/2020) |
| 07/22/2020 | 167 | | MANDATE of USCA as to 147 Notice of Appeal to DC Circuit Court,,, filed by MICHAEL B. MUKASEY, CHARLES L. LOCKETT, JOHN DOES, T. J. WATSON, KERRY J. FORESTAL, THOMAS WEBSTER, ERIC H. HOLDER, JR., MARK BEZY, CHADRICK EVAN FULKS, NICOLE ENGLISH, CHARLES E. SAMUELS, JR., MICHELE LEONHART, RADM CHRIS A. BINA, KAREN TANDY, UNITED STATES DEPARTMENT OF JUSTICE, NEWTON E. KENDIG, II, JOHN F. CARAWAY, PAUL LAIRD, JOSEPH MCCLAIN, JEFFREY E. KRUEGER, WILLIAM P. BARR, ALAN R. DOERHOFF, UTTAM DHILLON, HARLEY G. LAPPIN ; USCA Case Number 20−5206. (Attachments: # 1 USCA Order)(zrdj) (Entered: 07/22/2020) |
| 07/22/2020 | 168 | | NOTICE of Appearance by Harry P. Cohen on behalf of KEITH NELSON Associated Cases: 1:19−mc−00145−TSC, 1:20−cv−00557−TSC(Cohen, Harry) (Entered: 07/22/2020) |
| 07/31/2020 | 169 | | MOTION to Dismiss *Plaintiffs' NON−APA Claims and for Summary Judgment Regarding Plaintiffs' APA CLAIMS (This filing relates to All* |

| | | | |
|---|---|---|---|
| | | | *CASES)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Lin, Jean) (Entered: 07/31/2020) |
| 07/31/2020 | 170 | | MOTION for Summary Judgment *as to Plaintiffs' APA Claims (This filing relates to ALL CASES and is the same filing as ECF No. 169))* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Lin, Jean) (Entered: 07/31/2020) |
| 07/31/2020 | 171 | | NOTICE *of Fourth Supplement to the Administrative Record (this filing relates to ALL CASES)* by UNITED STATES DEPARTMENT OF JUSTICE (Kossak, Jonathan) (Entered: 07/31/2020) |
| 07/31/2020 | 172 | | NOTICE *Regarding Execution Date* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 07/31/2020) |
| 07/31/2020 | 173 | | MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Attachments: # 1 Text of Proposed Order)(Burch, Alan) (Entered: 07/31/2020) |
| 07/31/2020 | 174 | | Emergency MOTION to Expedite *Trial* by KEITH NELSON (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 07/31/2020) |
| 07/31/2020 | 176 | | MANDATE of USCA as to 152 Notice of Cross Appeal, filed by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY ; USCA Case Number 20–5210. (Attachments: # 1 USCA Order)(zrdj) (Entered: 08/03/2020) |
| 08/03/2020 | | | MINUTE ORDER: Plaintiffs shall file any opposition to Defendants' Motion to Dismiss and Motion for Summary Judgment 169 170 in a single filing no later than August 10, 2020. Defendants shall file any Reply no later than August 13, 2020. Signed by Judge Tanya S. Chutkan on 8/3/2020. (lcdl) (Entered: 08/03/2020) |
| 08/03/2020 | | | MINUTE ORDER: Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul shall file any opposition to Defendants' Motion to Vacate 173 in a single filing no later than August 11, 2020. Defendants shall file any Reply no later than August 14, |

| | | | |
|---|---|---|---|
| | | | 2020. Signed by Judge Tanya S. Chutkan on 8/3/2020. (lcdl) (Entered: 08/03/2020) |
| 08/03/2020 | | | MINUTE ORDER: Defendants shall file any opposition to Plaintiff Nelson's Motion to Expedite Trial <u>174</u> no later than August 5, 2020. Plaintiff Nelson shall file any reply no later than August 7, 2020. Signed by Judge Tanya S. Chutkan on 8/3/2020. (lcdl) (Entered: 08/03/2020) |
| 08/03/2020 | | | Set/Reset Deadlines: Response to Motion to Dismiss or for Summary Judgment due by 8/10/2020. Reply to Motion for Summary Judgment due by 8/13/2020. (tb) (Entered: 08/03/2020) |
| 08/03/2020 | | | Set/Reset Deadlines: Response due by 8/11/2020. Reply due by 8/14/2020. (tb) (Entered: 08/03/2020) |
| 08/03/2020 | | | Set/Reset Deadlines: Motion to Expedite due by 8/5/2020. Reply due by 8/7/2020. (tb) (Entered: 08/03/2020) |
| 08/03/2020 | <u>175</u> | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– James K. Stronski, Filing fee $ 100, receipt number DCDC–7415356. Fee Status: Fee Paid. by KEITH NELSON (Attachments: # <u>1</u> Declaration of James K. Stronski, # <u>2</u> Text of Proposed Order, # <u>3</u> Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn) (Entered: 08/03/2020) |
| 08/03/2020 | <u>177</u> | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Brian J. O'Sullivan, Filing fee $ 100, receipt number DCDC–7417622. Fee Status: Fee Paid. by KEITH NELSON (Attachments: # <u>1</u> Declaration of Brian J. O'Sullivan, # <u>2</u> Text of Proposed Order, # <u>3</u> Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn) (Entered: 08/03/2020) |
| 08/04/2020 | <u>178</u> | | Memorandum in opposition to re <u>174</u> Emergency MOTION to Expedite *Trial (this filing relates to Nelson v. Barr (No. 20–cv–557))* filed by WILLIAM P. BARR, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Handley, Cristen) (Entered: 08/04/2020) |
| 08/04/2020 | | | MINUTE ORDER: Granting <u>175</u> <u>7</u> Motions for Leave to Appear Pro Hac Vice. James K. Stronski and Brian J. OSullivan and are hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff (Nelson v. Barr 20–cv–557). **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**; granting <u>177</u> Motion for Leave to Appear Pro Hac V ice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutk an |

| | | | |
|---|---|---|---|
| | | | on 8/4/2020. (DJS) (Entered: 08/04/2020) |
| 08/04/2020 | 179 | | MOTION to defer briefing on Defendants' Motion to Vacate Preliminary Injunctions pending resolution of dispositive motions by ANTHONY BATTLE, ORLANDO HALL, CORY JOHNSON, JEFFREY PAUL, JAMES H. ROANE, JR, RICHARD TIPTON, BRUCE WEBSTER (Attachments: # 1 Text of Proposed Order)(Lentz, Amy) (Entered: 08/04/2020) |
| 08/04/2020 | 180 | | Emergency MOTION for Summary Judgment *on FDCA Causes of Action* by KEITH NELSON (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Cohen, Harry) (Entered: 08/04/2020) |
| 08/05/2020 | | | MINUTE ORDER: Defendants shall file any opposition to Plaintiffs' 179 Motion to Defer Briefing no later than August 6, 2020. Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul shall file any joint reply no later than August 7, 2020. Signed by Judge Tanya S. Chutkan on 8/5/2020. (lcdl) (Entered: 08/05/2020) |
| 08/05/2020 | | | MINUTE ORDER: Defendants' opposition to Plaintiff Nelson's 180 Motion for Summary Judgment shall be filed no later than August 10, 2020. Nelson's Reply shall be filed no later than August 13, 2020. Signed by Judge Tanya S. Chutkan on 8/5/2020. (lcdl) (Entered: 08/05/2020) |
| 08/05/2020 | | | Set/Reset Deadlines: Response due by 8/6/2020. Reply due by 8/7/2020. (tb) (Entered: 08/05/2020) |
| 08/05/2020 | | | Set/Reset Deadlines: Response to Motion for Summary Judgment due by 8/10/2020. Reply to Motion for Summary Judgment due by 8/13/2020. (tb) (Entered: 08/05/2020) |
| 08/05/2020 | 181 | | Memorandum in opposition to re 179 MOTION to defer briefing on Defendants' Motion to Vacate Preliminary Injunctions pending resolution of dispositive motions filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 08/05/2020) |
| 08/05/2020 | 182 | | REPLY to opposition to motion re 179 MOTION to defer briefing on Defendants' Motion to Vacate Preliminary Injunctions pending resolution of dispositive motions filed by ANTHONY BATTLE, ORLANDO HALL, CORY JOHNSON, JEFFREY PAUL, JAMES H. ROANE, JR, RICHARD TIPTON, BRUCE WEBSTER. (Lentz, Amy) (Entered: 08/05/2020) |
| 08/07/2020 | 183 | | REPLY to opposition to motion re (23 in 1:20–cv–00557–TSC, 174 in 1:19–mc–00145–TSC) Emergency MOTION to Expedite *Trial* filed by KEITH NELSON. (Attachments: # 1 Exhibit 1 – Report of Dr. DeJong, # 2 Exhibit 2 – Second Suppl. Decl. of Gail A. Van Norman, M.D., # 3 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/07/2020) |

| 08/10/2020 | | | MINUTE ORDER related to James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul: Plaintiffs' Motion to Defer Briefing <u>179</u> is hereby DENIED. However, the briefing schedule on the Motion to Vacate <u>173</u> is hereby amended as follows: Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul shall file any joint opposition no later than 8/17/2020 and Defendants shall file any Reply no later than 8/20/2020. Signed by Judge Tanya S. Chutkan on 8/10/2020. (lcdl) (Entered: 08/10/2020) |
| 08/10/2020 | <u>184</u> | | Memorandum in opposition to re (169 in 1:19–mc–00145–TSC) MOTION to Dismiss *Plaintiffs' NON–APA Claims and for Summary Judgment Regarding Plaintiffs APA CLAIMS (This filing relates to All CASES)*, (170 in 1:19–mc–00145–TSC) MOTION for Summary Judgment *as to Plaintiffs' APA Claims (This filing relates to ALL CASES and is the same filing as ECF No. 169) Opposition on Behalf of All Plaintiffs* filed by JEFFREY PAUL. (Attachments: # <u>1</u> Exhibit Ex. 1, # <u>2</u> Exhibit Ex. 2, # <u>3</u> Exhibit Ex. 3)Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC, 1:20–cv–00474–TSC, 1:20–cv–00557–TSC(Nolan, Shawn) (Entered: 08/10/2020) |
| 08/10/2020 | <u>185</u> | | NOTICE of Appearance by Bradley P. Humphreys on behalf of All Defendants (Humphreys, Bradley) (Entered: 08/10/2020) |
| 08/10/2020 | <u>186</u> | | Memorandum in opposition to re <u>169</u> MOTION to Dismiss *Plaintiffs' NON–APA Claims and for Summary Judgment Regarding Plaintiffs' APA CLAIMS (This filing relates to All CASES) Supplemental* filed by NORRIS G. HOLDER, JR. (Attachments: # <u>1</u> Exhibit Declaration of Dr. Gail Van Norman)(Braden, Scott) (Entered: 08/10/2020) |
| 08/10/2020 | <u>187</u> | | RESPONSE re <u>180</u> Emergency MOTION for Summary Judgment *on FDCA Causes of Action (This filing relates to Nelson v. Barr, 20cv557)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 08/10/2020) |
| 08/10/2020 | <u>188</u> | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Alexander C. Drylewski, Filing fee $ 100, receipt number ADCDC–7446368. Fee Status: Fee Paid. by CORY JOHNSON (Attachments: # <u>1</u> Declaration of Alexander C. Drylewski, # <u>2</u> Text of Proposed Order)(Salzman, Donald) (Entered: 08/10/2020) |
| 08/11/2020 | | | Set/Reset Deadlines: Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul's Joint response due by 8/17/2020. Reply due by 8/20/2020. (tb) (Entered: 08/11/2020) |
| 08/12/2020 | <u>189</u> | | NOTICE of Appearance by Brian J O'Sullivan on behalf of KEITH NELSON Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(O'Sullivan, Brian) (Entered: 08/12/2020) |
| 08/13/2020 | | | MINUTE ORDER: It is hereby ORDERED that a telephonic status conference is scheduled for August 14, 2020 at 10:00 a.m. eastern. The court intends to discuss <u>174</u> Motion to Expedite Trial. It is further ORDERED that, pursuant to Standing Order 20–20 (BAH), the Court will provide access for the public to listen to the status conference at toll–free number 866–590–5055 and access code 3850112; and it is further ORDERED that participants using the public |

| | | | |
|---|---|---|---|
| | | | access telephone line shall adhere to the rules set forth in Standing Order 20–20, available on the Court's website. Signed by Judge Tanya S. Chutkan on 8/13/2020. (lcdl) (Entered: 08/13/2020) |
| 08/13/2020 | | | Set/Reset Hearings: Status Conference set for 8/14/2020 at 10:00 AM in Telephonic/VTC before Judge Tanya S. Chutkan. (tb) (Entered: 08/13/2020) |
| 08/13/2020 | 190 | | REPLY to opposition to motion re (180 in 1:19–mc–00145–TSC) Emergency MOTION for Summary Judgment *on FDCA Causes of Action* filed by KEITH NELSON. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/13/2020) |
| 08/13/2020 | 191 | | REPLY to opposition to motion re 169 MOTION to Dismiss *Plaintiffs' NON–APA Claims and for Summary Judgment Regarding Plaintiffs' APA CLAIMS (This filing relates to All CASES)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 08/13/2020) |
| 08/14/2020 | 192 | | NOTICE of Appearance by James K. Stronski on behalf of KEITH NELSON Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Stronski, James) (Entered: 08/14/2020) |
| 08/14/2020 | | | Minute Entry: Telephone Conference held on 8/14/2020 before Judge Tanya S. Chutkan: Oral argument on 174 Motion for Expedited Trial; heard and taken under advisement. The Court hereby DENIES AS MOOT motions 104 and 106 . (Court Reporter Nancy Meyer) (tb) Modified on 8/14/2020 (tb). (Entered: 08/14/2020) |
| 08/15/2020 | 193 | | ORDER granting 169 Motion to Dismiss as to Count II ONLY and as to all Plaintiffs except Norris Holder; denying 174 Motion for an Expedited Trial. Signed by Judge Tanya S. Chutkan on 8/15/2020. (lcdl) (Entered: 08/15/2020) |
| 08/17/2020 | 194 | | NOTICE OF WITHDRAWAL OF MOTION by DANIEL LEWIS LEE re 143 Emergency MOTION for Order *on Pending Claim and Motion*, 103 Memorandum, (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) (Entered: 08/17/2020) |
| 08/17/2020 | 195 | | NOTICE *(EMERGENCY) Requesting Ruling on Pending Motions* by KEITH NELSON (Attachments: # 1 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/17/2020) |
| 08/17/2020 | 196 | | Emergency MOTION for Entry of Final Judgment by KEITH NELSON (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/17/2020) |
| 08/17/2020 | 197 | | Memorandum in opposition to re 173 MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul* filed by ANTHONY BATTLE, ORLANDO HALL, CORY JOHNSON, JEFFREY PAUL, JAMES H. ROANE, JR, RICHARD TIPTON, BRUCE WEBSTER. (Attachments: # 1 Text of Proposed Order)(Miller, Evan) (Entered: 08/17/2020) |
| 08/17/2020 | 198 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE re 196 Emergency MOTION for Entry of Final Judgment *(This filing relates to Nelson v. Barr, 20cv557)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 08/17/2020) |
| 08/18/2020 | 199 | | NOTICE of Appearance by Jonathan S. Meltzer on behalf of BRANDON BERNARD (Meltzer, Jonathan) (Entered: 08/18/2020) |
| 08/18/2020 | 200 | | NOTICE of Appearance by Brendan B. Gants on behalf of BRANDON BERNARD (Gants, Brendan) (Entered: 08/18/2020) |
| 08/18/2020 | 201 | | REPLY to opposition to motion re (32 in 1:20–cv–00557–TSC, 196 in 1:19–mc–00145–TSC) Emergency MOTION for Entry of Final Judgment filed by KEITH NELSON. (Attachments: # 1 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/18/2020) |
| 08/18/2020 | | | MINUTE ORDER to SHOW CAUSE: In light of the court's August 15, 2020 order 193 and Plaintiff Keith Nelson's emergency motion 196 , it is hereby ORDERED that all Plaintiffs with the exception of Norris Holder shall SHOW CAUSE in writing, not to exceed 10 pages, by 5p.m. on August 19, 2020, whether they object to the entry of final judgment as to Count II of the Amended Complaint 92 . Signed by Judge Tanya S. Chutkan on 08/18/2020. (kcfb) (Entered: 08/18/2020) |
| 08/19/2020 | | | Set/Reset Deadlines: Response to Show Cause due by 5 p.m. on 8/19/2020. (tb) (Entered: 08/19/2020) |
| 08/19/2020 | 202 | | RESPONSE TO ORDER TO SHOW CAUSE by JEFFREY PAUL, IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES re Order to Show Cause, *On Behalf of All Plaintiffs Except Nelson, Holder and Vialva* filed by JEFFREY PAUL, IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES. Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC, 1:20–cv–00474–TSC, 1:20–cv–00557–TSC, 1:20–cv–01693–TSC(Nolan, Shawn) (Entered: 08/19/2020) |
| 08/19/2020 | 203 | | RESPONSE re 196 Emergency MOTION for Entry of Final Judgment filed by CHRISTOPHER ANDRE VIALVA. (Otto, Susan) (Entered: 08/19/2020) |
| 08/20/2020 | 204 | | MEMORANDUM AND OPINION re 196 Plaintiff KEITH NELSON's Emergency MOTION for Entry of Final Judgment. Signed by Judge Tanya S. Chutkan on 8/20/2020. (DJS) (Entered: 08/20/2020) |
| 08/20/2020 | 205 | | ORDER granting 196 Motion for Entry of Final Judgment. The court hereby enters PARTIAL FINAL JUDGMENT for the Defendants, dismissing Count II (Eighth Amendment) of the Amended Complaint. This Judgement applies to all Plaintiffs in this consolidated action, except Norris Holder. Signed by Judge Tanya S. Chutkan on 8/20/2020. (DJS) (ztb). (Entered: 08/20/2020) |
| 08/20/2020 | 206 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to ( 193 in 1:19–mc–00145–TSC) Order on Motion to Expedite by KEITH NELSON. Filing fee $ 505, receipt number DCDC–7488946. Fee Status: Fee Paid. Parties have been notified. (Attachments: # 1 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn); Modified text and deleted docket entry relationship on 8/20/2020 at the request |

| | | | |
|---|---|---|---|
| | | | of counsel (ztth). (Entered: 08/20/2020) |
| 08/20/2020 | 207 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 206 Notice of Appeal to DC Circuit Court. (ztth) (Entered: 08/20/2020) |
| 08/20/2020 | | | USCA Case Number 20–5252 for 206 Notice of Appeal to DC Circuit Court, filed by KEITH NELSON. (zrdj) (Entered: 08/20/2020) |
| 08/20/2020 | 208 | | REPLY to opposition to motion re 173 MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul This Document Relates to Roane, et al. v. Barr, et al., No. 05–2337* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Attachments: # 1 Exhibit)(Humphreys, Bradley) (Entered: 08/20/2020) |
| 08/20/2020 | 209 | | ORDER denying 101 Plaintiff Nelson's (20–cv–557) Motion to Strike. Signed by Judge Tanya S. Chutkan on 8/20/20. (DJS) (Entered: 08/20/2020) |
| 08/22/2020 | 210 | | ORDER denying leave to file motions by non–parties Bille J. Allen and Dustin J. Higgs. The Clerk of the Court shall mail a copy of this order and the attachment to the movants at the addresses listed in the order. Signed by Judge Tanya S. Chutkan on 9/22/20. (Attachment: # 1 Motions from non–parties) (DJS) (Entered: 08/22/2020) |
| 08/25/2020 | 211 | | MOTION for Leave to File *a Surreply in Opposition to Defendants' Motion to Vacate Preliminary Injunctions* by JEFFREY PAUL (Attachments: # 1 Exhibit Surreply in Opposition to Defendants' Motion to Vacate Preliminary Injunctions)(Nolan, Shawn) (Entered: 08/25/2020) |
| 08/25/2020 | 212 | | Memorandum in opposition to re 211 MOTION for Leave to File *a Surreply in Opposition to Defendants' Motion to Vacate Preliminary Injunctions* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 08/25/2020) |
| 08/25/2020 | | | MINUTE ORDER: Granting 188 Motion for Leave to Appear Pro Hac Vice. Alexander C. Drylewski is hereby admitted pro hac vice to appear in this matter on behalf Plaintif CORY JOHNSON. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 8/25/2020. (DJS) (Entered: 08/25/2020) |

| 08/27/2020 | 213 | | MEMORANDUM AND OPINION regarding 169 170 Defendant's Motion and 180 Plaintiff Keith Nelson's Emergency Motion for Summary Judgment on FDCA Causes of Action. Signed by Judge Tanya S. Chutkan on 08/27/2020. (kcfb) (Entered: 08/27/2020) |
|---|---|---|---|
| 08/27/2020 | 214 | | ORDER granting−in−part 169 170 Defendant's Motion and granting−in−part 180 Plaintiff Keith Nelson's Emergency Motion for Summary Judgment on FDCA Causes of Action. The court hereby enters PARTIAL FINAL JUDGMENT for the Defendants and PARTIAL FINAL JUDGMENT for Keith Nelson. Signed by Judge Tanya S. Chutkan on 08/27/2020. (kcfb) (Entered: 08/27/2020) |
| 08/27/2020 | 215 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 213 Memorandum & Opinion, 214 Order on Motion for Summary Judgment, by UNITED STATES DEPARTMENT OF JUSTICE. Fee Status: No Fee Paid. Parties have been notified. (Humphreys, Bradley) (Entered: 08/27/2020) |
| 08/27/2020 | 216 | | MOTION to Stay re 213 Memorandum & Opinion, 214 Order on Motion for Summary Judgment, *(This Document Relates to Nelson v. Barr, et al., No. 20−cv−557)* by UNITED STATES DEPARTMENT OF JUSTICE (Humphreys, Bradley) (Entered: 08/27/2020) |
| 08/27/2020 | 217 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 215 Notice of Appeal to DC Circuit Court. (ztd) (Entered: 08/27/2020) |
| 08/27/2020 | | | MINUTE ORDER: Upon consideration of Defendants' 216 Motion to Stay, this court finds that Defendants are not likely to succeed on the merits of their appeal and that the balance of harms does not weigh in favor of a stay. Therefore, Defendants' 216 Motion to Stay is hereby DENIED. Signed by Judge Tanya S. Chutkan on 08/27/2020. (kcfb) (Entered: 08/27/2020) |
| 08/27/2020 | | | USCA Case Number 20−5260 for 215 Notice of Appeal to DC Circuit Court filed by UNITED STATES DEPARTMENT OF JUSTICE. (zrdj) (Entered: 08/27/2020) |
| 08/27/2020 | 218 | | Supplemental Record on Appeal transmitted to US Court of Appeals re Order on Motion to Stay, ;USCA Case Number 20−5260. (ztd) (Entered: 08/27/2020) |
| 08/27/2020 | 219 | | MOTION Preservation of Evidence by NORRIS G. HOLDER, JR (Braden, Scott) (Entered: 08/27/2020) |
| 08/27/2020 | 220 | | RESPONSE re 219 MOTION Preservation of Evidence filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 08/27/2020) |
| 08/27/2020 | 223 | | MANDATE of USCA as to 215 Notice of Appeal to DC Circuit Court filed by UNITED STATES DEPARTMENT OF JUSTICE ; USCA Case Number |

| | | | |
|---|---|---|---|
| | | | 20–5260. (Attachments: # 1 USCA Order)(zrdj) (Entered: 08/28/2020) |
| 08/28/2020 | 221 | | ORDER granting 219 Emergency Motion to Preserve Evidence. See Order for details. Signed by Judge Tanya S. Chutkan on 08/28/2020. (kcfb) (Entered: 08/28/2020) |
| 08/28/2020 | 222 | | NOTICE *of Ruling and Request to Clarify And/Or Amend Order and Issue New Injunction* by KEITH NELSON (Cohen, Harry) (Entered: 08/28/2020) |
| 08/28/2020 | 224 | | RESPONSE re 222 Notice (Other) *(This filing relates to Nelson v. Barr, 20cv557)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 08/28/2020) |
| 08/28/2020 | | | MINUTE ORDER: A telephone status conference is hereby set for 11:45 am today Friday 8/28/2020. The parties will receive an email with dial in instructions. Signed by Judge Tanya S. Chutkan on 8/28/2020. (DJS) (Entered: 08/28/2020) |
| 08/28/2020 | 225 | | MOTION to Clarify, MOTION Issue New Injunction by KEITH NELSON (ztd); (See docket entry no. 222 to view.) (Entered: 08/28/2020) |
| 08/28/2020 | | | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Telephone Conference call held on 8/28/2020. (Court Reporter: Sara Wick) (jth) (Entered: 08/28/2020) |
| 08/28/2020 | 226 | | ORDER denying 222 request to clarify and/or amend 214 Order. Signed by Judge Tanya S. Chutkan on 08/28/2020. (kcfb) (Entered: 08/28/2020) |
| 08/28/2020 | 227 | | NOTICE of Appearance by Alex Drylewski on behalf of CORY JOHNSON (Drylewski, Alex) (Entered: 08/28/2020) |
| 08/31/2020 | 228 | | ANSWER to 94 Amended Complaint by WILLIAM P. BARR, NICOLE ENGLISH, JEFFREY E. KRUEGER, T. J. WATSON.(Burch, Alan) (Entered: 08/31/2020) |
| 09/01/2020 | 229 | | Unopposed MOTION to Intervene *and Incorporated Memorandum of Law in Support* by Dustin Higgs (Attachments: # 1 Exhibit 1)(Nolan, Shawn) (Entered: 09/01/2020) |
| 09/01/2020 | 230 | | MEMORANDUM re 229 Unopposed MOTION to Intervene *and Incorporated Memorandum of Law in Support* filed by Dustin Higgs by Dustin Higgs. (Nolan, Shawn) (Entered: 09/01/2020) |
| 09/04/2020 | | | MINUTE ORDER: Granting 229 Dustin Higgs's Unopposed Motion to Intervene, pursuant to Federal Rule of Civil Procedure 24(b). Signed by Judge Tanya S. Chutkan on 09/04/2020. (lcfb) (Entered: 09/04/2020) |
| 09/07/2020 | 231 | | NOTICE *of Fifth Supplement to the Administrative Record (this filing relates to ALL CASES)* by UNITED STATES DEPARTMENT OF JUSTICE (Kossak, Jonathan) (Entered: 09/07/2020) |
| 09/08/2020 | 232 | | ORDER CONSOLIDATING CASES and SETTING BRIEFING DEADLINES: Consolidating 20–cv–2481–TSC with IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS EXECUTION PROTOCOL CASES, 19–mc–145 (TSC). By noon on Wednesday 9/9/20, Plaintiff shall file a copy of his Emergency Motion for Preliminary Injunction (Lecroy, 20–cv–2481–TSC, ECF No. 9) and Motion for Hearing (Lecroy, |

| | | | |
|---|---|---|---|
| | | | 20–cv–2481–TSC, ECF No. 10) in the master case, 19–mc–145–TSC. Defendants shall file a consolidated response to both motions in the master case no later than 5:00 p.m. on Friday 9/11/20. Plaintiff shall file a consolidated reply in the master case no later than noon on Sunday 9/13/20. By 5:00 pm on Wednesday 9/9/20, the parties shall meet and confer and file a joint notice in the master case advising the court of their positions on whether the motion for a preliminary injunction should be converted to a motion for summary judgment. Signed by Judge Tanya S. Chutkan on 9/8/2020. (Attachments: # 1 Cosolidation Order) (DJS) (Entered: 09/08/2020) |
| 09/08/2020 | 233 | | Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support* by WILLIAM EMMETT LECROY (Attachments: # 1 Memorandum in Support, # 2 Exhibit A to Memorandum in Support)(Smith, Gregory) (Entered: 09/08/2020) |
| 09/08/2020 | 234 | | MOTION for Hearing re 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support on an Expedited Basis* by WILLIAM EMMETT LECROY (Smith, Gregory) (Entered: 09/08/2020) |
| 09/09/2020 | | | Set/Reset Deadlines: Joint notice due by 9/9/2020. Motion due by 9/9/2020. Response due by 9/11/2020 Reply due by 9/9/2020. (tb) (Entered: 09/09/2020) |
| 09/09/2020 | 235 | | NOTICE *(Joint Notice on Whether Motion for Preliminary Injunction Should be Converted to Motion for Summary Judgment)* by WILLIAM EMMETT LECROY re 232 Order,,, (Smith, Gregory) (Entered: 09/09/2020) |
| 09/09/2020 | 236 | | MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act*, MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* by JEFFREY PAUL (Attachments: # 1 Text of Proposed Order)(Nolan, Shawn) (Entered: 09/09/2020) |
| 09/09/2020 | 237 | | SUPPLEMENTAL MEMORANDUM *Supplemental Statement of Irreparable Harm* by NORRIS G. HOLDER, JR (Braden, Scott) Modified text on 9/11/2020 (ztd). (Entered: 09/09/2020) |
| 09/10/2020 | 238 | | MOTION to Alter Judgment as to (205 in 1:19–mc–00145–TSC) Order on Motion for Entry of Final Judgment, by RICHARD TIPTON Associated Cases: 1:19–mc–00145–TSC et al.(King, Gerald) (Entered: 09/10/2020) |
| 09/10/2020 | | | MINUTE ORDER: Counsel are hereby reminded to familiarize themselves with court's Consolidation order 1 , which provides that "Any pleading or paper filed relating to any of the Federal Bureau of Prisons' Execution Protocol Cases must be filed ONLY in the Master Case File," which means you MUST CHECK "NO" WHEN ASKED "Do you want to spread this docket entry?". Signed by Judge Tanya S. Chutkan on 9/10/2020. (DJS) (Entered: 09/10/2020) |
| 09/10/2020 | 239 | | NOTICE of Appearance by Scott A.C. Meisler on behalf of WILLIAM P. BARR, RADM CHRIS A. BINA, JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON (Meisler, Scott) (Entered: 09/10/2020) |
| 09/11/2020 | | | SCHEDULING MINUTE ORDER: The government shall file its response to 236 Plaintiffs' partial motion for summary judgment no later than Monday, September 14, 2020 at 8 a.m. Signed by Judge Tanya S. Chutkan on |

| | | | |
|---|---|---|---|
| | | | 09/11/2020. (lcfb) (Entered: 09/11/2020) |
| 09/11/2020 | 240 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to KEITH NELSON, KEITH NELSON. Attorney Brian J O'Sullivan; Michael Robles; James K. Stronski; Kathryn Louise Clune and Harry P. Cohen terminated. (Attachments: # 1 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn) (Entered: 09/11/2020) |
| 09/11/2020 | 241 | | NOTICE by UNITED STATES DEPARTMENT OF JUSTICE re 173 MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul* (Burch, Alan) (Entered: 09/11/2020) |
| 09/11/2020 | 242 | | RESPONSE re 234 MOTION for Hearing re 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support on an Expedited Basis*, 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support* filed by WILLIAM P. BARR, RADM CHRIS A. BINA, JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON. (Attachments: # 1 Exhibit Declaration of Rick Winter, # 2 Exhibit LeCroy Administrative Remedy Request)(Meisler, Scott) (Entered: 09/11/2020) |
| 09/11/2020 | 243 | | NOTICE OF SUPPLEMENTAL AUTHORITY by WILLIAM P. BARR, RADM CHRIS A. BINA, JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON (Attachments: # 1 Exhibit Vialva Opinion)(Meisler, Scott) (Entered: 09/11/2020) |
| 09/13/2020 | 244 | | REPLY to opposition to motion re 234 MOTION for Hearing re 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support on an Expedited Basis*, 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support* filed by WILLIAM EMMETT LECROY. (Smith, Gregory) (Entered: 09/13/2020) |
| 09/13/2020 | 245 | | AMENDED COMPLAINT *by William LeCroy* against WILLIAM P. BARR, RADM CHRIS A. BINA, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON filed by WILLIAM EMMETT LECROY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Smith, Gregory) (Entered: 09/13/2020) |
| 09/14/2020 | 246 | | RESPONSE re 237 Partial MOTION for Summary Judgment *Supplemental Statement of Irreparable Harm*, 236 MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Declaration Dr. Kendall Von Crowns, # 2 Declaration Dr. Joseph F. Antognini (2d Suppl.), # 3 Certificate of Service)(Lin, Jean) (Entered: 09/14/2020) |
| 09/14/2020 | | | Set/Reset Deadlines: Response due by 9/14/2020 (tb) (Entered: 09/14/2020) |
| 09/14/2020 | | | SCHEDULING MINUTE ORDER: Plaintiffs shall file a consolidated reply to 246 Defendants' opposition to 236 Plaintiffs' motion for partial summary judgment by Tuesday, September 15, 2020 at 5p.m. Signed by Judge Tanya S. Chutkan on 09/14/2020. (lcfb) (Entered: 09/14/2020) |

| 09/14/2020 | | | MINUTE ORDER: The court has been inundated with filings and motions in this case, many of which address the same, or very similar, issues. The court understands the stakes here and is appreciative of the zealous advocacy of counsel on both sides. However, the court is in a position to address all remaining open motions on the docket and, mindful of the Supreme Court's admonishment that the issues in this case be addressed with "appropriate dispatch," it is hereby ORDERED that the parties shall not make any further filings in these consolidated cases without leave of court. Signed by Judge Tanya S. Chutkan on 09/14/2020. (lcfb) (Entered: 09/14/2020) |
|---|---|---|---|
| 09/14/2020 | | | MINUTE ORDER: In their motion for summary judgment 170 , Defendants have represented that, "[a]ssuming there are conflicts between a state statute and the Protocol... 'the federal protocol allows the federal government to depart from its procedures as necessary to conform to state statutes and regulations,' which BOP is prepared to do if such circumstances arise." ( 170 Defs. Mot. at 32 (quoting In re Fed. Bureau of Prisons' Execution Protocol Cases, 955 F.3d 106, 112 (D.C. Cir. 2020)); see also 191 Defs. Reply at 19.). Plaintiffs have identified the following state statutes, which they contend conflict with the Bureau of Prisons' 2019 Execution Protocol: S.C. Code Section 24–3–530(A); VA Code Ann. Section 53.1–234; Mo. Rev. Stat. Section 546.720.1; Ga. Code Section 17–10–41; Ark. Code Sections 5–4–617(d), (f); and Tex. Code of Crim. Proc. Art. 43.14(a). The Defendants have also submitted an affidavit attesting to their intention to have two doctors present at the execution of Plaintiff William Emmett LeCroy in accordance with Ga. Code Section 17–10–41. (See [242–1], Winter Decl. Paragraph 7.) Given their representations, the Defendants are hereby ORDERED to file a notice by Tuesday, September 15, 2020 at 9 a.m. indicating whether they are prepared to deviate from the procedures of the 2019 Execution Protocol to accommodate these statutes. If Defendants have not determined whether they will comply with a given statute, they shall so indicate. Signed by Judge Tanya S. Chutkan on 09/14/2020. (lcfb) (Entered: 09/14/2020) |
| 09/14/2020 | | | Set/Reset Deadlines: Notice by defendants due by 9/15/2020. (tb) (Entered: 09/14/2020) |
| 09/15/2020 | 247 | | NOTICE *in Response to Court Order* by UNITED STATES DEPARTMENT OF JUSTICE re Order,,,,,, (Attachments: # 1 Certificate of Service)(Lin, Jean) (Entered: 09/15/2020) |
| 09/15/2020 | 248 | | REPLY to opposition to motion re 236 MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* filed by JEFFREY PAUL. (Nolan, Shawn) (Entered: 09/15/2020) |
| 09/15/2020 | 249 | | SUPPLEMENTAL REPLY to opposition to motion re 236 MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* filed by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Declaration of Gail Van Norman, MD, # 2 Exhibit Declaration of Jennifer Moreno)(Braden, Scott) Modified event title on 9/17/2020 (znmw). (Entered: 09/15/2020) |

| 09/15/2020 | 250 | | NOTICE *Requesting Leave to File Motion for Preliminary Injunction Against Execution Until FDCA Claim is Decided* by WILLIAM EMMETT LECROY re Order,, (Attachments: # 1 Exhibit Motion for Preliminary Injunction Until Decision on FDCA Claim, # 2 Memorandum in Support, # 3 Text of Proposed Order)(Smith, Gregory) (Entered: 09/15/2020) |
| --- | --- | --- | --- |
| 09/16/2020 | 251 | | MOTION for Leave to File *Opposition to Emergency Motion for Preliminary Injunction* by WILLIAM P. BARR, RADM CHRIS A. BINA, JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON (Attachments: # 1 Memorandum in Support Opposition to Emergency Motion for Preliminary Injunction)(Meisler, Scott) (Entered: 09/16/2020) |
| 09/16/2020 | | | MINUTE ORDER: Plaintiff William Emmett LeCroy's 250 request for leave to file a motion for preliminary injunction is hereby DENIED. Defendants' 251 motion for leave to file an opposition to 250 Plaintiff LeCroy's request for leave is also DENIED. The court is preparing an opinion and order that will address the claims therein. Signed by Judge Tanya S. Chutkan on 09/16/2020. (lcfb) (Entered: 09/16/2020) |
| 09/16/2020 | 252 | | MOTION for Leave to File *Surreply in Opposition to Plaintiffs' Motoin for Partial Summary Judgment Concerning the FDCA Claim (Count XI) (This document relates to all cases)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Proposed Surreply, # 2 Declaration of Dr. Peter W. Swaan, # 3 Text of Proposed Order, # 4 Certificate of Service)(Lin, Jean) (Entered: 09/16/2020) |
| 09/16/2020 | 253 | | NOTICE of Appearance by Johnny Hillary Walker, III on behalf of All Defendants (Walker, Johnny) (Entered: 09/16/2020) |
| 09/16/2020 | 254 | | MANDATE of USCA as to 206 Notice of Appeal to DC Circuit Court, filed by KEITH NELSON ; USCA Case Number 20–5252. (Attachments: # 1 USCA Order)(zrdj) (Entered: 09/16/2020) |
| 09/17/2020 | 255 | | MOTION for Leave to File *Opposition to Defendants' Motion for Leave to File a Surreply (ECF No. 252)* by JEFFREY PAUL (Attachments: # 1 Proposed opposition to motion for leave to file a surreply)(Nolan, Shawn) (Entered: 09/17/2020) |
| 09/17/2020 | | | MINUTE ORDER: A telephone conference is hereby set for 5:00 pm today Thursday 9/17/2020. Judge Chutkan's courtroom deputy has emailed the dial–in instructions to all attorneys of record. Signed by Judge Tanya S. Chutkan on 9/17/2020. (DJS) (Entered: 09/17/2020) |
| 09/17/2020 | | | Set/Reset Hearings: Telephone Conference set for 9/17/2020 at 05:00 PM in Telephonic/VTC before Judge Tanya S. Chutkan. (tb) (Entered: 09/17/2020) |
| 09/17/2020 | 256 | | ERRATA *to Exhibit B ECF Doc. 249* by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Corrected Declaration of Jennifer Moreno)(Braden, Scott) (Entered: 09/17/2020) |
| 09/17/2020 | | | Minute Entry: Telephone Conference held on 9/17/2020 before Judge Tanya S. Chutkan: The parties discussed the dynamics of a potential evidentiary hearing before the Court. (Court Reporter Bryan Wayne) (tb) (Entered: 09/18/2020) |
| 09/18/2020 | | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER: An telephonic evidentiary hearing his hereby set for 1:00 pm today Friday 9/16/2020. Signed by Judge Tanya S. Chutkan on 9/18/2020. (DJS) Modified on 9/18/2020 (DJS). (Entered: 09/18/2020) |
| 09/18/2020 | | | AMENDED MINUTE ORDER: An telephonic evidentiary hearing his hereby set for 1:00 pm today Friday 9/18/2020. Signed by Judge Tanya S. Chutkan on 9/18/2020. (DJS) (Entered: 09/18/2020) |
| 09/18/2020 | 257 | | MOTION for Leave to File *Supplemental Declaration from Dr. Michaela Almgren* by JEFFREY PAUL (Attachments: # 1 Declaration Declaration – Michaela Almgren – 9–18–2020)(Nolan, Shawn) (Entered: 09/18/2020) |
| 09/18/2020 | | | Set/Reset Hearings: Telephone Conference set for 9/18/2020 at 01:00 PM in Telephonic/VTC before Judge Tanya S. Chutkan. (tb) (Entered: 09/18/2020) |
| 09/18/2020 | 258 | | Memorandum in opposition to re 257 MOTION for Leave to File *Supplemental Declaration from Dr. Michaela Almgren* filed by IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES. (Burch, Alan) (Entered: 09/18/2020) |
| 09/18/2020 | | | MINUTE ORDER: The evidentiary hearing is hereby set for Saturday 9/19/2020 at 1:30 pm. Signed by Judge Tanya S. Chutkan on 09/18/2020. (DJS) (Entered: 09/18/2020) |
| 09/18/2020 | | | Minute Entry: Evidentiary Hearing held on 9/18/2020 before Judge Tanya S. Chutkan. Gov't witnesses: Joseph F. Antognini and Kendall Von Crowns. Evidentiary Hearing continued to 09/19/2020 at 1:30 before Judge Tanya S. Chutkan by telephone. (Court Reporter Bryan Wayne) (tb) (Entered: 09/19/2020) |
| 09/19/2020 | | | MINUTE ORDER: Defendants' 252 motion to file a surreply in opposition to Plaintiffs' 236 motion for partial summary judgment is hereby GRANTED. Likewise, Plaintiffs' 257 motion for leave to file a supplemental declaration from Dr. Michaela Almgren is hereby GRANTED. The court notes the objections raised to both motions. Absent express direction of the court or a bona fide emergency, no further documents are to be filed on the docket until the court has had the opportunity to rule on the pending motions for summary judgment. Signed by Judge Tanya S. Chutkan on 09/19/2020. (lcfb) (Entered: 09/19/2020) |
| 09/19/2020 | 259 | | ERRATA *relating only to Complaint of Dustin Honken – ECF No. 38* by DUSTIN LEE HONKEN 38 Intervenor Complaint, filed by DUSTIN LEE HONKEN. (Attachments: # 1 Exhibit O – Almgren CV)(Nolan, Shawn) (Entered: 09/19/2020) |
| 09/19/2020 | | | Set/Reset Hearings: Evidentiary Hearing set for 9/19/2020 at 01:30 PM in Telephonic/VTC before Judge Tanya S. Chutkan. (tb) Modified on 9/19/2020 (tb). (Entered: 09/19/2020) |
| 09/19/2020 | 260 | | RESPONSE re 238 MOTION to Alter Judgment as to (205 in 1:19–mc–00145–TSC) Order on Motion for Entry of Final Judgment, *(This filing relates to all cases, filed by Defendants)* filed by IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES, U.S. Dep't of Justice. (Attachments: # 1 Certificate of Service)(Lin, Jean) (Entered: 09/19/2020) |

| 09/20/2020 | 261 | | MEMORANDUM AND OPINION re 169 170 Defendants' motion to dismiss/motion for summary judgment; 236 Plaintiffs' motion for partial summary judgment. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
|---|---|---|---|
| 09/20/2020 | 262 | | ORDER: Consistent with 261 Memorandum Opinion, granting 236 Motion for Partial Summary Judgment; denying 236 request for Permanent Injunction; granting 169 Motion to Dismiss; granting in part and denying in part 170 Motion for Summary Judgment. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 263 | | MEMORANDUM AND OPINION re 233 Plaintiff WILLIAM EMMETT LECROY's motion for preliminary injunction; 234 Plaintiff WILLIAM EMMETT LECROY's motion for hearing. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 264 | | ORDER: Consistent with 263 Memorandum Opinion, denying 233 Motion for Preliminary Injunction; denying 234 Motion for Hearing. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 265 | | MEMORANDUM AND OPINION re 173 Defendants' motion to vacate preliminary injunctions. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 266 | | ORDER: Consistent with 265 Memorandum Opinion, granting 173 Motion to Vacate Preliminary Injunctions. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | | | MINUTE ORDER: Granting Plaintiffs' 255 Motion for Leave to File Opposition to Defendants' Motion 252 for Leave to File a Surreply. Signed by Judge Tanya S. Chutkan on 9/28/2020. (DJS) (Entered: 09/20/2020) |
| 09/20/2020 | 267 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 264 Order on Motion for Preliminary Injunction, Order on Motion for Hearing by WILLIAM EMMETT LECROY. Filing fee $ 505, receipt number ADCDC–7613863. Fee Status: Fee Paid. Parties have been notified. (Smith, Gregory) (Entered: 09/20/2020) |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |  |
|---|---|---|---|
| In the Matter of the | ) | | |
| Federal Bureau of Prisons' Execution | ) | | |
| Protocol Cases, | ) | | |
|  | ) | | |
| LEAD CASE: _Roane et al. v. Barr_ | ) | Case No. | 1:19-mc-0145 (TSC) |
|  | ) | | |
|  | ) | | |
| THIS DOCUMENT RELATES TO: | ) | | |
| _LeCroy v. Barr et al._, 1:20-cv-2481 | ) | | |

_____)

## NOTICE OF APPEAL

NOW COMES Plaintiff William LeCroy, by and through undersigned counsel, and notices this appeal from the District Court's Order (ECF 264) denying his emergency motion for a preliminary injunction and emergency motion for an expedited hearing thereon.

Dated: September 20, 2020        Respectfully submitted,

_____/s/ Gregory S. Smith_____
Gregory S. Smith (DC Bar #472802)
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
Telephone: (202) 460-3381
Email: gregsmithlaw@verizon.net

_____/s/ John R. Martin_____
John R. Martin (_pro hac vice_ granted)
Martin Brothers P.C.
1099 St. Louis Place
Atlanta, GA 30306
Telephone: (404) 433-7446
Email: jack@martinbroslaw.com
_Attorneys for Plaintiff William LeCroy_

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document is being served upon all

counsel of record through this Court's Electronic Case Filing (ECF) system.

This 20th day of September 2020.

 /s/ Gregory S. Smith_____
Gregory S. Smith
gregsmithlaw@verizon.net

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In the Matter of the | ) | |
| Federal Bureau of Prisons' Execution | ) | |
| Protocol Cases, | ) | |
| | ) | |
| LEAD CASE: *Roane, et al. v. Barr* | ) | Case No. 19-mc-145 (TSC) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| *LeCroy v. Barr*, 20-cv-2481 | ) | |
| | ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion (ECF No. 263),

Plaintiff William Emmett LeCroy's emergency motion for a preliminary injunction (ECF

No. 233) and emergency motion for an expedited hearing (ECF No. 234) are hereby DENIED.

Date: September 20, 2020

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge

1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, | ) ) ) ) ) |
| LEAD CASE: *Roane, et al. v. Barr* | ) ) Case No. 19-mc-145 (TSC) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *LeCroy v. Barr*, 20-cv-2481 | ) ) |

## MEMORANDUM OPINION

Plaintiff William Emmett LeCroy filed a complaint in this court on September 4, 2020 challenging the legality of the 2019 Bureau of Prisons' Execution Protocol (2019 Protocol or the Protocol). (*See generally* Compl., *LeCroy v. Barr*, No. 20-cv-2481 (D.D.C. Sept. 4, 2020), ECF No. 1.) His arguments are virtually identical to the remaining claims pressed by the other Plaintiffs in this consolidated matter, namely that the Protocol violates the Administrative Procedure Act (APA) because it runs afoul of the Federal Death Penalty Act (FDPA).[1] LeCroy also alleges a violation of the Take Care Clause of the U.S. Constitution. LeCroy's execution is scheduled for September 22, 2020. Four days after filing his complaint, LeCroy filed an emergency motion for a preliminary injunction (ECF No. 233, LeCroy Mot. for Prelim. Inj.) and an emergency motion for an expedited hearing, (*see* ECF No. 234.) For the reasons set forth below, LeCroy's motions will be DENIED.

---

[1] The facts and procedural history of this case have been detailed in prior opinions and will not be reiterated here.

1

A preliminary injunction is an "extraordinary remedy" requiring courts to assess four factors: (1) the likelihood of the plaintiff's success on the merits, (2) the threat of irreparable harm to the plaintiff absent an injunction, (3) the balance of equities, and (4) the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20, 24 (2008) (citations omitted); *John Doe Co. v. Consumer Fin. Prot. Bureau,* 849 F.3d 1129, 1131 (D.C. Cir. 2017). The D.C. Circuit has traditionally evaluated claims for injunctive relief on a sliding scale, such that "a strong showing on one factor could make up for a weaker showing on another." *Sherley v. Sebelius,* 644 F.3d 388, 392 (D.C. Cir. 2011). It has been suggested, however, that a movant's showing regarding success on the merits "is an independent, free-standing requirement for a preliminary injunction." *Id.* at 393 (quoting *Davis v. Pension Benefit Guar. Corp.*, 571 F.3d 1288, 1296 (D.C. Cir. 2009) (Kavanaugh, J., concurring)).

Defendants argue that LeCroy's delay in filing his case is sufficient grounds to deny his motion for injunctive relief. This argument is not without merit. LeCroy has provided no legitimate reason why he did not seek to consolidate his case with the other Plaintiffs' at any point since the government announced its 2019 Protocol in July 2019. The court is mindful of the Supreme Court's admonishment that last minute injunctions—of this very sort—"should be the exception, not the norm." *Barr v. Lee*, No. 20A8, 2020 WL 3964985, at *3 (U.S. July 14, 2020). The court has spent considerable time and effort responding to a motion for preliminary injunction that could have been consolidated with any of the numerous motions for injunctions filed in this case. Nevertheless, the court was unwilling to reject LeCroy's motion given that it had not yet ruled on Defendants' motion to dismiss and for summary judgment. (*See* ECF Nos. 169, 170.)

2

LeCroy contends that the 2019 Protocol: (1) is contrary to law under the APA because it violates § 3596(a) of the FDPA, and (2) violates the Take Care Clause of the U.S. Constitution. (ECF No. 233-1, LeCroy Mem. at 1.) These claims are unavailing.

The court has already set forth its analysis of FDPA § 3596(a) in its September 20, 2020 Memorandum Opinion. (*See generally* ECF No. 261, Sept. 20 Mem. Op.) That provision requires that in carrying out an execution, "the Attorney General shall release the person sentenced to death to the custody of a United States marshal, who shall supervise implementation of the sentence in the manner prescribed by the law of the State in which the sentence is imposed." 18 U.S.C. § 3596(a).

The D.C. Circuit held that the FDPA requires the government to carry out executions consistent with the level of detail provided by state laws and regulations. *See In re Fed. Bureau of Execution Protocol Cases*, 955 F.3d 106, 133 (D.C. Cir. 2020) (Rao, J., concurring). LeCroy identifies several Georgia statutes that he claims mandate different procedures than those set forth in the 2019 Protocol, but the court finds no such discrepancy.

LeCroy points out that while Georgia law requires the presence of two physicians during the execution "to determine when death supervenes," the 2019 Protocol has no such requirement. (LeCroy Mem. at 9 (citing Ga. Code Ann. § 17-10-41).) While it is true that the 2019 Protocol does not require two physicians to be present during an execution, Defendants stated in a filing that they have arranged for two physicians to attend LeCroy's execution to comply with Georgia's statutory requirements. (*See* ECF No. 242-1, Winter Decl. ¶ 7). LeCroy argues that Defendants' representations ring hollow because they have not guaranteed the doctors' attendance and therefore fail to account for the possibility that one of the doctors "gets sick, changes his mind, or fails to show up for any reason." (ECF No. 244, LeCroy Reply at 9.) But

3

speculation that the government may not comply with a statute is not an adequate ground for injunctive relief. Indeed, a key factor in arguing injunctive relief is a showing of irreparable harm, which requires a movant to demonstrate that harm is "certain and great, actual and not theoretical, and so imminent that there is a clear and present need for equitable relief to prevent irreparable harm," and "beyond remediation." *League of Women Voters of U.S. v. Newby,* 838 F.3d 1, 7–8 (D.C. Cir. 2016) (citing *Chaplaincy of Full Gospel Churches v. England*, 454 F.3d 290, 297 (D.C. Cir. 2006)) (internal quotation marks and brackets omitted). The speculative injury LeCroy identifies here falls short of this standard. The court has no basis on which to believe that Defendants will not comply with Georgia's two-physician requirement.

LeCroy also argues that the 2019 Protocol conflicts with § 17-10-40 of the Georgia code, which gives "a judge of the superior court of the county where the case was tried" the power to "pass an order designating a new time period for the execution of the original sentence "[w]here the time period for the execution of any convicted person in a capital case has passed by reason of a supersedeas incident to appellate review, a stay of execution by the State Board of Pardons and Paroles, or for any other reason." Ga. Code Ann. § 17-10-40(a). That provision also requires that "[t]he new time period for the execution shall be seven days in duration . . . [and] shall commence not less than ten nor more than 20 days from the date of the order." Ga. Code Ann. § 17-10-40(b).

Georgia Code § 17-10-40 sets forth the power afforded to Georgia superior court judges in capital cases carried out by the state of Georgia, not the federal government. LeCroy's sentence was entered by a judge of the United States District Court, not a Georgia superior court judge. LeCroy has supplied no authority—and the court has found none—in which a federal court applied § 17-10-40 to a federal death-row inmate sentenced in Georgia. Moreover, it is not

4

clear how a violation of this statute constitutes irreparable harm, since LeCroy has known his execution date since July 31. Furthermore, as LeCroy himself notes, a violation of "§ 17-10-40 in no way bars the Government from setting a new execution date." (LeCroy Reply at 15.) Thus, he has failed to demonstrate irreparable harm.

LeCroy also contends that the 2019 Protocol does not meet the requirements of Georgia Rule 480-11-.01(6) and § 26-4-86 of the Georgia code, which require that a compounder of drugs obtain a prescription to make and provide a drug. (LeCroy Mem. at 11.) Again, LeCroy has failed to demonstrate a likelihood of success on the merits. Georgia Code § 17-10-38(a) provides that all persons who have "imposed upon them a sentence of death shall suffer such punishment by lethal injection," defined as "the continuous intravenous injection of a substance or substances sufficient to cause death into the body of the person sentenced to death until such person is dead." That provision also states that "[n]otwithstanding any other provision of law, prescription, preparation, compounding, dispensing, or administration of a lethal injection authorized by a sentence of death by a court of competent jurisdiction shall not constitute the practice of medicine . . . which is subject by law to regulation, licensure, or certification." Ga. Code Ann. § 17-10-38(c). Thus, the rules LeCroy cites, which address compounding requirements for "medical treatments," are inapplicable. *See* Ga. Comp. R. & Regs. 480-11-.01(26) (defining a "practitioner" as someone "licensed under the laws of this state to use, mix, prepare, dispense, prescribe, and administer drugs in connection with medical treatment to the extent provided by the laws of this state"); *id.* at 480-11-.01 (defining "compounding" as "the preparation, mixing, assembling, packaging, or labeling of a drug or device as the result of a *practitioner*'s prescription drug order or initiative" (emphasis supplied)).

5

LeCroy posits that § 17-10-38(c) was intended "to prevent lawsuits against the medical professionals." (LeCroy Reply at 16.) He further asserts that "[t]he statute does not say that the prescription requirement is not applicable in this context." (*Id.* at 17.) This argument is unpersuasive. LeCroy faults Defendants for failing to point to any on-point legal authority, yet he fails to do the same. The only case he cites in support of his position is one in which the state agreed to provide information that an execution drug was manufactured by a compounding pharmacy. (*Id.* at 16 (citing *Owens v. Hill*, 295 Ga. 302, 310 (2014).) Incidentally, that case did not opine on whether the state was required to do so.

And for the reasons set forth in the court's September 20, 2020 Memorandum Opinion, even assuming Defendants are required to comply with Georgia's prescription requirement, LeCroy has not shown that he is sure to face "certain" and "imminent" harm from Defendants' use of a compounded drug for which they have not secured a prescription

Finally, LeCroy's Take Care Clause claim, (LeCroy Mem. at 11–12), fails for the same reasons as the other Plaintiffs' Take Care Clause claims, (s*ee* Sept. 20 Mem. Op. at 21 n.9). Indeed, LeCroy seems to have abandoned it because he does not discuss it in his reply. (*See generally* LeCroy Reply.)

The court finds that the balance of the equities here tilts in favor of Defendants. LeCroy has failed to demonstrate success on any of his claims and thus it would be inequitable to prevent Defendants from carrying out LeCroy's lawful sentence when he does not have a likelihood of securing the relief sought in this suit. The same can said for the public's "powerful and legitimate interest in punishing the guilty." *Calderon v. Thompson*, 523 U.S. 538, 556 (1998).

6

LeCroy has failed to show that he is entitled to the extraordinary remedy he seeks.

Thus, his motion for a preliminary injunction, and the accompanying motion for a hearing, must

be denied.

Date:  September 20, 2020

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge

7