UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, | ) ) ) ) ) | |
| LEAD CASE: *Roane et al. v. Barr* | ) ) ) ) | Case No.   1:19-mc-0145 (TSC) |
| THIS DOCUMENT RELATES TO: *LeCroy v. Barr et al.*, 1:20-cv-2481 | ) ) ) ) | |

## **EMERGENCY MOTION TO STAY OTHER PROCEEDINGS**

NOW COMES Plaintiff William LeCroy, by and through undersigned counsel, and hereby requests that this Court immediately stay all proceedings in his case before this Court.  Mr. LeCroy has appealed the denial of his emergency motions for a preliminary injunction and for a hearing thereon.  Given Mr. LeCroy's impending execution on Tuesday, September 22, 2020, and the fact that he can no longer receive any effective relief from this Court before that date, any proceedings in this Court at to Mr. LeCroy should appropriately be stayed so he can most effectively pursue available relief in the appellate courts.

Dated:  September 20, 2020         Respectfully submitted,

       /s/ Gregory S. Smith
Gregory S. Smith (DC Bar #472802)
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C.  20003
Telephone: (202) 460-3381
Email: gregsmithlaw@verizon.net
       /s/ John R. Martin
John R. Martin (*pro hac vice* granted)
Martin Brothers P.C.
1099 St. Louis Place
Atlanta, GA  30306
Telephone: (404) 433-7446
Email: jack@martinbroslaw.com
*Attorneys for Plaintiff William LeCroy*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document is being served upon all counsel of record through this Court's Electronic Case Filing (ECF) system.

This 20th day of September 2020.

                                              /s/ Gregory S. Smith
                                             Gregory S. Smith
                                             gregsmithlaw@verizon.net

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, <br><br> LEAD CASE: *Roane et al. v. Barr* <br><br> THIS DOCUMENT RELATES TO: <br><br> *LeCroy v. Barr et al.*, 1:20-cv-2481 | Case No.   1:19-mc-0145 (TSC) |

## [PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS

Upon consideration of Plaintiff William LeCroy's Emergency Motion for Stay of Proceedings, and for good cause shown, it is hereby,

**ORDERED** that all proceedings in this case are hereby **stayed as to Plaintiff William LeCroy only**, until such time as Plaintiff LeCroy's appeal from this Court's denial of his Emergency Motion for Preliminary Injunction, and his Emergency Motion for a Hearing thereon, is finally resolved on appeal, or further order of this Court.

**SO ORDERED** this _____ day of September, 2020.

_____
TANYA S. CHUTKAN
United States District Judge