### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the ) <br> Federal Bureau of Prisons' Execution ) <br> Protocol Cases ) <br> ) <br> LEAD CASE: *Roane et al. v. Barr* ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL CASES ) <br> ) <br> ) | Case No. 19-mc-0145 (TSC) |

**PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT CONCERNING THE COURT'S DENIAL OF A PERMANENT INJUNCTION ON DEFENDANTS' VIOLATIONS OF THE FOOD, DRUG AND COSMETIC ACT**

Pursuant to Fed. R. Civ. P. 59(e), Plaintiffs respectfully move the Court to alter or amend its judgment denying a permanent injunction on Defendants' violations of the Food, Drug and Cosmetic Act. *See* ECF Nos. 261, 262; *see also* Fed. R. Civ. P. 54(a) (defining "judgment" as "any order from which an appeal lies"). As Plaintiffs explain below, intervening events have undermined the foundations of this Court's ruling that Plaintiffs cannot show the irreparable harm needed for a permanent injunction.

Relief under Rule 59(e) is justified when the movant demonstrates an "intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996); *Alston v. District of Columbia*, 770 F. Supp. 2d 289, 296 (D.D.C. 2011). Relief is also warranted when a court has overlooked factual or legal issues that were properly presented, or when the court's decision "rests on an incorrect premise." *Berge v. United States*, 949 F. Supp. 2d 36, 41 (D.D.C. 2013)

These settled grounds for relief justify reconsideration of the Court's order denying a

permanent injunction. In finding that the prisoners had not demonstrated irreparable harm, the Court relied on Dr. Crowns' hypothesis that observations of respiratory distress during Plaintiffs' prior executions might reflect "agonal breathing" in the moments just before death, rather than the prisoner's conscious experience of flash pulmonary edema. *See* ECF No. 261 at 38-39. But Dr. Crowns' hypothesis was disproven only four days after he testified. The Government executed William LeCroy on September 22, 2020. Witness accounts of the execution consistently report that LeCroy's chest started "heaving" *almost immediately* when the pentobarbital was administered. *See* Ex. 1 (Statements from NPR Reporter George Hale), at 1; Ex. 2 (Michael Tarm, *US Government Executes Killer Obsessed with Witchcraft*, AP Online, Sept. 23, 2020), at 1; Ex. 3 (Jordan Kudisch, *Waiting to Die: William LeCroy*, WTHI-TV, Sept. 23, 2020), at 2.

The eyewitness accounts establish two critical points: 1) It is impossible for LeCroy's *immediate* distress to be "agonal breathing;" and 2) it is medically certain that LeCroy suffered flash pulmonary edema while still conscious and responsive. *See* Ex. 4 (Supplemental Declaration of Gail Van Norman, M.D., Sept. 29, 2020), at 2-3, 8-11; Ex. 5 (Supplemental Declaration of Mark A. Edgar, M.D., Sept. 28, 2020), at 1. These facts document a sufficient injury for injunctive relief: a substantial risk that Plaintiffs will consciously experience the excruciating sensation of drowning and suffocation when they are executed. *See*, *e.g.*, *Banks v. Booth* — F. Supp. 3d —, Civil Action No. 20-849(CKK), 2020 WL 1914896, at *5 (D.D.C. Apr. 19, 2020) (irreparable harm established by inmates' "risk of contracting COVID-19 and the resulting complications").

## ARGUMENT

**The details of Plaintiff LeCroy's execution, as well as the medical implications of those details, undermine the Court's finding that Plaintiffs have not established a risk of irreparable injury because they are unlikely to suffer from acute pulmonary edema while conscious.**

National Public Radio reporter George Hale witnessed LeCroy's execution one week ago. Hale observed that "LeCroy's torso began to jerk and contract uncontrollably" almost

"immediately" after the injection began, and when LeCroy's eyes were still open. Ex. 1 at 1. After twitching for "a minute or a bit longer," LeCroy closed his eyes and breathed shallowly for approximately twelve more minutes until he died. *Id.* at 2. Associated Press reporter Michael Tarm also witnessed the execution. His report notes that LeCroy's "midsection began to heave uncontrollably" shortly after the pentobarbital was administered. Ex. 2 at 1. Local television reporter Jordan Kudisch offered a nearly identical account, stating that LeCroy's calmness "quickly changed" as "his body received a lethal cocktail." Ex. 3 at 2. LeCroy's stomach "started going up and down intensely[,] . . . [and] [h]is mouth quivered as he was gasping for air." *Id.*

In rejecting Plaintiffs' showing of irreparable injury, this Court relied on Dr. Crowns' testimony to conclude that "gasping or labored breathing alone could be indicative of agonal breathing that occurs right before death but after the inmate is rendered unconscious." ECF No. 261 at 39. LeCroy's execution disproves that explanation. All available evidence shows that LeCroy experienced severe respiratory distress soon after the injection began, and at least ten minutes before he died. *See* Ex. 1 at 2; Ex. 2 at 1-2; Ex. 3 at 2; Ex. 4 at 10. The timing of that distress is incompatible with what Dr. Crowns described as "sucking for air" during "these last few moments before you die." ECF No. 261 at 39; Tr. 9-18-20 at 30.

Anesthesiologist Gail Van Norman, M.D., and pathologist Mark A. Edgar, M.D., confirm that LeCroy's heaving and gasping reflect the conscious and excruciating experience of flash pulmonary edema rather than agonal breathing. According to Dr. Van Norman, the eyewitness reports are "a classic description of attempts to breathe against an obstructed airway." Ex. 4 at 8.[1]

---

[1] Time and circumstances have not permitted Plaintiffs to obtain and submit sworn declarations from the media eyewitnesses, whose role is to document the executions for the public. But whether or not the statements are independently admissible, they appropriately inform the expert opinions of Drs. Van Norman and Edgar. *See* Fed. R. Evid. 703 (expert opinion may be admitted even if based on inadmissible evidence "[i]f experts in the particular field would reasonably rely on those kinds of facts or data in forming an opinion on the subject"). Indeed, Dr. Crowns relied on "media

Dr. Van Norman explains that agonal respirations manifest as "slow, infrequent contraction of the diaphragm and erratic slow, periodic deep breaths through an open mouth." *Id.* Agonal breathing does not involve a "heaving motion of the chest, alone or together with the abdomen." *Id.* The witness accounts instead describe the phenomenon of "chest-abdomen paradox" caused by an obstruction of the airway, and in which the abdomen collapses inward as the chest struggles to draw air. *Id.* at 8-9. Dr. Van Norman also states that LeCroy was "aware" of his suffocation, based on his holding his eyes open while struggling to breathe and then closing his eyes. Ex. 4 at 2-3, 10-11. Dr. Van Norman clarifies that, although LeCroy's responsiveness shows his awareness of flash edema, a prisoner's lack of responsiveness would not suggest a lack of awareness. *Id.* at 11. As before, Dr. Van Norman states that barbiturates are known within the field of anesthesiology to suppress only the subject's responsiveness to pain and not the subject's awareness of it – *see id.* – an issue on which the contrary views of anesthesiologist Dr. Antognini "did not carry much weight" with the Court, and on which pathologist Dr. Crowns is not qualified to offer an opinion. *See id.* at 10-11; Ex. 5 at 2-3; ECF No. 261 at 39.

Dr. Edgar explains that pulmonary edema may begin quickly after injection because the highly alkaline pH of pentobarbital corrodes lung tissues and capillaries even before the drug reaches the brain. Ex. 5 at 2. Like Dr. Van Norman, he finds it noteworthy that LeCroy's eyes did not close until *after* the onset of respiratory distress. *Id.* at 1. That sequence of events is "strong evidence that [LeCroy] was awake during the onset of flash pulmonary edema." *Id.* And it is inconsistent with agonal breathing, which takes place "immediately preceding death." *Id.* at 2. According to Dr. Edgar, "Agonal breathing would be expected later in the execution if it occurred, and certainly not while the inmate was still awake." *Id.*

---

reports" and hearsay statements from a correctional witness, and he explained during the hearing that "[m]ore information is always helpful." Tr. 9-18-20 at 21; ECF No. 246-1 at 3, 20-23.

The Court's ruling accepted the possibility of agonal breathing as the stated reason for finding that Dr. Crowns' opinions had not been "completely undermine[d]." ECF No. 261 at 38-39. Because the available evidence now disproves the explanation that the prisoners' respiratory distress reflects agonal breathing, the Court's decision "rests on an incorrect premise." *Berge*, 949 F. Supp. 2d at 41.

## CONCLUSION

The Court should reconsider its ruling in light of intervening events. Having all but rejected Dr. Antognini's testimony that pentobarbital induces unconsciousness before the onset of pulmonary edema, the Court balanced Dr. Van Norman's testimony that pentobarbital causes flash edema without disabling the prisoner's awareness of the experience as against Dr. Crowns' testimony that observations of gasping during executions may reflect agonal breathing during a prisoner's final moments. ECF No. 261 at 37-39. Last week's events leave no evidence to be balanced: even if the pathologist Dr. Crowns were somehow qualified to offer an opinion about the effects of pentobarbital on the brain – and that a pentobarbital-injected prisoner who shows no outward signs of distress is not experiencing such distress – his hypothesis of agonal breathing has been disproved. The Court should vacate its Memorandum Opinion and Order of Sept. 20, 2020, and grant a permanent injunction.

WHEREFORE, for all the foregoing reasons, Plaintiffs respectfully request that the Court alter and amend its memorandum opinion and order denying a permanent injunction on Claim XI, and that the Court enter a permanent injunction forbidding the Defendants from scheduling or carrying out additional executions until such time as Defendants comply with the Food, Drug and Cosmetic Act.

Dated:    September 30, 2020                Respectfully submitted,


                                           */s/ Shawn Nolan*
                                           Shawn Nolan, Chief, Capital Habeas Unit
                                           Federal Community Defender Office, E.D. Pa.
                                           601 Walnut Street, Suite 545 West
                                           Philadelphia, PA 19106
                                           (215) 928-0520
                                           shawn_nolan@fd.org


                                           *Counsel for Plaintiff Jeffrey Paul*


Scott W. Braden
Assistant Federal Defender
Arkansas Federal Defender Office
Ark Bar Number 2007123
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114
scott_braden@fd.org

Jennifer Ying (DE #5550)
Andrew Moshos (DE #6685)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*


Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553

*Counsel for Plaintiff James H. Roane, Jr.*

Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
321 E. Second Street
Los Angeles, CA 90012
(213) 894-2854

*Counsel for Plaintiff Julius O. Robinson*



Joshua C. Toll
D.C. Bar No. 463073
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*



Ginger D. Anders (Bar No. 494471)
Jonathan S. Meltzer (Bar No. 888166546)
Brendan Gants (Bar No. 1031419)
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
(202) 220-1100

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone – 215-928-0520
Email – alex_kursman@fd.org

*Counsel for Plaintiff Alfred Bourgeois*


Joseph Luby, Assistant Federal Defender
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone – 215-928-0520
Email – joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*


Amy Lentz (DC Bar No. 990095)
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.1350
Email - alentz@steptoe.com

*Counsel for Plaintiff Orlando Hall*


Evan Miller (DC Bar # 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)
emiller@velaw.com

*Counsel for Plaintiff Bruce Webster*

Matthew Lawry, Assistant Federal Defender
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone – 215-928-0520
Email – matthew_lawry@fd.org

*Counsel for Plaintiff Dustin Higgs*


Donald P. Salzman (D.C. Bar No. 479775)
Charles F. Walker (D.C. Bar No. 427025)
Steven M. Albertson (D.C. Bar No. 496249)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

Gerald W. King, Jr.
Ga. Bar No. 140981
Jeffrey Lyn Ertel
Ga. Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
(804) 482-1121
fgerson@dagglaw.com

*Counsel for Plaintiff Richard Tipton, III*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2020, I caused a true and correct copy of foregoing

to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's

August 20, 2019 Order, below is a list of all counsel of record. The names marked with an

asterisk (*) have no email provided on the docket and are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of
Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 616-4171
Email: Ethan.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of
Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER &

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Alexander C. Drylewski
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(212) 735-2129
Email: Alexander.Drylewski@skadden.com
(*pro hac vice application forthcoming)

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER,
CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS LLP
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS LLP
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL
DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY
DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
VINSON & ELKINS LLP
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
KING & SPALDING LLP (202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR,
LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER,
EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER
OFFICE, EDPA
(215) 928-0520
Email: shawn_nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-4430
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL
LLP
(302) 351-9197
Email: Amoshos@mnat.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE &
DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Norman Anderson
KAISER DILLON PLLC
(202) 640-2850
nanderson@kaiserdillon.com

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNELL
LLP
(302) 658-9300
Email: Jying@mnat.com

Andres C. Salinas
WILMER CUTLER PICKERING HALE &
DORR LLP
(202) 663-6289
Email: Andres.Salinas@wilmerhale.com

*Ryan M. Chabot
WILMER CUTLER PICKERING HALE &
DORR LLP
(212) 295-6513

Dale Andrew Baich
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
(602) 382-2816
Dale_Baich@fd.org

Kathryn Louise Clune
CROWELL & MORING LLP
(202) 624-5116
kclune@crowell.com

Jennifer M. Moreno
OFFICE OF THE PUBLIC FEDERAL
DEFENDER, DISTRICT OF ARIZONA
(602) 382-2718
Jennifer_moreno@fd.org

Ginger Dawn Anders
MUNGER, TOLLES & OLSON LLP
(202) 220-1107
Ginger.anders@mto.com

*Jonathan S. Meltzer
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Brendan Gants
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

Timothy Kane
FEDERAL COMMUNITY DEFENDER
OFFICE, EDPA
(215) 928-0520
Email: timothy_kane@fd.org

Dated:  September 30, 2020

*/s/ Shawn Nolan*
Shawn Nolan
Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
shawn_nolan@fd.org