`<blockquote class="twitter-tweet"><p lang="en" dir="ltr">Almost immedia` **Copy Code**

 **George Hale | جورج هيل** @georgehale · Sep 24, 2020 
Replying to @georgehale

> Here's what happened in the death chamber last night, as best I can recall/reconstruct from my notes. At about 8:48 p.m. ET, the lethal injection drugs reached William LeCroy's body. (No one there actually announced the moment the drugs began flowing but it was around that time.)

 **George Hale | جورج هيل**
@georgehale

Almost immediately, assuming the drugs began flowing at 8:48 p.m., LeCroy's torso began to jerk and contract uncontrollably. This lasted for a minute or a bit longer. LeCroy's eyes, which were first open and looking upward, shut during this time. His mouth also fell halfway open.

2:02 AM · Sep 24, 2020 

♡ 2     See George Hale | جورج هيل's other Tweets

`<blockquote class="twitter-tweet"><p lang="en" dir="ltr">About 9:03 p.m.`   **Copy Code**



**George Hale | جورج هيل** @georgehale · Sep 24, 2020 
Replying to @georgehale

He remained almost entirely still for the next 12 minutes or so. I noticed very faint signs of breathing. But it was hard to really tell because most of his body was covered in a light bedsheet. The two windows separating us were slightly reflective. I couldn't hear much, either.



**George Hale | جورج هيل**
@georgehale

About 9:03 p.m., a man with a stethoscope walked into the chamber from a door behind LeCroy. He checked LeCroy's wrist and chest, presumably for a heartbeat. (The time is according to the watch of a reporter next to me. There's supposedly a clock in there but I couldn't find it.)

2:02 AM · Sep 24, 2020   

♡ 2   See George Hale | جورج هيل's other Tweets

```
<blockquote class="twitter-tweet"><p lang="en" dir="ltr">That&#39;s the
```
Copy Code

 **George Hale | جورج هيل** @georgehale · Sep 24, 2020 
Replying to @georgehale

> The man left the same way he came. Three minutes later, a voice came over the speaker and announced, "Death has occurred at 9:06 p.m. This concludes the execution of inmate LeCroy." The curtains lowered, we heard a knock on the door, and someone opened it. And then we walked out.

 **George Hale | جورج هيل**
@georgehale

That's the bulk of what I saw and heard during the actual execution itself. Before it got started, a prison official asked LeCroy, who was strapped to a table, if he had any last words. They were: "Sister Battista is about to receive through the postal service my last statement."

2:25 AM · Sep 24, 2020    

♡ 2      See George Hale | جورج هيل's other Tweets

**Ex. 1 - Page 3**