THIRD SUPPLEMENTAL DECLARATION OF JOSEPH F. ANTOGNINI, M.D.

I, JOSEPH F. ANTOGNINI, hereby declare and say:

1. My name is Joseph F. Antognini. I submit this third supplemental declaration in further response to the declarations submitted by Dr. Gail Van Norman (dated 11-1-2019, 6-29-2020, 8-7-2020, 8-9-2020 and 9-29-2020), and Dr. Mark Edgar (dated 10-24-2019 and 9-28-2020), in the case *In re Federal Bureau of Prisons' Execution Protocol Cases*, No. 19-mc-145.

2. The opinions presented in this supplemental declaration are based on information available to me at this time. Should additional documents or information be provided to me for review and analysis, I may take those additional materials into account, and modify and/or supplement my opinions accordingly. If I am present at hearings and/or trial in this case, I may take into account any testimony or other evidence to the extent related to my opinions and modify and/or supplement my opinions accordingly. In performing my analysis, I have relied on my professional training, education and experience. I have reviewed and considered the media reports of William LeCroy's execution attached as exhibits to plaintiffs' motion filed on September 29, 2020, the account of the Warden who was present in the execution room, as well as the supplemental declarations by Dr. Van Norman (dated 9-29-2020), and the declaration by Dr. Mark Edgar (dated 9-28-2020), also attached to the motion. I have also reviewed and considered the references listed below in the "References Cited" section.

3. Witness reports of LeCroy's eye opening and then closing provide little dispositive evidence of his level of consciousness. During induction of anesthesia patients' eyes sometimes stay partially open, or sometimes close, and the timing of these events say little about the level of

1

consciousness.

4.      The only witness report that describes in detail the timing of LeCroy's physical reaction was from George Hale:



Almost immediately, assuming the drugs began flowing at 8:48 p.m., LeCroy's torso began to jerk and contract uncontrollably. This lasted for a minute or a bit longer. LeCroy's eyes, which were first open and looking upward, shut during this time. His mouth also fell halfway open.

2:02 AM · Sep 24, 2020

According to this witness, LeCroy's torso movement lasted for about one minute, and his eyes shut during this time. The witness also reported that "He remained almost entirely still for the next 12 minutes or so." This report is not inconsistent with the actions of pentobarbital.

5.      Another witness (Eric Williams, declaration of 10-6-2020) reported:

"Shortly after the lethal injection substances were administered, I heard LeCroy take a deep breath. Subsequently he snored loudly one time. During this time, I could see his chest and stomach rise and fall, under the sheet that was placed over him."

This account confirms the expected action of pentobarbital (a deep breath followed by snoring) but stands in contrast to the other accounts about 'jerky' movements by the inmate.

6.      Movements (including 'jerky' movements) after pentobarbital has been administered could be spontaneous movements that sometime occur with induction of anesthesia.[1] While these

---

[1] These 'jerky' movements observed during anesthesia induction are related to myoclonus and do not represent an awake individual who is moving spontaneously.

2

movements are most often seen with etomidate (another intravenous anesthetic), they can occur following barbiturate administration (McCollum & Dundee 1986; Reddy RV, et al. 1993). So, even if these movements did occur during LeCroy's execution, it would not be unexpected.

7.  There are other possible causes of LeCroy's movement, but it is not possible to assign a cause for certain given the inexactitude of the timing of when the injection began relative to any observed movements. For example, Hale's statement "Almost immediately, assuming the drugs began flowing at 8:48 p.m., LeCroy's torso began to jerk..." suggests a reaction unrelated to pentobarbital as it would not have yet entered his body, given the dead space in the intravenous tubing. In the clinical setting, patients are often startled and move when an injection begins, primarily because of the faster injection speed relative to the slower flow of the intravenous fluid. Or, once the pentobarbital actually started entering the vein, LeCroy might have felt the drug affecting the vein, which would cause him to move, even though little pentobarbital had actually entered his body. It is also possible that LeCroy's movements could be due to apprehension of his imminent death.

8.  The abdominal movements reported by some witnesses could also indicate a partially obstructed upper airway, akin to what occurs during snoring, especially in an obese person.[2] Even clinical doses of anesthetic drugs are well known to have this effect, as I have previously stated.

9.  Upper airway obstruction that might occur after administration of pentobarbital is highly unlikely to result in negative-pressure pulmonary edema. The incidence of negative-pressure

---

[2] Eric Williams reported that LeCroy weighed 288 pounds.

pulmonary edema is extremely low. I have observed it only a handful of times in my 30-year career, and the incidence reported in the literature confirms my experience.

10. Negative-pressure pulmonary edema can occur when a person attempts to breathe against a closed airway, and closure of the larynx and vocal cords (so called laryngospasm) is the most common eliciting factor in anesthesia. Even among patients who develop laryngospasm, the incidence of negative-pressure pulmonary edema is no greater than 3%, and is probably much lower, as low as 0.1% (Bhattacharya et al., 2016). Thus, it is incorrect to conclude with "medical and scientific certainty" that upper airway obstruction as might occur after administration of pentobarbital will lead to pulmonary edema.

11. The plaintiff's motion dated 9-29-2020 continues to mischaracterize the actions of barbiturates. For example, on page 4 of the motion: "Dr. Van Norman states that barbiturates are known within the field of anesthesiology to suppress only the subject's responsiveness to pain and not the subject's awareness of it." As outlined below, this statement is in contravention to the *irrefutable* effects of barbiturates on brain function, especially at massive doses as administered in the lethal injection setting. The statement in the motion attempts to paint a broad stroke, suggesting that awareness is possible in all anesthesia settings and all anesthesia doses, which is incorrect.

12. Drs. Van Norman's and Edgar's opinions lack precision about the timing of pentobarbital's anesthetic action and the occurrence of pulmonary edema. Specifically, neither attempts to reconcile the profound brain depression produced by pentobarbital with their claim that these

4

inmates have awareness. Dr. Van Norman cites studies that used the isolated forearm technique to document intraoperative awareness, but she ignores the fact that these patients were not deeply anesthetized. She cites no evidence that brain depression that causes electroencephalographic silence is consistent with awareness. Indeed, the electroencephalographic silence produced by a massive dose of pentobarbital is akin to the electroencephalogram found in brain death. It is irrefutable that it is not possible to have awareness during brain death. By the same token, nor is awareness possible when the brain is profoundly depressed by pentobarbital.

13. If intraoperative awareness was such a frequent event, and the isolated forearm technique was the *sine qua non* for detecting it, then we would expect that the isolated forearm technique would be used extensively. Yet, Dr. Van Norman has previously testified that she has not used the isolated forearm technique and that it is rarely used.[3]

CONCLUSION

14. It is my opinion to a medical certainty that an inmate administered 5 grams of pentobabrital will become rapidly unconscious and will not experience the sensation of any pulmonary edema that might occur before death, including negative-pressure pulmonary edema.

Date: October 9, 2020

_____

Joseph F. Antognini, M.D., M.B.A.

---

[3] Dr. Van Norman's testimony 4-26-2019 in Case No. 4:17cv179:
Q:  In your 19 to 21,000 anesthesia cases, how many cases have you used the isolated forearm technique to assess consciousness of your patients during surgery?
A:  None
Later in her testimony:
Q:  And you just told me you have never in your career used IFT during surgery?
A:  I don't think you will find anyone who has in this country. It's not used here.

5

References Cited

Bhattacharya M, et al.  Negative-pressure pulmonary edema. Chest 2016; 150:927-33.

McCollum JSC, Dundee JW. Comparison of induction characteristics of four intravenous anaesthetic agents. Anaesthesia 1986; 41:995-1000

Reddy RV, et al. Excitatory effects and electroencephalographic correlation of etomidate, thiopental, methohexital, and propofol. Anesth Analg 1993; 77:1008-11.