# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5285**                                    **September Term, 2020**

1:19-mc-00145-TSC

**Filed On: October 23, 2020** [1867867]

In re: In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

          Appellees

William Emmett Lecroy,

          Appellant

Bruce Webster, et al.,

          Appellees

     v.

William P. Barr, Attorney General, et al.,

          Appellees

## M A N D A T E

In accordance with the order of October 23, 2020, and pursuant to Federal Rule of
Appellate Procedure 41, this constitutes the formal mandate of this court.


                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

               BY:    /s/
                         Lynda M. Flippin
                         Deputy Clerk

Link to the order filed October 23, 2020

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-5285**                                    **September Term, 2020**

1:19-mc-00145-TSC

**Filed On:** October 23, 2020

In re: In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

       Appellees

William Emmett Lecroy,

       Appellant

Bruce Webster, et al.,

       Appellees

    v.

William P. Barr, Attorney General, et al.,

       Appellees

# O R D E R

Upon consideration of the joint motion to dismiss appeal, it is

**ORDERED** that this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
       Lynda M. Flippin
       Deputy Clerk