UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lee v. Barr*, 19-cv-2559 | Case No. 19-mc-145 (TSC) |
| DANIEL LEWIS LEE,<br><br>       Plaintiff,<br><br>   v.<br><br>WILLIAM P. BARR, *et al.*<br><br>       Defendants. | Case No. 19-cv-2559 (TSC) |

## ORDER

Plaintiff Daniel Lewis Lee's motion to dismiss (ECF No. 290) the complaint in *Lee v. Barr,* 19-cv-2559-TSC as moot is hereby GRANTED. It is hereby ORDERED that Daniel Lewis Lee be removed as a Plaintiff in the consolidated action *In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,* 19-mc-145-TSC.

Date: October 26, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge