UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
In the Matter of the )
Federal Bureau of Prisons' Execution )
Protocol Cases, )
)
LEAD CASE: *Roane, et al. v. Barr* )   Case No. 19-mc-145 (TSC)
)
THIS DOCUMENT RELATES TO: )
)
*Roane et al. v. Barr*, 05-cv-2337 )
)
*Bernard v. Barr*, 20-cv-474 )
)

## ORDER

Plaintiffs Orlando Hall and Brandon Bernard have moved for a stay of their executions pending their appeal of the court's dismissal of their Eighth Amendment claim and denial of injunctive relief on their Food, Drug, and Cosmetic Act and Federal Death Penalty Act claims. (ECF No. 310). To the extent the court retains jurisdiction, the motion is hereby DENIED.

Plaintiffs are not entitled to a stay for several reasons. First, they are unlikely to succeed on the merits of these claims. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (requiring the court to consider, inter alia, whether plaintiff has made "a strong showing that he is likely to succeed on the merits" to warrant a stay). The court has already set forth its reasoning in prior rulings on the merits (ECF Nos. 193, 261) and on motions for reconsideration (ECF No. 305). Plaintiffs have provided nothing which changes the court's prior analysis. Furthermore, a stay pending appeal does not appear to be necessary given that the Court of Appeals has already expedited its review of Plaintiffs' appeal on the merits. The present motion is also substantially similar to a motion for a stay of execution pending appeal under consideration by the D.C. Circuit.

Accordingly, Plaintiffs' motion for a stay is DENIED.

Date:  November 17, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge