# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-5329**                                   **September Term, 2020**

                                                  1:19-mc-00145-TSC

                                                  Filed On: November 18, 2020 [1871888]

In re: In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

       Appellants

   v.

William P. Barr, Attorney General, et al.,

       Appellees

### M A N D A T E

    In accordance with the order of November 18, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

              BY:    /s/
                             Laura M. Chipley
                             Deputy Clerk

Link to the order filed November 18, 2020.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-5329**  **September Term, 2020**

1:19-mc-00145-TSC

**Filed On:** November 18, 2020

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

       Appellants

   v.

William P. Barr, Attorney General, et al.,

       Appellees

**BEFORE:**   Millett, Pillard, and Rao, Circuit Judges

### O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk's Order filed November 18, 2020 be vacated.  The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

      BY:   /s/
            Laura Chipley
            Deputy Clerk