# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane, et al. v. Barr*, 05-cv-2337 | )<br>)<br>)<br>)<br>)<br>) Case No. 19-mc-145 (TSC)<br>)<br>)<br>)<br>)<br>) |

## ORDER

In accordance with the Court of Appeals' November 18 ruling, *In re Bureau of Prisons' Execution Protocol Cases*, No. 20-5329 (D.C. Cir. Nov. 18, 2020) and 5 U.S.C. § 706(2), it is hereby ORDERED that the Federal Bureau of Prison's 2019 Execution Protocol be set aside to the extent it allows the dispensation and administration of pentobarbital without a prescription.

Plaintiff's motion for a temporary stay of execution is hereby GRANTED for the reasons set forth in the accompanying Memorandum Opinion. It is further ORDERED that Defendants (along with their respective successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) are enjoined from executing Plaintiffs until further order of this court.

Date: November 19, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1