# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:19–mc–00145–TSC</u>

IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES
Assigned to: Judge Tanya S. Chutkan
Member cases:

  1:19–cv–03520–TSC

  1:20–cv–00474–TSC

  1:20–cv–00557–TSC

  1:20–cv–01693–TSC

  1:20–cv–02481–TSC

 Cases:  1:05–cv–02337–TSC

      1:07–cv–02145–TSC

      1:12–cv–00782–TSC

      1:13–cv–00938–TSC

      1:20–cv–03184–TSC

      1:20–cv–00557–TSC

      1:19–cv–03214–TSC

      1:19–cv–03570–TSC

      1:20–cv–01693–TSC

      1:19–cv–03611–TSC

      1:20–cv–00474–TSC

      1:20–cv–02481–TSC

 Case in other court:  USCA, 19–05322

          USCA, 20–05199

          USCA, 20–05206

          USCA, 20–05210

          USCA, 20–05252

          USCA, 20–05260

          USCA, 20–05285

          USCA, 20–05329

Cause: 42:1981 Civil Rights

Date Filed: 08/20/2019
Jury Demand: None
Nature of Suit: 550 Prisoner Petition: Civil Rights (Other)
Jurisdiction: U.S. Government Defendant

**<u>In Re</u>**

**IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES**

**<u>Plaintiff</u>**

**JAMES H. ROANE, JR.,**
*(05cv2337)*

represented by  **Joshua Christopher Toll**
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW

Suite 200
Washington, DC 20002
(202) 737–8616
Email: jtoll@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
1050 30th Street NW
Washington, DC 20007
(202) 753–5553
Fax: (617) 289–0512
Email: penzinna@ellermanenzinna.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**RICHARD TIPTON**
*(05cv2337)*

represented by **Brandon David Almond**
TROUTMAN SANDERS LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004
(202) 274–2864
Fax: (202) 274–2994
Email: brandon.almond@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Telecommunications Law
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20005
(202) 659–6605
Fax: (202) 659–6699
Email: czdebski@eckertseamans.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Christopher Toll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Wesley King , Jr.**
FEDERAL DEFENDER PROGRAM,
INC.
101 Marietta Street, NW
Suite 1500

Atlanta, GA 30303
404−688−7530
Email: gerald_king@fd.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **CORY JOHNSON** | represented by | **Charles Frederick Walker** |
| *(05cv2337)* | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |

**CORY JOHNSON**
*(05cv2337)*

represented by

**Charles Frederick Walker**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371−7000
Email: Charles.Walker@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Anthony Zdebski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald P. Salzman**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371−7983
Fax: (202) 661−9063
Email: Donald.salzman@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Christopher Toll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M Albertson**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371−7112
Email: Steven.Albertson@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Drylewski**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West

New York, NY 10001–8602
(212) 735–2129
Fax: (917) 777–2129
Email: alexander.drylewski@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **JULIUS ROBINSON**<br>*07–cv–02145–TSC* | represented by | **Celeste Bacchi**<br>OFFICE OF THE PUBLIC DEFENDER<br>321 East 2nd Street<br>Los Angeles, CA 90012<br>213–894–1887<br>Fax: 213–894–0081<br>Email: celeste_bacchi@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Craig Anthony Harbaugh**
FEDERAL PUBLIC DEFENDER,
CENTRAL DISTRICT OF CALIFORNIA
321 East Second Street
Los Angeles, CA 90012
(213) 894–7865
Fax: (213) 894–0310
Email: craig_harbaugh@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Charles Aminoff**
FEDERAL PUBLIC DEFENDER,
CENTRAL DISTRICT OF CALIFORNIA
321 East Second Street
Los Angeles, CA 90012
(213) 894–5374
Fax: (213) 894–0310
Email: jonathan_aminoff@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **ALFRED BOURGEOIS**<br>*12–cv–00782–TSC* | represented by | **Alexander Louis Kursman**<br>OFFICE OF THE FEDERAL<br>COMMUNITY DEFENDER/EDPA<br>601 Walnut Street<br>Suite 545 West<br>Philadelphia, PA 19106<br>(215) 928–0520<br>Email: alex_kursman@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
601 Walnut Street
Suite 545W
Philadelphia, PA 19106
(215) 928–0520
Fax: (215) 928–0826
Email: billy_nolas@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHADRICK EVAN FULKS**          represented by          **Amy Gershenfeld Donnella**
*13cv938*                                                 FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
601 Walnut Street
Suite 545W
Philadelphia, PA 19106
(215) 928–0520
Email: amy_donnella@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Billy H. Nolas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley P. Humphreys**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305–0878
Fax: (202) 639–6066
Email: bradley.humphreys@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202–305–2677
Email: Cristen.Handley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Room 11532
Washington, DC 20005
(202) 514–3716
Fax: (202) 616–8470
Email: jean.lin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305–0612
Email: jonathan.kossak@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph William Luby**
FEDERAL PUBLIC DEFENDER/EDPA
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
(215) 928–0520
Email: joseph_luby@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave, NW
Washington, DC 20530
202–514–5090
Email: paul.r.perkins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn Nolan**
FEDERAL COMMUNITY DEFENDER
OFFICE, EASTERN DISTRICT OF
PENN
601 Walnut Street
Suite 545 W
Philadelphia, PA 19107
(215) 928–0528
Fax: (215) 928–0826
Email: Shawn_Nolan@fd.org
*LEAD ATTORNEY*

**Alan Burch**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–2550
Email: alan.burch@usdoj.gov
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
KING & SPALDING LLP
101 Second Street
Suite 1000
San Francisco, CA 94105
415–318–1228
Email: edavis@kslaw.com
*TERMINATED: 07/03/2020*

**Plaintiff**

**DANIEL LEWIS LEE**
*TERMINATED: 10/26/2020*

represented by **Danielle Desaulniers Stempel**
555 13th ST NW
Washington, DC 20004
202–804–7798
Email: danielle.stempel@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Victorson**
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637–2061
Email: david.victorson@hoganlovells.com
*TERMINATED: 10/26/2020*

**Elizabeth Hagerty**
U.S. ATTORNEY'S OFFICE
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0101
Fax: 303–454–0411
Email: elizabeth.hagerty@usdoj.gov
*TERMINATED: 01/02/2020*

**John D. Beck**
HOGAN LOVELLS US LLP
390 Madison Ave
New York, NY 10017
(212) 918–3000

Fax: (212) 918–3100
*TERMINATED: 10/26/2020*
*PRO HAC VICE*

**Pieter Van Tol**
HOGAN LOVELLS US LLP
390 Madison Ave
New York, NY 10017
(212) 918–3000
Fax: (212) 918–3100
Email: pieter.vantol@hoganlovells.com
*TERMINATED: 10/26/2020*
*PRO HAC VICE*

**Plaintiff**

**WESLEY IRA PURKEY**              represented by  **Andres C. Salinas**
WILMER CUTLER HALE AND DORR
LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202–663–6289
Email: andres.salinas@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan E. Schoenfeld**
WILMER CUTLER PICKERING HALE
& DORR, LLP
250 Greenwich Street
7 World Trade Center
New York, NY 10007
(212) 937–7294
Fax: (212) 230–8888
Email: alan.schoenfeld@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arin Hillary Smith**
WILMER CUTLER PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202–663–6959
Email: arin.smith@wilmerhale.com
*TERMINATED: 03/03/2020*

**Ryan M. Chabot**
WILMER CUTLER PICKERING HALE
& DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 295–6513

Fax: (212) 230–8888
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NORRIS G. HOLDER, JR.**          represented by   **Scott Wilson Braden**
*19–cv–03520–TSC*                                   FEDERAL PUBLIC DEFENDER
                                                    EASTERN DISTRICT OF ARKANSAS
                                                    Capital Habeas Unit
                                                    1401 West Capitol Street
                                                    1401 West Capital
                                                    Suite 490
                                                    Little Rock, AR 72201
                                                    501–324–6114
                                                    Fax: 501–324–5630
                                                    Email: scott_braden@fd.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Andrew Moshos**
                                                    MORRIS NICHOLS ARSHT &
                                                    TUNNELL LLP
                                                    1201 North Market Street
                                                    P.O. Box 1347
                                                    Wilmington, DE 19899–1347
                                                    302–351–9197
                                                    Fax: 302–425–3011
                                                    Email: amoshos@mnat.com
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jeffrey Lyons**
                                                    MORRIS NICHOLS ARSHT &
                                                    TUNNELL LLP
                                                    1201 North Market Street
                                                    P.O. Box 1347
                                                    Wilmington, DE 19899–1347
                                                    302–351–9390
                                                    Fax: 302–498–6236
                                                    Email: jlyons@mnat.com
                                                    *TERMINATED: 03/27/2020*
                                                    *PRO HAC VICE*

                                                    **Jennifer Ying**
                                                    MORRIS NICHOLS ARSHT &
                                                    TUNNELL LLP
                                                    1201 North Market Street, P.O. Box 1347
                                                    Wilmington, DE 19899–1347
                                                    302–351–9243
                                                    Fax: 302–225–2570
                                                    Email: jying@mnat.com
                                                    *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kraftschik**
POLSINELLI PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
302−252−0926
Email: skraftschik@polsinelli.com
*TERMINATED: 02/14/2020*
*PRO HAC VICE*

<u>Plaintiff</u>

KEITH NELSON                    represented by  **Dale Andrew Baich**
*20−cv−557*                                     OFFICE OF THE FEDERAL PUBLIC
                                                DEFENDER
                                                850 West Adams St.
                                                Suite 201
                                                Phoenix, AZ 85007
                                                602−382−2816
                                                Email: Dale_Baich@fd.org
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Jennifer M. Moreno**
                                                OFFICE OF THE PUBLIC FEDERAL
                                                DEFENDER, DISTICT OF ARIZONA
                                                850 West Adams Street
                                                Suite 201
                                                Phoenix, AZ 85007−2730
                                                602−382−2718
                                                Fax: 602−889−3960
                                                Email: jennifer_moreno@fd.org
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Brian J O'Sullivan**
                                                CROWELL & MORING LLP
                                                590 Madison Avenue
                                                New York, NY 10022
                                                212−803−4056
                                                Fax: 212−223−4134
                                                Email: bosullivan@crowell.com
                                                *TERMINATED: 09/11/2020*

                                                **Kathryn Louise Clune**
                                                CROWELL & MORING, LLP
                                                1001 Pennsylvania Avenue, NW
                                                Washington, DC 20004
                                                (202) 624−2500
                                                Fax: (202) 628−5116
                                                Email: kclune@crowell.com

*TERMINATED: 09/11/2020*

**Michael Robles**
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
212−803−4035
Email: mrobles@crowell.com
*TERMINATED: 09/11/2020*
*PRO HAC VICE*

**Plaintiff**

**BRANDON BERNARD**          represented by  **Ginger Dawn Anders**
*20−cv−00474*                              MUNGER, TOLLES & OLSON LLP
                                           601 Massachusetts Avenue, NW
                                           Suite 500e
                                           Washington, DC 20001−5369
                                           202−220−1107
                                           Fax: 213−683−5112
                                           Email: ginger.anders@mto.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Brendan B. Gants**
                                           MUNGER, TOLLES & OLSON LLP
                                           601 Massachusetts Avenue, NW
                                           Suite 500e
                                           Washington, DC 20001−5369
                                           202−220−1121
                                           Fax: 202−220−2300
                                           Email: brendan.gants@mto.com
                                           *ATTORNEY TO BE NOTICED*

                                           **Jonathan S. Meltzer**
                                           MUNGER, TOLLES & OLSON LLP
                                           601 Massachusetts Avenue, NW
                                           Suite 500e
                                           Washington, DC 20001−5369
                                           202−220−1105
                                           Email: Jonathan.Meltzer@mto.com
                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KEITH NELSON**             represented by  **Dale Andrew Baich**
*20−cv−557 TSC*                            (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Harry P. Cohen**
                                           CROWELL & MORING LLP
                                           590 Madison Avenue

New York, NY 10022
212–803–4044
Fax: 212–223–4134
Email: hcohen@crowell.com
*TERMINATED: 09/11/2020*
*PRO HAC VICE*

**James K. Stronski**
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
212–895–4217
Fax: 212–223–4134
Email: jstronski@crowell.com
*TERMINATED: 09/11/2020*
*PRO HAC VICE*

**Kathryn Louise Clune**
(See above for address)
*TERMINATED: 09/11/2020*

**Plaintiff**

**CHRISTOPHER ANDRE VIALVA**          represented by   **Michael F. Williams**
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389–5123
Fax: (202) 389–5200
Email: michael.williams@kirkland.com
*TERMINATED: 09/30/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Otto**
FEDERAL PUBLIC DEFENDER
ORGANIZATION
215 Dean A. McGee Avenue
Suite 109
Oklahoma City, OK 73102
405–609–5930
Fax: 405–609–5932
Email: susan_otto@fd.org
*TERMINATED: 09/30/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM EMMETT LECROY**          represented by   **Gregory Stuart Smith**
45795–019                                             LAW OFFICES OF GREGORY S. SMITH
USP TERRE HAUTE                                        913 East Capitol Street, SE
4700 BUREAU ROAD SOUTH                                 Washington, DC 20003

P.O. BOX 33
TERRE HAUTE, IN 47808

(202) 460–3381
Fax: (877) 809–9113
Email: gregsmithlaw@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**BRUCE WEBSTER**
*(05cv2337)*

represented by **Evan D. Miller**
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
(202) 639–6605
Email: emiller@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Christopher Toll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn B. Codd**
VINSON & ELKINS, L.L.P.
2200 Pennsylvania Avenue, NW
Suite 500–West
Washington, DC 20037
(202) 639–6536
Fax: (202) 639–8936
Email: kcodd@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Hernandez**
GREENBERG TRAURIG, P.A.
333 SE 2nd Avenue
Suite 4400
Miami, FL 33131
305–579–0570
Fax: 305–961–5727
Email: hernandezeric@gtlaw.com
*TERMINATED: 02/27/2020*

**Jeanne Vosberg Sourgens**
VINSON & ELKINS L.L.P
The Willard Office Building
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004

(202) 639–6633
Fax: (202) 639–6604
*ATTORNEY TO BE NOTICED*

**Robert E. Waters**
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 737–0500
Email: rwaters@velaw.com
*ATTORNEY TO BE NOTICED*

**William E. Lawler , III**
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
202–639–6676
Email: wlawler@velaw.com
*ATTORNEY TO BE NOTICED*

**Yousri H. Omar**
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
(202) 639–6500
Email: yomar@velaw.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ANTHONY BATTLE**            represented by   **Joshua Christopher Toll**
*(05cv2337)*                                   (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Margaret O'Donnell**
                                               P.O. Box 4815
                                               Frankfort, KY 40604–4815
                                               (502) 320–1837
                                               Fax: (502) 227–4669
                                               Email: mod@dcr.net
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Abigail Bortnick**
                                               KING & SPALDING LLP
                                               1700 Pennsylvania Avenue, NW
                                               Washington, DC 20006
                                               (202) 626–5502
                                               Fax: (202) 626–3737

Email: abortnick@kslaw.com
*ATTORNEY TO BE NOTICED*

**William E. Hoffmann , Jr.**
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
(404) 572–3383
Fax: (404) 572–5136
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ORLANDO HALL**
*(05cv2337)*

represented by **Amy J. Lentz**
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429–1320
Email: alentz@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Christopher Toll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Joseph Hulkower**
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036–1795
(202) 429–6221
Email: mhulkower@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew John Herrington**
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036–1795
(202) 429–8164
Email: mherrington@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Ayers**
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429–6401
Email: rayers@steptoe.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**DUSTIN LEE HONKEN**                    represented by    **Amelia J. Schmidt**
                                                           KAISER DILLON, PLLC
                                                           1099 14th Street
                                                           Suite 800 West
                                                           Washington, DC 20005
                                                           202–869–1301
                                                           Email: aschmidt@KaiserDillon.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jonathan Jeffress**
                                                           KAISER DILLON, PLLC
                                                           1099 14th Street
                                                           Suite 800 West
                                                           Washington, DC 20005
                                                           (202) 640–4430
                                                           Fax: (202) 280–1034
                                                           Email: jjeffress@kaiserdillon.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Shawn Nolan**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KAREN TANDY**                          represented by    **Bradley P. Humphreys**
*Administrator, Drug Enforcement*                          (See above for address)
*Administration (05cv2337)*                                *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Cristen Cori Handley**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Denise M. Clark**
                                                           U.S. ATTORNEY'S OFFICE FOR THE
                                                           DISTRICT OF COLUMBIA
                                                           555 Fourth Street, NW
                                                           Washington, DC 20530
                                                           (202) 252–6605
                                                           Fax: (202) 252–2599
                                                           Email: denise.clark@usdoj.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
Civil Division
555 4th Street NW
Washington, DC 20530
(202) 252–2575
Email: johnny.walker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter S. Smith**
UNITED STATES ATTORNEY'S
OFFICE
Appellate Division
555 4th Street, NW
Eighth Floor
Washington, DC 20530–0001
(202) 252–6769
Fax: (202) 514–8779
Email: peter.smith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**HARLEY G. LAPPIN**
*Director, Federal Bureau of Prisons;*
*05cv2337;07cv02145*

represented by **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**NEWTON E. KENDIG, II**
*Medical Director, Health Services Division, Federal Bureau of Prisons; 05cv2337;12cv782 ;13cv938*

represented by **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter S. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Erickson**
U. S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 1515
Washington, DC 20530
(202) 514–2841
Fax: (202) 305–2121
Email: robert.erickson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**MARK BEZY**                                    represented by  **Bradley P. Humphreys**
*Warden, U.S. Penitentiary Terre Haute*                           (See above for address)
*(05cv2337)*                                                      *LEAD ATTORNEY*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter S. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Erickson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

represented by

**JOHN DOES**
*I−V, Individually and in their official*
*capacities 05cv2337; 12cv00782 I−X*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

<u>**Defendant**</u>

**THOMAS WEBSTER**              represented by    **Bradley P. Humphreys**
*M.D.− Clinical Director;*                        (See above for address)
*05cv2337;12cv782; 13cv938*                       *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Cristen Cori Handley**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**ERIC H. HOLDER, JR.**
*Attorney General for the United States of America; 05cv2337; 12cv782;13cv938*

represented by **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul F. Enzinna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**MICHAEL B. MUKASEY**                    represented by    **Bradley P. Humphreys**
*07−cv−02145−TSC*                                          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**KAREN TANDY**                    represented by    **Bradley P. Humphreys**
*07−cv−02145−TSC*                                    (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Cristen Cori Handley**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Denise M. Clark**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jean Lin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Johnny Hillary Walker , III**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jonathan D. Kossak**
                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**ALAN R. DOERHOFF**
*07−cv−02145−TSC*

represented by **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**JOHN DOES**
*I−IV, Individually and in their official*
*capacities; 07−cv−02145−TSC*

represented by   **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**MICHELE LEONHART**
*07−cv−02145; 12cv782; 13cv938*

represented by **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**CHARLES E. SAMUELS, JR.**
*07−cv−02145; 12−cv−00782*

represented by **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**JOHN F. CARAWAY**
*07cv2145; 13cv938*

represented by **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**UNITED STATES DEPARTMENT OF JUSTICE**
*12cv782; 13cv938*

represented by **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**PAUL LAIRD**                    represented by    **Bradley P. Humphreys**
*12−cv−00782*                                       (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**KERRY J. FORESTAL**                    represented by    **Bradley P. Humphreys**
*12cv782;13cv938*                                         (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**CHARLES L. LOCKETT**                    represented by    **Bradley P. Humphreys**
*12−cv−00782*                                                (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Cristen Cori Handley**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Denise M. Clark**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jean Lin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Johnny Hillary Walker , III**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jonathan D. Kossak**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Paul R. Perkins**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Alan Burch**
                                                            (See above for address)
                                                            *TERMINATED: 09/23/2020*

                                                            **Ethan Price Davis**
                                                            (See above for address)
                                                            *TERMINATED: 07/03/2020*

**Defendant**

                                                    represented by

**WILLIAM P. BARR**
*19−cv−03214−TSC*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A.C. Meisler**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave NW
Ste 1264
Washington, DC 20530
202−307−3803
Email: scott.meisler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Defendant**

**JEFFREY E. KRUEGER**
*19−cv−03214−TSC*

represented by **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A.C. Meisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Defendant**

**JOSEPH MCCLAIN**                 represented by   **Bradley P. Humphreys**
*19−cv−03214−TSC*                                  (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Cristen Cori Handley**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Johnny Hillary Walker , III**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Paul R. Perkins**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Alan Burch**
                                                   (See above for address)
                                                   *TERMINATED: 09/23/2020*

**Defendant**

**RADM CHRIS A. BINA**             represented by   **Bradley P. Humphreys**
*19−cv−03214−TSC*                                  (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Cristen Cori Handley**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Johnny Hillary Walker , III**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A.C. Meisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Defendant**

**T. J. WATSON**                    represented by   **Bradley P. Humphreys**
*19−cv−03214−TSC*                                    (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Cristen Cori Handley**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Johnny Hillary Walker , III**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Paul R. Perkins**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Scott A.C. Meisler**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Alan Burch**
                                                     (See above for address)
                                                     *TERMINATED: 09/23/2020*

**Defendant**

**UTTAM DHILLON**                   represented by   **Bradley P. Humphreys**
*19cv3520; Acting Administrator, U.S.*               (See above for address)
*Drug Enforcement Administration*                    *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

Cristen Cori Handley
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Johnny Hillary Walker , III
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NICOLE ENGLISH**
*19cv3520; Acting Assistant Director, Health Services, Federal Bureau of Prisons*

represented by **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Cristen Cori Handley
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Johnny Hillary Walker , III
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Alan Burch
(See above for address)
*TERMINATED: 09/23/2020*

**Defendant**

**U.S. DEPARTMENT OF JUSTICE**

represented by **Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Johnny Hillary Walker , III
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Debtor−in−Possess**

**WILLIAM E. WILSON**
*M.D.,; 19−cv−03214−TSC*

represented by **Scott A.C. Meisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**RICHARD VEACH**                      represented by  **Denise M. Clark**
*Warden, U.S. Penitentiary Terre Haute*                (See above for address)
*(05cv2337); 07cv02145*                                *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Movant**

**LISA MARIE MONTGOMERY**              represented by  **Kelley Henry**
                                                       Federal Public Defender TNM
                                                       810 Broadway
                                                       Ste 200
                                                       Nashville, TN 37203
                                                       615–736–5047
                                                       Email: kelley_henry@fd.org
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Intervenor**

**JEFFREY PAUL**                       represented by  **Gary E. Proctor**
*(05cv2337)*                                           LAW OFFICES OF GARY E. PROCTOR,
                                                       LLC
                                                       8 E. Mulberry Street
                                                       Baltimore, MD 21202
                                                       (410) 444–1500
                                                       Fax: (443) 836–9162
                                                       Email: garyeproctor@gmail.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Shawn Nolan**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Robert L. McGlasson**
                                                       MCGLASSON & ASSOCIATES, PC
                                                       1024 Clairemont Avenue
                                                       Decatur, GA 30030
                                                       (404) 314–7664
                                                       Fax: (404) 879–0005
                                                       Email: rlmcglasson@comcast.net
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Sean D. O'Brien**
                                                       PUBLIC INTEREST LITIGATION
                                                       CLINIC
                                                       6155 Oak

Suite C
Kansas City, MO 64113
(816) 363–2795
Fax: (816) 363–2799
Email: dplc@dplclinic.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**DUSTIN HIGGS**                    represented by  **Shawn Nolan**
*(05cv2337)*                        (See above for address)
                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/15/2019 | | | Minute Entry: Status Conference held on 8/15/2019 before Judge Tanya S. Chutkan: Parties will adhere to the following schedule: Defendants shall file the administrative record on or before August 30, 2019; Plaintiffs shall complete the necessary 30(b)(6) depositions on or before February 28, 2020; and Plaintiffs shall file an amended complaint on or before March 31, 2020. Order forthcoming regarding consolidation of 05–2337; 07–2145; 12–782; and 13–958. (Court Reporter Bryan Wayne) (tb) Modified on 8/19/2019 (lctsc1). (Entered: 08/16/2019)– (Entry originally filed in 05cv2337 on 08/15/19.) (Entered: 08/29/2019) |
| 08/20/2019 | 1 | | ORDER: Upon consideration of the parties consent motions and the representations made by the parties at the August 15, 2019 status conference, the court hereby consolidates the four mention cases in the case caption of this order, pursuant to Federal Rule of Civil Procedure 42(a). It is therefore ORDERED that the following cases are to be consolidated into A Master Case File established for the lead case, 05–cv–2337 (TSC), as well as 07–cv–2145 (TSC), 12–cv–0782 (TSC), and 13–cv–0938 (TSC). All filings shall be made solely in the Master Case. SEE ORDER FOR DETAILS. Signed by Judge Tanya S. Chutkan on 8/20/19. (ztd) (Main Document 1 replaced on 8/29/2019) (tb). Modified on 8/29/2019 (DJS). (Entered: 08/27/2019) |
| 08/29/2019 | 2 | | MOTION for Preliminary Injunction by ALFRED BOURGEOIS (Attachments: # 1 Statement of Facts, # 2 Text of Proposed Order)(ztd); (Document originally filed in 12cv782 on 8/19/19) (Entered: 08/29/2019) |
| 08/29/2019 | 3 | | MOTION for Extension of Time to File Response/Reply by ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, HARLEY G. LAPPIN, MICHAEL B. MUKASEY (Attachments: # 1 Text of Proposed Order)(ztd); (Document originally filed in 05cv2337.) (Entered: 08/29/2019) |
| 08/29/2019 | | | MINUTE ORDER: Defendants' consent motion 3 for an extension of time to file a response to Plaintiff Alfred Bourgeois' (12–cv–00782) motion 2 for a preliminary injunction barring the execution of Plaintiff Bourgeois is GRANTED. Defendants shall file their response on or before September 16, 2019. Plaintiff's reply is due within one week of Defendants' response or September 23, 2019, whichever date is earlier. Signed by Judge Tanya S. Chutkan on 8/29/2019. (lctsc1) (Entered: 08/29/2019) |

| 08/30/2019 | <u>4</u> | | NOTICE *of Filing Certification of the Administrative Record and the Index of the Administrative Record* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # <u>1</u> Certified List of the Contents of the Administrative Records)Associated Cases: 1:19–mc–00145–TSC, 1:05–cv–02337–TSC, 1:07–cv–02145–TSC, 1:12–cv–00782–TSC, 1:13–cv–00938–TSC(Clark, Denise) (Entered: 08/30/2019) |
| --- | --- | --- | --- |
| 09/04/2019 | | | Set/Reset Deadlines: Response due by 9/16/2019. Reply due by 9/23/2019. Associated Cases: 1:19–mc–00145–TSC, 1:05–cv–02337–TSC, 1:07–cv–02145–TSC, 1:12–cv–00782–TSC, 1:13–cv–00938–TSC(tb) (Entered: 09/04/2019) |
| 09/05/2019 | <u>5</u> | | NOTICE of Appearance by Jean Lin on behalf of All Defendants (Lin, Jean) (Entered: 09/05/2019) |
| 09/05/2019 | <u>6</u> | | Memorandum in opposition to re <u>2</u> MOTION for Preliminary Injunction *(This Document Relates to Bourgeois v. Department of Justice, No. 12–0782* filed by KERRY J. FORESTAL, ERIC H. HOLDER, JR, PAUL LAIRD, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER. (Lin, Jean) (Entered: 09/05/2019) |
| 09/05/2019 | <u>7</u> | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Pieter Van Tol, :Firm– Hogan Lovells US LLP, :Address– 390 Madison Avenue New York, NY 10017. Phone No. – (212) 918–3000. Fax No. – (212) 918–3100 Filing fee $ 100, receipt number 0090–6360193. Fee Status: Fee Paid. by DANIEL LEWIS LEE (Attachments: # <u>1</u> Declaration of Pieter Van Tol, # <u>2</u> Text of Proposed Order, # <u>3</u> Certificate of Service)(Hagerty, Elizabeth) (Entered: 09/05/2019) |
| 09/05/2019 | <u>8</u> | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– John D. Beck, :Firm– Hogan Lovells US LLP, :Address– 390 Madison Avenue New York, NY 10017. Phone No. – (212) 918–3000. Fax No. – (212) 918–3100 Filing fee $ 100, receipt number 0090–6360222. Fee Status: Fee Paid. by DANIEL LEWIS LEE (Attachments: # <u>1</u> Declaration of John D. Beck, # <u>2</u> Text of Proposed Order, # <u>3</u> Certificate of Service)(Hagerty, Elizabeth) (Entered: 09/05/2019) |
| 09/06/2019 | | | MINUTE ORDER: THIS ORDER RELATES TO LEE (19cv2559). Granting <u>7</u> <u>8</u> Motions for Leave to Appear Pro Hac Vice. Pieter Van Tol and John D. Beck are hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff Daniel Lee. Signed by Judge Tanya S. Chutkan on 9/6/19. (DJS) (Entered: 09/06/2019) |
| 09/06/2019 | | | MINUTE ORDER: THIS ORDER RELATES TO ALL CASES. The parties are hereby reminded that, pursuant to the cour's Consolidation Order (ECF No. <u>1</u> ), when a filing is made that applies solely to ONE CASE, both the document and THE ECF ENTRY must contain a notation indicating that the filing Relates to [insert case NAME and NUMBER]. Documents that do not meet the requirements in the court's order may be STRICKEN sua sponte. Signed by Judge Tanya S. Chutkan on 9/6/19. (DJS) (Entered: 09/06/2019) |
| 09/10/2019 | <u>9</u> | | NOTICE of Appearance by David Solomon Victorson on behalf of DANIEL LEWIS LEE (Victorson, David) (Entered: 09/10/2019) |

| | | | |
|---|---|---|---|
| 09/11/2019 | <u>10</u> | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/11/2019. Answer due for ALL FEDERAL DEFENDANTS by 11/10/2019. (Hagerty, Elizabeth) (Entered: 09/11/2019) |
| 09/12/2019 | <u>11</u> | | REPLY to opposition to motion re (2 in 1:19−mc−00145−TSC) MOTION for Preliminary Injunction *(The filing relates to Bourgeois v. United States Department of Justice, et al., No. 12−cv−0782−TSC)* filed by ALFRED BOURGEOIS. Associated Cases: 1:19−mc−00145−TSC et al.(Kursman, Alexander) (Entered: 09/12/2019) |
| 09/13/2019 | | | MINUTE ORDER: The Court's 8/15/19 Order requiring that the Defendants file the administrative "record" by 8/30/19, is hereby AMENDED to reflect that, pursuant to Local Civil Rule 7(n), Defendants were obligated to file "a certified list of the contents of the administrative record" by 8/30/19. Signed by Judge Tanya S. Chutkan on 9/13/19. (DJS) (Entered: 09/13/2019) |
| 09/13/2019 | <u>12</u> | | TRANSCRIPT OF STATUS HEARING before Judge Tanya S. Chutkan held on August 15, 2019, re Consolidated Cases, CV Nos. 05−2337, 07−2145, 12−0782, 13−0938. Page Numbers: 1−22. Date of Issuance: 9/13/19. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/4/2019. Redacted Transcript Deadline set for 10/14/2019. Release of Transcript Restriction set for 12/12/2019.(Wayne, Bryan) (Entered: 09/13/2019) |
| 09/27/2019 | <u>13</u> | | MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* by DANIEL LEWIS LEE (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Declaration of Pieter Van Tol, # <u>3</u> Exhibit 1 − True and correct copy of a document entitled Addendum to BOP Execution Protocol Federal Death Sentence Implementation Procedures Effective July 25, 2019., # <u>4</u> Text of Proposed Order)(Van Tol, Pieter) (Entered: 09/27/2019) |
| 10/01/2019 | <u>14</u> | | Joint MOTION for Briefing Schedule as to <u>13</u> MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) (This document relates to Lee v. Barr,19−cv−2559)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # <u>1</u> Text of Proposed Order)(Lin, Jean) Modified event title on 10/3/2019 (znmw). (Entered: 10/01/2019) |

| 10/01/2019 | | | MINUTE ORDER: The parties' joint motion <u>14</u> for an extension of time to file a response and reply to Plaintiff Daniel Lee's (19−cv−02559) motion <u>13</u> for a preliminary injunction barring implementation of the new federal lethal injunction protocol is GRANTED. Defendants shall file their response on or before October 18, 2019. Plaintiff's reply is due on or before November 1, 2019. Signed by Judge Tanya S. Chutkan on 10/1/2019. (lctsc1) (Entered: 10/01/2019) |
| 10/01/2019 | | | Set/Reset Deadlines: Defendants' Response due by 10/18/2019. Plaintiff's Reply due by 11/1/2019. (zjd) (Entered: 10/03/2019) |
| 10/02/2019 | <u>15</u> | | NOTICE of Appearance by Amy J. Lentz on behalf of ORLANDO HALL (Lentz, Amy) (Main Document 15 replaced on 10/2/2019) (ztd). (Entered: 10/02/2019) |
| 10/18/2019 | <u>16</u> | | Memorandum in opposition to re <u>13</u> MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) (This document relates to Lee v. Barr,19−cv−2559)* filed by MARK BEZY, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER. (Lin, Jean) (Entered: 10/18/2019) |
| 10/24/2019 | <u>17</u> | | ENTERED IN ERROR.....NOTICE *of Supplementation to the Administrative Record and Filing of Certification of the Amended Administrative Record and the Amended Index of the Administrative Record* by MARK BEZY, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER re <u>4</u> Notice (Other), (Attachments: # <u>1</u> Certification and Amended Index to Administrative Record)(Kossak, Jonathan) Modified on 10/25/2019 (zjf). (Entered: 10/24/2019) |
| 10/24/2019 | <u>18</u> | | MOTION for Leave to File *supplemental briefing in support of Daniel Lewis Lee's Motion for Preliminary Injunction <u>13</u> (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)*, MOTION to File Excess Pages *for a reply brief* by DANIEL LEWIS LEE (Attachments: # <u>1</u> Declaration of Pieter Van Tol, # <u>2</u> Exhibit 1 − Transcript for August 15, 2019 Hearing before Court, # <u>3</u> Exhibit 2 − E−mail exchange between P. Van Tol and counsel for Defendants, October 2, 2019, # <u>4</u> Exhibit 3 − E−mail exchange between counsel for Defendants and P. Enzinna, September 25, |

| | | |
|---|---|---|
| | | 2019 and October 1, 2019, # 5 Exhibit 4 – E–mail exchange between P. Van Tol and counsel for Defendants, October 7, 2019 to October 23, 2019, # 6 Text of Proposed Order)(Van Tol, Pieter) (Entered: 10/24/2019) |
| 10/25/2019 | 19 | RESPONSE re 18 MOTION for Leave to File *supplemental briefing in support of Daniel Lewis Lee's Motion for Preliminary Injunction 13 (This filing relates to Lee v. Barr et al., Case No. 19–cv–02559–TSC)* MOTION for Leave to File Excess Pages *for a reply brief* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Clark, Denise) (Entered: 10/25/2019) |
| 10/25/2019 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 17 Notice (Other) was entered in error at the request of counsel and will be refiled.(jf) (Entered: 10/25/2019) |
| 10/25/2019 | 20 | NOTICE *(Corrected) of Supplementation to the Administrative Record and Filing of Certification of the Amended Administrative Record and the Amended Index of the Administrative Record (This filing relates to all cases consolidated in In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, Case No. 19–mc–145)* by MARK BEZY, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER re 4 Notice (Other), (Attachments: # 1 Certification and Amended Index to Administrative Record)(Kossak, Jonathan) (Entered: 10/25/2019) |
| 10/29/2019 | 21 | NOTICE of Appearance by Jonathan D. Kossak on behalf of All Defendants (Kossak, Jonathan) (Entered: 10/29/2019) |
| 11/01/2019 | | MINUTE ORDER granting, in part, and denying, in part, 18 Motion to Allow Supplemental Briefing and to Extend Page Limit. Granting with respect to page extension and denying without prejudice until further order of the Court with respect to supplemental briefing. Signed by Judge Tanya S. Chutkan on 11/1/19. (lcdl) (Entered: 11/01/2019) |
| 11/01/2019 | 22 | REPLY to opposition to motion re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19–cv–02559–TSC) (This filing relates to Lee v. Barr et al., Case No. 19–cv–02559–TSC)* filed by DANIEL LEWIS LEE. (Van Tol, Pieter) (Entered: 11/01/2019) |
| 11/01/2019 | 23 | DECLARATION of Pieter Van Tol to 22 . . . .REPLY to opposition to motion re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19–cv–02559–TSC) Reply Declaration of Pieter Van Tol (This filing relates to Lee v. Barr et al., Case No. 19–cv–02559–TSC)* filed by DANIEL LEWIS LEE. (Attachments: # 1 Exhibit A – Appellants Petition for En Banc Rehearing Death Penalty Case, May 14, 2020, # 2 Exhibit B –E–mail exchange between me and counsel for the Defendants between the period of October 7, 2019 and October 23, 2019, # 3 Exhibit C – Transcript for the |

| | | | |
|---|---|---|---|
| | | | conference before the Court on August 15, 2019)(Van Tol, Pieter) Modified text on 11/4/2019 (ztd). (Entered: 11/01/2019) |
| 11/01/2019 | 24 | | DECLARATION of Gail A. Van Norman, M.D. to 22 . . . . . REPLY to opposition to motion re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) Expert Declaration of Gail A. Van (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) Norman, M.D.* filed by DANIEL LEWIS LEE. (Van Tol, Pieter) Modified text on 11/4/2019 (ztd). (Entered: 11/01/2019) |
| 11/01/2019 | 25 | | DECLARATION of Craig W. Stevens, Ph.D. to 22 . . . . .REPLY to opposition to motion re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) Expert Declaration of Craig W. Stevens Ph.D. (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* filed by DANIEL LEWIS LEE. (Van Tol, Pieter) Modified text on 11/4/2019 (ztd). (Entered: 11/01/2019) |
| 11/01/2019 | 26 | | Unopposed MOTION to Intervene by DUSTIN LEE HONKEN (Attachments: # 1 Exhibit Complaint, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit)Associated Cases: 1:19−mc−00145−TSC et al.(Schmidt, Amelia) (Entered: 11/01/2019) |
| 11/04/2019 | 27 | | MOTION for Extension of Time to *Respond to Complaint* by UNITED STATES DEPARTMENT OF JUSTICE (Clark, Denise) Modified on 11/5/2019 (ztd). (Entered: 11/04/2019) |
| 11/05/2019 | 28 | | NOTICE of Appearance by Jonathan Jeffress on behalf of DUSTIN LEE HONKEN (Jeffress, Jonathan) (Entered: 11/05/2019) |
| 11/05/2019 | 29 | | MOTION for Preliminary Injunction by DUSTIN LEE HONKEN (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Jeffress, Jonathan) (Entered: 11/05/2019) |
| 11/05/2019 | | | NOTICE OF ERROR re 28 Notice of Appearance; emailed to jjeffress@kaiserdillon.com, cc'd 64 associated attorneys −− The PDF file you docketed contained errors: 1. Counsel must call Attorney Admissions, (202) 354−3110, regarding status. (ztd, ) (Entered: 11/05/2019) |
| 11/05/2019 | 30 | | RESPONSE re 27 MOTION for Extension of Time to File Response/Reply *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* filed by DANIEL LEWIS LEE. (Van Tol, Pieter) (Entered: 11/05/2019) |
| 11/05/2019 | 31 | | Consent MOTION for Extension of Time to *Respond to Proposed Plaintiff/Intervenor Honken's Motion for Preliminary Injunction (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* by MARK BEZY, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF |

| | | | |
|---|---|---|---|
| | | | JUSTICE, THOMAS WEBSTER (Attachments: # 1 Text of Proposed Order)(Kossak, Jonathan) (Entered: 11/05/2019) |
| 11/06/2019 | 32 | | MOTION for Leave to File *the expert declarations of Gail A. Norman, M.D. and Craig W. Stevens, Ph.D. (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* by DANIEL LEWIS LEE (Attachments: # 1 Text of Proposed Order)(Van Tol, Pieter) (Entered: 11/06/2019) |
| 11/07/2019 | 33 | | Joint MOTION for Hearing *(This filing relates to All Cases)* by DANIEL LEWIS LEE (Van Tol, Pieter) (Entered: 11/07/2019) |
| 11/07/2019 | | | MINUTE ORDER denying 33 the parties' motion for a hearing without prejudice until further order of the Court. The Court intends to issue a ruling and/or hold a hearing no later than November 20, 2019. Signed by Judge Tanya S. Chutkan on November 7, 2019. (tsclc2) (Entered: 11/07/2019) |
| 11/08/2019 | | | MINUTE ORDER: Granting 26 Dustin Lee Honkin's Unopposed Motion to Intervene, pursuant to Federal Rule of Civil Procedure 24(b). Denying 31 Consent Motion for Extension of Time to respond to Dustin Lee Honkin's Motion for Preliminary Judgment. Defendant shall file its response by November 12, 2019 at 5pm. Plaintiff's reply brief shall be filed by November 18, 2019 at 12 p.m. The Court will view motions for extension with extreme disfavor. Granting 27 Defendant's Motion for Extension of Time to Respond to Daniel Lewis Lee's Complaint. Defendant's response to the Complaint shall be filed no later than April 30, 2020 at 12 p.m.. Signed by Judge Tanya S. Chutkan on 11/8/2019. (tsclc2) (Entered: 11/08/2019) |
| 11/08/2019 | | | Set/Reset Deadlines/Hearings: Answer due by 4/30/2020. Response due by 11/12/2019. Reply due by 11/18/2019. (tb) (Entered: 11/08/2019) |
| 11/08/2019 | 34 | | MOTION for Preliminary Injunction *Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol,* by WESLEY IRA PURKEY (Attachments: # 1 Text of Proposed Order)(Smith, Arin) (Entered: 11/08/2019) |
| 11/08/2019 | 38 | | Intervenor COMPLAINT filed by DUSTIN LEE HONKEN. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(ztd) (Entered: 11/13/2019) |
| 11/12/2019 | 35 | | NOTICE of Appearance by Ethan Price Davis on behalf of All Defendants (Attachments: # 1 Certificate of Service)(Davis, Ethan) (Entered: 11/12/2019) |
| 11/12/2019 | 36 | | RESPONSE re 29 MOTION for Preliminary Injunction *(This document relates to Lee v. Barr, 19−cv−2559, re Intervenor Plaintiff Honken)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Declaration of Raul Campos)(Lin, Jean) (Entered: 11/12/2019) |
| 11/12/2019 | 37 | | Memorandum in opposition to re 34 MOTION for Preliminary Injunction *Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol, (This document relates to Purkey v. Barr, 19−cv−03214)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 11/12/2019) |
| 11/12/2019 | | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER: Defendant shall file the administrative record in its entirety no later than November 14, 2019 at 5pm. Given this order, parties need not jointly prepare the appendix referred to in Local Civil Rule 7(n)(1),(2). Signed by Judge Tanya S. Chutkan on 11/12/19. (tsclc2) (Entered: 11/12/2019) |
| 11/13/2019 | | | MINUTE ORDER: This order relates to 19cv3214 (Wesley Purkey). GRANTING Motions for Admission Pro Hac Vice filed in 19cv3214–TSC at ECF Nos. 3 and 4 Alan E. Schoenfeld and Ryan M. Chabot are hereby admitted pro hac vice in this matter on behalf of Wesley Purkey. Signed by Judge Tanya S. Chutkan on 11/13/19. (DJS) Modified on 11/13/2019 (tb). Modified on 11/13/2019 (tb). (Entered: 11/13/2019) |
| 11/13/2019 | | | MINUTE ORDER: Counsel are hereby reminded that pursuant to Paragraph 8 of this court's Consolidation Order 1 , when a document is filed that relates to one or more, but not all consolidated cases, the relevant case name(s) and CASE NUMBER(S) must appear in the caption of the document AND on the CM/ECF ENTRY (e.g., This document relates to LEE HONKEN 19–cv–2559). Signed by Judge Tanya S. Chutkan on 11/13/19. (DJS) (Entered: 11/13/2019) |
| 11/13/2019 | 39 | | NOTICE *of Filing of the Amended Administrative Record (this filing relates to All Cases)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Amended Administrative Record)(Kossak, Jonathan) (Entered: 11/13/2019) |
| 11/13/2019 | 40 | | NOTICE of Appearance– Pro Bono by Charles Frederick Walker on behalf of CORY JOHNSON (Walker, Charles) (Entered: 11/13/2019) |
| 11/13/2019 | 41 | | NOTICE of Appearance– Pro Bono by Steven M Albertson on behalf of CORY JOHNSON (Albertson, Steven) (Entered: 11/13/2019) |
| 11/14/2019 | | | Set/Reset Deadlines: Administrative Record due by 11/14/2019. (tb) (Entered: 11/14/2019) |
| 11/14/2019 | 42 | | NOTICE of Appearance by Alan Burch on behalf of All Defendants (Burch, Alan) (Entered: 11/14/2019) |
| 11/14/2019 | 43 | | NOTICE of Appearance by Paul Perkins on behalf of All Defendants (Perkins, Paul) (Entered: 11/14/2019) |
| 11/18/2019 | 44 | | REPLY to opposition to motion re (29 in 1:19–mc–00145–TSC) MOTION for Preliminary Injunction filed by DUSTIN LEE HONKEN. (Attachments: # 1 Exhibit)Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–02559–TSC(Jeffress, Jonathan) (Entered: 11/18/2019) |
| 11/18/2019 | 45 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by DUSTIN LEE HONKEN (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Reply to Opposition, # 2 Exhibit Exhibit 1)(Jeffress, Jonathan) (Entered: 11/18/2019) |
| 11/18/2019 | 46 | | SEALED MOTION filed by WESLEY IRA PURKEY (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Smith, Arin) (Entered: 11/18/2019) |
| 11/18/2019 | 47 | | |

| | | |
|---|---|---|
| | | REPLY to opposition to motion re <u>34</u> MOTION for Preliminary Injunction *Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol,* (This document relates to Purkey v. Barr, 19–cv–03214) filed by WESLEY IRA PURKEY. (Attachments: # <u>1</u> Exhibit 1)(Smith, Arin) Modified text on 11/18/2019 at the request of counsel (ztth). (Entered: 11/18/2019) |
| 11/18/2019 | | MINUTE ORDER: Granting DUSTIN LEE HONKEN's <u>45</u> Sealed Motion for Leave to File Document Under Seal and WESLEY IRA PURKEY's <u>46</u> Sealed Motion for leave to File Document Under Seal. SO ORDERED – by Judge Tanya S. Chutkan on 11/18/19. (tb) (Entered: 11/18/2019) |
| 11/18/2019 | <u>48</u> | SEALED REPLY TO OPPOSITION filed by DUSTIN LEE HONKEN re <u>29</u> MOTION for Preliminary Injunction (This document is SEALED and only available to authorized persons.) (Attachments: # <u>1</u> Exhibit)(ztd) (Entered: 11/19/2019) |
| 11/18/2019 | <u>49</u> | SEALED REPLY TO OPPOSITION filed by WESLEY IRA PURKEY re <u>34</u> MOTION for Preliminary Injunction *Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol,* (This document is SEALED and only available to authorized persons.) (Attachments: # <u>1</u> Exhibit)(ztd) (Entered: 11/19/2019) |
| 11/20/2019 | <u>50</u> | MEMORANDUM AND OPINION regarding Plaintiffs' motions <u>2</u> <u>13</u> <u>29</u> <u>34</u> for preliminary injunction. Signed by Judge Tanya S. Chutkan on 11/20/2019. (tsclc) (Entered: 11/20/2019) |
| 11/20/2019 | <u>51</u> | ORDER granting <u>2</u> Motion for Preliminary Injunction; granting <u>13</u> Motion for Preliminary Injunction; granting <u>29</u> Motion for Preliminary Injunction; granting <u>34</u> Motion for Preliminary Injunction. Defendants are hereby enjoined from executing Plaintiffs until further order of this court. See Order for additional details. Signed by Judge Tanya S. Chutkan on 11/20/2019. (tsclc) (Entered: 11/20/2019) |
| 11/20/2019 | <u>56</u> | SEALED DOCUMENT filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (This document is SEALED and only available to authorized persons.)(ztd) (Entered: 11/21/2019) |
| 11/21/2019 | <u>52</u> | NOTICE OF APPEAL TO DC CIRCUIT COURT as to <u>51</u> Order on Motion for Preliminary Injunction,,,,,,, <u>50</u> Order by UNITED STATES DEPARTMENT OF JUSTICE. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # <u>1</u> November 20, 2019 Order, # <u>2</u> November 20, 2019 Memorandum Opinion)(Lin, Jean) (Entered: 11/21/2019) |
| 11/21/2019 | <u>53</u> | |

| | | | |
|---|---|---|---|
| | | | MOTION to Stay *Preliminary Injunction Pending Appeal (This document relates to Bourgeois v. Dep't of Justice, 12−cv−782, Lee v. Barr, 19−cv−2559, and Purkey v. Barr, 19−cv−3214)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Lin, Jean) (Entered: 11/21/2019) |
| 11/21/2019 | 54 | | AFFIDAVIT re 53 MOTION to Stay *Preliminary Injunction Pending Appeal (This document relates to Bourgeois v. Dep't of Justice, 12−cv−782, Lee v. Barr, 19−cv−2559, and Purkey v. Barr, 19−cv−3214) (Declaration of Rick Winter)* by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 11/21/2019) |
| 11/21/2019 | 55 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 52 Notice of Appeal to DC Circuit Court,. (ztd) (Entered: 11/21/2019) |
| 11/22/2019 | 57 | | RESPONSE re 53 MOTION to Stay *Preliminary Injunction Pending Appeal (This document relates to Bourgeois v. Dep't of Justice, 12−cv−782, Lee v. Barr, 19−cv−2559, and Purkey v. Barr, 19−cv−3214)* filed by ALFRED BOURGEOIS, DUSTIN LEE HONKEN, DANIEL LEWIS LEE, WESLEY IRA PURKEY. (Smith, Arin) (Entered: 11/22/2019) |
| 11/22/2019 | | | MINUTE ORDER: Upon consideration of Defendants' 53 Motion to Stay, this court finds that Defendants are not likely to succeed on the merits of their appeal and that the balance of harms does not weigh in favor of a stay. Therefore, Defendants' 53 Motion to Stay is hereby DENIED. Signed by Judge Tanya S. Chutkan on 11/22/2019. (tsclc) (Entered: 11/22/2019) |
| 11/22/2019 | | | USCA Case Number 19−5322 for 52 Notice of Appeal to DC Circuit Court, filed by UNITED STATES DEPARTMENT OF JUSTICE. (zrdj) (Entered: 11/22/2019) |
| 12/03/2019 | 58 | | Supplemental Record on Appeal transmitted to US Court of Appeals re Minute Order on Motion to Stay, ; (ztd) (Entered: 12/03/2019) |
| 12/04/2019 | | | MINUTE ORDER: This order relates to Lee (19cv2559). Denying without prejudice 32 Motion for Leave to File Declarations given that the court did not rely on the declarations in ruling on the motion for preliminary injunction. Signed by Judge Tanya S. Chutkan on 12/04/19. (tsclc2) (Entered: 12/04/2019) |
| 12/04/2019 | | | MINUTE ORDER: Status Conference scheduled for February 6, 2020 at 2:00 PM in Courtroom 9 before Judge Tanya S. Chutkan to discuss discovery, filing a consolidated amended complaint, and a case management plan. Signed by Judge Tanya S. Chutkan on 12/04/19. (tsclc2) (Entered: 12/04/2019) |
| 12/05/2019 | 59 | | NOTICE of Appearance− Pro Bono by Evan D. Miller on behalf of BRUCE WEBSTER (Miller, Evan) (Entered: 12/05/2019) |
| 12/06/2019 | | | Minute Entry: Telephone Conference held on 12/6/2019 before Judge Tanya S. Chutkan. (Court Reporter Bryan Wayne) (tb) (Entered: 12/09/2019) |
| 12/10/2019 | 60 | | NOTICE of Appearance by Scott Wilson Braden on behalf of NORRIS G. HOLDER, JR (Braden, Scott) (Main Document 60 replaced on 12/10/2019) (ztd). (Entered: 12/10/2019) |

| 12/12/2019 | | | MINUTE ORDER: By 4:00 pm on 2/4/20, the parties shall file a joint status report that includes a proposal for moving forward with this case, including potentially filing consolidated pleadings and avoiding repetitious filings. The joint report shall be accompanied by a proposed order. Signed by Judge Tanya S. Chutkan on 12/12/19. (DJS) (Entered: 12/12/2019) |
|---|---|---|---|
| 12/13/2019 | 61 | | NOTICE of Appearance– Pro Bono by Eric Hernandez on behalf of BRUCE WEBSTER (Hernandez, Eric) (Entered: 12/13/2019) |
| 12/13/2019 | | | Set/Reset Deadlines: Joint Status Report due by 2/4/2020. (tb) (Entered: 12/13/2019) |
| 12/14/2019 | 62 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Andrew Moshos, Filing fee $ 100, receipt number ADCDC–6646229. Fee Status: Fee Paid. by NORRIS G. HOLDER, JR (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Braden, Scott) (Entered: 12/14/2019) |
| 12/14/2019 | 63 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Stephen Kraftschik, Filing fee $ 100, receipt number ADCDC–6646230. Fee Status: Fee Paid. by NORRIS G. HOLDER, JR (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Braden, Scott) (Entered: 12/14/2019) |
| 12/14/2019 | 64 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jennifer Ying, Filing fee $ 100, receipt number ADCDC–6646233. Fee Status: Fee Paid. by NORRIS G. HOLDER, JR (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Braden, Scott) (Entered: 12/14/2019) |
| 12/23/2019 | | | MINUTE ORDER: Granting 62 63 64 Motions for Leave to Appear Pro Hac Vice. Andrew Moshos, Stephen Kraftschik and Jennifer Ying are hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff Norris Holder (19–cv–3570). **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions**; granting 63 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions**; granting 64 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions**. Signed by Judge Tanya S. Chutkan on 12/23/19. (DJS) (Entered: 12/23/2019) |
| 12/26/2019 | 65 | | NOTICE of Appearance by Stephen J. Kraftschik on behalf of NORRIS G. HOLDER, JR(19–cv–03520–TSC) (Kraftschik, Stephen) (Entered: 12/26/2019) |
| 12/26/2019 | 66 | | NOTICE of Appearance by Jennifer Ying on behalf of NORRIS G. HOLDER, JR(19–cv–03520–TSC) (Ying, Jennifer) (Entered: 12/26/2019) |
| 12/26/2019 | 67 | | NOTICE of Appearance by Andrew Moshos on behalf of NORRIS G. HOLDER, JR(19–cv–03520–TSC) (Moshos, Andrew) (Entered: 12/26/2019) |
| 01/02/2020 | 68 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to DANIEL LEWIS LEE. Attorney Elizabeth Hagerty terminated. (Hagerty, Elizabeth) (Entered: 01/02/2020) |
| 01/14/2020 | 69 | | NOTICE of Second Supplement to Administrative Record by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, |

| | | |
|---|---|---|
| | | UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY (Attachments: # 1 Campos Declaration and Corrected Page of Administrative Record, # 2 Certification of Second Amended Index of Administrative Record)(Burch, Alan) (Entered: 01/14/2020) |
| 01/16/2020 | | Set/Reset Hearings: Status Conference set for 02/06/2020 has been RESCHEDULED to 2/12/2020 at 11:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 01/16/2020) |
| 01/22/2020 | 70 | NOTICE *of Filing Under Seal Video of Rule 30(b)(6) deposition of US Marshals Service* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 01/22/2020) |
| 01/30/2020 | 71 | NOTICE *of Filing Under Seal Video of Rule 30(b)(6) deposition of the Office of the Attorney General* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD (Burch, Alan) (Entered: 01/30/2020) |
| 01/31/2020 | 72 | Unopposed MOTION for Extension of Time to File *Joint Status Report* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 01/31/2020) |
| 01/31/2020 | 73 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Stephanie Simon, Filing fee $ 100, receipt number ADCDC–6786976. Fee Status: Fee Paid. by WESLEY IRA PURKEY (Attachments: # 1 Declaration of Stephanie Simon, # 2 Text of Proposed Order)(Smith, Arin) (Entered: 01/31/2020) |
| 02/03/2020 | | MINUTE ORDER granting 72 Unopposed Motion for Extension. Joint Status Report is now due at February 10, 2020 at 4PM. Signed by Judge Tanya S. Chutkan on 2/3/2020. (lcdl) (Entered: 02/03/2020) |

| 02/04/2020 | <u>74</u> | | NOTICE of Appearance by Andres C. Salinas on behalf of WESLEY IRA PURKEY (Salinas, Andres) (Entered: 02/04/2020) |
|---|---|---|---|
| 02/04/2020 | | | Set/Reset Deadlines: Joint Status Report due by 2/10/2020. (tb) (Entered: 02/04/2020) |
| 02/05/2020 | <u>75</u> | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Norman Anderson, Fee Status: No Fee Paid. by DUSTIN LEE HONKEN (Attachments: # <u>1</u> Declaration, # <u>2</u> Text of Proposed Order)Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC(Jeffress, Jonathan) (Entered: 02/05/2020) |
| 02/07/2020 | | | MINUTE ORDER: Denying without prejudice <u>73</u> Motion for Admission Pro Hac Vice for failing to fully comply with Local Civil Rule 83.2(d)(6). Affiants with offices located outside of the District of Columbia are still required to provide sufficient information for the court to determine "whether the affiant engages in the practice of law from an office located in the District of Columbia." Signed by Judge Tanya S. Chutkan on 2/7/2020. (DJS) (Entered: 02/07/2020) |
| 02/07/2020 | | | MINUTE ORDER: Granting in part and denying in part <u>75</u> Motion for Admission Pro Hac Vice. Norman Anderson may be heard in open court on behalf of Defendant HONKEN, but may not file papers in this court. See Local Civil Rule 83.2(c)(2) ("An attorney who engages in the practice of law from an office located in the District of Columbia must be a member of the District of Columbia Bar AND the Bar of this Court to file papers in this Court."). **Counsel should register for ECF via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 2/7/2020. (DJS) (Entered: 02/07/2020) |
| 02/10/2020 | <u>76</u> | | Joint STATUS REPORT by DANIEL LEWIS LEE. (Attachments: # <u>1</u> Text of Proposed Order)(Van Tol, Pieter) (Entered: 02/10/2020) |
| 02/10/2020 | <u>77</u> | | Unopposed MOTION for Leave to Appear by Telephone *at the February 12, 2020 Status Conference* by JULIUS ROBINSON (Attachments: # <u>1</u> Text of Proposed Order)Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC(Aminoff, Jonathan) (Entered: 02/10/2020) |
| 02/11/2020 | | | MINUTE ORDER granting <u>77</u> Motion for Leave to Appear by Telephone. Jonathan Aminoff, counsel for Julius Robinson, may appear at the 2/2/2020 status conference via telephone. Counsel shall contact Courtroom Deputy Tim Bradley at least two hours prior to the call for dial–in instructions. Signed by Judge Tanya S. Chutkan on 2/11/2020. (DJS) (Entered: 02/11/2020) |
| 02/11/2020 | | | MINUTE ORDER: Counsel are hereby reminded to familiarize themselves with court's Consolidation order <u>1</u> , which provides that "Any pleading or paper filed relating to any of the Federal Bureau of Prisons' Execution Protocol Cases must be filed ONLY in the Master Case File," which means you MUST CHECK "NO" WHEN ASKED "Do you want to spread this docket entry?". Signed by Judge Tanya S. Chutkan on 2/11/2020. (DJS) (Entered: 02/11/2020) |
| 02/12/2020 | <u>78</u> | | NOTICE of Appearance by Shawn Nolan on behalf of DUSTIN LEE HONKEN (Nolan, Shawn) (Entered: 02/12/2020) |

| 02/12/2020 | 79 | | NOTICE of Appearance by Shawn Nolan on behalf of CHADRICK EVAN FULKS (Nolan, Shawn) (Entered: 02/12/2020) |
|---|---|---|---|
| 02/12/2020 | | | Minute Entry: Status Conference held on 2/12/2020 before Judge Tanya S. Chutkan: Scheduling Order forthcoming. (Court Reporter Bryan Wayne) (tb) (Entered: 02/13/2020) |
| 02/14/2020 | 80 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to NORRIS G. HOLDER, JR. Attorney Stephen J. Kraftschik terminated. Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC(Kraftschik, Stephen) (Entered: 02/14/2020) |
| 02/19/2020 | 81 | | ORDER: Having considered the parties' joint status report 76 , it is ordered that the parties shall adhere to the following deadlines: Plaintiffs' consolidated amended complaint due March 31, 2020. Defendants' dispositive motion due June 1, 2020. Plaintiffs' combined opposition/or cross motion due August 3, 2020. Defendants' combined reply /opposition due September 14, 2020. Plaintiffs' reply, if any, due October 5, 2020. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file a joint case management plan 15 days after resolution of the dispositive motion, if necessary. Signed by Judge Tanya S. Chutkan on 02/19/20. (lcdl) (Entered: 02/19/2020) |
| 02/19/2020 | | | Set/Reset Deadlines: Amended Pleadings due by 3/31/2020. Cross Motion/due by 8/3/2020. Response to Cross Motion due by 9/14/2020. Reply to Cross Motion due by 10/5/2020. Dispositive Motion due by 6/1/2020. Response to Dispositive Motion due by 8/3/2020. Reply to Dispositive Motion due by 9/14/2020. Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC(tb) (Entered: 02/19/2020) |
| 02/20/2020 | 82 | | NOTICE *of Filing Under Seal of Rule 30(b)(6) deposition of Drug Enforcement Administration* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 02/20/2020) |
| 02/21/2020 | 83 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jeffery Lyons, Filing fee $ 100, receipt number ADCDC–6851362. Fee Status: Fee Paid. by NORRIS G. HOLDER, JR (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Braden, Scott) (Entered: 02/21/2020) |
| 02/24/2020 | | | MINUTE ORDER: Granting 83 Motion for Leave to Appear Pro Hac Vice. Jeffery Lyons is hereby admitted pro hac vice to appear in this matter on behalf Plaintiff NORRIS G. HOLDER, JR. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 2/24/2020. (DJS) (Entered: 02/24/2020) |
| 02/27/2020 | 84 | | |

| | | | NOTICE OF WITHDRAWAL OF APPEARANCE as to BRUCE WEBSTER. Attorney Eric Hernandez terminated. Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC(Hernandez, Eric) (Entered: 02/27/2020) |
|---|---|---|---|
| 03/02/2020 | 85 | | NOTICE of Appearance by Jeffrey Lyons on behalf of NORRIS G. HOLDER, JR (Lyons, Jeffrey) (Entered: 03/02/2020) |
| 03/03/2020 | 86 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to WESLEY IRA PURKEY. Attorney Arin Hillary Smith terminated. (Smith, Arin) (Entered: 03/03/2020) |
| 03/17/2020 | 87 | | Consent MOTION for Extension of Time to File *Consolidated Amended Complaint and Dispositive Motion Papers* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 03/17/2020) |
| 03/18/2020 | | | MINUTE ORDER granting 87 Joint Motion to Extend Time. The schedule adopted in ECF No. 81 is hereby VACATED. The parties shall adhere to the following deadlines: Plaintiff's Consolidated Amended Complaint due June 1, 2020; Defendant's dispositive motion due July 31, 2020; Plaintiff's combined opposition and/or cross motion due September 28, 2020; Defendant's combined reply and/or cross opposition due November 13, 2020; Plaintiff's cross reply (if any) due December 4, 2020. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file a joint case management plan 15 days after resolution of the dispositive motion, if necessary. Signed by Judge Tanya S. Chutkan on 3/18/2020. (lcdl) (Entered: 03/18/2020) |
| 03/27/2020 | 88 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to NORRIS G. HOLDER, JR. Attorney Jeffrey Lyons terminated. (Lyons, Jeffrey) (Entered: 03/27/2020) |
| 04/07/2020 | 89 | | NOTICE of Appearance by Jennifer M. Moreno on behalf of KEITH NELSON (Moreno, Jennifer) (Entered: 04/07/2020) |
| 05/14/2020 | 90 | | NOTICE *of Filing Under Seal Video of 30(b)(6) continuation deposition of Federal Bureau of Prisons* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, DUSTIN LEE HONKEN, IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement |

| | | | |
|---|---|---|---|
| | | | Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 05/14/2020) |
| 06/01/2020 | 91 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by WESLEY IRA PURKEY (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Proposed Sealed Complaint, # 2 Text of Proposed Order)(Schoenfeld, Alan) (Entered: 06/01/2020) |
| 06/01/2020 | 92 | | AMENDED COMPLAINT *(Redacted)* against WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER filed by WESLEY IRA PURKEY.(Schoenfeld, Alan) (Entered: 06/01/2020) |
| 06/01/2020 | 93 | | ENTERED IN ERROR. . . . .AMENDED COMPLAINT *Supplemental* against WILLIAM P. BARR filed by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Declaration of Dr. Arthur Grant)(Braden, Scott) Modified on 6/2/2020 (ztd). (Entered: 06/01/2020) |
| 06/01/2020 | 94 | | SUPPLEMENT TO 92 AMENDED COMPLAINT *Supplemental–Corrected* against WILLIAM P. BARR filed by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Declaration of Dr. Arthur Grant)(Braden, Scott) Modified on 6/2/2020 (ztd). (Entered: 06/01/2020) |
| 06/01/2020 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 93 Amended Complaint was entered in error and counsel refiled said pleading as docket entry no. 94 . (ztd) (Entered: 06/02/2020) |
| 06/07/2020 | 95 | | NOTICE of Appearance by Cristen Cori Handley on behalf of All Defendants (Handley, Cristen) (Entered: 06/07/2020) |
| 06/08/2020 | 96 | | NOTICE of Appearance by Dale Andrew Baich on behalf of KEITH NELSON (Baich, Dale) (Entered: 06/08/2020) |
| 06/08/2020 | 97 | | NOTICE *of Third Supplement to Administrative Record* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Attachments: # 1 Certified Index of Administrative Record, # 2 Bates Pages 1075–85)(Burch, |

| | | | |
|---|---|---|---|
| | | | Alan) (Entered: 06/08/2020) |
| 06/12/2020 | 98 | | MANDATE of USCA as to 52 Notice of Appeal to DC Circuit Court, filed by UNITED STATES DEPARTMENT OF JUSTICE ; USCA Case Number 19–5322. (Attachments: # 1 USCA Judgment)(zrdj) (Entered: 06/15/2020) |
| 06/15/2020 | 99 | | NOTICE *Regarding Execution Dates* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 06/15/2020) |
| 06/18/2020 | 100 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Danielle Desaulniers Stempel, Filing fee $ 100, receipt number ADCDC–7243866. Fee Status: Fee Paid. by DANIEL LEWIS LEE (Attachments: # 1 Declaration of Danielle Desaulniers Stempel, # 2 Text of Proposed Order, # 3 Certificate of Service)(Victorson, David) (Entered: 06/18/2020) |
| 06/19/2020 | 101 | | MOTION to Strike 99 Notice (Other),, by KEITH NELSON (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Clune, Kathryn) (Entered: 06/19/2020) |
| 06/19/2020 | | | MINUTE ORDER: Granting 5 Motion for Leave to Appear Pro Hac Vice. Danielle Desaulniers Stempel is hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff DANIEL LEWIS LEE. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions**. Signed by Judge Tanya S. Chutkan on 6/19/2020. (DJS) (Entered: 06/19/2020) |
| 06/19/2020 | 102 | | MOTION for Preliminary Injunction by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Declaration of Alan E. Schoenfeld, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Text of Proposed Order)(Schoenfeld, Alan) (Entered: 06/19/2020) |
| 06/19/2020 | 103 | | WITHDRAWN PURSUANT TO DOCKET ENTRY NO. 194 . . . . .SUPPLEMENTAL MEMORANDUM re 102 MOTION for Preliminary Injunction filed by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY, DANIEL LEWIS LEE by DANIEL LEWIS LEE. (Attachments: # 1 Exhibit A–Arkansas Lethal Injection Procedure, # 2 Certificate of Service)(Van Tol, Pieter) Modified event title on 6/23/2020 (znmw). Modified on 8/17/2020 (ztd). (Entered: 06/19/2020) |
| 06/19/2020 | 104 | | MOTION for Discovery *Expedited* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Exhibit 1–Plaintiffs First Set of Interrogatories to Defendants, # 2 Exhibit 2–E–mail Correspondence, # 3 Text of Proposed Order, # 4 Certificate of Service)(Van Tol, Pieter) (Entered: 06/19/2020) |
| 06/19/2020 | 105 | | |

| | | | |
|---|---|---|---|
| | | | ENTERED IN ERROR. . . . .MOTION to Expedite *THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Text of Proposed Order)(Schoenfeld, Alan) Modified on 6/22/2020 (ztd). (Entered: 06/19/2020) |
| 06/19/2020 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 105 MOTION to Expedite *THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557* was entered in error and counsel refiled said pleading as docket entry no. 106 . (ztd) (Entered: 06/22/2020) |
| 06/20/2020 | | | MINUTE ORDER: Defendants shall file any oppositions to Plaintiffs' 101 , 102 , 103 , 104 , and 105 no later than June 25, 2020. The opposition to each motion shall be filed separately, rather than as an omnibus opposition. Plaintiffs shall file any replies no later than June 29, 2020. The replies in support of each motion shall be filed separately, rather than as an omnibus reply. Signed by Judge Tanya S. Chutkan on 6/20/2020. (lcdl) (Entered: 06/20/2020) |
| 06/20/2020 | 106 | | MOTION to Expedite *(Corrected) (THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557)* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Text of Proposed Order)(Schoenfeld, Alan) (Entered: 06/20/2020) |
| 06/23/2020 | | | Set/Reset Deadlines: Responses due by 6/25/2020. Replies due by 6/29/2020. (tb) (Entered: 06/23/2020) |
| 06/25/2020 | 107 | | Memorandum in opposition to re 104 MOTION for Discovery *Expedited* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 06/25/2020) |
| 06/25/2020 | 108 | | Memorandum in opposition to re 106 MOTION to Expedite *(Corrected) (THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557)* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 06/25/2020) |

| 06/25/2020 | 109 | | Memorandum in opposition to re 101 MOTION to Strike 99 Notice (Other),, filed by WILLIAM P. BARR, ANTHONY BATTLE, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Attachments: # 1 Declaration of Kevin Pistro)(Burch, Alan) (Entered: 06/25/2020) |
|---|---|---|---|
| 06/25/2020 | 110 | | RESPONSE re 103 Memorandum, filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–IV, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Handley, Cristen) (Entered: 06/25/2020) |
| 06/25/2020 | 111 | | RESPONSE re 102 MOTION for Preliminary Injunction *(this filing relates to Lee v. Barr, 19cv2559, Purkey v. Barr, 19cv3214, Nelson v. Barr, 20cv557)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit A (book excerp), # 2 Exhibit Winter Decl. Excerp, # 3 Affidavit Declaration of Tom Watson, # 4 Affidavit Declaration of Joseph Antognini, MD)(Lin, Jean) (Entered: 06/25/2020) |
| 06/26/2020 | 112 | | NOTICE of Appearance by Danielle Desaulniers Stempel on behalf of DANIEL LEWIS LEE (Attachments: # 1 Certificate of Service)(Stempel, Danielle) (Entered: 06/26/2020) |
| 06/26/2020 | 113 | | NOTICE *of Correction (and Corrected Brief)* by UNITED STATES DEPARTMENT OF JUSTICE re 111 Response to motion, (Attachments: # 1 Errata CORRECTED Defendants' Opposition to Plaintiffs Lee, Honken, Purkery and Nelson's Motion for a Preliminary Injunction)(Lin, Jean) (Entered: 06/26/2020) |
| 06/29/2020 | 114 | | REPLY to opposition to motion re (101 in 1:19–mc–00145–TSC) MOTION to Strike (99) Notice (Other),, filed by KEITH NELSON. Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn) (Entered: 06/29/2020) |
| 06/29/2020 | 115 | | REPLY re 102 , 103 *in Support of Supplemental Memorandum in Support of Motion for a Preliminary Injunction* filed by DANIEL LEWIS LEE. (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) Modified linkage on 6/30/2020 (ztd). (Entered: 06/29/2020) |
| 06/29/2020 | 116 | | |

| | | | |
|---|---|---|---|
| | | | REPLY re <u>106</u> *in Further Support of Motion for Expedited Discovery* filed by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (Attachments: # <u>1</u> Exhibit A – OIRA Conclusion of EO 12866 Regulatory Review, # <u>2</u> Exhibit B – Exec. Order No. 12,866, # <u>3</u> Certificate of Service)(Van Tol, Pieter) Modified linkage on 6/30/2020 (ztd). (Entered: 06/29/2020) |
| 06/29/2020 | <u>117</u> | | MOTION for Leave to File *Supplemental Expert Declaration THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # <u>1</u> Exhibit 1 – Supplemental Expert Declaration of Gail A. Van Norman, M.D., # <u>2</u> Text of Proposed Order)(Schoenfeld, Alan) (Entered: 06/29/2020) |
| 06/29/2020 | <u>118</u> | | REPLY to opposition to motion re <u>102</u> MOTION for Preliminary Injunction *(THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557)* filed by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (Schoenfeld, Alan) (Entered: 06/29/2020) |
| 06/29/2020 | <u>119</u> | | REPLY to opposition to motion re <u>106</u> MOTION to Expedite *(Corrected) (THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557) (THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557)* filed by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (Schoenfeld, Alan) (Entered: 06/29/2020) |
| 06/30/2020 | <u>120</u> | | RESPONSE re <u>117</u> MOTION for Leave to File *Supplemental Expert Declaration THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # <u>1</u> Exhibit A−Proposed Surreply, # <u>2</u> Declaration Supplemental Declaration of Dr. Joseh F. Antognini, # <u>3</u> Text of Proposed Order)(Lin, Jean) (Entered: 06/30/2020) |
| 06/30/2020 | <u>121</u> | | Consent MOTION for Leave to File *Surreply and Supplemental Declaration of Dr. Joseph F. Antognini, in opposition to Plaintiffs' Motion for Preliminary Injunction (This filing relates to Lee v. Barr, 19cv2559, Purkey v. Barr, 19cv3214, and Nelson v. Barr, 20cv557)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # <u>1</u> Exhibit A−Proposed Surreply, # <u>2</u> Exhibit A−1 Supplemental Declaration of Dr. Joseh F. Antognini, # <u>3</u> Text of Proposed Order)(Lin, Jean) (Entered: 06/30/2020) |
| 06/30/2020 | <u>122</u> | | NOTICE *of Correction* by UNITED STATES DEPARTMENT OF JUSTICE re <u>120</u> Response to motion, <u>121</u> Consent MOTION for Leave to File *Surreply and Supplemental Declaration of Dr. Joseph F. Antognini, in opposition to Plaintiffs' Motion for Preliminary Injunction (This filing relates to Lee v. Barr, 19cv2559, Purkey v. Barr, 19cv3214, and Nelso* (Attachments: # <u>1</u> *Corrected Proposed Surreply, # <u>2</u> Corrected Supplemental Declaration of Dr. Joseph F. Antognini)(Lin, Jean) (Entered: 06/30/2020)* |
| 07/01/2020 | | | MINUTE ORDER: It is hereby ORDERED that Plaintiff' <u>117</u> Motion for Leave to File is GRANTED. Plaintiffs' filing of the supplemental expert |

| | | | |
|---|---|---|---|
| | | | declaration of Dr. Gail A. Van Norman is deemed properly filed and, accordingly, the court may consider this declaration in connection with Plaintiff' Motion for a Preliminary Injunction. It is further ORDERED that 121 Consent Motion for Leave to File is GRANTED. The Clerk of the Court shall docket Defendants' proposed surreply and supplemental declaration, the corrected version of which Defendants attached to 122 Notice of Correction.. Signed by Judge Tanya S. Chutkan on 7/1/2020. (lcdl) (Entered: 07/01/2020) |
| 07/01/2020 | 123 | | AFFIDAVIT Supplemental Expert Declaration of Gail A. Van Norman, M.D., by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (ztd) (Entered: 07/01/2020) |
| 07/01/2020 | 124 | | SURREPLY to re 117 MOTION for Leave to File *Supplemental Expert Declaration THIS DOCUMENT RELATES TO: Lee v. Barr, 19–cv–2559, Purkey v. Barr, 19–cv–3214, and Nelson v. Barr, 20–cv–557* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Declaration Supplemental Declaration of Dr. Joseh F. Antognini)(ztd) (Main Document 124 replaced on 7/1/2020) (ztd). (Attachment 1 replaced on 7/1/2020) (ztd). (Entered: 07/01/2020) |
| 07/02/2020 | 125 | | NOTICE by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY re 116 Reply to Document, 104 MOTION for Discovery *Expedited* (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) (Entered: 07/02/2020) |
| 07/03/2020 | 126 | | NOTICE *of Supplemental Authority. (THIS DOCUMENT RELATES TO: Purkey v. Barr, 19–cv–3214 )* by WESLEY IRA PURKEY (Attachments: # 1 Exhibit A)(Schoenfeld, Alan) (Entered: 07/03/2020) |
| 07/03/2020 | 127 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. Attorney Ethan Price Davis terminated. (Attachments: # 1 Certificate of Service)(Davis, Ethan) (Entered: 07/03/2020) |
| 07/06/2020 | | | MINUTE ORDER: Plaintiff's Unopposed Motion 91 to File Document Under Seal is hereby GRANTED. The Clerk of the Court is requested to file under seal Plaintiffs Amended Complaint (Exhibit 1). SO ORDERED by Judge Tanya S. Chutkan on 07/06/2020. (tb) (Entered: 07/06/2020) |
| 07/10/2020 | 129 | | NOTICE OF SUPPLEMENTAL AUTHORITY by DANIEL LEWIS LEE (Attachments: # 1 Exhibit A – Peterson v. Barr Order Granting Pls.' Motion for Prelim. Inj., # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/10/2020) |

| 07/10/2020 | | | MINUTE ORDER: Telephone Status Conference scheduled for July 11, 2020 at 1 PM. Signed by Judge Tanya S. Chutkan on 7/10/2020. (lcdl) (Entered: 07/10/2020) |
|---|---|---|---|
| 07/11/2020 | | | Set/Reset Hearings: Telephone Conference set for 7/11/2020 at 01:00 PM in Telephonic/VTC before Judge Tanya S. Chutkan. (lcdl) (Entered: 07/11/2020) |
| 07/11/2020 | | | Minute Entry: Telephone Conference held on 7/11/2020 before Judge Tanya S. Chutkan: The parties informed the Court of the posture of pending executions. (Court Reporter Bryan Wayne) (tb) (Entered: 07/11/2020) |
| 07/11/2020 | 130 | | TRANSCRIPT OF 7/11/20 TELEPHONE CONFERENCE before Judge Tanya S. Chutkan held on July 11, 2020; Page Numbers: 1–14. Date of Issuance: 7/11/2020. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form at www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 8/1/2020. Redacted Transcript Deadline set for 8/11/2020. Release of Transcript Restriction set for 10/9/2020.(Wayne, Bryan) (Entered: 07/11/2020) |
| 07/12/2020 | 131 | | NOTICE OF SUPPLEMENTAL AUTHORITY by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Exhibit Hartkemeyer v. Barr – Declaration of Rick Winter, # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/12/2020) |
| 07/12/2020 | 132 | | NOTICE *(Corrected) of Supplemental Authority* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Exhibit Exhibit Hartkemeyer v. Barr – Declaration of Rick Winter, # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/12/2020) |
| 07/12/2020 | 133 | | NOTICE by DANIEL LEWIS LEE (Attachments: # 1 Exhibit A – Peterson v. Barr Filed Opinion (No. 20–2252), # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/12/2020) |
| 07/12/2020 | 134 | | RESPONSE re 133 Notice (Other), 132 Notice (Other), *(this filing relates to Lee v. Barr et al. (No. 19–cv–2559), Purkey v. Barr et al. (No. 19–cv–03214), and Nelson v. Barr (No. 20–cv–557))* filed by WILLIAM P. BARR, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. |

| | | | |
|---|---|---|---|
| | | | SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Handley, Cristen) (Entered: 07/12/2020) |
| 07/13/2020 | 135 | | MEMORANDUM AND OPINION regarding Plaintiffs' 102 motion for preliminary injunction. Signed by Judge Tanya S. Chutkan on 7/13/2020. (lcdl) (Entered: 07/13/2020) |
| 07/13/2020 | 136 | | ORDER granting Plaintiffs' 102 Motion for Preliminary Injunction. Defendants are hereby enjoined from executing Plaintiffs until further order of this court. See Order for details. Signed by Judge Tanya S. Chutkan on 7/13/2020. (lcdl) (Entered: 07/13/2020) |
| 07/13/2020 | 137 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 135 Memorandum & Opinion, 136 Order on Motion for Preliminary Injunction by MICHELE LEONHART, JOHN F. CARAWAY, JEFFREY E. KRUEGER, CHADRICK EVAN FULKS, UNITED STATES DEPARTMENT OF JUSTICE, JOSEPH MCCLAIN, ERIC H. HOLDER, JR, CHARLES E. SAMUELS, JR, WILLIAM P. BARR, NEWTON E. KENDIG, II, MARK BEZY, KERRY J. FORESTAL, NICOLE ENGLISH, PAUL LAIRD, THOMAS WEBSTER, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), UTTAM DHILLON, ALAN R. DOERHOFF, HARLEY G. LAPPIN, JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), CHARLES L. LOCKETT, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), MICHAEL B. MUKASEY, T. J. WATSON, KAREN TANDY(07–cv–02145–TSC), RADM CHRIS A. BINA. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit District Court Opinion, # 2 Exhibit District Court Order)(Handley, Cristen) (Entered: 07/13/2020) |
| 07/13/2020 | 138 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 137 Notice of Appeal to DC Circuit Court,,,. (ztd) (Entered: 07/13/2020) |
| 07/13/2020 | 139 | | MOTION to Stay re 136 Order on Motion for Preliminary Injunction, 135 Memorandum & Opinion *(this filing relates to Lee v. Barr et al. (No. 19–cv–2559), Purkey v. Barr et al. (No. 19–cv–03214), and Nelson v. Barr (No. 20–cv–557))* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Attachments: # 1 Declaration Declaration of Rick Winter)(Handley, Cristen) |

| | | | |
|---|---|---|---|
| | | | (Entered: 07/13/2020) |
| 07/13/2020 | 140 | | Memorandum in opposition to re 139 MOTION to Stay re 136 Order on Motion for Preliminary Injunction, 135 Memorandum & Opinion *(this filing relates to Lee v. Barr et al. (No. 19−cv−2559), Purkey v. Barr et al. (No. 19−cv−03214), and Nelson v. Barr (No. 20−cv−557))* filed by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) (Entered: 07/13/2020) |
| 07/13/2020 | | | MINUTE ORDER: Upon consideration of Defendants' 139 Motion to Stay, this court finds that Defendants are not likely to succeed on the merits of their appeal and that the balance of harms does not weigh in favor of a stay. Therefore, Defendants' 139 Motion to Stay is hereby DENIED. Signed by Judge Tanya S. Chutkan on 7/13/2020. (lcdl) (Entered: 07/13/2020) |
| 07/13/2020 | | | USCA Case Number 20−5199 for 137 Notice of Appeal to DC Circuit Court,,, filed by MICHAEL B. MUKASEY, CHARLES L. LOCKETT, JOHN DOES, T. J. WATSON, KERRY J. FORESTAL, THOMAS WEBSTER, ERIC H. HOLDER, JR., MARK BEZY, CHADRICK EVAN FULKS, NICOLE ENGLISH, CHARLES E. SAMUELS, JR., MICHELE LEONHART, RADM CHRIS A. BINA, KAREN TANDY, UNITED STATES DEPARTMENT OF JUSTICE, NEWTON E. KENDIG, II, JOHN F. CARAWAY, PAUL LAIRD, JOSEPH MCCLAIN, JEFFREY E. KRUEGER, WILLIAM P. BARR, ALAN R. DOERHOFF, UTTAM DHILLON, HARLEY G. LAPPIN. (zrdj) (Entered: 07/13/2020) |
| 07/13/2020 | 141 | | NOTICE by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Exhibit A − No. 20−5199 Order, # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/13/2020) |
| 07/13/2020 | 142 | | NOTICE by DANIEL LEWIS LEE (Attachments: # 1 Exhibit A − Letter from Counsel Pieter Van Tol, # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/13/2020) |
| 07/14/2020 | 143 | | WITHDRAWN PURSUANT TO DOCKET ENTRY NO. 194 . . . . .Emergency MOTION for Order *on Pending Claim and Motion* by DANIEL LEWIS LEE (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) Modified on 8/17/2020 (ztd). (Entered: 07/14/2020) |
| 07/14/2020 | 144 | | MOTION for Order *(Emergency Notice Requesting Ruling on Pending Motion), re 102 , [THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557]* by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY (Schoenfeld, Alan) Modified event and text on 7/14/2020 (ztd). (Entered: 07/14/2020) |
| 07/15/2020 | 145 | | MEMORANDUM AND OPINION regarding Plaintiffs' 102 motion for preliminary injunction and Plaintiffs' 144 Motion for Order. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 146 | | ORDER granting Plaintiffs' 102 Motion for Preliminary Injunction and granting Plaintiffs' 144 Motion for Order. Defendants are HEREBY ENJOINED from executing Plaintiffs until further order of this court. See |

| | | |
|---|---|---|
| | | Order for details. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 147 | NOTICE OF APPEAL TO DC CIRCUIT COURT by MICHELE LEONHART, JOHN F. CARAWAY, JEFFREY E. KRUEGER, CHADRICK EVAN FULKS, UNITED STATES DEPARTMENT OF JUSTICE, JOSEPH MCCLAIN, ERIC H. HOLDER, JR, CHARLES E. SAMUELS, JR, WILLIAM P. BARR, NEWTON E. KENDIG, II, MARK BEZY, KERRY J. FORESTAL, NICOLE ENGLISH, PAUL LAIRD, THOMAS WEBSTER, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), UTTAM DHILLON, ALAN R. DOERHOFF, HARLEY G. LAPPIN, JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), CHARLES L. LOCKETT, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), MICHAEL B. MUKASEY, T. J. WATSON, KAREN TANDY(07–cv–02145–TSC), RADM CHRIS A. BINA. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit District Court Opinion, # 2 Exhibit District Court Order)(Handley, Cristen) (Entered: 07/15/2020) |
| 07/15/2020 | 148 | MOTION to Stay *(this filing relates to Lee v. Barr et al. (No. 19–cv–2559), Purkey v. Barr et al. (No. 19–cv–03214), and Nelson v. Barr (No. 20–cv–557))* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Handley, Cristen) (Entered: 07/15/2020) |
| 07/15/2020 | 149 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee was not paid because it was filed in forma pauperis re (147 in 1:19–mc–00145–TSC) Notice of Appeal to DC Circuit Court. Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(zadc) (Entered: 07/15/2020) |
| 07/15/2020 | 150 | Memorandum in opposition to re 53 MOTION to Stay *Preliminary Injunction Pending Appeal (This document relates to Bourgeois v. Dep't of Justice, 12–cv–782, Lee v. Barr, 19–cv–2559, and Purkey v. Barr, 19–cv–3214) THIS DOCUMENT RELATES TO: Lee v. Barr, 19–cv–2559, Purkey v. Barr, 19–cv–3214, and Nelson v. Barr, 20–cv–557* filed by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY. (Schoenfeld, Alan) (Entered: 07/15/2020) |
| 07/15/2020 | | USCA Case Number 20–5206 for 147 Notice of Appeal to DC Circuit Court,,, filed by MICHAEL B. MUKASEY, CHARLES L. LOCKETT, JOHN DOES, T. J. WATSON, KERRY J. FORESTAL, THOMAS WEBSTER, ERIC H. HOLDER, JR., MARK BEZY, CHADRICK EVAN FULKS, NICOLE |

| | | | |
|---|---|---|---|
| | | | ENGLISH, CHARLES E. SAMUELS, JR., MICHELE LEONHART, RADM CHRIS A. BINA, KAREN TANDY, UNITED STATES DEPARTMENT OF JUSTICE, NEWTON E. KENDIG, II, JOHN F. CARAWAY, PAUL LAIRD, JOSEPH MCCLAIN, JEFFREY E. KRUEGER, WILLIAM P. BARR, ALAN R. DOERHOFF, UTTAM DHILLON, HARLEY G. LAPPIN. (zrdj) (Entered: 07/15/2020) |
| 07/15/2020 | 151 | | Emergency MOTION for Order *for Preservation of Evidence* by DANIEL LEWIS LEE (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order)(Van Tol, Pieter) (Entered: 07/15/2020) |
| 07/15/2020 | 152 | | NOTICE OF CROSS APPEAL as to 146 Order on Motion for Order, 145 Memorandum & Opinion by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY. Filing fee $ 505, receipt number ADCDC–7341407. Fee Status: Fee Paid. Parties have been notified. (Schoenfeld, Alan) (Entered: 07/15/2020) |
| 07/15/2020 | 153 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 152 Notice of Cross Appeal. (zjf) (Entered: 07/15/2020) |
| 07/15/2020 | | | MINUTE ORDER: Upon consideration of Defendants' 148 Motion to Stay, this court finds that Defendants are not likely to succeed on the merits of their appeal and that the balance of harms does not weigh in favor of a stay. Therefore, Defendants' 148 Motion to Stay is hereby DENIED. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 154 | | ENTERED IN ERROR.....Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 152 Notice of Cross Appeal. (zrdj) Modified on 7/15/2020 (zrdj). (Entered: 07/15/2020) |
| 07/15/2020 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 154 Transmission of Notice of Appeal and Docket Sheet to USCA, was entered in error AS A DUPLICATE. (zrdj) (Entered: 07/15/2020) |
| 07/15/2020 | | | MINUTE ORDER: Defendants shall file any opposition to Plaintiffs' 151 Emergency Motion for Order for Preservation of Evidence no later than 2PM EST today, 7/15/2020. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 155 | | Memorandum in opposition to re 151 Emergency MOTION for Order *for Preservation of Evidence* filed by WILLIAM P. BARR, HARLEY G. LAPPIN. (Burch, Alan) (Entered: 07/15/2020) |
| 07/15/2020 | | | USCA Case Number 20–5210 for 152 Notice of Cross Appeal, filed by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY. (zrdj) (Entered: 07/15/2020) |
| 07/15/2020 | 156 | | MANDATE of USCA as to 137 Notice of Appeal to DC Circuit Court,,, filed by MICHAEL B. MUKASEY, CHARLES L. LOCKETT, JOHN DOES, T. J. WATSON, KERRY J. FORESTAL, THOMAS WEBSTER, ERIC H. HOLDER, JR., MARK BEZY, CHADRICK EVAN FULKS, NICOLE ENGLISH, CHARLES E. SAMUELS, JR., MICHELE LEONHART, RADM CHRIS A. BINA, KAREN TANDY, UNITED STATES DEPARTMENT OF |

| | | | |
|---|---|---|---|
| | | | JUSTICE, NEWTON E. KENDIG, II, JOHN F. CARAWAY, PAUL LAIRD, JOSEPH MCCLAIN, JEFFREY E. KRUEGER, WILLIAM P. BARR, ALAN R. DOERHOFF, UTTAM DHILLON, HARLEY G. LAPPIN ; USCA Case Number 20−5199. (Attachments: # 1 USCA Order)(zrdj) (Entered: 07/15/2020) |
| 07/15/2020 | 157 | | REPLY to opposition to motion re 151 Emergency MOTION for Order *for Preservation of Evidence* filed by DANIEL LEWIS LEE. (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) (Entered: 07/15/2020) |
| 07/15/2020 | 158 | | ORDER granting 151 Motion for Order to Preserve Evidence. See Order for details. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 159 | | NOTICE of Appearance by Michael Robles on behalf of KEITH NELSON (Robles, Michael) (Entered: 07/15/2020) |
| 07/15/2020 | 160 | | Emergency MOTION for Preservation of Evidence by KEITH NELSON (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:19−mc−00145−TSC, 1:20−cv−00557−TSC(Clune, Kathryn) (Entered: 07/15/2020) |
| 07/16/2020 | 161 | | NOTICE *Regarding Body of Daniel Lewis Lee* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, JEFFREY PAUL, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER re 158 Order on Motion for Order (Attachments: # 1 Exhibit Email to counsel for Lee)(Burch, Alan) (Entered: 07/16/2020) |
| 07/16/2020 | 162 | | RESPONSE re 160 Emergency MOTION for Preservation of Evidence filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 07/16/2020) |
| 07/16/2020 | 163 | | ORDER granting 160 Emergency Motion to Preserve Evidence. See Order for details. Signed by Judge Tanya S. Chutkan on 7/16/2020. (lcdl) (Entered: 07/16/2020) |
| 07/16/2020 | 164 | | Emergency MOTION to Stay *Execution Pending Cross−Appeal* by DUSTIN LEE HONKEN Associated Cases: 1:19−mc−00145−TSC, 1:19−cv−03520−TSC, 1:20−cv−00474−TSC, 1:20−cv−00557−TSC(Nolan, Shawn) (Entered: 07/16/2020) |

| | | | |
|---|---|---|---|
| 07/16/2020 | 165 | | Memorandum in opposition to re 164 Emergency MOTION to Stay *Execution Pending Cross−Appeal (this filing relates to Lee (Honken) v. Barr et al. (No. 19−cv−2559))* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Handley, Cristen) (Entered: 07/16/2020) |
| 07/16/2020 | 166 | | ORDER denying 164 Motion to Stay. See Order for details. Signed by Judge Tanya S. Chutkan on 7/16/2020. (lcdl) (Entered: 07/16/2020) |
| 07/22/2020 | 167 | | MANDATE of USCA as to 147 Notice of Appeal to DC Circuit Court,,, filed by MICHAEL B. MUKASEY, CHARLES L. LOCKETT, JOHN DOES, T. J. WATSON, KERRY J. FORESTAL, THOMAS WEBSTER, ERIC H. HOLDER, JR., MARK BEZY, CHADRICK EVAN FULKS, NICOLE ENGLISH, CHARLES E. SAMUELS, JR., MICHELE LEONHART, RADM CHRIS A. BINA, KAREN TANDY, UNITED STATES DEPARTMENT OF JUSTICE, NEWTON E. KENDIG, II, JOHN F. CARAWAY, PAUL LAIRD, JOSEPH MCCLAIN, JEFFREY E. KRUEGER, WILLIAM P. BARR, ALAN R. DOERHOFF, UTTAM DHILLON, HARLEY G. LAPPIN ; USCA Case Number 20−5206. (Attachments: # 1 USCA Order)(zrdj) (Entered: 07/22/2020) |
| 07/22/2020 | 168 | | NOTICE of Appearance by Harry P. Cohen on behalf of KEITH NELSON Associated Cases: 1:19−mc−00145−TSC, 1:20−cv−00557−TSC(Cohen, Harry) (Entered: 07/22/2020) |
| 07/31/2020 | 169 | | MOTION to Dismiss *Plaintiffs' NON−APA Claims and for Summary Judgment Regarding Plaintiffs' APA CLAIMS (This filing relates to All CASES)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Lin, Jean) (Entered: 07/31/2020) |
| 07/31/2020 | 170 | | MOTION for Summary Judgment *as to Plaintiffs' APA Claims (This filing relates to ALL CASES and is the same filing as ECF No. 169))* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Lin, Jean) (Entered: 07/31/2020) |
| 07/31/2020 | 171 | | NOTICE *of Fourth Supplement to the Administrative Record (this filing relates to ALL CASES)* by UNITED STATES DEPARTMENT OF JUSTICE (Kossak, Jonathan) (Entered: 07/31/2020) |
| 07/31/2020 | 172 | | NOTICE *Regarding Execution Date* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, CHARLES L. LOCKETT, JOSEPH |

| | | | |
|---|---|---|---|
| | | | MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 07/31/2020) |
| 07/31/2020 | 173 | | MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Attachments: # 1 Text of Proposed Order)(Burch, Alan) (Entered: 07/31/2020) |
| 07/31/2020 | 174 | | Emergency MOTION to Expedite *Trial* by KEITH NELSON (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 07/31/2020) |
| 07/31/2020 | 176 | | MANDATE of USCA as to 152 Notice of Cross Appeal, filed by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY ; USCA Case Number 20–5210. (Attachments: # 1 USCA Order)(zrdj) (Entered: 08/03/2020) |
| 08/03/2020 | | | MINUTE ORDER: Plaintiffs shall file any opposition to Defendants' Motion to Dismiss and Motion for Summary Judgment 169 170 in a single filing no later than August 10, 2020. Defendants shall file any Reply no later than August 13, 2020. Signed by Judge Tanya S. Chutkan on 8/3/2020. (lcdl) (Entered: 08/03/2020) |
| 08/03/2020 | | | MINUTE ORDER: Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul shall file any opposition to Defendants' Motion to Vacate 173 in a single filing no later than August 11, 2020. Defendants shall file any Reply no later than August 14, 2020. Signed by Judge Tanya S. Chutkan on 8/3/2020. (lcdl) (Entered: 08/03/2020) |
| 08/03/2020 | | | MINUTE ORDER: Defendants shall file any opposition to Plaintiff Nelson's Motion to Expedite Trial 174 no later than August 5, 2020. Plaintiff Nelson shall file any reply no later than August 7, 2020. Signed by Judge Tanya S. Chutkan on 8/3/2020. (lcdl) (Entered: 08/03/2020) |
| 08/03/2020 | | | Set/Reset Deadlines: Response to Motion to Dismiss or for Summary Judgment due by 8/10/2020. Reply to Motion for Summary Judgment due by 8/13/2020. (tb) (Entered: 08/03/2020) |
| 08/03/2020 | | | Set/Reset Deadlines: Response due by 8/11/2020. Reply due by 8/14/2020. (tb) (Entered: 08/03/2020) |
| 08/03/2020 | | | Set/Reset Deadlines: Motion to Expedite due by 8/5/2020. Reply due by 8/7/2020. (tb) (Entered: 08/03/2020) |

| 08/03/2020 | 175 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– James K. Stronski, Filing fee $ 100, receipt number DCDC–7415356. Fee Status: Fee Paid. by KEITH NELSON (Attachments: # 1 Declaration of James K. Stronski, # 2 Text of Proposed Order, # 3 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn) (Entered: 08/03/2020) |
|---|---|---|---|
| 08/03/2020 | 177 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Brian J. O'Sullivan, Filing fee $ 100, receipt number DCDC–7417622. Fee Status: Fee Paid. by KEITH NELSON (Attachments: # 1 Declaration of Brian J. O'Sullivan, # 2 Text of Proposed Order, # 3 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn) (Entered: 08/03/2020) |
| 08/04/2020 | 178 | | Memorandum in opposition to re 174 Emergency MOTION to Expedite *Trial (this filing relates to Nelson v. Barr (No. 20–cv–557))* filed by WILLIAM P. BARR, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Handley, Cristen) (Entered: 08/04/2020) |
| 08/04/2020 | | | MINUTE ORDER: Granting 175 7 Motions for Leave to Appear Pro Hac Vice. James K. Stronski and Brian J. OSullivan and are hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff (Nelson v. Barr 20–cv–557). **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**; granting 177 Motion for Leave to Appear Pro Hac V ice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutk an on 8/4/2020. (DJS) (Entered: 08/04/2020) |
| 08/04/2020 | 179 | | MOTION to defer briefing on Defendants' Motion to Vacate Preliminary Injunctions pending resolution of dispositive motions by ANTHONY BATTLE, ORLANDO HALL, CORY JOHNSON, JEFFREY PAUL, JAMES H. ROANE, JR, RICHARD TIPTON, BRUCE WEBSTER (Attachments: # 1 Text of Proposed Order)(Lentz, Amy) (Entered: 08/04/2020) |
| 08/04/2020 | 180 | | Emergency MOTION for Summary Judgment *on FDCA Causes of Action* by KEITH NELSON (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Cohen, Harry) (Entered: 08/04/2020) |
| 08/05/2020 | | | MINUTE ORDER: Defendants shall file any opposition to Plaintiffs' 179 Motion to Defer Briefing no later than August 6, 2020. Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul shall file any joint reply no later than August 7, 2020. Signed by Judge Tanya S. Chutkan on 8/5/2020. (lcdl) (Entered: 08/05/2020) |

| 08/05/2020 | | | MINUTE ORDER: Defendants' opposition to Plaintiff Nelson's 180 Motion for Summary Judgment shall be filed no later than August 10, 2020. Nelson's Reply shall be filed no later than August 13, 2020. Signed by Judge Tanya S. Chutkan on 8/5/2020. (lcdl) (Entered: 08/05/2020) |
|---|---|---|---|
| 08/05/2020 | | | Set/Reset Deadlines: Response due by 8/6/2020. Reply due by 8/7/2020. (tb) (Entered: 08/05/2020) |
| 08/05/2020 | | | Set/Reset Deadlines: Response to Motion for Summary Judgment due by 8/10/2020. Reply to Motion for Summary Judgment due by 8/13/2020. (tb) (Entered: 08/05/2020) |
| 08/05/2020 | 181 | | Memorandum in opposition to re 179 MOTION to defer briefing on Defendants' Motion to Vacate Preliminary Injunctions pending resolution of dispositive motions filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 08/05/2020) |
| 08/05/2020 | 182 | | REPLY to opposition to motion re 179 MOTION to defer briefing on Defendants' Motion to Vacate Preliminary Injunctions pending resolution of dispositive motions filed by ANTHONY BATTLE, ORLANDO HALL, CORY JOHNSON, JEFFREY PAUL, JAMES H. ROANE, JR, RICHARD TIPTON, BRUCE WEBSTER. (Lentz, Amy) (Entered: 08/05/2020) |
| 08/07/2020 | 183 | | REPLY to opposition to motion re (23 in 1:20–cv–00557–TSC, 174 in 1:19–mc–00145–TSC) Emergency MOTION to Expedite *Trial* filed by KEITH NELSON. (Attachments: # 1 Exhibit 1 – Report of Dr. DeJong, # 2 Exhibit 2 – Second Suppl. Decl. of Gail A. Van Norman, M.D., # 3 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/07/2020) |
| 08/10/2020 | | | MINUTE ORDER related to James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul: Plaintiffs' Motion to Defer Briefing 179 is hereby DENIED. However, the briefing schedule on the Motion to Vacate 173 is hereby amended as follows: Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul shall file any joint opposition no later than 8/17/2020 and Defendants shall file any Reply no later than 8/20/2020. Signed by Judge Tanya S. Chutkan on 8/10/2020. (lcdl) (Entered: 08/10/2020) |
| 08/10/2020 | 184 | | Memorandum in opposition to re (169 in 1:19–mc–00145–TSC) MOTION to Dismiss *Plaintiffs' NON–APA Claims and for Summary Judgment Regarding Plaintiffs' APA CLAIMS (This filing relates to All CASES)*, (170 in 1:19–mc–00145–TSC) MOTION for Summary Judgment *as to Plaintiffs' APA Claims (This filing relates to ALL CASES and is the same filing as ECF No. 169))* Opposition on Behalf of All Plaintiffs filed by JEFFREY PAUL. (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. |

| | | | |
|---|---|---|---|
| | | | 3)Associated Cases: 1:19−mc−00145−TSC, 1:19−cv−03520−TSC, 1:20−cv−00474−TSC, 1:20−cv−00557−TSC(Nolan, Shawn) (Entered: 08/10/2020) |
| 08/10/2020 | 185 | | NOTICE of Appearance by Bradley P. Humphreys on behalf of All Defendants (Humphreys, Bradley) (Entered: 08/10/2020) |
| 08/10/2020 | 186 | | Memorandum in opposition to re 169 MOTION to Dismiss *Plaintiffs' NON−APA Claims and for Summary Judgment Regarding Plaintiffs' APA CLAIMS (This filing relates to All CASES) Supplemental* filed by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Declaration of Dr. Gail Van Norman)(Braden, Scott) (Entered: 08/10/2020) |
| 08/10/2020 | 187 | | RESPONSE re 180 Emergency MOTION for Summary Judgment *on FDCA Causes of Action (This filing relates to Nelson v. Barr, 20cv557)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 08/10/2020) |
| 08/10/2020 | 188 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Alexander C. Drylewski, Filing fee $ 100, receipt number ADCDC−7446368. Fee Status: Fee Paid. by CORY JOHNSON (Attachments: # 1 Declaration of Alexander C. Drylewski, # 2 Text of Proposed Order)(Salzman, Donald) (Entered: 08/10/2020) |
| 08/11/2020 | | | Set/Reset Deadlines: Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul's Joint response due by 8/17/2020. Reply due by 8/20/2020. (tb) (Entered: 08/11/2020) |
| 08/12/2020 | 189 | | NOTICE of Appearance by Brian J O'Sullivan on behalf of KEITH NELSON Associated Cases: 1:19−mc−00145−TSC, 1:20−cv−00557−TSC(O'Sullivan, Brian) (Entered: 08/12/2020) |
| 08/13/2020 | | | MINUTE ORDER: It is hereby ORDERED that a telephonic status conference is scheduled for August 14, 2020 at 10:00 a.m. eastern. The court intends to discuss 174 Motion to Expedite Trial. It is further ORDERED that, pursuant to Standing Order 20−20 (BAH), the Court will provide access for the public to listen to the status conference at toll−free number 866−590−5055 and access code 3850112; and it is further ORDERED that participants using the public access telephone line shall adhere to the rules set forth in Standing Order 20−20, available on the Court's website. Signed by Judge Tanya S. Chutkan on 8/13/2020. (lcdl) (Entered: 08/13/2020) |
| 08/13/2020 | | | Set/Reset Hearings: Status Conference set for 8/14/2020 at 10:00 AM in Telephonic/VTC before Judge Tanya S. Chutkan. (tb) (Entered: 08/13/2020) |
| 08/13/2020 | 190 | | REPLY to opposition to motion re (180 in 1:19−mc−00145−TSC) Emergency MOTION for Summary Judgment *on FDCA Causes of Action* filed by KEITH NELSON. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Certificate of Service)Associated Cases: 1:19−mc−00145−TSC, 1:20−cv−00557−TSC(Cohen, Harry) (Entered: 08/13/2020) |
| 08/13/2020 | 191 | | REPLY to opposition to motion re 169 MOTION to Dismiss *Plaintiffs' NON−APA Claims and for Summary Judgment Regarding Plaintiffs' APA CLAIMS (This filing relates to All CASES)* filed by UNITED STATES |

| | | | DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 08/13/2020) |
|---|---|---|---|
| 08/14/2020 | 192 | | NOTICE of Appearance by James K. Stronski on behalf of KEITH NELSON Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Stronski, James) (Entered: 08/14/2020) |
| 08/14/2020 | | | Minute Entry: Telephone Conference held on 8/14/2020 before Judge Tanya S. Chutkan: Oral argument on 174 Motion for Expedited Trial; heard and taken under advisement. The Court hereby DENIES AS MOOT motions 104 and 106 . (Court Reporter Nancy Meyer) (tb) Modified on 8/14/2020 (tb). (Entered: 08/14/2020) |
| 08/15/2020 | 193 | | ORDER granting 169 Motion to Dismiss as to Count II ONLY and as to all Plaintiffs except Norris Holder; denying 174 Motion for an Expedited Trial. Signed by Judge Tanya S. Chutkan on 8/15/2020. (lcdl) (Entered: 08/15/2020) |
| 08/17/2020 | 194 | | NOTICE OF WITHDRAWAL OF MOTION by DANIEL LEWIS LEE re 143 Emergency MOTION for Order *on Pending Claim and Motion*, 103 Memorandum, (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) (Entered: 08/17/2020) |
| 08/17/2020 | 195 | | NOTICE *(EMERGENCY) Requesting Ruling on Pending Motions* by KEITH NELSON (Attachments: # 1 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/17/2020) |
| 08/17/2020 | 196 | | Emergency MOTION for Entry of Final Judgment by KEITH NELSON (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/17/2020) |
| 08/17/2020 | 197 | | Memorandum in opposition to re 173 MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul* filed by ANTHONY BATTLE, ORLANDO HALL, CORY JOHNSON, JEFFREY PAUL, JAMES H. ROANE, JR, RICHARD TIPTON, BRUCE WEBSTER. (Attachments: # 1 Text of Proposed Order)(Miller, Evan) (Entered: 08/17/2020) |
| 08/17/2020 | 198 | | RESPONSE re 196 Emergency MOTION for Entry of Final Judgment *(This filing relates to Nelson v. Barr, 20cv557)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 08/17/2020) |
| 08/18/2020 | 199 | | NOTICE of Appearance by Jonathan S. Meltzer on behalf of BRANDON BERNARD (Meltzer, Jonathan) (Entered: 08/18/2020) |
| 08/18/2020 | 200 | | NOTICE of Appearance by Brendan B. Gants on behalf of BRANDON BERNARD (Gants, Brendan) (Entered: 08/18/2020) |
| 08/18/2020 | 201 | | REPLY to opposition to motion re (32 in 1:20–cv–00557–TSC, 196 in 1:19–mc–00145–TSC) Emergency MOTION for Entry of Final Judgment filed by KEITH NELSON. (Attachments: # 1 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/18/2020) |
| 08/18/2020 | | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER to SHOW CAUSE: In light of the court's August 15, 2020 order 193 and Plaintiff Keith Nelson's emergency motion 196 , it is hereby ORDERED that all Plaintiffs with the exception of Norris Holder shall SHOW CAUSE in writing, not to exceed 10 pages, by 5p.m. on August 19, 2020, whether they object to the entry of final judgment as to Count II of the Amended Complaint 92 . Signed by Judge Tanya S. Chutkan on 08/18/2020. (kcfb) (Entered: 08/18/2020) |
| 08/19/2020 | | | Set/Reset Deadlines: Response to Show Cause due by 5 p.m. on 8/19/2020. (tb) (Entered: 08/19/2020) |
| 08/19/2020 | 202 | | RESPONSE TO ORDER TO SHOW CAUSE by JEFFREY PAUL, IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES re Order to Show Cause, *On Behalf of All Plaintiffs Except Nelson, Holder and Vialva* filed by JEFFREY PAUL, IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES. Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC, 1:20–cv–00474–TSC, 1:20–cv–00557–TSC, 1:20–cv–01693–TSC(Nolan, Shawn) (Entered: 08/19/2020) |
| 08/19/2020 | 203 | | RESPONSE re 196 Emergency MOTION for Entry of Final Judgment filed by CHRISTOPHER ANDRE VIALVA. (Otto, Susan) (Entered: 08/19/2020) |
| 08/20/2020 | 204 | | MEMORANDUM AND OPINION re 196 Plaintiff KEITH NELSON's Emergency MOTION for Entry of Final Judgment. Signed by Judge Tanya S. Chutkan on 8/20/2020. (DJS) (Entered: 08/20/2020) |
| 08/20/2020 | 205 | | ORDER granting 196 Motion for Entry of Final Judgment. The court hereby enters PARTIAL FINAL JUDGMENT for the Defendants, dismissing Count II (Eighth Amendment) of the Amended Complaint. This Judgement applies to all Plaintiffs in this consolidated action, except Norris Holder. Signed by Judge Tanya S. Chutkan on 8/20/2020. (DJS) (ztb). (Entered: 08/20/2020) |
| 08/20/2020 | 206 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to ( 193 in 1:19–mc–00145–TSC) Order on Motion to Expedite by KEITH NELSON. Filing fee $ 505, receipt number DCDC–7488946. Fee Status: Fee Paid. Parties have been notified. (Attachments: # 1 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn); Modified text and deleted docket entry relationship on 8/20/2020 at the request of counsel (ztth). (Entered: 08/20/2020) |
| 08/20/2020 | 207 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 206 Notice of Appeal to DC Circuit Court. (ztth) (Entered: 08/20/2020) |
| 08/20/2020 | | | USCA Case Number 20–5252 for 206 Notice of Appeal to DC Circuit Court, filed by KEITH NELSON. (zrdj) (Entered: 08/20/2020) |
| 08/20/2020 | 208 | | REPLY to opposition to motion re 173 MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul This Document Relates to Roane, et al. v. Barr, et al., No. 05–2337* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, KERRY J. FORESTAL, CHADRICK |

| | | | |
|---|---|---|---|
| | | | EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Attachments: # 1 Exhibit)(Humphreys, Bradley) (Entered: 08/20/2020) |
| 08/20/2020 | 209 | | ORDER denying 101 Plaintiff Nelson's (20–cv–557) Motion to Strike. Signed by Judge Tanya S. Chutkan on 8/20/20. (DJS) (Entered: 08/20/2020) |
| 08/22/2020 | 210 | | ORDER denying leave to file motions by non–parties Bille J. Allen and Dustin J. Higgs. The Clerk of the Court shall mail a copy of this order and the attachment to the movants at the addresses listed in the order. Signed by Judge Tanya S. Chutkan on 9/22/20. (Attachment: # 1 Motions from non–parties) (DJS) (Entered: 08/22/2020) |
| 08/25/2020 | 211 | | MOTION for Leave to File *a Surreply in Opposition to Defendants' Motion to Vacate Preliminary Injunctions* by JEFFREY PAUL (Attachments: # 1 Exhibit Surreply in Opposition to Defendants' Motion to Vacate Preliminary Injunctions)(Nolan, Shawn) (Entered: 08/25/2020) |
| 08/25/2020 | 212 | | Memorandum in opposition to re 211 MOTION for Leave to File *a Surreply in Opposition to Defendants' Motion to Vacate Preliminary Injunctions* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 08/25/2020) |
| 08/25/2020 | | | MINUTE ORDER: Granting 188 Motion for Leave to Appear Pro Hac Vice. Alexander C. Drylewski is hereby admitted pro hac vice to appear in this matter on behalf Plaintif CORY JOHNSON. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 8/25/2020. (DJS) (Entered: 08/25/2020) |
| 08/27/2020 | 213 | | MEMORANDUM AND OPINION regarding 169 170 Defendant's Motion and 180 Plaintiff Keith Nelson's Emergency Motion for Summary Judgment on FDCA Causes of Action. Signed by Judge Tanya S. Chutkan on 08/27/2020. (kcfb) (Entered: 08/27/2020) |
| 08/27/2020 | 214 | | ORDER granting–in–part 169 170 Defendant's Motion and granting–in–part 180 Plaintiff Keith Nelson's Emergency Motion for Summary Judgment on FDCA Causes of Action. The court hereby enters PARTIAL FINAL JUDGMENT for the Defendants and PARTIAL FINAL JUDGMENT for Keith Nelson. Signed by Judge Tanya S. Chutkan on 08/27/2020. (kcfb) (Entered: 08/27/2020) |
| 08/27/2020 | 215 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 213 Memorandum & Opinion, 214 Order on Motion for Summary Judgment, by UNITED STATES DEPARTMENT OF JUSTICE. Fee Status: No Fee Paid. Parties have been notified. (Humphreys, Bradley) (Entered: 08/27/2020) |

| 08/27/2020 | 216 | | MOTION to Stay re 213 Memorandum & Opinion, 214 Order on Motion for Summary Judgment, *(This Document Relates to Nelson v. Barr, et al., No. 20−cv−557)* by UNITED STATES DEPARTMENT OF JUSTICE (Humphreys, Bradley) (Entered: 08/27/2020) |
|---|---|---|---|
| 08/27/2020 | 217 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 215 Notice of Appeal to DC Circuit Court. (ztd) (Entered: 08/27/2020) |
| 08/27/2020 | | | MINUTE ORDER: Upon consideration of Defendants' 216 Motion to Stay, this court finds that Defendants are not likely to succeed on the merits of their appeal and that the balance of harms does not weigh in favor of a stay. Therefore, Defendants' 216 Motion to Stay is hereby DENIED. Signed by Judge Tanya S. Chutkan on 08/27/2020. (kcfb) (Entered: 08/27/2020) |
| 08/27/2020 | | | USCA Case Number 20−5260 for 215 Notice of Appeal to DC Circuit Court filed by UNITED STATES DEPARTMENT OF JUSTICE. (zrdj) (Entered: 08/27/2020) |
| 08/27/2020 | 218 | | Supplemental Record on Appeal transmitted to US Court of Appeals re Order on Motion to Stay, ;USCA Case Number 20−5260. (ztd) (Entered: 08/27/2020) |
| 08/27/2020 | 219 | | MOTION Preservation of Evidence by NORRIS G. HOLDER, JR (Braden, Scott) (Entered: 08/27/2020) |
| 08/27/2020 | 220 | | RESPONSE re 219 MOTION Preservation of Evidence filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 08/27/2020) |
| 08/27/2020 | 223 | | MANDATE of USCA as to 215 Notice of Appeal to DC Circuit Court filed by UNITED STATES DEPARTMENT OF JUSTICE ; USCA Case Number 20−5260. (Attachments: # 1 USCA Order)(zrdj) (Entered: 08/28/2020) |
| 08/28/2020 | 221 | | ORDER granting 219 Emergency Motion to Preserve Evidence. See Order for details. Signed by Judge Tanya S. Chutkan on 08/28/2020. (kcfb) (Entered: 08/28/2020) |
| 08/28/2020 | 222 | | NOTICE *of Ruling and Request to Clarify And/Or Amend Order and Issue New Injunction* by KEITH NELSON (Cohen, Harry) (Entered: 08/28/2020) |
| 08/28/2020 | 224 | | RESPONSE re 222 Notice (Other) *(This filing relates to Nelson v. Barr, 20cv557)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 08/28/2020) |
| 08/28/2020 | | | MINUTE ORDER: A telephone status conference is hereby set for 11:45 am today Friday 8/28/2020. The parties will receive an email with dial in instructions. Signed by Judge Tanya S. Chutkan on 8/28/2020. (DJS) (Entered: 08/28/2020) |

| 08/28/2020 | 225 | | MOTION to Clarify, MOTION Issue New Injunction by KEITH NELSON (ztd); (See docket entry no. 222 to view.) (Entered: 08/28/2020) |
|---|---|---|---|
| 08/28/2020 | | | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Telephone Conference call held on 8/28/2020. (Court Reporter: Sara Wick) (jth) (Entered: 08/28/2020) |
| 08/28/2020 | 226 | | ORDER denying 222 request to clarify and/or amend 214 Order. Signed by Judge Tanya S. Chutkan on 08/28/2020. (kcfb) (Entered: 08/28/2020) |
| 08/28/2020 | 227 | | NOTICE of Appearance by Alex Drylewski on behalf of CORY JOHNSON (Drylewski, Alex) (Entered: 08/28/2020) |
| 08/31/2020 | 228 | | ANSWER to 94 Amended Complaint by WILLIAM P. BARR, NICOLE ENGLISH, JEFFREY E. KRUEGER, T. J. WATSON.(Burch, Alan) (Entered: 08/31/2020) |
| 09/01/2020 | 229 | | Unopposed MOTION to Intervene *and Incorporated Memorandum of Law in Support* by Dustin Higgs (Attachments: # 1 Exhibit 1)(Nolan, Shawn) (Entered: 09/01/2020) |
| 09/01/2020 | 230 | | MEMORANDUM re 229 Unopposed MOTION to Intervene *and Incorporated Memorandum of Law in Support* filed by Dustin Higgs by Dustin Higgs. (Nolan, Shawn) (Entered: 09/01/2020) |
| 09/04/2020 | | | MINUTE ORDER: Granting 229 Dustin Higgs's Unopposed Motion to Intervene, pursuant to Federal Rule of Civil Procedure 24(b). Signed by Judge Tanya S. Chutkan on 09/04/2020. (lcfb) (Entered: 09/04/2020) |
| 09/07/2020 | 231 | | NOTICE *of Fifth Supplement to the Administrative Record (this filing relates to ALL CASES)* by UNITED STATES DEPARTMENT OF JUSTICE (Kossak, Jonathan) (Entered: 09/07/2020) |
| 09/08/2020 | 232 | | ORDER CONSOLIDATING CASES and SETTING BRIEFING DEADLINES: Consolidating 20−cv−2481−TSC with IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS EXECUTION PROTOCOL CASES, 19−mc−145 (TSC). By noon on Wednesday 9/9/20, Plaintiff shall file a copy of his Emergency Motion for Preliminary Injunction (Lecroy, 20−cv−2481−TSC, ECF No. 9) and Motion for Hearing (Lecroy, 20−cv−2481−TSC, ECF No. 10) in the master case, 19−mc−145−TSC. Defendants shall file a consolidated response to both motions in the master case no later than 5:00 p.m. on Friday 9/11/20. Plaintiff shall file a consolidated reply in the master case no later than noon on Sunday 9/13/20. By 5:00 pm on Wednesday 9/9/20, the parties shall meet and confer and file a joint notice in the master case advising the court of their positions on whether the motion for a preliminary injunction should be converted to a motion for summary judgment. Signed by Judge Tanya S. Chutkan on 9/8/2020. (Attachments: # 1 Cosolidation Order) (DJS) (Entered: 09/08/2020) |
| 09/08/2020 | 233 | | Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support* by WILLIAM EMMETT LECROY (Attachments: # 1 Memorandum in Support, # 2 Exhibit A to Memorandum in Support)(Smith, Gregory) (Entered: 09/08/2020) |
| 09/08/2020 | 234 | | MOTION for Hearing re 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support on an Expedited Basis* by WILLIAM |

| | | | |
|---|---|---|---|
| | | | EMMETT LECROY (Smith, Gregory) (Entered: 09/08/2020) |
| 09/09/2020 | | | Set/Reset Deadlines: Joint notice due by 9/9/2020. Motion due by 9/9/2020. Response due by 9/11/2020 Reply due by 9/9/2020. (tb) (Entered: 09/09/2020) |
| 09/09/2020 | 235 | | NOTICE *(Joint Notice on Whether Motion for Preliminary Injunction Should be Converted to Motion for Summary Judgment)* by WILLIAM EMMETT LECROY re 232 Order,,, (Smith, Gregory) (Entered: 09/09/2020) |
| 09/09/2020 | 236 | | MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act*, MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* by JEFFREY PAUL (Attachments: # 1 Text of Proposed Order)(Nolan, Shawn) (Entered: 09/09/2020) |
| 09/09/2020 | 237 | | SUPPLEMENTAL MEMORANDUM *Supplemental Statement of Irreparable Harm* by NORRIS G. HOLDER, JR (Braden, Scott) Modified text on 9/11/2020 (ztd). (Entered: 09/09/2020) |
| 09/10/2020 | 238 | | MOTION to Alter Judgment as to (205 in 1:19−mc−00145−TSC) Order on Motion for Entry of Final Judgment, by RICHARD TIPTON Associated Cases: 1:19−mc−00145−TSC et al.(King, Gerald) (Entered: 09/10/2020) |
| 09/10/2020 | | | MINUTE ORDER: Counsel are hereby reminded to familiarize themselves with court's Consolidation order 1 , which provides that "Any pleading or paper filed relating to any of the Federal Bureau of Prisons' Execution Protocol Cases must be filed ONLY in the Master Case File," which means you MUST CHECK "NO" WHEN ASKED "Do you want to spread this docket entry?". Signed by Judge Tanya S. Chutkan on 9/10/2020. (DJS) (Entered: 09/10/2020) |
| 09/10/2020 | 239 | | NOTICE of Appearance by Scott A.C. Meisler on behalf of WILLIAM P. BARR, RADM CHRIS A. BINA, JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON (Meisler, Scott) (Entered: 09/10/2020) |
| 09/11/2020 | | | SCHEDULING MINUTE ORDER: The government shall file its response to 236 Plaintiffs' partial motion for summary judgment no later than Monday, September 14, 2020 at 8 a.m. Signed by Judge Tanya S. Chutkan on 09/11/2020. (lcfb) (Entered: 09/11/2020) |
| 09/11/2020 | 240 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to KEITH NELSON, KEITH NELSON. Attorney Brian J O'Sullivan; Michael Robles; James K. Stronski; Kathryn Louise Clune and Harry P. Cohen terminated. (Attachments: # 1 Certificate of Service)Associated Cases: 1:19−mc−00145−TSC, 1:20−cv−00557−TSC(Clune, Kathryn) (Entered: 09/11/2020) |
| 09/11/2020 | 241 | | NOTICE by UNITED STATES DEPARTMENT OF JUSTICE re 173 MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul* (Burch, Alan) (Entered: 09/11/2020) |
| 09/11/2020 | 242 | | RESPONSE re 234 MOTION for Hearing re 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support on an Expedited Basis*, 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support* filed by WILLIAM P. BARR, RADM CHRIS A. BINA, JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. |

| | | |
|---|---|---|
| | | WILSON. (Attachments: # 1 Exhibit Declaration of Rick Winter, # 2 Exhibit LeCroy Administrative Remedy Request)(Meisler, Scott) (Entered: 09/11/2020) |
| 09/11/2020 | 243 | NOTICE OF SUPPLEMENTAL AUTHORITY by WILLIAM P. BARR, RADM CHRIS A. BINA, JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON (Attachments: # 1 Exhibit Vialva Opinion)(Meisler, Scott) (Entered: 09/11/2020) |
| 09/13/2020 | 244 | REPLY to opposition to motion re 234 MOTION for Hearing re 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support on an Expedited Basis*, 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support* filed by WILLIAM EMMETT LECROY. (Smith, Gregory) (Entered: 09/13/2020) |
| 09/13/2020 | 245 | AMENDED COMPLAINT *by William LeCroy* against WILLIAM P. BARR, RADM CHRIS A. BINA, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON filed by WILLIAM EMMETT LECROY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Smith, Gregory) (Entered: 09/13/2020) |
| 09/14/2020 | 246 | RESPONSE re 237 Partial MOTION for Summary Judgment *Supplemental Statement of Irreparable Harm*, 236 MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Declaration Dr. Kendall Von Crowns, # 2 Declaration Dr. Joseph F. Antognini (2d Suppl.), # 3 Certificate of Service)(Lin, Jean) (Entered: 09/14/2020) |
| 09/14/2020 | | Set/Reset Deadlines: Response due by 9/14/2020 (tb) (Entered: 09/14/2020) |
| 09/14/2020 | | SCHEDULING MINUTE ORDER: Plaintiffs shall file a consolidated reply to 246 Defendants' opposition to 236 Plaintiffs' motion for partial summary judgment by Tuesday, September 15, 2020 at 5p.m. Signed by Judge Tanya S. Chutkan on 09/14/2020. (lcfb) (Entered: 09/14/2020) |
| 09/14/2020 | | MINUTE ORDER: The court has been inundated with filings and motions in this case, many of which address the same, or very similar, issues. The court understands the stakes here and is appreciative of the zealous advocacy of counsel on both sides. However, the court is in a position to address all remaining open motions on the docket and, mindful of the Supreme Court's admonishment that the issues in this case be addressed with "appropriate dispatch," it is hereby ORDERED that the parties shall not make any further filings in these consolidated cases without leave of court. Signed by Judge Tanya S. Chutkan on 09/14/2020. (lcfb) (Entered: 09/14/2020) |
| 09/14/2020 | | MINUTE ORDER: In their motion for summary judgment 170 , Defendants have represented that, "[a]ssuming there are conflicts between a state statute and the Protocol... 'the federal protocol allows the federal government to depart from its procedures as necessary to conform to state statutes and regulations,' which BOP is prepared to do if such circumstances arise." ( 170 Defs. Mot. at 32 (quoting In re Fed. Bureau of Prisons' Execution Protocol Cases, 955 F.3d 106, 112 (D.C. Cir. 2020)); see also 191 Defs. Reply at 19.). |

| | | | |
|---|---|---|---|
| | | | Plaintiffs have identified the following state statutes, which they contend conflict with the Bureau of Prisons' 2019 Execution Protocol: S.C. Code Section 24–3–530(A); VA Code Ann. Section 53.1–234; Mo. Rev. Stat. Section 546.720.1; Ga. Code Section 17–10–41; Ark. Code Sections 5–4–617(d), (f); and Tex. Code of Crim. Proc. Art. 43.14(a). The Defendants have also submitted an affidavit attesting to their intention to have two doctors present at the execution of Plaintiff William Emmett LeCroy in accordance with Ga. Code Section 17–10–41. (See [242–1], Winter Decl. Paragraph 7.) Given their representations, the Defendants are hereby ORDERED to file a notice by Tuesday, September 15, 2020 at 9 a.m. indicating whether they are prepared to deviate from the procedures of the 2019 Execution Protocol to accommodate these statutes. If Defendants have not determined whether they will comply with a given statute, they shall so indicate. Signed by Judge Tanya S. Chutkan on 09/14/2020. (lcfb) (Entered: 09/14/2020) |
| 09/14/2020 | | | Set/Reset Deadlines: Notice by defendants due by 9/15/2020. (tb) (Entered: 09/14/2020) |
| 09/15/2020 | 247 | | NOTICE *in Response to Court Order* by UNITED STATES DEPARTMENT OF JUSTICE re Order,,,,,, (Attachments: # 1 Certificate of Service)(Lin, Jean) (Entered: 09/15/2020) |
| 09/15/2020 | 248 | | REPLY to opposition to motion re 236 MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* filed by JEFFREY PAUL. (Nolan, Shawn) (Entered: 09/15/2020) |
| 09/15/2020 | 249 | | SUPPLEMENTAL REPLY to opposition to motion re 236 MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* filed by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Declaration of Gail Van Norman, MD, # 2 Exhibit Declaration of Jennifer Moreno)(Braden, Scott) Modified event title on 9/17/2020 (znmw). (Entered: 09/15/2020) |
| 09/15/2020 | 250 | | NOTICE *Requesting Leave to File Motion for Preliminary Injunction Against Execution Until FDCA Claim is Decided* by WILLIAM EMMETT LECROY re Order,, (Attachments: # 1 Exhibit Motion for Preliminary Injunction Until Decision on FDCA Claim, # 2 Memorandum in Support, # 3 Text of Proposed Order)(Smith, Gregory) (Entered: 09/15/2020) |
| 09/16/2020 | 251 | | MOTION for Leave to File *Opposition to Emergency Motion for Preliminary Injunction* by WILLIAM P. BARR, RADM CHRIS A. BINA, JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON (Attachments: # 1 Memorandum in Support Opposition to Emergency Motion for Preliminary Injunction)(Meisler, Scott) (Entered: 09/16/2020) |
| 09/16/2020 | | | MINUTE ORDER: Plaintiff William Emmett LeCroy's 250 request for leave to file a motion for preliminary injunction is hereby DENIED. Defendants' 251 motion for leave to file an opposition to 250 Plaintiff LeCroy's request for leave is also DENIED. The court is preparing an opinion and order that will address the claims therein. Signed by Judge Tanya S. Chutkan on 09/16/2020. |

| | | | |
|---|---|---|---|
| | | | (lcfb) (Entered: 09/16/2020) |
| 09/16/2020 | 252 | | MOTION for Leave to File *Surreply in Opposition to Plaintiffs' Motoin for Partial Summary Judgment Concerning the FDCA Claim (Count XI) (This document relates to all cases)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Proposed Surreply, # 2 Declaration of Dr. Peter W. Swaan, # 3 Text of Proposed Order, # 4 Certificate of Service)(Lin, Jean) (Entered: 09/16/2020) |
| 09/16/2020 | 253 | | NOTICE of Appearance by Johnny Hillary Walker, III on behalf of All Defendants (Walker, Johnny) (Entered: 09/16/2020) |
| 09/16/2020 | 254 | | MANDATE of USCA as to 206 Notice of Appeal to DC Circuit Court, filed by KEITH NELSON ; USCA Case Number 20–5252. (Attachments: # 1 USCA Order)(zrdj) (Entered: 09/16/2020) |
| 09/17/2020 | 255 | | MOTION for Leave to File *Opposition to Defendants' Motion for Leave to File a Surreply (ECF No. 252)* by JEFFREY PAUL (Attachments: # 1 Proposed opposition to motion for leave to file a surreply)(Nolan, Shawn) (Entered: 09/17/2020) |
| 09/17/2020 | | | MINUTE ORDER: A telephone conference is hereby set for 5:00 pm today Thursday 9/17/2020. Judge Chutkan's courtroom deputy has emailed the dial–in instructions to all attorneys of record. Signed by Judge Tanya S. Chutkan on 9/17/2020. (DJS) (Entered: 09/17/2020) |
| 09/17/2020 | | | Set/Reset Hearings: Telephone Conference set for 9/17/2020 at 05:00 PM in Telephonic/VTC before Judge Tanya S. Chutkan. (tb) (Entered: 09/17/2020) |
| 09/17/2020 | 256 | | ERRATA *to Exhibit B ECF Doc. 249* by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Corrected Declaration of Jennifer Moreno)(Braden, Scott) (Entered: 09/17/2020) |
| 09/17/2020 | | | Minute Entry: Telephone Conference held on 9/17/2020 before Judge Tanya S. Chutkan: The parties discussed the dynamics of a potential evidentiary hearing before the Court. (Court Reporter Bryan Wayne) (tb) (Entered: 09/18/2020) |
| 09/18/2020 | | | MINUTE ORDER: An telephonic evidentiary hearing his hereby set for 1:00 pm today Friday 9/16/2020. Signed by Judge Tanya S. Chutkan on 9/18/2020. (DJS) Modified on 9/18/2020 (DJS). (Entered: 09/18/2020) |
| 09/18/2020 | | | AMENDED MINUTE ORDER: An telephonic evidentiary hearing his hereby set for 1:00 pm today Friday 9/18/2020. Signed by Judge Tanya S. Chutkan on 9/18/2020. (DJS) (Entered: 09/18/2020) |
| 09/18/2020 | 257 | | MOTION for Leave to File *Supplemental Declaration from Dr. Michaela Almgren* by JEFFREY PAUL (Attachments: # 1 Declaration Declaration – Michaela Almgren – 9–18–2020)(Nolan, Shawn) (Entered: 09/18/2020) |
| 09/18/2020 | | | Set/Reset Hearings: Telephone Conference set for 9/18/2020 at 01:00 PM in Telephonic/VTC before Judge Tanya S. Chutkan. (tb) (Entered: 09/18/2020) |
| 09/18/2020 | 258 | | Memorandum in opposition to re 257 MOTION for Leave to File *Supplemental Declaration from Dr. Michaela Almgren* filed by IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION |

| | | | |
|---|---|---|---|
| | | | PROTOCOL CASES. (Burch, Alan) (Entered: 09/18/2020) |
| 09/18/2020 | | | MINUTE ORDER: The evidentiary hearing is hereby set for Saturday 9/19/2020 at 1:30 pm. Signed by Judge Tanya S. Chutkan on 09/18/2020. (DJS) (Entered: 09/18/2020) |
| 09/18/2020 | | | Minute Entry: Evidentiary Hearing held on 9/18/2020 before Judge Tanya S. Chutkan: Gov't witnesses: Joseph F. Antognini and Kendall Von Crowns. Evidentiary Hearing continued to 09/19/2020 at 1:30 before Judge Tanya S. Chutkan by telephone. (Court Reporter Bryan Wayne) (tb) (Entered: 09/20/2020) |
| 09/19/2020 | | | MINUTE ORDER: Defendants' 252 motion to file a surreply in opposition to Plaintiffs' 236 motion for partial summary judgment is hereby GRANTED. Likewise, Plaintiffs' 257 motion for leave to file a supplemental declaration from Dr. Michaela Almgren is hereby GRANTED. The court notes the objections raised to both motions. Absent express direction of the court or a bona fide emergency, no further documents are to be filed on the docket until the court has had the opportunity to rule on the pending motions for summary judgment. Signed by Judge Tanya S. Chutkan on 09/19/2020. (lcfb) (Entered: 09/19/2020) |
| 09/19/2020 | 259 | | ERRATA *relating only to Complaint of Dustin Honken – ECF No. 38* by DUSTIN LEE HONKEN 38 Intervenor Complaint, filed by DUSTIN LEE HONKEN. (Attachments: # 1 Exhibit O – Almgren CV)(Nolan, Shawn) (Entered: 09/19/2020) |
| 09/19/2020 | | | Set/Reset Hearings: Evidentiary Hearing set for 9/19/2020 at 01:30 PM in Telephonic/VTC before Judge Tanya S. Chutkan. (tb) Modified on 9/19/2020 (tb). (Entered: 09/19/2020) |
| 09/19/2020 | 260 | | RESPONSE re 238 MOTION to Alter Judgment as to (205 in 1:19–mc–00145–TSC) Order on Motion for Entry of Final Judgment, *(This filing relates to all cases, filed by Defendants)* filed by U.S. Dep't of Justice. (Attachments: # 1 Certificate of Service)(Lin, Jean) Modified filer on 9/23/2020 (ztd). (Entered: 09/19/2020) |
| 09/19/2020 | | | Minute Entry: Evidentiary Hearing resumed on 9/19/2020 before Judge Tanya S. Chutkan: Witnesses: Peter Swaan and Michaella Almgren. (Court Reporter Bryan Wayne) (tb) (Entered: 09/21/2020) |
| 09/19/2020 | 274 | | SURREPLY to re 236 MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* filed by U.S. DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Declaration)(ztd) (Entered: 09/23/2020) |
| 09/19/2020 | 275 | | AFFIDAVIT by JEFFREY PAUL. (ztd) (Entered: 09/23/2020) |
| 09/20/2020 | 261 | | MEMORANDUM AND OPINION re 169 170 Defendants' motion to dismiss/motion for summary judgment; 236 Plaintiffs' motion for partial summary judgment. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 262 | | |

| | | | |
|---|---|---|---|
| | | | ORDER: Consistent with 261 Memorandum Opinion, granting 236 Motion for Partial Summary Judgment; denying 236 request for Permanent Injunction; granting 169 Motion to Dismiss; granting in part and denying in part 170 Motion for Summary Judgment. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 263 | | MEMORANDUM AND OPINION re 233 Plaintiff WILLIAM EMMETT LECROY's motion for preliminary injunction; 234 Plaintiff WILLIAM EMMETT LECROY's motion for hearing. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 264 | | ORDER: Consistent with 263 Memorandum Opinion, denying 233 Motion for Preliminary Injunction; denying 234 Motion for Hearing. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 265 | | MEMORANDUM AND OPINION re 173 Defendants' motion to vacate preliminary injunctions. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 266 | | ORDER: Consistent with 265 Memorandum Opinion, granting 173 Motion to Vacate Preliminary Injunctions. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | | | MINUTE ORDER: Granting Plaintiffs' 255 Motion for Leave to File Opposition to Defendants' Motion 252 for Leave to File a Surreply. Signed by Judge Tanya S. Chutkan on 9/28/2020. (DJS) (Entered: 09/20/2020) |
| 09/20/2020 | 267 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 264 Order on Motion for Preliminary Injunction, Order on Motion for Hearing by WILLIAM EMMETT LECROY. Filing fee $ 505, receipt number ADCDC–7613863. Fee Status: Fee Paid. Parties have been notified. (Smith, Gregory) (Entered: 09/20/2020) |
| 09/20/2020 | 268 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 267 Notice of Appeal to DC Circuit Court. (zadc) (Main Document 268 replaced on 9/21/2020) (zjf). (Entered: 09/20/2020) |
| 09/20/2020 | 269 | | Emergency MOTION to Stay *Proceedings as to Plaintiff William LeCroy Only* by WILLIAM EMMETT LECROY (Attachments: # 1 Text of Proposed Order)(Smith, Gregory) (Entered: 09/20/2020) |
| 09/20/2020 | | | USCA Case Number 20–5285 for 267 Notice of Appeal to DC Circuit Court, filed by WILLIAM EMMETT LECROY. (zrdj) (Entered: 09/21/2020) |
| 09/20/2020 | 276 | | Memorandum in opposition to re 252 MOTION for Leave to File *Surreply in Opposition to Plaintiffs' Motoin for Partial Summary Judgment Concerning the FDCA Claim (Count XI) (This document relates to all cases)* filed by JEFFREY PAUL. (ztd) (Entered: 09/23/2020) |
| 09/20/2020 | 286 | | SURREPLY to re 252 MOTION for Leave to File *Surreply in Opposition to Plaintiffs' Motoin for Partial Summary Judgment Concerning the FDCA Claim (Count XI) (This document relates to all cases)* filed by JEFFREY PAUL. (ztd) (Entered: 10/05/2020) |
| 09/21/2020 | | | |

| | | |
|---|---|---|
| | | MINUTE ORDER: Plaintiff William Emmett LeCroy's 269 Emergency Motion to Stay Proceedings is hereby DENIED. The purpose of Mr. LeCroy's motion is unclear. In any event, Mr. LeCroy has failed to demonstrate he is entitled to a stay pending appeal. In particular, he has not shown he is likely to succeed on the merits of any appeal. See In re Special Proceedings, 840 F. Supp. 2d 370, 372 (D.D.C. 2012) (citing Nken v. Holder, 556 U.S. 418, 434 (2009); Wash. Metro Area Transit Comm'n v. Holiday Tours, 559 F.2d 841, 842 n.1 (D.C. Cir. 1977)) ("In determining whether to stay an order pending appeal, the Court considers the same four factors as it would in resolving a motion for a preliminary injunction."). Signed by Judge Tanya S. Chutkan on 09/21/2020. (lcfb) (Entered: 09/21/2020) |
| 09/21/2020 | 270 | TRANSCRIPT OF STATUS CONFERENCE before Judge Tanya S. Chutkan held on 08/28/2020. Page Numbers: 1−20. Date of Issuance: 09/21/2020. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 10/12/2020. Redacted Transcript Deadline set for 10/22/2020. Release of Transcript Restriction set for 12/20/2020.(Wick, Sara) (Entered: 09/21/2020) |
| 09/21/2020 | 271 | TRANSCRIPT OF 9/18/20 EVIDENTIARY HEARING before Judge Tanya S. Chutkan held on September 18, 2020; Page Numbers: 1−81. Date of Issuance: 9/21/2020. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form at www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 10/12/2020. Redacted Transcript Deadline set for 10/22/2020. Release of Transcript Restriction set for 12/20/2020.(Wayne, Bryan) (Entered: 09/21/2020) |
| 09/21/2020 | 272 | |

| | | | |
|---|---|---|---|
| | | | TRANSCRIPT OF 9/19/20 EVIDENTIARY HEARING before Judge Tanya S. Chutkan held on September 19, 2020; Page Numbers: 1–55. Date of Issuance: 9/21/2020. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form at www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 10/12/2020. Redacted Transcript Deadline set for 10/22/2020. Release of Transcript Restriction set for 12/20/2020.(Wayne, Bryan) (Entered: 09/21/2020) |
| 09/22/2020 | 273 | | TRANSCRIPT OF 9/17/20 TELEPHONE CONFERENCE before Judge Tanya S. Chutkan held on September 17, 2020; Page Numbers: 1–47. Date of Issuance: 9/22/2020. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form at www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 10/13/2020. Redacted Transcript Deadline set for 10/23/2020. Release of Transcript Restriction set for 12/21/2020.(Wayne, Bryan) (Entered: 09/22/2020) |
| 09/23/2020 | 277 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES. Attorney Alan Burch terminated. (Burch, Alan) (Entered: 09/23/2020) |
| 09/25/2020 | | | MINUTE ORDER: By 9:00 am Tuesday, September 29, 2020, the parties shall meet, confer, and file a joint status report indicating: 1) all outstanding motions or other unresolved matters in these consolidated actions; 2) the underlying case number(s) to the extent a motion or issue does not apply to all plaintiffs; 3) ECF numbers and precise page numbers for any documents relating to the outstanding issues; and 4) a proposed schedule for moving forward with this case, including to the extent necessary, briefing on any outstanding matters. Signed by Judge Tanya S. Chutkan on 09/25/2020. (lcfb) (Entered: 09/25/2020) |
| 09/28/2020 | | | Set/Reset Deadlines: Joint Status Report due by 9/29/2020. (tb) (Entered: 09/28/2020) |

| | | | |
|---|---|---|---|
| 09/28/2020 | <u>278</u> | | MOTION for Leave to File *Reply In Support of Motion to Alter Judgment as to (205 in 1:19−mc−00145−TSC)* by RICHARD TIPTON (Attachments: # <u>1</u> Plaintiffs Reply In Support Of Their Motion To Alter And Amend Judgment Pursuant To Rule 59(E) Of The Federal Rules Of Civil Procedure)(King, Gerald) (Entered: 09/28/2020) |
| 09/29/2020 | <u>279</u> | | Joint STATUS REPORT by JEFFREY PAUL. (Nolan, Shawn) (Entered: 09/29/2020) |
| 09/29/2020 | <u>280</u> | | ERRATA by IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES <u>279</u> Status Report filed by JEFFREY PAUL. (Attachments: # <u>1</u> Joint Status Report (rev.))(Walker, Johnny) (Entered: 09/29/2020) |
| 09/29/2020 | <u>281</u> | | MOTION for Leave to File *Motion to Alter or Amend Judgment Denying Permanent Injunction* by JEFFREY PAUL (Attachments: # <u>1</u> Motion to alter or amend judgment denying permanent injunction, # <u>2</u> Exhibit 1 – Hale Statements, # <u>3</u> Exhibit 2 – AP Article – Tarm, # <u>4</u> Exhibit 3 – Kudisch Article, # <u>5</u> Exhibit 4 – Van Norman Supp. Decl. 9−29−2020, # <u>6</u> Exhibit 5 – Edgar Supp. Decl. 9−28−2020)(Nolan, Shawn) (Entered: 09/29/2020) |
| 09/30/2020 | | | MINUTE ORDER: Plaintiffs' <u>278</u> motion for leave to file a reply and <u>281</u> motion for leave to file a motion to alter or amend <u>262</u> judgment denying a permanent injunction are hereby GRANTED. Plaintiffs shall refile the motion to alter or amend as a new document. Defendants shall file a response to Plaintiffs' motion to alter judgment by Wednesday, October 7, 2020. Plaintiffs may file a reply by Monday, October 12, 2020. Signed by Judge Tanya S. Chutkan on 09/30/2020. (lcfb) (Entered: 09/30/2020) |
| 09/30/2020 | <u>282</u> | | MOTION to Alter Judgment as to <u>261</u> Memorandum & Opinion, <u>262</u> Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *on behalf of all Plaintiffs* by JEFFREY PAUL (Attachments: # <u>1</u> Exhibit 1 – Hale Statements, # <u>2</u> Exhibit 2 – AP Article – Tarm, # <u>3</u> Exhibit 3 – Kudisch Article, # <u>4</u> Exhibit 4 – Gail Van Norman Supp. Decl. 9−29−2020, # <u>5</u> Exhibit 5 – Mark A. Edgar Supp. Decl. 9−28−2020)(Nolan, Shawn) (Entered: 09/30/2020) |
| 09/30/2020 | <u>283</u> | | NOTICE OF WITHDRAWAL OF APPEARANCE as to CHRISTOPHER ANDRE VIALVA. Attorney Susan M. Otto and Michael F. Williams terminated. (Attachments: # <u>1</u> Exhibit Exhibit 1 – Judgment Returned)Associated Cases: 1:19−mc−00145−TSC, 1:20−cv−01693−TSC(Otto, Susan) (Entered: 09/30/2020) |
| 09/30/2020 | <u>284</u> | | NOTICE *of Execution Date (Orlando Cordia Hall)* by WILLIAM P. BARR (Attachments: # <u>1</u> Certificate of Service)(Walker, Johnny) (Entered: 09/30/2020) |
| 10/01/2020 | | | Set/Reset Deadlines: Response due by 10/7/2020. Reply due by 10/12/2020. (tb) (Entered: 10/01/2020) |
| 10/01/2020 | <u>285</u> | | MOTION for Leave to File *Supplemental Memorandum in Support of Plaintiffs' Motion to Alter or Amend Judgment (ECF No. 238), on behalf of all Plaintiffs* by JEFFREY PAUL (Attachments: # <u>1</u> Proposed supplemental memorandum in support of Plaintiffs' motion to alter or amend judgment (ECF |

| | | | |
|---|---|---|---|
| | | | No. 238))(Nolan, Shawn) (Entered: 10/01/2020) |
| 10/06/2020 | 287 | | MOTION for Leave to File *Motion to Alter or Amend Judgment as to Count V on Behalf of Plaintiffs Battle, Bernard, Bourgeois, Hall, Robinson, and Webster* by ANTHONY BATTLE (Attachments: # 1 Motion to alter or amend judgment as to Count V, # 2 Exhibit 1 – Hall Request)(Toll, Joshua) (Entered: 10/06/2020) |
| 10/06/2020 | 288 | | Unopposed MOTION for Leave to File *Unopposed Motion to Extend Time (Two Days)* by U.S. DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order (Granting Leave to File), # 2 Unopposed Motion to Extend Time, # 3 Text of Proposed Order (Extending Time), # 4 Certificate of Service)(Walker, Johnny) (Entered: 10/06/2020) |
| 10/07/2020 | | | MINUTE ORDER granting 288 Motion for Leave to File. For good cause shown, Defendants' unopposed motion to extend time is hereby GRANTED. It is hereby ORDERED that Defendants shall file a response to 282 Plaintiffs' motion to alter judgment by Friday, October 9, 2020. Plaintiff may file a reply by Wednesday, October 15, 2020. Signed by Judge Tanya S. Chutkan on 10/07/2020. (lcfb) Modified on 10/14/2020 (tb). (Entered: 10/07/2020) |
| 10/07/2020 | 289 | | MOTION for Extension of Time to File Response/Reply as to 282 MOTION to Alter Judgment as to 261 Memorandum & Opinion, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *on behalf of all Plai by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(ztd) (Entered: 10/08/2020)* |
| 10/08/2020 | | | Set/Reset Deadlines: Response due by 10/9/2020. Reply due by 10/15/2020. (tb) (Entered: 10/08/2020) |
| 10/09/2020 | 290 | | MOTION to Dismiss *Mr. Lee's Individual Complaint and Remove Him as Plaintiff from the Consolidated Action* by DANIEL LEWIS LEE (Van Tol, Pieter) (Entered: 10/09/2020) |
| 10/09/2020 | 291 | | Memorandum in opposition to re 282 MOTION to Alter Judgment as to 261 Memorandum & Opinion, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *on behalf of all Plai filed by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 3d Supp. Decl. of Joseph Antognini, # 4 Supp. Decl. of Kendall Von Crowns, # 5 Decl. of Eric Williams)(Walker, Johnny) (Entered: 10/09/2020)* |
| 10/13/2020 | | | MINUTE ORDER: Plaintiffs' 285 Motion for Leave to File Supplemental Memorandum in Support of 238 Plaintiffs' Motion to Alter or Amend Judgment is hereby GRANTED. Signed by Judge Tanya S. Chutkan on 10/13/2020. (lcfb) (Entered: 10/13/2020) |
| 10/13/2020 | | | MINUTE ORDER: Plaintiffs' 211 motion for leave to file a surreply in opposition to 173 Defendants' motion to vacate preliminary injunctions is hereby GRANTED. Signed by Judge Tanya S. Chutkan on 10/13/2020. (lcfb) (Entered: 10/13/2020) |
| 10/13/2020 | 293 | | |

| | | |
|---|---|---|
| | | SUPPLEMENTAL MEMORANDUM to re 238 MOTION to Alter Judgment as to (205 in 1:19−mc−00145−TSC) Order on Motion for Entry of Final Judgment, filed by JEFFREY PAUL. (ztd) (Entered: 10/14/2020) |
| 10/13/2020 | 294 | SURREPLY to re 173 MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul* filed by JEFFREY PAUL. (ztd) (Entered: 10/14/2020) |
| 10/14/2020 | 292 | REPLY to opposition to motion re 282 MOTION to Alter Judgment as to 261 Memorandum & Opinion, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *on behalf of all Plai* filed by JEFFREY PAUL. (Attachments: # *1* Exhibit Reply Ex. 1 − Wabash Valley AP Article, # *2* Exhibit Reply Ex 2 − NPR Article)(Nolan, Shawn) *(Entered: 10/14/2020)* |
| 10/16/2020 | 295 | Unopposed MOTION for Leave to File *Response to Plaintiffs' Supplemental Memorandum in Support of Their Motion to Alter or Amend the Judgment Dismissing Their Eighth Amendment Claim [ECF No. 293]* by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order (Granting Leave to File), # 2 Response to Plaintiffs' Supplemental Memorandum, # 3 Certificate of Service)(Walker, Johnny) (Entered: 10/16/2020) |
| 10/16/2020 | 296 | NOTICE *of Execution Date (Brandon Bernard)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 10/16/2020) |
| 10/19/2020 | | MINUTE ORDER: Defendants' 295 Unopposed Motion for Leave to File Response to Plaintiffs' 293 Supplemental Memorandum in Support of Their Motion to Alter or Amend the Judgment Dismissing Their Eighth Amendment Claim is hereby GRANTED. Signed by Judge Tanya S. Chutkan on 10/19/2020. (lcfb) (Entered: 10/19/2020) |
| 10/19/2020 | 297 | RESPONSE re 293 Supplemental Memorandum filed by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. (ztd) (Entered: 10/21/2020) |
| 10/23/2020 | | MINUTE ORDER: Plaintiffs' 287 motion for leave to file a motion to alter or amend judgment as to Count V is hereby GRANTED. Plaintiffs shall refile the motion to alter or amend as a new document. Defendants shall file a response to Plaintiffs' motion, not to exceed ten pages, by Monday, October 26, 2020. Plaintiffs may file a reply, not to exceed five pages, by Tuesday, October 27, 2020. Signed by Judge Tanya S. Chutkan on 10/23/2020. (lcfb) (Entered: 10/23/2020) |
| 10/23/2020 | 298 | MOTION to Alter Judgment as to 261 Memorandum & Opinion, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *As To Count V by Plaintiffs Battle, Bernard, Bourgeois, Hall, Robinson and Webster* by ANTHONY BATTLE (Attachments: # 1 Exhibit 1 − Hall Request)(Toll, Joshua) (Entered: 10/23/2020) |
| 10/23/2020 | 299 | |

| | | | |
|---|---|---|---|
| | | | MANDATE of USCA as to <u>267</u> Notice of Appeal to DC Circuit Court, filed by WILLIAM EMMETT LECROY ; USCA Case Number 20–5285. (Attachments: # <u>1</u> USCA Order)(zrdj) (Entered: 10/26/2020) |
| 10/26/2020 | | | Set/Reset Deadlines: Response due by 10/26/2020. Reply due by 10/27/2020. (tb) (Entered: 10/26/2020) |
| 10/26/2020 | <u>300</u> | | ORDER granting <u>290</u> Plaintiff Daniel Lewis Lee's Motion to Dismiss. It is hereby ORDERED that Daniel Lewis Lee be removed as a Plaintiff in the consolidated action. Signed by Judge Tanya S. Chutkan on 10/26/2020. (lcfb) (Entered: 10/26/2020) |
| 10/26/2020 | <u>301</u> | | Memorandum in opposition to re <u>298</u> MOTION to Alter Judgment as to <u>261</u> Memorandum & Opinion, <u>262</u> Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *As To Count V by Plai filed by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Certificate of Service)(Walker, Johnny) (Entered: 10/26/2020)* |
| 10/27/2020 | <u>302</u> | | REPLY to opposition to motion re <u>298</u> MOTION to Alter Judgment as to <u>261</u> Memorandum & Opinion, <u>262</u> Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *As To Count V by Plai Plaintiffs Battle, Bernard, Bourgeois, Hall, Robinson, and Webster filed by ANTHONY BATTLE. (Toll, Joshua) (Entered: 10/27/2020)* |
| 10/28/2020 | <u>303</u> | | MOTION to Intervene by LISA MARIE MONTGOMERY (Attachments: # <u>1</u> Exhibit 1 – Complaint, # <u>2</u> Exhibit A – Dr. Van Norman declaration, # <u>3</u> Exhibit B – Dr. Edgar declaration, # <u>4</u> Exhibit C – Dr. Zivot declaration, # <u>5</u> Exhibit D – Dr. Almgren declaration, # <u>6</u> Exhibit E – Dr. Stevens declaration, # <u>7</u> Exhibit F – Gail Van Norman declaration)(Henry, Kelley) (Entered: 10/28/2020) |
| 10/28/2020 | <u>304</u> | | NOTICE of Appearance– Pro Bono by Kelley Henry on behalf of LISA MARIE MONTGOMERY (Henry, Kelley) (Entered: 10/28/2020) |
| 10/28/2020 | | | MINUTE ORDER: A telephone hearing is hereby set for Monday 11/2/2020 at 11:00 am on movant LISA MARIE MONTGOMERY's <u>303</u> Motion to Intervene. The Judge's courtroom deputy will contact the parties with dial–in instructions. Signed by Judge Tanya S. Chutkan on 10/28/2020. (DJS) (Entered: 10/28/2020) |
| 10/29/2020 | | | Set/Reset Hearings: Telephone Conference set for 11/2/2020 at 11:00 AM by telephone before Judge Tanya S. Chutkan. (tb) (Entered: 10/29/2020) |
| 11/02/2020 | | | Minute Entry: Motion Hearing held on 11/2/2020 before Judge Tanya S. Chutkan: re <u>303</u> MOTION to Intervene filed by LISA MARIE MONTGOMERY. Oral motion by plaintiff to withdraw motion; heard and GRANTED. (Court Reporter Bryan Wayne) (tb) (Entered: 11/02/2020) |
| 11/03/2020 | <u>305</u> | | ORDER denying <u>238</u> Motion to Alter Judgment; denying <u>282</u> Motion to Alter Judgment; denying <u>298</u> Motion to Alter Judgment. Signed by Judge Tanya S. Chutkan on 11/03/2020. (lcfb) (Entered: 11/03/2020) |
| 11/03/2020 | <u>306</u> | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Dismiss *Count IV of Plaintiff Dustin Higgs's Complaint* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Certificate of Service)(Walker, Johnny) (Entered: 11/03/2020) |
| 11/04/2020 | 307 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 193 Order on Motion to Expedite, 261 Memorandum & Opinion, 205 Order on Motion for Entry of Final Judgment,, 305 Order on Motion to Alter Judgment,, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, by ANTHONY BATTLE, BRANDON BERNARD, ALFRED BOURGEOIS, CHADRICK EVAN FULKS, ORLANDO HALL, DUSTIN HIGGS, NORRIS G. HOLDER, JR, DUSTIN LEE HONKEN, CORY JOHNSON, WILLIAM EMMETT LECROY, DANIEL LEWIS LEE, KEITH NELSON, KEITH NELSON, JEFFREY PAUL, WESLEY IRA PURKEY, JAMES H. ROANE, JR, JULIUS ROBINSON, RICHARD TIPTON, CHRISTOPHER ANDRE VIALVA, BRUCE WEBSTER. Filing fee $ 505, receipt number ADCDC–7797043. Fee Status: Fee Paid. Parties have been notified. (Drylewski, Alex) (Entered: 11/04/2020) |
| 11/05/2020 | 308 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date 11/04/2020 re 307 Notice of Appeal to DC Circuit Court,,,. (ztd) (Entered: 11/05/2020) |
| 11/05/2020 | | | USCA Case Number 20–5329 for 307 Notice of Appeal to DC Circuit Court,,, filed by RICHARD TIPTON, DUSTIN LEE HONKEN, NORRIS G. HOLDER, JR., ANTHONY BATTLE, ALFRED BOURGEOIS, ORLANDO HALL, CHADRICK EVAN FULKS, JEFFREY PAUL, DANIEL LEWIS LEE, DUSTIN HIGGS, JULIUS ROBINSON, BRUCE WEBSTER, BRANDON BERNARD, KEITH NELSON, CORY JOHNSON, WILLIAM EMMETT LECROY, CHRISTOPHER ANDRE VIALVA, JAMES H. ROANE, JR.,, WESLEY IRA PURKEY. (zrdj) (Entered: 11/05/2020) |
| 11/05/2020 | 309 | | MOTION for Leave to File *Motion for Stay of Execution* by BRANDON BERNARD, ORLANDO HALL (Attachments: # 1 Motion for Stay of Execution, # 2 Text of Proposed Order)(Lentz, Amy) (Entered: 11/05/2020) |
| 11/06/2020 | | | MINUTE ORDER: Plaintiffs' 309 motion for leave to file a motion for stay of execution pending appeal is hereby GRANTED. Plaintiffs shall refile the motion for stay of execution as a new document. Defendants shall file a response to Plaintiffs' motion to stay execution, not to exceed 20 pages, by Thursday, November 12, 2020 at 5 p.m. Plaintiffs may file a reply, not to exceed 10 pages, by Friday, November 13, 2020 at 11:59 p.m. Signed by Judge Tanya S. Chutkan on 11/6/2020. (lcfb) (Entered: 11/06/2020) |
| 11/07/2020 | 310 | | MOTION to Stay *Execution* by BRANDON BERNARD, ORLANDO HALL (Attachments: # 1 Text of Proposed Order)(Lentz, Amy) (Entered: 11/07/2020) |
| 11/10/2020 | | | Set/Reset Deadlines: Response due by 11/12/2020. Reply due by 11/13/2020. (tb) (Entered: 11/10/2020) |
| 11/12/2020 | 311 | | Memorandum in opposition to re 310 MOTION to Stay *Execution* filed by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. |

| | | | |
|---|---|---|---|
| | | | (Walker, Johnny) (Entered: 11/12/2020) |
| 11/13/2020 | 312 | | REPLY to opposition to motion re 310 MOTION to Stay *Execution* filed by BRANDON BERNARD, ORLANDO HALL. (Lentz, Amy) (Entered: 11/13/2020) |
| 11/16/2020 | 313 | | Emergency MOTION for Entry of Final Judgment *by Plaintiffs* by ANTHONY BATTLE (Attachments: # 1 Text of Proposed Order)(Toll, Joshua) (Entered: 11/16/2020) |
| 11/16/2020 | 314 | | ENTERED IN ERROR ( SEE DOCKET ENTRY 315 .....ORDER granting 313 Motion for Entry of Final Judgment. The court hereby enters PARTIAL FINAL JUDGMENT for the Defendants as to Count V (Ultra Vires Agency Action) of the Amended Complaint. Signed by Judge Tanya S. Chutkan on 11/16/2020. (lcfb) Modified on 11/17/2020 (tb). (Entered: 11/16/2020) |
| 11/16/2020 | 315 | | ORDER granting 313 Motion for Entry of Final Judgment. The court hereby enters PARTIAL FINAL JUDGMENT for the Defendants as to Count V (Ultra Vires Agency Action) of the Amended Complaint. Signed by Judge Tanya S. Chutkan on 11/16/2020. (lcfb) (Entered: 11/16/2020) |
| 11/17/2020 | 316 | | ORDER denying 310 Motion to Stay Execution Pending Appeal. Signed by Judge Tanya S. Chutkan on 11/17/2020. (lcfb) (Entered: 11/17/2020) |
| 11/17/2020 | 317 | | Unopposed MOTION for Extension of Time to File *Opposition to Defendants' Motion to Dismiss Count IV of Plaintiff Higgs's Complaint* by DUSTIN HIGGS (Attachments: # 1 Text of Proposed Order)(Nolan, Shawn) (Entered: 11/17/2020) |
| 11/18/2020 | | | MINUTE ORDER: For good cause shown, Plaintiff Dustin Higgs' 317 Unopposed Motion for Extension of Time to File an Opposition to Defendants' 306 Motion to Dismiss Count IV is hereby GRANTED. Plaintiff Higgs shall file an opposition to Defendants' 306 motion by November 20, 2020. Signed by Judge Tanya S. Chutkan on 11/18/2020. (lcfb) (Entered: 11/18/2020) |
| 11/18/2020 | | | Set/Reset Deadlines: Plaintiff Dustin Higgs shall file an opposition to Defendants' 306 Motion to Dismiss Count IV of Plaintiff Dustin Higgs's Complaint by 11/20/2020. (jth) (Entered: 11/18/2020) |
| 11/18/2020 | | | MINUTE ORDER: In light of the D.C. Circuit's order reversing this court's dismissal of Plaintiffs' Eighth Amendment claim and the execution of Orlando Hall scheduled for tomorrow, it is hereby ORDERED that any motion for expedited relief be filed by 4 p.m. today. Signed by Judge Tanya S. Chutkan on 11/18/2020. (lcfb) (Entered: 11/18/2020) |
| 11/18/2020 | 318 | | MOTION to Set Aside *2019 Federal Lethal Injection Protocol*, MOTION to Stay *Execution* by ORLANDO HALL (Attachments: # 1 Text of Proposed Order)(Lentz, Amy) Modified event on 11/19/2020 (znmw). (Entered: 11/18/2020) |
| 11/18/2020 | 321 | | MANDATE of USCA as to 307 Notice of Appeal to DC Circuit Court,,, filed by RICHARD TIPTON, DUSTIN LEE HONKEN, NORRIS G. HOLDER, JR., ANTHONY BATTLE, ALFRED BOURGEOIS, ORLANDO HALL, CHADRICK EVAN FULKS, JEFFREY PAUL, DANIEL LEWIS LEE, DUSTIN HIGGS, JULIUS ROBINSON, BRUCE WEBSTER, BRANDON BERNARD, KEITH NELSON, CORY JOHNSON, WILLIAM EMMETT |

| | | | |
|---|---|---|---|
| | | | LECROY, CHRISTOPHER ANDRE VIALVA, JAMES H. ROANE, JR.,, WESLEY IRA PURKEY ; USCA Case Number 20–5329. (Attachments: # 1 USCA Order)(zrdj) (Entered: 11/19/2020) |
| 11/19/2020 | 319 | | Memorandum in opposition to re 318 MOTION for Order *Setting Aside 2019 Federal Lethal Injection Protocol* MOTION to Stay *Execution* filed by WILLIAM P. BARR, U.S. DEPARTMENT OF JUSTICE. (Walker, Johnny) (Entered: 11/19/2020) |
| 11/19/2020 | 320 | | REPLY to opposition to motion re 318 MOTION to Set Aside *2019 Federal Lethal Injection Protocol* MOTION to Stay *Execution* filed by ORLANDO HALL. (Lentz, Amy) (Entered: 11/19/2020) |
| 11/19/2020 | 322 | | MEMORANDUM AND OPINION re Plaintiff Orlando Hall's 318 Motion to Set Aside 2019 Federal Lethal Injection Protocol and Motion to Stay Execution. Signed by Judge Tanya S. Chutkan on 11/19/2020. (lcfb) (Entered: 11/19/2020) |
| 11/19/2020 | 323 | | ORDER granting 318 Motion to Stay Execution and Motion to Set Aside Federal Lethal Injection Protocol. Signed by Judge Tanya S. Chutkan on 11/19/2020. (lcfb) (Entered: 11/19/2020) |
| 11/19/2020 | 324 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 322 Memorandum & Opinion, 323 Order on Motion to Set Aside, Order on Motion to Stay by UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM P. BARR, U.S. DEPARTMENT OF JUSTICE. Fee Status: No Fee Paid. Parties have been notified. (Walker, Johnny) (Entered: 11/19/2020) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the
Federal Bureau of Prisons' Execution
Protocol Cases

LEAD CASE: *Roane, et al. v. Barr*

THIS DOCUMENT RELATES TO:

*Roane, et al. v. Barr*, No. 05-2337

Case No. 19-mc-0145 (TSC)

## **NOTICE OF APPEAL**

Notice is hereby given that Defendants in this action appeal to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order entered on November 19, 2020, *see* ECF Nos. 322 (Memorandum Opinion) and 323 (Order), in which this Court granted Orlando Hall's Motion for an Order Setting Aside the Federal Lethal Injection Protocol and for a Stay of Execution, ECF No. 318, and ordered that Defendants "are enjoined from executing Plaintiffs until further order of this court."

\*　　\*　　\*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

JONATHAN KOSSAK, D.C. Bar #991478
CRISTEN C. HANDLEY, MO Bar #69114
BRADLEY P. HUMPHREYS,
  D.C. Bar #988057
Trial Attorneys
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, District of Columbia 20005
(202) 514-3716
jean.lin@usdoj.gov
jonathan.kossak@usdoj.gov
christen.handley@usdoj.gov
bradley.humphreys@usdoj.gov

Dated: November 19, 2020

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I caused a true and correct copy of foregoing to be served on all following counsel of record via the Court's CM/ECF system.

Joshua C. Toll
King & Spalding LLP
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders
Jonathan S. Meltzer
Brendan Gants
Munger, Tolles & Olson LLP
(202) 220-1100
ginger.anders@mto.com

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman
Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
alex_kursman@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Scott W. Braden
Arkansas Federal Defender Office
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying
Andrew Moshos
Morris, Nichols, Arsht & Tunnell LLP
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Joseph Luby
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Amy Lentz
Steptoe & Johnson, LLP
(202) 429.1320
alentz@stepoe.com

*Counsel for Plaintiff Orlando Hall*

Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Higgs*

Gregory S. Smith
(202) 460-3381
gregsmithlaw@verizon.net

*Counsel for Plaintiff William LeCroy*

Jon Jeffress
KaiserDillon PLLC
(202) 640-2850
jjeffress@kaiserdillon.com

Timothy Kane
Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

Donald P. Salzman
Charles F. Walker
Steven M. Albertson
Skadden, Arps, Slate, Meagher & Flom
LLP
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

David S. Victorson
Hogan Lovells US LLP
(202) 637-5600
david.victorson@hoganlovells.com

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0528
shawn_nolan@fd.org

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
(410) 444-1500
garyeproctor@gmail.com

*Counsel for Plaintiff Jeffrey Paul*

Gerald W. King, Jr.
Jeffrey Lyn Ertel
Federal Defender Program, Inc.
(404) 688-7530
Gerald_King@fd.org
Jeff_Ertel@fd.org

Brandon D. Almond
Troutman Sanders LLP
Washington, D.C. 20004
(202) 274-2864
brandon.almond@troutmansanders.com

*Counsel for Richard Tipton, III*

Alan E. Schoenfeld
Ryan M. Chabot
Wilmer Cutler Pickering Hale and Dorr
LLP
(212) 230-8880
Alan.Schoenfeld@WilmerHale.com
Ryan.Chabot@WilmerHale.com

Andres C. Salinas
Wilmer Cutler Pickering Hale and Dorr
LLP
 (202) 663-6289
Andres.Salinas@WilmerHale.com

*Counsel for Wesley I. Purkey*

Dale A. Baich
Jennifer M. Moreno
Federal Public Defender
District of Arizona
(602) 382-2816
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
(213) 894-2854
celeste_bacchi@fd.org

*Counsel for Plaintiff Julius O. Robinson*

Paul F. Enzinna
Ellerman Enzinna PLLC
(202)753-5553
penzinna@ellermanenzinna.com

*Counsel for Plaintiff James H. Roane, Jr.*

Evan Miller
Vinson & Elkins LLP
(202) 639-6605
emiller@velaw.com

*Counsel for Bruce Webster*

 */s/Johnny Walker*
Assistant United States Attorney

*Counsel for Defendants*

3

94

)
In the Matter of the                              )
Federal Bureau of Prisons' Execution              )
Protocol Cases,                                   )
                                                  )
LEAD CASE: *Roane, et al. v. Barr*                )       Case No. 19-mc-145 (TSC)
                                                  )
THIS DOCUMENT RELATES TO:                         )
                                                  )
*Roane, et al. v. Barr*, 05-cv-2337              )
                                                  )

## MEMORANDUM OPINION

In an order issued early yesterday morning, the U.S. Court of Appeals for the District of

Columbia Circuit reversed this court's dismissal of Plaintiff Orlando Hall's Eighth Amendment

claim. *In re Federal Bureau of Prisons' Execution Protocol Cases*, No. 20-5329 (D.C. Cir. Nov.

18, 2020). In doing so, the Court of Appeals found that this court had read too broadly *Barr v.

Lee* in assessing the irreparable harm facing Plaintiff from being executed with non-prescribed

pentobarbital in violation of the Food, Drug, and Cosmetic Act (FDCA).

Plaintiff Hall, whose execution is scheduled for 6 p.m. today, has moved for an order

setting aside the 2019 Federal Bureau of Prisons' Execution Protocol and declaring it unlawful

for Defendants to carry out further executions without a prescription for pentobarbital. Hall has

also moved for a stay of execution to allow the court to reconsider its finding that Plaintiffs in

this consolidated litigation failed to make the necessary showing of irreparable harm to warrant a

permanent injunction despite Defendants' FDCA violation. Given the complexity of this

litigation, including a decision by the Court of Appeals issued on the eve of the scheduled

execution which has fundamentally altered this court's prior fact-findings, and the Plaintiff's

1

likelihood of success on the merits of his challenge to this court's irreparable harm findings, the motion is GRANTED.

## I. BACKGROUND[1]

### A. The Court's Prior Rulings

On August 20, 2020, this court entered partial final judgment in favor of Defendants as to Plaintiffs' Eighth Amendment claim in Count II of their Amended Complaint. Based on the Supreme Court's reasoning in *Barr v. Lee*, the court found that "[s]o long as pentobarbital is widely used . . . no amount of new evidence will suffice to prove that the pain pentobarbital causes reaches unconstitutional levels." (ECF No. 193 at 4 (discussing *Barr v. Lee*, 140 S. Ct. 2590 (2020) (per curiam)).) This conclusion was premised, in part, on the Supreme Court's observation that Plaintiffs' Eighth Amendment claim faced "an exceedingly high bar" given that single-dose pentobarbital "has become a mainstay of state executions . . . [h]as been used to carry out over 100 executions, without incident . . . [and h]as been repeatedly invoked by prisoners as a *less* painful and risky alternative to the lethal injection protocols of other jurisdictions." *Lee*, 140 S. Ct. at 2591; *see also id.* (citing *Bucklew v. Precythe*, 139 S. Ct. 1112, 1124 (2019)) ("This Court has yet to hold that a State's method of execution qualifies as cruel and unusual.").

In its Opinion, the court further concluded that even if it "found in favor of Plaintiffs on all alleged facts," including evidence that an inmate would be virtually certain to suffer the effects of flash pulmonary edema, "there would be no Eighth Amendment violation because the

---

[1] This being the most recent of several opinions in this litigation, the court presumes familiarity with the facts and procedural posture of the case. A more detailed recitation of the facts may be found in the Court of Appeals' most recent opinion in this case. *Execution Protocol Cases*, No. 20-5329, Slip Op. at 5–11.

evidence of pain would not satisfy *Lee*'s high bar for an objectively intolerable risk of pain."
(ECF No. 193 at 3, 5.)

On September 20, 2020, the court granted summary judgment in favor of Plaintiffs'
FDCA claim. It found that that "the pentobarbital the government intends to use in executions is
subject to the FDCA and fails to meet the premarketing, labeling, and prescription requirements
therein," and that because "the government's use, under the 2019 Protocol, of pentobarbital . . .
has not been prescribed and does not meet other statutory requirements of the FDCA," the
intended executions "constitute[] agency action that is contrary to law in violation of the APA
[Administrative Procedure Act]." (ECF No. 261 at 33; *see also* ECF No. 213.)

The court, however, denied Plaintiffs' request for injunctive relief, finding that although
there was a "possibility that inmates will suffer excruciating pain during their executions,
Plaintiffs have not established that flash pulmonary edema is 'certain' or even 'likely' to occur
before an inmate is rendered insensate." (ECF No. 261 at 36.)

This conclusion was influenced by the court's overbroad reading of *Lee*. Emphasizing
that it could not "weigh the evidence before it in a vacuum," the court concluded that Plaintiffs
were not entitled to injunctive relief "[g]iven the Supreme Court's decision" in *Lee* and "the
competing evidence in this case." (*Id.* at 39–40.) The court reaffirmed this reading in
considering Plaintiffs' motion for reconsideration, explaining that it was "constrained" by the
Supreme Court's findings in *Lee* and other cases and that "Plaintiff would need to supply
evidence that casts doubt on the more than "100 executions carried out using pentobarbital."
(ECF No. 305 at 7.)

3

## B.  The Court of Appeals' November 18, 2020 Decision

In reversing this court's dismissal of Plaintiffs' Eighth Amendment claim, the Court of Appeals disagreed with this court's assessment that "no amount of new evidence will suffice to prove that the pain pentobarbital causes reaches unconstitutional levels." *Execution Protocol Cases*, No. 20-5329, slip op. at 18–19 (citing ECF No. 193 at 4).  The Court clarified that "all the Supreme Court said in *Lee* was that, under the demanding preliminary-injunction standard and before any conclusive factual findings could be made in the case, 'competing expert testimony' over whether pulmonary edema occurs before or after the inmate is rendered insensate would not by itself support a 'last-minute' stay of execution." *Id.* at 19 (citing *Lee*, 140 S. Ct. at 2591).

Finally, the Court of Appeals affirmed this court's conclusion that "the FDCA applies when already-covered drugs like pentobarbital are used for lethal injections" and that the Protocol as administered is "'not in accordance with law' to the extent it allows the dispensation and administration of pentobarbital without a prescription." *Id.* at 24 (quoting 5 U.S.C. § 706(2)).  The Court then directed that the Protocol be "set aside" in that respect.  *Id.*  It affirmed this court's denial of a stay given this court's finding that "the evidence in the record does not support Plaintiffs' contention that they are likely to suffer flash pulmonary edema while still conscious." *Id.* at 25 (quoting ECF No. 261 at 39).

Plaintiff then filed the present motion, asking the court to: 1) issue an order setting aside the 2019 Protocol and declaring it unlawful for Defendants to carry out further executions without a prescription, and 2) stay his execution to allow the court to reconsider its findings that Plaintiffs failed to make the necessary 'irreparable harm' showing to warrant enjoining their executions.

4

As to the first request, the Court of Appeals has already directed this court to enter an order setting aside the Protocol to the extent it permits the dispensing and administration of pentobarbital without a prescription, and the court will therefore issue an order accordingly. Given the extraordinary circumstances here, the request for a stay of execution will be granted.

## II.     LEGAL STANDARD

In considering whether to grant the "extraordinary remedy" afforded by injunctive relief, courts assess four factors: (1) the likelihood of the plaintiff's success on the merits, (2) the threat of irreparable harm to the plaintiff absent an injunction, (3) the balance of equities, and (4) the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20, 24 (2008) (citations omitted); *John Doe Co. v. Consumer Fin. Prot. Bureau,* 849 F.3d 1129, 1131 (D.C. Cir. 2017). "[L]ike other stay applicants, inmates seeking time to challenge the manner in which the [the government] plans to execute them must satisfy all of the requirements for a stay, including a showing of a significant possibility of success on the merits." *Hill v. McDonough*, 547 U.S. 573, 584 (2006).  In addition, "the traditional stay inquiry calls for assessing the harm to the opposing party and weighing the public interest," two factors that "merge" where, as here, the government is the opposing party. *Nken v. Holder*, 556 U.S. 418, 435 (2009).

## A.  Significant Possibility of Success on the Merits

In denying Plaintiff's earlier request for permanent injunctive relief, the court found that the evidence in the record was insufficient to show that flash pulmonary edema was "likely, let alone 'certain' or 'imminent.'" (ECF No. 261 at 40 (citing *Wis. Gas Co. v. FERC*, 758 F.2d 669, 674 (D.C. Cir. 1985)).)  As the court explained, this conclusion was premised, in part, on its interpretation of *Lee*.  (*Id.* at 39–40.)  And in ruling on Plaintiffs' motion for reconsideration, the court found that in order to demonstrate irreparable harm, Plaintiffs would need to "supply

5

evidence that casts doubt on the more than 100 executions carried out using pentobarbital." (*See* ECF No. 305.)[2]

These conclusions were thrown into doubt given the D.C. Circuit's clarification of *Lee*. And as Judge Pillard pointed out in her dissent, this court's prior assessment of the evidence in the record was tainted by the court's erroneous interpretation of *Lee*. *See Execution Protocol Cases*, No. 20-5320, slip op. at 31 (Pillard, J., dissenting) ("Only after the Supreme Court vacated a preliminary injunction on Plaintiffs' Eighth Amendment claim did the district court find that Plaintiffs had failed to show irreparable harm.").

Indeed, correcting this court's error casts the evidence in a different light such that Plaintiffs have established a significant possibility of showing irreparable harm given Defendants' violation of the FDCA. This court found initially that the question of whether an inmate injected with a high dose of pentobarbital will suffer flash pulmonary edema while sensate was one upon which reasonable minds could differ. But that conclusion was premised on a finding that Plaintiffs had failed to "completely undermine" the testimony of Defendants' expert Dr. Crowns. (*See* ECF No. 261 at 38.) This improperly elevated Plaintiff's burden to show irreparable harm. And new evidence presented after each execution (*See, e.g.*, ECF No. 282-4, Van Norman Supp. Decl.), appears to chip away at Crowns' hypothesis and, given the Court of Appeals' interpretation of *Lee,* undermines the basis for the court's conclusion on

---

[2] The court also explained that it was not clear whether the prescription requirement was linked to the harm of flash pulmonary edema. (ECF No. 261 at 36.) The Court of Appeals could have adopted this reasoning and avoided consideration of the court's factual finding regarding irreparable harm altogether. Instead, it relied on this court's factual findings, which suggests, at least at this juncture, that the Plaintiffs can make a showing of irreparable harm in the absence of the prescription requirement.

6

Plaintiffs' motion for reconsideration of the irreparable harm finding. Accordingly, this factor weights in favor of issuing a stay.

Defendants' arguments to the contrary are unpersuasive. First, they argue that *Dunn v. McNabb*, 138 S. Ct. 369 (2017) forecloses this court's ability to issue a stay to reconsider its findings on irreparable harm. (ECF No. 319 at 1.) Not quite. In *Dunn*, the Supreme Court vacated a stay issued by a district court where the plaintiff had failed to establish a "significant possibility of success on the merits." 138 S. Ct. 369. Plaintiff in this case has made that showing. Citing the mandate rule, Defendants also argue that Plaintiff's request for injunctive relief is foreclosed by the D.C. Circuit's finding that this court "was correct to deny the entry of a permanent injunction" on the FDCA claims. (ECF No. 319 at 2.) But as Plaintiff correctly points out, the Circuit's conclusion means only that this court did not abuse its discretion *under the circumstances* that were then before it, not that a permanent injunction was unavailable as a matter of law. Even after a mandate issues, a court may revisit an issue when "there has been a substantial change in the evidence or where an intervening decision has changed the law." *Yankee Atomic Elec. Co. v. United States*, 679 F.3d 1354, 1360 (Fed. Cir. 2012); *accord Barrow v. Falck*, 11 F.3d 729, 731 (7th Cir. 1993) ("An appellate mandate does not turn a district judge into a robot, mechanically carrying out orders that become inappropriate in light of subsequent factual discoveries or changes in the law.").

The Court of Appeals' decision has fundamentally changed the law upon which this court relied in making its factual finding. Thus, the court is not foreclosed from reconsidering whether to grant a permanent injunction, especially after finding that Plaintiff has a substantial possibility of success on the merits.

7

## B. **Irreparable Harm**

In order to prevail on a request for a stay, as with a request for a preliminary injunction, irreparable harm "must be certain and great, actual and not theoretical, and so imminent that there is a clear and present need for equitable relief to prevent irreparable harm," and it "must be beyond remediation." *League of Women Voters of U.S. v. Newby,* 838 F.3d 1, 7–8 (D.C. Cir. 2016) (citing *Chaplaincy of Full Gospel Churches v. England*, 454 F.3d 290, 297 (D.C. Cir. 2006)) (internal quotation marks and brackets omitted); *see also Nken*, 556 U.S. at 434 (noting the substantial overlap between the factors governing a stay and the factors governing a preliminary injunction). Here, without injunctive relief, Plaintiff will be executed with a drug administered in violation of a federal law that ensures its safety and efficacy for the intended purpose. Furthermore, he will be unable to pursue his Eighth Amendment claim, which the D.C. Circuit has just revived as of yesterday. This harm is manifestly irreparable.

Other courts in this Circuit have found irreparable harm in similar, but less dire circumstances. *See, e.g.*, *Damus v. Nielsen*, 313 F. Supp. 3d 317, 342 (D.D.C. 2018) (finding irreparable injury where plaintiffs faced detention under challenged regulations); *Stellar IT Sols., Inc. v. USCIS*, No. 18-2015 (RC), 2018 WL 6047413, at *11 (D.D.C. Nov. 19, 2018) (finding irreparable injury where plaintiff would be forced to leave the country under challenged regulations); *FBME Bank Ltd. v. Lew*, 125 F. Supp. 3d 109, 126–27 (D.D.C. 2015) (finding irreparable injury where challenged regulations would threaten company's existence); *N. Mariana Islands v. United States*, 686 F. Supp. 2d 7, 19 (D.D.C. 2009) (finding irreparable injury where challenged regulations would limit guest workers).

## C. **Balance of Equities**

The need for closure in this case—particularly for the victim's family—is weighty. *See Calderon v. Thompson*, 523 U.S. 538, 556 (1998) ("Only with an assurance of real finality can the [government] execute its moral judgment in a case . . . [and] the victims of crime move forward knowing the moral judgment will be carried out."). And this court is mindful of the Supreme Court's caution against last minute stays of execution. *See Bucklew*, 139 S. Ct. at 1134. But the government's ability to enact moral judgment is a great responsibility and, in the case of a death sentence, cannot be reversed. After suspending federal executions for over seventeen years, the government announced a new Execution Protocol and a resumption of executions in July 2019, and since July of this year has executed seven inmates. Any potential harm to the government caused by a brief stay is not substantial. Indeed, the government has not shown that it would be significantly burdened by staying federal executions until it can secure a valid prescription. Accordingly, the court sees no reason why this execution *must* proceed today.

Thus, the balance of the equities favors a stay.

## D. **Public Interest**

The court is deeply concerned that the government intends to proceed with a method of execution that this court and the Court of Appeals have found violates federal law. The public interest is not served by executing individuals in this manner. *See Harris v. Johnson*, 323 F. Supp. 2d 797, 810 (S.D. Tex. 2004) ("Confidence in the humane application of the governing laws . . . must be in the public's interest.").

Thus, the court finds that all four factors weigh in favor of a stay. The court once again finds itself in the unenviable position of having to issue yet another last-minute stay of execution. Nonetheless, this is the nature of death penalty litigation and this court has had a disproportionate

number of such claims given the nature of the case. Moreover, this result could not have been avoided here. The Court of Appeals issued a decision altering the court's understanding of the law of this case just after 3 a.m. yesterday. The Court of Appeals' mandate was not filed until 3 p.m., another twelve hours later. The court received Plaintiff's motion at around 10 p.m. last night and the motion was fully briefed around 10:45 a.m. this morning. The court would not issue a stay were it not convinced that the Plaintiff has presented claims that had a substantial possibility of succeeding. Indeed, the court denied another request for a stay of execution brought by Orlando Hall earlier this week. (*See Hall v. Barr*, No. 20-cv-3184 (D.D.C.).)

### III.   CONCLUSION

For the foregoing reasons, Plaintiffs motion for a stay of execution will be GRANTED until such time that the court has reconsidered its finding that Plaintiffs failed to show the necessary "irreparable harm" to warrant enjoining their executions, despite Defendants' violation of the FDCA. Plaintiff's request for an order declaring that the Federal Execution Protocol must be set aside to the extent it permits the use of pentobarbital not subject to a prescription is also GRANTED. The court will issue an accompanying order.

Date:  November 19, 2020

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge

10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| In the Matter of the | ) | |
| Federal Bureau of Prisons' Execution | ) | |
| Protocol Cases, | ) | |
| | ) | |
| LEAD CASE: *Roane, et al. v. Barr* | ) | Case No. 19-mc-145 (TSC) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| *Roane, et al. v. Barr*, 05-cv-2337 | ) | |
| | ) | |

## ORDER

In accordance with the Court of Appeals' November 18 ruling, *In re Bureau of Prisons'*

*Execution Protocol Cases*, No. 20-5329 (D.C. Cir. Nov. 18, 2020) and 5 U.S.C. § 706(2), it is

hereby ORDERED that the Federal Bureau of Prison's 2019 Execution Protocol be set aside to

the extent it allows the dispensation and administration of pentobarbital without a prescription.

Plaintiff's motion for a temporary stay of execution is hereby GRANTED for the reasons

set forth in the accompanying Memorandum Opinion.  It is further ORDERED that Defendants

(along with their respective successors in office, officers, agents, servants, employees, attorneys,

and anyone acting in concert with them) are enjoined from executing Plaintiffs until further order

of this court.

Date:  November 19, 2020

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge