IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane, et al. v. Barr*, 05-2337<br><br>*Bernard v. Barr et al.*, 20-474 | Case No. 19-mc-0145 (TSC) |

**ORDER**

Plaintiff Orlando Hall has moved the Court, pursuant to 18 U.S.C. § 3596(a), for an order requiring Defendants to comply with the provisions of Texas law relevant to his case, namely, articles of the Texas Code of Criminal Procedure. Good cause appearing therefor, it is hereby

ORDERED that if Plaintiff Orlando Hall's execution has not begun by midnight tonight (12:00 a.m. on November 20, 2020), Defendants must (1) reschedule Plaintiff Orlando Hall's execution for "after the hour of 6 p.m." on whatever new date is set is selected for his execution; and (2) select a new date for Plaintiff Orlando Hall's execution that is no sooner than February 2, 2021.

Date: November 19, 2020

_____
TANYA S. CHUTKAN
United States District Judge

1