**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| In the Matter of the | ) | |
| Federal Bureau of Prisons' Execution | ) | |
| Protocol Cases, | ) | |
|  | ) | |
| LEAD CASE: _Roane, et al. v. Barr_ | ) | Case No. 19-mc-145 (TSC) |
|  | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
|  | ) | |
| _Roane, et al. v. Barr_, 05-cv-2337 | ) | |
|  | ) | |

## <u>ORDER</u>

Defendants' motion for a stay pending appeal, (ECF No. 326), is hereby DENIED,  for the reasons set forth in the court's November 19, 2020 Memorandum Opinion, (ECF No. 322). Defendants have not shown a likelihood of success on the merits of their appeal. _See Nken v. Holder_, 556 U.S. 418, 434 (2009) (requiring the court to consider, inter alia, the movant has made "a strong showing that he is likely to succeed on the merits" to warrant a stay). The court set forth a detailed explanation as to why it believed Plaintiff had a substantial possibility of success on the merits and why it was unpersuaded by Defendants' counterarguments. The same analysis applies here.

Furthermore, the harm Defendants will suffer is the administrative inconvenience of having to reschedule an execution. This is far from irreparable. And while the government has an important interest in the timely enforcement of a death sentence, _see In re Fed. Bureau of Prisons' Execution Protocol Cases_, 955 F.3d 106, 126 (D.C. Cir. 2020) (Katsas, J., concurring), that interest does not outweigh the public's interest "in adhering to applicable legal requirements" in carrying out such an sentence, _Execution Protocol Cases_, No. 20-5329, slip op. at 34 (D.C. Cir. Nov. 18, 2020) (Pillard, J., dissenting).

Date:  November 19, 2020

_Tanya S. Chutkan_
TANYA S. CHUTKAN
United States District Judge