UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | )<br>)<br>)<br>)<br>)<br>)  Case No. 19-mc-145 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In light of the Supreme Court's admonishment that "[l]ast-minute stays" in execution cases "should be the extreme exception, not the norm," *Barr v. Lee*, 140 S. Ct. 2590, 2591 (2020), and the court's desire to avoid eleventh-hour litigation on claims that could have been presented well in advance, the court hereby amends the parties' proposed briefing schedule, (ECF No. 332), and ORDERS that the parties adhere to the following deadlines:

- By today, November 25, 2020, at 11:59 p.m. Plaintiffs Brandon Bernard and Alfred Bourgeois are GRANTED leave to file a supplemental complaint <u>addressing only</u> the alleged illegality of their recently-scheduled execution dates.

- Plaintiffs Bernard and Bourgeois shall file any motion for a preliminary injunction by today, November 25, 2020, at 11:59 p.m. Defendants shall respond to the motion by Monday, November 30, 2020 at 5 p.m. Plaintiff shall file any reply by Tuesday, December 1, 2020 at 5 p.m. It is the court's understanding that many of these issues have already been briefed at some point during this litigation.

1

- Defendants shall file their reply in support of their motion to dismiss Plaintiff Dustin Higgs' supplemental complaint, (ECF No. 306), by Thursday, December 3, 2020 at 5 p.m.

- Plaintiff Higgs shall file any motion for injunctive relief by Friday, December 4, 2020 at 5 p.m.  Defendants shall file a response by Tuesday, December 8, 2020 at 5 p.m.  Plaintiffs may file a reply by Wednesday, December 9, 2020 at 5 p.m.

- To the extent Plaintiff Cory Johnson intends to file a motion, the parties shall abide by the same schedule set forth above for Plaintiff Higgs.

The parties are reminded that the court's September 14, 2020 Minute Order prohibiting further filings without leave of court remains in effect.  **No extensions** to the above briefing schedule will be granted absent extraordinary circumstances.  The schedule has been set to provide the court sufficient time to rule on the pending motions, to hold any hearings that may be required, and to allow adequate time for appeal.

Date:  November 25, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge