****EXECUTIONS SCHEDULED FOR DECEMBER 10 & 11, 2020****

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES, | ) ) ) ) |
| Lead case:   *Roane et al. v. Barr et al.* | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | Case No. 19-mc-00145-TSC |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | |
| *Bourgeois v. United States Department of Justice, et al.*, No. 12-cv-0782-TSC | |

**SUPPLEMENTAL COMPLAINT OF ALFRED BOURGEOIS AND BRANDON BERNARD FOR INDIVIDUALIZED INJUNCTIVE AND DECLARATORY RELIEF**

1. Pursuant to the Court's February 19, 2020 Order, ECF No. 81, and in addition to the consolidated Amended Complaint for Injunctive and Declaratory Relief (the "Amended Complaint"), ECF No. 92, Plaintiffs Alfred Bourgeois and Brandon Bernard bring this Supplemental Complaint seeking injunctive and declaratory relief for violations of their rights under the Federal Death Penalty Act, 18 U.S.C. § 3591 *et seq.* ("FDPA").

2. On October 16, 2020, Defendants set an execution date of December 10, 2020, against Mr. Bernard, providing him with only 55 days' notice of his execution. *See* Exhibit A. On November 20, 2020, Defendants set an execution date of December 11, 2020, against Mr. Bourgeois, providing him with only 21 days' notice of his execution. *See* Exhibit B.

3. Pursuant to the Court's February 19, 2020 Order, these "circumstances warrant . . . a separate filing" "with regard to the issues that are particular to" Mr. Bourgeois and Mr. Bernard. ECF No. 81. Accordingly, Mr. Bourgeois and Mr. Bernard bring this Supplemental

Complaint based on Defendants' violations of their rights under the FDPA. Because the Court has allowed individual plaintiffs to bring claims such as these in a "separate filing," Mr. Bourgeois and Mr. Bernard do not intend for this Supplemental Complaint to supersede the Amended Complaint, including their claims under the Eighth Amendment and the Food, Drug and Cosmetic Act as made cognizable by the Administrative Procedure Act.

4. The FDPA requires that "executions be implemented in accordance with the execution procedures of the state where the inmate was sentenced." ECF No. 261 (citing *In re Fed. Bureau of Prisons' Execution Protocol Cases ("In re FBOP")*, 955 F.3d 106, 112 (D.C. Cir. 2020)). Mr. Bourgeois was sentenced to death in the United States District Court for the Southern District of Texas. Mr. Bernard was sentenced to death in the United States District Court for the Western District of Texas. Texas statutorily requires that an execution warrant issue at least 91 days in advance of the prisoner's scheduled execution. *See* Tex. Code Crim. Proc. Art. 43.141(c). Defendants disregarded this statutory directive and issued a warrant only 21 days in advance of Mr. Bourgeois's scheduled execution and only 55 days in advance of Mr. Bernard's execution. By issuing warrants less than 91 days before the scheduled executions, Defendants have violated the FDPA.

## I.
## Nature of Action and Background

5. Mr. Bourgeois and Mr. Bernard reallege and incorporate herein by reference, as if set forth in full below, the paragraphs of the consolidated Amended Complaint which relate to the remaining claims in this matter (Counts II & XI). *See* ECF Nos. 92, 261; *In re Federal Bureau of Prisons Execution Protocol Cases*, — F.3d —, No. 20-5340, 2020 WL 6750375 (D.C. Cir., Nov. 19, 2020) (reinstating consolidated Plaintiffs' Eighth Amendment claim).

## II.
## The FDPA Requires 91 Days' Notice of
## An Execution Date for Mr. Bourgeois and Mr. Bernard

6. Title 18 U.S.C. § 3596(a) provides that, at the completion of review of the judgment of conviction and sentence, the person sentenced to death shall be released to the United States marshal "who shall supervise implementation of the sentence in the manner prescribed by the law of the State in which the sentence is imposed."

7. Under Judge Rao's controlling opinion in *In re FBOP*, the FDPA requires the Government "to follow execution procedures set forth in state statutes and regulations, but not execution procedures set forth in less formal state execution protocols." *In re FBOP*, 955 F.3d at 112.

8. This Court has previously held that § 3596(a), as interpreted by the D.C. Circuit in *In re FBOP*, applies to state laws governing the implementation of the death sentence. ECF No. 261 at 27-28 (listing state regulations that must be followed under the FDPA, including a Texas statute "mandating that executions shall take place 'at any time after the hour of 6 p.m. on the day set for the execution.'").

9. Mr. Bourgeois's sentence was imposed by a United States District Court for the Southern District of Texas. *See* Exhibit B.

10. Mr. Bernard's sentence was imposed by a United States District Court for the Western District of Texas. *See* Exhibit A.

11. Texas law dictates that: "An execution date may not be earlier than the 91st day after the date [of] the order setting the execution date."[1] Tex. Code Crim. Proc. Art. 43.141(c).

---

[1] In Texas, that "order" comes from a trial court, but in the federal system, the relevant notice is given by Defendants.

12. Pursuant to this Court's prior rulings, the FDPA requires that, in accordance with the Texas statute, an execution date for Mr. Bourgeois or Mr. Bernard cannot be set for fewer than 91 days after the date of the notice setting that execution date.

13. On October 16, 2020, Defendants set an execution date for Mr. Bernard on December 10, 2020, thus scheduling the execution for only 55 days after the Government's announced decision to schedule Mr. Bernard's execution. *See* Exhibit A. The Government's announcement on October 16, 2020 that it plans to execute Mr. Bernard on December 10, 2020, thus violates the Texas statute and, therefore, the FDPA.

14. On November 20, 2020, Defendants set an execution date for Mr. Bourgeois on December 11, 2020, thus scheduling the execution for only 21 days after the Government's announced decision to schedule Mr. Bourgeois's execution. *See* Exhibit B. The Government's announcement on November 20, 2020 that it plans to execute Mr. Bourgeois on December 11, 2020, thus violates the Texas statute and, therefore, the FDPA.

### III.
### Supplemental Count I: Violation of the FDPA

15. Mr. Bourgeois and Mr. Bernard reallege and incorporate herein by reference the allegations of all of the preceding paragraphs of this Supplemental Complaint as if set forth in full below.

16. Defendants' actions as set forth in this Supplemental Complaint violate Mr. Bourgeois's and Mr. Bernard's rights under the FDPA because those actions violate the Texas statutory requirement that an execution date may not be scheduled earlier than the 91st day after the date of the notice setting the execution date. *See* Tex. Code Crim. Proc. Art. 43.141(c).

17.     Defendants' violations are actionable under the Administrative Procedure Act, which requires a reviewing court to "hold unlawful" and "set aside" an agency action that is "not in accordance with law." 5 U.S.C. § 706(2)(A).

## IV.
## Prayer for Relief

WHEREFORE, in order to prevent the above-alleged violations of Mr. Bourgeois's and Mr. Bernard's rights under the FDPA, Mr. Bourgeois and Mr. Bernard respectfully request that this Court enter a judgment:

    a. declaring that Defendants' actions, practices, customs, and policies with regard to their means, methods, procedures, and customs regarding executions, and specifically the 2019 Protocol, are "not in accordance with law" and violate the FDPA;

    b. vacating Mr. Bernard's December 10, 2020 execution date and enjoining Defendants from executing Mr. Bernard on that date and from setting another execution date without providing 91 days' notice;

    c. vacating Mr. Bourgeois's December 11, 2020 execution date and enjoining Defendants from executing Mr. Bourgeois on that date and from setting another execution date without providing 91 days' notice; and

    d. granting such further relief as the Court deems just and proper.

Dated:   11/25/2020                         Respectfully Submitted,


/s/ Alex Kursman
Alex Kursman, Assistant Federal Defender,
Pro Bono Counsel Pursuant to Local  Rule 83.2(g)
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone: 215-928-0520
Email: alex_kursman@fd.org
Email: shawn_nolan@fd.org

*Counsel for Plaintiff Alfred Bourgeois*


*/s/ Ginger D. Anders*
Ginger D. Anders (Bar No. 494471)
Jonathan S. Meltzer (Bar No. 888166546)
Brendan Gants (Bar No. 1031419)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
MUNGER, TOLLES & OLSON LLP
(202) 220-1100
Ginger.Anders@mto.com

*Counsel for Plaintiff Brandon Bernard*

# CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2020, I caused a true and correct a copy of the foregoing supplemental complaint and the exhibits thereto to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record. The names marked with an asterisk (*) have no email provided on the docket and are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 616-4171
Email: Ethan.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
(404) 688-7530
Email: gerald_king@fd.org

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER &

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Alexander C. Drylewski
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(212) 735-2129
Email: Alexander.Drylewski@skadden.com
(*pro hac vice application forthcoming)

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER,
CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS LLP
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS LLP
(202) 639-6605
Email: EMiller@velaw.com

Margaret O'Donnell

FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL
DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY
DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
VINSON & ELKINS LLP
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
KING & SPALDING LLP (202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221
Email: mhulkower@steptoe.com

Robert A. Ayers

2

(502) 320-1837
Email: mod@dcr.net

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP
(212) 918-3000
Email: john.beck@hoganlovells.com

STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0520
Email: shawn_nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-4430
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

3

| | |
|---|---|
| Amelia J. Schmidt<br>KAISER DILLON, PLLC<br>(202) 869-1301<br>Email: Aschmidt@kaiserdillon.com | Kathryn Louise Clune<br>CROWELL & MORING LLP<br>(202) 624-5116<br>kclune@crowell.com |
| Norman Anderson<br>KAISER DILLON PLLC<br>(202) 640-2850<br>nanderson@kaiserdillon.com | Jennifer M. Moreno<br>OFFICE OF THE PUBLIC FEDERAL DEFENDER, DISTRICT OF ARIZONA<br>(602) 382-2718<br>Jennifer_moreno@fd.org |
| Jennifer Ying<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>(302) 658-9300<br>Email: Jying@mnat.com | Ginger Dawn Anders<br>MUNGER, TOLLES & OLSON LLP<br>(202) 220-1107<br>Ginger.anders@mto.com |
| Andres C. Salinas<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>(202) 663-6289<br>Email: Andres.Salinas@wilmerhale.com | *Jonathan S. Meltzer<br>MUNGER, TOLLES & OLSON LLP<br>(202) 220-1100 |
| *Ryan M. Chabot<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>(212) 295-6513 | *Brendan Gants<br>MUNGER, TOLLES & OLSON LLP<br>(202) 220-1100 |
| Dale Andrew Baich<br>OFFICE OF THE FEDERAL PUBLIC DEFENDER<br>(602) 382-2816<br>Dale_Baich@fd.org | Timothy Kane<br>FEDERAL COMMUNITY DEFENDER OFFICE, EDPA<br>(215) 928-0520<br>Email: timothy_kane@fd.org |

/s/ Alex Kursman
Alex Kursman, Assistant Federal Defender,
Pro Bono Counsel Pursuant to
Local Rule 83.2(g)
Shawn Nolan, Chief, Capital Habeas Unit
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone: 215-928-0520
Email: alex_kursman@fd.org
Email: shawn_nolan@fd.org

*Counsel for Plaintiff Alfred Bourgeois*



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

October 16, 2020

Mr. Brandon Bernard
Reg. No. 91908-080
Special Confinement Unit
United States Penitentiary
Terre Haute, Indiana 47802

Dear Mr. Bernard:

The purpose of this letter is to inform you that a date has been set for the implementation of your death sentence, pursuant to the Judgment and Order issued on June 16, 2000, by Judge Walter S. Smith, Jr. of the United States District Court for the Western District of Texas. This letter will serve as official notification that pursuant to Title 28, Code of Federal Regulations, Section 26.3(a)(1), the Director of the Federal Bureau of Prisons has set December 10, 2020, as the date for your execution by lethal injection.

Under Title 28, Code of Federal Regulations, Sections 1.1 and 1.10, if you wish to seek commutation of sentence or reprieve from the President, petitions may be emailed directly to the DOJ Pardon Attorney at USPARDON.Attorney@usdoj.gov. If email is not available, petitions may be mailed to the Office of the Pardon Attorney, U.S. Department of Justice, 950 Pennsylvania Avenue, RFK Main Justice Building, Washington, D.C. 20530. The Office of the Pardon Attorney is responsible for receiving and processing on behalf of the President all requests for clemency. If you wish to apply for commutation of sentence your petition must be filed within 30 days of the date you receive this notice.

Soon, I will come to your housing unit to personally discuss with you many of the details surrounding the execution. At that time, I will be available to answer any questions you may have regarding the execution process.

Sincerely,

*T.J. Watson*
T.J. Watson
Complex Warden

cc: The Honorable Alan D. Albright, Judge, U.S. District Court (W.D. Texas)
    Clerk of the Court (W.D. Texas)
    Mr. Gregg N. Sofer, United States Attorney (W.D. Texas)
    Mr. Joseph H. Gay, Jr., Assistant United States Attorney (W.D. Texas)
    Mr. Mark Frazier, Assistant United States Attorney (W.D. Texas)
    Mr. Michael R. Hardy, Assistant United States Attorney (W.D. Texas)
    Mr. Josh Minkler, United States Attorney (S.D. Indiana)
    Mr. Joseph "Dan" McClain, United States Marshal (S.D. Indiana)
    Mr. Robert Owen, Esq.



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

November 20, 2020

Mr. Alfred Bourgeois
Reg. No. 98911-079
Special Confinement Unit
United States Penitentiary
Terre Haute, Indiana 47802

Dear Mr. Bourgeois:

The purpose of this letter is to inform you that a date has been set for the implementation of your death sentence, pursuant to the Judgment and Order issued on March 25, 2004, by Senior U.S. District Court Judge Janis Graham Jack of the United States District Court for the Southern District of Texas. This letter will serve as official notification that pursuant to Title 28, Code of Federal Regulations, Section 26.3(a)(1), the Director of the Federal Bureau of Prisons has set December 11, 2020, as the date for your execution by lethal injection.

Soon, I will come to your housing unit to personally discuss with you many of the details surrounding the execution. At that time, I will be available to answer any questions you may have regarding the execution process.

Sincerely,

T.J. Watson
Complex Warden

cc:  The Honorable Janis Graham Jack, U.S. District Court (S.D. Texas)
     Mr. David J. Bradley, Clerk of Court (S.D. Texas)
     Mr. Ryan K. Patrick, United States Attorney (S.D. Texas)
     Ms. Paula Offenhauser, Assistant United States Attorney (S.D. Texas)
     Mr. Michael Wiseman, Federal Public Defender (E.D. Pennsylvania)
     Mr. Victor Julio Abreu, Federal Community Defender (E.D. Pennsylvania)
     Mr. Peter James Walker, Federal Community Defender (E.D. Pennsylvania)
     Mr. Josh Minkler, United States Attorney (S.D. Indiana)
     Mr. Joseph "Dan" McClain, U.S. Marshal (S.D. Indiana)