UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, ) ) ) ) ) | |
| LEAD CASE: *Roane et al. v. Barr* ) ) ) | Case No.   1:19-mc-0145 (TSC) |
| THIS DOCUMENT RELATES TO: ALL CASES; *LeCroy v. Barr et al.*, 1:20-cv-2481 ) ) ) ) | |

**MOTION TO DISMISS MR. LECROY'S INDIVIDUAL COMPLAINT
AND REMOVE HIM AS A PLAINTIFF IN THE CONSOLIDATED ACTION**

Plaintiff William Emmett LeCroy filed suit in this Court to prevent the United States Government, through the named Defendants, from illegally executing him by following federal execution protocols that violate the U.S. Constitution and several federal statutes.

Defendants executed Mr. LeCroy on September 22, 2020.  In doing so, they mooted Mr. LeCroy's challenges without allowing him to fully and fairly litigate this case.  Because the Government extinguished Mr. LeCroy's ability to obtain judicial relief, the undersigned counsel now notify this Court that Mr. LeCroy's Complaint and Amended Complaint in Case No. 1:20-cv-2481 should be dismissed as moot, and Mr. LeCroy should be removed as a plaintiff in this consolidated action, Case No. 1:19-mc-0145, for the same reason.

Dated:  December 4, 2020            Respectfully submitted,

    /s/ Gregory S. Smith
Gregory S. Smith (DC Bar #472802)
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C.  20003
Telephone: (202) 460-3381
Email: gregsmithlaw@verizon.net

   /s/ John R. Martin
John R. Martin (*pro hac vice* granted)
Martin Brothers P.C.
1099 St. Louis Place
Atlanta, GA  30306
Telephone: (404) 433-7446
Email: jack@martinbroslaw.com
*Attorneys for Plaintiff William LeCroy*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document is being served upon all counsel of record through this Court's Electronic Case Filing (ECF) system.

This 4th day of December, 2020.

 /s/ Gregory S. Smith
Gregory S. Smith