# EXHIBIT A

**DECLARATION OF CRAIG W. STEVENS, Ph.D.**

I, Craig W. Stevens, Ph.D., do hereby affirm and attest under penalty of perjury:

1. I am a full-time faculty member in the department of Pharmacology and Physiology at the College of Osteopathic Medicine, a unit of Oklahoma State University, Center for Health Sciences campus in Tulsa, Oklahoma. After receiving my Ph.D. in Pharmacology from the Mayo Clinic, in Rochester, Minnesota, I completed a 2-year postdoctoral fellowship at the University of Minnesota Medical School in Minneapolis, Minnesota, and secured a position as an Assistant Professor of Pharmacology with my present employer in 1990. I advanced through the academic ranks to Associate Professor of Pharmacology in 1993, and Professor of Pharmacology in 2000.

2. Besides my regular duties of teaching medical students, pursuing research and scholarly activities, and serving on college committees, I work part-time as a litigation consultant/expert witness on cases involving pharmacological issues. I have consulted in both civil and criminal cases, working with both the prosecution or plaintiff and the defendant. With regard to the pharmacological issues of lethal injection, I have worked as a consultant with the state as well as with attorneys representing condemned inmates.

3. I have been retained by counsel for Dustin Higgs. Counsel have asked me to provide the Court with information regarding the classification and function of lethal injection drugs.

4. I have reviewed the following case materials in preparing this Affidavit: the Maryland statute §3-905 "Method of Execution"; Federal Bureau of Prisons "BOP Execution Protocol" 2019 (redacted); "ADDENDUM TO BOP EXECUTION PROTOCOL FEDERAL DEATH SENTENCE IMPLEMENTATION PROCEDURES," effective JULY 25, 2019; the Declaration of Joseph F. Antognini, M.D., M.B.A, and his Supplemental Report; the Expert Declaration of Gail A. Van Norman, M.D. and her Supplemental Report, and Expert Declaration of Mark A. Edgar, M.D.

5. Barbiturates are a drug group that derive from barbituric acid. Barbiturates depress the central nervous system and have been used as sedatives and hypnotic drugs for over a century.

6. Barbiturates are divided into the following classes: ultra-short-acting, short-acting, intermediate-acting, and long-acting. The classifications refer to the time of onset and duration of the drug effects. These classifications are widely accepted in the field of pharmacology.

7. I am aware of two ultra-short-acting barbiturates: sodium thiopental and methohexital. Short-acting barbiturates include pentobarbital and secobarbital. Intermediate-acting barbiturates include amobarbital and butabarbital. Long-acting barbiturates include phenobarbital and mephobarbital.

8. As indicated above, pentobarbital is not an ultra-short-acting barbiturate and has never been classified as such. Pentobarbital has an onset of action time of 30 seconds to 1 minute. Its effects take significant longer to begin than thiopental or methohexital.

9.	Thiopental, the most frequently used ultra-short-acting barbiturate, was used for surgery of short duration.  The onset of anesthesia is within 10 to 30 seconds, because thiopental is so lipid soluble that it rapidly enters the brain.

10.	The ultra-short-acting barbiturate, thiopental, is no longer commercially available.

11.	The ultra-short-acting barbiturate, methohexital, is commercially available.

12.	In pharmacology, chemical paralytic agents are synonymous with neuromuscular blockers.  Paralytics by themselves do not lessen a patient's awareness of pain.  Rather, they inhibit muscle action and thus prevent movement.  They are typically used during surgical procedures in combination with analgesics and general anesthetics.  Common chemical paralytic agents include pancuronium, vecuronium, and rocuronium.

13.	Pentobarbital is not a chemical paralytic and has never been classified as such.

14.	Attached hereto is my curriculum vitae.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury.

_____		*December 2, 2020*_____
Craig W. Stevens, Ph.D.				Date