UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, ) ) ) ) ) | |
| LEAD CASE: *Roane, et al. v. Barr* ) | Case No. 19-mc-145 (TSC) |
| ) THIS DOCUMENT RELATES TO: ) ) | |
| *Bernard v. Barr*, 20-cv-0474 ) ) | |
| *Bourgeois v. U.S. Dep't of Just.*, 12-cv-782 ) ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, (ECF No. 345),

Plaintiffs' motion for a preliminary injunction, (ECF No. 335), is hereby DENIED.

Date: December 6, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1