UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, ) ) ) ) ) | |
| LEAD CASE: *Roane, et al. v. Barr* ) | Case No. 19-mc-145 (TSC) |
| THIS DOCUMENT RELATES TO: ) ) ) | |
| *Bernard. v. Barr*, 20-cv-474 ) ) ) | |
| *Bourgeois v. U.S. Dep't of Just.*, 12-cv-0782 ) ) | |

## ORDER

Plaintiffs' motion for a stay of execution pending appeal, (ECF No. 347), is hereby DENIED, for the reasons set forth in the court's December 6, 2020 Memorandum Opinion, (ECF No. 345). The court set forth a detailed analysis as to why Plaintiffs had failed to demonstrate irreparable harm, notwithstanding Defendants' violation of 18 U.S.C. § 3596(a). The same analysis applies here. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (citing *Winter v. Nat'l Res. Def. Council*, 555 U.S. 7, 24 (2008)) (noting the "substantial overlap" between the factors governing a stay and the factors governing preliminary injunctions).

Date:  December 7, 2020

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge

1