# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, | )<br>)<br>)<br>) |
| LEAD CASE: *Roane, et al. v. Barr* | ) Case No. 19-mc-145 (TSC) |
| THIS DOCUMENT RELATES TO: | ) |
| *LeCroy v. Barr*, 20-cv-2481 | ) |
| WILLIAM EMMETT LECROY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cv-2481 (TSC) |
| WILLIAM P. BARR, *et al.* | ) |
| Defendants. | ) |

## ORDER

Plaintiff William Emmett LeCroy's motion to dismiss (ECF No. 342) the complaint in *LeCroy v. Barr,* 20-cv-2481 as moot is hereby GRANTED.  It is hereby ORDERED that William Emmett LeCroy be removed as a Plaintiff in the consolidated action *In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases*, 19-mc-145.

Date:  December 8, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge