# Exhibit 3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES | |
| LEAD CASE: *Roane et al. v. Barr* | No. 1:19-mc-00145(TSC) |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | |

## DECLARATION OF WILLIAM TRUE, III

I, William True, III, do hereby declare and state as follows:

1. I am currently employed by the Bureau of Prisons (BOP) as Complex Warden at the Federal Correctional Complex at Florence Colorado, (FCC Florence). I am also involved in functions related to the BOP's role in effectuating executions.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. I am aware that the execution of Orlando Hall is at issue in the above referenced lawsuit. I witnessed the execution on November 19, 2020, from inside the execution room, several feet from Mr. Hall. My observations are as follows.

4. In preparation for the execution, Hall was brought into the execution room and restrained on a bed. After the successful placement of the IV lines, the curtains raised and I allowed inmate Hall to make a statement. I then read inmate Hall's sentencing information aloud, and asked the U.S. Marshals' representative to check whether there were any impediments

1

to proceed with the execution. During this time, Hall was speaking and saying things such as "I love you" and "I'm ok." The U.S. Marshals' representative then informed me there were no impediments to proceed.

5. Thereafter, the audio feed from the execution room to the witness rooms was turned off, and the administration of the lethal injection substances began, at approximately 11:31 p.m. Approximately one minute later, Hall raised his head and took a deep breath. I heard him speaking in what I perceived as Arabic, and also again say "I love you" and "I'm ok", in English, toward his witnesses.

6. I also noticed Hall adjust his body, but I perceived it as shifting his body position, and not an indication that he was in pain.

7. Approximately one-and-a-half minutes after the injection started, Hall then yawned two or three times, then snored loudly once. Approximately one to two minutes after he snored, I could see that he had stopped breathing, as the rise and fall of his chest had stopped.

8. Shortly later, at approximately 11:46 p.m., medical personnel entered the execution room. At that time, Hall's fingers appeared gray, and his face appeared ashen. Death was announced at 11:47 p.m.

9. Throughout the entirety of the process, it did not appear to me that Hall was experiencing discomfort, or that he was struggling for air.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this __1__ day of December, 2020.

William True, III
Federal Bureau of Prisons

2