# Exhibit 5

## DECLARATION OF KENDALL VON CROWNS, M.D.

I, KENDALL VON CROWNS, under the penalty of perjury, declare the following to be true and correct:

1. My name is Kendall Von Crowns, MD. I am board-certified by the American Board of Pathology in Anatomic Pathology with subspecialty certification in Forensic Pathology. I practice forensic pathology full time in the State of Texas. I am also the Deputy Chief Medical Examiner of the Travis County Medical Examiner's Office in Austin, Texas. In addition, I am an Assistant Professor of Practice and Director of the Forensic Fellowship Program at the Travis County Medical Examiner's Office, Clinical Assistant Professor at the University of Texas Medical Branch, and Adjunct Assistant Professor at the Texas A & M Health Science Center. I have determined cause and manner of death in thousands of autopsies including cases of suicides in which an intentional overdose of pentobarbital was a direct or contributing factor in the cause of death.

2. I have reviewed eyewitness accounts of the execution of Orlando Hall from Rick Winter and William True III provided to me by the Defendants. Both gave a description of Hall's movements exhibited at the time of execution. After the administration of the pentobarbital, Mr. Hall was noted to move his lower body, turn his head and state that he was "ok". He was then noted to yawn and then snore briefly before being noted to stop breathing.

3. From this description, Hall's execution appears to have followed a similar pattern as compared to other executions. There is no evidence of Mr. Hall's immediate physical reaction was caused by acute (flash) pulmonary edema. As I have stated in my previous declarations the symptoms observed with pulmonary edema would be shortness of breath (dyspnea), increased respiration (tachypnea) wheezing, gasping, coughing, and noisy labored breathing. Any of these symptoms if they existed would continue to persist until the individual died. The symptoms would not begin and then subside but instead would get progressively worse.

4. None of the symptoms of severe pulmonary edema were noted in Mr. Winter and Mr. True's descriptions of Mr. Hall's execution. Nor did they report that Mr. Hall exhibited any symptoms of pain while he was conscious (or unconscious).

5. My opinions are reached to a reasonable degree of medical certainty and I reserve the right to change my opinions should more or different information become available.

Date: 12/7/20

Kendall Von Crowns, MD