# Exhibit 6

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the )<br>Federal Bureau of Prisons' Execution )<br>Protocol Cases, )<br> )<br>LEAD CASE: *Roane et al. v. Barr* )<br> )<br> )<br>THIS DOCUMENT RELATES TO: )<br> )<br>*Roane et al., v. Barr*, No. 05-2337        ) | Case No. 19-mc-145 (TSC) |

### Declaration of T.J. Watson

I, T.J. Watson, declare the following:

1. I am currently employed by the Bureau of Prisons (BOP) as the Complex Warden at the Federal Correctional Complex located in Terre Haute, Indiana (FCC Terre Haute), a position I have held since November 11, 2018. I have been employed by the BOP in areas of increasing responsibility since 1995.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. The BOP, under the supervision of the United States Marshals Service, is responsible for implementing federal death sentences. See 18 U.S.C. §3596(a); 28 C.F.R. Part 26.

4. I am aware that in the above referenced lawsuit, Plaintiff Dustin Higgs, Register No. 31133-037, raises concerns related to, among other things, the possibility that he might contract COVID-19 prior to his scheduled execution.

5. Mr. Higgs' execution is scheduled for January 15, 2021, at FCC Terre Haute.

6. FCC Terre Haute is situated on approximately 1145 acres and is comprised of three separate prisons in three separate buildings: the United States Penitentiary (USP), which is a high security prison; the Federal Correctional Institution (FCI), which is a medium security prison; and the Federal Prison Camp (FPC), which is a minimum security prison camp. FCC Terre Haute also includes a Central Utility Plant, a staff training center, the National Bus Center, a garage, and numerous other buildings. The execution facility is entirely separate from the aforementioned buildings. The execution facility is approximately over one hundred feet from the FCI, but physically separated by perimeter fencing and razor wire. Staff at the execution facility cannot approach anyone on FCI grounds due to the perimeter fencing. The execution facility is approximately the equivalent of several city blocks from the FPC which is further south on the property. The USP is even further away from the execution facility as it is south of the FPC.

7. Mr. Higgs is housed in the Special Confinement Unit (SCU), a specialized unit within USP Terre Haute, which houses inmates with a sentence of death.

8. The BOP and FCC Terre Haute have implemented rigorous safeguards and precautions in light of the COVID-19 pandemic. The BOP is following the guidance and directives from the World Health Organization (WHO), the Centers for Disease Control (CDC), the Office of Personnel Management (OPM), the Department of Justice, and the Office of the Vice President. Agency-wide modified operations in response to COVID-19 were announced by BOP on March 13, 2020. See https://www.bop.gov/resources/news/20200313_covid-19.jsp.[1] These modifications have remained in place and currently include the following measures, among others:

---

[1] While these modifications were initially scheduled to last for 30 days, they have been extended a number of times. *See* https://www.bop.gov/resources/news/

- temperature checks and COVID-19 screening are being conducted for staff, contractors, and other visitors, with those who register a temperature of 100.4° Fahrenheit or higher denied access to the grounds;

- as much as possible, staff are being assigned to the same posts and are not rotating;

- the movements of inmates are limited so as to prevent congregating and to maximize social distancing. Essential inmate work details, such as Food Service, continue to operate with appropriate screening (i.e. temperature checks and reporting symptoms). Inmate movement in small numbers is authorized for use of the Commissary, Laundry, Showers, Telephone, to include legal calls, and for access to TRULINCs (email) mental health or medical care;

- Prior to entering the institution, or in Receiving and Discharge, all new intakes to an institution, including voluntary surrenders, BOP-to-BOP transfers, or transfers from outside the BOP system are screened by medical staff for COVID-19. This process includes a symptom screen, a temperature check, and an approved viral PCR test (either an Abbott ID NOW point-of-care [POC] test or a commercial PCR test) performed on a sample obtained from a nasopharyngeal, mid-turbinate, or anterior nares swab. Inmates who arrive symptomatic AND/OR test positive will be placed in MEDICAL ISOLATION. Inmates who arrive asymptomatic AND test negative will be placed in QUARANTINE.

See https://www.bop.gov/coronavirus/covid19_status.jsp.

9. At FCC Terre Haute, all staff, inmates, and visitors are required to wear masks inside the institution. Masks are provided if a visitor does not have one. Additionally, all visitors can be provided full personal protective equipment (PPE) to include face shields, gowns, and gloves if they desire. Where possible, social distancing is practiced, consistent with Center for Disease Control (CDC) guidelines.

---

pdfs/20200414_press_release_action_plan_6.pdf; https://www.bop.gov/resources/news/20200520_covid-19_phase_seven.jsp;
https://www.bop.gov/foia/docs//COVIDPhase8June30.pdf;
https://www.bop.gov/foia/docs//COVIDphase9_08052020.pdf; and
https://www.bop.gov/coronavirus/covid19_status.jsp

10. Staff have been educated regarding the importance of staying home if they are feeling ill, and are required to self-report any COVID-19 exposure (known or suspected) as well as any positive COVID-19 test. If a staff member tests positive for COVID-19, he or she is required to stay home in compliance with current CDC guidelines. Staff do not move between the separate facilities and buildings unless necessary, for example, if one institution is in need of additional staff due to staff being on leave on a given day, or otherwise requires assistance of additional staff. Some positions also by their nature involve working at multiple institutions, including custody staff, facilities staff, as well as medical, dental, and psychology staff.

11. Inmate movement within the individual institutions is limited to small groups and subject to appropriate screening measures. Inmate movement in small numbers is allowed for commissary, laundry, showers, telephone, TRULINCS (email), recreation, law library, as well as mental health and health care needs. Showers, phones, and surfaces are cleaned between each use and throughout the day. A full explanation of BOP inmate movement, both within institutions as well as between institutions, along with the logistics of inmate activities is available on the BOP's website. *See*

https://www.bop.gov/coronavirus/covid19_status.jsp

12. FCC Terre Haute has multiple rapid Abbot test machines, and uses them to immediately test symptomatic inmates in order to isolate and quarantine them more quickly. Rapid testing has been used to test symptomatic inmates, and asymptomatic inmates who had close contact with an inmate who tested positive for COVID-19. If an inmate tests positive, then generally the rest of the inmates on that range (row of cells) are tested. If appropriate, entire units are locked down (remain in their cells) and tested. Inmates are

all required to wear masks outside of their cells and to maintain social distance outside their cells.

13. BOP and FCC Terre Haute maintain data on the number of positive cases and testing. See https://www.bop.gov/coronavirus/. As of the signing of this declaration, the website lists 180 FCI inmates and 18 FCI staff[2] as current positive cases. It lists 84 USP inmates and 3 staff as current positive cases. The website also lists 903 inmates at the FCI and Camp, and 978 inmates at the USP as having completed tests.[3] Id.

14. Additionally, zero inmates housed in the SCU have tested positive for COVID-19. The SCU is a specialized unit that is separated from the rest of the USP population. For example, during normal operations, SCU inmates are confined to their cells the majority of the day, and generally do not interact with each other except for recreation and some religious services. When SCU inmates recreate, they do so with at most one other inmate from SCU. Since modified operations have been in effect due to COVID-19, SCU inmates have only been utilizing the outside recreation enclosures, with one inmate per enclosure and with an empty enclosure between inmates. The SCU visiting room is only utilized by visitors of SCU inmates. The visiting room allows non-contact visitation—i.e., the inmate is separated from his visitor by a partition—and is sanitized after each use.

---

[2] Data for the Federal Prison camp is included in the data listed on the website for the FCI.

[3] As explained on the website, the number of positive tests at a facility is not equal to the number of cases, as one person may be tested more than once. The number of tests recorded per site reflects the number of persons at the specific facility who have been tested, whether at that site or at a prior facility.

15. In the days leading up to an execution, the FCC Terre Haute inmate population is locked down, thereby minimizing the interaction between inmates, as well as the interaction between inmates and staff.

16. Although it is difficult to predict with certainty for any particular execution, for the upcoming executions, BOP estimates that approximately 50 to 125 individuals including the BOP's execution team, state and local law enforcement, and various witnesses, and demonstrators will travel to FCC Terre Haute. All individuals arriving at FCC Terre Haute will be temperature checked and screened as described above in paragraph 8.

17. The execution team is comprised of approximately 40 BOP employees, who are employed at locations other than FCC Terre Haute. To the greatest extent possible, the execution team generally does not enter the FCI, USP, or FPC at all while at FCC Terre Haute. The execution team is primarily engaged in duties which occur in and around the execution facility, and generally does not interact with any inmate, other than the inmate housed at the execution facility. A limited number of execution team staff occasionally have a need to enter the FCI, USP, or FPC for reasons related to the execution, but such occurrences are rare and will be minimized. No members of the BOP execution team carry out duties specific to FCC Terre Haute or are assigned such duties while on the grounds. Some members of the execution team have interaction with FCC Terre Haute personnel incident to their role in the operation of the execution. For example, the execution team may interact with FCC Terre Haute personnel when going through security check points, receiving the inmate, receiving witnesses, and meeting with Terre Haute personnel to discuss operations logistics and equipment. However, such interactions are usually brief and infrequent (for example, when receiving the inmate and

witnesses), and during all such interactions, BOP staff are required to wear masks and to the extent possible remain socially distanced.

18. In past executions, a number of security and support personnel such as Special Operations Response Teams (SORT) and Disturbance Control Teams (DCT) also travelled to FCC Terre Haute from other BOP institutions. However, such personnel are not scheduled to travel to Terre Haute for the upcoming executions in December 2020 and January 2021.

19. At executions, non-BOP personnel such as media, witnesses, legal counsel, and Ministers of Record will not be permitted to interact with any FCC Terre Haute inmate, other than the condemned inmate. Any visits with the condemned inmate would take place outside the presence of other inmates, either in the Special Confinement Unit (SCU), which is located at the USP, or at the stand-alone execution facility. During such visits, which are non-contact visits, visitors are required to wear masks and to the extent possible remain socially distanced.

20. While the execution witness rooms may not allow for great distancing, full Personal Protective Equipment (PPE) is available to all members of the execution team while at FCC Terre Haute, to include fit-tested N-95 masks, gloves, gowns, and face shields. At a minimum, all members of the execution team must wear a mask. Other individuals who attend an execution, including attorneys, media, and witnesses, are required to wear masks and will be provided PPE if they request it.

21. Additionally, demonstrators have the opportunity to be present at an execution in a designated area on FCC Terre Haute grounds. However, no demonstrators have chosen to come into FCC Terre Haute grounds, instead electing to demonstrate in an area across the street from FCC Terre Haute. If demonstrators were to choose to be present on

grounds, they would still be screened and temperature checked, as well as screened for security purposes, by FCC Terre Haute staff off-site, and then transported to the demonstration area by FCC Terre Haute staff. That demonstration area is near the main public road and not near any of the prison buildings.

22. In addition to the individuals coming to FCC Terre Haute for an execution, approximately 70 or more FCC Terre Haute staff have functions related to execution events. These FCC Terre Haute employees are not considered part of the execution team, and instead include staff that work at the USP, FCI, and FPC. For example, FCC staff manage check points and perimeter security, staff the command center, and escort witnesses and demonstrators. FCC staff managing check points will check ID's and temperatures; some staff in the command center will likely meet with some execution team staff in order to coordinate the operation; and staff escorting witnesses and demonstrators will by necessity interact with the witnesses and demonstrators. Therefore, FCC staff will have some interaction with both the public and the BOP personnel attending the execution. However, through all of these interactions, all individuals on FCC Terre Haute grounds will be required to wear masks, and will have been screened prior to entering the institution grounds. Many such interactions are limited in time, for example, when checking ID's and temperatures, and staff will minimize the amount of time they are within six feet of others.

23. After an execution, the BOP execution team members are afforded an opportunity to test for COVID-19. FCC Terre Haute staff are advised and encouraged to obtain a test if they had a known exposure or experience symptoms. If they have tested positive for COVID-19, they are not permitted to return to work until they meet the criteria in the guidelines

issued by the Centers for Disease Control and Prevention ("CDC"). Of course all individuals are free to seek testing in the community.

24. I have been advised by execution team leadership that incident to the November execution, six members of the BOP execution took COVID-19 tests at Terre Haute. All six team members who tested at Terre Haute received negative results. However, additional team members tested positive for COVID-19, upon returning to their homes. Specifically, six team members tested positive within approximately one week from their return home. An additional two staff members tested positive more than one week after returning home.

25. I have been advised that in deciding when to return to work, all individuals referenced in paragraph 24 followed the applicable CDC guidelines. The CDC advises that individuals who had COVID-19 can be around others after 10 days since symptoms first appeared and 24 hours with no fever without the use of fever-reducing medications, and if other symptoms of COVID-19 are improving. For individuals who had COVID-19, but were asymptomatic, the CDC advises they can be around others after ten days have passed since their positive test. See https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/end-home-isolation.html. Accordingly, five of the team members who tested positive after the November 19 execution plan to travel to Terre Haute for the upcoming December executions. One additional team member could return to work in accordance with CDC guidelines, but cannot attend the December executions for personal reasons. The two team members who tested positive more recently do not plan to attend the December executions.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this __8__ day of December, 2020.

_____
T.J. Watson
Federal Bureau of Prisons