**\*\*\*EXECUTION SCHEDULED FOR JANUARY 15, 2021\*\*\***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES,<br><br>Lead case:   *Roane et al. v. Barr et al.*<br><br><br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane et al. v. Barr et al.*, No. 05-cv-2337 | Case No. 19-mc-00145-TSC |

**MOTION FOR 24-HOUR EXTENSION OF TIME FOR THE FILING OF PLAINTIFF DUSTIN HIGGS' REPLY IN SUPPORT OF HIS MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR LEAVE TO FILE AN AMENDED AND SUPPLEMENTAL COMPLAINT**

Plaintiff Dustin Higgs respectfully moves for a 24-hour extension in order to file his reply in support of the pending motions for preliminary injunction and for leave to file an amended and supplemental complaint. Mr. Higgs states the following reasons in support of this motion.

1.      Mr. Higgs is scheduled to be executed on January 15, 2021. On December 4, 2020, Mr. Higgs moved for a preliminary injunction based on the as-applied Eighth Amendment claim brought in his original complaint, as well as two claims in his proposed amended and supplemental complaint (i.e., that execution under the 2019 Protocol would amount to an increased punishment in violation of *ex post facto* principles, and that he was arbitrarily selected for an execution date in violation of due process and the Eighth Amendment).

2.      The Government filed an opposition to the pending motions on December 8, 2020 at 4:22 p.m. The Government's opposition is 44 pages in length and includes six exhibits, including two new expert declarations. *See* ECF No. 352. The expert declaration of Dr.

1

Antognini alone is 16 pages and cites 19 distinct sources. Moreover, Dr. Antognini's declaration relies on medical records maintained by the Bureau of Prisons; counsel for Mr. Higgs lacks access to such records and did not receive them until yesterday afternoon.

3. The Court's order of November 25, 2020, requires Mr. Higgs to file a reply by 5:00 p.m. tomorrow (Wednesday, December 9). ECF No. 333. The order provides that a movant must demonstrate extraordinary circumstances in order to obtain an extension.

4. Mr. Higgs demonstrates the requisite extraordinary circumstances in light of the pendency of other emergency capital litigation. Undersigned counsel represents Alfred Bourgeois, who is scheduled for execution on Friday, December 11. Currently pending in Mr. Bourgeois's case is a motion for injunction pending appeal in the D.C. Circuit (Case No. 20-5361). In that proceeding, the Government is required to file an opposition to the motion by 7:00 p.m. tonight, and Mr. Bourgeois must file a reply by 8:00 a.m. tomorrow. It would be extraordinarily difficult for undersigned counsel and his colleagues to prepare and submit adequate reply filings in both cases by the Courts' respective deadlines.

5. Considering the rush of execution warrant litigation, the length and detail of the Government's response in this case, and the technical issues presented from new expert declarations and otherwise, Mr. Higgs shows extraordinary circumstances that reasonably justify a short extension of the Court's reply-filing deadline.

6. Mr. Higgs' execution date of January 15 remains some five weeks away. By granting a one-day extension for the filing of the forthcoming reply, the Court would not imperil its objective of ensuring that stay-of-execution remedies will avoid "eleventh-hour litigation" and "last minute stays." ECF No. 333 at 1.

7 Counsel for Mr. Higgs has contacted opposing counsel, who states that the

Government does not intend to take a position with respect to this motion for extension.

WHEREFORE, for the foregoing reasons, Plaintiff Dustin Higgs respectfully requests an extension of 24 hours in which to file a reply in support of his motions for preliminary injunction and for leave to file an amended and supplemental complaint, so that the reply would be due for filing on or before 5:00 p.m. on Thursday, December 10.

Dated:  December 8, 2020               Respectfully submitted,

                                       */s/ Shawn Nolan*
                                       Shawn Nolan, Chief, Capital Habeas Unit
                                       Matthew Lawry, Assistant Federal Defender
                                       Federal Community Defender Office, E.D. Pa.
                                       601 Walnut Street, Suite 545 West
                                       Philadelphia, PA 19106
                                       Telephone: 215-928-0520
                                       Email: shawn_nolan@fd.org

                                       *Counsel for Plaintiff Dustin Higgs*

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to this Court's August 20, 2019 Order, below is a list of all counsel of record. The names marked with an asterisk (*) have no email provided on the docket and are no longer with the identified firms.

Alan Burch
U.S. Attorney's Office for the District of Columbia
(202) 252-2550
Email: alan.burch@usdoj.gov

Peter S. Smith
United States Attorney's Office
Appellate Division
(202) 252-6769
Email: peter.smith@usdoj.gov

Ethan P. Davis
Civil Division, U.S. Department of Justice
(202) 616-4171
Email: Ethan.Davis@usdoj.gov

Robert J. Erickson
US Department of Justice
(202) 514-2841
Email: Robert.erickson@usdoj.gov

Joshua Christopher Toll
KING & SPALDING LLP
(202) 737-8616
Email: jtoll@kslaw.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
(202) 659-6605
Email: czdebski@eckertseamans.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.

Paul R. Perkins
Civil Division, Department of Justice
(202) 514-5090
Email: Paul.R.Perkins@usdoj.gov

Jonathan Kossak
Civil Division, Department of Justice
(202) 305-0612
Email: Jonathan.kossak@usdoj.gov

Denise M. Clark
U.S. Attorney's Office for the District of Columbia
(202) 252-6605
Email: Denise.Clark@usdoj.gov

Jean Lin
Civil Division, Department of Justice
(202) 514-3716
Jean.lin@usdoj.gov

Cristen Cori Handley
Civil Division, Department of Justice
(202) 305-2677
Cristen.Handley@usdoj.gov

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
(202) 753-5553
Email: penzinna@ellermanenzinna.com

Brandon David Almond
TROUTMAN SANDERS LLP
(202) 274-2864
Email: brandon.almond@troutmansanders.com

(404) 688-7530
Email: gerald_king@fd.org

Charles Fredrick Walker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7000
Email: Charles.Walker@skadden.com

Alexander C. Drylewski
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(212) 735-2129
Email: Alexander.Drylewski@skadden.com
(*pro hac vice application forthcoming)

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
(213) 894-1887
Email: celeste_bacchi@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-5374
Email: jonathan_aminoff@fd.org

Billy H. Nolas
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: Billy_Nolas@fd.org

*Jeanne Vosberg Sourgens
VINSON & ELKINS LLP
(202) 639-6633

William E. Lawler, III
VINSON & ELKINS LLP
(202) 639-6676
Email: wlawler@velaw.com

Evan D. Miller
VINSON & ELKINS LLP
(202) 639-6605

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7983
Email: Donald.salzman@skadden.com

Steven M. Albertson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(202) 371-7112
Email: Steven.Albertson@skadden.com

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
(213) 894-7865
Email: craig_harbaugh@fd.org

Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
(215) 928-0520
Email: Alex_Kursman@fd.org

Kathryn B. Codd
VINSON & ELKINS LLP
(202) 639-6536
Email: kcodd@velaw.com

Robert E. Waters
KING & SPALDING LLP (202) 737-0500
Email: rwaters@velaw.com

Yousri H. Omar
VINSON & ELKINS LLP
(202) 639-6500
Email: yomar@velaw.com

*William E. Hoffman, Jr.
KING & SPALDING LLP
(404) 572-3383

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
(202) 429-6221

Email: EMiller@velaw.com

Margaret O'Donnell
(502) 320-1837
Email: mod@dcr.net

Abigail Bortnick
KING & SPALDING LLP
(202) 626-5502
Email: abortnick@kslaw.com

Matthew John Herrington
STEPTOE & JOHNSON LLP
(202) 429-8164
Email: mherrington@steptoe.com

Amy J. Lentz
STEPTOE & JOHNSON LLP
(202) 429-1320
Email: Alentz@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR, LLC
(410) 444-1500
Email: garyeproctor@gmail.com

Scott Wilson Braden
FEDERAL PUBLIC DEFENDER, EASTERN DISTRICT OF ARKANSAS
(501) 324-6144
Email: Scott_Braden@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
(215) 928-0520
Email: amy_donnella@fd.org

David Victorson
(202) 637-5600
HOGAN LOVELLS US LLP
Email: David.Victorson@hoganlovells.com

John D. Beck
HOGAN LOVELLS US LLP

Email: mhulkower@steptoe.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
(202) 429-6401
Email: rayers@steptoe.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
(404) 314-7664
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
(816) 363-2795
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0520
Email: shawn_nolan@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
(215) 928-0520
Email: joseph_luby@fd.org

Pieter Van Tol
HOGAN LOVELLS US LLP
(212) 918-3000
Email: Pieter.Vantol@hoganlovells.com

Jonathan Jeffress
KAISER DILLON, PLLC
(202) 640-4430
Email: Jjeffress@kaiserdillon.com

Andrew Moshos
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 351-9197
Email: Amoshos@mnat.com

(212) 918-3000
Email: john.beck@hoganlovells.com

Amelia J. Schmidt
KAISER DILLON, PLLC
(202) 869-1301
Email: Aschmidt@kaiserdillon.com

Norman Anderson
KAISER DILLON PLLC
(202) 640-2850
nanderson@kaiserdillon.com

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNELL LLP
(302) 658-9300
Email: Jying@mnat.com

Andres C. Salinas
WILMER CUTLER PICKERING HALE & DORR LLP
(202) 663-6289
Email: Andres.Salinas@wilmerhale.com

*Ryan M. Chabot
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 295-6513

Dale Andrew Baich
OFFICE OF THE FEDERAL PUBLIC DEFENDER
(602) 382-2816
Dale_Baich@fd.org

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE & DORR LLP
(212) 937-7294
Email: Alan.Schoenfeld@wilmerhale.com

Kathryn Louise Clune
CROWELL & MORING LLP
(202) 624-5116
kclune@crowell.com

Jennifer M. Moreno
OFFICE OF THE PUBLIC FEDERAL DEFENDER, DISTRICT OF ARIZONA
(602) 382-2718
Jennifer_moreno@fd.org

Ginger Dawn Anders
MUNGER, TOLLES & OLSON LLP
(202) 220-1107
Ginger.anders@mto.com

*Jonathan S. Meltzer
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

*Brendan Gants
MUNGER, TOLLES & OLSON LLP
(202) 220-1100

Timothy Kane
FEDERAL COMMUNITY DEFENDER OFFICE, EDPA
(215) 928-0520
Email: timothy_kane@fd.org

Dated: December 8, 2020

                                    */s/ Shawn Nolan*
                                    Shawn Nolan, Chief, Capital Habeas Unit
Matthew Lawry, Assistant Federal Defender
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone: 215-928-0520
Email: shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Higgs*