**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the | ) |
| Federal Bureau of Prisons' Execution | ) |
| Protocol Cases, | ) |
| | ) |
| LEAD CASE: *Roane, et al. v. Barr* | )   Case No. 19-mc-145 (TSC) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| *Roane, et al. v. Barr*, 05-cv-2337 | ) |
| | ) |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum Opinion, (ECF No. 354),

Defendants' motion to dismiss Count IV of Plaintiff Dustin Higgs' Complaint, (ECF No. 306), is

hereby GRANTED.

Date:  December 9, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge