# United States Court of Appeals
## For The District of Columbia Circuit

**No. 20-5345**  September Term, 2020

1:19-mc-00145-TSC

Filed On: December 11, 2020 [1875339]

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

    Appellees

  v.

William P. Barr, Attorney General, et al.,

    Appellants

### M A N D A T E

In accordance with the order of December 11, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

              BY:    /s/
                          Lynda M. Flippin
                          Deputy Clerk

Link to the order filed December 11, 2020

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-5345**  September Term, 2020

1:19-mc-00145-TSC

Filed On: December 11, 2020

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

    Appellees

    v.

William P. Barr, Attorney General, et al.,

    Appellants

## O R D E R

Upon consideration of the motion to dismiss appeal as moot, it is

**ORDERED** that this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Lynda M. Flippin
Deputy Clerk