# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-5345**  September Term, 2020

1:19-mc-00145-TSC

Filed On: December 11, 2020

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

    Appellees

    v.

William P. Barr, Attorney General, et al.,

    Appellants

## O R D E R

Upon consideration of the motion to dismiss appeal as moot, it is

**ORDERED** that this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                                              FOR THE COURT:  
                                              Mark J. Langer, Clerk

                  BY:    /s/  
                            Lynda M. Flippin  
                            Deputy Clerk