AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Dustin Higgs ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-mc-00145 |
| United States Department of Justice, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dustin Higgs                                                                                           .

Date:   12/16/2020                                               /s/ Alexander Kursman
                                                                           *Attorney's signature*

                                                          Alexander Kursman, PA Bar No. 306613
                                                                *Printed name and bar number*
                                                   Federal Defender Office for the Eastern District of PA
                                                                       Capital Habeas Unit
                                                              601 Walnut Street, Suite 545 West
                                                                       Philadelphia, PA 19106
                                                                              *Address*

                                                                    alex_kursman@fd.org
                                                                         *E-mail address*

                                                                        (215) 928-0520
                                                                      *Telephone number*

                                                                        (215) 928-0826
                                                                          *FAX number*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES,<br><br>Lead case:   *Roane et al. v. Barr et al*.<br><br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane, et al. v. Barr, et al.,* No. 05-2337 | Case No. 19-mc-00145-TSC |

### CERTIFICATE OF REPRESENTATION WITHOUT COMPENSATION
### PURSUANT TO DISTRICT OF COLUMBIA LOCAL RULE 83.2(g)

I, Alex Kursman, hereby certify as follows:

1.   I am an Assistant Federal Public Defender in the Eastern District of Pennsylvania. I am a member of the bars in the highest court in Pennsylvania and in the United States District Court for the Eastern District of Pennsylvania.

2.   On January 27, 2005, the Federal Public Defender's Office in the Eastern District of Pennsylvania was appointed to represent Dustin Higgs in post-conviction proceedings pursuant to 28 U.S.C. § 2255. Mr. Higgs is a death sentenced inmate and is incarcerated at the U.S. Penitentiary in Terre Haute, Indiana.

3.   The United States has scheduled Mr. Higgs's execution for January 15, 2021.  On September 4, 2020, this Court granted Mr. Higgs's unopposed motion to intervene.  Aside from remaining pending claims that relate to all plaintiffs, Mr. Higgs currently has pending before this Court a motion for leave to file an amended and supplemental complaint, ECF No. 343, and a motion for preliminary injunction barring his execution.  ECF No. 344.  The Court has scheduled a status conference to discuss the pending motions for December 17, 2020 at 4:00 pm.

4. Mr. Higgs is indigent and cannot afford private counsel to represent him in this action. My office and I have and will continue to provide representation to Mr. Higgs without compensation in these and future proceedings.

5. Undersigned counsel has previously entered his appearance for Plaintiff Alfred Bourgeois. *Bourgeois v. United States Dept. of Justice, et al.,* No. 12-cv-0782-TSC, ECF No. 21 (D. D.C. August 6, 2019). Mr. Bourgeois was executed on December 11, 2020.

6. I am personally familiar with the Local Rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Alex Kursman
Alex Kursman

Dated: December 16, 2020