AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Dustin Higgs ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-mc-00145 |
| United States Department of Justice, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dustin Higgs            .

Date:    12/17/2020                              /s/ Devon Porter
                                         *Attorney's signature*

                              Devon Porter, PA Bar No. 327898
                              *Printed name and bar number*
                              Federal Defender Office for the Eastern District of PA
                              Capital Habeas Unit
                              601 Walnut Street, Suite 545 West
                              Philadelphia, PA 19106
                              *Address*

                              devon_porter@fd.org
                              *E-mail address*

                              (215) 928-0520
                              *Telephone number*

                              (215) 928-0826
                              *FAX number*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES,<br><br>Lead case:    *Roane et al. v. Barr et al.*<br><br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane, et al. v. Barr, et al.,* No. 05-2337 | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 19-mc-00145-TSC<br>)<br>)<br>)<br>) |

### CERTIFICATE OF REPRESENTATION WITHOUT COMPENSATION
### PURSUANT TO DISTRICT OF COLUMBIA LOCAL RULE 83.2(g)

I, Devon Porter, hereby certify as follows:

1. I am an attorney at the Federal Community Defender Office for the Eastern District of Pennsylvania. I am an active member of the Pennsylvania bar in good standing.

2. On January 27, 2005, the Federal Public Defender's Office in the Eastern District of Pennsylvania was appointed to represent Dustin Higgs in post-conviction proceedings pursuant to 28 U.S.C. § 2255. Mr. Higgs is a death sentenced inmate and is incarcerated at the U.S. Penitentiary in Terre Haute, Indiana.

3. The United States has scheduled Mr. Higgs's execution for January 15, 2021. On September 4, 2020, this Court granted Mr. Higgs's unopposed motion to intervene. Aside from remaining pending claims that relate to all plaintiffs, Mr. Higgs currently has pending before this Court a motion for leave to file an amended and supplemental complaint, ECF No. 343, and a motion for preliminary injunction barring his execution. ECF No. 344. The Court has scheduled a status conference to discuss the pending motions for December 17, 2020 at 4:00 pm.

4.  The only way for Mr. Higgs to challenge the legality of the execution method is by filing a civil action separate from any section 2255 post-conviction proceedings.

5.  Mr. Higgs is indigent and cannot afford private counsel to represent him in this action. My office and I have and will continue to provide representation to Mr. Higgs without compensation in these and future proceedings.

6.  I am personally familiar with the Local Rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Devon Porter  
Devon Porter

Dated: December 16, 2020