UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
**In the Matter of the**
**Federal Bureau of Prisons' Execution**     :
**Protocol Cases,**
                                                        :
**Lead Case:** *Roane et al. v. Barr*           Case No. 19-mc-00145 (TSC)
                                                         :

**THIS DOCUMENT RELATES TO:**                :

**All Cases**                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF DONALD P. SALZMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF FROM FINAL JUDGMENT

I, Donald P. Salzman, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am a member of the Bar of this Court and an attorney with the firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps") with an office located at 1440 New York Avenue, N.W., Washington, D.C. 20005. Skadden Arps is counsel to the Plaintiff Corey Johnson in the above-captioned matter.

2. I respectfully submit this Declaration in support of Plaintiffs' Motion for Relief from Final Judgment and to submit a true and correct copy of the exhibits attached hereto.

3. Attached hereto are true and correct copies of the following documents:

| **Exhibit** | **Description** |
|---|---|
| 1. | Email chain between counsel for Plaintiff Johnson and counsel for Defendants, dated December 9-14, 2020 |
| 2. | Defendants' Responses and Objections to Plaintiff Cory Johnson's First Set of Interrogatories and First Set of Requests for Production of Documents, dated December 17, 2020 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: December 18, 2020
                                            Respectfully submitted,

/s/ *Donald P. Salzman*
Donald P. Salzman
D.C. Bar Number #479775
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
(202) 371-7983

Alexander C. Drylewski (admitted *pro hac vice*)
Andrew R. Beatty (*pro hac vice* motion pending)
One Manhattan West
New York, NY 10001
(212) 735-3278

*Counsel for Plaintiff Corey Johnson*