UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the
Federal Bureau of Prisons' Execution
Protocol Cases

LEAD CASE: *Roane, et al. v. Barr*

THIS DOCUMENT RELATES TO:

ALL CASES

Case No. 19-mc-0145 (TSC)

# NOTICE OF FILING DECLARATIONS

On December 17, 2020, the Court held a telephonic status conference to discuss the potential scheduling of an evidentiary hearing on Plaintiff Dustin Higgs's motion for a preliminary injunction. During that conference, counsel for Higgs read into the record unsworn media accounts of the execution of Alfred Bourgeois. Counsel for the government requested, and the Court granted, permission to submit in a subsequent filing sworn statements from government personnel regarding the same execution. Accordingly, Defendants respectfully submit herewith the attached sworn declarations of Eric Williams and Jonathan Hemingway describing the executions of Brandon Bernard and Allred Bourgeois, respectively. In neither case did the declarant witness any sign of pain or suffering.

\* \* \*

Respectfully submitted,

| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General | MICHAEL R. SHERWIN<br>Acting United States Attorney |
| JEAN LIN<br>Special Litigation Counsel | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division |
| JONATHAN KOSSAK, D.C. Bar #991478<br>CRISTEN C. HANDLEY, MO Bar #69114<br>BRADLEY P. HUMPHREYS,<br>  D.C. Bar #988057<br>Trial Attorneys<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, District of Columbia 20005<br>(202) 514-3716<br>jean.lin@usdoj.gov<br>jonathan.kossak@usdoj.gov<br>christen.handley@usdoj.gov<br>bradley.humphreys@usdoj.gov | By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar #991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>Email: johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* |

Dated: December 22, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I caused a true and correct copy of foregoing to be served on all following counsel of record via the Court's CM/ECF system.

Joshua C. Toll
King & Spalding LLP
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders
Jonathan S. Meltzer
Brendan Gants
Munger, Tolles & Olson LLP
(202) 220-1100
ginger.anders@mto.com

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman
Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
alex_kursman@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Scott W. Braden
Arkansas Federal Defender Office
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying
Andrew Moshos
Morris, Nichols, Arsht & Tunnell LLP
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Joseph Luby
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Amy Lentz
Steptoe & Johnson, LLP
(202) 429.1320
alentz@stepoe.com

*Counsel for Plaintiff Orlando Hall*

Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Higgs*

Gregory S. Smith
(202) 460-3381
gregsmithlaw@verizon.net

*Counsel for Plaintiff William LeCroy*

Jon Jeffress
KaiserDillon PLLC
(202) 640-2850
jjeffress@kaiserdillon.com

Timothy Kane
Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

Donald P. Salzman
Charles F. Walker
Steven M. Albertson
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

David S. Victorson
Hogan Lovells US LLP
(202) 637-5600
david.victorson@hoganlovells.com

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0528
shawn_nolan@fd.org

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
(410) 444-1500
garyeproctor@gmail.com

*Counsel for Plaintiff Jeffrey Paul*

| | |
|---|---|
| Gerald W. King, Jr.<br>Jeffrey Lyn Ertel<br>Federal Defender Program, Inc.<br>(404) 688-7530<br>Gerald_King@fd.org<br>Jeff_Ertel@fd.org | Alan E. Schoenfeld<br>Ryan M. Chabot<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>(212) 230-8880<br>Alan.Schoenfeld@WilmerHale.com<br>Ryan.Chabot@WilmerHale.com |
| Brandon D. Almond<br>Troutman Sanders LLP<br>Washington, D.C. 20004<br>(202) 274-2864<br>brandon.almond@troutmansanders.com | Andres C. Salinas<br>Wilmer Cutler Pickering Hale and Dorr LLP<br> (202) 663-6289<br>Andres.Salinas@WilmerHale.com |
| *Counsel for Richard Tipton, III* | *Counsel for Wesley I. Purkey* |
| Dale A. Baich<br>Jennifer M. Moreno<br>Federal Public Defender<br>District of Arizona<br>(602) 382-2816<br>dale_baich@fd.org<br>jennifer_moreno@fd.org | Amy Karlin<br>Interim Federal Public Defender<br>Celeste Bacchi<br>Jonathan C. Aminoff<br>Deputy Federal Public Defenders<br>(213) 894-2854<br>celeste_bacchi@fd.org |
| *Counsel for Plaintiff Keith Nelson* | *Counsel for Plaintiff Julius O. Robinson* |
| Paul F. Enzinna<br>Ellerman Enzinna PLLC<br>(202)753-5553<br>penzinna@ellermanenzinna.com | Evan Miller<br>Vinson & Elkins LLP<br>(202) 639-6605<br>emiller@velaw.com |
| *Counsel for Plaintiff James H. Roane, Jr.* | *Counsel for Bruce Webster* |

                                        /s/Johnny Walker
                                        Assistant United States Attorney

                                        *Counsel for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | No. 1:19-mc-00145(TSC) |

DECLARATION OF ERIC WILLIAMS

I, Eric Williams, do hereby declare and state as follows:

1. I am currently employed by the Bureau of Prisons (BOP) as Warden at the Federal Correctional institution at Greenville, Illinois (FCI Greenville). I am also involved in functions related to the BOP's role in effectuating executions.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. I am aware that the execution of Brandon Bernard is at issue in the above referenced lawsuit. I witnessed the execution on December 10, 2020, from inside the execution room, several feet from Mr. Bernard. My observations are as follows.

4. In preparation for the execution, Mr. Bernard was brought into the execution room and placed on a bed where he was restrained and IV lines were inserted. After the successful placement of the IV lines, Mr. Bernard's Minister of Record was escorted into the execution room, and the two spoke to each other and prayed together. After they were

1

finished talking and praying, the curtains in the execution room were raised. At that time, I asked Mr. Bernard if he would like to make a statement, which he did. When he was finished, I read Mr. Bernard's sentencing information aloud, and asked the U.S. Marshals' representative to check whether there were any impediments to proceed with the execution. The U.S. Marshals' representative informed me there were no impediments to proceed.

5. Thereafter, the administration of the lethal injection substances began. At the same time, Mr. Bernard spoke to his Minister of Record and stated, "tell my family I love them." Mr. Bernard then asked me if he could pray, and I told him yes, he could speak. Mr. Bernard began reciting the Lord's Prayer.

6. Toward the end of the Lord's Prayer, he began to slow down. He then yawned and his upper body and arms shook slightly, which I perceived as an indication that the drug was entering his system. I recall this taking place no more than approximately a few minutes from the time the administration of the drug started.

7. Immediately after Mr. Bernard yawned, he fell asleep. I observed his chest and abdomen rising and falling as he was sleeping. He did not make any sounds and did not appear to be in any pain or discomfort.

8. Mr. Bernard continued to sleep until approximately 9:17 or 9:18 p.m., at which time it appeared he had stopped breathing. After several minutes, a physician entered the room and checked his heartbeat with a stethoscope. Thereafter, Mr. Bernard's time of death was pronounced at 9:27 p.m.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and

correct.  Executed this  21st   day of December, 2020.

                                                 Eric Williams
                                                 Federal Bureau of Prisons

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | No. 1:19-mc-00145(TSC) |

### DECLARATION OF JONATHAN HEMINGWAY

I, Jonathan Hemingway, do hereby declare and state as follows:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Warden at the Federal Correctional Institution at Milan, Michigan (FCI Milan). I am also involved in functions related to the BOP's role in effectuating executions.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. I am aware that the execution of Alfred Bourgeois is at issue in the above referenced lawsuit. I served as the BOP official in the execution room for the execution on December 11, 2020. I was several feet from Mr. Bourgeois throughout the entire process. My observations are as follows.

4. In preparation for the execution, Bourgeois was escorted into the execution room and placed on a bed. Restraints were applied and a medical team inserted IV lines. Mr. Bourgeois' Minister of Record was escorted into the execution room, and they prayed together. When they were finished, the curtains in the execution room were raised. At that time, I asked Mr. Bourgeois if he would like to make a statement, which he did. I then read

1

Mr. Bourgeois' sentencing information aloud, and asked the U.S. Marshals' representative to check whether there were any impediments to proceed with the execution. The U.S. Marshals' representative checked for impediments and indicated that there were none.

5. At that time, the administration of the lethal injection began, I noticed Mr. Bourgeois give a thumbs up sign toward his Minister of Record, and I did not see any indication that Mr. Bourgeois was experiencing pain. He did not make any further statements for the remainder of the procedure.

6. Approximately 1 ½ minutes after the administration of the lethal injection began, Mr. Bourgeois closed his eyes, took a deep breath, and snored loudly. He continued to snore loudly and take deep breaths, with his eyes closed, for approximately 2 ½ minutes. I noticed his stomach area moving up and down in conjunction with his snoring and deep breathing. He did not appear to be in pain or discomfort during this time.

7. Mr. Bourgeois stopped breathing at approximately 7:58 p.m., and he laid still for approximately 20 minutes, at which time a physician evaluated him using a stethoscope. His time of death was pronounced at 8:21 p.m.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 18th day of December, 2020.

Jonathan Hemingway
Federal Bureau of Prisons