UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES | |
| LEAD CASE: *Roane et al. v. Barr* | No. 1:19-mc-00145(TSC) |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | |

DECLARATION OF ERIC WILLIAMS

I, Eric Williams, do hereby declare and state as follows:

1. I am currently employed by the Bureau of Prisons (BOP) as Warden at the Federal Correctional institution at Greenville, Illinois (FCI Greenville). I am also involved in functions related to the BOP's role in effectuating executions.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. I am aware that the execution of Brandon Bernard is at issue in the above referenced lawsuit. I witnessed the execution on December 10, 2020, from inside the execution room, several feet from Mr. Bernard. My observations are as follows.

4. In preparation for the execution, Mr. Bernard was brought into the execution room and placed on a bed where he was restrained and IV lines were inserted. After the successful placement of the IV lines, Mr. Bernard's Minister of Record was escorted into the execution room, and the two spoke to each other and prayed together. After they were

1

finished talking and praying, the curtains in the execution room were raised. At that time, I asked Mr. Bernard if he would like to make a statement, which he did. When he was finished, I read Mr. Bernard's sentencing information aloud, and asked the U.S. Marshals' representative to check whether there were any impediments to proceed with the execution. The U.S. Marshals' representative informed me there were no impediments to proceed.

5. Thereafter, the administration of the lethal injection substances began. At the same time, Mr. Bernard spoke to his Minister of Record and stated, "tell my family I love them." Mr. Bernard then asked me if he could pray, and I told him yes, he could speak. Mr. Bernard began reciting the Lord's Prayer.

6. Toward the end of the Lord's Prayer, he began to slow down. He then yawned and his upper body and arms shook slightly, which I perceived as an indication that the drug was entering his system. I recall this taking place no more than approximately a few minutes from the time the administration of the drug started.

7. Immediately after Mr. Bernard yawned, he fell asleep. I observed his chest and abdomen rising and falling as he was sleeping. He did not make any sounds and did not appear to be in any pain or discomfort.

8. Mr. Bernard continued to sleep until approximately 9:17 or 9:18 p.m., at which time it appeared he had stopped breathing. After several minutes, a physician entered the room and checked his heartbeat with a stethoscope. Thereafter, Mr. Bernard's time of death was pronounced at 9:27 p.m.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and

correct.  Executed this  21st  day of December, 2020.

                                                   _____
                                                   Eric Williams
                                                   Federal Bureau of Prisons