# EXHIBIT 2

### Supplemental Expert Declaration of Gail A. Van Norman M.D.
### Regarding Significance of Infection of Death Row Prisoners by the COVID-19 Virus and
### Implications for Lethal Injection Protocols Involving Pentobarbital

The COVID-19 virus leads to significant lung damage—even in the majority of patients who are asymptomatic—and has direct and serious implications for death row inmates subject to execution by use of pentobarbital sodium ("pentobarbital") pursuant to the Federal Bureau of Prisons' ("BOP") current lethal injection protocol (the "2019 Protocol"). For prisoners experiencing COVID-related lung damage at the time of their execution, flash pulmonary edema will occur even earlier in the execution process, and before brain levels of pentobarbital have peaked. To a reasonable degree of medical certainty, these prisoners will experience sensations of drowning and suffocation sooner than a person without COVID-related lung damage and, therefore, their conscious experience of the symptoms of pulmonary edema will be prolonged.

On November 1, 2019, I provided Plaintiffs' counsel with my opinions regarding the 2019 Protocol in a declaration that included detailed discussion and cited scientific evidence. On June 29, 2020, I provided a Supplemental Expert Declaration addressing specific questions regarding flash pulmonary edema in prisoners executed by intravenous (IV) administration of 5 grams of pentobarbital. I also provided a Secondary Supplemental Declaration to the Court dated August 7, 2020 for Plaintiff Keith Nelson, addressing findings of flash pulmonary edema following the execution of Wesley Purkey on July 16, 2020. On September 15, 2020, I wrote an Additional Supplemental Report to the Court, providing rebuttal to the declarations of Dr. Kendall Von Crowns (dated August 10, 2020) and Dr. Joseph Antognini (dated September 11, 2020). I was provided with eyewitness accounts of William LeCroy's execution on September 22, 2020, as well as autopsy reports of 307 prisoners executed by lethal injection involving various drugs, most of which were discussed in a story published by NPR on September 21, 2020.[1] On September 24, 2020, I submitted an opinion regarding breathing and eye movements witnessed during the execution and reexamining the incidence of flash pulmonary edema among prisoners executed using the 2019 Protocol. On October 28, 2020, I provided supplemental reports on behalf of Lisa Montgomery and Norris Holder, regarding effects of antiseizure and other psychoactive medications on the results of lethal injection utilizing pentobarbital.

It is my understanding that since submission of these reports, death row prisoners scheduled for execution by the BOP have tested positive for, and are symptomatic with, infection by the COVID-19 virus. Counsel have asked me to offer an opinion regarding how recent or concurrent COVID-19 infection may affect lethal injection with pentobarbital.

I have stated previously that when additional documents or materials are provided to me for specific review and analysis, or if I become aware of other scientific or clinical evidence that impacts my opinions, (or if in attendance at any hearings or trials in this case I learn of relevant evidence), I may choose to modify my opinions accordingly.

---

[1] Caldwell N., Chang A., Myers J. Gasping for air: autopsies reveal troubling effects of lethal injection. NPR. Sept 21, 2020. Available at: https://www.npr.org/2020/09/21/793177589/gasping-for-air-autopsies-reveal-troubling-effects-of-lethal-injection. Accessed Sept 21, 2020

   This supplemental declaration accordingly provides emerging scientific information regarding the effects of COVID-19 viral infection in both symptomatic and asymptomatic patients on the alveolar-capillary membrane of the lungs, which is one site at which barbiturates act to produce flash pulmonary edema in barbiturate overdose.

   In addition to the materials listed in my Expert Declaration dated November 1, 2019, and in my previous Supplemental Reports dated June 29, 2020, August 7, 2020, and September 15, 2020, September 24, 2020, and October 28, 2020, I have further reviewed and relied upon various scientific publications as referenced and footnoted throughout this declaration.

## OPINIONS

   To aid Counsel and the Court, I will restate some of my previous conclusions that are relevant to this declaration, in addition to my new conclusions that address Counsel's questions. Each of the new opinions is discussed at length in this declaration.

   **Opinion #1:** Flash pulmonary edema occurs in essentially 100% of prisoners executed by lethal injection using pentobarbital. (Please refer to my Expert Declaration, dated November 1, 2019, pages 32-33, for a discussion of pulmonary edema in barbiturate overdose and references). Flash pulmonary edema occurs very rapidly (i.e. within seconds or minutes), and is associated with excruciating symptoms of drowning and suffocation, including shortness of breath, air hunger, anxiety, terror and panic. (Please refer to my Expert Declaration dated November 1, 2019, pages 33-34, detailing sensations of drowning and suffocation.)

   **Opinion #2:** Infection with the COVID-19 virus causes severe damage to many areas in the airways and the lungs, but most specifically to the alveolar-capillary membrane, which is also the site of damage of massive barbiturate overdose. The damage from COVID-19 infection can be seen by radiography in the majority (65%) of patients who have asymptomatic infection, and in at least 79% of patients who have symptomatic COVID-19 infection, even when such infections are mild.

   **Opinion #3:** After infection with COVID-19, symptoms gradually resolve, but damage to the lung tissue persists for a much longer period of time, even after the patients no longer experience symptoms. The duration of the changes in lung tissue is unknown at this time, although several studies have demonstrated that severe pulmonary functional changes have been demonstrated for more than 90 days after infection. Clinical observation of divers who experienced mild COVID symptoms demonstrated severely abnormal oxygen levels in the blood with stress, and other lung function abnormalities that were severe enough to prevent them from being certified to return to work, even 6 weeks after symptoms had apparently resolved. Additional studies of COVID survivors demonstrate that radiographic lung changes persist for weeks to months following infection.

2

**Opinion #4:** The presence of this particular COVID-19 virally-induced lung injury sensitizes the lungs to more extensive and immediate further damage to the alveolar-capillary membrane and other sites. When the barbiturate reaches the alveolar-capillary membrane and other sites in the lung, the drug will cause more extensive damage—at even lower blood levels of barbiturate, i.e. earlier in the injection process and in a shorter period of time—causing massive pulmonary edema at an earlier stage in the execution process before drug levels in the brain have peaked. To a reasonable degree of medical certainty, prisoners will experience earlier and therefore more prolonged sensations of drowning and suffocation compared to health prisoners.

## DISCUSSION

This month marks one year since the first case of COVID-19 viral infection was seen in Wuhan, China. While the medical world has worked tirelessly to both learn all that can be determined about this new pathogen, and to treat COVID-19 patients, we are still in the infancy of understanding this extreme threat. We know that COVID-19 produces respiratory infection, and that it also causes a diffuse inflammatory response, produces widely disseminated blood clotting abnormalities, and causes severe damage to virtually every organ system, particularly the lungs and heart. We also are learning that significant damage occurs far earlier in infection than previously thought, even before the patient is symptomatic, and that it is both profound and long lasting. Until very recently, for example, large studies of damage in the lungs evidenced at autopsy were lacking, in part because of safety issues in performing such autopsies and studies, and in preventing widespread contamination.

In the last several months, a number of studies emerged, some of which reviewed and characterized more clearly than earlier studies the widespread effects of COVID-19 effects in lung tissue. At the same time, other studies were published that examined the pattern of damage in patients who did not die of the disease, and in asymptomatic patients who test positive for the disease—with startling results.

In patients who have died of COVID-19 infection, postmortem findings in the lungs include pulmonary edema and exudates,[2,3] infiltration of inflammatory cells in the lung tissues, swelling of lymph nodes and other tissue, inflammation and swelling of the trachea (tracheitis), and inflammation and breakdown of the pulmonary capillary walls ("diffuse pulmonary vasculitis") and diffuse damage to the alveoli (termed "DAD" or "diffuse alveolar damage"), among other effects.[4] It is known that this damage occurs very early, even before patients have

---

[2] The term "pulmonary edema" refers generally to fluid that has leaked from the pulmonary capillaries into lung tissues, and the air-containing spaces in the lungs called alveoli. "Exudates" refer also to fluids in these spaces, but these fluids are produced in response to inflammation and contain different types of cells and proteins. COVID-19 infection causes both inflammatory responses that produce exudates, and damage to capillary membranes that cause pulmonary edema. Both exudates and pulmonary edema prevent normal passage of oxygen into the bloodstream, and carbon-dioxide out of the bloodstream, but through different mechanisms.

[3] De Maat S, et al. Impaired breakdown of bradykinin and its metabolites as a possible cause for pulmonary edema in COVID-19 infection. Semin Thromb Hemost 2020: 46:835-7

[4] Calebrese F, et al. Pulmonary pathology and COVID-19: lessons from autopsy. The experience of European pulmonary pathologists. Virchow Arch 2020; 477:359-72

3

symptoms; specifically, many patients do not experience shortness of breath while the virus is causing diffuse pulmonary vasculitis and alveolar damage. The absence of symptoms is unreliable in indicating effects on the lungs; in the majority of cases, absence of symptoms is misleading. This is a *unique* characteristic of COVID-19 infection, and appears to be because early in COVID infection, the lungs retain enough elasticity or "compliance" that patients are able to compensate for falling oxygen levels by changing their breathing patterns ("tachypnea").[5]

Just recently, it has also become apparent that asymptomatic cases or mild cases that never progress to hospitalization nevertheless involve similar damage to the lungs. Computerized tomography (CT) scans of 104 cases from the cruise ship Diamond Princess demonstrated that 54% of patients who experienced asymptomatic infections still suffered the same severe lung changes (lung opacifications) seen in many hospitalized patients. When patients had symptoms of any kind, the percentage that had sufficiently advanced damage to be apparent on CT scan rose to 79%. Asymptomatic and symptomatic patients were not significantly different with regard to having previous lung disease.[6] This finding was very close to those from a different group of investigators, who found that 56% of cases with few or no symptoms also showed diffuse lung damage.[7] Varble, et al. also used CT scanning to show that 65% of patients who were COVID positive had severe lung changes almost four days before onset of symptoms.[8] Very early in the pandemic, Meng et al., found that in *all* of the patients with asymptomatic COVID-19 infections (N = 58), 94.8% had abnormal, ground glass opacifications (GGO) by CT scan.[9]

It is clear now that even in mild infection—i.e. infection that is either asymptomatic or symptomatic but does not require hospitalization—significant damage is occurring in the lungs, and particularly to the alveolar/capillary membrane. This is the same site that is eroded by high blood levels of barbiturate that occur in massive barbiturate overdose and cause the membranes to leak fluid into the air-exchanging chambers of the lungs, effectively drowning the prisoner. With the alveolar-capillary membrane already damaged by the virus, COVID-positive prisoners would be more susceptible to rapid and massive barbiturate damage, and this damage would occur long before the level of pentobarbital peaks in the brain. Thus, even if a 5-gram intravenous dose of pentobarbital would render a prisoner insensate under normal circumstances —which I dispute, as I have stated in my previous declarations—a COVID-positive prisoner or a prisoner who has recently recovered from COVID-19 would experience a much more rapid and devastating onset of flash pulmonary edema at an earlier stage of the injection when brain levels of barbiturate are much lower. This would prolong the period of time that a prisoner would experience sensations of drowning and suffocation.

[5] Bavriatopoulou M et al. Clin Exp Med. July 27, 2020
[6] Inui S et al. Chest CT findings in cases from the cruise ship Diamon Princess with coronavirus disease (COVID-19) Radiology: Cardiothoracic Imaging 2020: 2: e200110
[7] Castelli M et al. Prevalence and risk factors for lung involvement on low-dose chest CT (LDCT) in a paucisymptomatic population of 247 patients affected by COVID-19. Insights Imaging. 2020: 11:117
[8] Varble N et al. CT and clinical assessment in asymptomatic and pre-symptomatic patients with early SARS-CoV-2 in outbreak settings. Eur Radiol 2020. Nov 4th
[9] Meng H. CT imaging and clinical course of asymptomatic cases with COVID-19 pneumonia at admission in Wuhan, China. J.Infect. April 12, 2020.

We know that even asymptomatic patients have significant and severe enough lung changes that they are detectable by CT scan. What we do not know is exactly how long after COVID infection the lung damage is repaired, and the alveolar-capillary membrane returns to more normal function. At least two studies suggest that recovery does not occur within 90 to 100 days.

One group of workers particularly concerned about lung changes that can cause predisposition to pulmonary edema are professional and recreational divers. In order to be certified to dive, they require medical clearance after pulmonary infections, since the lungs may be sensitive to damage from changes in pressure during diving and breath holding. Damage to the pulmonary capillary member can predispose them to air embolism, for example, a deadly event.[10] Frank Hartig, a German physician who is also a diver, followed six divers for six weeks who tested positive for COVID-19. Although the patients had only mild symptoms, their lung CT scans showed dramatic changes typical of COVID. At 6 weeks after their infection,[11] and after all apparent symptoms had resolved, four patients still had dramatic lung changes on CT, and two had an abnormal exercise test (low blood oxygen with exercise). *None* could be recertified to return to diving.[12]

Sonnweber et al., followed COVID-19 patients and found that a significant number of patients who had symptomatic infections were still experiencing symptoms 100 days after their initial infection, and that CT abnormalities, while improving, still persisted.[13] Zhao et al., found persistent radiographic changes in the lungs three months after COVID infection in 71% of patients.[14]

## CONCLUSION

Infection with the COVID-19 virus leads to significant lung damage, including diffuse alveolar damage and damage to the pulmonary capillaries, both of which are sites at which high blood levels of barbiturates cause erosion and pulmonary edema. Significant damage is present and demonstrable on CT scans in the majority of *asymptomatic* patients, and in at least 79% of patients who have *any symptoms*. The presence of COVID-19 virus-mediated damage to the alveoli and pulmonary capillaries will predispose prisoners undergoing lethal injection with a barbiturate overdose to severe additional damage by the intravenous drug. Damage to their lungs will happen more quickly with less drug (i.e. lower blood levels) than prisoners who do not have such infections. Evidence of flash pulmonary edema has been demonstrated in 100% of

---

[10] Russell, MC. New advice cautions against rushed return to diving for coronavirus patients. DIVE. April 2020. Available at: http://divemagazine.co.uk/skills/8907-serious-problems-diving-after-covid19 Accessed Dec 20, 2020
[11] Six weeks is a common period of time for functional recovery following more typical types of pneumonia, and is the usual time for follow-up for pneumonia patients in clinical practice. Because not much was known about COVID this early in the pandemic, Dr. Hartig was timing his follow-up to correspond with usual practice. We now know that this is far too soon to assume recovery from COVID, as Dr. Hartig's own observations corroborated.
[12] Hartig F. Diving after COVID-19 disease? Wetnotes. April 15, 2020. Available at:
https://www.wetnotes.eu/tauchen-nach-covid-19-erkrankung/ Accessed Dec 20, 2020
[13] Sonnweber T, et al. Cardiopulmonary recovery after COVID-19—an observational prospective multi-center trial. Eur Respir J. 2020: Dec 10; 2003481
[14] Zhao YM, et al. Follow-up study of the pulmonary function and related physiological characteristics of COVID-19 survivors three months after recovery. EClnicalMedicine 2020 Aug; 25:100463

autopsies in which a full examination of the lungs has been documented, and therefore is a virtual certainty following pentobarbital lethal injection.  In prisoners who have COVID-19 lung damage, flash pulmonary edema will occur even earlier during the injection process, and before brain levels of drug have peaked.

**It is my expert opinion,** to a reasonable degree of medical certainty, that prisoners with recent or concurrent COVID infection will experience earlier onset of flash pulmonary edema, and more prolonged and severe symptoms of drowning and suffocation.  It is further my opinion based on my professional experience and my review of the medical literature that the effects of COVID-19 infection on the lungs are present for at least three months (90-100 days) following COVID infection, and will result in the prisoner experiencing earlier and more prolonged sensations of suffocation and drowning associated with flash pulmonary edema.

Signed: _____ MD   Date: _12/22/2020_

6