**\*\*\*\*EXECUTION SCHEDULED FOR JANUARY 14, 2021\*\*\*\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**In the Matter of the
Federal Bureau of Prisons' Execution
Protocol Cases,**                                   :

                                                    :

**Lead Case:** *Roane et al. v. Barr*          **Case No. 19-mc-00145 (TSC)**

                                                    :

**THIS DOCUMENT RELATES TO:**        :

*James H. Roane, Jr. et al. v. William Barr*,  :
**Case No. 05-2337**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR LEAVE OF COURT FOR COREY JOHNSON
TO FILE A SUPPLEMENTAL COMPLAINT**

Plaintiff Corey Johnson respectfully requests leave of Court to file a supplemental

complaint pursuant to Fed. R. Civ. P. 15(d), in order to assert a new claim given Mr. Johnson's

recent COVID-19 infection.  The Government's planned use of pentobarbital injection pursuant

to the Federal Bureau of Prisons' ("BOP") execution protocol ("2019 Protocol") violates Mr.

Johnson's rights under the Eighth Amendment to the United States Constitution.

1.      Mr. Johnson along with several death row prisoners brought an Eighth

Amendment challenge to the 2019 Protocol on June 1, 2020.  *See* ECF No. 92.  Plaintiffs allege,

among other things, that the 2019 Protocol will subject them to cruel and unusual punishment in

violation of their rights under the Eighth Amendment, *see id.* ¶¶ 122-126, specifically that,

Defendants' use of pentobarbital will cause prisoners to suffer flash pulmonary edema, a

condition that causes "sensations of drowning and asphyxia[tion]" before becoming unconscious

and insensate and results in "extreme pain, terror, and panic."  *Id.* ¶ 78.

2.      On August 15, 2020, this Court dismissed the Eighth Amendment claim.  *See* ECF No. 193 at 5.  On November 18, 2020, the United States Court of Appeals for the District of Columbia Circuit determined that Plaintiffs "plausibly allege[d] that the government's execution protocol will, without relevant penological justification, impose a substantial risk of severe pain and suffering that is needless given a readily available, administrable, and known alternative." *In re Fed. Bureau of Prisons' Execution Protocol Cases*, 980 F.3d 123, 135 (D.C. Cir. 2020).

3.      On November 20, 2020, Defendants set a date of January 14, 2021, for the execution of Mr. Johnson.  *See* ECF No. 330.

4.      Mr. Johnson developed a cough, headache, runny nose, fatigue and body aches on December 14, 2020.  On December 18, 2020, the BOP informed counsel for Mr. Johnson that he had tested positive for COVID-19.  The BOP admits that Mr. Johnson is symptomatic and his symptoms have "progressed to include both a headache and dry cough."  Ex. 2 ¶ 5 (Van Norman Suppl. Decl.).[1]

5.      Moreover, Mr. Johnson's pulse oximetry result dropped from a 99% to a 97% this week, which "is clinically significant and indicates significant changes have occurred in gas exchange in the lungs, particularly in the setting of early COVID-19 infection."  *Id.* ¶ 11.  As of the date of this filing, Mr. Johnson continues to experience symptoms of COVID-19.

6.      As explained in the accompanying supplemental complaint, Defendants intend to execute Mr. Johnson with pentobarbital which causes a large and sudden influx of fluid in the lungs prior to the loss of consciousness, producing a sensation of drowning.  COVID-19 also diminishes lung capacity, and even for patients with no or mild symptoms, "significant damage is occurring in the lungs . . . ."  Ex. 1 at 4 (Van Norman Decl.).

---

[1] All Exhibits are attached to the accompanying supplemental complaint.

7.      The medical research that is currently available indicates that lung damage

persists for months after an initial COVID-19 infection.  *See id.* at 4-6.  Lung damage from

COVID-19 thereby "sensitizes the lungs to more extensive and immediate further damage . . . ,

causing massive pulmonary edema at an earlier stage in the execution process before drug levels

in the brain have peaked."  *Id.* at 3.

8.      Execution with pentobarbital is thus "particularly likely to cause extreme

suffering.  Because COVID-19 can cause lasting lung damage, a person injected with

pentobarbital would experience the feeling of suffocating or drowning even more quickly and

acutely than a person who had not been infected with COVID-19."  Ex. 3 ¶ 18 (Zivot Decl.); *see*

Ex. 1 at 6 (Van Norman Decl.) (COVID-19 infection "will result in the prisoner experiencing

earlier and more prolonged sensations of suffocation and drowning associated with flash

pulmonary edema.").

9.      Rule 15(d) provides for a supplemental pleading "setting out any transaction,

occurrence, or event that happened after the date of the pleading to be supplemented."  In this

instance, Mr. Johnson filed this motion within five days after he and Counsel learned of his

positive COVID-19 testing result.

10.     Leave to supplement a complaint is "liberally granted," especially when, as here,

the supplemental claim is factually and legally related to matters in the earlier complaint.

*Chandler v. James*, 783 F. Supp. 2d 33, 39 (D.D.C. 2011); *see also Banks v. York*, 448 F. Supp.

2d 213, 214 (D.D.C. 2006) (leave should be "freely granted . . . where such supplementation will

promote the economic and speedy disposition of the controversy between the parties, will not

cause undue delay of trial, inconvenience and will not prejudice the rights of any other party"

(citation omitted)); *Costa v. Bazron*, No. 19-3185, 2020 WL 1935524, at *1-2 (D.D.C. Apr. 22,

2020) (granting plaintiffs' motion to supplement six months after original complaint was filed where new allegations arose out of defendants' response to the COVID-19 pandemic but were related to original claims and "time [was] of the essence").

11. Although a supplemental complaint generally supersedes an earlier complaint, the Court in this case has directed the parties to file Plaintiff-specific claims in a separate filing. *See* ECF No. 81. Therefore, Mr. Johnson does not intend for his supplemental complaint to supplant or otherwise waive any claims from his original complaint, including the claims that the 2019 Protocol violates the Eighth Amendment.

12. Undersigned counsel have consulted with opposing counsel, who states that the Government opposes the motion for leave to file a supplemental complaint.

WHEREFORE, Plaintiff Corey Johnson respectfully requests that the Court grant him leave to file the accompanying supplemental complaint.


Dated: December 23, 2020                    Respectfully submitted,

                                            /s/ *Donald P. Salzman*
                                            Donald P. Salzman
                                            D.C. Bar Number #479775
                                            SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP
                                            1440 New York Avenue, N.W.
                                            Washington, DC 20005-2111
                                            (202) 371-7983

                                            Alexander C. Drylewski (admitted *pro hac vice*)
                                            One Manhattan West
                                            New York, NY 10001
                                            (212) 735-3278

                                            *Counsel for Plaintiff Corey Johnson*

## CERTIFICATE OF SERVICE

I certify that on December 23, 2020, true and correct copies of the foregoing Motion for Leave of Court for Corey Johnson to File a Supplemental Complaint was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.


Dated: December 23, 2020

Respectfully submitted,

/s/ *Donald P. Salzman*
Donald P. Salzman
D.C. Bar Number #479775
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
(202) 371-7983

*Counsel for Plaintiff Corey Johnson*

****EXECUTION SCHEDULED FOR JANUARY 14, 2021****

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**In the Matter of the**
**Federal Bureau of Prisons' Execution**             :
**Protocol Cases,**

                                                      :

**Lead Case: *Roane et al. v. Barr***            **Case No. 19-mc-00145 (TSC)**

                                                      :

**THIS DOCUMENT RELATES TO:**                   :

***James H. Roane, Jr. et al. v. William Barr***,   :
**Case No. 05-2337**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### SUPPLEMENTAL COMPLAINT OF PLAINTIFF COREY JOHNSON FOR
### INDIVIDUALIZED INJUNCTIVE AND DECLARATORY RELIEF

1.      Plaintiff Corey Johnson brings this supplemental complaint in addition to the

consolidated Amended Complaint for Injunctive and Declaratory Relief (the "Amended

Complaint") (ECF No. 92), filed June 1, 2020, pursuant to the Court's Order (ECF No. 81),

seeking injunctive and declaratory relief for threatened violations of Mr. Johnson's rights to be

free from cruel and unusual punishment under the Eighth Amendment to the Constitution as

applied under the Federal Bureau of Prisons' ("BOP") current lethal injection protocol (the

"2019 Protocol").

### NATURE OF THE ACTION

2.      Mr. Johnson along with several death row prisoners brought an Eighth

Amendment challenge to the 2019 Protocol on June 1, 2020.  *See* ECF No. 92.  Plaintiffs allege,

among other things, that the 2019 Protocol will subject them to cruel and unusual punishment in

violation of their rights under the Eighth Amendment, *see id.* ¶¶ 122-126, specifically that,

Defendants' use of pentobarbital will cause prisoners to suffer flash pulmonary edema, a condition that causes "sensations of drowning and asphyxiation" before becoming unconscious and insensate and results in "extreme pain, terror, and panic."  *Id.* ¶ 78.

3.      On August 15, 2020, this Court dismissed the Eighth Amendment claim "because [Plaintiffs'] evidence of pain would not satisfy *Lee*'s high bar for an objectively intolerable risk of pain."  *See* ECF No. 193 at 5.  On November 18, 2020, the United States Court of Appeals for the District of Columbia Circuit determined that Plaintiffs "plausibly allege[d] that the government's execution protocol will, without relevant penological justification, impose a substantial risk of severe pain and suffering that is needless given a readily available, administrable, and known alternative."  *In re Fed. Bureau of Prisons' Execution Protocol Cases*, 980 F.3d 123, 135 (D.C. Cir. 2020).

4.      On November 20, 2020, Defendants set a date of January 14, 2021, for the execution of Mr. Johnson.  *See* ECF No. 330.

5.      Mr. Johnson brings this supplemental complaint to assert his as-applied challenge to the 2019 Protocol pursuant to the Court's Order on February 19, 2020 (ECF No. 81), directing that "[i]f the circumstances warrant such a filing, any party (or parties) may submit a separate filing [to the consolidated Amended Complaint] with regard to the issues that are particular to that party."

6.      Mr. Johnson repeats, realleges, and incorporates herein by reference, as if set forth in full below, the consolidated Amended Complaint in its entirety.

7.      In addition, Mr. Johnson faces specific risks from an execution under the 2019 Protocol in violation of his Eighth Amendment rights.  As the BOP is aware, Mr. Johnson was informed that he tested positive for COVID-19 on December 18, 2020.  Mr. Johnson began

experiencing symptoms associated with COVID-19 such as a cough, headache, fatigue and body aches on Monday, December 14, 2020.  Mr. Johnson's positive COVID-19 diagnosis follows a sharp increase in COVID-19 positive cases in the state of Indiana, and specifically at the USP Terre Haute prison complex.

8.     As explained below, and in the declarations attached from Dr. Van Norman (Ex. 1 ("Van Norman Decl.") and Ex. 2 ("Van Norman Suppl. Decl.")), Dr. Zivot (Ex. 3 ("Zivot Decl.")) and Ex. 4, ("Zivot Suppl. Decl."), and Dr. Stephen (Ex. 5 ("Stephen Decl.")), given Mr. Johnson's diagnosis of COVID-19, injection of pentobarbital as specified by the 2019 Protocol will cause flash pulmonary edema earlier in the execution process, and before brain levels of pentobarbital have peaked, causing significant medical complications before the end of his life. Therefore, constitutional alternatives for Mr. Johnson, as alleged below, would be an injection protocol that provides for a pre-execution dose of an analgesic, execution by firing squad, or in the alternative, to enjoin Mr. Johnson's execution until such time as Defendants' method of administering death sentences complies with the Eighth Amendment to the U.S. Constitution.

## FACTUAL BACKGROUND

### *Mr. Johnson's COVID-19 Diagnosis*

9.     Mr. Johnson started to develop a cough, headache, runny nose, fatigue and body aches on December 14, 2020.

10.     On December 18, 2020, the BOP informed counsel for Mr. Johnson that he had tested positive for COVID-19.

11.     Mr. Johnson's medical records indicate that he is symptomatic and his symptoms have "progressed to include both a headache and dry cough."  Ex. 2 ¶ 5 (Van Norman Suppl. Decl.).

3

12.     On December 20, 2020, Mr. Johnson's medical records indicate that his pulse oximetry result dropped from a 99% to a 97%, which "is clinically significant and indicates significant changes have occurred in gas exchange in the lungs, particularly in the setting of early COVID-19 infection." *Id.* ¶ 11.  In other words, Mr. Johnson's COVID-19 infection "has already caused significant lung damage, which in turn is already leading to measurably abnormal oxygen exchange." *Id.* ¶ 12.

13.     Given his positive test, his pulse oximetry rate, and his overt symptoms, Mr. Johnson has "already clinically entered a phase of infection that in virtually all patients results in pulmonary damage." *Id.* ¶ 8.  "During the very early phase of his illness (in the first four days), he has shown decrease in blood oxygen saturation and cough—both of which are signs of damage to his respiratory system.  The cough demonstrates inflammation in the airway, while lower readings by pulse oximetry, an indirect method of measuring blood oxygen levels, demonstrate that oxygen exchange at the alveolar-capillary membrane is already abnormal." *Id.*

14.     As of the date of this filing, Mr. Johnson continues to experience symptoms of COVID-19.

### Background on COVID-19

15.     COVID-19 is "a highly contagious respiratory illness caused by a novel coronavirus (SARS-CoV-2)." Ex. 3 ¶ 10 (Zivot Decl.).  On March 11, 2020, the World Health Organization declared COVID-19 a pandemic.  *See* World Health Organization, *WHO Timeline – COVID-19*, https://www.who.int/news-room/detail/27-04-2020-who-timeline---covid-19 (last visited Dec. 23, 2020).

16.     As of December 23, 2020, there were over 78 million confirmed cases of COVID-19 worldwide, including over 18 million in the United States.  *See* Johns Hopkins University, Coronavirus Resource Center, https://coronavirus.jhu.edu/ (last visited Dec. 23, 2020).

17.     In Indiana, there have been over 470,000 confirmed cases of COVID-19 as of December 23, 2020.  *See* Johns Hopkins University, Coronavirus Resource Center, State Overview, Indiana https://coronavirus.jhu.edu/region/us/indiana (last visited Dec. 23, 2020). Vigo County, where USP Terre Haute is located, had over 8,600 confirmed cases.  *See* Johns Hopkins University, COVID-19 Status Report, https://bao.arcgis.com/covid-19/jhu/county/18167.html (last visited Dec. 23, 2020).

18.     These "high numbers are likely significant underestimates of the total cases, as some who are infected with COVID-19 are never tested for the virus."  Ex. 4 ¶ 11 (Zivot Suppl. Decl.)

19.     COVID-19 "spreads via the respiratory route and as such, targets the lungs."  Ex. 3 ¶ 12 (Zivot Decl.).

20.     COVID-19 causes lung damage in a majority of patients.  *See* Ex. 4 ¶ 18 (Zivot Suppl. Decl.) ("COVID-19 infection is associated with an increased risk of lung damage.").  This is true even for patients who report experiencing only mild symptoms or no symptoms at all.  For example, CT scans revealed that of the cases of COVID-19 from the Diamond Princess cruise ship, "54% of patients who experienced *asymptomatic* infections still suffered the same severe lung changes (lung opacifications) seen in many hospitalized patients."  Ex. 1 at 4 (Van Norman Decl.) (emphasis added).  For *symptomatic* patients, the percentage of patients with lung damage visible on a CT scan rose to 79%.  *Id.*  This finding has been corroborated by other emerging research on the effects of COVID-19 on the lungs.  *Id.*  In short, "[i]t is clear now that even in

mild infection—i.e. infection that is either asymptomatic or symptomatic but does not require hospitalization—significant damage occurs in the lungs . . . ." *Id.*

21.     Doctors who treat COVID-19 patients routinely observe lingering effects from the virus, even after the patient has apparently recovered.  Some patients present with an apparently resolved COVID-19 diagnosis, but "[a] full workup again can yield newly depressed heart function or blood clots in the lung."  Ex. 5 ¶ 11 (Stephen Decl.).  For example, one study followed a small group of professional divers who had developed mild symptoms of COVID-19. Ex. 1 at 5 (Van Norman Decl.).  When assessed six weeks after the development of symptoms, *none* of the divers could be certified to return to diving because all of them had impaired lung functioning, despite the fact that they had all apparently recovered.  *Id.*  Another recent study found lasting damage "in the lungs 3 months after COVID infection in 71% of patients."  *Id.*

22.     Lingering effects from COVID-19 typically last at least two to three months after the initial development of symptoms.  *See* Ex. 5 ¶ 15 (Stephen Decl.) (observing that in Dr. Stephen's experience treating COVID-19 patients, it typically takes approximately 8 weeks for patients to regain normal functioning); Ex. 1 at 5-6 (Van Norman Decl.) (summarizing research indicating that COVID-19 lung damage persists for at least 90-100 days).

***COVID-19 and Pentobarbital's Use in Execution***

23.     Mr. Johnson's lung damage from his COVID-19 infection puts him at serious risk of severe pain and suffering from the pentobarbital injection administered pursuant to the 2019 Protocol.

24.     As explained in detail in the Amended Complaint, injection with a large dose of pentobarbital as outlined in the 2019 Protocol causes a large and sudden influx of fluid in the lungs prior to the loss of consciousness, producing a sensation of drowning.  ECF No. 92 ¶¶ 76-

77, 81.  "Evidence of flash pulmonary edema has been demonstrated in 100% of autopsies in which a full examination of the lungs has been documented, and therefore is a virtual certainty following pentobarbital lethal injection."  Ex. 1 at 5-6 (Van Norman Decl.).  This excruciating experience is comparable to waterboarding.  ECF No. 92 ¶ 78.

25.     "Infection with the COVID-19 virus causes severe damage to many areas in the airways and the lungs, but most specifically to the alveolar-capillary membrane, which is also the site of damage of massive barbiturate overdose."  Ex. 1 at 2 (Van Norman Decl.).

26.     Lung damage from COVID-19 thereby "sensitizes the lungs to more extensive and immediate further damage . . . , causing massive pulmonary edema at an earlier stage in the execution process before drug levels in the brain have peaked."  *Id.* at 3.  Execution with pentobarbital is thus "particularly likely to cause extreme suffering. Because COVID-19 can cause lasting lung damage, a person injected with pentobarbital would experience the feeling of suffocating or drowning even more quickly and acutely than a person who had not been infected with COVID-19."  Ex. 3 ¶ 18 (Zivot Decl.); *see* Ex. 1 at 6 (Van Norman Decl.) (COVID-19 infection "will result in the prisoner experiencing earlier and more prolonged sensations of suffocation and drowning associated with flash pulmonary edema.").

## SUPPLEMENTAL COUNT I: VIOLATION OF THE EIGHTH AMENDMENT AS APPLIED TO MR JOHNSON

27.     Mr. Johnson realleges and incorporates herein by reference all of the preceding paragraphs of this Supplemental Complaint as if set forth in full below.

28.     The Eighth Amendment protects prisoners against cruel and unusual punishments. In carrying out a sentence of death, the Government violates the Eighth Amendment if the planned manner of execution presents a "substantial risk of serious harm" to the prisoner.  *Baze v. Rees*, 553 U.S. 35, 50 (2008) (citation omitted).

29.     Executing Mr. Johnson under the 2019 Protocol creates a substantial risk of serious harm given Mr. Johnson's COVID-19 diagnosis and his related symptoms.  Mr. Johnson's COVID-19 infection creates a substantial and unjustifiable risk that he will endure an excruciating experience akin to drowning to death.

30.     The Eighth Amendment also forbids "deliberate indifference" to "serious medical needs of prisoners."  *Estelle v. Gamble*, 429 U.S. 97, 104 (1976).  A prison official violates the Eighth Amendment when he or she "knows of and disregards an excessive risk to inmate health or safety." *Farmer v. Brennan*, 511 U.S. 825, 837 (1994).

31.     The BOP is aware of Mr. Johnson's COVID-19 infection.

32.     The BOP must provide Mr. Johnson with medical care until the moment of his death.

33.     Executing Mr. Johnson pursuant to the 2019 Protocol poses a substantial risk of severe pain due to his recent COVID-19 infection.  Defendants are deliberately indifferent to this risk.

34.     There is substantial and unjustifiable risk that the Defendants will cause serious harm to Mr. Johnson by executing him pursuant to the 2019 Protocol.

35.     Mr. Johnson continues to plead the alternative execution methods from his original complaint: a pre-execution dose of an analgesic, as well as the firing squad.  ECF No. 92 ¶ 114.  At a minimum, a third alternative method is to postpone Mr. Johnson's execution for a period of two to three months from the onset of his COVID-19 infection, at which time the functioning of Mr. Johnson's lungs are likely to improve, so that the postponement of Mr. Johnson's execution would reduce the COVID-enhanced risk that he will experience flash pulmonary edema while sensate, as well as the duration of that experience.

## **PRAYER FOR RELIEF**

WHEREFORE, in order to prevent the violations of Mr. Johnson's rights under the Eighth Amendment to the U.S. Constitution alleged above, Mr. Johnson respectfully requests that the Court enter a judgment:

a)      declaring that the Defendants' actions, practices, customs, and policies with regard to their means, methods, procedures, and customs regarding executions, and specifically the use of pentobarbital pursuant to the 2019 Protocol, are illegal and violate the Eighth Amendment to the U.S. Constitution;

b)      enjoining Defendants from executing Mr. Johnson as scheduled on January 14, 2021, or on any other date until such time as Defendants' method of administering Mr. Johnson's death sentence complies with the Eighth Amendment to the U.S. Constitution; and

c)      granting any such relief that the Court deems just and proper.

Dated: December 23, 2020                    Respectfully submitted,

/s/ *Donald P. Salzman*
Donald P. Salzman
D.C. Bar Number #479775
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
(202) 371-7983

Alexander C. Drylewski (admitted *pro hac vice*)
One Manhattan West
New York, NY 10001
(212) 735-3278

*Counsel for Plaintiff Corey Johnson*

# EXHIBIT 1

## Supplemental Expert Declaration of Gail A. Van Norman M.D.
## Regarding Significance of Infection of Death Row Prisoners by the COVID-19 Virus and Implications for Lethal Injection Protocols Involving Pentobarbital

The COVID-19 virus leads to significant lung damage—even in the majority of patients who are asymptomatic—and has direct and serious implications for death row inmates subject to execution by use of pentobarbital sodium ("pentobarbital") pursuant to the Federal Bureau of Prisons' ("BOP") current lethal injection protocol (the "2019 Protocol"). For prisoners experiencing COVID-related lung damage at the time of their execution, flash pulmonary edema will occur even earlier in the execution process, and before brain levels of pentobarbital have peaked. To a reasonable degree of medical certainty, these prisoners will experience sensations of drowning and suffocation sooner than a person without COVID-related lung damage and, therefore, their conscious experience of the symptoms of pulmonary edema will be prolonged.

On November 1, 2019, I provided Plaintiffs' counsel with my opinions regarding the 2019 Protocol in a declaration that included detailed discussion and cited scientific evidence. On June 29, 2020, I provided a Supplemental Expert Declaration addressing specific questions regarding flash pulmonary edema in prisoners executed by intravenous (IV) administration of 5 grams of pentobarbital. I also provided a Secondary Supplemental Declaration to the Court dated August 7, 2020 for Plaintiff Keith Nelson, addressing findings of flash pulmonary edema following the execution of Wesley Purkey on July 16, 2020. On September 15, 2020, I wrote an Additional Supplemental Report to the Court, providing rebuttal to the declarations of Dr. Kendall Von Crowns (dated August 10, 2020) and Dr. Joseph Antognini (dated September 11, 2020). I was provided with eyewitness accounts of William LeCroy's execution on September 22, 2020, as well as autopsy reports of 307 prisoners executed by lethal injection involving various drugs, most of which were discussed in a story published by NPR on September 21, 2020.[1] On September 24, 2020, I submitted an opinion regarding breathing and eye movements witnessed during the execution and reexamining the incidence of flash pulmonary edema among prisoners executed using the 2019 Protocol. On October 28ʰ 2020, I provided supplemental reports on behalf of Lisa Montgomery and Norris Holder, regarding effects of antiseizure and other psychoactive medications on the results of lethal injection utilizing pentobarbital.

It is my understanding that since submission of these reports, death row prisoners scheduled for execution by the BOP have tested positive for, and are symptomatic with, infection by the COVID-19 virus. Counsel has asked me to offer an opinion regarding how recent or concurrent COVID-19 infection may affect lethal injection with pentobarbital.

I have stated previously that when additional documents or materials are provided to me for specific review and analysis, or if I become aware of other scientific or clinical evidence that impacts my opinions, (or if in attendance at any hearings or trials in this case I learn of relevant evidence), I may choose to modify my opinions accordingly.

---

[1] Caldwell N., Chang A., Myers J. Gasping for air: autopsies reveal troubling effects of lethal injection. NPR. Sept 21, 2020. Available at: https://www.npr.org/2020/09/21/793177589/gasping-for-air-autopsies-reveal-troubling-effects-of-lethal-injection. Accessed Sept 21, 2020

This supplemental declaration accordingly provides emerging scientific information regarding the effects of COVID-19 viral infection in both symptomatic and asymptomatic patients on the alveolar-capillary membrane of the lungs, which is one site at which barbiturates act to produce flash pulmonary edema in barbiturate overdose.

In addition to the materials listed in my Expert Declaration dated November 1, 2019, and in my previous Supplemental Reports dated June 29, 2020, August 7, 2020, and September 15, 2020, September 24, 2020, and October 28, 2020, I have further reviewed and relied upon various scientific publications as referenced and footnoted throughout this declaration.

## OPINIONS

To aid Counsel and the Court, I will restate some of my previous conclusions that are relevant to this declaration, in addition to my new conclusions that address Counsel's questions. Each of the new opinions is discussed at length in this declaration.

**Opinion #1:** Flash pulmonary edema occurs in essentially 100% of prisoners executed by lethal injection using pentobarbital. (Please refer to my Expert Declaration, dated November 1, 2019, pages 32-33, for a discussion of pulmonary edema in barbiturate overdose and references). Flash pulmonary edema occurs very rapidly (i.e. within seconds or minutes), and is associated with excruciating symptoms of drowning and suffocation, including shortness of breath, air hunger, anxiety, terror and panic. (Please refer to my Expert Declaration dated November 1, 2019, pages 33-34, detailing sensations of drowning and suffocation.)

**Opinion #2:** Infection with the COVID-19 virus causes severe damage to many areas in the airways and the lungs, but most specifically to the alveolar-capillary membrane, which is also the site of damage of massive barbiturate overdose. The damage from COVID-19 infection can be seen by radiography in the majority (65%) of patients who have asymptomatic infection, and in at least 79% of patients who have symptomatic COVID-19 infection, even when such infections are mild.

**Opinion #3:** After infection with COVID-19, symptoms gradually resolve, but damage to the lung tissue persists for a much longer period of time, even after the patients no longer experience symptoms. The duration of the changes in lung tissue is unknown at this time, although several studies have demonstrated that severe pulmonary functional changes have been demonstrated for more than 90 days after infection. Clinical observation of divers who experienced mild COVID symptoms demonstrated severely abnormal oxygen levels in the blood with stress, and other lung function abnormalities that were severe enough to prevent them from being certified to return to work, even 6 weeks after symptoms had apparently resolved. Additional studies of COVID survivors demonstrate that radiographic lung changes persist for weeks to months following infection.

2

**Opinion #4:** The presence of this particular COVID-19 virally-induced lung injury sensitizes the lungs to more extensive and immediate further damage to the alveolar-capillary membrane and other sites. When the barbiturate reaches the alveolar-capillary membrane and other sites in the lung, the drug will cause more extensive damage—at even lower blood levels of barbiturate, i.e. earlier in the injection process and in a shorter period of time—causing massive pulmonary edema at an earlier stage in the execution process before drug levels in the brain have peaked. To a reasonable degree of medical certainty, prisoners will experience earlier and therefore more prolonged sensations of drowning and suffocation compared to health prisoners.

## DISCUSSION

This month marks one year since the first case of COVID-19 viral infection was seen in Wuhan, China. While the medical world has worked tirelessly to both learn all that can be determined about this new pathogen, and to treat COVID-19 patients, we are still in the infancy of understanding this extreme threat. We know that COVID-19 produces respiratory infection, and that it also causes a diffuse inflammatory response, produces widely disseminated blood clotting abnormalities, and causes severe damage to virtually every organ system, particularly the lungs and heart. We also are learning that significant damage occurs far earlier in infection than previously thought, even before the patient is symptomatic, and that it is both profound and long lasting. Until very recently, for example, large studies of damage in the lungs evidenced at autopsy were lacking, in part because of safety issues in performing such autopsies and studies, and in preventing widespread contamination.

In the last several months, a number of studies emerged, some of which reviewed and characterized more clearly than earlier studies the widespread effects of COVID-19 effects in lung tissue. At the same time, other studies were published that examined the pattern of damage in patients who did not die of the disease, and in asymptomatic patients who test positive for the disease—with startling results.

In patients who have died of COVID-19 infection, postmortem findings in the lungs include pulmonary edema and exudates,[2,3] infiltration of inflammatory cells in the lung tissues, swelling of lymph nodes and other tissue, inflammation and swelling of the trachea (tracheitis), and inflammation and breakdown of the pulmonary capillary walls ("diffuse pulmonary vasculitis") and diffuse damage to the alveoli (termed "DAD" or "diffuse alveolar damage"), among other effects.[4] It is known that this damage occurs very early, even before patients have

---

[2] The term "pulmonary edema" refers generally to fluid that has leaked from the pulmonary capillaries into lung tissues, and the air-containing spaces in the lungs called alveoli. "Exudates" refer also to fluids in these spaces, but these fluids are produced in response to inflammation and contain different types of cells and proteins. COVID-19 infection causes both inflammatory responses that produce exudates, and damage to capillary membranes that cause pulmonary edema. Both exudates and pulmonary edema prevent normal passage of oxygen into the bloodstream, and carbon-dioxide out of the bloodstream, but through different mechanisms.

[3] De Maat S, et al. Impaired breakdown of bradykinin and its metabolites as a possible cause for pulmonary edema in COVID-19 infection. Semin Thromb Hemost 2020: 46:835-7

[4] Calebrese F, et al. Pulmonary pathology and COVID-19: lessons from autopsy. The experience of European pulmonary pathologists. Virchow Arch 2020; 477:359-72

3

symptoms; specifically, many patients do not experience shortness of breath while the virus is causing diffuse pulmonary vasculitis and alveolar damage. The absence of symptoms is unreliable in indicating effects on the lungs; in the majority of cases, absence of symptoms is misleading. This is a *unique* characteristic of COVID-19 infection, and appears to be because early in COVID infection, the lungs retain enough elasticity or "compliance" that patients are able to compensate for falling oxygen levels by changing their breathing patterns ("tachypnea").[5]

Just recently, it has also become apparent that asymptomatic cases or mild cases that never progress to hospitalization nevertheless involve similar damage to the lungs. Computerized tomography (CT) scans of 104 cases from the cruise ship Diamond Princess demonstrated that 54% of patients who experienced asymptomatic infections still suffered the same severe lung changes (lung opacifications) seen in many hospitalized patients. When patients had symptoms of any kind, the percentage that had sufficiently advanced damage to be apparent on CT scan rose to 79%. Asymptomatic and symptomatic patients were not significantly different with regard to having previous lung disease.[6] This finding was very close to those from a different group of investigators, who found that 56% of cases with few or no symptoms also showed diffuse lung damage.[7] Varble, et al. also used CT scanning to show that 65% of patients who were COVID positive had severe lung changes almost four days before onset of symptoms.[8] Very early in the pandemic, Meng et al., found that in *all* of the patients with asymptomatic COVID-19 infections (N = 58), 94.8% had abnormal, ground glass opacifications (GGO) by CT scan.[9]

It is clear now that even in mild infection—i.e. infection that is either asymptomatic or symptomatic but does not require hospitalization—significant damage is occurring in the lungs, and particularly to the alveolar/capillary membrane. This is the same site that is eroded by high blood levels of barbiturate that occur in massive barbiturate overdose and cause the membranes to leak fluid into the air-exchanging chambers of the lungs, effectively drowning the prisoner. With the alveolar-capillary membrane already damaged by the virus, COVID-positive prisoners would be more susceptible to rapid and massive barbiturate damage, and this damage would occur long before the level of pentobarbital peaks in the brain. Thus, even if a 5-gram intravenous dose of pentobarbital would render a prisoner insensate under normal circumstances —which I dispute, as I have stated in my previous declarations—a COVID-positive prisoner or a prisoner who has recently recovered from COVID-19 would experience a much more rapid and devastating onset of flash pulmonary edema at an earlier stage of the injection when brain levels of barbiturate are much lower. This would prolong the period of time that a prisoner would experience sensations of drowning and suffocation.

---

[5] Bavriatopoulou M et al. Clin Exp Med. July 27, 2020

[6] Inui S et al. Chest CT findings in cases from the cruise ship Diamon Princess with coronavirus disease (COVID-19) Radiology: Cardiothoracic Imaging 2020: 2: e200110

[7] Castelli M et al. Prevalence and risk factors for lung involvement on low-dose chest CT (LDCT) in a paucisymptomatic population of 247 patients affected by COVID-19. Insights Imaging. 2020: 11:117

[8] Varble N et al. CT and clinical assessment in asymptomatic and pre-symptomatic patients with early SARS-CoV-2 in outbreak settings. Eur Radiol 2020. Nov 4th

[9] Meng H. CT imaging and clinical course of asymptomatic cases with COVID-19 pneumonia at admission in Wuhan, China. J.Infect. April 12, 2020.

We know that even asymptomatic patients have significant and severe enough lung changes that they are detectable by CT scan. What we do not know is exactly how long after COVID infection the lung damage is repaired, and the alveolar-capillary membrane returns to more normal function. At least two studies suggest that recovery does not occur within 90 to 100 days.

One group of workers particularly concerned about lung changes that can cause predisposition to pulmonary edema are professional and recreational divers. In order to be certified to dive, they require medical clearance after pulmonary infections, since the lungs may be sensitive to damage from changes in pressure during diving and breath holding. Damage to the pulmonary capillary member can predispose them to air embolism, for example, a deadly event.[10] Frank Hartig, a German physician who is also a diver, followed six divers for six weeks who tested positive for COVID-19. Although the patients had only mild symptoms, their lung CT scans showed dramatic changes typical of COVID. At 6 weeks after their infection,[11] and after all apparent symptoms had resolved, four patients still had dramatic lung changes on CT, and two had an abnormal exercise test (low blood oxygen with exercise). *None* could be recertified to return to diving.[12]

Sonnweber et al., followed COVID-19 patients and found that a significant number of patients who had symptomatic infections were still experiencing symptoms 100 days after their initial infection, and that CT abnormalities, while improving, still persisted.[13] Zhao et al., found persistent radiographic changes in the lungs three months after COVID infection in 71% of patients.[14]

## CONCLUSION

Infection with the COVID-19 virus leads to significant lung damage, including diffuse alveolar damage and damage to the pulmonary capillaries, both of which are sites at which high blood levels of barbiturates cause erosion and pulmonary edema. Significant damage is present and demonstrable on CT scans in the majority of *asymptomatic* patients, and in at least 79% of patients who have *any symptoms*. The presence of COVID-19 virus-mediated damage to the alveoli and pulmonary capillaries will predispose prisoners undergoing lethal injection with a barbiturate overdose to severe additional damage by the intravenous drug. Damage to their lungs will happen more quickly with less drug (i.e. lower blood levels) than prisoners who do not have such infections. Evidence of flash pulmonary edema has been demonstrated in 100% of

---

[10] Russell, MC. New advice cautions against rushed return to diving for coronavirus patients. DIVE. April 2020. Available at: http://divemagazine.co.uk/skills/8907-serious-problems-diving-after-covid19 Accessed Dec 20, 2020

[11] Six weeks is a common period of time for functional recovery following more typical types of pneumonia, and is the usual time for follow-up for pneumonia patients in clinical practice. Because not much was known about COVID this early in the pandemic, Dr. Hartig was timing his follow-up to correspond with usual practice. We now know that this is far too soon to assume recovery from COVID, as Dr. Hartig's own observations corroborated.

[12] Hartig F. Diving after COVID-19 disease? Wetnotes. April 15, 2020. Available at: https://www.wetnotes.eu/tauchen-nach-covid-19-erkrankung/ Accessed Dec 20, 2020

[13] Sonnweber T, et al. Cardiopulmonary recovery after COVID-19—an observational prospective multi-center trial. Eur Respir J. 2020: Dec 10; 2003481

[14] Zhao YM, et al. Follow-up study of the pulmonary function and related physiological characteristics of COVID-19 survivors three months after recovery. EClnicalMedicine 2020 Aug; 25:100463

5

autopsies in which a full examination of the lungs has been documented, and therefore is a virtual certainty following pentobarbital lethal injection.  In prisoners who have COVID-19 lung damage, flash pulmonary edema will occur even earlier during the injection process, and before brain levels of drug have peaked.

**It is my expert opinion**, to a reasonable degree of medical certainty, that prisoners with recent or concurrent COVID infection will experience earlier onset of flash pulmonary edema, and more prolonged and severe symptoms of drowning and suffocation.  It is further my opinion based on my professional experience and my review of the medical literature that the effects of COVID-19 infection on the lungs are present for at least three months (90-100 days) following COVID infection, and will result in the prisoner experiencing earlier and more prolonged sensations of suffocation and drowning associated with flash pulmonary edema.

Signed: _Gail A. Van Norman, MD_   Date: _12/22/2020_

6

# EXHIBIT A

CURRICULUM VITAE
**Gail A. Van Norman, M.D.**

## Education:

| 1973-1977 | University of Washington, Seattle, Washington | Honors B.S, Microbiology |
| 1977-1981 | University of Washington School of Medicine, Seattle, Washington | M.D. with Honors |

## Postgraduate Training:

| 1981-1982 | Virginia Mason Hospital, Seattle Washington | Internship | Internal Medicine |
| 1982-1984 | Virginia Mason Hospital, Seattle, Washington | Residency | Internal Medicine |
| 1986-1988 | University of Washington, Seattle, Washington | Residency | Anesthesiology |
| 1988-1989 | University of Washington, Seattle, Washington | Fellowship | Cardiothoracic Anesthesiology |
| 1992-1993 | University of Washington, Seattle, Washington, Department of Biomedical Ethics | Certification | Health Care Ethics |
| 2001 | Perioperative Transesophageal Echocardiography Examination | Testamur | |
| 2011 | ASA Business Management Certification | Certification | |

## Faculty Positions Held:

| 1989-1994 | Clinical Acting Instructor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 1994-1995 | Acting Instructor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 1995-1997 | Acting Assistant Professor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 1997-2000 | Assistant Professor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 1997-2000 | Adjunct Assistant Professor, Department of Internal Medicine, University of Washington, Seattle, Washington |
| 2000-2001 | Clinical Assistant Professor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 2001 -2008 | Clinical Associate Professor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 2008- | Professor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 2008- | Adjunct Professor, Department of Biomedical History and Ethics, University of Washington, Seattle, Washington |

## Hospital Positions Held:

Gail A. Van Norman, MD                    2              2141 8th Ave W Seattle, WA 98119

| | |
|---|---|
| 1984-1985 | Attending Internist, Jefferson Memorial Hospital, Port Townsend, Washington |
| 1985-1986 | Attending Internist, Highline Community Hospital, Burien, Washington |
| | |
| 1989-1992 | Staff Anesthesiologist, Northwest Hospital, Seattle, Washington |
| 1992-1994 | Staff Anesthesiologist, Swedish Hospital, Seattle, Washington |
| 2000 – 2008 | Staff Anesthesiologist, St. Joseph Medical Center, Tacoma, Washington |
| 2000 – 2006 | Director, Transesophageal Echocardiography Education, Department of Anesthesiology, St. Joseph Medical Center, Tacoma, Washington |
| 2003-2004 | Clinical Director, Department of Anesthesiology, St. Joseph Medical Center, Tacoma, Washington |
| 2008-2013 | Medical Director, PreAnesthesia Clinic, University of Washington Medical Center, Seattle, Washington |
| 2010- | Physician Champion, Compliance Officer, Dept of Anesthesiology and Pain Medicine, University of Washington, Seattle WA |

**Non-Hospital Positions Held:**

| | |
|---|---|
| 1984-1985 | Consulting Internist, Spokane Urban Indian Health Center, Spokane, Washington |
| 1985-1986 | Consulting Internist, Seattle Community Health Clinics serving economically disadvantaged patients; for Group Health Cooperative of Puget Sound, Seattle, Washington |
| 2005-2006 | Chair CQI Process, Pacific Anesthesia, Inc., Tacoma, Washington |
| 2006 -2008 | Board of Directors, Pacific Anesthesia, Inc., Tacoma, Washington |
| 2007-2008 | Vice President, Pacific Anesthesia, Inc., Bellevue, Washington |

**Honors:**

| | |
|---|---|
| 1978 | Medical-Scientist Traineeship Grant, University of Washington, Seattle, Washington |
| 1980 | Alpha Omega Alpha |
| 1981 | Merck Manual Medicine Award |
| 1981 | John J. Bonica Anesthesiology Award, Department of Anesthesiology, University of Washington |
| 1985 | Award of Merit for Service to the Health Care Needs of Native Americans, Spokane Urban Indian Health Service |
| 2000 | President's Award, Pacific Anesthesia, Inc.  Tacoma, Washington |
| 2008 | Mary Jane Kugel Award, Medical Science Review Committee, Juvenile Diabetes Research Foundation International |
| 2011 | Brocher Foundation Residency in Ethics |

**Board Certification:**

| | |
|---|---|
| 1984 | American Board of Internal Medicine |
| 1990 | American Board of Anesthesiology |

**License to Practice:**

| | |
|---|---|
| 1981- | Washington State |
| 1991-2003 | Wisconsin |

**Professional Organizations:**

| | |
|---|---|
| 1984-1987 | American Society of Internal Medicine |
| 1989-2000 | King County Medical Society |

Gail A. Van Norman, MD                    3            2141 8th Ave W Seattle, WA 98119

| | |
|---|---|
| 1989-2000 | Washington State Society of Anesthesiologists;  Co-chair, Medical Education Committee, 1994-1997 |
| 1989-2013 | American Society of Anesthesiologists;  Committee on Ethics, 1992-2013 |
| 2003-2007 | Society of Cardiovascular Anesthesiologists; Committee on Ethics; 2003-2007 |
| 2008-2013 | American Society of Bioethics and Humanities |
| 2015-present | International Academy of Law and Mental Health |
| 2015-present | Overseas Fellow, Royal Society of Medicine |

## Teaching Responsibilities:

### Lectures:

#### Undergraduate Student Lectures:

| | |
|---|---|
| 1999-2008 | University of Washington, Undergraduate Introduction to Bioethics Course (MHE 411) "Informed Consent" |
| 2001 | University of Washington, Seattle Biomedical Ethics for Medical Students Lecture Series, "Informed Consent" |
| 2008 | University of Washington Dept. of Biomedical History and Ethics: MHE 597C, Informed Consent in Clinical Practice |
| 2009-2017 | University of Washington Dept. of Biomedical History and Ethics: MHE 597C, Informed Consent |

#### Resident Lectures:

| | |
|---|---|
| 1992-1994 | University of Washington, Department of Anesthesiology, "Clinical Ethical Issues in Anesthesia Practice" |
| 1994-2000 | University of Washington, Department of Anesthesiology, Resident Core Lecture series, "Perioperative Diabetes Management" |
| 1994-2000 | University of Washington, Department of Anesthesiology, Resident Core Lecture Series "Anesthetic Implications of Neuromuscular Disease" |
| 1994-2000 | University of Washington, Department of Anesthesiology, Resident Core Lecture Series, "Pathophysiology of Ischemic Heart Disease" |
| 1994-2000 | University of Washington, Department of Anesthesiology, Resident Core Lecture Series, "Intraoperative Management of the Patient with Ischemic Heart Disease" |
| 1994-2000 | University of Washington, Department of Anesthesiology Resident Core Lecture Series, "Preoperative Evaluation of the Patient for Anesthesia and Surgery" |
| 1994-2000 | University of Washington, Department of Anesthesiology, Resident Core Lecture Series, "CQI: Quality Improvement in Practice" |
| 1994-2000 | University of Washington, Department of Anesthesiology, Resident Core Lecture Series, "Post Operative Cognitive Dysfunction" |
| 1994- | University of Washington, Department of Anesthesiology, Resident Core Lecture Series, "Clinical Ethical Issues in the Practice of Anesthesiology," |
| 1994- | University of Washington, Department of Anesthesiology R2 Core Lecture series, "Ethical Issues of Informed Consent" |
| 1994- | University of Washington, Department of Anesthesiology R2 Core Lecture series, "Do Not Resuscitate Orders in the Operating Room" |
| 1994- | University of Washington, Department of Anesthesiology R3 Core Lecture series, "Ethics of Surrogate Consent" |
| 1994- | University of Washington, Department of Anesthesiology R3 Core Lecture series, "Ethical Issues in Organ Transplantation" |
| 1994- | University of Washington, Department of Anesthesiology R4 Core Lecture series, R4 Seminar: "Allocation of Scarce Resources in a Managed Care Environment" |

Gail A. Van Norman, MD                4                2141 8th Ave W Seattle, WA 98119

| | |
|---|---|
| 1995 | University of Washington, Department of Anesthesiology, Resident Special Evening Lecture Series: Forum on Ethical Issues in Anesthesiology, "Informed Consent and Surrogate Consent: Who Speaks for the Patient?" |
| 1995 | University of Washington, Department of History and Ethics, Ethics Brown Bag Lecture Series, "Ethical Dilemmas in the Operating Room" |
| 1995, 1997 | University of Washington Department of Anesthesiology, Evening Resident Special Workshop, " Fiberoptic Intubation and Management of the Difficult Airway" |
| 1996 | University of Washington, Department of Anesthesiology, Resident Special Evening Lecture Series: Forum on Ethical Issues in Anesthesiology, "Ethical Issues in Organ Transplantation, and The Impaired Practitioner" |
| 1997 | University of Washington, Department of Anesthesiology, Resident Special Evening Lecture Series: Forum on Ethical Issues in Anesthesiology, "Physician-Assisted Suicide, and the Impaired Physician," |
| 1997 | University of Washington, Department of History and Ethics; Ethics Brown Bag Lecture Series "DNR in the Operating Room: Should Different Rules Apply?" |
| 1997 | University of Washington, Department of History and Ethics, Ethics Brown Bag Lecture Series "Ethical Pain Management in the Addicted Patient Undergoing Surgery--Is There A Duty to Rescue?" |
| 1999 | University of Washington, Department of Biomedical Ethics and History, Master's Course in Biomedical Ethics, "Informed Consent." |
| 1999 | University of Washington, Department of Biomedical Ethics and History Ethics, Brown Bag Lecture Series, "Who is Captain of the Ship on the Multidisciplinary Team: Lessons from the Operating Room" |
| 2004 | University of Washington, Department of Anesthesiology, Resident Special Evening Lecture Series: Forum on Ethical Issues in Anesthesiology "Ethics of Organ Transplantation" |
| 2008- | University of Washington, R2 Core lecture "Introduction to Preoperative Evaluation." |
| 2008-present | University of Washington CA1 PAC lecture series:  "informed Consent/Informed Refusal" |
| 2010-present | University of Washington Resident Introductory Lecture series:  "EHR Integrity" |
| 2010-present | University of Washington R2 and R3 Core Lectures:  "Coding and Documentation" |

**Grand Rounds Lectures**

| | |
|---|---|
| 1994-1996 | New England Deaconess Hospital, Boston, Massachusetts: "Ethical Issues in Anesthesia Practice" |
| 1994 | University of Washington, Ethics Grand Rounds, "DNAR in the Operating Room" |
| 1996 | University of Washington, Hematology Grand Rounds, "Antifibrinolytics, Use, Clinical Efficacy, and Cost Effectiveness" |
| 1998 | Providence Medical Center, Department of Surgery, Surgery Grand Rounds "Ethical Issues in Surgical Care: A Panel Discussion" |
| 1998 | University of Washington School of Medicine: Combined Cardiothoracic Surgery/Cardiology Grand Rounds, "Brain Death and Organ Donation" |
| 2001 | Rush-Presbyterian-St. Luke's Medical Center, Anesthesia Grand Rounds, Department of Anesthesiology Chicago, Illinois, "Historical Perspectives on the Ethics of Clinical Research" |
| 2002 | University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania, Department of Anesthesiology, Anesthesia Grand Rounds, "Ethical Issues in Brain Death" |
| 2008 | University of Washington Anesthesiology Grand Rounds:  "Perioperative Management of Pacers and AICDs" |
| 2009 | University of Washington Medical Center Combined Anesthesiology and Surgery Grand Rounds "Preoperative Evaluation:  Where Have We Been, Where are We Going?" |

| | |
|---|---|
| 2009 | University of Oklahoma Anesthesiology Grand Rounds, "Is a Free Pen Just a Free Pen?  Conflicts of Interest in Clinical Practice, Research and Industry."  February, 2009. |
| 2009 | University of Washington Department of Anesthesiology; DNR in the Operating Room  April, 2009 |
| 2010 | University of Washington Department of Orthopedics;  Preoperative Testing: Should Your Patient have a Preoperative Chest XRay? April, 2010. |
| 2010 | University of Washington Department of Obstetrics and Gynecology: Preoperative Testing:  Less is More.  May, 2010 |
| 2011 | MD Anderson Cancer Center; Houston Texas.  Dept of Anesthesiology.  Fraud and Plagiarism in Medical Research.  February 14, 2011 |
| 2012 | MD Anderson Cancer Center:  Houston Texas.  Dept of Anesthesiology. Physician Assisted Suicide and Euthanasia.  April 18, 2012 |
| 2012 | MD Anderson Cancer Center, Houston Texas. Risk Management Department. Fraud and Plagiarism in Medical Research.  April 18 2012 |
| 2012 | Overlake Medical Center Department of Anesthesiology:  Lifeboat Ethics. April, 2012 Bellevue, WA |
| 2018 | University of Washington "Respecting Patient Privacy".  Feb 28, 2018 |

**Resident Journal Club:**

| | |
|---|---|
| 1995 | University of Washington, Department of Anesthesiology "Use of Magnesium for Cardiac Surgery Patients" |
| 1996 | University of Washington, Department of Anesthesiology; "Anesthesia for IVF, Teratogenicity of Anesthetics, and Anesthesia and the Breast-Feeding Patient" |
| 1996 | University of Washington, Department of Anesthesiology, "N2O:  Friend or Foe?" |

**Faculty Lectures:**

| | |
|---|---|
| 1995 | University of Washington, Department of Anesthesiology, CME lecture, "Ethics and the Examiners" |

**Workshops:**

| | |
|---|---|
| 1994-1996 | University of Washington, Department of Anesthesiology, CME Workshop, "Difficult Airway" |
| 1996 | University of Washington School of Medicine CME Workshop, "Aprotinin and Other Antifibrinolytics," Blood Therapy: Applications and Alternatives" |

**Nursing Lectures:**

| | |
|---|---|
| 1996-1997 | University of Washington Medical Center, Pre-Surgical Clinic Nursing Lecture Series; "Preoperative Assessment of the Patient for Anesthesia" |
| 1999 | University of Washington Medical Center Operating Room, Nurses Weekly Conference, "Informed Consent in the Operating Room." |
| 1999 | University of Washington, Association of Operating Room Nurses, Perioperative Nursing Internship Program "Informed Consent in the Operating Room" |
| 2000 | University of Washington, Department of Radiology Nursing Staff Lectures, "Sedation of the Patient with Severe Liver Disease for TIPS Procedure" |
| 2008 | University of Washington Medical Center Operating Room Nursing Conference, "Informed Consent in the Operating Room." |
| 2011 | Overlake Medical Center, Bellevue WA. Perioperative Nursing Education. DNR in the OR. |

Gail A. Van Norman, MD                    6                2141 8th Ave W Seattle, WA 98119

**Editorial Responsibilities:**

| 1997-2003 | Consulting Editor, ASA Syllabus on Ethics, American Society of Anesthesiologists, Park Ridge, Illinois |
| 2004- | Editor, ASA Syllabus on Ethics, American Society of Anesthesiologists, Park Ridge, Illinois. |
| 2009 | Editor-in-Chief, *Clinical Ethics for Anesthesiologists, a Cambridge University Press Case-Based Textbook.* |
| 2012-2017 | Associated Editor, North America Clinical Ethics, Journal of Bioethical Inquiry. |

**Special National/International Responsibilities:**

| 1992-2014 | Committee on Ethics, American Society of Anesthesiologists, Park Ridge, Illinois |
| 1994 | Panelist, American Society of Anesthesiologists Annual Meeting, Panel on Ethics:  Ethical Issues in Anesthesiology |
| 1995 | Moderator Ethics Panel, American Society of Anesthesiologists, Annual Meeting, "Is There a Role for the Anesthesiologist in Physician-Assisted Suicide?" |
| 1996-2006 | Moderator Clinical Forum, American Society of Anesthesiologists, Annual Meeting, "Ethics/Geriatrics" |
| 1996-1999 | Moderator Problem-Based Learning Discussion, American Society of Anesthesiologists Annual Meeting, Ethics cases |
| 1997 | Panelist, American Society of Anesthesiologists Annual Meeting Panel on Education, "Can Ethics be Taught?" |
| 1998 | Workshop Organizer and Lecturer,  American Society of Anesthesiologists, "Teaching Clinical Ethics in Anesthesia Residency" |
| 1999 | Invited Participant, Duke University, Durham, North Carolina, Second Duke Conference on Surgery and the Elderly |
| 2001 | Panelist, American Society of Anesthesiologists Annual Meeting Panel on Professionalism, "Defining and Demanding Excellence in Anesthesia Job Performance" |
| 2004 | Panelist International Liver Transplantation Society Annual Meeting, "Ethics of Liver Transplantation, NHB/DCD Donors: Perioperative Issues in Liver Transplantation" |
| 2005 | Representative for the American Society of Anesthesiologists (one of four), First National (UNOS) Conference on Donation After Cardiac Death, Philadelphia [please see Bernat J.L. et al.  Report of a National Conference on Donation After Cardiac Death.  Am J Transpl  6: 281-91, 2006.] |
| 2005- | Ethics Reviewer, Research and Funding Department, Juvenile Diabetes Research Foundation, New York |
| 2006 | Panelist, American Society of Anesthesiologists Annual Meeting, Panel on Professionalism, "Role of the Anesthesiologist in End-of-Life Care –Do physicians have conflicts of interest?" |
| 2006 | Panel Moderator, American Society of Anesthesiologists Annual Meeting, Panel on Professionalism, "Working Hard—or Sleeping at the Wheel.  Should the ASA adopt aviation-style standards for work hours for anesthesiologists?" |
| 2006 | Panel Moderator, American Society of Anesthesiologists Annual Meeting: Panel on Ethics, "Should Anesthesiologists Participate in Executions?" |
| 2006-2008 | Ethicist, Medical Science Review Committee, Juvenile Diabetes Research Foundation International. |
| 2007 | Panelist, ASA Panel on Ethical Issues in Perioperative Medicine |
| 2007 | Panelist, ASA Panel on Professionalism in Multidisciplinary Teams:  Palliative Care and Multidisciplinary Pain Management |

| | |
|---|---|
| 2007 | Panelist, ASA Panel "What is Professionalism?  Do I Need it?  Do I Have it?" |
| 2007 | ASA Clinical Forum:  Special Topics in Bioethics |
| 2008-2011 | Chair, American Society of Anesthesiologists Committee on Ethics |
| 2008 | Panelist, ASA Panel "Lethal Injection." |
| 2008 | Panelist, ASA Panel "DCD—do we need it?  Con." |
| 2008 | Moderator, ASBH panel "Opioid Pain Medication for Chronic Nonmalignant Pain: A Right or a Wrong?"  American Society of Bioethics and Humanities |
| 2008 | Invited lecturer: 37th Annual Advances in Family Practice and Primary Care, August. Seattle  WA: "DNR and Other Advance Directives in the OR" |
| 2008 | Invited Lecturer: AANA.  "Preoperative Testing" and "Perioperative beta blockade."  September.  Spokane, WA |
| 2009 | Refresher Course Lecture:  Ethics for Anesthesiologists in the 21st Century.  New Orleans LA. |
| 2010 | Refresher Course Lecture:  Protecting Vulnerable Subjects in Research:  Ethical Obligations to Human and Animal Research Subjects.  San Diego, CA |
| 2010 | Panelist, ASA Panel "Health Care Reform."  ASA Annual Meeting, San Diego, CA. |
| 2011 | Invited lecturer: "DNR Orders in the Perioperative Period."  Overlake Medical Center, Bellevue Washington. |
| 2011 | Should Anesthesiologists Participate in Physician-Assisted Suicide?  Pro and Con.  American Society of Anesthesiologists Annual Meeting.  Chicago, Il.  2011 |
| 2012 | Invited Lecturer:  Informed Consent and Informed Refusal in the OR.  Puget Sound Multi-Chapter AORN Coalition.  Kent, WA Jan 2012 |
| 2012 | Invited lecturer, American Society of Interventional Pain Physicians Refresher Course and Review.  Fraud in Anesthesia Research, and Ethics of Interventional Pain Management.  April 2012 Phoenix, AZ |
| 2012 | Invited lecturer, American Society of Interventional Pain Physicians Refresher Course and Review.  Fraud in Anesthesia Research, and Ethics of Interventional Pain Management.  August 2012 San Francisco, AZ |
| 2012 | Invited Lecturer: 41st Annual Refresher Course for Nurse Anesthetists.  Ethics of Informed Consent; Ethics of Informed Refusal; Ethical Issues in Preoperative Testing.  Nov 2012 Orlando, FL. |
| 2012 | Invited Lecturer:  Idaho State Society of Anesthesiologists:  The Ethics of Preoperative Testing.  Boise, Idaho,  Spring 2012. |
| 2013 | Invited lecturer, American Society of Interventional Pain Physicians Refresher Course and Review. Ethics of Interventional Pain Management.  February 2012 Phoenix, AZ |
| 2013 | Invited lecturer, American Society of Interventional Pain Physicians Refresher Course and Review. Ethics of Interventional Pain Management.  October 2013 Denver, CO |
| 2013 | Panelist:  Controversial Cases in Organ Donation and End-of-Life Care, American Society of Anesthesiologists Annual Meeting, San Francisco CA. |
| 2014 | Panelist:  Controversies in Organ Transplantation, American Society of Anesthesiologists Annual Meeting, New Orleans LA |
| 2014 | Ethical Issues Regarding Open Access Journals, American Society of Bioethics and Humanities Annual Meeting, San Diego CA. |
| 2015 | Harvard Anesthesia Update 2015.  Point/Counterpoint.  Physician Involvement in Lethal Injection.  May 2015 |
| 2015 | Invited lecturer, American Society of Interventional Pain Physicians Refresher Course and Review. Ethics of Interventional Pain Management.  Chicago Il, July 2015 |
| 2015 | Faculty, Moya Annual CRNA Refresher Course.  Orlando, FA.  Nov 2015 |
| 2020 | Invited Panelist, When does the anesthesiologist get to decide?  Conscientious Objection:  What it Is—and What it Isn't. American Society of Anesthesiologists Annual Meeting.  (held virtually due to COVID 19) |

## Special Regional Responsibilities:

| | |
|---|---|
| 1991-1993 | Member, Medical Ethics and Practice Committee, King County Medical Society, Seattle, Washington |
| 1992-1994 | Member, Professional Liability Panel, King County Medical Society, Seattle, Washington |
| 1992-1996 | Co-chair, Committee on Education, Washington State Society of Anesthesiologists, Seattle, Washington |
| 1995 | Program Chair, Washington State Society of Anesthesiologists Spring Meeting, "Controlling Our Destiny:  Leadership Opportunities Beyond the Operating Room" |
| 1995 | Program Chair, Washington State Society of Anesthesiologists Fall Meeting, "The Difficult Airway:  Clinical Approaches and Risk Management" |
| 1996 | Program Co-Chair, Washington State Society of Anesthesiologists Spring Meeting,  "Preoperative Issues for the Surgical Patient" |
| 1996 | Representative, Washington State Society of Anesthesiologists, ASA Legislative Session, Washington, DC |

## Special Local Responsibilities:

| | |
|---|---|
| 1991-1993 | Ethics Committee, Swedish Hospital, Seattle, Washington |
| 1995-2000 | Associate Medical Director, Pre-surgery Clinic, University of Washington Medical Center, Seattle, Washington |
| 1996-1997 | Member, Advisory Committee on Ethics, University of Washington Medical Center, Seattle, Washington |
| 1998-2000 | Chair, Continual Quality Improvement University of Washington Medical Center, Department of Anesthesiology |
| 1997-2000 | Co-chair, Advisory Committee on Ethics, University of Washington Medical Center, Seattle, Washington |
| 1999-2000 | Acting Chief, Cardiothoracic Anesthesia, University of Washington Department of Anesthesiology |
| 2006 - | Regional Ethics Committee member, Franciscan Health Care Systems, Tacoma, Washington |
| 2006-2008 | Member, Regional Committee on Organ Transplantation, Franciscan Health Care System, Tacoma, Washington |
| 2008-2009 | Member, Joint Transfusion Committee, HMC and UWMC |
| 2009-2010 | Member, Standards and Finance Committee, University of Washington Department of Anesthesiology and Pain Medicine |
| 2010-2016 | Member, Business Excellence Committee, University of Washington Physicians |
| 2010- | Chair/co-chair Standards and Finance Committee, University of Washington Department of Anesthesiology and Pain Medicine |
| 2010-present | Compliance Officer, Department of Anesthesiology and Pain Medicine, University of Washington, Seattle WA. |
| 2014-present | Member, Dept of Anesthesiology and Pain Medicine Promotions Committee |

## Research Funding:

Gail A. Van Norman, MD                    9                    2141 8th Ave W Seattle, WA 98119

University of Washington Department of Anesthesiology; "The Effects of PTCA vs. CABG in
      Reducing Postoperative Cardiac Morbidity in Patients Undergoing Noncardiac
      Surgery"; 1995; $500 [Investigators: Chan V, Van Norman G, Posner K]

Washington State Society of Anesthesiologists;   The Effects of PTCA vs. CABG in Reducing
      Postoperative Cardiac Morbidity in Patients Undergoing Noncardiac Surgery; 1995;
      $2000; [Investigators: Chan V, Van Norman G, Posner K]

Washington State Society of Anesthesiologists:  Echocardiography Screening in the
      PreAnesthesia Clinic.  2010.  $5000 [Investigators:  Wako E, Van Norman GA, Rooke
      A, Otto C.]

Gail A. Van Norman, MD                    10                    2141 8th Ave W Seattle, WA 98119

**BIBLIOGRAPHY**

**Publications in Refereed Journals:**

1. Van Norman G., Groman N..  A Method of Quantitating Sensitivity to a Staphylococcal Bacteriocin.  Infection and Immunity 26(2): 787-789, 1979.

2. Dreis D., Winterbauer R., Van Norman G, Sullivan S., Hammer S.  Cephalosporin-Induced Interstitial Pneumonitis.  Chest 86(1): 138-140, 1984.

3. Winterbauer R., Hammer S., Van Norman G.  Histiocytosis X, Case Report and Discussion.  J Resp Dis February 1985.

4. Van Norman G, Pavlin E, Eddy C, Pavlin J.  Hemodynamic and Metabolic Effects of Aortic Unclamping Following Emergency Surgery for Traumatic Thoracic Aortic Tear in Shunted and Unshunted Patients.  J Trauma 31(7): 1007-1016, 1991.

5. Van Norman, G.  Diabetes in the Operating Room:  Metabolic Challenges for the Anesthesiologist.  Seminars Anesth 14(3): 210-220,1995

6. Van Norman, G. Preoperative Assessment of Common Diseases in the Outpatient Setting.  Anesthesiology Clinics of North America. 14(4): 631-654,1996.

7. Van Norman G.  Preoperative Management of Common Minor Medical Issues in the Outpatient Setting. Anesthesiology Clinics of North America. 14(4): 655-678, 1996.

8. Aziz S, Haigh W, Van Norman G, Kenney R, Kenney M.  Blood Ionized Magnesium Concentration During Cardiopulmonary Bypass and Their Correlation with Other Circulating Cations.  J Card Surg Sep-Oct 11(5): 341-7, 1996.

9. Van Norman G, Gernsheimer T, Chandler W, Cochran P, and Spiess B.  Indicators of Fibrinolysis During Cardiopulmonary Bypass After Exogenous Antithrombin III Administration for Acquired Antithrombin III Deficiency. J. Cardiothoracic Vasc Anesth 11(6): 760-763, 1997.

10. Jackson S, Palmer S, Van Norman G, et al.  Ethical Issues in Anesthesia.  Adv Anesth 14:227-260, 1997.

11. Van Norman G. A Matter of Life and Death:  What every anesthesiologist should know about the medical, legal, and ethical aspects of declaring brain death.  Anesthesiology 91(1): 275-287, 1999.

12. Posner K, Van Norman G, Chan V.  Adverse Cardiac Events Following Noncardiac Surgery in Patients with Coronary Artery Disease Undergoing Prophylactic PTCA. Anesth Analg  89: 553-60, 1999.

13. Reilly DF, McNeely JM, Doerner D, Greenberg DL, Staiger TO, Geist MJ, Vedovatti PA, Coffey JE, Mora MW, Johnson TR, Guray Ed, Van Norman GA, Fihn S.  Self-Reported Exercise Tolerance and the Risk of Serious Perioperative Complications.  Arch Int Med 159: 2185-92,1999.

14. Van Norman G.  Ethics and The Elderly Patient.  Current Anesth Rep 1:13-17, 1999.

15. Pavlin DJ, Arends RH, Gunn H, Van Norman G, Keorschgen M, Shen D.  Optimal Propofol-Alfentanil Combinations for Supplementing Nitrous Oxide for Outpatient Surgery.  Anesthesiology 91(1): 97-108, 1999.

Gail A. Van Norman, MD                    11                    2141 8th Ave W Seattle, WA 98119

16. Jackson S, Van Norman, G.  Goals and Values Directed Approach to Informed Consent in the "DNR" Patient Presenting for Surgery--More Demanding of the Anesthesiologist?  Editorial. Anesthesiology  90:3-6, 1999.

17. Pavlin JD, Colley PS, Weymuller EA, Van Norman GA, Gunn HC and Koerschgen M.  Propofol Versus Isoflurane For Endoscopic Sinus Surgery. Am J Otolaryn; 10: 96-101, 1999.

18. Van Norman, G. Angioplasty and Noncardiac Surgery:  Risks of Myocardial Infarction.  Current Opinion in Anesthesiology, 12(1):15-20, 1999.

19. Van Norman, G.  Response: Re: Can Brain Death Testing Be Perfect? Anesthesiology. 92(4): 1204-5, 2000.

20. Van Norman G, Patel MA, Robledo J, Chandler W, and Vocelka C.  Effect of Hemofiltration on Serum Aprotinin Levels in Patients Undergoing Cardiopulmonary Bypass.  J. Cardiothor Vasc Anesth 14(3): 253-256, 2000.

21. Van Norman G, Palmer S.  Coercion and Restraint in Anesthesia Practice.  International Clinics of Anesthesiology.  Medical Ethics 39(3): 131-143, 2001.

22. Van Norman, G.  Ethical Issues and the Role of Anesthesiologists in Non-Heart-Beating Organ Donation.  Current Opinion Anesthesiology 16(2): 215-9, 2003

23. Van Norman G.  Another Matter of Life and Death; What Every Anesthesiologist Should Know About the Ethical, Legal and Policy Implications of the Non-Heart-Beating Organ Donor. Anesthesiology 2003. 98(3):763-73.

24. Van Norman G, Jackson S, Waisel D.  Ethical Issues in Informed Consent. Current Opinions in Anesthesiology 17(2): 177-81, 2004.

25. Van Norman GA.  Ethical Issues of Importance to Anesthesiologists Regarding Organ Donation After Cardiac Death.  Current Opinion Organ Transplant 10(2): 105-109, 2005.

26. Van Norman GA. Controversies in Organ Donation:  Donation After Cardiac Death.  Periop Nurs Clin, 3(3):233-240, 2008

27. Van Norman GA. Ethical Issues in Informed Consent. Periop Nurs Clin 3(3):213-222, 2008

28. Ivashkov Y, Van Norman GA.  Informed Consent and Ethical Management of the Elderly Patient. Anesthesiology Clinics  2009; 27(3):569-80

29. Souter M, Van Norman GA.  Ethical Controversies at End-of-Life After Traumatic Brain Injury: Defining Death and Organ Donation.  Critical Care Medicine.  Accepted for publication, anticipated Fall 2010.

30. Souter M, Van Norman GA.  [Letter to the Editor] Reply to:  Concerns regarding definition of brain death. Critical care medicine 2011;39(3):606-7

31. Sara Kim, PhD; Sinan Jabori, BS; Jessica O'Connell, MD, FACS; Shanna Freeman, APRN; Cha Chi Fung, PhD; Sahrish Ekram, BA; Amruta Unawame, MD; Gail Van Norman, MD.  Current Trends of Research Methodologies in Informed Consent Studies: Time to Re-examine?  Patient Educ Couns 2013; 93:559-66

Gail A. Van Norman, MD                    12                    2141 8th Ave W Seattle, WA 98119

32. <u>Van Norman G</u>.  Physician Aid-in-Dying: Cautionary Words.  Curr Opinion Anesthesiol  2014; 27:177-82

33. <u>Van Norman GA</u>.  Five Days at Memorial: Life and Death in a Storm-Ravaged Hospital.  Book Review.  Anesth Analg  2014; 199:494

34. <u>Van Norman GA</u>. Abusive and Disruptive Behavior in the Surgical Team. *AMA Journal of Ethics*. 2015; 17:215-220. . http://journalofethics.ama-assn.org/2015/03/ecas3-1503.html. Accessed March 3, 2015.

35. <u>Van Norman GA</u>.  A Matter of Mice and Men:  Ethical Controversies in Animal Experimentation. Int Anesthesiol Clin. 2015; 53:63-78.

36. Rooke GA, Lombaard SA, Dziersk J, Natrajan KM, <u>Van Norman G</u>, Larson LW, Poole JE.  Initial experience of an anesthesiology-based service for perioperative management of pacemakers and implantable cardioverter defibrillators.  Anesthesiology 2015; 123:1024-32.

37. Nair BG, Grunzweig K, Peterson GN, Horibe M, Nerdilek MB, Newman SF, <u>Van Norman G,</u> et al. Intraoperative blood glucose management: impact of a real-time decision support system on adherence to institutional protocol.  J Clin Monitor Comput  June 12, 2015; epub ahead of print

38. Grunzweig K, Nair BG, Peterson GN, Horibe M, Neirdilek MB, Newman SF, <u>Van Norman G</u>, et al. Decisional practices and patterns of intraoperative glucose management in an academic medical center. 2016; 32:214-23

39. Rooke GA, Lombaard SA, <u>Van Norman GA</u>, Dziersk J, Natrajan KM, Larson L, Poole JE.  In Reply [re: .  Initial experience of an anesthesiology-based service for perioperative management of pacemakers and implantable cardioverter defibrillators].  Anesthesiology 2016; 124:1195

40. <u>Van Norman G</u>.  Drugs, devices and the FDA:  an overview of the approval processes:  Part 1 Approval of drugs.  JACC Basic Translation Sci  2016; 1: 170-9

41. <u>Van Norman G</u>.  Drugs, devices and the FDA:  an overview of the approval processes:  Part 2 Approval of medical devices.  JACC Basic Translation Sci  2016; 1:277-87

42. <u>Van Norman G</u>.  Drugs and Devices Part 3:  a Comparison of U.S. and European Processes. JACC Basic Translation Sci  2016; 1:399-412

43. <u>Van Norman GA</u>.  Decisions regarding foregoing life-sustaining treatments.  Curr Opin Anesth 2016; Nov 30 [epub ahead of print].

44. <u>Van Norman GA</u>, Eisenkott R.  Technology Transfer: From the Research Bench to Commercialization. Part 1. Intellectual Property Rights-Basics of Patents and Copyrights.  JACC Basic Translation Sci 2017; 2:85-97

45. <u>Van Norman GA</u>, Eisenkott R.  Technology Transfer.  Part 2.  The Commercialization Process. JACC Basic Translation Sci 2017; 2:197-208

46. <u>Van Norman GA</u>.  Overcoming the declining trends in innovation and investment in cardiovascular therapeutics: beyond EROOM's law.  JACC Basic Translational Sci 2017; 2:613-25

47. <u>Van Norman GA</u>.  Expanding Patient Access to Investigational Drugs: Single Patient INDs and "Right to Try".  JACC Basic Translational Sci 2018; 3:280-91

48. <u>Van Norman GA</u>.  Expanding Patient Access to Investigational Drugs:  Overview of Intermediate and Widespread Treatment INDs, and Emergency Authorization in Public Health Emergencies. JACC Basic Translational Sci 2018; 3:403-14

49. <u>Van Norman GA</u>. Expanded patient access to investigational new devices: review of emergency and non-emergency expanded use, custom and 3D printed devices.  JACC Basic Translational Sci.  2018; 3:533-44

50. Shah AC, Ma K, Faraoni D, Oh D, Rooke A, <u>Van Norman GA</u>.  Self-reported functional status predicts post-operative outcomes I noncardiac surgery patients with pulmonary hypertension. PLOS ONE.  Aug 16, 2018.   https://doi.org/10.1371/journal.pone.0201914

51.  <u>Van Norman GA</u>.  The problem of Phase II clinical trials:  reducing costs and predicting success.  JACC Basic Translational Sci 2019; 4:428-37

52. Suhr W, <u>Van Norman GA</u>.  Anesthesia at the Edge of Life.  Ethical issues in organ transplantation at end of life:  defining death.  Anesthesiol Clin 2020; 38:231-46

53. <u>Van Norman GA</u>.  Limitations of animal studies for predicting toxicity in clinical trials:  part 1:  is it time to rethink our current approach?  JACC Basic Transl Sci. 2019; 4:845-54

54. <u>Van Norman GA</u>, Jackson S.  The anesthesiologist and global climate change:  an ethical obligation to act.   Curr Opin Anesth 2020; 33:577-83.

55. <u>Van Norman GA</u>.  Limitations of animal studies for predicting toxicity in clinical trials part 2: potential alternatives to the use of animals in preclinical trials.  JACC Basic Transl Sci 2020; 5:387-97

56. <u>Van Norman GA</u>.  "Warp Speed" operations in the COVID-19 pandemic: moving too quickly? JACC Basic Trans Sci 2020; 5:730-4

57. <u>Van Norman GA</u>.  Update to Drugs, Devices and the FDA.  How recent legislative changes have impacted approval of new therapies.  JACC Basic Transl Sci. 2020; 5:831-9

**Books:**

Cambridge Textbook of Clinical Ethics for Anesthesiologists.  Van Norman G, Ed.  Palmer S, Jackson S, Rosenbaum S co-ed.  Cambridge University Press, 2011.  London, UK.

**Book Chapters:**

1. <u>Van Norman, G</u>.  Jehovah's Witnesses, in Atlee, J. (ed): *Complications in Anesthesiology*. WB Saunders, Philadelphia., 1999, pp. 937-939.

2. <u>Van Norman, G</u>.  Patient Confidentiality, in Atlee, J. (ed):  *Complications in Anesthesiology*. WB Saunders, Philadelphia, 1999. Pp. 931-933.

3. <u>Van Norman, G</u>.  DNR in the Operating Room, in Atlee, J (ed): *Complications in Anesthesiology*. WB Saunders, Philadelphia, 1999, pp. 934-936.

4. <u>Van Norman G</u>.  Ethical Considerations:  Informed Consent, Advanced Directives, DNR Orders.  In Hanson, E.(ed):  *Medical Clerkship Companion 2*.  Harcourt Brace, Chestnut Hill, MA, 2003.

Gail A. Van Norman, MD                    14              2141 8th Ave W Seattle, WA 98119

5.  Van Norman G.  Ethical Decisions/End-of-Life Care in Patients with Vascular Disease.  In Kaplan, J. (ed):  *Vascular Anesthesia, 2nd Edition.*  Churchill Livingstone, Philadelphia, PA, 2004, pp. 387-406.

6.  Van Norman, G.  DNR in the Operating Room.  In Atlee, J. (ed):  *Complications in Anesthesiology, 2nd Edition.*  WB Saunders, Philadelphia.  2005.

7.  Van Norman, G.  Jehovah's Witnesses. In Atlee, J. (ed):  *Complications in Anesthesiology, 2nd Edition.*  WB Saunders, Philadelphia, 2005.

8.  Van Norman, G.  Patient Confidentiality. In Atlee, J. (ed):  *Complications in Anesthesiology, 2nd Edition.*  WB Saunders, Philadelphia, 2005.

9.  Van Norman GA.  Anesthesiology Ethics.  *IN* Singer P, Viens A (eds):  *The Cambridge Textbook of Clinical Ethics.* 2008. Cambridge University Press, London.

10.  Van Norman GA, Rosenbaum S.  Ethical Issues in Anesthesia Care.  *IN* Miller R, Ed. *Miller's Anesthesia, 7th Ed.*  Elsevier Publications, Philadelphia PA. 2009

11.  Van Norman GA. Informed Consent:  Respecting Patient Autonomy.  *IN* Van Norman GA, Ed. *Cambridge Textbook of Ethics for Anesthesiologists.*  2011 Cambridge University Press, London, UK.

12.  Van Norman, GA. Informed Consent for Preoperative Testing:  Pregnancy Testing and Other Tests Involving Sensitive Patient Issues. *IN* Van Norman GA, Ed.  2011 *Cambridge Textbook of Ethics for Anesthesiologists.*  Cambridge University Press, London, UK.

13.  Van Norman GA.  Revising the Anatomical Gift Act—the Role of Physicians in Shaping Legislation. *IN* Van Norman GA, Ed.  2011 *Cambridge Textbook of Ethics for Anesthesiologists.*  Cambridge University Press, London, UK.

14.  Van Norman GA.  Animal Subjects Research Part II:  Ethics of Animal Experimentation. *IN* Van Norman GA, Ed.  2011 *Cambridge Textbook of Ethics for Anesthesiologists.*  Cambridge University Press, London, UK.

15.  Van Norman GA.  Publication Ethics:  Obligations of Authors, Peer-Reviewers and Editors. *IN* Van Norman GA, Ed.  2011*Cambridge Textbook of Ethics for Anesthesiologists.*  Cambridge University Press, London, UK.

16.  Van Norman GA. Sexual Harassment, Discrimination, and Faculty-Student Intimate Relationships in Anesthesia Practice. *IN* Van Norman GA, Ed.  2011*Cambridge Textbook of Ethics for Anesthesiologists.*  Cambridge University Press, London, UK..

17.  Van Norman GA.  Physician Participation in Executions. *IN* Van Norman GA, Ed.  2011 *Cambridge Textbook of Ethics for Anesthesiologists.*  Cambridge University Press, London, UK.

18.   Wako E, Van Norman GA. Laboratory Testing in Spine Disease.  *IN* Chapman JR, Dettori JR, Norvell, DC (2011) *Measurements in Spine Care.* 1st ed. Stuttgart New York: Thieme.

19.  Van Norman GA.  Ethical Standards in Medical Practice.  *IN* Manchikanti L, Christo P, Trescot A, Falco FJE (eds). *Foundations of Pain Medicine and Interventional Pain Management Board Review.* 2011 ASIPP Publishing, Paducah, KY 42001

Gail A. Van Norman, MD                    15                    2141 8th Ave W Seattle, WA 98119

20. Van Norman GA. Ethics of Research in Pain Management. *IN* Manchikanti L, Christo P, Trescot A, Falco FJE (eds). 2011 *Foundations of Pain Medicine and Interventional Pain Management Board Review.* ASIPP Publishing, Paducah, KY 4200

21. Van Norman GA. Ethics in Anesthesiology. *IN* Miller R, Ed. *Miller's Anesthesia, 8th Ed.* Elsevier Publications, Philadelphia PA, 2015.

22. Van Norman GA. Anesthesia Pearls. *IN* Wong C, Hamlin N Eds. *The Medicine Consult Handbook.* Springer Science and Business Media Inc. New York, NY. 2012

23. Van Norman GA. Organ Transplantation. *IN* Brennan. Michael (ed.). The A-Z of Death and Dying: Social, Medical and Cultural Aspects. Santa Barbara, CA: ABC-Clio. 2013

24. Van Norman GA. Life Support Systems. *IN*: Brennan. Michael (ed.). The A-Z of Death and Dying: Social, Medical and Cultural Aspects. Santa Barbara, CA: ABC-Clio. 2013

25. Jackson S, Van Norman GA. Anesthesia, Anesthesiologists and Modern Medical Ethics. *IN* The Wondrous Story of Anesthesiology, Eger EI II, SAidman L, Westhorpe RN Eds. Springer, NY. 2014 pp205-218

26. Van Norman G, Rosen J. Michael Jackson: Medical Ethics and What Went Wrong. In; Pediatric Sedation Outside of the Operating Room: a Multispecialty International Collaboration, Second Edition. Mason KP Ed. Springer, NY 2015 pp685-698

27. Van Norman, GA. Ethics and clinical aspects of palliative sedation in the terminally ill child. In; Pediatric Sedation Outside of the Operating Room: a Multispecialty International Collaboration, Second Edition. Mason KP Ed. Springer, NY 2015 pp699-710

28. Van Norman G. Anesthesia Pearls. *In* The Perioperative Medicine Consult Handbook, Jackson M, ed. Springer, 2015.

29. Van Norman GA. Preoperative Testing: Ethical Challenges, Evidence-Based Medicine and Informed Consent. In: Ethical Issues in Anesthesiology and Surgery. Springer publications. Jericho B, Ed. Springer, New York, 2016.

30. Van Norman GA. Ethics and Evidence Regarding Animal Subjects Research: Splitting Hares--or Swallowing Camels? In: Ethical Issues in Anesthesiology and Surgery. Jericho B, ed. Springer, New York, 2016.

31. Jackson S, Van Norman GA. Ethics in Research and Publication. In: Ethical Issues in Anesthesiology and Surgery. Jericho B, Ed. Springer, New York. 2016.

32. Van Norman GA. Ethical Issues in Elderly Patients: Informed Consent. In: Barnett S, ed. Perioperative Care of the Elderly Patient. Cambridge University Press, Cambridge UK. 2017

33. Van Norman GA. Ethical Issues: Withdrawing, Withholding and Futility. In Principles of Geriatric Critical Care. Akhtar S, Rosenbaum S, Eds. Cambridge University Press, UK. Dec 6, 2018.

34. Van Norman GA, Rosenbaum S. Ethics in Anesthesiology. Miller's Anesthesia 9th Ed. Elsevier, Philadelphia PA. 2020

35. Van Norman GA Rosen J. Michael Jackson: Medical Ethics and What Went Wrong. In; Pediatric Sedation Outside of the Operating Room: a Multispecialty International Collaboration, Third Edition. Mason KP Ed. Springer, NY. Anticipated publication 2021.

Gail A. Van Norman, MD                    16                    2141 8th Ave W Seattle, WA 98119

36. Van Norman, GA.    Ethical and clinical aspects of palliative sedation of the terminally ill child. In;  Pediatric Sedation Outside of the Operating Room: a Multispecialty International Collaboration,  Third Edition.  Mason KP Ed.  Springer, NY  Anticipated publication 2021

**Other Publications:**

**Print Publications**

1. Van Norman, G. Cheney F.  Falsely Elevated Oximeter Reading Dangerous on One Lung.  APSF Newsletter (letter to the editor) Issue 23. June, 1989.

2. Van Norman G.  Ethics of Informed Consent.  ASA Newsletter 58(8): 15-17, 1994

3. Van Norman, G.  Special Paper:  Implementation of an Ethics Curriculum:  Getting Started. In Waisel D, Van Norman G (eds):  *ASA Syllabus on Ethics:  Informed Consent.*  ASA publications, Park Ridge, Illinois. 1997, pp. 1-6.

4. Jackson S, Fine P, Palmer S, Rosebaum S, Truog R, Van Norman G.  Letter to Editor, Comment on Bastron, D.  Response to:  Ethical Concerns in Anesthetic Care for Patients with Do-Not-Resuscitate Orders.  Anesthesiology 87(1): 176-177, 1997.

5. Van Norman, G. Who Speaks for the Patient?  Ethical Principles in Assessing Patient Competence and Appropriate Use of Proxy Decision-Makers in the Practice of Anesthesiology. In Waisel D, Van Norman G (eds*):  ASA Syllabus on Ethics:  Informed Consent.*  ASA publications, Park Ridge, Illinois.  1997, pp. B2-B34.

6. Waisel D, Van Norman G, Fine P.  Special Article, Hospice Care:  Live All the Days of Your Life. An Interview with Perry G. Fine.  In Waisel D, Van Norman G (eds). *ASA Syllabus on Ethics: Informed Consent.*  ASA publications, Park Ridge, Illinois.  1997, pp. 1-9.

7. Van Norman G.  Redefining Death.  Ethical, Legal and Medical Implications of Brain Death Determination in Anesthesia Practice.  In Waisel D., Van Norman G. (eds):  *ASA Syllabus on Ethics: End of Life Issues.*  ASA publications, Park ridge, Illinois.  1999, pp. G1-G7.

8. Van Norman G.  Chapter 17: Misinformed Consent--A Problem in the OR?  In*:  ASA Refresher Courses in Anesthesiology.* ASA Publications, Chicago Ill.  1999, pp.215-223.

9.  Van Norman G, and Posner K.  Coronary Stenting or Percutaneous Transluminal Coronary Angioplasty Prior to Noncardiac Surgery Increases Adverse Perioperative Cardiac Events; the Evidence is Mounting.  (letter to the editor).  J Amer Coll Cardiol 36(7):  2351, 2000.

10. Van Norman, G, Palmer S.  When Should Anesthesiologists Restrain Uncooperative Patients? ASA Newsletter 65(3), 2001.

11. Van Norman G.  The Student-Teacher Relationship in Medicine:  Are Intimate Relationships Between Faculty and Medical Trainees Ethical?  In Van Norman G, Waisel D. (eds):  *ASA Syllabus on Ethics:  Ethics of Professional and Personal Relationships in Anesthesiology Training and Practice.* ASA, Park Ridge, Illinois.  2004.

12. Van Norman G.  Non-Heart-Beating Cadaver Organ Donation:  Ethical Issues for Anesthesiologists.  ASA Newsletter 67(11), 2003.

Gail A. Van Norman, MD                    17                    2141 8th Ave W Seattle, WA 98119

13. Van Norman GA, Palmer SK, Jackson SH.  The Ethical Role of Medical Journal Editors. [Letter}
    Anesth Analg 100:603-4, 2005.

14. Brown S, Van Norman G.  Compassion and Choice in End-of-Life Decisions.  Editorials and
    Opinions, *The Seattle Times*, April 1, 2005

15. Van Norman GA.  Practical Ethical Concerns Regarding Intimate Relationships in the Operating
    Room.  ASA Newsletter 2007, 71(5).

16. Van Norman G, Brown S.  Organ Donation a Personal Decision.  Opinion, *The Seattle Post
    Intelligencer,* March 20, 2007.

17. Van Norman GA. Contributing Writer:  *Handbook of Anesthesia and Co-Existing Disease.*
    Elsevier publications, Philadelphia PA. 2009.

18. Sweitzer BJ, Vidoga M, Milokjic, et al.  Resident's knowledge of ACC/AHA Guidelines for
    Preoperative Cardiac Evaluation is Limited.  Cleveland Clinic J Med 2010; 77(ESuppl):eS11-
    eS12.

19. Palmer SK, Van Norman GA, Jackson SL.  Letter to the editor. Routine pregnancy testing before
    elective anesthesia is not an American Society of Anesthesiologists standard.  Anesth Analg.
    2009; 208(5):1715-6.

20. Van Norman GA, Jackson SL.  Back to our roots:  the importance of enforcing professionalism at
    the ASA.  ASA Newsletter.  May, 2011.  75(5):10-12

21. Jackson SL, Van Norman GA. Ethical issues in the publication of medical research. ASA
    Newsletter. May 2011.  75(5):14-15

22. Van Norman GA.  Misinformed Consent:  A problem in the Operating Room?  Ethical
    principles of informed consent and their application for the anesthesiologist.  Refresher
    Courses Anesth  2011; 39(1):215-223

23. Van Norman GA.  Ethics of Ending Life; Physician-Assisted Suicide and Euthanasia, Part 1.
    California Society of Anesthesiologists Bulletin, CA.  Winter 2012.

24. Van Norman GA.  Physician Assisted Suicide.  ASA Newsletter. Spring 2012.

25. Van Norman GA.  Ethics of Ending Life; Physician-Assisted Suicide and Euthanasia, Part 2.
    California Society of Anesthesiologists Bulletin, CA.  Summer 2012.

26. Van Norman GA.  Ethical Challenges of Routine Preoperative Tests.  ASA Newsletter, Nov. 2012

27. Rooke A, Natrajan K, Lombaard S, Dziersk J, Van Norman GA, Poole J.  Letter to the Editor In
    Reply: Initial experience of an anesthesiology based service for perioperative management of
    pacemakers and implantable cardioverter defibrillators.  Anesthesiology 2016; 124: 1195


**Web publications**

1. Update Author, *Sleisinger and Fordtran's Gastrointestinal and Liver Disease, 7th Edition,* on-
   line version.  Mark Feldman MD, Editor.  Elsevier Scientific Publications, Philadelphia
   *[www.sfgastro.com],* 2003 to 2006.

2.   Update Author, *Anesthesia, 6th Edition,* on-line version.  Ron Miller MD, Editor.  Elsevier Scientific Publications, Philadelphia. *[www.anesthesiatext.com]* 2004 to present.

3.   Update Author, *Diseases of the Heart, 6th Edition,* on-line version.  Eugene Braunwald MD, Editor.  Elsevier Scientific Publications, Philadelphia [*www.branwalds.com],* 2004 to present.

4.   Update Author, *Murry and Nadel's Textbook of Respiratory Medicine,* on-line version. Robert J. Mason MD, John F. Murray MD, V. Courtney Broaddus MD, and Jay A Nadel MD, editors. Elsevier Scientific Publications, Philadelphia *[www.respmedtext.com],* 2005-2006.

5.   Update Author, *Drugs for the Heart,* on-line version.  Lionel H Opie MD and Bernard J Gersh MD, editors.  Elsevier Scientific Publications, Philadelphia *[www.opiedrugs.com],*, 2005 to 2008

6.   Update Author, *Clinical Gastroenterology and Hepatology,* on-line version, Wilfred M Weinstein MD, C J Hawkey MD, J Bosch MD, editors.  Elsevier Scientific Publications, Philadelphia *[www.clingastrotext.com],* 2005-2006.

7.   Medifile author for *FirstConsult,*  Medical website for primary care physicians.  Elsevier Scientific Publications, London UK  *[www.firstconsult.com],* 1998 to 2008.

8.   Topic Editor, *First Consult.*  Medical website for primary care physicians.  Elsevier Scientific Publications, London UK, *[www.firstconsult.com],* 1998 to 2008

9.   Medical writer, Clinical Procedures website, Elsevier Scientific Publications, Philadelphia, 2008 to present

Gail A. Van Norman, MD                    19                2141 8th Ave W Seattle, WA 98119

**Abstracts:**

1. Van Norman G, Pavlin E, Eddy C, and Pavlin J.  Hemodynamic and Metabolic Effects of Aortic Unclamping Following Emergency Surgery for Traumatic Thoracic Aortic Tear in Shunted and Unshunted Patients.  Presented to the 50th Annual Meeting of the American Association for the Surgery for Trauma, 1989.

2. Van Norman G, Pavlin E, Eddy C, and Pavlin J.  Hemodynamic and Metabolic Effects of Aortic Unclamping Following Emergency Surgery for Traumatic Thoracic Aortic Tear in Shunted and Unshunted Patients.  Presented to the American Society of Anesthesiologists Annual Meeting, 1989.

3. Van Norman G, Spiess B, Lu J, et al.  Aprotinin Versus Aminocaproic Acid in Moderate-to-High-Risk Cardiac Surgery:  Relative Efficacy and Costs of Transfusion.  Anes Anal Supplement,  March 1995.

4. Kenney M, Van Norman G, Hague G, et al.  Variations in Ionized Magnesium During Cardiopulmonary Bypass.  Presented to the Cardiopulmonary Bypass Meeting, San Diego, California, 1995.

5. Pavlin J, Gunn H, Van Norman G, et al.  Optimal Propfol/Alfentanil Combinations for Supplementing N20 For Outpatient Surgery.  Presented to the Annual Meeting of the American Society of Anesthesiologists, 1997. Anesthesiology 87(3S) Supplement 308A, 1997.

6. Van Norman G, Posner K, Wright I, et al.  Adverse Cardiac Events Following Noncardiac Surgery in Patients with Prior PTCA versus Normal Patients, and Patients with Nonrevascularized CAD.  Presented to the Scientific Sessions of the American Heart Association, Orlando, Florida, 1997, published in supplement to Circulation, October 1997.

7. Simmons E, Van Norman G, Robledo J, et al.  Effect of Hemofiltration on Aprotinin Activity in Patients Undergoing Cardiopulmonary Bypass.  Presented to  WARC (Western Anesthesia Residents Conference,  1998.

8. Lee J, Karjeker S, Van Norman GA et al.  Advance Directives in the Perioperative Period. Presented to WARC (Western Anesthesia Residents Conference), 2009

9. Karjeker S, Van Norman G, et al.  Advance Directives in the PreAnesthesia Clinic.  Presented at the American Society of Anesthesiologists' Annual Meeting, New Orleans, LA.  2009

10. Rooke, G.A., Natrajan, K., Lombaard, S., Dziersk, J., Van Norman, G., Poole, J.: Initial experience of an anesthesia-based service for perioperative management of CIEDs. Anesthesiology 117:A835, 2012.

11. Shah A, Ma K, Rooke GA, Van Norman G.  Pulmonary HTN in the perioperative patient. (working title).  Accepted to IARS Annual Meeting, Honolulu HI.  March 2015.

12. Rooke A, Natrajan K, Lombaard S, Dziersk J, Van Norman G, Poole J.  Poster:  Initial experience of an anesthesia-based service for perioperative management of CIEDs.  ASA American Society of Anesthesiologists Annual Meeting, Washington DC, 2012

Gail A. Van Norman, MD                    20                    2141 8th Ave W Seattle, WA 98119

**OTHER**

    **International and National Invitational Lectures:**

1. "DNR in the OR:  Am I a Bad Doctor if I Let My Patient Die?" American Society of Anesthesiologists, Refresher Course, San Francisco, CA, June 29, 1996.

2. "Misinformed Consent:  Is This a Problem in the Operating Room?" American Society of Anesthesiologists Refresher Course, San Francisco, CA, June 29, 1996.

3. "Ethics:  A New Hot Topic in Resident Education," The Society for Education in Anesthesia Fall Meeting: Educational Strategies for the 21st Century, New Orleans, 1996.

4. "Ethics:  A New Hot Topic in Resident Education," The Society for Education in Anesthesia Fall Meeting: Educational Strategies for the 21st Century, San Diego, CA, October 1997.

5. "Misinformed Consent:  A Problem in the Operating Room?" American Society of Anesthesiologists Workshop in Practical Bioethics for the Anesthesiologist, Boston, MA, 1997.

6. "Brain Dead, or Only Mostly Dead**?**  What's the Difference, I'm Just the Anesthesiologist!" American Society of Anesthesiologists Workshop in Practical Bioethics for the Anesthesiologist, Boston, MA, 1997.

7. "PTCA prior to Noncardiac Surgery." World Congress of Cardiovascular Anesthesiologists, Santiago, Chile, 1998.

8. "Ethics Case Discussion: Assessing Cardiac Risks for Patients with Coronary Artery Disease Undergoing Noncardiac Surgery" and "Ethics Case Discussion: Assessing Brain Death" Rush-Presbyterian-St. Luke's Medical Center, Chicago Illinois, Visiting Professorship, 1998

9. "Brain Death:  What Every Anesthesiologist Should Know" Midwest Anesthesia Conference and Peri-Anesthesia Care Symposium, Chicago, Il, 1999.

10. "Ethical Issues in the Operating Room," American Society of Anesthesia Technologists and Technicians, Seattle, WA, 2000.

11. "Ethical Issues in the Operating Room," American Society of Extracorporeal Technologists, Seattle, WA, 2000.

12. "Ethical Boundaries of Persuasion: Coercion and Restraint in Pediatric Anesthesia Practice," Mid-Year SAMBA meeting, New Orleans, LA, 2001.

13. "Ethics: Brain Death and Organ Donation" Rush-Presbyterian-St. Luke's Medical Center and Rush University, Chicago, Illinois Department of Anesthesiology and Undergraduate Medical School; Inaugural Speaker, Katalin Selemczi MD Memorial Lecture Series in 2001

14. "Donation After Cardiac Death—Stretching the Definitions of Death Too Far?"  Invited lecturer; European Society of Anesthesiology, Copenhagen Denmark, May 2008.

15. "Conflicts of Interest: Industry Reps." February 2009; Visiting Professor, University of Oklahoma Department of Anesthesiology. Oklahoma City, OK

16. "DNR in the Patient Undergoing Surgery and Anesthesia." Sept 2009 Primary Care Medicine. Seattle, WA

17. Perioperative Beta Blockers." National Association of Nurse Practitioners. Aug 2010. Seattle, WA

18. Ghosts of OR Cancellations Past and Present." Combined WSSA, BCAA international meeting. Dec 2010 (Elizabeth Wako MD and Gail Van Norman MD speakers)

19. Ethics of Organ Donation After Cardiac Death. Society for Cardiovascular Anesthesiologist. Annual Meeting, April 2011. Savannah, Georgia.

20. Ethics of Organ Donation After Cardiac Death. Dept of Anaesthesiology and Intensive Care, St. Mary's Hospital. London, UK. August 2011.

21. Physician-assisted Suicide and Euthanasia. Brocher Foundation. Hermance, Switzerland, August 2011.

22. Fraud in Publication and Medical Research. Dept of Anaesthesiology and Intensive Care Medicine, University of Geneva. Geneva, Switzerland. Sept 2011.

23. Informed Consent and Informed Refusal in the Operating Room. AORN annual meeting, Seattle, WA Jan. 2012

24. Fraud and Plagiarism in Research. Risk Management Division, MD Anderson Medical Center, Houston TX, April 18, 2012

25. Physician-Assisted Suicide and Euthanasia, Department of Anesthesiology, MD Anderson Medical Center, Houston TX, April 18, 2012

26. Ethics in Anesthesiology. Annual Review Course for Certified Nurse Anesthetists. Orlando Florida, November 2012

27. Invited Lecturer: Ethics of Interventional Pain Management. ASIPP. Phoenix, AZ. Feb 2012

28. Invited Lecturer: Ethics of Interventional Pain Management. ASIPP. San Francisco CA Aug 2012.

29. Invited Lecturer: Ethics of Interventional Pain Management. ASIPP. Phoenix, AZ. July 2013

30. Invited Lecturer: Ethics of Interventional Pain Management. ASIPP. Denver CO; Oct 2013

31. Invited Lecturer; Controversial Cases in Organ Transplantation: clinical forum. American Society of Anesthesiologists Annual Meeting. San Francisco CA. Oct 2013

32. Invited Lecture: Ethics of DCD Organ Donation. St. Mary's Hospital Dept of Anesthesiology and Critical Care, London UK. Dec 2014

33. Invited Lecture: DNR in the OR. London Soc Anesthesiology, UK. Dec 2014

34. International Academy of Law and Mental Health.  Moderator:  Brain Death, Personhood, Body Integrity:  Ethical and Legal Considerations in Vital Organ Transplantation.  Vienna Austria July 2015

35. Invited Lecturer:  Harvard Anesthesia Update Spring 2015.  Pro/Con Debate:  Should Physicians Participate in Lethal Injection.

36. Invited Lecturer:  Ethics of Interventional Pain Management.  ASIPP, Chicao Il. July, 2015

37. Keynote Speaker:  Terminal Sedation in Pediatric Sedation:   Suffering, Palliation and Transcendance (working title).  Conference for Pediatric Sedation Outside of the Operating Room.  Cancun, Mexico  Sept 2015

38. Invited Ethics Lecturer:  Moya Review Course for Nurse Anesthetists.  Orlando Fl, November 2015

39. Invited Participant;  2015 Alumni Meeting of the Scholars of the Brocher Foundation, Geneva Switzerland, June 16-18, 2015.

40. Invited Speaker: 2016 World Congress of Anesthesiologists.  Ethics Section.  Hong Kong, Aug 27-Sept 1, 2016

41. Invited Lecturer; Medical Professionalism.  St. Mary's Hospital Department of Anesthesiology and Critical Care.  London, UK. July 2016

42. 2017 International Academy of Law and Mental Health. Invited panelist, moderator. Ethics of Psychosurgery.  Prague, Czech Republic, July 2017

43. 2017 Mazama Spine Summit, Mazama WA.  Invited Speaker:  What is Professionalism and the Practice of Medicine?  Lessons from the Michael Jackson Case.

44. 2019 International Academy of Law and Mental Health. Invited panelist, moderator. Physician Assisted Suicide in the United States:  Current Status. Rome, Italy.  July 2019.

45. Brocher Foundation Reunion of Scholars, 2019.  Lethal Injection in the United States: personal experience as an expert witness for the prisoner.  Geneva, Switzerland.  June 2019


**Regional Invitational Lectures:**


1. "Treatment of Intraoperative Emergencies:  Wheezing; Inability to Ventilate" CME Lecture, Washington State Society of Anesthesiologists, Seattle, WA, 1991.

2. "Ethical Issues in Anesthesiology," Washington State Society of Anesthesiologists, Moderator and CME Lecturer, Seattle, WA, 1993.

3. Washington State Association of Nurse Anesthetists, Tukwila, Washington "Ethical Issues in Anesthesia  Practice",  1995.

4. Washington State Association of Nurse Anesthetists "Ethical Issues in Anesthesia Practice" Seattle, WA, 1998.

Gail A. Van Norman, MD                23                2141 8th Ave W Seattle, WA 98119

5.   "Management Issues In the Preoperative Clinic." Society for Ambulatory Anesthesia (SAMBA), Seattle, Washington, 1999.

6.   "Physiology of Perioperative Myocardial Blood Flow." Washington State Society of Nurse Anesthetists, Seattle, WA, 1999.

7.   "Ethical Issues in the Operating Room." American Society of Anesthesiology Technologists, Seattle, WA, 2000.

8.   "DNR orders in the Operating Room," Combined Anesthesia and Surgery Grand Rounds, Southwest Washington Medical Center, Vancouver, WA, 2001.

9.   "Medical Ethics: Balancing Patient Advocacy and Managed Care." Western Pension and Benefits Conference, Seattle, WA, 2003.

10.  "Conscious Sedation for Radiological Procedures in the Outpatient," Northwest Hospital Radiology Department, Seattle, WA, 1991.

11.  Instructor, Certified Post Anesthesia Nurse (CPAN) Certification Course, Northwest Hospital, Seattle, WA, 1991.

12.  Conflicts of Interest with Industry.  AORN winter meeting, Kent WA, 2009

13.  "Preoperative Testing."  Wash. State Nurse Anesthetists.  Sept 2009, Spokane, WA

13.  "Implementing Intra-Operative Glucose Control:  What Does it Take?"  Washington State Hospital Association.  April 2014, Seattle, WA

14.  "Who's Doing Your Surgery and Anesthesia?  Ethical Issues in Informed Consent in Medical Direction and Overlapping Surgeries."  Washington Ambulatory Surgery Association 2018 Conference.  November 2018, Seattle WA.

15.  The MAD physician and why he is a constant danger to your patients and your institution. Ethical management of the abusive physician in the operating room.  Washington Ambulatory Surgery Association 2019 Conference.  November 2019, Everett WA.

16.  Would You Like Some Fish with Your Propofol?   Reducing environmental contamination from the Operating Room.  Washington Ambulatory Surgery Association 2020 Conference. October 2020 (now delayed to 2021 due to COVID 19)

## Invited Journal Reviews:

1.   Invited Journal Reviewer, cardiovascular anesthesia, *Anesthesia and Analgesia,* 1998 to present.
2.   Invited Journal Reviewer, medical ethics, *Anesthesiology*, 1998 to present.
3.   Invited Journal Reviewer, medical ethics, *Journal of Obstetrics and Gynecology*, 1998.
4.   Clinical Reviewer, *FirstConsult.* Medical website for primary care physicians, Elsevier publications, London UK. *[www.firstconsult.com]* ,1998 to present.
5.   Invited Journal Reviewer, medical ethics, *Mayo Clinic Proceedings,* 2006-2009.
6.   Invited Journal Reviewer, *Journal of Philosophy, Ethics, and Humanities*, 2007.
7.   Invited Journal Reviewer, *European Journal of Anaesthesiology,* 2013

## Web Authorships

Gail A. Van Norman, MD                    24                    2141 8th Ave W Seattle, WA 98119

1. Update Author, *Anesthesia, 6th Edition,* on-line version.  Ron Miller MD, Editor.  Elsevier
    Scientific Publications, Philadelphia. *[www.anesthesiatext.com]* 2004 to present.

2. Update Author, *Sleisinger and Fordtran's Gastrointestinal and Liver Disease, 7th Edition,* on-
    line version.  Mark Feldman MD, Editor.  Elsevier Scientific Publications, Philadelphia
    *[www.sfgastro.com],* 2003 to 2006.

3. Update Author, *Diseases of the Heart, 6th Edition,* on-line version.  Eugene Braunwald MD,
    Editor.  Elsevier Publications, Philadelphia [*www.branwalds.com],* 2004 to present.

4. Update Author, *Murray and Nadel's Textbook of Respiratory Medicine,* on-line version. Robert
    J. Mason MD, John F. Murray MD, V. Courtney Broaddus MD, and Jay A Nadel MD,
    editors.  Elsevier publications, Philadelphia *[www.respmedtext.com],* 2005-2006.

5. Update Author, *Drugs for the Heart,* on-line version.  Lionel H Opie MD and Bernard J Gersh
    MD, editors.  Elsevier publications, Philadelphia *[www.opiedurgs.com],* 2005 to present.

6. Update Author, *Clinical Gastroenterology and Hepatology,* on-line version, Wilfred M Weinstein
    MD, C J Hawkey MD, J Bosch MD, editors.  Elsevier publications, Philadelphia
    *[www.clingastrotext.com],* 2005-2006

7. Medifile Author for *FirstConsult*,  Medical website for primary care physicians.  Elsevier
    publications, London UK *[www.firstconsult.com],* 1998 to 2006

8.  Medical Writer, *Procedures Consult*, Anesthesia Procedures.  Elsevier publications,
    Philadelphia, PA.  2007-2008

**Miscellaneous:**

Consulting Anesthesiologist, Woodland Park Zoological Society, 1992-2002.
Medical writer Handbook for Stoelting's Anesthesia and Co-Existing Disease, 3rd Edition 2009
Content/formatting editor, Journal of American College of Cardiology 2015-present
Medical Writer, Journal of American College of Cardiology 2016-present

Updated, June 2020

                                                                gvn

# EXHIBIT 2

## SUPPLEMENTAL EXPERT DECLARATION OF
## DR. GAIL A. VAN NORMAN

1.      In supplement to my Declaration dated December 22, 2020 regarding the severity

and duration of damage to the lungs from COVID-19 viral infection, Counsel have requested

further opinion relating specifically to death row prisoner Corey Johnson and the relevance of

certain medical findings obtained following his COVID-19 diagnosis to the execution by lethal

injection scheduled for January 14, 2021.

2.      I respectfully refer the Court to my previous declarations indicating materials that

I have reviewed and referenced.  Counsel have now additionally supplied me with records

("Medical Records") of Corey Johnson, birthdate 11/05/1968.  For further specific identification,

the Medical Records bear the heading "Bureau of Prisons Health Services" and "Reg: 27832-

054," and appear to span the dates March 30, 2020 to December 20, 2020.  In addition, there is a

"Quest diagnostic" blood specimen report for specimen WX753947C, collected 12/18/2020 and

reported on December 20, 2020.

## REVIEW OF THE MEDICAL RECORD

3.      Prior to December 16, 2020, the Medical Records reveal that Mr. Johnson is a 52

year-old African-American male.  The Medical Records reference a COVID-19 RNA test

collected on December 16, 2020 that is **positive**, and indicates at the top of the report that the

patient is "symptomatic."

4.      The Medical Records reflect that between December 17 and December 20, 2020,

Mr. Johnson was without a fever (afebrile), and had a pulse rate that ranged between 80 to 98

(upper limits of normal for his age).  Although Carly Beal, identified as an "RN," indicated that

the prisoner is asymptomatic, this notation occurred one day *after* the phlebotomist who drew the COVID test indicated that Mr. Johnson was already "symptomatic."

5.      On December 18, 2020, the Medical Records indicate that Mr. Johnson had a headache, and that his symptoms have since progressed to include both a headache and dry cough on December 20.  During this time, his pulse oximetry reading declined from 99% on December 18 to 97% on December 20, which is the last reading contained in the Medical Records.

**DISCUSSION**

6.      COVID-19 respiratory infections follow a highly variable course: from asymptomatic (meaning the patient has no cough, fever, loss of smell, or other experiences that indicate infection apart from a positive test) to severe or fatal disease.  The early course of the disease is unreliable in predicting how rapidly or severely the disease will progress; some patients, for example, have an early mild course, apparent recovery, and then rapid progression to respiratory failure and death.  Typically, the disease has an "incubation period" (in which the patient has been exposed to COVID-19 but has no symptoms and may even initially have a negative test) of between five and 14 days.

7.      The World Health Organization ("WHO") reports that people generally develop signs and symptoms[1] an average of five to six days after exposure.[2]  These usually present as a slight dry cough, headache, and/or low-grade fever.  In many patients, symptoms start to worsen at about five days.  Symptoms may include any combination of fever, dry cough, shortness of

---

[1] "Symptoms" refer to what the patient feels—cough, fever, sore throat, etc. whereas "signs" may also include these, but also includes objective findings that the patient would not "feel", such as abnormal sounds when the physician listens to the chest, abnormal test findings, etc.

[2] Coronavirus.  World Health Organization.  Available at:  https://www.who.int/health-topics/coronavirus#tab=tab_3  Accessed Dec 22, 2020

breath or other difficulty breathing, chills, muscle aches, headache, sore throat and loss of taste or smell.  Patients usually experience symptoms for about a week before either getting better, or getting worse.[3]  About 80% of patients end up with "mild" disease, which includes pneumonia.  Almost 14% will progress to severe disease, requiring hospitalization.  About 6% will experience critical illness, including respiratory failure and shock.  The median time to admission to the intensive care unit after onset of symptoms is 12 days and to acute respiratory distress syndrome is about 15 days.  However, there are two peaks for severe illness, at 14 days and again at 22 days.

8.     Based on the medical records, it is an indisputable fact that Mr. Johnson has a symptomatic COVID-19 respiratory infection.  He has a positive COVID-19 test, and typical symptoms and signs of early COVID infection.  What his clinical course will be has yet to be determined, but he has already clinically entered a phase of infection that in virtually all patients results in pulmonary damage.  During the very early phase of his illness (in the first four days), he has shown decrease in blood oxygen saturation and cough—both of which are signs of damage to his respiratory system.  The cough demonstrates inflammation in the airway, while lower readings by pulse oximetry, an indirect method of measuring blood oxygen levels, demonstrate that oxygen exchange at the alveolar-capillary membrane is already abnormal.

9.     While the pulse oximetry readings in Mr. Johnson's case may seem mild (a drop from a stable 99% to 97% over two days), it is important to understand that pulse oximetry is both a late and relatively crude method of examining impairments in oxygen exchange in the lungs.  Normal "oxygen levels" in the blood are determined by a measurement called the arterial

---

[3] Dr. Michelle Gong;  Chief of Critical Care Medicine, Montefiore Medical Center, New York. Interview with Howard Bauchner MD, Editor-in-Chief, JAMA.  JAMANetwork interview, March 23, 2020.  Available at: https://www.youtube.com/watch?v=TH9skp5R9F4  Accessed December 22, 2020

"partial pressure of oxygen" or $PaO_2$ (since oxygen is a gas, it is measured by the pressure of the gas in mmHg, rather than milligrams or milliliters). Normal $PaO_2$ while breathing room air is around 100 mm Hg, but requires a painful arterial blood draw. Arterial oxygen saturation ($SaO_2$) can provide an estimate of $PaO_2$, and can be measured indirectly by pulse oximetry. Clinically, we rely more heavily on pulse oximetry as a crude estimate of lung gas exchange because it is noninvasive and less expensive, and also permits continuous readings.

10.     $SaO_2$ and $PaO_2$ correlate well when $SaO_2$ is between 70% and 90%, but outside of this range the relationship is poor. An $SaO_2$ of 100%, for example, can correspond to a $PaO_2$ of anywhere from 500 to 100 mmHg in a person breathing 100% oxygen—in other words, such a person's oxygen level can fall by 80% and still show 100% $SaO_2$. Even small changes in $SaO_2$ must therefore be interpreted carefully, and trends can be more important than absolute numbers.

11.     A clear change from 99% to 97%, as Mr. Johnson's pulse oximetry results show, is clinically significant and indicates significant changes have occurred in gas exchange in the lungs, particularly in the setting of early COVID-19 infection.

12.     Studies cited in my previous declaration demonstrate that even in the four days *before* onset of symptoms in patients who later develop signs and symptoms, computerized tomography ("CT") scans of asymptomatic patients already show severe changes indicative of ongoing damage to lung tissue in the vast majority of patients. Mr. Johnson's infection, in other words, has already caused significant lung damage, which in turn is already leading to measurably abnormal oxygen exchange. *Even if his pulse oximetry readings had not decreased* at this point in his infection, the studies I previously cited indicate that he is experiencing ongoing damage to the alveolar capillary membrane that will persist for a prolonged period of

time after his symptoms resolve.  Recent studies show that persistent damage in the lungs remains for 90 to 100 days following resolution of symptoms.

**EXPERT OPINION**

13.     Mr. Johnson indisputably has a symptomatic COVID-19 infection in its early phases, and has pulse oximetry evidence of ongoing lung damage.  *Even if his pulse oximetry values had not decreased*, studies clearly demonstrate that even in asymptomatic and mildly symptomatic cases, significant lung damage occurs at this stage of infection in the vast majority of patients, and does not resolve for at least 90 to 100 days after symptoms have completely gone away.  As stated in my previous declaration, COVID-mediated pulmonary damage occurs at the alveolar-capillary membrane, which will then be more sensitive to barbiturate damage, leading to flash pulmonary edema earlier in the injection process, and before a peak brain level of barbiturate is achieved.  This will thus prolong a prisoner's experience and sensations of suffocation and drowning.  Studies demonstrate that in patients like Mr. Johnson, the lungs will have persistent damage at least 90 to 100 days following resolution of symptoms.  I declare that these statements are true to a reasonable degree of medical certainty.

Signed: _Gail Allan Tomman MD_ Dated  12/22/2020

5

# EXHIBIT 3

**DECLARATION OF DR. JOEL ZIVOT**

**PURSUANT TO 28 U.S.C. § 1746**

I, Joel Zivot, being of sound mind and lawful age, hereby state under penalty of perjury as follows:

1.     I am an associate professor and senior member of the Departments of Anesthesiology and Surgery, Emory University School of Medicine, in Atlanta, Georgia. I am the former Medical Director of the Cardiothoracic Intensive Care Unit at Emory University Hospital and the former fellowship director for training in Critical Care Medicine. I hold board certification in Anesthesiology from the Royal College of Physicians and Surgeons of Canada and The American Board of Anesthesiology. I am board certified in Critical Care Medicine from the American Board of Anesthesiology. I am an adjunct professor of law and of the School of Liberal Arts at Emory University.  A copy of my curriculum vitae is attached as Exhibit 1.

2.     I have practiced anesthesiology and critical care medicine for 25 years and in that capacity, I have personally performed or supervised the care of over 47,000 patients.

3.     I hold a medical license from the state of Georgia, and have held unrestricted medical licenses in Ohio, the District of Columbia, Michigan, and the Canadian provinces of Ontario and Manitoba. I hold a license to prescribe narcotics and other controlled substances from the U.S. Drug Enforcement Administration (DEA).

4.     I have been asked by the Federal Community Defender Office for the Eastern District of Pennsylvania to review medical records pertaining to Mr. Dustin Higgs, an inmate at USP Terre Haute who is facing death by lethal injection.

5.     By way of background for components of this document, I reviewed a file containing medical records for Dustin Higgs; the Federal Bureau of Prisons Lethal Injection

1

Protocol and the 2019 Addendum to the federal government's lethal injection protocol; preliminary autopsy findings for Wesley Purkey; and the declarations of Dr. Mark Edgar, Dr. Gail Van Norman, and Dr. Joseph Antognini.

6.     The declaration for Dr. Edgar reviews the autopsy findings and eye witness reports of a list of individuals executed with pentobarbital. I concur with the opinion of Dr. Edgar. In the case of the execution of Marcus Wellons, I can personally corroborate the observed respiratory findings as I was invited by Marcus Wellons to be a witness to his execution. The declaration of Dr. Van Norman describes how pentobarbital injection can result in a state of awareness for a duration of time long enough to experience intense noxious sensation prior to death. As a practicing anesthesiologist, I have often observed deeply anesthetized patients react to noxious stimuli. These events may later not be recalled after the anesthetic effects have abated. In execution, recalled events are clearly moot. All that matters is the experience in the moment.  Dr Antognini dismisses awareness under pentobarbital and claims it does not exist. A search in Pubmed.gov with the term "awareness under anesthesia" reveals 980 separate citations. As a practicing anesthesiologist, Dr. Antognini should be knowledgeable on the subject of anesthesia awareness and his refutation of this well-known concern is highly unusual.

7.     As a practicing anesthesiologist and critical care doctor, I am familiar with the pharmacokinetics and pharmacodynamics of the class of drugs known as barbiturates, including pentobarbital. I have reviewed the unredacted portions of the Federal Bureau of Prisons lethal injection protocol and understand it involves the use of pentobarbital for the purpose of causing death.

8.     The injection of strong chemical bases like pentobarbital directly into the blood stream likely causes severe toxicity to the pulmonary (lung) endothelial cells. The injury manifests

by escape of edema fluid into normally air-filled lungs, resulting in pulmonary edema. When pulmonary edema occurs, the lungs fill with watery fluid. This makes it much more difficult for an individual to breathe. In mild cases of pulmonary edema, a person typically experiences shortness of breath, an increased rate of respiration, and wheezing or coughing. In severe cases, as would be expected with the injection of a large dose of pentobarbital, a person may strain and labor to breathe as the diaphragm works harder to try to push air into the lungs.   Severe pulmonary edema creates the sensation of drowning. Pulmonary edema and congestion are common findings in hospital autopsies where death is usually a gradual process, often as a result of progressive cardiac failure or overwhelming infection, but it is not ordinarily seen in cases of sudden death. (Molina DK, DiMaio VJ. Normal organ weights in men: part II – the brain, lungs, liver, spleen, and kidneys. *Am J Forensic Med Pathol*. 2012, 33(4):368-72.)

9.      I reviewed the preliminary autopsy findings report from forensic pathologist, Dr. Joyce L. deJong from the Medical Examiners and Forensic Services of the Western Michigan University School of Medicine for Wesley Purkey, executed on July 16, 2020 via the Federal Bureau of Prisons lethal injection protocol that utilizes pentobarbital. Notable in this autopsy report was the finding of heavy congestion in both lungs caused by pulmonary edema. The weight of each individual lung was approximately 3 times the weight of a normal lung. Frothy pulmonary edema fluid was also seen in the traches and right and left mainstem bronchi and this choking fluid accumulation could only have occurred while Wesley Purkey was still alive.  It is not noted if Wesley Purkey suffered from COVID-19.

10.      COVID-19 is a highly contagious respiratory illness caused by a novel coronavirus (SARS-CoV-2). As a practicing anesthesiologist and critical care physician, I have cared for many hundreds of critically ill patients suffering from COVID-19, including the very first critically ill

patient at Emory University in Atlanta, Georgia. I consider myself expert in the care of these patients and continually update my knowledge through reviewing the medical literature, participating in continuing medical education seminars through the Centers for Disease Control and Prevention, and participating in ongoing research investigating novel treatment options.

11.     COVID-19 spreads very rapidly. SARS-CoV-2 originated in China and early reports indicate that the number of infected people can double every 6-7 days. (Steven Sanche et al., *High Contagiousness and Rapid Spread of Severe Acute Respiratory Syndrome Coronavirus 2*, 26 Emerging Infectious Diseases 1470, 1470 (2020)). Although medical knowledge about the novel coronavirus is still developing, researchers know that a significant portion of those infected with COVID-19 do not exhibit obvious symptoms.

12.     SARS-CoV-2 spreads via the respiratory route and as such, targets the lungs. The need for hospital admission is almost always as a consequence of severe respiratory distress necessitating the need for supplemental oxygen. In the most severe cases, a need exists for intubation and mechanical ventilation or attachment to a heart-lung support machine that bypasses severely damaged lungs and instead adds oxygen and removes carbon dioxide directly from the blood stream via extra-corporeal membrane oxygenation.

13.     A lack of outward symptoms does not exclude a diagnosis of COVID-19. Lung damage may be present and unnoticed by the infected individual. In a recent study, researchers found that over half of asymptomatic people infected with COVID-19 showed abnormalities on a CT scan of the lungs. (Quan-Xin Long et al., *Clinical and Immunological Assessment of Asymptomatic SARS-CoV-2 Infections*, 26 Nature Medicine 1200, 1201 (2020).)

14.     COVID-19 primarily affects the respiratory system. The illness frequently causes shortness of breath and can cause segmental lung collapse and a buildup of fluid in the lungs.

COVID-19 disease can also lead to long lasting lung damage and permanent lung scars that remain even after the patient has apparently recovered.

15.     The risk of transmission of COVID-19 in correctional settings is particularly high. Shared facilities such as bathrooms and cafeterias, densely packed indoor spaces, and the difficulty of maintaining social distancing facilitates rapid transmission of this airborne illness.

16.     As of August 31, 2020, 12,382 inmates in BOP custody had tested positive for COVID-19 across the country. (COVID-19, *Bureau of Prisons*, https://www.bop.gov/coronavirus/ (last visited Aug. 31, 2020).) BOP houses a total of 127,242 federal inmates. (Population Statistics, *Bureau of Prisons*, https://www.bop.gov/mobile/about/population_statistics.jsp (last visited Aug. 31, 2020).) As of August 31, 2020, there were 57 inmates with confirmed cases of COVID-19 housed at USP Terre Haute, and all visiting has been suspended. What is particularly noteworthy and concerning is that the number of COVID-19 cases at USP Terre Haute almost doubled in the last 6 days.  The true number of inmates infected with COVID-19 cannot be known as the majority of inmates housed at Terre Haute have never been tested for COVID-19. *See* COVID-19, *supra*; see also Population Statistics, *supra*.

17.     Upon review of the medical records for Dustin Higgs, I note he suffers from life-long asthma. Asthma is a respiratory condition characterized by reversible airway swelling. Severe asthma may cause death by respiratory failure, even in the setting of self-treatment. Dustin Higgs requires the use of three times daily inhaled albuterol to manage his asthma under normal conditions. People with underlying respiratory conditions, including asthma, may be more susceptible to severe illness from COVID-19.

18.     In an inmate who has been exposed to COVID-19, injection with pentobarbital is particularly likely to cause extreme suffering. Because COVID-19 can cause lasting lung damage,

a person injected with pentobarbital would experience the feeling of suffocating or drowning even more quickly and acutely than a person who had not been infected with COVID-19. For Mr. Higgs, the sensation of suffocation or drowning would be further exacerbated by his asthma, which produces shortness of breath even without the presence of respiratory illness or barbiturates.

19.     Injecting Mr. Higgs—a person with a serious underlying respiratory condition who has likely been exposed to COVID-19 in BOP custody—with pentobarbital is virtually certain to cause extreme pain and suffering.

20.     I hold the opinions stated in this Declaration to a reasonable degree of medical certainty.  Should additional information become available at a later date, I reserve the opportunity to update or add to the opinions stated herein.

21.     I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. § 1746.

_____

Joel B. Zivot, M.D.

Dated:   August 31, 2020

# EXHIBIT A

**EMORY UNIVERSITY SCHOOL OF MEDICINE**
**CURRICULUM VITAE**

Revised: June 2020

1.   Name and current position:

*Joel B. Zivot, MD, FRCP(C), MA (Bioethics)*
*Director of Medical Humanities, Department of Anesthesiology*
*Emory University School of Medicine*
*Associate Professor of Anesthesiology and Surgery*
*Adjunct Professor of Liberal Arts and the School of Law, Emory University*

*2.*   Office Address:,
*1364 Clifton Road, Atlanta, GA 30322*
*Telephone: (404) 686-4411*

3.   E-mail Address: *Jzivot@emory.edu*

4.   Citizenship:
*American, Canadian*

5.   Current Titles and Affiliations:

a.   Academic Appointments:

1.   Primary Appointments:
*Associate Professor, Department of Anesthesiology*

2.   Joint and Secondary Appointments:
*Associate  Professor, Department of Surgery*

3.   Other academic appointments
*Adjunct Professor, Emory School of Law*
*Adjunct Professor, Emory Institute of Liberal Arts and Interdisciplinary Studies*

b.   Other Administrative Appointments:

*Director of Medical Humanities, Department of Anesthesiology, Emory University School of Medicine*

*Medical Advisor, Southern Center for Human Rights, Atlanta, Georgia*

6.   Previous Academic and Professional Appointments:

*-Fellowship Director, Critical Care Medicine, Department of Anesthesiology, Emory University School of Medicine, Jan 2013-January 2016*
*- Medical Director, 4A/5A, EUH (February 2013 –June 2015)*
*- Medical Director, 11S, EUHM (June 2010-February 2013)*
*- Associate Professor, Department of Anesthesiology, University of Manitoba, Winnipeg, Manitoba,*

*Canada, 2007-2010*
*- Member, Academic Promotions Committee, University of Manitoba, Faculty of Medicine, Winnipeg, Manitoba, Canada, 2009*
*-Member of selection committee, Physician Assistant Program, The University of Manitoba, Winnipeg, Manitoba, Canada, 2008*
*- Member, Accreditation Review Committee-Anesthesiologist Assistants, Commission on Accreditation of Allied Health Education Programs (ARC-AA), 2008*
*- Assistant Professor, Department of Anesthesiology and Critical Care Medicine, George Washington University Hospital, District of Columbia, USA, 2005-2007*
*-Program Medical Director, Master of Science in Anesthesiology, Case Western Reserve University School of Graduate Studies, Cleveland, Ohio, USA, 2000-2005*
*- Assistant Professor of Anesthesia, Surgery, and Intensive Care, University Hospitals of Cleveland, Case Western Reserve University School of Medicine, Cleveland, Ohio, USA, 1998-2005*
*- Director Critical Care Medicine Fellowship, Department of Anesthesiology, University of Michigan Medical Center, Ann Arbor, Michigan, USA, 1996-1998*
*- Assistant Professor, Department of Anesthesiology and Critical Care Medicine, University of Michigan Medical Center, 1995-1998*

7. Previous Administrative and/or Clinical Appointments:

*-Medical Director, Cardio-thoracic ICU, Intensive Care Cardiac Sciences Program, Winnipeg Regional Health Authority, Winnipeg, Manitoba, Canada, 2007-2010*
*-Medical Director, CTICU, George Washington University Hospital, Washington, DC, 2005-2007*
*-Co-Medical Director, Surgical Intensive Care Unit, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio, USA, 2002-2005*
*-Director, Post Anesthesia Care Unit, Department of Anesthesiology, University of Michigan Medical Center, Ann Arbor, MI, 1995-1998*

8. Licensures / Boards:

*-Licentiate, Medical Council of Canada, 1989-present*
*-License, Controlled Substance, Drug Enforcement Agency, 1995-present*
*-License, Michigan State Medical Board, 1995-2000*
*-License, Ohio State Medical Board, 1998-2012*
*-Fellow, American College of Chest Physicians, 2000-2010*
*-License, District of Columbia Medical Board, 2005-2011*
*-License, College of Physicians and Surgeons of Manitoba, 2007-2011*
*-License, Georgia Composite Medical Board, 2010-present*

9. Specialty Boards:

*-Fellow, Royal College of Physicians of Canada, 1993-present*
*-Diplomat, Anesthesiology, American Board of Anesthesiology, 1995-present*
*-Diplomat, Critical Care Medicine, American Board of Anesthesiology, 1995-present*
*-Fellow, American College of Chest Physicians, 2000-2010*
*-Testamur in basic peri-operative trans-esophageal echocardiography, National Board of Echocardiography, 2010-present*

10. Education:

*-University of Manitoba, Winnipeg, Manitoba, Canada, 1980-1983*
*-University of Toronto, Toronto, Ontario, Canada, 1984*
*-Doctor of Medicine, University of Manitoba, Winnipeg, Manitoba, Canada, 1988*

11. Postgraduate Training:

*-Rotating Internship, Mount Sinai Hospital, University of Toronto, Department of Post Graduate Medical Education, Toronto, Canada, 1988-1989*
*-Residency, Anesthesiology, University of Toronto, Department of Anesthesiology, Dr. David McKnight, Toronto, Canada, 1989-1993*
*-Residency, Anesthesiology, Cleveland Clinic Foundation, Department of Anesthesiology, Dr. Armin Schubert, Cleveland, Ohio, United States, 1993-1994*
*-Fellowship, Critical Care Medicine, Cleveland Clinic Foundation, Department of Anesthesiology, Dr. Marc Popovich, Cleveland, Ohio, United States, 1994-1995*
*-Masters of Arts in Bioethics, Emory Center for Ethics, Dr. Toby Schonfeld, program director, 2012-2017*
*-Emory Public Scholars Institute, Fall 2018*
*-Emory School of Law, Jurist Master's Program candidate. Expected graduation Fall 2022*

12. Committee Memberships:

   a. National and International:

      *-American Society of Anesthesiology, Committee on Ethics, 2011-present*
      *-American Society of Anesthesiology, Care Team Committee, 2007-2009*
      *-Society of Critical Care Medicine, Committee on Ethics, 2011-present*
      *-Society of Critical Care Medicine, Patient and Family Satisfaction Committee, 2013-present*
      *-Society of Cardiovascular Anesthesiology, Committee on Ethics, 2012-2013*
      *-Society of Critical Care Anesthesiologists, Graduate Education Committee 2013-present*

   b. Regional and State:

      *-President, Cleveland Society of Anesthesiology, 2001-2002*
      *-President Elect, DC Society of Anesthesiology, 2006-2007*

   c. Institutional:

      *-EUHM Committee on Ethics, 2011-present*
      *-EUHM Pharmacy and Therapeutics Committee 2011-present*
      *-EUHM Executive Critical Care Committee 2010-2015*
      *-EUHM CAUTI and CLABSI prevention committee 2010-2015*
      *-EUH Executive Pharmacy Committee 2012-present*
      *-EUH Antibiotic Utilization Subcommittee 2012-present*
      *-EUH Resuscitation Committee 2013-2016*
      *-EUH Difficult Airway ad-hoc group 2013-2014*
      *-EUH Executive Critical Care Committee 2013-2015*
      *-Department of Anesthesiology Residency Review Committee2013-present*
      *-EUH/EUHM CTS Quality Committee, 2012-2015*

13. Peer Review Activities:

      a. Manuscripts:

      *-Canadian Journal of Anesthesiology, (manuscript reviewer), 2013-*

      *-Critical Care Medicine, (manuscript reviewer), 2014-*

      *-Mayo Clinic Proceedings, (manuscript reviewer), 2015-*

      b. Grant reviewer

*- Reviewed grant applications for The Emory Georgia Tech Healthcare Innovation Program (HIP), (HIP-ACTSI-GSU) Seed grant 2016, 2017, 2018*

    c.   Conference Abstracts:

        i.   National and International:

           *-American Society of Anesthesiology, 2012*
           *Abstract Review Committee and poster session moderator*

        ii.   Regional:

           *-Midwestern Anesthesia Resident Conference, 2001-2003*
           *Abstract reviewer*

    d.   American Society of Anesthesiology Committee on Ethics Syllabus

        i.   CME questions; "Ethics of Drug Shortages"

14.  Consultant positions:

    *-Merck Pharmaceuticals, physician advisory board, 2005-2007*
    *-Consultant for Wireless EKG Monitor, 2004-2005*
    *-Masimo Corporation, product design and physician advisory board, 2013-present*
    *-Doximity, physician advisory committee, 2014-present*

*15.*  *Honors and Awards:*
    *-Robert B. Sweet Clinical Instructor of the Year, University of Michigan, Department of Anesthesiology, 1997*

    *-Outstanding Clinical Instructor of the Year, Case Western Reserve University, Master of Science in Anesthesiology Program, 1999*

    *-Clinical Instructor of the Year, University Hospitals of Cleveland, Department of Anesthesiology, 2000*

    *-Outstanding Clinical Instructor of the Year, Case Western Reserve University, Master of Science in Anesthesiology Program, 2001*

    *-Meritorious Service Award, American Academy of Anesthesiologist Assistants, 2003*

        *This award was given to me for academic work as the medical director of the Masters in Science of Anesthesiology at Case Western Reserve University and also advocacy for scope of practice, and committee work to improve the relationship between the American Society of Anesthesiology and American Academy of Anesthesiologist Assistants.*

    *-Quality and Patient Safety Award, University Health Systems Consortium, 2002*

        *This award was given by University Health System Consortium for various quality benchmark projects when I was the co-medical director of the Cardio-thoracic Intensive Care Unit at University Hospitals of Cleveland.*

-Distinguished service by a Physician Award, American Academy of Anesthesiologist Assistants, 2005

> This award was given to me for work with the American Academy of Anesthesiology Assistants annual meetings where I served as a speaker on multiple locations and also developed and hosted an annual Jeopardy game competition between all of the Masters of Science in Anesthesiology schools around the country.

-District of Columbia Annual Patient Safety Award, District of Columbia Department of Health, 2006

> This award was given by the District of Columbia Department of Health for quality improvement work done when I was the medical director of the cardio-thoracic intensive care unit at George Washington University Hospital. I developed several collaborative quality projects between cardio-thoracic surgery and critical care medicine.

-Presidential Citation, Society of Critical Care Medicine, 2013

> This award was given to me for work done within the Society of Critical Care Medicine that included writing a book chapter, service on 2 society committees, and moderating an on-line debate about the topic of end of life decisions in patients with implanted mechanical cardiac support devices.

-Excellence in Patient and Family Centered Care, Emory Center for Critical Care, 2018

16. Society Memberships:

-American Academy of Anesthesiologist Assistant, 2005-present
-American College of Chest Physicians, 2000-2007
-American Medical Association, 1995-2000
-American Medical Association (reactivated), 2010-present
-Society of Critical Care Anesthesiologists, 1995-present
-American Society of Anesthesiologists, 1993-present
-Canadian Anesthesiologist Society, 2007-present
-District of Columbia Society of Anesthesiologists, 2006-2007
-International Anesthesia Research Society, 1996-2000
-International Extra-Corporeal Life Support Organization, 1997-2005
-Ohio Society of Anesthesiologists, 1993-2005
-Society of Critical Care Medicine, 1995-present
-Manitoba Medical Society, 2007-2010
-Canadian Medical Association, 2008-2012
-Georgia Society of Anesthesiologists, 2010-present
-Society of Cardiovascular Anesthesiologists, 2010-present
-Society of Academic Anesthesiology Associations, 2013-present
-Medical Association of Georgia, 2016-

17. Organization of National or International Conferences:

"On the Ethics of Drug Shortages" June 2012, Jointly with the American Society of Anesthesiology and the Emory Center for Ethics

a. Administrative Positions: Director, Meeting Planning Committee

b. Sessions as chair: Overall conference chair

18. *Research Focus:*

*Medicine, moral theory, rhetoric, semantics, end of life, physicians and vulnerable populations. Physician participation in lethal injection. Ethogram to study conflict in the operating room. Human factors in critical care decision-making and biological variability. Developed economic model explaining the national generic drug shortages. Studied Propofol wastage in the operating room.*

*Ongoing Research Projects:*

**"Do Tibetan Monks get depressed?"**

This project is an IRB approved study involving the administration of the PHQ-9, a validate depression screening tool, translated into the Tibetan language and administered to a cohort of 400 monks and nuns to screen for depression symptoms. This project was conducted jointly with Professor Jennifer Mascaro in the Emory School of Public Health and Professor Arri Eisen in the Emory Department of Biology.

**"Autopsy Findings in Prisoners executed by Lethal Injection"**

This project is a review of autopsies performed on 43 prisoners after death by Lethal Injection in order to determine the histologic effects on organ systems as a consequence of exposure to extremely high doses of barbiturates, benzodiazepines and Potassium Chloride. This is a joint project with Dr. Mark Edgar, Department of Pathology, Emory University School of Medicine.

*19.* Grant Support:

    a.  Previous Support:

        1.  Other: *Team Based Science (TBS) grant from the Department of Anesthesiology for Evaluation of conflict in the operating room, $20,000.00*
        2.  *The Emory Georgia Tech Healthcare Innovation Program (HIP), (HIP-ACTSI-GSU) Seed grant, $25,000.00, for "Managing Conflict and Error in the Operating Room". Awarded July 2014.*
        3.  *$20,000.00 from the American Society of Anesthesiology to plan the meeting "On the Ethics of Drug Shortages". June 2012*

20. Clinical Service Contributions

    -Medical director of 11S ICU (EUHM) and 4A/5A ICU (EUH),

    *I created and chaired a joint protocol development group with Critical Care Medicine, Surgery, Nursing, and Respiratory Therapy with the purpose of improving quality metrics in critical care medicine. This group accomplished several things including a blood conservation strategy for post-operative cardiac surgery patients, intra-aortic balloon pump removal, DVT and GI prophylaxis and the beginning of an atrial fibrillation management protocol. I also wrote and helped implement a rapid extubation protocol for EUH and EUHM cardiac surgery patients.*

    -Hospital Committee involvement

    *I was involved in several Emory committees that addressed a broad range of issues, (see 12 c)*

    -GME involvement, Fellowship Director, Critical Care Medicine, Department of Anesthesiology

    *I served as the fellowship director for critical care medicine in the Department of Anesthesiology. I developed the first joint Anesthesiology-Emergency Medicine critical care medicine fellowship at Emory and I am expanding the number of fellows who will also be trained to assist in providing*

*overnight coverage for airway management at EUH. Overnight airway coverage has been a project of the EUH emergency airway committee on which I am a member. My conflict project was embraced by Emory Healthcare Office of Quality and they contributed to the funding and management of the project on an ongoing basis.*

21.  Community Outreach:

Community Service

    International:
        *-St. Petersburg, Russia, 2002, 2004*
        *Home visits to community members who were unable to travel to see a physician*
        *-The Global Surgical and Medical Support Group, (GSMSG) 2018-*

    Regional:
        *-Hurricane Katrina Medical Response Team, 2005*
        *-Emory 500 Atlanta Motor Speedway Health Tent Volunteer, 2010*

Media

***Op-Ed****:*

*-"Baby's status as human is on trial" Op-Ed, Feb. 19, 2010, Winnipeg Free Press*

*-"Why I am for a moratorium on lethal injections" Op-Ed, Dec 15, 2013, USA Today*

*-"The Slippery Slope from Medicine to Lethal Injection" Op-Ed, May 2, 2014 TIME*

*-"The White Coat: A Veil for State Killing", MedPage Today August 2014*

*-"Executions put physicians in unfair dilemma" January 2017, CNN*

*-"Gorsuch grapples with death: a physician's viewpoint" February 2017, CNN*

*-"Neil Gorsuch and Assisted Suicide" February 2017, MedPage Today*

*-"Don't thank me, it's my job" May 2018, MedPage Today*

*-"Inmates as test subjects: can clinical trials in prisons ever be ethical?" Medpage Today, September 2018"*

*-"Lethal injection: Burning as they die" MedPage Today, December 2018*

*-"Lethal injections are medicine not poison" Houston Chronicle, December 2018*

*-"In Defense of Telling Patients They're Dying via Robot" Slate, March 2019*

*-"What Kim Kardashian Can Teach Us About Drug Pricing" MedPage Today, March 2019*

*-"Patients love a miracle, but doctors can't be afraid to deliver bad news (even via robot)" USA Today, March 2019*

*-"Buddhist Wisdom and Human Poop" MedPage Today, March 2019*

*-"What if Airlines Worked Like Healthcare?" MedPage Today, April 2019*

-*"Abortion: No Middle Ground on Fetal Heartbeat" MedPage Today, May 2019*

-*"Kobe Bryant's Death: What Were the Chances?" MedPage Today. Jan 30, 2020*

-*"Could U.S. ICUs Handle 45,000-Bed Corona Virus Load?" MedPage Today, February 12, 2020*

-*"Doctors Volunteer for Covid-19 Duty: Who has Their Backs?" Medpage Today, March 3, 2020*

-*"Rationing Ventilators by Age Is Wrong" MedPage Today, April 8, 2020*

***Interviews:***

*Anesthesiology News,2002*
        *-Anesthesiologist Assistants*

*The Medical Post, 2009*
        *-Waiting for Cardiac Surgery*

*The Health Report, CJOB 68 AM, Winnipeg, Canada, 2010*
        *-Cardiac Critical Care*
        *-End of Life in the ICU*
        *-VIP syndrome*

*Inside the Black Box, WREK 91.1 FM, Atlanta, Georgia, 2011*
        *-Biting the Bullet: The Technology of Anesthesia*

*National Public Radio WABE 90.1 FM Atlanta, Georgia, 2011*
        *-Physicians and the death penalty*
        *-Drug shortages*

*Georgia Public Broadcasting, Atlanta GA, 2012*
        *-Drug shortages reaching critical levels*

*MedPage Today, 2013*
        *-No Advantage for Fresh Blood in ICU Transfusions*
        *-Meningitis Outbreak: Suspicion needed for nausea complaints*
        *-Drug Shortages spark use of compounders*

*Medscape Medical News, 2013*
        *-GPOs to Blame for Drug Shortages, Says Physicians Group*

*MedPage Today, 2014*
        *-Cruel and Unusual Punishment*
        *-Lethal Injection: a cruel, painful, terrifying execution*

*Miami Herald, 2014*
        **-**Doctor speaks out on use of untested drugs in capital punishment*

*The New York Times, 2014*
        *-Timeline describes frantic scene at Oklahoma execution*

*The Washington Post, 2014*
        *-Florida's Gruesome Execution Theater*
        *-Another execution gone awry. Now what?*

*CNN with Sanjay Gupta, 2014*
        *-Dr. Zivot: Lethal injection not humane*

*Amicus on Slate with Dahlia Lithwick, 2015*
        *-Botched protocols*

*Huffington Post, 2015*
        *-Oklahoma wants to reinstate the gas chamber and experts say it's a bad idea*

*Time, 2015*
        *-The harsh reality of execution by firing squad*

*BBC World News, 2017*
        *-Lethal injection in Arkansas*

*BBC Radio Science Unit 2017*
        *-Pain in execution by lethal injection*

*CNBC, 2017*
        *-Silicon Valley is trumpeting A.I. as the cure for the medical industry, but doctors are skeptical*

*AXIOS, 2017*
        *- The Human Diagnosis Project: a skeptical look at new AI initiatives,*

*Washington Post, 2017*
        *-States to try new ways to execute prisoners*

*BBC Three, 2018*
        *-   Life and Death Row: How the Lethal Injection Kills*

*Mother Jones, 2018*
        *-   Veterinarians Won't use This Gas to Kill Animals but 3 states want to use it on prisoners*

*Eye for Pharma, 2018*
        *-   Artificial Intelligence: The Counter-Argument*

*National Public Radio, 2018*
        *-   All Things Considered, Lethal Injection*

*Newsweek, 2018*
        *Nebraska's first lethal injection execution will use new cocktail of drug, including fentanyl*

*Good Law/ Bad Law Podcast, October 2018*
        *Is Lethal Injection Fatally Flawed on Moral and Constitutional Grounds?*

*Anamnesis: Medical Storytellers from MedPage Today, Podcast July 24, 2019*
        *Higher Power: All I could do*

*New York Times, February 19, 2020*
        *"Why This Inmate Chose the Electric Chair Over Lethal Injection"*

22.  Formal Teaching:

a. Medical Student Teaching:
    i. *Discovery Project: "Propofol wastage in the ICU" Medical student Mina Tran, 2012-2013, contact hours 4 hrs/week*
    ii. *Serve as teacher and mentor for medical students in anesthesiology and critical care medicine. 2010-present, contact hours: 3 hrs/week*
    iii. *Instructor for Fundamental Critical Care Support (FCCS) training course for medical students, 2012-present, contact hours: 1 hr/week*
    iv. *Forge Medical Student Innovation Group, Mentor, contact hours: 0.5 hrs/week*

b. Undergraduate/Graduate Programs:

  1. Training Programs:
    *Instructor in the Masters of Science in Anesthesiology program. I developed the first critical care medicine rotation for all of the students and also a series of didactic lectures on the topic of critical care medicine the included "Critical Care Medicine", "Heart Failure", and "Acid-Base Disorders"*

  2. Emory School of Law:
    *Co-chief instructor of **LAW 819-002, "Law, Medicine and Human Rights",** a 2 credit hour seminar taught in the fall 2016 semester in the Emory School of Law*

  3. Emory Institute of Liberal Arts: School of Interdisciplinary Studies:
    *Chief Instructor, **IDS 385-5, "When medicine and the state collide: bioethics and the due process of cruelty"** Emory University, Institute of Liberal Arts, 3.0 credit hours, Fall, 2017*

    *Chief Instructor, **IDS-385-4 "The Science, Medicine, and Ethics of Killing"** Emory University, Institute of Liberal Arts, 3.0 Credit hours, Spring 2018*

    *Chief Instructor, **IDS-385-4 "Medicine, the Law and the Ethics of Punishment and Killing"** Emory University, Institute of Liberal Arts, 3.0 Credit hours, Fall 2018*

    *Chief Instructor, **IDS-385 "Medicine, the Law and Bioethics"** Emory University, Institute of Liberal Arts, 3.0 Credit hours Spring 2019*

    *Co-Instructor, **IDS-290 "Medicine, Literature, Law, Crime, Punishment, Death"** Emory University, Institute of Liberal Arts, 1.0 Credit Hour, Spring 2019*

    *Chief Instructor, **IDS-385 "Medicine, the Law and Bioethics"** Emory University, Institute of Liber Arts, 3.0 Credit Hours, Fall 2019*

  4. Emory Center of Bioethics
    *Chief Instructor, **Bioethics 506-1(5935) "Independent Study in Bioethics: Public Scholarship",** 3.0 Credit Hours, Fall 2019*

  5. Emory Scholars Program
    ***Emory Scholars Retreat,** Hilton Head, South Carolina, January 2019 **"Lethal Injection and Capital Punishment"***

  6. Emory University **Ethically Engaged Leaders Program** (EEGL)
    *Mentor for undergraduate student, Shreeja Patel, 2019*

  7. Emory Neuroscience and Behavioral Biology Program

*Supervising Faculty **NBB Honors 495A, Samuel John, "Needle Exchange Programs and their Role in Alleviating the Opioid Crisis and Addiction"** 4.0 Credit hours, Spring 2019-Spring 2020*

8. Residency Programs:
   *Served as instructor for residents in anesthesiology, emergency medicine, and surgery in the area of critical care medicine. I also sit on the residency review committee for the Department of Anesthesiology. Lecture topics "Septic shock", "Thyroid disease in critical care", "Mechanical heart support", "Pulmonary artery catheters" "Heuristics and biases in clinical reasoning", "delirium and agitation in critical illness", "biological variability".*

c. Other Categories
   *I give regular lectures on a variety of critical care topics for respiratory therapy including "capnography" and "paralytics". I lecture students in the Emory critical care NP/PA program and also regular critical care lectures to the NP/PA practitioners in critical care. I teach those students how to read chest X-rays. I am invited to lecture in the Emory School of Law on the topic "Physician Assisted Suicide".*

   ***Emory Tibet Science Initiative:***

   *I taught biology to Buddhist monks at Drepung Loseling Monastery in Southern India in June 2015, June 2017, June 2018 and June 2019. This initiative is a result of an invitation from His Holiness, The Dalai Lama, to bring science education to the curriculum of the monks and represents the first time in 700 years that the curriculum has changed. I spent 2 weeks at the monastery on each occasion teaching for 6 hours per day including microscopy lab teaching. I worked with a series of translators.*

   **Emory-Addis Ababa Education Innovation Community of Practice Program:**

   *Instructor: Distance Learning, September 2019*

23. Supervisory Teaching:

   a. Residency Program:
   *Fellowship director, Critical Care Medicine, Department of Anesthesiology 2013-present. I am chiefly responsible for the education and training of the critical care fellows in the Department of Anesthesiology. In addition to a multitude of critical care topics, I assist the fellows in abstract writing for a national critical care meeting, grand rounds for the Department of Anesthesiology and a quality improvement project for Graduate Medical Education Day that occurs annually in June.*

   b. Other:
   *I completed a summer internship at the Southern Center for Human Rights and also teach law students on the topic of lethal injection.*

24. Lectureships, Seminar Invitations, and Visiting Professorships:

*"The Case of Samuel Golubchuk: Lessons about end-of-life decision-making?"*
*A debate between Doctors Joel Zivot and Adrian Fine*
*Wednesday, 18 March, 2009, 12h30-13h30. The Centre for Professional and Applied Ethics, The University of Manitoba, Winnipeg, Manitoba*

*"Cardiac output after the Pulmonary Artery Catheter" American Academy of Anesthesiologist Assistants Annual Meeting. Clearwater, Florida, April 2009*

*"End of Life in the ICU"*, Canadian Hospice Palliative Care Conference Annual Meeting, Winnipeg, Manitoba, Canada. October 2009

*"Reductions in wait times for cardiac surgery may be harmful"*, poster presentation, Canadian Cardiovascular Society Annual Meeting, Edmonton, Alberta, Canada, October 2009

*"Biological Variability"* American Society of Anesthesiology, 2009-(I formed a panel to discuss biological variability. My panel consisted of an anesthesiologist, a mathematician, and a physicist.)

*"End of life in the ICU: When the patient and doctor disagree…"* Province wide health care ethics grand rounds, St. Boniface Research Centre, Winnipeg, Manitoba, Canada. January 2010

*"Mostly dead is slightly alive, the problem with the dying process"* Center for Ethics, Emory University, 2011.

*"Anesthesiology Jeopardy!"* American Academy of Anesthesiologist Assistants Annual Meeting, 2006, 2007, 2008, 2009, 2010, 2011

*"Queuing Theory: Applications for Anesthesiology"* American Academy of Anesthesiologist Assistants Annual Meeting, Destin, Florida, 2011

*"Cardiac Anesthesia: Mostly we have it wrong"* American Academy of Anesthesiologist Assistants Annual Meeting, Destin, Florida, 2011

*"End of life in the ICU: When the patient and doctor disagree"* American Academy of Anesthesiologist Assistants Annual Meeting, Destin, Florida, 2011

*"Sedating the difficult patient"* 5th Annual Southeastern Critical Care Summit. Emory University, Atlanta, GA, March 2012

*"End of Life Care"* IMPACT 2012 American Academy of Physician Assistants Annual Meeting, Toronto, Canada, June 2012

*"Biosimilars, where do we stand?"* Georgia Bio and the Georgia Association of Healthcare Executives. September 2012, Atlanta, Georgia

*"Drug Shortages"* Visiting Professor, Rutgers Business School, Newark, New Jersey, November 2012.

*"Deactivating a permanent cardiac device is not physician assisted death"*, Pro-con debate Webinar, Society of Critical Care Medicine, November 2012.

*"Drug shortages: The invisible hand of the Market"* New Horizons in Anesthesiology, Vail, Colorado, February 2013

*"Hey Anesthesia is a compliment, not an insult: the case for protocols"* New Horizons in Anesthesiology, Vail, Colorado, February 2013

*"Pro/Con: Death Panels in End of Life Care"* New Horizons in Anesthesiology, Vail, Colorado, February 2013

*"Hockey Violence and Killer Apes: Conflict Management in the Operating Room"* New Horizons in Anesthesiology, Vail, Colorado, February 2013

*"Drug Shortages, a failed market"* American Society of Anesthesiology Legislative Conference Annual Meeting, April 2013, Washington, DC

*"Lethal injection in the death penalty"*, Georgia Law Society and the Southern Center for Human Rights, Atlanta, Georgia, July 2014

*"Identifying and managing futile care in the ICU"*, 10th Annual South Easter Critical care Summit, May 2016, Atlanta, Georgia

*"Capital Punishment and Lethal Injection"*, Georgia State School of Law, Atlanta, Georgia, September 2016

*"The Ethics of Drug Pricing"*, GEM annual meeting, Georgia Society of Ophthalmology, January 2017

*"Medical Assistance in Dying: Not as Easy as it Looks" Institute of Liberal Arts and Interdisciplinary Studies, Emory University, October 2017*

*"Medical Assistance in Dying: Not as easy as it looks" TEDx Emory, February 2018*

*"Emotive Arts Series Panel Discussion: The Opioid Epidemic" Carlos Museum, Emory University, February 2018*

*"Fast Track Cardiac ICU in Canada" 37th annual APACVS meeting, Miami, Florida, April 2018*

*"On the Ethics of Drug Pricing" Grand Rounds, Department of Anesthesiology, Case Western Reserve University, May 2018*

*"Building Transdisciplinary Capacity for Tibetan Medical Research: Methods, Translation and Efficacy Evaluation" Translation needs for Tibetan Medical Research, Emory University, School of Medicine and School of Anthropology, October 2018*

*"Medicine, AI, and the Human Touch" Contemporary Challenges of AI in Healthcare: Verification, Big Data, and Investment. Emory Center for Ethics, Emory University, December 2018*

*25th Annual Conference of the Healthcare Ethics Consortium: Panelist, Emory Conference Center, Atlanta, Georgia, March 2019, "remote technologies, telemedicine, artificial intelligence & keeping care for the patient".*

25. Invitations to National or International Conferences:

> *University of Richmond Law Review, Allen Chair Symposium, 2014,*
> *"The Death Penalty in the United States".*

> *Yale Law School, March 2015*
> *"Lethal injection"*

> *The Fordham Law Review, Fordham Law School, February 2016*
> *"Criminal Behavior and the Brain: When Law and Neuroscience Collide"*

> *American College of Correctional Physicians*
> *Fall Educational Conference*
> *October 2016*
> *Las Vegas, Nevada*
> *"Physician participation in executions: A discussion of the Ethical Challenges and the Pros and Cons, a pro-con debate between Dr. Carlo Muso and Dr. Joel Zivot*

> *"Prescribing Price: The Ethics, Science, and Business of Drug Development and Pricing"*
> *Panelist*
> *Emory Conference Center, November 2016*
> *Atlanta, Georgia*
> *Emory Center for Ethics*

> *"The First International Emory Tibet Symposium: Bridging Buddhism & Science*
> *December 2016*
> *Drepung Loseling Monastery*
> *Karnataka State, India"*
> *Panelist:  What is life and what are its origins?*

26. Bibliography:

a.   Published and Accepted Research Articles (clinical, basic science, other) in Refereed Journals

Perera ER, Vidic DM, **Zivot J**. "Carinal resection with two high frequency jet ventilation delivery systems". Canadian Journal of Anesthesia. Jan 1993: 40(1):59-63. PMID: 8425245

**Zivot JB**, Hoffman WD. "Pathological effects of endotoxin". New Horizons. May 1995; 3(2):267-75. PMID:7583168

Popovich MJ, Lockrem JD, **Zivot JB**. "Nasal bridle revisited: an improvement in the technique to prevent unintentional removal of small-bore naso-enteric feeding tubes". Critical Care Medicine. March 1996; 24(3):429-31. PMID: 8625630

Kumar K, Zarychanski R, Bell DD, Manji R, **Zivot J**, Menkis AH, Arora RC; Cardiovascular Health Research in Manitoba Investigator Group. "Impact of 24-hour in-house intensivist on a dedicated cardiac surgery intensive care unit". Ann Thorac Surg. 2009 Oct;88(4):1153-61.doi: 10.1016/j.athoracsur. 2009.04.070

**Zivot JB**. "The Case of Samuel Golubchuk", AJOB Volume 10, Issue 3 March 2010, pages 56 – 57 doi: 10.1080/15265160903681890.

AbdulRazaq A. H. Sokoro, PhD., **Joel B. Zivot**, , MD, FRCPC, Robert E. Ariano, PharmD, FCCM "Neuroleptic malignant syndrome versus Serotonin syndrome: the search for a diagnostic tool?" Ann Pharmacother. 2011 Sep;45(9):e50.doi: 10.1345/aph. 1P787. Epub 2011 Aug 30.

When patient and doctor disagree. **Zivot JB**, CMAJ 2012,Jan 10;184(1):76-6. doi: 10.1503/cmaj. 112-2008

**Zivot JB**, "Anesthesia does not reduce suffering at the end of life", Crit Care Med. 2012 Jul; 40(7):2268-9. doi: 10.1097/CCM.0b013e31824fc12b.

**Zivot JB,** "The absence of cruelty is not the presence of humanness: physicians and the death penalty in the United States". Philos Ethics Humanit Med. 2012 Dec 3;7(1):13. doi: 10.1186/1747-5341-7-13.

Mazzeffi, M, **Zivot J**, Buchman T, Halkos M, "In hospital mortality after cardiac surgery: patient characteristics, timing, and association with postoperative length of intensive care unit and hospital stay". Ann Thorac Surg. 2014 Apr;97(4):1220-5. doi: 10.1010/j.athoracsur.2013. 10.040. Epub 2013 Dec 21.

**Zivot JB**, "The withdrawal of treatment is still treatment". Can J Anesth 2014; Oct;61(10):895-8

**Zivot J**, "Lethal injection: the states medicalize execution" 49 U. Rich. L. Rev. 711 (2015)

**Zivot J**, "Elder care in the ICU: Spin bravely?" Crit Care Med 2015 July;43(7):1526-7\

Jones LK, Jennings BM, Goetz RM, Haythorn KW, **Zivot JB**, de Waal FB "An Ethogram to Quantify Operating Room Behavior" Ann Behav Med. 2016 Jan 26. [Epub ahead of print]

**Zivot J**, Arenson K, "Lessons learned from physician participation in lethal injection: Is Carter v. Canada a death knell for medical self-regulation?" Can J Anaesth 2016 March;63(3):246-251

**Zivot JB**, "Elderly patients in the ICU: Worth it, or not?" Crit Care Med 2016 April;44(4):842-3

Moll V, Ward CT, **Zivot JB**, "Antipsychotic-Induced Neuroleptic Malignant Syndrome after Cardiac Surgery" AA Case Rep. 2016 July 1; 7 (1); 5-8

**Zivot J**, "Too Sick to be Executed: Shocking Punishment and the Brain" November 2016 Vol 85, pp 697-703, Fordham Law Review

*Zivot J*, *"Useful ethics committees: no mandate required" Crit Care Med. 2020 Jun;48(6):928-929. doi: 10.1097/CCM.0000000000004357.*

*Zivot J*, *"Coronavirus Disease 2019 Triage Teams: Death by Numbers" Crit Care Med 2020 May 15. doi: 10.1097/CCM.0000000000004435. Online ahead of print.*

b.   Examination Activities:

> *Committee Member, 2005, National Anesthesiologist Assistant Certification Examination Development Committee*

> *Question writer, 2005, Critical Care Medicine, National Board of Medical Examiners*

> *Question reviewer, 2015, American Board of Anesthesiology-Maintenance of Certification in Anesthesiology (MOCA), Critical Care Medicine*

c.   Book Chapters:

> *Bojan Paunovic MD, FRCPC[1], Rizwan Manji MD, PhD, FRCSC[2], Rakesh Arora MD, PhD, FRCSC[2], Johan Strumpher MD, FRCPC[3], Rohit Singhal MD, FRCSC[2], **Joel Zivot MD, FRCPC[4]**, and Eric Jacobsohn MBChB, MHPE, FRCPC[5] "Diagnosis and Management of Sepsis and Septic Shock in the Cardiac Surgical Patient". Society of Cardiovascular Anesthesiology Monograph, March 2010*

> ***Zivot, JB**, "What Are Advance Directives?" Critical Care Ethics: A Practice Guide, Third Ed. Copyright 2014 Society of Critical Care Medicine.*

d.   Other Publications:

> ***Zivot J**, Hoffman W, Lockrem J, Esfandiari S, Bedocs N, Vignali C, Popovich M. "Changes in gastric intramucosal pH are not predicted by therapeutic changes in conventional hemodynamic variables for septic surgical patients". Critical Care Medicine. 23(1) Supplement A:107, Jan 1995*

> *Webster J, Thomson V, **Zivot J**. "Excessive endotracheal tube cuff pressures are common but are not clinically significant". Anesthesiology 87(3 Suppl) A984, 1997*

> *Bloch, MG, **Zivot JB**. "Successful transplantation of liver and kidney allografts from a donor maintained on veno-arterial extracorporeal membrane oxygenation". Anesthesia and Analgesia, 94(25 Supplement) S104, Feb 2002*

> ***Zivot J**, Polemenakas A, Aggarwall S, Rowbottom J. "Differential lung capnography after single lung transplant". Critical Care Medicine 30(12) Supplement: A90 December 2002*

> *Voltz D, **Zivot J**, "Changes in the Bispectral Index during Deep Hypothermic Circulatory Arrest." Society of Critical Care Medicine Annual Meeting, San Francisco, California, January 2003*

> *Ravas R, **Zivot J**, "Blood conservation; Designing a better blood bag", Department of Anesthesiology, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio, Midwestern Anesthesia Resident Conference (MARC), Chicago, Illinois, March 2003*

> *Hacker L, **Zivot J** "Local anesthetic spread for skin infiltration", Department of Anesthesiology, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio, Midwestern Anesthesia Residents Conference, Chicago, Illinois, March 2003*

Falk S, **Zivot J**, "Post-operative Sidenafil for pulmonary hypertension following mitral valve repair" 17th Asia Pacific Conference on Diseases of the Chest, Istanbul, Turkey, August 2003

Aggarwal S, **Zivot J**, "New onset anterior spinal artery syndrome after lumbar drain removal" Department of Anesthesiology, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio, Midwestern Anesthesia Residents Conference, Rochester, Minnesota, March 2004

Stetz J, **Zivot J**, "Dextromethorphan masquerading as phencyclidine" Department of Anesthesiology, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio, Midwestern Anesthesia Residents Conference, Rochester, Minnesota, March 2004

Petelenz K, **Zivot J**, "Bilateral BIS monitoring in unilateral brain injury", Department of Anesthesiology, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio, Midwestern Anesthesia Residents Conference, Chicago, Illinois, March 2005

Arora RC, Zarychynski R, Bell D, **Zivot J**, Lee J, Kumar K, Zhang L, Menkis A "The Manitoba Model of Post-Operative Cardiac Surgery Intensive Care" The Cardiac Sciences Program, St. Boniface Hospital and the University of Manitoba, Winnipeg, Canada. Toronto Critical Care Meeting, October 2007

K Kumar, R Zarychanski, DD Bell, **J Zivot**, J Lee, R Manji, A Menkis, RC Aurora, "The Impact of the Manitoba Model of 24 hour in-house intensivist on a dedicated cardiac surgery ICU" Canadian Cardiovascular Society Annual Meeting, Toronto, Ontario, Canada, October 2008

Fergusson DA, Hébert PC, Mazer CD, Fremes S, MacAdams C, Murkin JM, Teoh K, Duke PC, Arellano R, Blajchman MA, Bussières JS, Côté D, Karski J, Martineau R, Robblee JA, Rodger M, Wells G, Clinch J, Pretorius R; BART Investigators. "A comparison of aprotinin and lysine analogues in high-risk cardiac surgery". N Engl J Med. 2008 May 29;358(22):2319-31. Epub 2008 May 14. Erratum in: N Engl J Med. 2010 Sep 23;363(13):1290

M Rivet, S Chartrand, G Henry, ICCS Nurses, RC Aurora, DD Bell, A Menkis, **J Zivot**, RA Manji, on the GRACE, GRACE2 Investigators, "Bunk Beds in the ICU - Can Two Cardiac Surgery Patients Occupy One ICU Bed?" Canadian Cardiovascular Society Annual Meeting, Toronto, Ontario, Canada, October 2008

RA Manji, E Jacobsohn, D Bell, RK Singal, **J Zivot**, A Menkis " Delirium and bed management in the cardiac surgery ICU" Canadian Cardiovascular Society Annual Meeting, Edmonton, Alberta, Canada, October 2009

RA Manji, D Bell, C Shaw, C Moltzan, P Nickerson, AH Menkis, **J Zivot**, E Jacobsohn, Management Suggestions for Cardiac Surgery Patients with a Positive Heparin Induced Thrombocytopenia (HIT) ELISA, Canadian Cardiovascular Society Annual Meeting, Edmonton, Alberta, Canada, October 2009

RA Manji, E Jacobsohn, **J Zivot**, H Grocott, Alan Menkis, Prolonged in-hospital wait times does not affect outcomes for urgent coronary artery bypass surgery, Canadian Cardiovascular Society Annual Meeting, Edmonton, Alberta, Canada, October 2009

**J Zivot**, RA Manji, E Jacobsohn, H Grocott, A Menkis, Reductions in wait times for cardiac surgery may be harmful, Canadian Cardiovascular Society Annual Meeting, Edmonton, Alberta, Canada, October 2009

RA Manji MD PhD FRCSC MBA, E Jacobsohn MBChB FRCPC, H Grocott MD FRCPC, **J Zivot** MD FRCPC, AH Menkis DDS MD FRCSC, Longer in-hospital wait times does not affect outcomes for urgent coronary artery bypass grafting surgery, American Heart Association Annual Meeting, Orlando, Florida, November 2009

**Zivot, JB**, "When the patient and the doctor disagree: end of life in the ICU" (poster presentation) American Society of Anesthesiology Annual Meeting, San Diego, California, October 2010

**Joel Zivot, MD,** *"A cure in search of a disease, comments on: From an Ethics of Rationing to an Ethics of Waste Avoidance", N Engl J Med. 2012; 366:1949-1951, May 24 2012*

*Mazzeffi, Halkos,* **Zivot** *"Timing and characterization of post-cardiac surgery in-hospital mortality" Society of Critical Care Annual Meeting Society of Critical Care Annual Meeting, Jan 2013.*

*Neamu, Halkos,* **Zivot** *"Right Ventricular Laceration During Closed Chest Compression in a Cardiac Surgical Patient" Society of Critical Care Annual Meeting:  Jan 2013*

*Caridi-Scheible,* **Zivot***, Paciullo, Connor "Successful treatment of pulmonary-renal syndrome secondary to p-ANCA vasculitis using ECMO with Argatroban", Society of Critical Care Medicine Annual Meeting, San Francisco, CA, Jan 2014*

*Lin, Stacey,* **Zivot J,** *"The Interaction between Opioids and SSRI leading to Serotonin Syndrome" American Society of Anesthesiology Annual Meeting, Boston MA, October 2017*

*Wiepking, Mathew,* **Zivot J***, "Eastern Equine Encephalitis: A Dangerous Dark Horse in Organ Transplantation" IARS annual meeting, Chicago, IL, April 2018*

# EXHIBIT 4

## SUPPLEMENTAL DECLARATION OF DR. JOEL ZIVOT
## PURSUANT TO 28 U.S.C. § 1746

I, Joel Zivot, being of sound mind and lawful age, hereby state under penalty of perjury as follows:

1.     On August 31, 2020, I provided Mr. Higgs's counsel with my opinion regarding the likelihood that Mr. Higgs would experience flash pulmonary edema from pentobarbital injection as a result of his medical history.

2.     In formulating my original opinion, I reviewed a file containing medical records for Dustin Higgs; the Federal Bureau of Prisons Lethal Injection Protocol and the 2019 Addendum to the federal government's lethal injection protocol; preliminary autopsy findings for Wesley Purkey; and the declarations of Dr. Mark Edgar, Dr. Gail Van Norman, and Dr. Joseph Antognini. Subsequently, I reviewed a file containing additional medical records for Mr. Higgs, the Declaration of Jessica Johnson, the Declaration of Joe Goldenson, M.D., and the September 18, 2020 testimony of Drs. Antognini and Crowns in this matter.

### Mr. Higgs's Asthma

3.     Asthma is a chronic condition characterized by reversible swelling of the bronchial tubes. Individuals with asthma often also have an increased production of mucus inside the bronchial tubes. Common symptoms of asthma include shortness of breath, coughing, and wheezing.

4.     Mr. Higgs suffers from severe asthma. He has had asthma since childhood. He currently uses inhaled albuterol approximately three times daily to manage his asthma. His daily use of albuterol ranges from two to six times per day.

5.     Mr. Higgs has sought medical treatment for his asthma throughout his incarceration. His medical records indicate that he experiences wheezing, difficulty breathing, coughing, and shortness of breath.

6.     Based on my review of the records, it is clear that Mr. Higgs's asthma often makes it difficult for him to breathe. If Mr. Higgs were to experience pulmonary edema – which causes difficulty breathing due to a buildup of fluid in the lungs – this would cause further strain on Mr. Higgs's already-impaired breathing. Compared to a person without asthma, Mr. Higgs would struggle for air more quickly and painfully after the onset of pulmonary edema because his asthma inflames and constricts his airways, making it more difficult for enough oxygen to reach his lungs even under normal circumstances. The suffering that Mr. Higgs would experience from pulmonary edema would be more severe because his asthma would have an additive effect, making his struggle for air more acute.

### Mr. Higgs's Heart Condition

7.     Mr. Higgs has had mitral valve regurgitation for many years. This has been confirmed by an echocardiogram of the heart. According to his Bureau of Prisons medical records, his EKG results from as early as 2008 showed possible left atrial enlargement. In 2010, his EKG results indicated possible left ventricular hypertrophy (LVH), which means that the left ventricle of his heart is abnormally enlarged. Such enlargement can be both the consequence and cause of high blood pressure, and the thickened left ventricular further worsens the degree of mitral valve regurgitation and the corresponding degree of lung congestion or pulmonary edema.

8.     Mitral valve regurgitation, also known as mitral valve insufficiency, is a condition in which the mitral valve on the left side of the heart does not close tightly. This allows blood to flow backward (leak) into the left atrium of the heart. If the regurgitation is significant, the

2

condition can decrease the efficiency of blood flow to the rest of the body, causing the heart to pump harder to move blood through the body. As a result, patients with mitral valve regurgitation often have high blood pressure. The condition often makes a patient feel tired or out of breath.

9.      When a patient has mitral regurgitation, each contraction of the heart forces some blood backwards into the left atrium and then further backwards into the lungs. The pressure in the lungs is lower than the pressure in the contracting left ventricle. In the normal functioning heart, when the left ventricle contracts, the mitral valve shuts, preventing blood from regurgitating backwards. At the same time, the aortic valve opens and permits the normal flow of blood forward. The pressure in the lungs is not high enough to block backwards flow without a functioning mitral valve. A competent and non-leaking mitral valve is the normal protection for the lungs from this blood under pressure. Extra fluid in the lungs, when severe, produces significant shortness of breath and is called congestive heart failure or pulmonary edema.

### Mr. Higgs's Exposure to COVID-19

10.      In the time since I submitted my August 31, 2020 declaration, cases of COVID-19 have been spiking across the country. As of December 2, 2020, there were 64,326,880 confirmed cases of COVID-19 worldwide, including 13,881,620 in the United States. *See* Johns Hopkins University, Coronavirus Resource Center, https://coronavirus.jhu.edu/ (last visited Dec. 2, 2020).

11.      In Indiana, there had been 344,373 confirmed cases of COVID-19 as of December 2, 2020. Vigo County, where USP Terre Haute is located, had 6,513 confirmed cases. Even these high numbers are likely significant underestimates of the total cases, as some who are infected with COVID-19 are never tested for the virus. *See* Johns Hopkins University, COVID-19 Status Report, https://bao.arcgis.com/covid-19/jhu/county/18167.html (last visited Dec. 2, 2020).

12.     Indiana is the only state that has conducted widespread randomized population testing to determine the cumulative number of Indiana residents who have been infected with COVID-19. *See* Governor Holcomb Indiana COVID-19 Update (Nov. 25, 2020), https://www.youtube.com/watch?v=p01AaI_X0-s (last visited Dec. 2, 2020). This testing has indicated that as of November 19, 2020, approximately 10.6% of non-institutionalized Indiana residents (i.e., residents outside of settings such as nursing homes and prisons) had previously been infected with COVID-19. *Id.* The number is likely higher in prisons, where adequate ventilation and social distancing are often impossible. Of those Indiana residents who tested positive in the random sample, approximately 40% had been asymptomatic. *Id.*

13.     COVID-19 is a novel disease and the full scope of long term sequelae cannot be presently known. In my experience as an intensive care doctor caring for hundreds of patients with COVID-19, many suffer from chronic lung dysfunction. In the worst case scenario, some patients have ultimately undergone a lung transplant as the only possible treatment.

14.     Dustin Higgs was very ill in February of 2020. He reported symptoms of fever, sweating, severe body aches, and nausea, and was ill for approximately one month. These symptoms are consistent with COVID-19. However, Mr. Higgs has never been tested for COVID-19.

15.     Given these factors, it is likely that Dustin Higgs has been infected with COVID-19 at USP Terre Haute. Moreover, even if he has not yet been infected, there is a significant likelihood that he could be infected prior to January 15, 2020, given the current nationwide spike in COVID-19 cases.

**Using Pentobarbital to Execute Mr. Higgs Would Result in Severe Pain**

16.     Even in the absence of a prior COVID-19 infection, Mr. Higgs's asthma and his mitral valve regurgitation put him especially at risk for flash pulmonary edema. With respect to his asthma, the fact that his airways are narrowed and inflamed makes it difficult for Mr. Higgs to breathe even under ordinary circumstances. If Mr. Higgs were to be injected with a large dose of pentobarbital, his lungs would immediately begin to fill with fluid and it would be even more difficult for Mr. Higgs to breathe. Likewise, Mr. Higgs's mitral valve insufficiency means that Mr. Higgs's heart has to work harder to pump blood throughout his body as explained above. Mr. Higgs is always at a greater risk for lung congestion than an otherwise healthy person as a consequence of mitral regurgitation and asthma. Each of these circumstance when combined with pentobarbital injection creates an even worse state of lung destruction.

17.     Pulmonary edema occurs when a beating heart pushes blood into the lungs. If the heart stops, blood no longer enters the lungs. What is striking and important about execution with pentobarbital execution is the near constant finding of pulmonary edema seen at post mortem. If pentobarbital injection caused death by quickly stopping the heart, pulmonary edema would not be seen. Pentobarbital is a caustic chemical and when injected, destroys the delicate membrane that separates the breathed air from the circulating blood. In the case of Mr. Higgs, blood would cross into the air-filled parts of the lung as a baseline tendency. If Mr. Higgs is put to death by pentobarbital injection, his beating heart will now flood his lungs even more rapidly. The beating heart also still delivers blood to the brain, and therefore the ensuing lung destruction would be experienced by Mr. Higgs as he lay dying.  To be clear, the preexisting lung dysfunction conditions make Mr. Higgs particularly likely to experience pulmonary edema that

he will experience as choking and drowning prior to the sedative properties of pentobarbital taking effect.

18.     In addition, COVID-19 infection is associated with an increased risk of lung damage. Because COVID-19 infection is associated with an increased risk of lung damage, Mr. Higgs's likely exposure to COVID-19 puts him at even greater risk for painful complications from pentobarbital injection. Specifically, the onset of pulmonary edema would likely be more rapid and more severe in a patient with damaged lungs.

19.     I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. § 1746.

Dated:

December 3, 2020

_____

Joel B. Zivot, M.D.

# EXHIBIT 5

**DECLARATION OF DR. MICHAEL STEPHEN**
**PURSUANT TO 28 U.S.C. § 1746**

I, Michael Stephen, M.D., being of sound mind and lawful age hereby state under penalty of

perjury as follows:

1.      I am an Associate Professor of Medicine at Thomas Jefferson University in the

Department of Medicine and Division of Pulmonary and Critical Care.  I graduated from Boston

University School of Medicine in 2001.  Thereafter, I completed a residency at Beth Israel

Deaconess Medical Center, and a fellowship at the University of Pennsylvania.  I am board

certified by the American Board of Internal Medicine in Internal Medicine, Pulmonary Medicine,

and Critical Care Medicine.   I hold a medical license from the states of Pennsylvania and

California.   A copy of my curriculum vitae is attached as Exhibit 1.

2.      My regular practice includes treating patients in the intensive care unit for

pneumonia, acute liver failure, encephalopathy, septic shock, acute respiratory failure and

congestive heart failure. I regularly encounter complex cases of combined cardiac and

pulmonary physiology issues. Many patients are sent to our hospital for second opinions. I have

also been on the front line in treating COVID-19 patients, both in the intensive care unit as well

as on the general medical floors.  I have personally performed or supervised the care of hundreds

afflicted with the COVID-19 virus and I consider myself up to date on the manifestations and

care for these patients.

3.      At the request of the Federal Community Defender Office for the Eastern District

of Pennsylvania, I have reviewed medical records pertaining to Dustin Higgs, including a

December 16, 2020 positive result for COVID-19 RNA; the federal government's lethal

injection protocol; and several medical opinions related to the federal government's lethal injection protocol.

4.     The medical opinions I reviewed are as follows: a June 25, 2020 declaration of Joseph Antognini, M.D., M.B.A.; a supplemental declaration of Joseph Antognini dated June 30, 2020; a second supplemental declaration of Joseph Antognini dated September 11, 2020; a third supplemental declaration of Joseph Antognini dated October 9, 2020; a fourth supplemental declaration of Joseph Antognini dated December 8, 2020; a declaration of Kendall Von Crowns, M.D. dated August 10, 2020; a declaration of Kendall Von Crowns dated December 7, 2020; a declaration of Mark Edgar, M.D. dated October 24, 2019; a declaration of Gail Van Norman dated November 1, 2019; a supplemental declaration of Gail Van Norman dated July 1, 2020, a second supplemental declaration of Gail Van Norman dated August 9, 2020, a third supplemental declaration of Gail Van Norman dated September 29, 2020; an affidavit of Dr. Craig Stevens, Ph.D. dated October 22, 2019; a declaration of Dr. Joel Zivot, M.D., dated August 31, 2020; and a supplemental declaration from Joel Zivot dated December 3, 2020.

5.     I agree with the declarations and supplemental declarations of Dr. Gail Van Norman and Dr. Joel Zivot and Dr. Mark Edgar.

6.     I have been asked to address the following question: how, if at all, a December 16, 2020 positive COVID-19 diagnosis will affect the scheduled January 15, 2021 execution of Mr. Higgs under the federal government's lethal injection protocol.

7.     To form my opinion I have considered the effects of the COVID-19 virus, Mr. Higgs's underlying medical conditions, and the federal government's lethal injection protocol.

8.     COVID-19 generally infects the upper respiratory system first, and has the ability to travel to the lower respiratory system and cause pneumonia. The virus can also get into the

bloodstream, and it commonly attacks the heart, liver, and brain, along with the vasculature. Blood clots are very common in this disease.  Some clots remain in the legs, while some travel to the lungs and cause issues including stress on the heart. Heart failure from depressed heart function is also a common manifestation. Pneumonia, even in asymptomatic patients, is extremely common.

9.     The potential for overt disease is of course possible in COVID-19, but sub-clinical symptoms where an organ is affected but not enough for a patient to necessarily notice is also very well described in the medical literature. Patients with sub-clinical symptoms frequently manifest with either fatigue or mild shortness of breath. There is also clear potential for organ dysfunction with no symptoms whatsoever, as very well documented in the medical literature with pneumonia and kidney disease. The manifestations of COVID-19 can also be spread out over a lengthy period of time, with different organs presenting with disease in the same patient over a widely spread out time period. One large study on blood clots showed a range of presentation from initial diagnosis of COVID-19 to a diagnosis of blood clots to be from 4 to 22 days.[1]Evidence of blood clots in this same study is referenced as high as 30% in certain cases.[2]Heart disease from COVID-19 has also been shown to be quite common, with one study using cardiac MRI demonstrating 78% of patients had abnormal imaging in those who have recovered from COVID.[3] Another study showed that in 62% of cardiac specimens, COVID-19

---

[1]Sakr Y, Giovini M, Leone M et al. Pulmonary embolism in patients with coronavirus disease 2019 pneumonia: a narrative review. Annals of Intensive Care 2020;124.

[2]Sakr Y, Giovini M, Leone M et al. Pulmonary embolism in patients with coronavirus disease 2019 pneumonia: a narrative review. Annals of Intensive Care 2020;124.

[3] Puntmann  VO, Carerj  ML, Wieters  I,  et al.  Outcomes of cardiovascular magnetic resonance imaging in patients recently recovered from coronavirus disease 2019 (COVID-19).  *JAMA Cardiol*. Published online July 27, 2020.

was detectable.[4] The incidence of pneumonia, even in completely asymptomatic patients, is extremely high. One study of 58 completely asymptomatic COVID-19 patients showed evidence of pneumonia on CT scans in 55 out of 58 patients, or 94.8%.[5]As demonstrated in a recent Nature Reviews Nephrology paper, asymptomatic patients can have ongoing kidney damage that includes endothelial damage, coagulopathy, complement activation, and inflammation from the direct viral effects of the virus.[6]

10.      We are currently seeing many COVID-19 patients come to the hospital with sub-clinical heart failure as well as sub-clinical blood clots in their lung and/or pneumonia. Heart failure in patients with COVID-19 is quite clearly a case of the virus attacking their heart, causing depressed function. This depressed function may cause over heart failure requiring oxygen or even mechanical ventilation. Others, however, may only have symptoms of mild breathlessness or even fatigue, but a complete workup on these patients often reveals decreased heart function, small clots in the lung that impede heart function, or pneumonia.

11.      I am not only seeing these patients in a hospital setting, but also commonly in my office. They come to our practice with a distant COVID diagnosis from weeks or months prior, and have fatigue or simply difficulty sleeping. A full workup again can yield newly depressed heart function or blood clots in the lung. This is one of the frustrating things about COVID-19: in

---

[4]Lindner  D, Fitzek  A, Bräuninger  H,  et al.  Association of cardiac infection with SARS-CoV-2 in confirmed COVID-19 autopsy cases.  *JAMA Cardiol*. Published online July 27, 2020. doi:10.1001/jamacardio.2020.3551

[5]Meng H, Xiong R, He R et al. CT imaging and clinical course of asymptomatic cases with COVID-19 pneumonia at admission in Wuhan, China. J Infection 2020; 81: e33-e39.

[6] Nadim MK, Forni LG, Mehta RL et al. COVID-19 associated acute kidney injury: a consensus report of the 25thAcute Disease Quality Initiative Workgroup. Nature Reviews Nephrology 2020, October 15. See Figure 1.

some people it causes no symptoms, in some it leads to a rapid decline and death, and in others there are subtle but potentially deadly manifestations that crop up weeks and often months after an initial diagnosis. This is noted by the Centers for Disease Control (CDC), who states that the COVID-19 related syndrome of "multisystem inflammatory syndrome in adults" can occur "days to weeks," after contracting the virus.[7]The reason for this is likely that COVID-19 turns from an infectious disease into one of autoimmunity, which can then easily manifest as heart failure, blood clots, or strokes.

12.     Upon reviewing the medical records of Mr. Higgs, it is quite clear he has serious underlying asthma issues as he is maintained on a continuous high dose of inhaled steroids, in his case mometasone. He has had asthma exacerbations over the years, and has required the use of nebulizer treatments. He also has underlying structural heart disease, as documented by an electrocardiogram of 2010, which showed left atrial enlargement and likely left ventricular hypertrophy. These findings are again seen on his very recent electrocardiogram of November 12, 2020. The enlarged left atrium is confirmed on an ultrasound of his heart from May 26, 2020. Even more concerning, the ultrasound of his heart shows significant mitral valve disease with moderate mitral valve regurgitation and anterior leaflet dysfunction. This is likely from his longstanding hypertension, which in his case is clearly significant as he is maintained on three medications to control his blood pressure.

13.     Mr. Higgs's significant underlying structural heart disease certainly puts him at higher risk of COVID-19 related heart issues. This higher risk of COVID-19 heart issues in those with underlying heart disease is documented in a recent Journal of the American Medical

---

[7] https://www.cdc.gov/mis-c/mis-a.html

Association paper.[8] His left atrium is enlarged, and that quite clearly puts him at risk from any issues from heart failure, as an enlarged left atrium ineffectively pumps blood to the left ventricle, further putting him at risk for fluid to back up into his lungs (pulmonary edema).

14.     Given that he has received a recent positive COVID-19 diagnosis, it is my opinion that an injection of pentobarbital would create a substantial risk of extreme suffering in the case of Mr. Higgs. Pentobarbital is a known cardiac depressant, which will be given to a patient with known significant structural heart disease, who also has the very real potential for COVID-19 related dysfunction in his lungs, kidneys, vasculature, heart or all four.. Pneumonia itself, which as mentioned is seen in up to 94.8% of asymptomatic COVID-19 patients, is a known risk factor for triggering heart failure. Kidney disease and inflammation, as noted in the Nature Nephrology Reviews paper, occurs in asymptomatic patients, and is of course also a very well known trigger for heart failure. Given these facts, there is a substantial risk that an injection of pentobarbital will induce sudden onset congestive heart failure (flash pulmonary edema) in Mr. Higgs, which mimics a drowning with the sense of suffocation it induces.

15.     Based on my experience, the prudent action in this case would be to wait a full eight weeks from diagnosis and then reassess his cardiopulmonary status to ensure an injection of a cardio-depressant drug like pentobarbital would not put him at risk of a cruel death. The eight week period of observation is based on personal experience of the time period patients with COVID-19 are presenting to me with symptoms from diagnosis.

16.     I hold the above opinions to a reasonable degree of medical certainty.

---

[8]Freany PM, Shah SJ and SS Kahn. COVI-19 and Heart Failure with Preserved Ejection Fraction. JAMA 2020, September 30th.

Date:   12/22/2020

Michael J. Stephen, M.D.

# EXHIBIT A

Michael J. Stephen MD
Curriculum Vitae

| | | | |
|---|---|---|---|
| Home Address: | 409 E Summit Ave<br>Haddonfield, NJ  08033<br>(617) 645-8443<br>michael.stephen@jefferson.edu | | |
| Work Addresses: | Thomas Jefferson University<br>834 Walnut St, Suite 650<br>Philadelphia PA 19107<br>Phone 215-955-5161<br>Fax 215-955-8668 | | |
| Education | 8/97-5/01<br>9/91-5/95 | MD<br>AB, History | Boston University<br>Brown University |

Postgraduate Training and Fellowship Appointments:

| | | |
|---|---|---|
| | 6/01-6/02 | Intern in Medicine, Beth Israel Deaconess Medical Center, Boston MA |
| | 7/02-7/04 | Resident in Medicine, Beth Israel Deaconess Medical Center, Boston MA |
| | 7/05-12/08 | Fellow in Pulmonary and Critical Care Medicine University of Pennsylvania |

| | | |
|---|---|---|
| Faculty Appointments: | 6/01-7/04 | Clinical Instructor in Medicine<br>Harvard Medical School |
| | 7/04-6/05 | Assistant Clinical Professor in Medicine<br>Tufts University |
| | 1/09-8/09 | Instructor of Medicine<br>University of Pennsylvania |
| | 11/09-6/11 | Instructor of Medicine<br>Mt Sinai School of Medicine |
| | 7/11-11/19 | Associate Professor of Medicine<br>Drexel University College of Medicine |
| | 12/1-present | Associate Professor of Medicine<br>Thomas Jefferson University |

| | | |
|---|---|---|
| Work Experience: | 7/04-6/05 | Hospitalist Attending, Lemuel Shattuck Hospital<br>Boston, MA 02130<br>-Public Health Hospital of Massachusetts<br>-Underserved Population<br>-HIV and Tuberculosis Experience |
| | 8/09-10/09 | Volunteer, Groote Schuur Hospital,<br>Cape Town, South Africa<br>-Pediatric and Adolescent HIV work<br>-Tuberculosis management<br>-Township Urgent Care Clinics |
| | 11/09-6/11 | Instructor of Medicine, Mt Sinai Hospital<br>New York, NY 10029<br>-Attending on Inpatient Transplant Service<br>-Member, ILD outpatient group<br>-General Consult and MICU attending |
| | 7/11-present | Associate Professor of Medicine, Drexel University |

|  |  | Philadelphia, PA 19102 |
|---|---|---|
|  |  | -Program Director, Adult Cystic Fibrosis Center |
|  |  | -Program Director, Pulmonary Fellowship Program |
|  |  | -General Consult and MICU Attending |
| Research Experience: | 7/03-11/03 | Molecular Biology Gene Promoter Isolation |
|  |  | -Isolation of Inflammatory Genes in Pneumonia |
|  |  | Cystic Fibrosis Lab |
|  |  | Harvard Medical School, Boston MA |
|  | 1/07-8/09 | MRI and Functional Lung Imaging |
|  |  | -Development of Helium MRI in two models of IPF |
|  |  | In animals.  NIH R21 funded. |
|  |  | Hospital of University of Pennsylvania, Phila PA |
| Special Certifications: | 2004 | ABIM- Internal Medicine #227647 |
|  | 2006 | Advanced Trauma Life Support |
|  | 2008 | ABIM- Pulmonary Disease |
|  | 2009 | ABIM- Critical Care Medicine |
|  | 2009 | Certificate in Clinical Epidemiology, University of Pennsylvania |
|  | 2013 | Neurocritical Care Board Certification, UCNS |
|  | 2014 | DEA License #FS2503298 |
|  | 2015 | ABIM- Recertification in Internal Medicine |
|  | 2019 | ABIM- Recertification in Pulmonary Medicine |
|  | 2019 | ABIM- Recertification in Critical Care Medicine |
| Licensure: |  | California #88030, Pennsylvania #MD432837 |

Memberships in Professional and Scientific Societies:

|  | 5/07-present | American Thoracic Society |
|---|---|---|
| Outside Interests: |  | Running, Completed 2018 Lehigh Valley Marathon. |
|  |  | Writing: Published pieces in Philadelphia Inquirer, STAT news, Philly Voice |
| Committees | 2012-2015 | Education Committee, Cystic Fibrosis Foundation. |
|  | 2019 | Program for Adult Care Excellence Committee, Cystic Fibrosis Foundation |
|  | 2016-2019 | Utilization Review Committee, Hahnemann Hospital |
| Educational Activities |  | StreetSide Clinic Preceptor, January 2012-2017 |

## Funding:

Mental Health Coordinator Award, Cystic Fibrosis Foundation. Adult Cystic Fibrosis Center Drexel University.  2016-2019. Principle Investigator.

Therapeutic Development Network, Cystic Fibrosis Foundation. Adult Cystic Fibrosis Center Drexel University, 2013-present.  Principle Investigator.

State of Pennsylvania Fund for Orphan Diseases, Cystic Fibrosis Adult Center Drexel University. 2012- present.  Principle Investigator.

Cystic Fibrosis Foundation Grant, Adult Cystic Fibrosis Center, Drexel University, 2014-present. Principle Investigator.

Program for Adult Care Excellence Grant, Cystic Fibrosis Foundation. 2009-2010, 2012-2014.

Principle Investigator.

**Papers:**

O'Hayer, CV, O'Loughlin CM, Nurse CN, Smith PJ, Stephen M. ACT with CF: A telehealth and in person feasibility study to address anxiety and depressive symptoms among people with cystic fibrosis. Journal of Cystic Fibrosis 2020; December.

Stephen M, Fiel S, Zanni R, Hadjiliadis D. Prevalence of Medical Marijuana Use in Cystic Fibrosis. BMC Complementary Medicine 2020;323.

Woytanowski JR, Ko W, Granche J, Stephen M. Outcomes of Septic Patients Requiring Renal Replacement Therapy. Journal of the Intensive Care Society, April 2020

Abramian O, Singhal S, Stephen M. A 49-year-Old Man with cough and hand, wrist and knee pain. Chest, February 2020.

Stephen M, Goss C. A Set Length of Antibiotics for an Acute Exacerbation of Cystic Fibrosis, A Pro/Con. Lancet Respiratory Medicine 2018; 6;573-5.

Weintraub Z, Hadjiliadis D, Jagpal S, Stephen M. Attitudes Towards Lung Transplant in Cystic Fibrosis. Preparing Manuscript for Submission.

Stephen M, Hadjiliadis D, Holsclaw D, Zanni R, Fiel S, Bonsall C. A Prospective Study of Daily Spirometry in Acute Exacerbations of Cystic Fibrosis Patients. Chronic Respiratory Disease, December 2017.

Stephen M, Weintraub Z. Evaluation of Adherence with Inhaled Antibiotic Regimens and Outcomes in Adults with Cystic Fibrosis. Drexel Medical Journal 2016.

Stephen M, Emami K, Woodburn JM, Chia E, Kadlecek S, Zhu J, Pickup S, Ishii M, Rizi R, Rossman M. Quantitative Assessment of Lung Ventilation and Microstructure in an Animal Model of Idiopathic Pulmonary Fibrosis. Academic Radiology. 2010; 17:1433-43.

Stephen M and Hadjiliadis D. The New Lung Allocation Score for Lung Transplantation: What Has Changed and Why? Clinical Pulmonary Medicine. 2009; 16:45-50.

Emami K, Stephen M, Kadlecek S, Cadman RV, Ishii M, Rizi RR. Quantitative assessment of lung using hyperpolarized magnetic resonance imaging. Proc Am Thorac Soc 2009; 6:431-8.

Yu J, Law M, Kadlecek S, Emami K, Ishii M, Stephen M, Woodburn JM, Vahdat V, Rizi RR. Simultaneous measurement of pulmonary partial pressure of oxygen and apparent diffusion coefficient by hyperpolarized 3He MRI. Magn Reson Med. 2009; 61:1015-21.

Ishii M, Emami K, Kadlecek S, Petersson JS, Golman K, Vahdat V, Yu J, Cadman RV, MacDuffie-Woodburn J, Stephen M, Lipson DA, Rizi RR. Hyperpolarized 13C MRI of the Pulmonary Vasculature and Parenchyma. Magn Reson Med 2007; 57:459-463.

**Book Chapters:**

Cystic Fibrosis and Non-CF Bronchiectasis. Scientific American Medicine, January 2014.

Pulmonary Complications of Pregnancy, in Complications of Pregnancy. Pmph USA, September 2012.

**Speaker:**

"Use of Alternative Medicines in Cystic Fibrosis." Symposium on Alternative Therapies for Cystic Fibrosis. North American Cystic Fibrosis Conference 2017, Indianapolis Indiana.

"Lung Transplant and Cystic Fibrosis: Implications of the Lung Allocation Score." Symposium on Issues in Lung Transplantation. North American Cystic Fibrosis Conference 2012, Orlando Florida.

"Hyperpolarized 3He in the Assessment of Two Rat Interstitial Lung Disease Models of IPF." Mini-Symposium, American Thoracic Society, 2009 San Diego California.

"Assessment of Pre- and Post-Lung Volume Reduction Surgery Changes in Lung Function and Structure - A Rat Emphysema Model." Mini-symposium, American Thoracic Society, 2008 Toronto Canada.

**Clinical Trial Studies, Principle Investigator:**

A Prospective Phase 2 Study of Lenabasum in Cystic Fibrosis Patients. Corbus Pharmaceuticals, JBT-101. Completed 11/19.

A Prospective Observational Study in Cystic Fibrosis Patients with Chronic Respiratory Pseudomonas Aeruginosa Infection Treated with Tobi® Podhaler™ (Tobramycin Inhalation Powder) Or Other Fda Approved Inhaled Antipseudomonal Antibacterial Drugs. Novartis, Ctbm100c2407. Completed 12/19.

A Prospective, 5-year Registry Study to Monitor the Susceptibility to Aztreonam of Pseudomonas aeruginosa Isolates from Patients with Cystic Fibrosis in the United States. Gilead Sciences, GX-US-205-0128. Completed 12/19.

A Long-Term Prospective Observational Safety Study of The Incidence of And Risk Factors for Fibrosing Colonopathy In Us Patients with Cystic Fibrosis Treated with Pancreatic Enzyme Replacement Therapy: A Harmonized Protocol Across Sponsors, Cffc-Ob-11. Completed 12/19.

A Prospective Phase 2 Study of PTI-428 in Cystic Fibrosis Patients Homozygous for delF508. Proteostasis. Completed.

A Prospective Phase 3 Study of Tezacaftor/Lumacaftor/659 in Cystic Fibrosis Patients Heterozygous for delF508. Vertex, VX-659. Completed 11/19.

A Phase 3 Efficacy and Safety Study of Ataluren (Ptc124®) In Patients with Nonsense Mutation Cystic Fibrosis. Ptc Therapeutics Ptc124-Gd-021-Cf. Completed.

The Use of Home Spirometry to follow Acute Exacerbations of Cystic Fibrosis. Completed.

A Prospective Study of Ivacaftor/Lumacaftor in Cystic Fibrosis Patients Heterozygous for delF508. Vertex, VX-102. Completed.

A Prospective Study of Ivacaftor/Lumacaftor in Cystic Fibrosis Patients Homozygous for delF508. Vertex, VX-105. Completed.

Alternating Inhaled Antibiotic Therapy in Cystic Fibrosis Patients Chronically Colonized with Pseudomonas Aeruginosa. Gilead Sciences. Completed.

**Abstracts:**

**CF Related Abstracts:**

Weintraub Z, Stephen M. Attitudes of Cystic Fibrosis Patients Towards Lung Transplant. American Thoracic Society 2019; Dallas, Texas.

Mills N, Stephen M. Challenges Facing Mothers with Cystic Fibrosis: A Survey. American Thoracic Society 2019; Dallas, Texas.

O'Hayer CV, Aikens RV, Stephen M. ACT with CF: Promising Conclusion of Telehealth. North American Cystic Fibrosis Conference 2018; Denver, Colorado.

Tahir S, Woytanowski J, Stephen M. Sleep Quality in Relation to Pulmonary Function in patients with Cystic Fibrosis. American Thoracic Society 2018; San Diego, California.

Randhawa E, Bhandari S, Stephen M. Mycobacterium Abscessus in Patient with Cystic Fibrosis. American Thoracic Society 2018; San Diego California.

Ahmad D, Zanni R, Marmolejos G, Stephen M. Side Effect Profile of Lumacaftor/Ivacaftor. North American Cystic Fibrosis Conference 2017; Indianapolis, Indiana.

O'Hayer CF, Edouard G, Stephen M. ACT Via Telehealth: Acceptance Based Behavioral Therapy for Anxiety and Depression Among Individuals with Cystic Fibrosis. North American Cystic Fibrosis Conference 2017; Indianapolis, Indiana.

Chowdhury J and Stephen M. Complementary and Alternative Medicine in Cystic Fibrosis Patients. North American Cystic Fibrosis Conference 2017; Indianapolis, Indiana

Ahmad D, Patel M, Mills N, Stephen M. Real World Experience of Lumacaftor-Ivacaftor. North American Cystic Fibrosis Conference 2016; Orlando, Florida.

Breeding Z, Stephen M. Use of Pancreatic Enzyme Management Smartphone App in Adult CF Patients. North American Cystic Fibrosis Conference 2016; Orlando, Florida.

Wolfe W, O'Hayer CV, Taylor D, Stephen M. Acceptance and Commitment Therapy with CF: A Telehealth Pilot Study. North American Cystic Fibrosis Conference 2016; Orlando, Florida.

Stephen M, Hoag J, Thakur, T. Evaluation of Tolerability of Tobramycin Inhalation Powder in An Adult Cystic Fibrosis Population. North American Cystic Fibrosis Conference 2015; Phoenix, Arizona.

Stephen M, Weintraub Z. Evaluation of Adherence with Inhaled Antibiotic Regimens and Outcomes in Adults with Cystic Fibrosis. North American Cystic Fibrosis Conference 2015; Phoenix, Arizona.

Hoag J, Stephen M, Hadjiliadis D, Cohen R. Clinical Effectiveness of Off-Label Ivacaftor Use in Patients with Cystic Fibrosis. North American Cystic Fibrosis Conference 2015; Phoenix, Arizona.

Stephen M, Bonsall C, Hadjiliadis D, Zanni R, Varlotta L, Fiel S, Holsclaw D. Update: A Prospective Study of Daily Home Spirometry in Adult Cystic Fibrosis Patients. North American Cystic Fibrosis Conference 2014; Atlanta, Georgia.

Stephen M, Bonsall C, Hadjiliadis D, Zanni R, Varlotta L, Fiel S, Holsclaw D. A Prospective Study of Daily Home Spirometry in Adult Cystic Fibrosis Patients. North American Cystic Fibrosis Conference 2013; Salt Lake City, Utah.

Hoag JB, Hendry M, Hillman J, Garces J, Rosse K, Smith B, Delany-Hudzik M, Hudzik E, Stephen MJ, Sherman M. Utilization of Quality Improvement Initiative to Increase Adherence with Routine Clinic Appointments for Patients with Cystic Fibrosis. North American Cystic Fibrosis Conference, 2012; Orlando, Florida.

Stephen M, Hendry M, Hoag J, Garces J, Smith B. Lung Transplant and Cystic Fibrosis: Implications of the Lung Allocation Score. North American Cystic Fibrosis Conference, 2012; Orlando, Florida.

Stephen M, Back S, Altes TA, Holsclaw D, Lingaraju R, Ferrin M. CT Scans as a Predictor of Pulmonary Function in Adult CF. North American Cystic Fibrosis Conference, 2007; Anaheim, CA.

Back S, Altes TA, Lipson D, Lingaraju R, Ferrin M, Stephen M, Hadjiliadis D. Routine CT Scanning of Adult Patients with Cystic Fibrosis. American Thoracic Society, 2007; San Francisco, CA.

**Other Abstracts:**

Marmolejos G, Stephen M, Tuttle E, van der Rijst N. Cutting Through the Submassive. Update on Pulmonary Embolism and CTEPH. American Thoracic Society 2019; Dallas Texas.

N. Hinds, JR Woytanowski, MJ Stephen. Outcomes of Hemoptysis in Sarcoid. Diffuse Parenchymal Lung Diseases: Basic And Clinical Studies. American Thoracic Society 2019; Dallas Texas.

Randhawa E, Stephen M. Evaluation of CT Angiograms from the Hahnemann Emergency Room of CT Angiograms from the Hahnemann Emergency Room. Here we Clot Again: Clinical Studies in PE and CTEPH. American Thoracic Society 2018; San Diego California.

Woytanowski JR, Rincon-Prieto C, Stephen M. Outcomes of Septic Patients Requring New Onset Renal Replacement Therapy – A Single Center Retrospective Analysis. Crtical Care: Beyond the Lungs. American Thoracic Society 2018; San Diego California.

Bakhsh K, Abramian O, Mills N, Stephen MJ. FIRST: Female Inequality Represented in Subspecialty Training-The Gender Divide in Pulmonary Critical Care Medicine. Emerging Strategies to train Medical Professionals. American Thoracic Society 2017; Washington, D.C.

Rincon-Prieto C, Stephen MJ, Woytanowski JR. Pulmonary Manifestation of IBD: A Case Report. Autoimmune Lung Disease: Case Reports. American Thoracic Society 2017; Washington, D.C.

Figueroa AM, Abramian O, Bakhsh K, Stephen MJ. Retrospective Study of Outcomes in the Medical Intensive Care Unit for Cirrhotic and Noncirrhotic Liver Failure Patients. Critical Care: More Non-Pulmonary Critical Care Problems. American Thoracic Society 2017; Washington, D.C.

Dago-oc JR, Stephen M, Kasarabada A. Diagnosing Tuberculosis at Hahnemann University Hospital: A Quality Improvement Project. Identifying Effective Treatment Options in Pulmonary and Critical Care. American Thoracic Society 2017; Washington, D.C.

Heckert G, and Stephen M. Steroid Use in Inpatient COPD Patients. American Thoracic Society 2016; San Francisco California.

Dago-oc J, Stephen M, Kasarabada A. Efficiency of Tuberculosis Evaluation in an Inpatient Setting. American Thoracic Society 2015; Denver, Colorado.

Salim A and Stephen M. A Chronic Asthmatic with HyperIgE Presenting at an Adult Cystic Fibrosis Center. Drexel Student Research Day, 2015.

Patel N, Dimaghi N, and Stephen M. Assessing Mortality in the Medical Intensive Care Unit of Interfacility Transferred MICU Patients. Chest Meeting 2014; Austin, Texas.

Stephen M and Khan I. Sarcoidosis and Lung Transplant before and after the LAS. American Thoracic Society 2012; San Francisco, California.

Stephen M, Emami K, Kadlecek S, Woodburn J, Vahdat V, Yu J, Ishii M, Cadman RV, Rizi RR, Rossman M. Hyperpolarized 3He in the Assessment of Two Rat Interstitial Lung Disease Models of IPF. American Thoracic Society 2009; San Diego, California.

Emami K, Kadlecek S, Woodburn J, Vahdat V, Yu J, Ishii M, Cadman RV, Stephen M, Rizi RR. Regional Measurement of Lung Ventilation in Large Animals Using Hyperpolarized 3He MRI. American Thoracic Society, 2008; Toronto, Canada.

Emami K, Kadlecek S, Woodburn J, Pickup S, Cadman RV, Yu J, Ishii M, Stephen M, Rizi RR. Dependency of 3He Apparent Diffusion Coefficient Measurements on Positive End-Expiratory Pressure. American Thoracic Society, 2008; Toronto, Canada.

Emami K, Kadlecek S, Woodburn J, Guyer RA, Pickup S, Cadman RV, Vahdat V, Yu J, Ishii M, Stephen M, Rizi RR.  High Resolution Mapping of Mouse Lung Alveolar Structure Using Apparent Diffusion Coefficient of 3He. American Thoracic Society, 2008; Toronto, Canada.