UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the
Federal Bureau of Prisons' Execution
Protocol Cases

LEAD CASE: *Roane, et al. v. Barr*

THIS DOCUMENT RELATES TO:

ALL CASES

Case No. 19-mc-0145 (TSC)

## JOINT STATUS REPORT

Defendants, Dustin Higgs, and Corey Johnson[1] respectfully provide this joint status report pursuant to the Court's minute order dated December 17, 2020.

1. During a telephonic status conference on December 17, 2020, counsel for Dustin Higgs reported that Mr. Higgs had tested positive for COVID-19 on December 16, 2020, and that she was notified by counsel for the Bureau of Prisons on December 17, 2020, of Mr. Higgs's positive test result. Immediately after the conference, the Court issued a minute order directing the parties to file a joint status report on or before Monday, December 28, 2020, with an update on Mr. Higgs's condition. The Court also directed the parties to provide an update on whether the United States District Court for the District of Maryland has amended Mr. Higgs's judgment of conviction and designated a state whose law will govern the manner of Mr. Higgs's execution.

2. On December 22, 2020, Mr. Higgs sought and was granted leave to file a second amended and supplemental complaint and a motion for preliminary injunction related to his positive COVID-19 test. ECF Nos. 369, 370, 371. Defendants' response to the that motion for preliminary injunction is due on or before December 31, 2020.

---

[1] Defendants note that Mr. Johnson's name is spelled "Cory" on his criminal docket and on the docket in this Court. At the request of Mr. Johnson's counsel, however, the parties use the spelling "Corey" throughout this filing.

3.      On December 23, 2020, Plaintiff Corey Johnson also filed a motion for leave to file a supplemental complaint and a motion for preliminary injunction related to COVID-19, after being informed by counsel for the Bureau of Prisons on December 18, 2020, that he too had tested positive for COVID-19 on December 16, 2020. Defendants' response to Mr. Johnson's motion for preliminary injunction is also due on or before December 31, 2020. Accordingly, the parties hereby provide an update on Mr. Johnson's condition as well.

4.      On December 27, 2020, both Mr. Higgs and Mr. Johnson were medically cleared from isolation status. Guidelines issued by the Centers for Disease Control and Prevention provide that an individual who has had COVID-19 and developed symptoms that are not classified as severe and who does not have a severely weakened immune system may be around others after (1) ten days since symptoms first appeared, and (2) twenty-four hours with no fever without the use of fever-reducing medications, and (3) other symptoms of COVID-19 are improving.[2] Bureau of Prisons medical staff have determined that Mr. Higgs and Mr. Johnson each meets these criteria as of December 27, 2020. This guidance does not require a negative test or for symptoms to fully resolve before a person can be medically cleared from isolation status. Indeed, Mr. Higgs and Mr. Johnson continue to experience some symptoms consistent with COVID-19.

5.      Mr. Higgs has not required hospitalization since testing positive for COVID-19. During his most recent clinical encounter on December 27, 2020, BOP medical records indicate that Mr. Higgs reported a mild "stuffy" nose, a nearly resolved headache (with no headache at the time of the encounter), and improving symptoms. His temperature was normal, and his oxygen saturation was 100%.

---

[2] *See* https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/end-home-isolation.html

2

6. Counsel for Mr. Higgs separately state that they believe that Mr. Higgs has more substantial symptoms than these records indicate. In particular, they believe that Mr. Higgs has developed labored breathing over the past several days, and continues to experience labored breathing, which he has reported to BOP staff.

7. Mr. Johnson has not required hospitalization since testing positive for COVID-19. During his most recent clinical encounter on December 27, 2020, BOP medical records indicate that Mr. Johnson reported a "little cough" and denied difficulty breathing. His temperature was normal.

8. Counsel for Mr. Johnson also separately states that they believe the BOP medical records do not accurately summarize Mr. Johnson's medical symptoms and tests. For example, Mr. Johnson previously suffered from body aches and more severe fatigue than indicated, despite reporting it to BOP staff. Additionally, the records indicate that Mr. Johnson refused an oxygen saturation test on December 27, 2020, even though he reported to his counsel that he did not. According to the records, Mr. Johnson has not received an oxygen saturation test since December 26, 2020.

9. With respect to the proceedings in District of Maryland, Defendants and Mr. Higgs report that the court has not yet issued a decision. On December 25, 2020, the United States filed a notice with the court informing it of today's deadline with this Court and requesting a decision on or before December 28, 2020, or, if that is not possible, by December 31, 2020.

\*     \*     \*


Respectfully submitted,

| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General | MICHAEL R. SHERWIN<br>Acting United States Attorney |
| JEAN LIN<br>Special Litigation Counsel | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division |
| JONATHAN KOSSAK, D.C. Bar #991478<br>CRISTEN C. HANDLEY, MO Bar #69114<br>BRADLEY P. HUMPHREYS,<br>   D.C. Bar #988057<br>Trial Attorneys<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, District of Columbia 20005<br>(202) 514-3716<br>jean.lin@usdoj.gov<br>jonathan.kossak@usdoj.gov<br>christen.handley@usdoj.gov<br>bradley.humphreys@usdoj.gov | By:   /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar #991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>Email: johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* |

 /s/ Alex Kursman
Alex Kursman
Devon Porter
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone – 215-928-0520
Email – alex_kursman@fd.org
devon_porter@fd.org

*Counsel for Dustin Higgs*

*/s/ Donald P. Salzman*
Donald P. Salzman
D.C. Bar #479775
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7983

Alexander C. Drylewski (admitted *pro hac vice*)
Andrew R. Beatty (*pro hac vice* motion pending)
One Manhattan West
New York, NY 10001
(212) 735-3278

*Counsel for Plaintiff Corey Johnson*

Dated: December 28, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, I caused a true and correct copy of foregoing to be served on all following counsel of record via the Court's CM/ECF system.

Joshua C. Toll
King & Spalding LLP
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Alex Kursman
Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
alex_kursman@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Joseph Luby
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Ginger D. Anders
Jonathan S. Meltzer
Brendan Gants
Munger, Tolles & Olson LLP
(202) 220-1100
ginger.anders@mto.com

*Counsel for Plaintiff Brandon Bernard*

Scott W. Braden
Arkansas Federal Defender Office
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying
Andrew Moshos
Morris, Nichols, Arsht & Tunnell LLP
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Amy Lentz
Steptoe & Johnson, LLP
(202) 429.1320
alentz@stepoe.com

*Counsel for Plaintiff Orlando Hall*

Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Higgs*

Jon Jeffress
KaiserDillon PLLC
(202) 640-2850
jjeffress@kaiserdillon.com

Timothy Kane
Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

David S. Victorson
Hogan Lovells US LLP
(202) 637-5600
david.victorson@hoganlovells.com

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Gregory S. Smith
(202) 460-3381
gregsmithlaw@verizon.net

*Counsel for Plaintiff William LeCroy*

Donald P. Salzman
Charles F. Walker
Steven M. Albertson
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0528
shawn_nolan@fd.org

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
(410) 444-1500
garyeproctor@gmail.com

*Counsel for Plaintiff Jeffrey Paul*

| | |
|---|---|
| Gerald W. King, Jr.<br>Jeffrey Lyn Ertel<br>Federal Defender Program, Inc.<br>(404) 688-7530<br>Gerald_King@fd.org<br>Jeff_Ertel@fd.org | Alan E. Schoenfeld<br>Ryan M. Chabot<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>(212) 230-8880<br>Alan.Schoenfeld@WilmerHale.com<br>Ryan.Chabot@WilmerHale.com |
| Brandon D. Almond<br>Troutman Sanders LLP<br>Washington, D.C. 20004<br>(202) 274-2864<br>brandon.almond@troutmansanders.com | Andres C. Salinas<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>(202) 663-6289<br>Andres.Salinas@WilmerHale.com |
| *Counsel for Richard Tipton, III* | *Counsel for Wesley I. Purkey* |

| | |
|---|---|
| Dale A. Baich<br>Jennifer M. Moreno<br>Federal Public Defender<br>District of Arizona<br>(602) 382-2816<br>dale_baich@fd.org<br>jennifer_moreno@fd.org | Amy Karlin<br>Interim Federal Public Defender<br>Celeste Bacchi<br>Jonathan C. Aminoff<br>Deputy Federal Public Defenders<br>(213) 894-2854<br>celeste_bacchi@fd.org |
| *Counsel for Plaintiff Keith Nelson* | *Counsel for Plaintiff Julius O. Robinson* |

| | |
|---|---|
| Paul F. Enzinna<br>Ellerman Enzinna PLLC<br>(202)753-5553<br>penzinna@ellermanenzinna.com | Evan Miller<br>Vinson & Elkins LLP<br>(202) 639-6605<br>emiller@velaw.com |
| *Counsel for Plaintiff James H. Roane, Jr.* | *Counsel for Bruce Webster* |

                                         /s/Johnny Walker
                                     Assistant United States Attorney

                                     *Counsel for Defendants*

3