UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane v. Barr*, 05-cv-2337 | Case No. 19-mc-145 (TSC) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, (ECF No. 378), Plaintiff Cory Johnson's motion to compel discovery, (ECF No. 363), and motion for relief from judgment, (ECF No. 364), are hereby DENIED.

It is further ORDERED that Defendants shall provide notice by January 1, 2021, indicating which other plaintiffs they believe lack standing to bring challenges under the Federal Death Penalty Act. By the same date, Defendants shall also SHOW CAUSE as to why they did not assert the standing issue discussed in the court's accompanying Memorandum Opinion when they moved for summary judgment or when the court issued its September 14, 2020 show cause order.

Date: December 30, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1