# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In the Matter of the
Federal Bureau of Prisons' Execution
Protocol Cases

LEAD CASE: *Roane, et al. v. Barr*

THIS DOCUMENT RELATES TO:

*Roane, et al. v. Barr*, No. 05-2337

Case No. 19-mc-0145 (TSC)

## DEFENDANTS' COMBINED OPPOSITION TO DUSTIN HIGGS'S AND CORY JOHNSON'S MOTIONS FOR PRELIMINARY INJUNCTION

## **TABLE OF CONTENTS**

INTRODUCTION ...................................................................................................... iv

BACKGROUND ......................................................................................................3

STANDARD OF REVIEW........................................................................................8

ARGUMENT............................................................................................................9

I.    NEITHER HIGGS NOR JOHNSON IS LIKELY TO SUCCEED ON THE MERITS OF THEIR AS-APPLIED EIGHTH AMENDMENT CLAIMS ...........................................................................................9

    A.    Higgs and Johnson Face An Exceedingly High Bar on the Merits .......................9

    B.    The BOP Protocol Does Not Pose A Substantial Risk of Severe Harm ...............12

    C.    Higgs's Medical Conditions Do not Indicate that He Faces A Substantial Risk of Harm if Executed with BOP's Single-Drug Protocol .....................................17

    D.    Johnson's Medical Conditions Do not Indicate that He Faces A Substantial Risk of Harm if He is Executed with BOP's Single-Drug Protocol ............................25

    E.    Injunctive Relief Is Unwarranted Because There Is at Most Competing Expert Testimony Regarding Whether Higgs and Johnson Face an Increased Risk of Experiencing Pulmonary Edema ........................................................................27

    F.    Higgs and Johnson Fail to Propose a Feasible Alternative .................................29

II.    HIGGS AND JOHNSON CANNOT ESTABLISH IRREPARABLE HARM SUFFICIENT TO SUPPORT EQUITABLE RELIEF..........................34

III.    THE BALANCE OF EQUITIES AND THE PUBLIC INTEREST WEIGH AGAINST A PRELIMINARY INJUNCTION ....................................36

V.    THIS COURT SHOULD DENY HIGGS'S AND JOHNSON'S REQUEST FOR AN EVIDENTIARY HEARING. ...........................................37

CONCLUSION.......................................................................................................37

# TABLE OF AUTHORITES

**Cases**

*Amoco Production Co. v. Gambell*,
 480 U.S. 531 (1987) ................................................................................................36

*Arthur v. Dunn*,
 195 F. Supp. 3d 1257 (M.D. Ala. 2016), *aff'd sub nom.*, *Arthur v. Comm'r, Alabama Dep't of Corrections*, 840 F.3d 1268 (11th Cir. 2016), *cert denied*,
 137 S. Ct. 725 (2017) ..............................................................................................25

*Ass'n of Am. Physicians & Surgeons v. Sebelius*,
 746 F.3d 468 (D.C. Cir. 2014), *cert. denied sub nom. Ass'n of Am. Physicians & Surgeons, Inc. v. Burwell*, 135 S. Ct. 1024 (2015) ................................................................19

*Barr v. Lee*,
 140 S. Ct. 2590 (2020) ......................................................................................*passim*

*Baze v. Rees*,
 553 U.S. 35 (2008) ............................................................................................*passim*

*Bible v. Davis*,
 No. 4:18-cv-1893, 2018 WL 3068804 (S.D. Tex. June 21, 2018), *aff'd* 739 F. App'x 766 (5th Cir. 2018)...............................................................................................................18

*Boyd v. Warden, Holman Corr. Facility*,
 856 F.3d 853 (11th Cir. 2017) .................................................................................33

*Bucklew v. Precythe*,
 139 S. Ct. 1112 (2019) ......................................................................................*passim*

*Ctr. for Food Safety v. Salazar*,
 898 F. Supp. 2d 130 ................................................................................................19

*Davis v. Pension Benefit Guar. Corp.*,
 571 F.3d 1288 (D.C. Cir. 2009) ................................................................................8

*Dunn v. McNabb*,
 138 S. Ct. 369 (2017) ..............................................................................................36

*Glossip v. Gross*,
 576 U.S. 863 (2015) ..........................................................................................*passim*

*Gomez v. U.S. Dist. Ct. for the N. Dist. of Cal.*,
 503 U.S. 653, 654 (1992) .........................................................................................37

ii

*Gray v. McAuliffe*, No. 16-0982,
  2017 WL 102970 (E.D. Va. Jan. 10, 2017) ............................................................31

*Hill v. McDonough*,
  547 U.S. 573 (2006) ..............................................................................................37

*In re Fed. Bureau of Prisons Execution Protocol Cases*,
  980 F.3d 126, 137 (D.C. Cir. 2020) ......................................................................35

*In re Fed. Bureau of Prisons Execution Protocol Cases*,
  No. 20-5329, 2020 WL 6750375 (D.C. Cir. Nov. 18, 2020) ..................................11

*In re Ohio Execution Protocol Litig.*,
  No. 11-1016, 2019 WL 244488 (S.D. Ohio Jan. 14, 2019) ...................................13

*In re Ohio Execution Protocol Litigation*,
  946 F.3d 287 (6th Cir. 2019) ...........................................................................16, 17

*League of Women Voters of U.S. v. Newby*,
  838 F.3d 1 (D.C. Cir. 2016) ...................................................................................35

*Mazurek v. Armstrong*,
  520 U.S. 968 (1997) ................................................................................................8

*McGehee v. Hutchinson*,
  463 F. Supp. 3d 870 (E.D. Ark. 2020) ..............................................................14, 15

*McGehee v. Hutchinson*,
  854 F.3d 488 (8th Cir. 2017) ..................................................................................31

*McGehee v. Hutchinson*,
  No. 17-0179, 2020 WL 2841589 (E.D. Ark. May 31, 2020) ..................................31

*Munaf v. Geren*,
  553 U.S. 674 (2008) ................................................................................................8

*Queen v. Schultz*,
  310 F.R.D. 10 (D.D.C. 2015) ..................................................................................19

*Sherley v. Sebelius*,
  644 F.3d 388 (D.C. Cir. 2011) .................................................................................8

*United States v. Higgs*,
  353 F.3d 281 (4th Cir. 2003) .............................................................................36, 37

*United States v. Locke*,
   No. 09–CR–0259, 2012 WL 1154084 (D.D.C. Apr. 9, 2012)..................................................19

*United States v. Tipton*,
   90 F.3d 861 (4th Cir. 1996), *cert. denied*, 546 U.S. 810 (1997)...........................................37

*Wilkerson v. Utah*,
   99 U.S. 130 (1878)......................................................................................................................32

*Winter v. Nat. Res. Def. Council, Inc.*,
   555 U.S. 7 (2008)......................................................................................................................8, 3

*Wis. Gas Co. v. FERC*,
   758 F.2d 669 (D.C. Cir. 1985).................................................................................................7, 18

**Statutes**

18 U.S.C. § 3596...........................................................................................................................34

Miss. Code. Ann. § 99-19-51........................................................................................................33

Okla. Stat. tit. 22, § 1014..............................................................................................................33

Utah Code Ann. § 77-18-5.5 (2015) .............................................................................................33

**Rules**

Local Rule of Civil Procedure 65.1 ..............................................................................................37

**Other Authorities**

Associated Press, Missouri Executes Killer with Rare Medical Condition That Some Feared
   Would Make Death Painful (Oct. 1, 2019), https://www.nbcnews.com/news/us-news/missouri-
   executes-killer-rare-medical-condition-some-feared-would-make-n1061056 .........................29

Austin Sarat, *Gruesome Spectacles: Botched Executions and America's
   Death Penalty* (2014) ................................................................................................................32

CDC, When You Can be Around Others After You Had or Likely Had COVID-19,
   https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/end-home-isolation.html...............6

Holly Yan & Steve Almasy, Missouri Inmate Executed Despite Activists' Concerns He Could
   Suffer Because of His Rare Disease, (Oct. 1, 2019),
   https://www.cnn.com/2019/10/01/us/missouri-execution-russell-bucklew-rare-disease-
   trnd/index.html..........................................................................................................................29

Marshall Project, *After Lethal Injection* (June 1, 2015), https://www.themarshallproject.org/
   2015/06/01/after-lethal-injection ..............................................................................................33

## INTRODUCTION

Defendants respectfully ask the Court to deny Plaintiffs Cory Johnson's and Dustin Higgs's motions for a preliminary injunction. Both seek to enjoin their executions, scheduled for January 14 and 15, 2021, respectively, based on their recent positive diagnosis for COVID-19 and their claims that executing them pursuant to the Federal Bureau of Prisons' ("BOP") execution protocol would violate the Eighth Amendment as applied to them due to the disease. They have, however, failed to meet their heavy burden of showing that preliminary injunctive relief is warranted.

The significance of that burden was recently addressed by the Supreme Court, which made clear that Plaintiffs' facial Eighth Amendment challenge to BOP's lethal-injection protocol does not warrant the extraordinary relief of a preliminary injunction barring their executions. *See Barr v. Lee*, 140 S. Ct. 2590 (2020). That was the case despite allegations and contested expert testimony asserting that the single-drug pentobarbital protocol will cause Plaintiffs to suffer pain due to the development of pulmonary edema while they are still sensate. Higgs and Johnson now present a variation on those allegations, claiming that their COVID-19 diagnoses mean that they will suffer lung damage, which they contend means that they could develop pulmonary edema faster than other inmates, and that the increased speed with which they foresee lung-related pain developing provides a basis for an injunction, despite the Supreme Court's previous decision in this case.

Neither Higgs nor Johnson is likely to prevail on the merits of this as-applied Eighth Amendment claim. As the Supreme Court explained in *Lee* and the D.C. Circuit recently reiterated, such a claim is unlikely to prevail if all that an inmate can show is competing testimony from credible experts. At best, that is all that Higgs and Johnson show here. Their experts opine that pentobarbital achieves only unresponsiveness and not unconsciousness, but that is not the consensus of the scientific community, particularly in light of the millions of patients who have received clinical doses of anesthesia without concern for such effects. Rather, Defendants' experts show that any pulmonary edema occurs only after an inmate who has received a lethal dose of pentobarbital has died or, at the very least, is unconscious and incapable of experiencing pain.

1

With respect to the overarching debate in this litigation regarding pentobarbital's ability to render an inmate insensate before any pulmonary edema develops, the Supreme Court has opined that no injunctive relief is available; Higgs and Johnson present no basis on which to conclude that their more case-specific allegations on these topics warrant a departure from the Supreme Court's previous ruling.

Plaintiff Higgs previously had alleged that his underlying health conditions made him more susceptible to contracting the novel coronavirus, which in turn would cause him to suffer lung damage and experience the effects of pulmonary edema more acutely than other inmates. This Court dismissed that claim as speculative, but has since granted Higgs leave to allege an as-applied Eighth Amendment claim due to his subsequent COVID-19 diagnosis. But Higgs's claim remains speculative. While he has experienced some mild symptoms of COVID-19 according to his medical records, his speculation that he has suffered significant lung damage—such that he would feel more effects of pulmonary edema when given a lethal dose of pentobarbital than other inmates—has since been disproved by a chest x-ray showing that his lungs have no coronavirus-related issues. Similarly, Johnson's claims regarding COVID-19 related lung damage turn on pure speculation, uncorroborated by any medical evidence, despite Johnson's burden to establish his entitlement to relief.

Although Higgs's and Johnson's experts opine that merely having COVID-19 puts Higgs and Johnson at a higher risk of experiencing pulmonary edema while sensate, those experts' opinions are entirely speculative, as none of them are able to cite any actual evidence of damage to these plaintiffs' lungs. As before, "the Government has produced competing expert testimony of its own, indicating that any pulmonary edema occurs only after the prisoner has died or been rendered fully insensate." *Lee*, 140 S. Ct. at 2591. In addition to the evidence already in the record supporting the government's contention that the single-drug pentobarbital protocol does indeed rapidly render an inmate insensate—not just unresponsive—the government has produced expert testimony contesting even the premise of Higgs's and Johnson's coronavirus-related allegations. As the attached declarations of Drs. Joseph Antognini (an anesthesiologist) and Todd Locher (a

2

pulmonologist) explain,[1] there is no evidence that mildly symptomatic COVID-19 patients have an accelerated or otherwise increased propensity for pulmonary edema when administered a lethal dose of pentobarbital.  In other words, it is not likely that Higgs and Johnson will experience pulmonary more quickly or severely (if at all) than inmates who have not been diagnosed with COVID-19.  At every level, then, Higgs' and Johnson's contentions that they—unlike all other plaintiffs in this case—will suffer the type of harm that rises to the level of an Eighth Amendment violation fail.

Finally, while the Court has granted Higgs's and Johnson's request for an evidentiary hearing on the impact of their COVID-19 diagnosis, Defendants continue to believe that such a hearing is unnecessary.  Not only is it contrary to the practice of this District, it would not change the fact that Higgs and Johnson at best show that there is competing expert testimony over whether they will be sensate if pulmonary edema develops upon the injection of a massive dose of pentobarbital—*i.e.*, the same question at issue in *Lee* when the Supreme Court vacated this Court's preliminary injunction.

## BACKGROUND

On September 1, 2020, Higgs filed an unopposed motion to intervene in *Roane et al. v. Gonzales et al.*, No. 05-2337, which is one of the cases in this consolidated action.  ECF No. 229-1. The Court granted that motion three days later.  Min. Order (Sept. 4, 2020).  Higgs's claims were mostly identical to those asserted by the other Plaintiffs—including claims under the Federal Death Penalty Act (FDPA); the Federal Food, Drug, and Cosmetic Act (FDCA); and the Eighth Amendment—with one deviation: Higgs also brought an as-applied challenge under the Eighth Amendment, alleging that because of his asthma and because he believed that had contracted COVID-19 in February 2020, he faced a unique and individualized risk of serious harm if executed using pentobarbital.  Higgs Intervenor Compl. ¶¶ 166–72.

---

[1] *See* Declaration of Todd L. Locher, M.D. (December 31, 2020), attached hereto as Exhibit 1; and Fifth Supplemental Declaration of Joseph F. Antognini, M.D. (December 30, 2020), attached hereto as Exhibit 2.

Defendants moved to dismiss Higgs's as-applied claim on November 3, 2020, *see* ECF No. 306, arguing principally that the claim was speculative since Higgs not only failed to allege that he had tested positive for COVID-19, but also that he failed to allege that he had actually suffered lung damage from the disease.  *See* ECF No. 306-1 at 9-11.  While Defendants' motion was pending, on December 4, 2020, Higgs moved for leave to file an amended and supplemental complaint in which he asserted additional allegations in an attempt to support his as-applied Eighth Amendment claim and added claims regarding an alleged ex post facto violation and the Attorney General's alleged arbitrary selection of Higgs for execution.  *See* ECF No. 343-1.  Higgs also simultaneously moved for a preliminary injunction.  *See* ECF No. 344 ("Higgs 1st PI Motion").  In arguing for injunctive relief pursuant to his as-applied claim, Higgs contended that a combination of his medical issues—asthma, mitral valve regurgitation (a heart condition that he did not allege in his initial amended and supplemental complaint), and potential exposure to COVID-19—puts him "especially at risk of experiencing flash pulmonary edema while still sensate."  *Id.* at 15-17.

In response to Higgs's motion, Defendants argued that Higgs's medical records do not indicate that he is more likely than other Plaintiffs to experience any pulmonary edema that may develop from a lethal dose of pentobarbital.  Defs. Opp'n to Higgs 1st PI Mot., ECF No. 352.  Higgs's medical records indicated that an EKG from May 2020 showed that his left ventricular size was normal, *id*. at 33 (quoting 4th Suppl. Antognini Decl. ¶ 4, ECF No. 352-1); that on September 11, 2020, "'his asthma is fairly well controlled and he can exercise vigorously,'" *id*. at 32 (quoting 4th Suppl. Antognini Decl. ¶ 4); and that as recently as November 5, 2020, during a cardiology clinic visit, the treating physician reported that Higgs was stable, *id*.

On December 9, 2020, the Court dismissed Higgs's as-applied claim for failing to meet the Eighth Amendment's high bar.  *See* ECF No. 355, Order.  The Court determined that Higgs's claim "rest[ed] on two assumptions:  first, that he will contract COVID-19, and second, that if he contracts COVID-19, he is likely to have lung damage that augments the sensations of drowning and suffocation caused by pentobarbital."  ECF No. 354, Mem. Op. at 3.  Because Higgs had not

tested positive for COVID-19, the Court found that he did not plausibly state a claim "that his execution 'is sure or very likely to cause serious illness and needless suffering.'" *Id.* at 4 (quoting *Glossip v. Gross*, 576 U.S. 863, 877 (2015)).

On December 11, 2020, Higgs filed his reply in support of his motion for a preliminary injunction, and abandoned his as-applied Eighth Amendment claim as a basis for the motion. He did so even though his motion for leave to file an amended and supplemental complaint on the as-applied Eighth Amendment claim was still pending, notwithstanding the Court's dismissal of the original as-applied claim. In doing so, Higgs effectively acknowledged that his asthma and heart condition are insufficient to warrant preliminary injunctive relief, either independently or collectively, without his contracting COVID-19.

On December 17, 2020, the Court held a status conference to discuss the possibility of an evidentiary hearing on Higgs's pending motions for leave to file his amended pleading and for preliminary injunction. At that hearing, Higgs's counsel reported that Higgs had tested positive for COVID-19. Counsel for Defendants reminded the Court that the as-applied claim was still speculative because there was no indication that Higgs had suffered lung damage as a result of contracting COVID-19. Exhibit 3, Hr'g Tr. 7:24-8:9 (Dec. 17, 2020). The Court acknowledged the point: "[A]ll we have right now is a positive test . . . this virus is extremely unpredictable and presents in many different ways and presents many different symptoms." *Id.* Tr. 8:10-13. The Court continued, "I . . . couldn't even begin to guess how it will affect him. . . . I assume his lawyers will file a motion if his health situation deteriorates such that they believe they have a claim." *Id.* Tr. 8:18-22. The Court later set a deadline of December 28, 2020 for the parties to file a status report.

Just five days later on December 22, 2020, Higgs sought leave to file a second amended and supplemental complaint and a second motion for preliminary injunction. *See* ECF No. 369. The Court granted him leave the next day. In his Second Amended and Supplemental Complaint, ECF No. 370, Higgs alleges for the first time in a pleading that he has a heart condition that purportedly will impact that way he will experience flash pulmonary edema, *see* ECF No.

370 ¶¶ 19-22, and that the heart condition, combined with his asthma, puts him at greater risk of pulmonary edema even in the absence of COVID-19. *Id.* ¶ 25. Higgs also alleges that this risk will be heightened by his COVID-19 diagnosis. *Id.* ¶ 32. Higgs further alleges that there are three feasible and readily implemented alternatives to lethal injection using pentobarbital: (1) adding a pre-execution dose of an opioid or other suitable analgesic; (2) the firing squad, and (3) postponing his "execution for a period of two to three months from the onset of his COVID-19 infection, at which time the functioning of Mr. Higgs's heart and lungs are likely to improve." *Id.* ¶ 34.

On December 16, 2020, Johnson also tested positive for COVID-19. On December 28, 2020, this Court granted him leave to file a supplemental complaint and preliminary injunction motion. *See* ECF Nos. 374 (Supplemental Complaint) and 375 (Preliminary Injunction Motion). His allegations and as-applied claim largely mirror Higgs's, except that Johnson does not claim to have any underlying health conditions and has experienced slightly different symptoms than Higgs.

Also on December 28, 2020, the parties filed a joint status report, which reported that on "December 27, 2020, both Mr. Higgs and Mr. Johnson were medically cleared from isolation status." Joint Status Report ¶ 4, ECF No. 376. The parties further reported that:

> Guidelines issued by the Centers for Disease Control and Prevention provide that an individual who has had COVID-19 and developed symptoms that are not classified as severe and who does not have a severely weakened immune system may be around others after (1) ten days since symptoms first appeared, and (2) twenty-four hours with no fever without the use of fever-reducing medications, and (3) other symptoms of COVID-19 are improving. Bureau of Prisons medical staff have determined that Mr. Higgs and Mr. Johnson each meets these criteria as of December 27, 2020. This guidance does not require a negative test or for symptoms to fully resolve before a person can be medically cleared from isolation status. Indeed, Mr. Higgs and Mr. Johnson continue to experience some symptoms consistent with COVID-19.

*Id.* (citing https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/end-home-isolation.html).

The parties also reported that neither Higgs nor Johnson had required hospitalization since testing positive for COVID-19. *Id.* ¶¶ 5 & 7. Defendants reported that Higgs's medical records from December 27, 2020, "indicate that Mr. Higgs reported a mild 'stuffy' nose, a nearly resolved

headache (with no headache at the time of the encounter), and improving symptoms. His temperature was normal, and his oxygen saturation was 100%." *Id.* ¶ 5. Higgs's counsel separately stated that "they believe Mr. Higgs has more substantial symptoms than these records indicate. In particular, they believe that Mr. Higgs has developed labored breathing over the past several days, and continues to experience labored breathing, which he has reported to BOP staff." *Id.* ¶ 6.

Defendants reported that Johnson's medical records from December 27, 2020, "indicate that Mr. Johnson reported a 'little cough' and denied difficulty breathing. His temperature was normal." *Id.* ¶ 7. Johnson's counsel separately stated that "they believe the BOP medical records do not accurately summarize Mr. Johnson's medical symptoms and tests." *Id.* ¶ 8. They contend that "Mr. Johnson previously suffered from body aches and more severe fatigue than indicated, despite reporting it to BOP staff," and that he did not refuse "an oxygen saturation test on December 27, 2020," despite his medical records stating the opposite. *Id.*

As the attached declaration of Shauna Smiledge, the Health Services Administrator at the Federal Correctional Complex at Terre Haute, Indiana (FCC Terre Haute), explains, multiple providers examined Higgs and Johnson on multiple days. Declaration of Shauna Smiledge ¶¶ 11–12 (attached hereto as Exhibit 4). All the providers were required to accurately document their encounters with the inmates to ensure the integrity of the medical records, *id.* ¶¶ 6–8, and there is no evidence that Higgs's or Johnson's medical records through December 27 are inaccurate, *id.* ¶ 11.

Indeed, since December 27, Johnson still has not reported any body aches or fatigue, but has reported a cough and an intermittent sore throat. *Id.* ¶ 13. He has also reported dental pain from a displaced filling. *Id.* On December 30, 2020, Johnson's provider, C. Beal, reported that he told her, "'I'm okay, I'm good,'" when she asked him if he was experiencing any symptoms that day. *Id.* As for counsel's assertion that Johnson did not refuse an oxygen saturation test on December 27, 2020, as reported in the medical records, the Health Services Administrator explains that Johnson declined to leave his cell to participate in the test and so he was deemed to have refused the test. *Id.* 13.

7

Meanwhile, Higgs did report on December 30, 2020, that he was having intermittent difficulty catching his breath. *Id*. ¶ 12. His records quote him as stating, "'I just wanted it documented that I was short of breath sometimes. Nothin's new. I'm fine.'" *Id*. Higgs reported no fatigue, his oxygen saturation was 98%, and his lungs sounded clear, but his provider recommended a routine chest x-ray. *Id*. The x-ray was completed on December 30, 2020. The "radiology report found no abnormalities other than a 'right apical reticular nodular density' that was 'unchanged' since Higgs's last chest x-ray on October 18, 2018." *Id*.

## STANDARD OF REVIEW

"A preliminary injunction is an extraordinary and drastic remedy." *Munaf v. Geren*, 553 U.S. 674, 689 (2008) (citation omitted). It is "never awarded as of right," *id*. at 690, and "should not be granted unless the movant, *by a clear showing*, carries the burden of persuasion," *Mazurek v. Armstrong*, 520 U.S. 968, 972 (1997) (citation omitted) (emphasis in original); *accord Davis v. Pension Benefit Guar. Corp.*, 571 F.3d 1288, 1292 (D.C. Cir. 2009). The movant must satisfy a four-prong test, establishing "that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *accord Sherley v. Sebelius*, 644 F.3d 388, 392 (D.C. Cir. 2011).

As the D.C. Circuit has explained, "[t]he basis for injunctive relief in the federal courts has always been irreparable harm and inadequacy of legal remedies." *Wis. Gas Co. v. FERC*, 758 F.2d 669, 674 (D.C. Cir. 1985) (citation omitted). "Although the concept of irreparable harm does not readily lend itself to definition," the D.C. Circuit has explained that "the injury must be both certain and great; it must be actual and not theoretical." *Id*. Injunctive relief "will not be granted against something merely feared as liable to occur at some indefinite time." *Id*. (citation omitted). That is, the party seeking injunctive relief must show that "[t]he injury complained of [is] of such imminence that there is a 'clear and present' need for equitable relief to prevent irreparable harm." *Id*. (citation omitted). "Bare allegations of what is likely to occur are of no value since the court must decide whether the harm will *in fact* occur." *Id*. (emphasis in original).

Higgs and Johnson fail to meet the above standard for injunctive relief.

## **ARGUMENT**

### I.   **NEITHER HIGGS NOR JOHNSON IS LIKELY TO SUCCEED ON THE MERITS OF THEIR AS-APPLIED EIGHTH AMENDMENT CLAIMS**

Neither Higgs nor Johnson is likely to succeed on the merits of their as-applied Eighth Amendment claims.[2]  The standard for such a claim is demanding, the Supreme Court has already vacated an earlier preliminary injunction on Plaintiffs' Eighth Amendment claim based on the asserted risk of pulmonary edema while sensate in this case, and the D.C. Circuit has noted that it will be a difficult task for Plaintiffs to succeed in this area.  In fact, Higgs's and Johnson's arguments—*i.e.*, that inmates infected with COVID-19 and executed with pentobarbital will experience pulmonary edema more acutely than those not infected with COVID-19—present the very sort of battle of experts that the Supreme Court specifically said does not support the entry preliminary injunction precluding use of the widely used pentobarbital lethal-injection protocol.

### A.  **Higgs and Johnson Face An Exceedingly High Bar on the Merits**

A plaintiff challenging the constitutionality of a method of execution bears a heavy burden. To demonstrate that the method violates the Eighth Amendment, a plaintiff must show that it is "'*sure or very likely* to cause serious illness and needless suffering,' and give rise to 'sufficiently *imminent* dangers.'"  *Glossip v. Gross*, 576 U.S. 863, 877 (2015) (quoting *Baze v. Rees*, 553 U.S. 35, 50 (2008)) (emphasis in *Glossip*).  "[T]here must be 'a substantial risk of serious harm,' an 'objectively intolerable risk of harm' that prevents prison officials from pleading that they were 'subjectively blameless for purposes of the Eighth Amendment.'"  *Id.* (quoting *Baze*, 553 U.S. at 50).

The Eighth Amendment does not "demand the avoidance of all risk of pain in carrying out executions" or "guarantee a prisoner a painless death—something that, of course, isn't guaranteed

---

[2] For the Court's convenience and to avoid the need to cross reference, Defendants repeat herein many of their arguments on the as-applied Eighth Amendment claim articulated in their opposition to Higgs's first motion for a preliminary injunction, which remains pending.

to many people." *Bucklew v. Precythe*, 139 S. Ct. 1112, 1124–25 (2019) (quotation marks omitted). The fact that "an execution may result in pain, either by accident or as an inescapable consequence of death," is insufficient to state an Eighth Amendment claim. *Baze*, 553 U.S. at 50. Rather, the Constitution prohibits the "'superadd[ition]' of 'terror, pain, or disgrace'" to a capital sentence. *Bucklew*, 139 S. Ct. at 1124 (citation omitted).

Even if an inmate does show an intolerable risk of severe harm, the Eighth Amendment analysis is "a necessarily comparative exercise," *Bucklew*, 139 S. Ct. at 1126, so an inmate must also "prove a known and available alternative," *Glossip*, 576 U.S. at 880, that is "feasible, readily implemented, and in fact significantly reduce[s] a substantial risk of severe pain" relative to the challenged method, *id.* at 877. Merely "showing a slightly or marginally safer alternative," *id.* (quotation omitted), or "[a] minor reduction in risk is insufficient"; rather, "the difference must be clear and considerable," *Bucklew*, 139 S. Ct. at 1130. Otherwise, courts would become "boards of inquiry charged with determining 'best practices' for executions, with each ruling supplanted by another round of litigation touting a new and improved methodology." *Baze*, 553 U.S. at 51 (plurality opinion); *accord Bucklew*, 139 S. Ct. at 1125.

Finally, a plaintiff must further prove that the government has refused to adopt the proposed alternative "without a legitimate penological reason." *Bucklew*, 139 S. Ct. at 1125. There are "many legitimate reasons why [the government] might choose, consistent with the Eighth Amendment, not to adopt a prisoner's preferred method of execution." *Id.* In short, the "Constitution affords a measure of deference to [the government's] choice of execution procedures." *Id.* (citation omitted). In part for that reason, the Supreme Court has *never* concluded that *any* state or federal method of execution violates the Eighth Amendment. *Id.* at 1124.

Neither Higgs nor Johnson is likely to succeed in proving that BOP's single-drug pentobarbital protocol violates the Eighth Amendment as applied to them. Indeed, the Supreme Court has never found any method of execution to be unconstitutional especially in light of the trend of the States and federal government to continually search for the most humane method of execution. Most significantly, the Supreme Court vacated a prior preliminary injunction on

Plaintiffs' Eighth Amendment claim in this very case, concluding that the moving Plaintiffs had not established a likelihood of success on the merits based on largely the same evidence regarding "flash" pulmonary edema and the purported misperception of unresponsiveness as unconsciousness that Higgs and Johnson put forward here. *Lee*, 140 S. Ct. at 2591. The Supreme Court observed that single-dose pentobarbital "has become a mainstay of state executions," and that, "by selecting . . . single-dose pentobarbital," the federal government "followed th[e] trend" set by States "developing new methods . . . thought to be less painful and more humane than traditional methods, like hanging, that have been uniformly regarded as constitutional for centuries." *Id.* The Court observed that it had upheld the pentobarbital protocol "last year, as applied to a prisoner with a unique medical condition that could only have increased any baseline risk of pain associated with pentobarbital as a general matter. *Id.* (citing *Bucklew*, 139 S. Ct. 1112). "Against this backdrop," and in light of the fact that the government had produced "competing expert testimony of its own," *id.*, the Supreme Court found that Plaintiffs could not establish even a likelihood of success on their Eighth Amendment claim by proffering contested evidence that "pentobarbital causes prisoners to experience 'flash pulmonary edema,'" potentially "temporarily produc[ing] the sensation of drowning or asphyxiation." *Id.* Accordingly, the Court held that Plaintiffs failed to make "the showing required to justify last-minute intervention" to stop a lawful execution. *Id.*

Although the D.C. Circuit reversed this Court's subsequent grant of the government's motion to dismiss the Eighth Amendment claim, the D.C. Circuit observed that cases like *Baze*, *Glossip*, *Bucklew*, and *Lee* "collectively mark out the difficult task ahead for Plaintiffs on the merits" of an Eighth Amendment claim. *In re Fed. Bureau of Prisons Execution Protocol Cases*, No. 20-5329, 2020 WL 6750375, at *8 (D.C. Cir. Nov. 18, 2020). As the D.C. Circuit explained, "if all that Plaintiffs can produce at summary judgment is a 'scientific controvers[y]' between credible experts battling between 'marginally safer alternative[s],' their claim is likely to fail on the merits." *Id.* (quoting *Baze*, 553 U.S. at 51). As discussed below, Higgs's and Johnson's motions *at best* present such a scientific controversy on the very narrow question relevant in light

of *Lee*:  the possibility that they will develop pulmonary edema so much more quickly than the other plaintiffs that their contentions that they may experience pain while sensate materially differ from those the Supreme Court deemed inadequate to support preliminary injunctive relief. Moreover, it is a controversy in which Defendants are clearly supported by the weight of scientific evidence.

### B.  The BOP Protocol Does Not Pose A Substantial Risk of Severe Harm

The parties have already litigated extensively Plaintiffs' general Eighth Amendment claim and whether BOP's single-drug pentobarbital protocol is likely to result in unconstitutional pain. As Defendants have demonstrated before, given the widespread use of pentobarbital in executions and the amount of litigation that has already occurred across the country, Plaintiffs, including Higgs and Johnson, "should be required to do more than simply offer the testimony of a few experts or a few studies" and "should point to a well-established scientific consensus." *Baze*, 553 U.S. at 67 (Alito, J. concurring).  They have failed to do so.  Both share other Plaintiffs' general theory that "flash" pulmonary edema—an accumulation of fluid in the lungs—occurs "immediately" upon the injection of a high dose of pentobarbital and before an inmate becomes insensate, *see* Higgs 1st PI Mot. at 8; Johnson PI Mot. at 12, ECF No. 375-1, thus causing the inmate to experience "the sensation of drowning," Higgs First PI Mot. at 8 (citing Van Norman Decl. at 31, ECF No. 24).

As Dr. Antognini has explained, however, even if pulmonary edema occurred prior to death, inmates would not feel the sensation of drowning or suffocation before death occurs.  *See*

4th Suppl. Antognini Decl. ¶ 35.[3]  Pulmonary edema would occur only after an injection of a "high dose" of pentobarbital.  But much smaller doses of pentobarbital result in unconsciousness in 20 to 30 seconds on average.  Antognini Decl. ¶ 8, ECF No. 111-4.  In a 100-kg person (about 220 pounds), this dose would be 500 mg, which is only 10 percent of the dose used in the government's protocol.  *Id.*  Thus, once the first 500 mg has been injected, a 100-kg person would almost immediately become insensate, and that would be before the occurrence of any pulmonary edema, because pulmonary edema would result only from a much larger dosage (*i.e.*, an overdose).  *Id.*  Thus, an individual would not experience the sensation of pain, suffocation, or air hunger associated with pulmonary edema prior to becoming unconscious.  *Id.*  And as the additional 4500 mg of pentobarbital is administered, the inmate would have progressive brain depression, with electrical brain silence occurring, followed by cardiovascular collapse.  *Id.*  In other words, the inmate would not feel pain, suffocation, or air hunger after becoming unconscious, either.  *Id.*  Dr. Antognini's conclusions in this area are supported by several studies, including studies from within the past decade.  *Id.* ¶¶ 7–11.  The Supreme Court has noted that at least one of those studies indeed supports Dr. Antognini's time estimate of 20 to 30 seconds.  *Bucklew*, 139 S. Ct. at 1132.  Defendants' other expert, Dr. Kendall Von Crowns, agrees that "[d]ue to the rapidity in which

---

[3] The Court has previously stated that Dr. Antognini's testimony "did not carry much weight," but it did so for reasons that warrant revisiting.  The Court noted that Dr. Antognini relied heavily on animal studies, Mem. Op. at 39, ECF No. 261, but that is also true of Plaintiffs' expert, Dr. Van Norman, *see* Suppl. Van Norman Decl. ¶¶ 7–11, ECF No. 281-5; 2d Suppl. Antognini Decl. ¶ 32.  The Court also noted that many of the studies relied upon by Dr. Antognini were dated, though it also observed "that many of the most salient studies on pentobarbital were performed in the 1940s, 50s, and 60s." Mem. Op. at 39.  And many of the studies relied upon by Dr. Van Norman are also dated; many are more than a decade old.  *See, e.g.*, Van Norman Decl. ¶¶ 25, 37, 38, 49, 75, 100, 110, ECF No. 24.  Finally, the Court "took judicial notice that Dr. Antognini was found to be not qualified to opine on similar issues" in a case in the Southern District of Ohio. Mem. Op. at 39.  But the Ohio court was considering Dr. Antognini's opinion regarding the analgesic properties of midazolam, which is not a barbiturate, and specifically "declined to exclude Dr. Antognini as an expert witness."  *See In re Ohio Execution Protocol Litig.*, No. 11-1016, 2019 WL 244488, at *62 (S.D. Ohio Jan. 14, 2019).  Thus, nothing about the Ohio case should undermine Dr. Antognini's well-sourced and informed opinions regarding the effects of pentobarbital, which, as the Court correctly noted, have been relied upon by the Supreme Court of the United States.  Mem. Op. at 39 (citing *Bucklew*, 139 S. Ct. at 1132).

pentobarbital is absorbed and the fact that onset of action is almost immediate, the inmates were to a reasonable degree of medical certainty unconscious when pulmonary edema set in." Crowns Decl. ¶ 13, ECF No. 246-1.

Dr. Van Norman has opined that flash pulmonary edema may occur with "smaller subanesthetic doses" of pentobarbital. Suppl. Van Norman Decl. ¶ 4, ECF No. 117-1. But that conclusion is roundly contradicted by the fact that clinical does of barbiturates like pentobarbital were used for decades to induce anesthesia in millions upon millions of patients. Corr. Suppl. Antognini Decl. ¶ 8, ECF No. 122-2. If normal clinical doses—much less subanesthetic doses— caused pulmonary edema even in a small subset of patients, then the drugs would have been abandoned decades ago. *Id.*; *see also* 2d Suppl. Antognini Decl. ¶ 17, ECF No. 246-2 ("[P]rior studies using pentobarbital and thiopental, and the vast clinical experience over decades, show that pulmonary edema is a rare complication of clinical doses of barbiturates.").

In claiming that they would experience the effects of pulmonary edema before becoming insensate, Higgs and Johnson rely heavily on Dr. Van Norman's assertion that barbiturates like pentobarbital "diminish *responsiveness* rather than *consciousness*" and that anesthesiology textbooks and articles to the contrary are "outdated." Higgs 1st PI Mot. at 15–16 (citing Van Norman Decl. at 13); *see also* Am. Compl. ¶ 74, ECF No. 92. In support of this distinction, Dr. Van Norman cites studies using the isolated forearm technique, which, "even she concedes," is a technique "she has never used . . . in her practice and that . . . is not the standard of care in the United States for monitoring awareness during surgical procedures." *McGehee v. Hutchinson*, 463 F. Supp. 3d 870, 882 (E.D. Ark. 2020) (reviewing trial testimony of Dr. Van Norman). But these studies involved relatively light levels of anesthesia, unlike the profound brain depression that occurs with pentobarbital. Antognini Decl. ¶ 12, ECF No. 111-4; Corr. Suppl. Antognini Decl. ¶¶ 11–17, ECF No. 122-2. In Dr. Antognini's view, Dr. Van Norman "provides no evidence that perception and awareness occur when the brain is profoundly depressed by pentobarbital," and in fact, there is no such evidence. Antognini Decl. ¶ 13, ECF No. 111-4; *see also* 4th Suppl. Antognini Decl. ¶ 13.

14

Moreover, if Dr. Van Norman's opinion were correct, it would mean that, despite adequate amounts of anesthesia, as much as 72 percent of patients can have awareness during surgery, based on the studies on isolated forearm technique that she cites.  4th Suppl. Antognini Decl. ¶ 8.  If Dr. Van Norman's conclusions were accepted by the anesthesia professional community, the isolated forearm technique would have been widely used on surgical patients to ensure that they would not be aware and conscious during surgery.  *Id.*  Yet that is not the case.  *Id.*; *see also McGehee*, 463 F. Supp. 3d at 882 (noting Dr. Van Norman's concession that the technique is "not the standard of care in the United States for monitoring awareness during surgical procedures").  The reason is simply that the risk of awareness and consciousness during general anesthesia is not as high as Dr. Van Norman postulates.  4th Suppl. Antognini Decl. ¶ 8.  In fact, the risk is exceedingly low—so low that the isolated forearm technique, despite being available for decades, is rarely used during anesthesia and surgery, and when used, it is mostly for research purposes.  *Id.*  This demonstrates that Dr. Van Norman's conclusion about high risk of awareness and consciousness during adequate anesthesia is an outlier in the professional anesthesia community.  *Id.*; *see also id.* ¶¶ 9–11; *McGehee*, 463 F. Supp. 3d at 882.  And in any event, the "competing expert testimony" on this score merely echoes that which the Supreme Court has already concluded does not support preliminary injunctive relief precluding use of the well-established pentobarbital lethal-injection protocol.  *Lee*, 140 S. Ct. at 2591.

Reliable eyewitness accounts of recent executions further support the conclusion that inmates executed with pentobarbital do not experience pain or suffering from pulmonary edema. Brandon Bernard and Alfred Bourgeois were each executed earlier this month on December 10, 2020, and December 11, 2020, respectively.   An eyewitness in the execution room for the execution of Brandon Bernard stated that Bernard began citing the Lord's Prayer and toward the end of the prayer, he yawned and his upper body and arms shook slightly.  Decl. of Eric Williams ¶ 6, ECF No. 367-1. He then fell asleep, did not make any sounds, and did not appear to be in any pain or discomfort.  *Id.* ¶ 7.  His chest and abdomen rose and fell as he slept until he stopped breathing and was pronounced dead.  *Id.* ¶ 8.  An eyewitness in the execution room for the

execution of Alfred Bourgeois stated that Bourgeois closed his eyes, took a deep breath, and snored loudly. Decl. of Jonathan Hemingway ¶ 6, ECF No. 367-2. He continued to snore loudly and take deep breaths. His chest and abdomen rose and fell as he slept, he stopped breathing, and was pronounced dead. *Id.* ¶¶ 6-7. The eyewitness further reported that Bourgeois did not appear to be in pain or discomfort. *Id.* ¶ 6.

Two witnesses present in the execution room during Orlando Hall's execution on November 19, 2020, describe that Hall said that he was "ok," yawned, snored, and then stopped breathing. *See* Decl. of William True ¶¶ 5–7, ECF No. 352-3; Decl. of Rick Winter ¶ 6, ECF No. 352-4. Both witnesses note that Hall did not appear to be experiencing discomfort or struggling for air, True Decl. ¶ 9 and Winter Decl. ¶ 9. Defendants' pathologist expert, Dr. Kendall Von Crowns, opined that Hall's behavior did not indicate that he experienced pulmonary edema, *see* Decl. of Kendall Von Crowns ¶ 3, ECF No. 352-5; *see also* Antognini Decl. ¶ 20 (noting that snoring, deep breathing, and gasping are signs that pentobarbital acts quickly as expected). Similarly, an eyewitness in the execution room for the execution of William LeCroy on September 22, 2020, noted that LeCroy breathed deeply and snored and did not appear to experience discomfort or pain. Decl. of Eric Williams ¶¶ 7–9, ECF No. 291-5; *see also* Decl. of Kendall Von Crowns ¶ 3, ECF No. 291-4 (noting that accounts of LeCroy's execution did not establish that he experienced pulmonary edema). These accounts are further consistent with the accounts of the executions of Lee, Purkey, and Honken in July 2020, during which the inmates showed no signs of distress or suffering from pulmonary edema. Decl. of Kendall Von Crowns ¶¶ 5–6, 11, ECF No. 246-1; 2d Suppl. Antognini Decl. ¶ 27, ECF No. 246-2 ("Eyewitness accounts of federal executions performed in July and August 2020 indicate no problems and support the contention that pentobarbital causes rapid unconsciousness and death.").

In any event, even if any of the inmates did briefly experience the effects of "flash" pulmonary edema prior to becoming insensate, it would not suffice to establish a violation of the Eighth Amendment. The Sixth Circuit addressed this issue in *In re Ohio Execution Protocol Litigation*, and held that pulmonary edema does not "qualify as the type of serious pain prohibited

16

by the Eighth Amendment." 946 F.3d 287, 289 (6th Cir. 2019). At issue there was the inmate's claim that the State's use of midazolam for his execution would cause pulmonary edema. As the court analyzed, the risk of pain associated with pulmonary edema is comparable to that "associated with" other forms of execution that have long been upheld as constitutional, "such as hanging." *Id.* If anything, the court observed, pulmonary edema "indeed may present fewer risks in the typical lethal-injection case." *Id.* at 290; *see also id.* (noting *Bucklew*'s observation that "'many and perhaps most hangings were evidently painful for the condemned person . . . because they caused death slowly,' namely through suffocation over several minutes'" (quoting *Bucklew*, 139 S. Ct. at 1124)). Accordingly, the court held that pulmonary edema does not meet the "very high bar" required by *Glossip*'s first prong. *Id.*

This conclusion is consistent with *Bucklew* because *Bucklew* did not assume that an inmate would feel no pain; to the contrary, it allowed for the possibility that the inmate could experience feelings of "suffocation and excruciating pain" for as long as 20 to 30 seconds. *See* 139 S. Ct. at 1132 (citation omitted). But Plaintiffs in fact are unlikely to experience any pain. As the Supreme Court explained in *Lee*, *Bucklew* rejected an Eighth Amendment challenge to a single-drug pentobarbital protocol "as applied to a prisoner with a unique medical condition that could only have increased any baseline risk of pain associated with pentobarbital as a general matter." 140 S. Ct. at 2159. Plaintiffs fail to establish that their allegations regarding a possibly faster onset of pulmonary edema before they become insensate suffice, notwithstanding *Bucklew*'s rejection of a similar as-applied claim, and *Lee*'s vacatur of an injunction premised on their same contested assertion regarding pulmonary-edema-related pain while still sensate. And in any event, Plaintiffs in fact are unlikely to experience any pain

### C. Higgs's Medical Conditions Do not Indicate that He Faces A Substantial Risk of Harm if Executed with BOP's Single-Drug Protocol

Higgs contends that three medical issues—allegedly "severe" asthma, "longstanding heart problems," and COVID-19 infection—make him "especially at risk of experiencing flash pulmonary edema while still sensate." Higgs 2d PI Mot. at 6-10, ECF No. 371. But contrary to

Higgs's general assertions about these conditions, his medical records do not demonstrate that the likelihood of such an injury is "both certain and great; . . . actual and not theoretical." *Wis. Gas Co.*, 758 F.2d at 674.  Most significantly, it continues to be the case that it is speculative that Higgs has suffered damage to his lungs from COVID-19.  And even if he has suffered "lung damage," it is similarly speculative that such lung damage, in combination with his other health conditions, will cause him to suffer pain associated with pulmonary edema that is certain and great.  *Cf. Bible v. Davis*, No. 4:18-cv-1893, 2018 WL 3068804, at *7 (S.D. Tex. June 21, 2018) (denying preliminary injunction based on as-applied Eighth Amendment claim related to inmate's specific medical condition when the injury is not in a "category of issues prohibited as cruel and unusual punishment and" where the injury alleged has not been shown to be any "more than speculative"), *aff'd* 739 F. App'x 766 (5th Cir. 2018).

        As an initial matter, Higgs's asthma and heart condition are insufficient, either individually or in combination, to establish the requisite unconstitutional level of pain.  *See* Higgs 2d Am. Compl. ¶ 25, ECF No. 370.  In his original intervenor-complaint, Higgs alleged that his asthma, in addition to his likelihood of having had COVID-19 in February 2020, was sufficient to set him apart from the other Plaintiffs.  This Court nevertheless dismissed his claim, after determining that his COVID infection was speculative.  In doing so, the Court necessarily determined that Higgs's asthma alone is insufficient to set him apart.  Moreover, putting aside his recent COVID-19 diagnosis, Higgs's medical records do not indicate that his asthma has materially affected his lung functions.  *See* Locher Decl. ¶¶ 4-6 (reviewing Higgs's asthma-related records).  Although Higgs's expert Dr. Joel Zivot notes that Higgs's asthma "often makes it difficult for him to breathe," Zivot Suppl. Decl. ¶ 6, ECF No. 344-2, Higgs's medical records indicate otherwise.  During a clinic visit on November 5, 2020, Higgs "deni[ed] any symptoms of shortness of breath, palpitations, or lower extremity edema."  4th Suppl. Antognini Decl. ¶ 3.  During that same visit, his oxygen saturation was determined to be at 100%.  *Id.*  A pulmonary examination on October 28, 2020, showed that Higgs was "[c]lear to auscultation without crackles, rhochi or wheezing."  *Id.*  And, importantly, on September 11, 2020, Higgs's lung peak flow values, measured without bronchodilators (such

as an inhaler), were within the normal range.  *Id.*  During the same visit, Higgs reported that "his asthma is fairly well controlled and he can exercise vigorously."  *Id.* ¶ 4; Locher Decl. ¶ 4. Defendants' expert, pulmonologist Dr. Locher, further notes that Higgs's records report "no use of oral corticosteroids or hospital stays due to asthma," that Higgs "has no nocturnal symptoms of asthma," and that he is prescribed a "moderate dose" of "maintenance medication."  Locher Decl. ¶ 4.  Dr. Locher concludes that "Mr. Higgs's asthma . . . would seem to be mild or moderate in severity," is "well controlled," and is not severe enough to "cause or contribute to pain or suffering from pulmonary edema after an injection of 5 grams of pentobarbital."  *Id.* ¶ 6.

As to Higgs's heart condition, there are several reasons to reject its significance.  Higgs failed to even allege that he had any heart condition in either his original intervenor-complaint, *see* ECF No. 229-1, or his first proposed amended and supplemental complaint, *see* ECF No. 343-1. Nor did Dr. Zivot mention Higgs's heart condition in his declaration accompanying Higgs's original intervenor-complaint.  Higgs now alleges in the second amended and supplemental complaint that he "'is always at a greater risk for lung congestion than an otherwise healthy person as a consequence of mitral regurgitation and asthma.'"  Higgs 2d Am. & Suppl. Compl. ¶ 25, ECF No. 370 (quoting Zivot Suppl. Decl. at 5).  But Higgs abandoned that argument in his reply in support of his first motion for preliminary injunction, which is still pending.  *See* ECF No. 356 (failing to argue after dismissal of Higgs's' original as-applied claim, that his mitral regurgitation and asthma put him at greater risk despite the pendency of his first motion to file an amended and supplemental complaint).[4]

---

[4] *See Queen v. Schultz*, 310 F.R.D. 10, 22 (D.D.C. 2015) (declining to consider an argument the plaintiff had failed to make any reference to on reply) (citing the following cases:  *Ctr. for Food Safety v. Salazar*, 898 F.Supp.2d 130, 152 n. 2 (D.D.C.2012) ("The Court, however, need not address [Plaintiff's] argument [because] Plaintiffs' Reply appears to abandon the first challenge . . . ."), *United States v. Locke*, No. 09–CR–0259, 2012 WL 1154084, at *1 (D.D.C. Apr. 9, 2012) ("Locke's reply abandons any reference to § 3572(d)(3) and refers only to § 3664(k). Accordingly, the Court will consider Locke's request with respect to the latter provision only."), and *Ass'n of Am. Physicians & Surgeons v. Sebelius*, 746 F.3d 468, 471 (D.C. Cir. 2014), *cert. denied sub nom. Ass'n of Am. Physicians & Surgeons, Inc. v. Burwell*, 135 S. Ct. 1024 (2015) (noting the "standard

Moreover, although Higgs alleges that he "has an enlarged left atrium," Higgs 2d Am. & Suppl. Compl. ¶ 22, an electrocardiography ("EKG") in May 2020 showed that Higgs's left ventricular size was normal with no significant changes from an EKG in May 2019.  4th Suppl. Antognini Decl. ¶ 4; *see also* Locher Decl. ¶ 7.  During a cardiology clinic visit on November 5, 2020, Higgs reported "that he just has the heart murmur.  Doesn't bother him."  The physician concluded that "[f]rom the cardiac standpoint this gentleman appears stable."  4th Suppl. Antognini Decl. ¶ 4; *see also* Locher Decl. ¶ 7 (noting the same).  Most importantly, Higgs recently (in September 2020) reported that he is able to "exercise vigorously."  4th Suppl. Antognini Decl. ¶ 4.  These findings and reports indicate that Higgs is minimally affected by mitral regurgitation.  *Id.*  Nothing in Higgs medical records indicates that COVID-19 has exacerbated his alleged heart condition.  *See* Third Supplemental Declaration of Dr. Kendall Von Crowns ¶ 7 (Dec. 30, 2020), attached hereto as Exhibit 5;[5]  *see also* Locher Decl. ¶ 8 ("There is no evidence in Mr. Higgs's medical record of any objective or subjective findings which may suggest further cardiac dysfunction due to COVID-19.").  Moreover, according to Dr. Locher, "there is no way for anyone to know if Mr. Higgs has any cardiac decompensation without performing a physical exam, laboratory studies such as a serum troponin level . . ., a current EKG and echocardiogram."  *Id.*  But, as Dr. Locher notes, "[i]t would not be a standard of medical practice to perform such an evaluation on a patient with minimal or no symptoms, like Mr. Higgs."  *Id.*

---

rule inferring concession from gaps in a plaintiff's opposition" to uphold district court's acceptance of argument as conceded when plaintiff failed to respond to the argument)).

[5] Higgs misleadingly cites earlier testimony from Dr. Crowns to argue that "heart conditions like Mr. Higgs's can cause flash pulmonary edema in a prisoner executed with pentobarbital." Higgs 2d PI Mot. at 9, ECF No. 371.  As Dr. Crowns explains in the attached declaration, when he testified that he was aware of a case report of an individual with underlying heart issues who developed flash pulmonary edema, he was referring to a 1967 case study first cited by Dr. Van Norman of a single patient with clear symptoms of heart failure.  Crowns 3d Suppl. Decl. ¶ 3.  Higgs, in stark contrast, "has no symptoms of heart failure," or even "symptoms that suggest he is progressing to hear failure."  *Id.* ¶ 4.

That Higgs's asthma and heart conditions alone are irrelevant is confirmed by Higgs's own allegation that, aside from the firing squad or adding a clinical dose of an opioid, "a third alternative method" is to "postpone Mr. Higgs's execution for a period of two to three months from the onset of his COVID-19 infection, at which time the functioning of Mr. Higgs's heart and lungs are likely to improve." Higgs 2d Am. & Suppl. Compl. ¶ 34, ECF No. 370. Thus, even Higgs himself acknowledges that his asthma and heart condition are not, independently, or collectively (in the absence of COVID-related lung damage), conditions that demonstrate that he is likely to succeed on his as-applied Eighth Amendment claim.

Higgs's as-applied claim thus boils down to whether he is able to show that his lungs have been so damaged by COVID-19 that, when combined with his other health conditions, Higgs has a substantial likelihood of suffering an injury that is both certain and great. This Higgs cannot do. None of his experts opines that Higgs has actually suffered lung damage from COVID-19, let alone that any purported impact on Higgs's lungs would somehow exacerbate the effect of a lethal dose of pentobarbital sufficient to cause him to experience an unconstitutional level of pain. Indeed, Higgs's medical records indicate that he has only mild symptoms of COVID-19, which does not establish lung damage, let alone such significant lung damage that will materially increase the likelihood of him experiencing the effects of pulmonary edema while he is sensate. That is, Higgs's experts are merely speculating. This is particularly unwarranted in the context of COVID-19, when Higgs's own expert Dr. Zivot has acknowledged that "medical knowledge about the novel coronavirus is still developing." Zivot Decl. ¶ 11, ECF No. 229-1.

In fact, Higgs's medical records show that since he was diagnosed with COVID-19, he reported no symptoms from December 16 to 19; a headache and "'stuffy nose'" on December 20; a headache, nasal congestion, and a new complaint of shortness of breath on December 21; no symptoms on December 22 or 23; a "'scratchy throat'" and headache on December 24; and a slight headache on December 25. Locher Decl. ¶ 12. He also reported on December 25, "'My head feels better. My breathing feels funny, but I have asthma and I think it is that, can you check my oxygen.'" *Id.* His oxygen saturation was tested and showed a level of 100%. *Id.* Higgs reported

21

no symptoms on December 26; a "mild 'stuffy' nose" and mild headache on December 27; and a sore throat on December 28. *Id.* Higgs reported no symptoms on December 29. *Id.* On December 30, Higgs reports, "'I have a hard time catching my breath, . . . I feel like I have labored breathing.'" *Id.* Mr. Higgs further stated, "'I just wanted it documented that I was short of breath sometimes. Nothin's new, I'm fine.'" *Id.* Although he had no new or worsening symptoms, and no shortness of breath during his exam, had no temperature, and an examination of his pulmonary system found it to be normal, Higgs's provider scheduled him for a chest x-ray. *Id.* The x-ray was conducted on December 30, 2020 and showed "no evidence . . . of any lung involvement due to COVID-19." *Id.*

Dr. Locher, who has cared for both "critically ill and minimally symptomatic COVID-19 patients," *id.* ¶ 2, characterized these reports as reflective of "mild symptoms" with "no objective findings of any significant organ system dysfunction due to COVID-19." *Id.* ¶ 12. Indeed, according to Higgs's own experts, his symptoms would not be considered severe. Dr. Zivot has treated "hundreds of patients with COVID-19," Zivot Suppl. Decl. ¶ 13, ECF No. 372-7, and states that in obvious cases of "severe respiratory distress," a patient "is almost always" admitted to the hospital for "supplemental oxygen," Zivot Decl. ¶ 12, ECF No. 229-1; and in "the most severe cases," a patient will require "intubation and mechanical ventilation or attachment to a heart-lung support machine that bypasses severely damaged lungs." *Id.* Nothing in Higgs's medical records after his COVID-19 diagnosis suggests that he has a severe case of COVID-19. Nor does Dr. Zivot state otherwise; in fact, Dr. Zivot's declarations predated Higgs's COVID-19 diagnosis, and therefore shed no light on whether Higgs has sustained any lung damage from COVID-19.

Dr. Michael Stephen, the only board-certified pulmonologist among Higgs's three experts, states that he reviewed Higgs's "December 16, 2020 positive result for COVID-19 RNA," Declaration of Michael Stephen ¶ 3, ECF No. 369-4, but does not state that he has reviewed Higgs's medical records past that date. This renders his declaration similarly irrelevant as to the state of Higgs's lungs because it does not account for the progress of Higgs's COVID-19 infection.

But Dr. Stephen himself acknowledges that "[t]he manifestations of COVID-19 can . . . be spread out over a lengthy period of time, with different organs presenting with disease in the same patient over a widely spread out time period." *Id.* ¶ 9. He continues, "[t]his is one of the frustrating things about COVID-19: in some people it causes no symptoms, in some it leads to rapid decline and death, and in others there are subtle but potentially deadly manifestations that crop up weeks and often months after an initial diagnosis." *Id.* ¶ 11. Dr. Stephen notes that in COVID-19 patients, "[b]lood clots are very common, . . . [h]eart failure . . . is also a common manifestation[, and] [p]neumonia, even in asymptomatic patients, is extremely common." *Id.* ¶ 8. But there is no evidence in Higgs's medical records that he has any of these problems, *see* Locher Decl. ¶ 12, nor does Dr. Stephen opine that Higgs does. As Dr. Stephen notes, when patients come in with "symptoms of mild breathlessness or even fatigue," he cannot determine whether they have "decreased heart function, small clots in the lung that impede heart function, or pneumonia" without doing "a complete workup." Stephen Decl. ¶ 10. Higgs's medical records through December 29, 2020, did not indicate that he had any symptoms that warrant any care for respiratory distress, let alone the need for any "workup" of "his cardiopulmonary status," *id.* ¶ 15, to determine if he has suffered any lung damage. Indeed, they indicated precisely the contrary. *See* Locher Decl. ¶ 13 ("Obtaining [CT scan] . . . imaging is not indicated in patients with minimal . . . symptoms.").

As discussed, on December 30, when Higgs reported that he was having intermittent difficulty catching his breath, he was sent for a chest x-ray. Smiledge Decl. ¶ 12. The "radiology report found no abnormalities other than a 'right apical reticular nodular density' that was 'unchanged' since Higgs's last chest x-ray on October 18, 2018." *Id.* After reviewing the radiologist report and Higgs's other medical records, Dr. Locher concluded that "there is no evidence on the chest x-ray of any lung involvement due to COVID-19." Locher Decl. ¶ 12. Dr. Locher stated further that "[a]lthough a chest x-ray is not as sensitive for detecting such involvement as a CT scan, any findings on a CT scan would likely be minor in view of a normal chest x-ray." *Id.* ¶ 13.

23

Dr. Van Norman, who is not a pulmonologist or a cardiologist, who has never treated Higgs personally, and who does not claim to have reviewed Higgs's medical records since he contracted COVID-19, states sweepingly in her declaration that "[i]nfection with the COVID-19 virus leads to significant lung damage," and that "prisoners with recent or concurrent COVID infection, will experience earlier onset flash pulmonary edema, and more prolonged and severe symptoms of drowning and suffocation." Suppl. Decl. of Gail A. Van Norman, M.D., at 5-6, ECF No. 369-3. But, again, this is pure speculation. The studies she relies upon show a wide variance in the medical literature. Locher Decl. ¶ 11. Dr. Van Norman cites a study that found that 94.8% of persons with asymptomatic COVID-19 infections had abnormal CT scans, Van Norman Suppl. Decl. at 4, but that study appears to be anomalous. *Id.* She cites another study that shows "severe lung changes" occurred in 54% of asymptomatic patients, while Dr. Locher has identified a recent report by the British Institute of Radiology ("BIR") that shows that only 44.5% of asymptomatic patients showed abnormal CT scans. Locher Decl. ¶ 11. The wide variance exists in the literature for symptomatic patients too. Dr. Van Norman cites a study that reported "diffuse lung damage" in "56% of cases with *few* or no symptoms," (emphasis added) and for patients with "symptoms of any kind, the percentage that had sufficiently advanced damage to be apparent on a CT scan rose to 79%." Van Norman Suppl. Decl. at 4. Dr. Van Norman leaps from these studies to the conclusion that "[i]t is now clear that even in mild infection—*i.e.*, infection that is either asymptomatic or symptomatic but does not require hospitalization—significant damage is occurring in the lungs and particularly to the alveolar/capillary membrane." *Id.* But, as Dr. Locher explains, the BIR study concluded that "pulmonary opacities (shadows or haziness seen in the lung on CT scan of the chest) are small in patients with mild or no symptoms." Locher Decl. ¶ 11. Furthermore, "there is no way for anyone to know the extent of [an] inmate's lung involvement from COVID-19 without objective evidence such as a CT scan," and Higgs is not indicated for a CT scan given his mild symptoms. *Id.* ¶ 13. Higgs's recent chest x-ray showed no COVID-related lung involvement, therefore, "any findings on a CT scan would likely be minor." *Id.* Accordingly, Dr. Van Norman's conclusions are pure speculation. *Id.*

24

Further, neither Dr. Stephen nor Dr. Zivot provides an estimate of when Higgs would supposedly experience pain associated with pulmonary edema. *See* Antognini 5th Suppl. Decl. ¶ 5. Dr. Van Norman states in her most recent declaration that "[f]lash pulmonary edema occurs very rapidly (i.e., within seconds or minutes)," Van Norman Suppl. Decl. at 2, ECF No. 370-2, but that is a vast range of time, relatively speaking. As Dr. Antognini notes, if pulmonary edema occurs within seconds, "then it is unclear how Covid-19) or any other disease process for that matter) would increase the onset [of pulmonary edema]." Antognini 5th Suppl. Decl. ¶ 5. If it takes minutes, Dr. Van Norman does not provide any evidence to show how much faster it will set in for inmates with COVID-19. *Id.* Rather, Dr. Van Norman simply opines generically that "prisoners with recent or concurrent COVID infection will experience earlier onset of flash pulmonary edema, and more prolonged and severe symptoms of drowning and suffocation." *Id.* at 6. But in the absence of evidence that this purported "earlier onset" will occur prior to the 20 to 30 seconds that Dr. Antognini has opined it will take for an inmate to become insensate—or the 30 to 60 seconds that Higgs's expert, Dr. Craig Stevens, claims to be the clinical onset of pentobarbital, *see* Declaration of Craig W. Stevens, Ph.D. ¶ 8, ECF No. 344-1—Dr. Van Norman's statement does not constitute evidence that Higgs is likely to succeed in showing that BOP's protocol is "*sure or very likely* to cause serious illness and needless suffering, and give rise to sufficiently *imminent* dangers." *Baze*, 553 U.S. at 50 (internal quotation marks omitted) (emphasis in original). *Cf. Arthur v. Dunn*, 195 F. Supp. 3d 1257, 1271 (M.D. Ala. 2016) (rejecting inmate's as-applied challenge where the "science that is of record is, as they say, all over the place," and where the "likelihood of a painful heart attack . . . is speculative and unreliable when extrapolated from a clinical dose of 2 to 5 mg, to a non-clinical, bolus dose of 500 mg"), *aff'd sub nom.*, *Arthur v. Comm'r, Alabama Dep't of Corrections*, 840 F.3d 1268 (11th Cir. 2016), *cert denied*, 137 S. Ct. 725 (2017).

**D.  Johnson's Medical Conditions Do not Indicate that He Faces A Substantial Risk of Harm if He is Executed with BOP's Single-Drug Protocol**

Johnson's as-applied claim is equally weak. Johnson has not alleged any underlying health

conditions that would be exacerbated by COVID-19.  And all but one of the expert declarations he attaches to his Supplemental Complaint, ECF No. 374, are identical to the ones Higgs relies on. The only unique expert declaration Johnson relies upon is a declaration from Dr. Van Norman. *See* Suppl. Expert Declaration of Dr. Gail A. Van Norman, ECF No. 374-3.  Unlike her declaration for Higgs, Dr. Van Norman states that she did actually review Johnson's medical records from December 17 through December 20 (i.e., since his COVID-19 diagnosis).  *Id.* ¶¶ 2 & 4.  But again, Dr. Van Norman is not a cardiologist or pulmonologist, and has not actually personally examined Johnson.  She simply reports what appears on Johnson's medical records for the time period she reviewed—*i.e.*, that he has reported no fever, *id.* ¶ 4, but has reported a headache and a dry cough and pulse oximetry readings between 99% and 97%.  *Id.* ¶ 5.  As Dr. Van Norman notes, Johnson's headache and dry cough are subjectively based on what the patient feels; they are not "objective findings that the patient would not 'feel', such as abnormal sounds when the physician listens to the chest, abnormal test findings, etc."  *Id.* ¶ 7 n.1.  Dr. Van Norman cannot opine on the results of such objective measures because she has not examined Johnson and his medical records do not indicate any abnormal test findings or other findings based on a physician exam.  *Cf.* Locher Decl. ¶ 12 (stating that Johnson's medical records reflect "only mild symptoms and no objective findings of any significant organ system dysfunction").  Moreover, she states, based on Johnson's medical records through December 20, 2020, that "his clinical course . . . has yet to be determined."  Van Norman Suppl. Decl. ¶ 8, ECF No. 374-3.

In any event, Dr. Locher, who has cared for both "critically ill and minimally symptomatic COVID-19 patients," Locher Decl. ¶ 2, also reviewed Johnson's medical records since his COVID-19 diagnosis through December 30, 2020, and characterizes his symptoms as "mild."  Dr. Locher notes that Johnson did not report any symptoms on December 16, 17, 18, 19, 22, and 23. *Id.* ¶ 12.  Johnson did report a dry cough and headache on December 20; a dry cough on December 21; a headache on December 24; nasal congestion on December 25; improved breathing on December 26; a little nonproductive cough on December 27; a cough and sore throat on December 28; a little nonproductive cough on December 29; and no symptoms on December 30.  *Id.*  Dr.

Locher states that Johnson's medical records reflect "mild symptoms" with "no objective findings of any significant organ system dysfunction due to COVID-19." *Id.*

Nevertheless, Dr. Van Norman concludes that Johnson "has already clinically entered a phase of infection that in virtually all patients results in pulmonary damage." *Id.* She bases this conclusion on Johnson's "mild" pulse oximetry readings, *id.* ¶ 9, and the studies she cites in her prior declaration. But she cites no studies supporting her pulse oximetry analysis—and again, Dr. Van Norman is not a pulmonologist. In contrast, Dr. Locher, who is a pulmonologist, reviewed Johnson's medical records and determined that Johnson's oxygen saturations have been normal since his COVID diagnosis. Locher Decl. ¶ 12; *see also* Antognini 5th Suppl. Decl. ¶ 7 (stating that "Johnson's oxygen saturation readings have been in the 97%-99% range, which is normal"). Furthermore, as already described above, the studies Dr. Van Norman cites in her prior declaration do not show that "virtually all patients" with few symptoms like Johnson have pulmonary damage or abnormalities, let alone severe pulmonary damage or abnormalities. As such, Dr. Van Norman's statement that Johnson "is experiencing ongoing damage to the alveolar capillary membrane that will persist for a prolonged period of time after his symptoms resolve," Van Norman Suppl. Decl. ¶ 12, ECF No. 373-3, is pure speculation; *compare with* Locher Decl. ¶ 13 ("In view of Mr. Higgs's . . . minimal symptoms, any findings on a CT scan of the chest . . . would likely be minor. Moreover, there is no way for anyone to know the extent of [Higgs's] lung involvement from COVID-19 without objective evidence such as a CT scan.").

### E. Injunctive Relief Is Unwarranted Because There Is at Most Competing Expert Testimony Regarding Whether Higgs and Johnson Face an Increased Risk of Experiencing Pulmonary Edema

Higgs and Johnson are not likely to show that their COVID-19 diagnosis will increase their risk of experiencing pulmonary edema if injected with a lethal dose of pentobarbital. Dr. Antognini observes that neither Dr. Stephen nor Dr. Van Norman provide any "evidence that Higgs or Johnson have any organ damage that would increase their risk of developing pulmonary edema from intravenous administration of 5 grams of pentobarbital." Antognini 5th Suppl. Decl. ¶ 8; *see*

*also id.* ¶ 9 (these inmates "are not at increased risk of developing pulmonary edema from pentobarbital prior to the onset of unconsciousness."). Dr. Locher agrees, noting that "there is no evidence in the medical literature suggesting an injection with pentobarbital would somehow exacerbate symptoms or physiologic abnormalities in patients with COVID-19." Locher Decl. ¶ 14. Dr. Locher concludes, based on Higgs's and Johnson's current symptoms and medical records, that "a diagnosis of COVID-19 . . . would not cause or contribute to pain, suffering, or excessive shortness of breath after an injection of 5 grams of pentobarbital." *Id.* ¶ 15. Dr. Locher states further that "[t]he suggestion by these inmates' experts that a pentobarbital injection would cause the inmates to experience pain, suffering or respiratory distress is only speculation." *Id.* As a result, neither Higgs nor Johnson is likely to succeed in showing that BOP's protocol is "*sure or very likely* to cause serious illness and needless suffering, and give rise to sufficiently *imminent* dangers." *Baze*, 553 U.S. at 50 (internal quotation marks omitted) (emphasis in original)

That Higgs and Johnson are unlikely to meet the high bar for establishing an Eighth Amendment violation is evident from the Supreme Court's decision in *Bucklew*. The plaintiff in *Bucklew* alleged that Missouri's single-drug pentobarbital protocol would cause him severe pain due to his unique medical condition, which was documented in far greater detail and was far more severe than Higgs's or Johnson's conditions. *Bucklew*, 139 S. Ct. at 1120. Specifically, Bucklew claimed that (1) he suffered from a disease called cavernous hemangioma, which caused vascular tumors that would prevent pentobarbital from circulating properly in his body; (2) the dye use to flush the intravenous lines would cause his tumors to rupture; and (3) the pentobarbital would react adversely with his other medications. *Id.* Bucklew's expert, Dr. Joel Zivot (the same expert for Higgs and Johnson in this case), testified that "Bucklew will likely experience hemorrhaging . . . [that] will further impede Mr. Bucklew's airway by filling his mouth and airway with blood, causing him to choke and cough on his own blood." *Id.* at 1138 (Breyer, J., dissenting) (citations omitted). The Supreme Court nevertheless upheld the use of a single-drug pentobarbital protocol in these circumstances. *Id.* at 1133; *id.* at 1130 ("The problem with all of these contentions is that they rest on speculation. . . ."). It did so because it credited the State's expert Dr. Antognini's

testimony that the inmate would not be capable of experiencing pain for significantly more than 20 to 30 seconds after being injected with pentobarbital. *Id.* at 1132.[6]

Here, the Court does not even need to "credit" Dr. Antognini's or Dr. Locher's opinions to deny Higgs and Johnson injunctive relief. As the D.C. Circuit recently noted, the Supreme Court's holding in *Lee* "was that, under the demanding preliminary-injunction standard and before any conclusive factual findings could be made in the case, 'competing expert testimony' over whether pulmonary edema occurs before or after the inmate is rendered insensate would not by itself support a 'last-minute' stay of execution." *Execution Protocol Cases*, 2020 WL 6750375, at *8 (citing *Lee*, 140 S. Ct. at 2591). Defendants' expert declarations constitute competing expert testimony, which, under *Lee*, is sufficient to defeat the inmates' motions for injunctive relief.

### F. Higgs and Johnson Fail to Propose a Feasible Alternative

Even if Higgs and Johnson were able to show that pentobarbital creates a substantial risk of severe pain, they are unlikely to meet the second prong of the stringent standard for a method-of-execution challenge. That prong requires them to "plead and prove a known and available alternative," *Glossip*, 576 U.S. at 880, that is "feasible, readily implemented, and in fact significantly reduce[s] a substantial risk of severe pain," *id.* at 877 (citation omitted), and that the government has no legitimate reason not to implement, *Bucklew*, 139 S. Ct. at 1125. None of the three alternative methods of execution proposed by Higgs and Johnson meet these criteria.

1. First, they suggest that the government adopt a two-drug protocol by adding "a pre-dose of an opioid" prior to injecting pentobarbital to address any pain they might feel from the pentobarbital. Higgs 2d PI Mot. at 11; Johnson PI Mot. at 7. Higgs and Johnson rely on an opinion by Dr. Craig Stevens, *see* Higgs 2d PI Mot. at 11-12; Johnson PI Mot. at 7-9, but Dr. Stevens

---

[6] Ultimately, no complications were reported for Bucklew's execution. *See, e.g.*, https://www.cnn.com/2019/10/01/us/missouri-execution-russell-bucklew-rare-disease-trnd/index.html (last accessed Dec. 29, 2020); https://www.nbcnews.com/news/us-news/missouri-executes-killer-rare-medical-condition-some-feared-would-make-n1061056 (last accessed Dec. 29, 2020).

ignores the well-established effect of a lethal dose of barbiturates like pentobarbital to cause profound brain suppression, which obviates the need for any additional drugs. Antognini Decl. ¶ 16, ECF No. 111-4. Indeed, no State adds an opioid to an execution protocol using pentobarbital. Because the approach "ha[s] 'never been used to carry out an execution' and ha[s] 'no track record of successful use,'" the government is not required to adopt it. *Bucklew*, 139 S. Ct. at 1130. As the Supreme Court recognized, "choosing not to be the first [State] to experiment with a new method of execution is a legitimate reason to reject it." *Id.* And there is certainly no scientific consensus that adding an opioid or, for that matter, any pain-relieving medication, to the protocol would make any difference, given how quickly pentobarbital will render an inmate unconscious.

In addition, BOP has concluded that a one-drug protocol would "reduce[ ] the risk of errors during administration, and eliminate[ ] the need to orchestrate the pace and sequence of administering multiple drugs." AR 931. BOP also determined, among other things, that a one-drug protocol was preferable to alternatives because it would avoid the complications inherent in obtaining multiple lethal injection drugs and in navigating the expiration dates of multiple drugs. AR 871, 930–31. The presence of legitimate reasons for not expanding the number of drugs being administered undermines Higgs's and Johnson's argument that the addition of an extra drug BOP's single-drug protocol is a viable alternative method of execution. *See Bucklew*, 139 S. Ct. at 1130.

2. Alternatively, Higgs and Johnson propose a firing squad as a constitutionally superior method. Higgs 2d PI Mot. at 10; Johnson PI Mot. at 9-10. They are unlikely, however, to show that a firing squad would significantly reduce a substantial risk of severe pain as compared to lethal injection (much less a single-drug pentobarbital protocol). Every court that has considered the issue agrees that a firing squad is not constitutionally superior to lethal injection. In *Gray v. McAuliffe*, for example, the court found that the inmate failed to carry the requisite burden because the court could not "weigh a risk of human error in a not-yet-adopted firing squad protocol against any harm that [the inmate] might face if the compounded midazolam does not render him fully unconscious and insensate." No. 16-0982, 2017 WL 102970, at *19 (E.D. Va. Jan. 10, 2017). That was particularly so because the inmate's expert admitted that the inmate would be conscious

when the bullet hits the inmate's chest, but the expert could not quantify "with any degree of certainty how much pain an individual would experience." *Id.* (citation omitted). The expert also agreed that "if the bullet missed the target, the individual 'could suffer' and would experience an 'agonizing death.'" *Id.*

Similarly, in *McGehee v. Hutchinson*, the district court found that the plaintiffs "fail[ed] to prove that execution by a firing squad in fact significantly reduces a substantial risk of severe pain" as compared to Arkansas' midazolam protocol, particularly given the plaintiff's expert's acknowledgment that "there is nothing in the medical literature that addresses" pain resulting from death by firing squad." No. 17-0179, 2020 WL 2841589, at *37 (E.D. Ark. May 31, 2020). Overall, the court found that this proof fell short of meeting the plaintiff's burden under the second prong of *Glossip*. *Id.* And the Eighth Circuit affirmed, holding there is no "significant possibility that use of a firing squad is readily implemented and would significantly reduce a substantial risk of severe pain." *McGehee v. Hutchinson*, 854 F.3d 488, 494 (8th Cir. 2017) (emphasis omitted).

Here, and to that point, Dr. Antognini—who also testified in *McGehee*—opines that "execution by firing squad would not significantly reduce the risk of severe pain that Plaintiffs claim is inherent in the [BOP] protocol." Antognini Decl. ¶ 22, ECF No. 111-4. In his view, while "individuals who are shot through the chest, with the bullets exiting the back and shattering the spine, would not survive," "for the 8-10 seconds of consciousness after bullet entry, the injury would be severely painful, especially related to shattering of bone and damage to the spinal cord." *Id.* And it goes without saying that "not all firing squad executions go smoothly." *Id.*

Higgs and Johnson cite to the appendix to a 2014 source for the proposition that "execution by firing squad is statistically much less likely to result in 'botched' executions than lethal injection." Higgs 2d PI Mot. at 13; Johnson PI Mot. at 9 (both citing Sarat, *Gruesome Spectacles: Botched Executions and America's Death Penalty* 120 (2014) (Sarat)). But that source does not discuss execution by firing squad, much less whether it would be significantly less painful than lethal injection. And there is insufficient data in the cited appendix to draw any statistically significant conclusions. The appendix shows that, between 1980 and 2020, there were only two

31

executions by firing squad, as compared to 1,054 executions by lethal injection.  *See* Sarat, App'x,
ECF No. 111-1.  Based on those numbers, lethal injection had a higher rate of error.  A mere two
executions, however, is hardly enough to extrapolate any meaningful generalizations.

Even if Higgs and Johnson had pleaded sufficient facts to show that firing squad is
significantly less painful than lethal injection of pentobarbital, which they have not, the Supreme
Court recognizes that there are many legitimate reasons why the government might choose,
consistent with the Eighth Amendment, not to adopt a prisoner's preferred method of execution,
including, for example, a legitimate interest in selecting a method it regards as "preserving the
dignity of the procedure."  *Baze*, 553 U.S. at 57.  Thus, while "a prisoner may point to a well-
established protocol in another State as a potentially viable option," the "court would still have to
inquire into the possibility that one State possessed a legitimate reason for declining to adopt the
protocol of another."  *Bucklew*, 139 S. Ct. at 1128.  Defendants recognize that the Supreme Court
has upheld the use of firing squad.  *See Wilkerson v. Utah*, 99 U.S. 130, 131–32 (1878) (affirming
sentence requiring that the defendant be "shot until . . . dead." (quotation marks omitted)).  But the
Supreme Court has also noted that it is a "more primitive" method from days past, *Glossip*, 135 S.
Ct. at 2739; *see also Baze*, 553 U.S. at 62 (plurality op.) (recognizing that "[t]he firing squad,
hanging, the electric chair, and the gas chamber have each in turn given way to more humane
methods [of execution], culminating in today's consensus on lethal injection").  Given the
"consensus" among the States that lethal injection is more dignified and humane than the firing
squad, BOP was entitled to reach the same conclusion, *Baze*, 553 U.S. at 62 (plurality op.), and is
not constitutionally required to "make [the] type of regressive change" Higgs and Johnson propose,
*Boyd v. Warden, Holman Corr. Facility*, 856 F.3d 853, 870–71 (11th Cir. 2017).

Indeed, even Utah, the only state that has actually carried out an execution by firing squad
in the last 100 years, authorized that method only as a last resort.  In fact, Utah abandoned firing
squads as a method of execution in 2004 because "it was too much of a spectacle, detracting
attention from the victim and the crime and allowing prisoners 'one last magnificent manipulation

of the system to bring attention to themselves.'"[7]  And although Utah reinstated the method due to the lack of lethal injection drugs, it now allows for execution by firing squad only if, among other things, "a court holds that execution by lethal injection is unconstitutional on its face" or "as applied," or "the sentencing court determines the state is unable to lawfully obtain the substance or substances necessary to conduct an execution by lethal intravenous injection," Utah Code Ann. § 77-18-5.5(3), 4 (2015).  The other two states that also authorize firing squad, Oklahoma and Mississippi, similarly put firing squad at the bottom of their order of preference.  Both of those states provide for firing squad as the quaternary option for carrying out an execution, making it available only in the event execution by lethal injection, nitrogen hypoxia, and electrocution are all declared unconstitutional.  *See* Okla. Stat. tit 22, § 1014; Miss. Code. Ann. § 99-19-51.

Given the foregoing, it is hard to take seriously Higgs's and Johnson's suggestion that they would prefer to be executed by firing squad rather than by pentobarbital in order to avoid pain. Conspicuously, Higgs, who was convicted in Maryland, which does not have a death penalty statute, asked the sentencing court to designate Virginia as the source for the manner of Higgs's execution even though Virginia does not permit the firing squad.  Johnson, who was convicted in Virginia, sought discovery in this litigation about execution by electrocution, not the firing squad. Thus, they both have tried to rely on the fact that the FDPA would, by its terms, preclude the use of a firing squad for their executions in order to manufacture an Eighth Amendment issue to prevent their execution altogether.  *See* 18 U.S.C. § 3596(a).  The strategy, however, would not work even if its premise were correct: if this Court were to hold that use of pentobarbital violated the Eighth Amendment given the hypothetical firing-squad alternative, then that would effectively mean that the states' requirement of lethal injunction is unconstitutional, as is the FDPA's

---

[7] Marshall Project, *After Lethal Injection* (June 1, 2015), https://www.themarshallproject.org/ 2015/06/01/after-lethal-injection (quoting representative Sheryl Allen); *see id.* (noting foreign media's report of Utah's last execution in 2010 where the inmate had "his heart ripped to pieces by bullets blasted from the rifles of five expert marksmen hidden behind a brick wall").

prohibition on firing squads in these states as applied, and so the government would be entitled to carry out Higgs's and Johnson's execution using a firing squad.

3.  Higgs's and Johnson's third "alternative" method of postponing their executions until they have recovered from COVID is not an alternative method of execution at all.  The proposal concedes that lethal injection by a single-drug pentobarbital protocol is constitutional as long as the inmate does not otherwise have a lung condition that would exacerbate the potential effect of pulmonary edema.  The fact that they are even suggesting this as an alternative—even though it directly contradicts their general Eighth Amendment claim and belies every argument they have made in support of that claim over the last 15 months—reveals that this is a transparent attempt to postpone their execution in the hope that such a delay will permit them to avoid the implementation of their lawful capital sentences.  That is not a cognizable alternative.

Because Higgs and Johnson must show that they are likely to succeed on *both* prongs of their as-applied method of execution challenge and because they have failed to show that they are likely to succeed on either prong, this Court should deny their request for injunctive relief.

## II.    HIGGS AND JOHNSON CANNOT ESTABLISH IRREPARABLE HARM SUFFICIENT TO SUPPORT EQUITABLE RELIEF

Even if Higgs and Johnson were likely to succeed on the merits of their as-applied Eighth Amendment claims, which they are not, a preliminary injunction is still unwarranted because they cannot show that they will be irreparably harmed.  *See In re Federal Bureau of Prisons' Execution Protocol Cases*, 980 F.3d 126, 137 (D.C. Cir. 2020) (setting aside BOP's execution protocol for violating the FDCA but "affirm[ing] the district court's denial of a permanent injunction to remedy the FDCA violation" based on a lack of irreparable harm); *id.*, No. 20-5260 (D.C. Cir. Aug. 27, 2020) (reversing order enjoining execution for "insufficient findings and conclusions that irreparable injury will result from the statutory violation found by the district court"); ECF No. 345, Mem. Op. at 14 (no irreparable harm despite finding FDPA violations; explaining that "[g]iven the Supreme Court's repeated vacatur of this court's prior injunctions and the D.C. Circuit's finding that Plaintiffs were not entitled to injunctive relief despite Defendants' violation

of the [FDPA] . . . the court cannot find that Plaintiffs have demonstrated irreparable harm to warrant injunctive relief").  To demonstrate irreparable harm, a plaintiff must show that he will suffer a harm that is "certain and great, actual and not theoretical, and so imminent that there is a clear and present need for equitable relief." *League of Women Voters of U.S. v. Newby*, 838 F.3d 1, 7–8 (D.C. Cir. 2016).  As this Court has also recognized, "[t]he Supreme Court has made clear that the prospect of an inmate being executed prior to their claims being fully litigated will not serve as a basis for injunctive relief."  ECF No. 345, Mem. Op. at 14.

Higgs and Johnson do not and cannot show irreparable harm regarding their as-applied Eighth Amendment claims.  They are essentially in the same position as the four moving plaintiffs in *Lee*, when the Court found that "Plaintiffs [had] amassed an extensive factual record, and their experts have concluded that there is a 'virtual medical certainty,' that the 2019 Protocol will result in 'excruciating suffering.'"  ECF No. 135, Mem. Op. at 11.  Nevertheless, the Supreme Court vacated the injunction, noting pentobarbital's widespread use, among other things, and the fact that Defendants have proffered "competing expert testimony," all of which prevented Plaintiffs from making "the showing required to justify last-minute intervention by a Federal Court."  *Lee*, 140 S. Ct. at 2591; *see also Execution Protocol Cases*, 2020 WL 6750375, at *8 (citing *Lee*, 140 S. Ct. at 2591).

That is the situation here.  Defendants' experts continue to opine that neither Higgs nor Johnson will experience pulmonary edema prior to becoming insensate and, if anything, Plaintiffs' experts have made their case even less compelling.  In the motion for a preliminary injunction at issue in *Lee*, the plaintiffs relied on Dr. Van Norman's opinion in arguing that "[f]lash pulmonary edema occurs 'virtually immediately during and after high-dose barbiturate injection'—before prisoners become insensate."  ECF No. 102 at 7 (citing Van Norman Decl. at 36, ECF No. 24).  Now Dr. Van Norman states that pulmonary edema can take minutes to occur, *see* ECF No. 370-2 at 2 ("[f]lash pulmonary edema occurs very rapidly (i.e., within seconds or minutes)"), which would be far longer than the 20 to 30 seconds that Dr. Antognini opines it will take for an inmate to become insensate.  Even Higgs's own pharmacology expert, Dr. Stevens, admits that in a clinical

setting, pentobarbital begins to work within 30 to 60 seconds.  *See* Stevens Decl. ¶ 8, ECF No. 344-1.  Given the absence of any evidence from their experts that Higgs and Johnson, as a result of contracting COVID-19, will experience pulmonary edema prior to falling insensate, Higgs and Johnson cannot succeed in showing that they will suffer irreparable harm to warrant a last-minute stay of their impending executions.

## III.   THE BALANCE OF EQUITIES AND THE PUBLIC INTEREST WEIGH AGAINST A PRELIMINARY INJUNCTION

Because Higgs's and Johnson's contentions fail on the merits and because he has failed to show irreparable harm, this Court need not proceed further to consider the remaining injunction factors.  *See Amoco Production Co. v. Gambell*, 480 U.S. 531, 546 n.12 (1987) ("[T]he bases for injunctive relief are irreparable injury and inadequacy of legal remedies."); *see also Dunn v. McNabb*, 138 S. Ct. 369 (2017) (vacating stay of execution which was issued "without finding that [the inmate] has a significant possibility of success on the merits").  Should the Court proceed further, however, the equities weigh heavily against issuing an injunction.  *See Winter*, 555 U.S. at 32 ("[T]he balance of equities and consideration of the public interest are pertinent in assessing the propriety of any injunctive relief.") (punctuation omitted).

While Higgs's and Johnson's claims to harm are speculative, the interests of their victims, the victims' families, and the public are not.  Higgs directed the cold-blooded murder of three young women, whose bodies he left in the Patuxent National Wildlife Refuge.  *United States v. Higgs*, 353 F.3d 281, 289–91 (4th Cir. 2003).  Johnson was charged and convicted of *seven* capital murders in relation to a drug-trafficking operation.  *United States v. Tipton*, 90 F.3d 861, 868-70 (4th Cir. 1996), *cert. denied*, 546 U.S. 810 (1997).  "Equity must take into consideration the State's strong interest in proceeding with its judgment." *Gomez v. U.S. Dist. Ct. for the N. Dist. of Cal.*, 503 U.S. 653, 654 (1992); *see also Hill v. McDonough*, 547 U.S. 573, 584 (2006) (recognizing the government's "strong interest in enforcing its criminal judgments"); *Bucklew*, 139 S. Ct. at 1133 (emphasizing that "[b]oth the [government] and the victims of crime have an important interest in the timely enforcement of a [death] sentence").  Any lingering questions regarding the propriety

of a preliminary injunction should be put to rest by the Supreme Court's vacaturs of this Court's many injunctions in this case.

## V.     THIS COURT SHOULD DENY HIGGS'S AND JOHNSON'S REQUEST FOR AN EVIDENTIARY HEARING.

Defendants recognize that the Court has already granted Higgs's and Johnson's request for an evidentiary hearing on the COVID-19 question.  But under Local Rule 65.1(d), the Court may decline to have an evidentiary hearing "where the need for live testimony is outweighed by considerations of undue delay, waste of time, or needless presentation of cumulative evidence."  Here, the Court can see from Higgs's expert declarations that none has actually examined Higgs or reviewed his medical records post COVID-19 diagnosis.  Dr. Van Norman has seen Johnson's post-diagnosis records, but is not a pulmonologist or cardiologist.  Accordingly, an evidentiary hearing of these plaintiffs' experts would be a futile exercise in speculation.  It would not resolve the question of whether Higgs or Johnson has sustained lung damage, and if so, to what extent.  In fact, as discussed above, Higgs's chest x-ray taken as recently as December 30, 2020, provides no evidence that his lungs have been affected by COVID-19.  Nor will a hearing resolve whether any such damage will exacerbate any pulmonary edema Higgs or Johnson may experience from being injected with an overdose of pentobarbital such that they will feel pain while sensate.  Even if the Court were to hold such a hearing and resolve all of these questions in Higgs's and Johnson's favor, it would not change the fact that the parties have again presented competing expert testimony on the potential effect of pentobarbital.  Under *Lee*, any preliminary view that these plaintiffs' experts are likely to carry the day is simply not enough to warrant an injunction to stay these plaintiffs' execution.  As a result, an evidentiary hearing would be fruitless and only contribute to delay and last-minute appeals of the sort this Court has sought to avoid.

## CONCLUSION

For the foregoing reasons, Defendants respectfully ask that the Court deny Higgs's and Johnson's motions for a preliminary injunction.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

JONATHAN KOSSAK, D.C. Bar #991478
CRISTEN C. HANDLEY, MO Bar #69114
BRADLEY P. HUMPHREYS,
   D.C. Bar #988057
Trial Attorneys
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, District of Columbia 20005
(202) 514-3716
jean.lin@usdoj.gov
jonathan.kossak@usdoj.gov
christen.handley@usdoj.gov
bradley.humphreys@usdoj.gov

Dated: December 31, 2020

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2020, I caused a true and correct copy of foregoing to be served on all following counsel of record via the Court's CM/ECF system.

Joshua C. Toll
King & Spalding LLP
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders
Jonathan S. Meltzer
Brendan Gants
Munger, Tolles & Olson LLP
(202) 220-1100
ginger.anders@mto.com

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman
Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
alex_kursman@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Scott W. Braden
Arkansas Federal Defender Office
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying
Andrew Moshos
Morris, Nichols, Arsht & Tunnell LLP
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Joseph Luby
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Amy Lentz
Steptoe & Johnson, LLP
(202) 429.1320
alentz@stepoe.com

*Counsel for Plaintiff Orlando Hall*

Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Higgs*

Gregory S. Smith
(202) 460-3381
gregsmithlaw@verizon.net

*Counsel for Plaintiff William LeCroy*

Jon Jeffress
KaiserDillon PLLC
(202) 640-2850
jjeffress@kaiserdillon.com

Timothy Kane
Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

Donald P. Salzman
Charles F. Walker
Steven M. Albertson
Skadden, Arps, Slate, Meagher & Flom
LLP
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

David S. Victorson
Hogan Lovells US LLP
(202) 637-5600
david.victorson@hoganlovells.com

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0528
shawn_nolan@fd.org

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
(410) 444-1500
garyeproctor@gmail.com

*Counsel for Plaintiff Jeffrey Paul*

Gerald W. King, Jr.
Jeffrey Lyn Ertel
Federal Defender Program, Inc.
(404) 688-7530
Gerald_King@fd.org
Jeff_Ertel@fd.org

Brandon D. Almond
Troutman Sanders LLP
Washington, D.C. 20004
(202) 274-2864
brandon.almond@troutmansanders.com

*Counsel for Richard Tipton, III*


Dale A. Baich
Jennifer M. Moreno
Federal Public Defender
District of Arizona
(602) 382-2816
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*


Paul F. Enzinna
Ellerman Enzinna PLLC
(202)753-5553
penzinna@ellermanenzinna.com

*Counsel for Plaintiff James H. Roane, Jr.*


Alan E. Schoenfeld
Ryan M. Chabot
Wilmer Cutler Pickering Hale and Dorr LLP
(212) 230-8880
Alan.Schoenfeld@WilmerHale.com
Ryan.Chabot@WilmerHale.com

Andres C. Salinas
Wilmer Cutler Pickering Hale and Dorr LLP
(202) 663-6289
Andres.Salinas@WilmerHale.com

*Counsel for Wesley I. Purkey*


Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
(213) 894-2854
celeste_bacchi@fd.org

*Counsel for Plaintiff Julius O. Robinson*


Evan Miller
Vinson & Elkins LLP
(202) 639-6605
emiller@velaw.com

*Counsel for Bruce Webster*


  */s/Johnny Walker*
Assistant United States Attorney

*Counsel for Defendants*

41

# Exhibit 1

## DECLARATION OF TODD L. LOCHER, M.D.

I, Todd L. Locher, M.D. state for the record the following opinion.

1.    I graduated from the University of Cincinnati School of Medicine in 1988.  I completed an internship in internal medicine at the University of Illinois in Chicago in 1989, and my residency in internal medicine was completed at the University of New Mexico in 1991.  I served in the United States Air Force from 1991–1995 as an internal medicine physician, and I was honorably discharged in 1995 with a rank of major.  I completed a fellowship in pulmonary medicine at the University of Vermont in 1997.  I am Board certified in pulmonary medicine and sleep medicine.  I hold an unrestricted license to practice allopathic medicine in the state of Arizona.

2.    Since finishing training 1997, I have practiced pulmonary and critical care medicine in Tucson, Arizona including care for many critically ill and minimally symptomatic COVID-19 patients, patients with asthma and patients with cardiac problems.  Among other positions I have held and currently hold, since 2002, I have been Chief of the Section of Pulmonary Medicine at Northwest Medical Center, a 300 bed hospital in Tucson, where I served a rotation as Chief of Staff from 2010-2012.  I have also been medical director of the respiratory care program at Pima Community College for the last 14 years. My curriculum vitae is attached as Exhibit A.

3.    I have reviewed the medical records of Dustin Higgs and Cory Johnson up through December 30, 2020, as well as declarations submitted by various experts in this litigation.

4.    With regards to Mr. Higgs's asthma, it would seem to be mild or moderate in severity.  Mr. Higgs is prescribed 440 μg of mometasone daily as maintenance medication which would be considered a moderate dose.  His medical record on 03/11/2020 reports nonadherence with his maintenance medication for asthma.  Even though Mr. Higgs is nonadherent to his maintenance medicine for asthma, his medical record suggests Mr. Higgs has minimal symptoms due to asthma and no exacerbations of asthma.  The most recent entries in his chart with regards to his asthma (9/11/2020 and 3/11/2020) suggest the patient uses his short acting beta agonist (a medication used for symptomatic relief for asthma) for rescue less than once a day and has no nocturnal symptoms of asthma.  The medical record reports no use of oral corticosteroids or hospital stays due to asthma.  It is also reported on 03/11/2020 Mr. Higgs's asthma is well controlled with stable peak flow meter readings (a measure of lung function which can be used to judge asthma control).  The medical record on 9/11/2020 goes on to state, "Classification of Asthma severity: somewhere between intermittent to mild persistent although he did state at the end of the interview, he feels like his asthma is fairly well controlled and he can exercise vigorously."

5.      There is evidence in the medical literature suggesting asthma is not a risk factor for severe COVID-19 infections, and COVID–19 does not exacerbate asthma. (1,2)

6.      It is therefore my opinion Mr. Higgs's asthma would not cause or contribute to pain or suffering from pulmonary edema after an injection of 5 grams of pentobarbital.

7.      With regards to Mr. Higgs's mitral regurgitation, this condition was described in Mr. Higgs's medical record as moderate and stable by his cardiology consultant, Newar Mercho, M.D. on November 5, 2020.  An echocardiogram (ultrasound of the heart used to evaluate cardiac structure and function) obtained on Mr. Higgs on May 26, 2020 showed a left ventricular systolic function and size normal (the left ventricle is the main heart chamber which pumps blood to the entire body except for the lungs).  There was moderate mitral valve regurgitation (a leakage of blood backward from the main chamber of the heart, the left ventricle, into a small upper chamber of the heart, the left atrium) and no significant change compared to the study on May 7, 2019.

8.      COVID–19 can affect cardiac structure and function which may lead to pulmonary edema.  The studies showing abnormal cardiac structure and function in patients with COVID–19, however to my knowledge, have been performed on symptomatic and hospitalized patients.  There is no evidence in Mr. Higgs's medical record of any objective or subjective findings which may suggest further cardiac dysfunction due to COVID-19.  In addition, there is no way for anyone to know if Mr. Higgs has any cardiac decompensation without performing a physical exam, laboratory studies such as a serum troponin level (a cardiac enzyme which may be detected in the blood suggesting a heart injury), a current EKG and echocardiogram.  It would not be a standard of medical practice to perform such an evaluation on a patient with minimal or no symptoms, like Mr. Higgs. Such an evaluation would almost certainly not be helpful for any patient.

9.      There is no evidence to suggest that Mr. Higgs's mitral regurgitation or cardiac function has been compromised in any way by COVID–19.  There is no evidence in the medical literature to suggest mitral regurgitation would lead to earlier or more severe pulmonary edema if it develops after an injection with 5 g of pentobarbital.

10.      It is therefore my opinion that Mr. Higgs's mitral regurgitation would not cause or contribute to pain or suffering from any pulmonary edema that might occur after a lethal injection of pentobarbital.

11.     Both Mr. Johnson's and Mr. Higgs's experts have opined that these inmates would experience pain and suffering from pulmonary edema by virtue of their having been diagnosed with COVID-19.  In support of their opinions, they cite studies reporting abnormal CT scans in patients with COVID-19 who are asymptomatic.  The number varies widely in the literature from 54% (Inui, et al.) to 94.8% (Meng, et al.) to 44.5% in a recent report by the British Institute of Radiology showing abnormal CT scan findings in 61 out of 137 asymptomatic patients (3).  The authors went on to conclude "the distribution and type of pulmonary opacities in asymptomatic cases may resemble the CT findings in symptomatic cases.  However, asymptomatic and mildly symptomatic cases have a lower percentage of lung involvement".  This statement means pulmonary opacities (shadows or haziness seen in the lung on CT scan of the chest) are small in patients with mild or no symptoms.  Patients who have more symptoms of cough, shortness of breath and objective findings of low oxygen level or elevated respiratory rate typically have more extensive shadows on CT scan of the chest.

12.     Both Mr. Johnson's and Mr. Higgs's medical records suggest minimal symptoms. They were both tested positive for COVID-19 on December 16, 2020. A chronology of Mr. Higgs' symptoms is as follows here: On 12/16/, 12/17, 12/18, and 12/19, no symptoms are reported in the medical record for Mr. Higgs. On 12/20/2020 Mr. Higgs complains of a headache and "stuffy nose", rating his pain a 3 out of 10, with no relief from Tylenol. On 12/21/2020, continued headache and nasal congestion, new complaint of shortness of breath onset that AM, no other pertinent symptoms are reported. No symptoms reported for 12/22 or 12/23/2020. On 12/24/2020, Mr. Higgs complained of "scratchy throat" and headache. On 12/25/2020 Patient complains of slight headache, but improved, commenting "My head feels better. My breathing feels funny, but I have asthma and I think it is that, can you check my oxygen." Pulse oximetry at that time showed an oxygen saturation of 100%. No reported symptoms on 12/26/2020. On 12/27/2020, Mr. Higgs complains of a mild "stuffy" nose, and a mild but improving headache.  On 12/28/2020, the medical record reports sore throat and no cough, shortness of breath or other symptoms.  Temperature was normal.  On 12/29/2020, the medical record reports no shortness of breath, sore throat or other symptoms.  Temperature and oxygen saturation were normal.  On 12/30/2020, the medical record reports "I have a hard time catching my breath, time SOB at times.  I feel like I have labored breathing sometimes".  Mr. Higgs stated, "I just wanted it documented that I was short of breath sometimes.  Nothin's new.  I'm fine."  New and worsening symptoms were denied.  The medical record goes on to state that shortness of breath or dyspnea on exertion were denied.  Complete resolution of stuffy nose and headache were reported.  The record also states "denied SOB or DOE upon exam.  Reports intermittent feelings of difficulty catching my breath."  Examination of the pulmonary system was documented as normal.  Another entry in the same record reports, "reviewed intermittent symptoms that are

reportedly improving, plan of care including routine chest xry and call back criteria". Temperature was normal.  A chest x-ray performed on 12/30/2020 at 13:47 was a standard frontal and lateral two-view of the chest.  The interpreting radiologist, Justin Yoon, M.D. reports, "stable chest examination without acute cardiopulmonary process. Clear lungs except for unchanged right apical reticular nodular density."  The comparison study was 10/18/2018.  In other words, there is no evidence on the chest x-ray of any lung involvement due to COVID-19.  A chronology of Mr. Johnson's symptoms is as follows here: On 12/16/, 12/17, 12/18, and 12/19, no symptoms are reported in the medical record for Mr. Johnson. On 12/20/2020 Mr. Johnson reports a dry cough at 08:31 AM, and reports cough and headache at 12:30 PM. On 12/21/2020 Mr. Johnson reported no cough at 10:28 AM and reported a cough at 13:10 PM. No symptoms reported for 12/22, and 12/23. On 12/24/2020, Mr. Johnson reports a headache. On 12/25/2020 Mr. Johnson reports nasal congestion, with no other symptoms. On 12/26/2020, Mr. Johnson reports no new symptoms, noting that his breathing has improved. On 12/27/2020, Mr. Johnson reports a "little cough", that is nonproductive, denies difficulty breathing, and reports no other symptoms.  The medical record on 12/28/2020 reports cough and sore throat with no other symptoms and a normal temperature.  The medical record on 12/29/20/20 reports "little cough", described as nonproductive.  Other symptoms were denied, and temperature was normal.  The medical record on 12/30/2020 reported no symptoms.  Mr. Johnson stated, "I'm okay, I'm good".  Temperature was normal.  Only normal body temperatures and oxygen saturations have been recorded in both medical records on serial entries.  In summary, entries in both medical records report only mild symptoms and no objective findings of any significant organ system dysfunction due to COVID-19.

13.      In view of Mr. Higgs's and Mr. Johnson's minimal symptoms, any findings on a CT scan of the chest of either inmate would likely be minor.  Moreover, there is no way for anyone to know the extent of either inmate's lung involvement from COVID-19 without objective evidence such as a CT scan.  Obtaining such imaging is not indicated in patients with minimal or no symptoms. (4)  According to the American College of Radiology, "CT should be used sparingly and reserved for hospitalized, symptomatic patients with specific clinical indications for CT".  Inmate Higgs did have a chest x-ray on December 30, 2020 which showed no evidence of any lung involvement from COVID-19.  Although a chest x-ray is not as sensitive for detecting such involvement as a CT scan, any findings on a CT scan would likely be minor in view of a normal chest x-ray.

14.      Further, there is no evidence in the medical literature suggesting an injection with pentobarbital would somehow exacerbate symptoms or physiologic abnormalities in patients with COVID-19.  This means that if pulmonary edema were to occur upon the

injection of 5 g of pentobarbital, it is not likely that these inmates would experience pulmonary edema more quickly or severely than inmates who have not been diagnosed with COVID-19.

15.        It is my opinion that a diagnosis of COVID-19, which was established in Mr. Higgs and Mr. Johnson on 16 December 2020, would not cause or contribute to pain, suffering or excessive shortness of breath after an injection of 5 grams of pentobarbital. This opinion holds true assuming Mr. Higgs's and Mr. Johnson's clinical conditions do not worsen.  The suggestion by these inmates' experts that a pentobarbital injection would cause the inmates to experience pain, suffering or respiratory distress is only speculation.

16.        I hold the above opinions to a reasonable degree of medical certainty.

Date: 31 Dec 20

_____
Todd L. Locher, M.D.

# **<u>REFERENCES</u>**

1.  Pitlick, Mitchell, et al.  Considerations for asthma management and viral transmission in the era of CVID-19.  Allergy and Asthma Proceedings.  Appeared or available online: December 23, 2020.

2.  Grandbastien, Manon, et al.  SARS-CoV-2 Pneumonia in Hospitalized Asthmatic Patients Did Not Induce Severe Exacerbation.  J Allergy Clin Immunol Pract.  2020 September; 8 (8): 2600–2607.

3.  Parry, Arshed Hussain et al.  Clinicoradiological course in Corona virus disease–19 (COVID–19) patients who are asymptomatic at admission.  British Institute of Radiology.  July 31, 2020.

4.  American College of Radiology Recommendations for the use of chest CT radiography and computed tomography (CT) for suspected COVID-19 infection.  March 11, 2020.

# Exhibit 2

<u>FIFTH SUPPLEMENTAL DECLARATION OF JOSEPH F. ANTOGNINI, M.D.</u>

I, JOSEPH F. ANTOGNINI, hereby declare and say:

1.      My name is Joseph F. Antognini.  I submit this fifth supplemental declaration in further

response to the supplemental declarations submitted by Dr. Gail Van Norman (dated 12-22-

2020), the declaration submitted by Dr. Michael Stephen (dated 12-22-2020) and the plaintiffs'

complaints (dated 12-22-2020) in the case *In re Federal Bureau of Prisons' Execution Protocol*

*Cases*, No. 19-mc-00145-TSC. I have also reviewed the medical records for Dustin Higgs,

including records from 2008 through December 30, 2020, and the medical records of Cory

Johnson dated from 2009 through December 30, 2020.

2.      The opinions presented in this supplemental declaration are based on information available

to me at this time.  Should additional documents or information be provided to me for review and

analysis, I may take those additional materials into account, and modify and/or supplement my

opinions accordingly.  If I am present at hearings and/or trial in this case, I may take into account

any testimony or other evidence to the extent related to my opinions and modify and/or supplement

my opinions accordingly.  In performing my analysis, I have relied on my professional training,

education and experience.

3.      I am aware that both Dustin Higgs and Cory Johnson tested positive for SARS CoV-2-

RNA (Covid-19) on December 16, 2020. Dustin Higgs and Cory Johnson have reported minimal

respiratory symptoms. A chest x-ray obtained on Higgs on December 30, 2020 showed that "the

lungs remain clear. No acute airspace disease or pulmonary edema". Notwithstanding the various

opinions and studies cited in the amended complaints and expert reports of Drs. Van Norman and

Stephen, the conclusion that Higgs and Johnson would have increased risk of pulmonary edema

is entirely speculative. Neither Dr. Van Norman nor Dr. Stephen has provided any evidence that

asymptomatic or mildly symptomatic Covid-19 patients have increased propensity for pulmonary

edema when administered lethal doses of pentobarbital.

4.     Dr. Van Norman writes "COVID-mediated pulmonary damage occurs at the alveolar-

capillary membrane, which will then be more sensitive to barbiturate damage, leading to flash

pulmonary edema earlier in the injection process, and before a peak brain level of barbiturate is

achieved". But she provides no published evidence that such purported pulmonary damage

increases the risk of pulmonary edema formation from pentobarbital, i.e., her opinion, at its

foundation, is speculative.

5.     Drs. Van Norman and Stephen do not provide any specific time frame regarding the onset

of the pulmonary edema that might occur in an individual who has suffered lung damage from

Covid-19. Previously, Dr. Van Norman has stated that under other circumstances (i.e., in the

absence of Covid-19) pulmonary edema onset can be "virtually instantaneous" (paragraph 67 of

her 11-1-2019 declaration). If that is so, then it is unclear how Covid-19 (or any other disease

process for that matter) would increase the onset.  In a more recent declaration, Dr. Van Norman

states that pulmonary edema occurs "within seconds or minutes" (page 2 of her 12-22-2020

declaration). Dr. Van Norman does not provide any evidence to show that pulmonary edema will

occur faster for inmates with Covid-19, or how much faster, assuming pulmonary edema even

occurs ante mortem in the execution setting. Furthermore, Dr. Van Norman distracts when she

refers to pulmonary edema occurring before "peak levels" of pentobarbital have been reached in

the brain. As mentioned in my prior reports, unconsciousness occurs when a clinical dose of

pentobarbital is administered (around 500 mg—a tenth of the execution dose), far before peak

brain levels that would result from administration of 5 grams of pentobarbital. Thus, even if

pulmonary edema did develop prior to peak brain levels of pentobarbital, the inmate is already

unconscious. And, when peak brain levels of pentobarbital occur 1-2 minutes after administration, the inmate has profound brain depression.

6.      Regarding the pulse oximetry values[1], Dr. Van Norman writes that "A clear change from 99% to 97%, as Mr. Johnson's pulse oximetry results show, is clinically significant and indicates significant changes have occurred in gas exchange in the lungs, particularly in the setting of early COVID-19 infection" (Paragraph 11, 12-22-2020 declaration). But, Dr. Van Norman contradicts herself in the prior paragraph: "$SaO_2$ and $PaO_2$ correlate well when $SaO_2$ is between 70% and 90%, but outside of this range the relationship is poor". Put another way, Dr. Van Norman states that beyond 90% saturation the relationship between oxygen saturation ($SaO_2$) and the partial pressure of oxygen ($PaO_2$) is poor, yet she states that going from 99% to 97% is clinically significant.[2] Dr. Van Norman also writes that "Even small changes in $SaO_2$ must therefore be interpreted carefully", but the change from 99% to 97% *is small*, so interpretation is fraught.

7.      Pulse oximetry readings are subject to variation and depend considerably on the placement of the probe, the amount of circulation to the finger, motion artifact, etc. While Dr. Van Norman is correct that trends in the $SaO_2$ are important, it is misleading to state that going from 99% to 97% is a trend. In fact, a change from 99% to 97% is clinically insignificant. Johnson's oxygen saturation readings have been in the 97-99% range, which is normal. [3]

---

[1] Pulse oximetry indirectly measures how much oxygen is bound to hemoglobin molecules, and is used to follow how well the lungs are working to deliver oxygen to the blood. $SaO_2$ refers to the percent saturation of the blood (range 0-100%) and $PaO_2$ refers to the partial pressure of oxygen in blood. Once the saturation is at 100%, higher partial pressures of oxygen do not result in more saturation. $SpO_2$ refers to oxygen saturation determined by pulse oximetry.

[2] This contradiction is best explained by an analogy. Suppose you had a scale that is only accurate in the 100-150 pound range. One day you weigh 180 pounds, the next day you weigh 182 pounds. You would not be able to state conclusively that you had gained weight, since the scale is not accurate beyond 150 pounds.

[3] Some variability is normal—see Bhogal AS, Mani AR. Pattern analysis of oxygen saturation variability in healthy individuals: entropy of pulse oximetry signals carries information about mean oxygen saturation. Frontiers in Physiology 2017; 8:doi: 10.3389/fphys.2017.00555

Similarly, Higgs's medical records indicate that oxygen saturation readings have been in the 97-100% range.

8.      Dr. Stephen cites various studies regarding organ damage that occurs in Covid-19 patients, but, as with Dr. Van Norman, he provides no evidence that Higgs or Johnson have any organ damage that would increase their risk of developing pulmonary edema from intravenous administration of 5 grams of pentobarbital.

<u>CONCLUSION</u>

9.      It is my opinion to a medical and scientific certainty that 1) an inmate administered 5 grams of pentobarbital pursuant to the Federal Bureau of Prisons' execution protocol will become rapidly unconscious and will not experience the sensation of any pulmonary edema that might occur before death; 2) Dustin Higgs and Cory Johnson are not at increased risk of developing pulmonary edema from pentobarbital prior to the onset of unconsciousness.


Date: December 30, 2020

Joseph F. Antognini, M.D., M.B.A.

4

Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


IN THE MATTER OF THE      .   MC No. 19-0145 (TSC)
FEDERAL BUREAU OF PRISONS'  .   Washington, D.C.
EXECUTION PROTOCOL CASES.  .   Thursday, December 17, 2020
. . . . . . . . . . . . . .  .   4:04 p.m.


TRANSCRIPT OF TELEPHONE CONFERENCE
BEFORE THE HONORABLE TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:

For Plaintiff              DEVON E. PORTER, ESQ.
Dustin Higgs:              ALEXANDER L. KURSMAN, ESQ.
                           Federal Community Defender Office
                           601 Walnut Street
                           Suite 545 West
                           Philadelphia, PA 19106
                           (215) 928-0520


For Plaintiff              PAUL F. ENZINNA, ESQ.
James H. Roane Jr.:        Ellerman Enzinna PLLC
                           1050 30th Street NW
                           Washington, DC 20007
                           (202) 753-5553


For Plaintiff              JOSHUA C. TOLL, ESQ.
Anthony Battle:            King & Spalding, LLP
                           1700 Pennsylvania Avenue NW
                           Suite 200
                           Washington, DC 20002
                           (202) 737-8616


For Plaintiff              GERALD W. KING JR., ESQ.
Richard Tipton:            Federal Defender Program, INC.
                           101 Marietta Street NW
                           Suite 1500
                           Atlanta, GA 30303
                           (404) 688-7530


For Defendants:            Johnny H. Walker III, AUSA
                           U.S. Attorney's Office
                           555 4th Street NW
                           Washington, DC 20530
                           (202) 252-2575

Court Reporter:                    BRYAN A. WAYNE, RPR, CRR
                                   U.S. Courthouse, Room 4704-A
                                   333 Constitution Avenue NW
                                   Washington, DC 20001
                                   (202) 354-3186

Proceedings reported by stenotype shorthand.
Transcript produced by computer-aided transcription.

```
 1                    P R O C E E D I N G S
 2            THE DEPUTY CLERK:  Your Honor, we have Miscellaneous
 3     Action 19-145, In the Matter of the Federal Bureau of Prisons'
 4     Execution Protocol Cases.  I'll ask that counsel identify
 5     yourselves one at a time, please.
 6            MS. PORTER:  This is Devon Porter, representing
 7     Dustin Higgs, and I'm here with my co-counsel, Alex Kursman.
 8            THE COURT:  All right.  Good afternoon.
 9        Ms. Porter, will you be speaking for Mr. Higgs?
10            MS. PORTER:  Yes.
11            THE COURT:  Okay.
12            MR. WALKER:  Good morning, Your Honor.  This is
13     Assistant United States Attorney Johnny Walker on behalf of
14     defendants.
15            THE COURT:  All right.  Good afternoon.
16        All right.  Anybody else present?
17            MR. ENZINNA:  Your Honor, this is Paul Enzinna
18     representing James Roane.
19            THE COURT:  Good afternoon, Mr. Enzinna.
20            MR. TOLL:  And this is Joshua Toll representing
21     Plaintiff Anthony Battle.  Good afternoon, Your Honor.
22            THE COURT:  Good afternoon.
23            MR. KING:  Good afternoon, Your Honor.  Gerald King
24     on behalf of Richard Tipton.
25            THE COURT:  Good afternoon.  Is that it?
```

4

1        Okay.  We are getting fewer.  All right.  Today's hearing

2    relates to motions that have been filed by Plaintiff

3    Dustin Higgs, who's represented by Ms. Porter today.

4    Are you also from the Federal Defender's, Ms. Porter?

5                MS. PORTER:  Yes, I am.

6                THE COURT:  Okay.

7                MS. PORTER:  And, Your Honor, I don't know if it

8    makes sense right now, but I did have a couple of preliminary

9    matters that I wanted to bring to your attention.

10               THE COURT:  Sure.  Go ahead.

11               MS. PORTER:  Thank you, Your Honor.  The first

12   one is that we just learned this afternoon from the Bureau

13   of Prisons that Mr. Higgs has tested positive for COVID-19.

14               THE COURT:  Oh, boy.  I'm sorry to hear that.

15               MS. PORTER:  Yeah.  Thanks, Your Honor.  I just

16   wanted to kind of put that on the record and let you know

17   about that.  We just learned that a couple of hours ago.

18               THE COURT:  Well, that certainly changes the --

19   well, we'll get into that in a minute.  Go ahead.

20               MS. PORTER:  Sure.  And the other thing was just

21   that, as you know, the execution of Alfred Bourgeois, who my

22   office also represents, occurred on Friday, and there were some

23   additional witness accounts of that execution that I wanted to

24   put on the record as well if that would be all right.

25               THE COURT:  Mr. Walker, do you have any objection?

1          MR. WALKER:  No, Your Honor.  We would certainly

2     want to respond to that.

3          THE COURT:  Okay.  You may put those on the record,

4     Ms. Porter.

5          MS. PORTER:  Thank you.  So the reporter George Hale

6     from NPR witnessed --

7          THE COURT:  Now, will you be filing anything, or you

8     were just putting these orally?  Are there any affidavits or

9     anything?

10          MS. PORTER:  At this point, there are no affidavits,

11     and all of this information is new as of yesterday.

12          THE COURT:  Okay.

13          MS. PORTER:  So at this point we don't have anything

14     to file.  And Mr. Hale reported --

15          THE COURT:  This is a reporter for NPR?

16          MS. PORTER:  The reporter for NPR, yes.  That's

17     correct.  Reported that the execution took about 28 minutes --

18     in his words, about 28 minutes.  He said that's about twice as

19     long as it took to kill Brandon Bernard one day earlier using

20     the same method, an overdose of pentobarbital, and he also said

21     -- he gave times, notes.  So he said -- I'm quoting from his

22     Twitter account at this point:

23        "At 7:56 p.m., for example, I wrote 'Not Natural Movement,'

24     referring to how Alfred Bourgeois's torso appeared to be

25     contracting uncontrollably not too long after the drug began

1   flowing.  This went on for several minutes.

2       "I made related notes each minute starting at 7:55 p.m.

3   ('stomach rising,' 'stomach heaving,') at 7:56 p.m. ('stomach

4   popping up,' 'heaving inside'), at 7:57 p.m. ('sucking inside

5   middle,' 'still heaving') and ending at 7:58 p.m.  All times

6   are eastern U.S."

7       So that was his reporting on the execution of Alfred

8   Bourgeois.

9           THE COURT:  All right.

10      Mr. Walker, do you have a response now?

11          MR. WALKER:  Yes, Your Honor.  My anticipation was to

12  file something in response to any statements.  We do have some

13  statements from BOP officials who witnessed the execution, and

14  we'll be happy to put those on the docket.

15          THE COURT:  All right.  Thank you.

16      Ms. Porter, anything else?

17          MS. PORTER:  No, Your Honor.

18          THE COURT:  All right.  So, again, today's hearing

19  relates to motions filed by Mr. Higgs, and we're here to discuss

20  the possibility and parameters of an evidentiary hearing should

21  one need to take place for Mr. Higgs, whose execution is

22  scheduled for Friday, January 15, 2021.

23      Right now I have in front of me Mr. Higgs' motion for

24  leave to file an amended and supplemental complaint, which is

25  ECF No. 343, and Mr. Higgs' motion for a preliminary injunction,

1   ECF No. 344, in which he requests an evidentiary hearing.

2       Now, assuming that I grant Mr. Higgs' leave to file

3   his amended pleading, and I want to emphasize that I haven't

4   decided whether I will or not, there are several issues that

5   Mr. Higgs raises in his preliminary injunction motion.

6       As of right now, I previously dismissed Mr. Higgs'

7   as-applied Eighth Amendment challenge as speculative.  At the

8   time Mr. Higgs raised the possibility of him getting COVID,

9   which he had not at the time gotten, and now that Ms. Porter

10  has informed me that he has tested positive, are you planning

11  on filing -- refiling that motion, Ms. Porter?

12      MS. PORTER:  We'll need to discuss it with our

13  client since it was just about two hours ago that we learned

14  about this.

15      THE COURT:  Right.  Well, obviously, since that now

16  has occurred, unfortunately, then your claim is no longer

17  speculative.  So, obviously, if you need to refile based on

18  that, you may.  You should obviously seek leave, but --

19      MS. PORTER:  Thank you, Your Honor.

20      THE COURT:  -- the circumstances have changed.

21      MR. WALKER:  Your Honor, this is Johnny Walker.

22  If I could add something at this point?

23      THE COURT:  Certainly.

24      MR. WALKER:  The government's position is that the

25  claim is still speculative.  I believe Your Honor noted in

1    your opinion that there were sort of two elements as to the

2    speculations related to that claim.

3        One was that Mr. Higgs either had been diagnosed with

4    COVID-19 or would be diagnosed with COVID-19.  The other element

5    of speculation is that any COVID-19 would result in a sort of

6    a lung damage that would make -- that could allegedly make the

7    experience of flash pulmonary edema more acute or hastened in

8    some way.  So we would argue that the speculation as to any

9    lung damage resulting from COVID-19 is still present.

10            THE COURT:  Well, Mr. Walker, all we have right now

11   is a positive test, and as I'm sure you're no doubt aware, this

12   virus is extremely unpredictable and presents in many different

13   ways and presents many different symptoms.  Some people are

14   asymptomatic; some people develop life-threatening respiratory

15   problems; some develop heart problems, gastro problems.

16        So we are -- Mr. Higgs' execution is set for January 15th,

17   and he has just tested positive.  We're in an early stage.

18   But I certainly wouldn't -- couldn't even begin to guess how it

19   will affect him, and neither could any of us sitting here today.

20   So, obviously, we are dealing with a situation that can change.

21        I assume his lawyers will file a motion if his health

22   situation deteriorates such that they believe they have a claim.

23   So, yes.  Obviously, we don't know very much right now other

24   than he has tested positive, which he had not at the time I

25   denied the motion.  There was simply a fear or concern that he

9

1   would test positive and, if he were to test positive, he would

2   be in danger of suffering extreme flash pulmonary edema.

3       One of those events has occurred in that he does have

4   the virus, and so therefore I will assume that his lawyers

5   will monitor his physical condition; and if it appears to them

6   and his physicians that his health has deteriorated to a point

7   where that is a possibility, then they'll file the appropriate

8   pleading.  So let's not -- we are where we are right now, and

9   obviously we're in a situation that could change.

10      All right.  Mr. Higgs also argues that the use of

11  pentobarbital in his execution violates the Ex Post Facto

12  Clause of the United States Constitution and that the Attorney

13  General's intent to carry out his execution is arbitrary and

14  capricious and therefore violates the Fifth and Eighth

15  Amendments.

16      I have to tell you I'm not entirely convinced a hearing

17  is necessary, but I want to drill down the arguments to make

18  sure I understand what's at issue.  Obviously, as I've said

19  before, these cases, you know, that -- obviously, execution is

20  irreversible and the claims must be taken seriously.  And I am

21  of the view that in cases such as -- any case involving the

22  death penalty, the plaintiffs obviously must be afforded the

23  full panoply of due process rights to which they're entitled.

24  So I wanted to have this hearing today.

25      Let's begin with the Ex Post Facto Clause argument.

1    Mr. Higgs argues that the use of pentobarbital in his execution
2    is unconstitutional as an ex post facto law.  He was sentenced
3    in Maryland federal court, but the State of Maryland has since
4    outlawed the death penalty.

5        At the time of his sentence, however, Maryland's death
6    penalty law, which was Maryland Code Annotated Correctional
7    Services § 3-905, required that, and I quote:

8        "The manner of inflicting the punishment of death shall be
9    the continuous intravenous administration of a lethal quantity
10   of an ultrashort-acting barbiturate or other similar drug in
11   combination with a chemical paralytic agent."

12       Mr. Higgs argues that pentobarbital is not an ultrashort-
13   acting barbiturate nor a similar drug, and thus its use in his
14   execution would increase his punishment.

15       I understand Mr. Higgs' point that the issue of whether
16   pentobarbital is similar to an ultrashort-acting barbiturate is
17   a factual question that may be served by live witness testimony,
18   but before we get there, I see two threshold issues that appear.

19       As everyone knows at this point, § 3596(a) of the Federal
20   Death Penalty Act states that an execution is to be implemented
21   in the manner prescribed by the law of the state in which the
22   sentence is imposed.  If, however, the law of the state does
23   not provide for implementation of a sentence of death -- as
24   in Maryland, for example -- the Court shall designate another
25   state, the law of which does provide for the implementation of

1    the sentence of death, and the sentence shall be implemented in

2    the latter state in the manner prescribed by such law.

3        Now, my understanding is that the government has filed

4    a motion in the District of Maryland asking that court to

5    designate Indiana as a sentencing state for purposes of carrying

6    out Mr. Higgs' execution.  The last I checked, the court had not

7    yet ruled on that motion, but there was a status conference last

8    week.  Could someone provide me an update regarding that case?

9        MS. PORTER:  This is Devon Porter.  I can, Your Honor.

10   If the government wants to add anything, obviously they can.

11       My understanding is that Judge Messitte at that status

12   conference indicated that he was working on an opinion and

13   wanted to issue something soon in order to give the losing party

14   time to appeal, but had not yet ruled.

15       THE COURT:  And so you have no idea when that's coming

16   down.  Did he give any indication?

17       MS. PORTER:  No.  He said that he was working on it

18   and wanted to give the parties ample time to appeal, but he

19   didn't give us a time frame.

20       THE COURT:  Okay.  Now, Ms. Porter, if Maryland

21   designates a different state, doesn't that moot your ex post

22   facto claim?

23       MS. PORTER:  I don't think so, Your Honor.  If the

24   judge were to designate a different state and the government

25   were to agree to carry out the lethal injection with an

1    ultrashort-acting barbiturate, then I suppose that would --

2              THE COURT:  Well, I'm not sure -- wait.

3              MS. PORTER:  Okay.

4              THE COURT:  Maryland doesn't have a death penalty

5    anymore, and so if the court in Maryland designates Indiana as

6    a sentencing state for purposes of carrying out the execution,

7    then doesn't the execution then have to be carried out in

8    accordance with the laws of Indiana?

9              MS. PORTER:  Yes, Your Honor.  Under the FDPA, the

10   sentence would have to be carried out in accordance with the

11   laws of Indiana.

12             THE COURT:  And, therefore, wouldn't the ex post

13   facto argument be mooted?

14             MS. PORTER:  Well, I don't think it would be mooted.

15   I think he would still have the claim that there is a

16   constitutional violation.  The problem would be that the gov --

17   I mean the government would be bound by statute to execute him

18   in a way that wouldn't violate the Ex Post Facto Clause.  So I

19   think our position would be that, you know, at that point

20   compliance with the statute under the -- you know, if the judge

21   rules the way that the government wants the judge to rule --

22             THE COURT:  But then they're not --

23             MS. PORTER:  -- there would be an --

24             THE COURT:  So your argument is that even if the

25   judge in Maryland designates Indiana as a sentencing state

1   for purposes of carrying out the execution, the Bureau of

2   Prisons is still obligated to follow the Maryland statute?

3        MS. PORTER:  Under the Ex Post Facto Clause, yes,

4   because the relevant time for the Ex Post Facto Clause would

5   be the time that he committed the crime and was sentenced

6   originally, and the idea is that can't be changed, you know,

7   ex post.  That can't be changed in the intervening time in order

8   to increase punishment.

9        THE COURT:  So let me just -- let me extrapolate

10  from that argument.  Suppose he had been executed in the state

11  of Utah, which provides for execution by a firing squad, Utah

12  outlawed its death penalty and designated Indiana as a

13  sentencing state for purposes of carrying out the execution.

14  Are you saying that execution by any means other than a firing

15  squad would violate the ex post facto law?

16       MS. PORTER:  Well, with the Utah example, I believe

17  Utah provides for lethal injection or firing squad, and so --

18  but is the hypothetical that you're positing is if Utah's law

19  was different and it was just firing squad only?

20       THE COURT:  Yes.

21       MS. PORTER:  In that case --

22       THE COURT:  Because it would seem to obviate

23  the provision in the Federal Death Penalty Act that says to

24  designate a state other than Maryland as a sentencing state.

25  In other words, where a state no longer has a death penalty,

1    a new state would be designated, and that state's procedures

2    would be followed.  Otherwise, what's the purpose of designating

3    a state?

4              MS. PORTER:  Right.  Well, I would argue that the

5    new state procedures can't increase punishment.  That's the key

6    to where there's an ex post facto problem.  So the government is

7    free to designate a new state if a state gets rid of its death

8    penalty, but the key would be that that new state can't have a

9    means of effectuating the death penalty that increases punishment

10   that is worse than the original state's procedure that the

11   person was sentenced under.

12             THE COURT:  And do you have any case law for that?

13             MS. PORTER:  These challenges are relatively rare

14   because, you know, these changes that increase punishment are

15   relatively rare.  But, you know, there is the *Medley* case that

16   we cite in our briefs which says that, you know, if a person

17   isn't told the exact time, that uncertainty qualifies as

18   increasing punishment.

19        And even restricting visitation and putting somebody

20   in solitary confinement due to a change in the law during the

21   last days before their execution has been found to increase

22   punishment in violation of the Ex Post Facto Clause.  So there

23   are -- you know, there are some kind of similar types of changes

24   to procedure around execution that has been found to violate the

25   Ex Post Facto Clause.

1          THE COURT:  Okay.  Mr. Walker?

2          MR. WALKER:  Yes.  I mean, Your Honor, the

3    government's position is that it would moot it.  I mean, what

4    we have shown in our brief is that the FDPA applies the statute

5    in which the execution -- the sentence is actually carried out.

6    And so there would be no retroactive change.

7          There was no -- Maryland was not the sentence [sic] in

8    which the execution was carried out at the time the sentence

9    was imposed.  The state which the execution is carried out and

10   the state of the execution will be whatever the District of

11   Maryland determines it to be.

12         And so there is no retroactive change as far as the FDPA

13   is concerned that would result in an ex post facto problem.  So

14   our position is that it would moot it.  And I'll just note that

15   we've made several legal arguments based on --

16         THE COURT:  Well, I was going to ask you about that.

17   You argue that Mr. Higgs' ex post facto claim fails because it

18   constitutes a procedural change under *Dobbert v. Florida*.  Now,

19   I understand that Mr. Higgs challenges the applicability of

20   *Dobbert* here.  And this is not intended to be a motions hearing.

21   Nevertheless, this seems like a purely legal question that

22   doesn't require a hearing to resolve.

23         Ms. Porter, do you maintain that we need to have a hearing

24   to resolve this issue, or do you agree it's a legal question?

25         MS. PORTER:  I do believe that we need a hearing,

1   Your Honor, mostly because Dr. Antognini has submitted a lengthy

2   additional expert declaration in support of the government's

3   opposition that includes new, you know, data points and studies

4   that he has relied on that were new to what we've previously

5   heard in this case.

6       And he includes -- at the last page of that declaration in

7   Exhibit B, includes two columns of, you know, what he referred

8   to as data for execution doses of thiopental and pentobarbital,

9   both for their onset and duration, and doesn't cite sources for

10  where he's getting that information.

11      So I think that, you know, some of the scientific

12  information that's been presented and is new would benefit

13  from a hearing, and we would like the opportunity to cross-

14  examine Dr. Antognini on the sources for his information.

15          THE COURT:  So just to clarify, assuming that I find

16  in Mr. Higgs' favor on these issues, that is, that Mr. Higgs'

17  ex post facto claim survives regardless of which state is

18  ultimately designated for the execution and that the use of

19  pentobarbital in his execution is not a procedural change.

20      So let's assume for the purposes of argument that I

21  find that.  It is only then that we reach the factual issue

22  of whether pentobarbital is considered an ultrashort-acting

23  barbiturate or similar drug.  Is that right?

24          MS. PORTER:  I believe so, Your Honor.  I mean,

25  I think that whether or not it's considered a procedural

1      change might be in some sense wrapped up with the substance

2      of, you know, what the differences are in the drugs.  But

3      I agree that these, you know, are threshold questions.

4              THE COURT:  And, Mr. Walker, given the additional

5      exhibit from Dr. Antognini, why wouldn't Mr. Higgs be entitled

6      to an evidentiary hearing for the Court to assess that report?

7              MR. WALKER:  Well, certainly Your Honor has

8      articulated a number of threshold legal issues.  We certainly

9      don't think that any evidentiary hearing is necessary because

10     of the threshold legal issues.

11         With respect to the actual testimony of the experts,

12     you know, they do have competing testimony.  We'd note that

13     plaintiffs' own experts sort of compete with each other.  Our

14     experts' testimony is sort of in line with Dr. Van Norman's

15     testimony that pentobarbital and thiopental are basically

16     equivalent for all intents and purposes in this area, and we

17     don't just -- you know, the holding of an evidentiary hearing

18     is not this district's preferred practice in connection with

19     motions for preliminary injunction, and so we do not think one

20     would be necessary.

21             THE COURT:  All right.  And I have held them.

22     I have heard from these experts before, and I have reviewed

23     these experts 'reports several times.  But there is an

24     additional -- since there is a new report and obviously a

25     different issue with regard to whether pentobarbital is

1    considered an ultrashort-acting barbiturate or similar drug

2    that's a new factual issue for me to consider, that may be

3    possible.  But I think I'd have to get through the legal

4    threshold questions first.

5            So I'm not sure -- well, a couple of things.  One, I'd ask

6    someone to let me know once the judge in Maryland has issued his

7    opinion; and two, I will decide -- not at this hearing, not on

8    the record here today -- whether I'm going to have a hearing.

9            But if I do, I want to hear from the parties about what a

10   hearing on this question would look like.  I mean which witnesses

11   would you call, how long would it take, in what form.  I mean,

12   previously, parties have submitted the affidavits and then done

13   simply cross-examination and redirect.

14           Ms. Porter, can you tell me what you envision a hearing on

15   this issue to look like?

16               MS. PORTER:  Yes, Your Honor.  I think that a similar

17   hearing to what you held before is what we were envisioning as

18   well.  From our perspective, I think Mr. Higgs would want to call

19   Dr. Antognini and do cross-examination with, you know, obviously

20   with the opportunity of redirect for the government, and if the

21   government wanted to cross-examine any of our witnesses, that

22   would be fine as well.  But I think that Dr. Antognini is really

23   the only witness that we would need to cross-examine.

24               THE COURT:  And -- well, now that Mr. Higgs has tested

25   positive, if you refile your as-applied challenge, that might

1    require a hearing also.  How do you envision that?  What's the

2    scope of that?  What would you want the scope of that to be?

3              MS. PORTER:  Yes.  I mean, I imagine if we were

4    going to provide direct examination, we would also need to

5    call Dr. Zivot, who provided a declaration and supplemental

6    declaration related to the as-applied challenge, and we would

7    certainly be happy to do a new supplemental declaration in

8    advance of the hearing if that would be preferred or however

9    you want to do it.

10             THE COURT:  Okay.  And if I decided to have a hearing,

11   I want to emphasize it would not be cumulative of any other

12   hearing that I've held in this case but simply supplement the

13   record with regard to Mr. Higgs' as-applied claim and Mr. Higgs'

14   ex post facto claim regarding whether pentobarbital is an

15   ultrashort-acting barbiturate or similar.

16        So given that, how long do you think we're talking about

17   here?  Do you expect it would just be cross-examination and

18   redirect?

19             MS. PORTER:  I think we could probably do it in

20   four hours or so.  I think just for the ex post facto claim,

21   we wouldn't need to do direct examination of our experts.  I

22   think cross-examination of Dr. Antognini would be sufficient

23   for plaintiff.  I think if we're also including an as-applied

24   challenge, then it might make sense to also have direct

25   examination for our expert given the new developments.

1       THE COURT:  I have to tell you, I don't think four

2  hours is necessary.  We had a pretty lengthy evidentiary hearing

3  before.  I have reviewed the reports.  We're talking about

4  supplemental declarations, basically, supplemental declarations

5  only and as they apply to Mr. Higgs' claim.  So I'm not sure

6  that I share your assessment that four hours would be necessary.

7       MS. PORTER:  We could certainly do a shorter hearing.

8  I think at most it would be half a day, depending on what

9  witnesses the government also wanted to call.

10       THE COURT:  Mr. Walker.

11       MR. WALKER:  Yes, Your Honor.  I mean, it's a bit up

12  in the air at this point given that we don't know whether or

13  what additional claim that Mr. Higgs would file and what sort

14  of supporting evidence would come along with that.

15       THE COURT:  Well, I guess that depends on the course

16  of the virus.

17       MR. WALKER:  Exactly.  And we just don't know at this

18  point.

19       THE COURT:  And I'll tell you, as you all know,

20  I'm trying my very best, although these circumstances are

21  unpredictable, to not be doing this all last minute.  But I

22  understand there's some things I can't control.

23       MS. PORTER:  And, Your Honor, we'll do our best to

24  file things promptly as well.

25       MR. WALKER:  I suspect, Your Honor, that if there is

1    an additional as-applied claim related to the COVID diagnosis

2    that the government would provide some additional testimony by

3    Dr. Antognini and possibly one other expert.

4              THE COURT:  Okay.  All right.  If a hearing is

5    necessary, we can schedule something for the first week of

6    January.  But again, that's a big "if."  And again, that also

7    depends on what's going on with Mr. Higgs.

8         Next, Mr. Higgs alleges that his execution constitutes

9    arbitrary and capricious action by the Attorney General in

10   violation of the Fifth and Eighth amendments.  And again,

11   this appears to be a purely legal claim to me.  Does anybody

12   dispute this characterization?

13             MS. PORTER:  No, Your Honor.  We don't believe

14   that a hearing is necessary on this claim.

15             THE COURT:  Mr. Walker, I assume you agree.

16             MR. WALKER:  Yes.  We very much agree there.

17             THE COURT:  Okay.  All right.  So I will take the

18   matter of the hearing under advisement as I consider the

19   threshold legal claims.  Ms. Porter, I assume you will update

20   us with regard to any change as to Mr. Higgs' condition.

21             MS. PORTER:  Yes, Your Honor.

22             THE COURT:  And also, if somebody would let me

23   know once the court in Maryland has issued a ruling on the

24   designation on the state issue and which state, that would

25   also be very helpful.

1          Is there anything else?  All right.  My clerk will be in

2     touch if we need to schedule any further hearings or statuses.

3     Thank you all for making yourselves available late in the

4     afternoon on such short notice.  All right?  Anything else?

5                MS. PORTER:  No, Your Honor.

6                MR. WALKER:  No, Your Honor.

7                THE COURT:  All right.  Thanks very much.

8     Appreciate it.  Bye-bye.

9          (Proceedings adjourned at 4:36 p.m.)

CERTIFICATE *

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.


/s/ Bryan A. Wayne
Bryan A. Wayne

* PLEASE NOTE:

This hearing was taken via telephone conference in compliance with U.S. District Court Standing Order 20-19 during the COVID-19 pandemic.  Transcript accuracy may be affected by limitations associated with use of electronic technology, including but not limited to any sound distortions and/or audio interferences.

# Exhibit 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In the Matter of the | ) | |
| Federal Bureau of Prisons' Execution | ) | |
| Protocol Cases, | ) | |
| | ) | |
| LEAD CASE: *Roane et al. v. Barr* | ) | Case No. 19-mc-145 (TSC) |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| *Roane, et al. v. Barr*, No. 05-2337 | ) | |

## DECLARATION OF SHAUNA SMILEDGE

I, Shauna Smiledge, do hereby declare and state as follows:

1.     I am employed by the United States Department of Justice, Federal Bureau of Prisons
       ("BOP"), as Health Services Administrator at the Federal Correctional Complex at Terre
       Haute, Indiana (FCC Terre Haute).  I have held this position since July 2020.  I have been
       employed by the BOP since 2010.

2.     The statements I make hereinafter are made on the basis of my review of the official files
       and records of the BOP, my own personal knowledge, or on the basis of information
       acquired by me through the performance of my official duties.

3.      As Health Services Administrator, I am responsible for, along with the Clinical Director,
       managing and directing the activities of a multi-disciplinary team of health care
       professionals who are responsible for providing medical, dental, and allied health services
       (pharmacy, lab and x-ray) to the inmate population.  I provide administrative supervision
       either directly or through the Assistant Health Services Administrator to subordinate staff,
       i.e., Mid-Level Practitioners, EMTs, Pharmacist, Clinical Nurses, Medical Record

1

Technician, Dental Assistant, and contract medical staff.

4.  I am aware that in the above referenced case, the medical treatment of inmates Dustin Higgs, Reg. No. 31133-037, and Cory Johnson, Reg. No. 27832-054, is at issue.

5.  Since approximately 2009, the BOP has maintained electronic medical records, commonly referred to as Bureau Electronic Medical Records, or BEMR records. True and accurate copies of the BEMR medical records from January 1, 2020, to December 30, 2020, for Mr. Higgs and Mr. Johnson are attached as Attachments 1 and 2, respectively. Such records are created and maintained in the ordinary course of business.

6.  Ensuring the accuracy of such records is paramount as the record will contain information needed to support the inmate's diagnosis and medical condition; justify the course and result of care, treatment, and services; and provide continuity of care among providers.

7.  BOP Program Statement 6090.04, Health Information Management, sets forth a number of documentation guidelines regarding medical records. Among these guidelines is a subsection on authentication, which provides that

    - Electronically generated health records will automatically record provider name and credentials, ensure legibility, and assign the date and time to entries.

    - In paper records, health care providers will sign their name and credentials and use a block stamp or printed name and credentials.

    - Only authorized individuals make entries in the record.

    - Staff members will document in the electronic health record when logged in under their own account. At no time will staff allow others to document under or otherwise use their electronic health record (EHR) account.

    - Staff will personally document care, treatment, and services that they provide. When dictation is approved in advance by the Chief of Health Information, documentation may be transcribed for signature of the care provider. These requests will be made via annual exception to policy memorandum to the Health Services Division.

2

See Program Statement 6090.04 at 12.   The Program Statement can be located at https://www.bop.gov/PublicInfo/execute/policysearch.

8.       Additionally, the Program Statement requires that "to ensure integrity of the record, documentation of patient encounters and treatments will be completed as soon after the event as possible." Id.

9.       Furthermore, Health Services staff conduct reviews to ensure records are accurate.   Per Program Statement 6090.04, maintaining accurately documented and complete health records require staff to conduct regular health record reviews.   Each facility will review at least 15 records each month. Id. at 14. FCC Terre Haute complies with these requirements.

10.      I am aware that in a recent Joint Status Report, counsel for Higgs state that "they believe that Mr. Higgs has more substantial symptoms than [his medical records] indicate," Joint Status Report ¶ 6, ECF No. 376, and counsel for Johnson state that "they believe the BOP medical records do not accurately summarize Mr. Johnson's medical symptoms and tests." Id. ¶ 8.

11.      I have seen no evidence that Higgs's or Johnson's medical records are inaccurate.  Higgs's counsel cites as their sole example of inaccuracy that "Higgs has developed labored breathing over the past several days, and continued to experience labored breathing, which he has reported to BOP staff."  Joint Status Report ¶ 6.  On December 23 and 24, Higgs was screened for cough, shortness of breath, and fatigue, among other things.  He did not report any of those symptoms.   See Attachment 1.   His medical providers were K. Lubbehusen (12/23) and C. Beal (12/24).  Id.  On December 25, Higgs was screened again by C. Beal in the morning and at noon.  In the morning, he reported no cough, shortness of breath, or fatigue.  Id. In the afternoon, Higgs is quoted as saying, "my breathing feels a little funny though, but I have asthma and I think it is that; can you check my oxygen . . .

3

[l]evels to make sure?"  Higgs oxygen saturation was reported to be 100%.  *Id.*  On December 26, Higgs's provider was K. Miller.  *Id.*  He again reported no cough, shortness of breath, or fatigue, and his oxygen saturation level was 99%.  *Id.*  On December 27, Higgs's provider was C. Frank.  *Id.*  Higgs reported no cough, shortness of breath (SOB), or fatigue.  His oxygen saturation level was again reported to be 100%.  *Id.*  On December 28 and 29, Higgs's provider was C. McGuire.  *Id.*  Higgs reported no cough, shortness of breath, or fatigue.  In sum, over seven days, Higgs was seen by five different providers, all of whom assessed Higgs's pulmonary status.  Higgs did report that his breath felt funny on one day but otherwise did not report any other problems with his breathing.  If Higgs had expressed that his breathing felt labored over the course of several days, the several providers who saw him would have documented that symptom.

12.     In fact, on December 30, Higgs did, for the first time, reported having intermittent difficulty catching his breath.  His records quote him as stating, "I just wanted it documented that I was short of breath sometimes.  Nothin's new.  I'm fine."  Although he reported no fatigue, his oxygen saturation was 98%, and his lungs sounded clear, his provider recommended a routine chest x-ray.  The x-ray was completed the same day and the radiology report found no abnormalities other than a "right apical reticular nodular density" that was "unchanged" since Higgs's last chest x-ray on October 18, 2018.

13.     Johnson's counsel stated in the Joint Status Report that "Mr. Johnson previously suffered from body aches and more severe fatigue than indicated, despite reporting it to BOP staff."  Johnson's records show that on December 23, he was seen by K. Lubbbehusen, and reported no cough, shortness of breath, fatigue, or body aches.  *Id.*  On December 24, he was seen by C. Beal, and again reported no cough, shortness of breath, fatigue, or body

4

aches. *Id.* On December 25, he was seen again by C. Beal. Johnson reported no cough, fatigue, or body aches, but reported nasal congestion. *Id.* On December 26, Johnson was seen by K. Miller, and reported no cough, fatigue, or body aches, and noted that his breathing had improved. *Id.* On December 27, Johnson was seen by C. Frank, and reported for the first time a little cough, but no fatigue or musculoskeletal pain. *Id.* On December 28, Johnson was seen by C. McGuire, and reported the same cough, but no fatigue or body aches. *Id.* Finally, on December 29, he was again seen by C. McGuire, and reported the same cough, but no fatigue or body aches (other than a dental problem related to a displaced filling). *Id.* Johnson was seen on December 30 by C. Beal and stated "I'm okay, I'm good" when asked if he was experiencing any symptoms. In sum, over eight days, Johnson was seen by five different providers, all of whom conducted screenings or encounters related to Johnson's fatigue and body ache. Johnson never reported either problem. If Johnson had done so, his providers would have documented those symptoms.

14.     Johnson's counsel also stated that "the records indicate that Mr. Johnson refused an oxygen saturation test on December 27, even though he reported to his counsel that he did not." Joint Status Report ¶ 8. Johnson received an oxygen saturation test on December 19 (twice), 20, and 26, with reported values of 98, 99, 97, and 99, respectively. On December 27, Johnson declined to leave his cell to participate in the test and so he was deemed to have refused the test.

15.     In sum, despite Higgs's and Johnson's counsel's statements, I have seen no evidence that BOP medical providers have failed to record the inmates' symptoms accurately.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this ___31___ day December, 2020.

Shauna Smiledge
Federal Bureau of Prisons

# Attachment 1

Higgs_0001

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M    Race: BLACK | Facility: | THP |
| Note Date: | 12/30/2020 08:00 | Provider: | Beal, Carly RN | Unit: | X01 |

Admin Note - General Administrative Note encounter performed at Special Housing Unit.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**         Provider:   Beal, Carly RN

Patient reports "I have a hard time catching my breath, I'm SOB at times. I feel like I have labored breathing sometimes"

Reported patients c/o to NP

**Copay Required:** No                    **Cosign Required:**  Yes
**Telephone/Verbal Order:**   Yes       **By:**   Frank, Casey FNP
**Telephone or Verbal order read back and verified.**

Completed by Beal, Carly RN on 12/30/2020 17:04
Requested to be cosigned by  Frank, Casey FNP.
Cosign documentation will be displayed on the following page.

Higgs_0002

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M   Race: BLACK | Facility: | THP |
| Note Date: | 12/30/2020 16:59 | Provider: | Beal, Carly RN | Unit: | X01 |

Admin Note - General Administrative Note encounter performed at Special Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Beal, Carly RN

Patient reports "I have a hard time catching my breath, I'm SOB at times. I feel like I have labored breathing sometimes"

Reported patients c/o to NP

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Beal, Carly RN on 12/30/2020 17:02

Higgs_0003

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M    Race: BLACK | Facility: | THP |
| Note Date: | 12/30/2020 16:59 | Provider: | Beal, Carly RN | Unit: | X01 |

Admin Note - General Administrative Note encounter performed at Special Housing Unit.

**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**         Provider:   Beal, Carly RN

        Patient reports "I have a hard time catching my breath, I'm SOB at times. I feel like I have labored breathing sometimes"

        Reported patients c/o to NP

**Copay Required:** No       **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Beal, Carly RN on 12/30/2020 17:02

**Bureau of Prisons**
**Health Services**
**See Amendment**

Higgs_0004

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/30/2020 08:00 | | | Facility: | THP |

**Amendment made to this note by Beal, Carly RN on 12/30/2020 17:04.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: M Race: BLACK | Facility: | THP |
| Encounter Date: | 12/30/2020 09:40 | Provider: Frank, Casey FNP | Unit: | X01 |

Mid Level Provider - Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:   Frank, Casey FNP

Chief Complaint:   GENERAL

Subjective:   Per RN, inmate reported having intermittent difficulty catching his breath without new onset. Inmate was brought to SCU medical by custody staff.
He stated, "I thought we already did this the other day Ms. Frank?" Inmate counseled visit this morning is a f/u from sx's reported today to RN.
He stated, "I just wanted it documented that I was short of breath sometimes. Nothin's new. I'm fine."
Denies new symptoms. Denies worsening symptoms. Denied any shortness of breath or dyspnea upon exertion at time of exam. Reports complete resolution of stuffy nose and H/A.
See 12/27/20 APP documentation with inmate being medically cleared from isolation status at that time.
He had a positive Abbott COVID-19 test 12/16/20 with confirmatory positive Quest test 12/21/20.
Denies fever, chills, night sweats, myalgia's, N/V/D, cough, or associated sx's.

PLAN:
Stable VS with unremarkable exam.
Asymptomatic at time of exam with report of wanting his sx of intermittent SOB documented.
Routine Cxry pending with clear breath sounds upon auscultation.

Pain:   No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/30/2020 | 09:40 THX | 97.5 | 36.4 | | Frank, Casey FNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/30/2020 | 09:40 THX | 66 | | | Frank, Casey FNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/30/2020 | 09:40 THX | 18 | Frank, Casey FNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/30/2020 | 09:40 THX | 119/67 | | | | Frank, Casey FNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/30/2020 | 09:40 THX | 98 | Room Air | Frank, Casey FNP |

**ROS Comments**

General: Negative fever, chills, night sweats, weight loss, appetite change, or fatigue.
Integumentary: Negative rash, wound, or skin breakdown.

| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037_0006 |
| Date of Birth: | 03/10/1972 | Sex: | M  Race:  BLACK | Facility: | THP |
| Encounter Date: | 12/30/2020 09:40 | Provider: | Frank, Casey FNP | Unit: | X01 |

HEENT: Denies visual changes, watery eyes, runny nose, allergies, sinus pressure, or neck pain.
Cardiovascular: Negative CP, Angina, Cough, Edema, Intermittent Claudication, Orthopnea, PND, Syncope, or palpitations.
Pulmonary: Denied SOB or DOE upon exam. Reports intermittent feelings of, "difficulty catching my breath." Denies sudden onset of symptoms that are reported to be improving. Negative Cough, Dyspnea, or hemoptysis.
GI: Negative abdominal pain, colic, bloating, N/V/D, constipation, bowel dysfunction, incontinence of stool, rectal bleeding/pain, heartburn, or bowel habits changes.
GU: Negative Nocturia, Hematuria, Hesitancy, bladder dysfunction, Incontinence, Urgency, Urinary Frequency, Urinary Retention, or Dysuria.
Musculoskeletal: Negative back pain, muscle aches, extremity discomfort, or saddle anesthesia.
Neurological: CN 2-12 grossly intact. Negative dizziness, H/A, or weakness.
Endocrine: Negative polydipsia, polyphagia, or polyuria.
Psychiatric: Negative Mood Impaired, SI/HI, or anhedonia.
Lymphatics: Negative generalized lymphadenopathy.

### Exam Comments

General: Affect Pleasant and cooperative. In NAD.
Skin: WNL. Dry and intact.
Head: Symmetry of motor function, Atraumatic/Normocephalic.
Nose: Patent nares without rhinitis or drainage.
Pharynx: Negative erythema, exudate, posterior lymph hyperplasia, or swelling. Patent airway.
Neck: WNL, supple, symmetric, trachea midline. Musculoskeletal WNL, full ROM.
Pulmonary: Thorax: Inspection WNL with normal thoracic expansion, normal diaphragmatic excursion, Clear to auscultation without crackles, rhonchi, wheezing, or pleural rub.
Cardiovascular: Observation WNL. Normal Rate, Regular Rhythm without tachycardia, bradycardia, irregular rhythm, or cardiopulmonary distress. Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2 with mid faint systolic click best auscultated at apex (chronic finding per BEMR record review). Otherwise, without M/R/G, S3, S4. Vascular: WNL. Peripheral Vascular: Negative edema.
Abdomen: Inspection: WNL. Auscultation: Normal active bowel sounds. Negative arterial bruits. Palpation: WNL. Soft, non-tender without guarding, rigidity or evidence of acute abdomen.
Musculoskeletal: WNL. Full normal generalized active/passive ROM. Non-tender C-spine.
Normal Bony Landmarks, Symmetric. Neurovascular Intact. Ambulating without difficulty.
Neurologic: Cranial Nerves (CN) intact grossly.
Psych: Negative flat affect. Conversing without difficulty.
Lymphatic's: Negative generalized or localized lymphadenopathy.

**ASSESSMENT:**

Asthma, unspecified, 493.90 - Current - *09/27/17  B asthma PEFR 500+. Negative cough or wheeze.*

Encounter for observation for other suspected diseases and conditions ruled out, Z0389 - Current

**PLAN:**

**Discontinued Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
| --- | --- | --- | --- | --- |
| *General Radiology-Chest-2 Views* | *One Time* | | *01/21/2021* | *Routine* |

Specific reason(s) for request (Complaints and findings):

*HTN*

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
| --- | --- | --- | --- | --- |
| General Radiology-Chest-2 Views | One Time | | 12/31/2020 | Routine |

Specific reason(s) for request (Complaints and findings):

Reports intermittent feelings of difficulty catching breath. COVID-19 recovered recently. Negative cough. VS and exam stable.

Inmate Name:  HIGGS, DUSTIN JOHN                                    Reg #:    31133-037
Date of Birth:  03/10/1972                     Sex:    M    Race:  BLACK      Facility:  THP
Encounter Date:  12/30/2020 09:40              Provider:  Frank, Casey FNP    Unit:     X01

**Disposition:**

> Follow-up at Sick Call as Needed
>
> Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/30/2020 | Counseling | Plan of Care | Frank, Casey | Verbalizes Understanding |

> Reviewed intermittent symptoms that are reportedly improving, plan of care including routine chest xry, and callback criteria.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Frank, Casey FNP on 12/30/2020 11:13

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #:   31133-037 |
| Date of Birth: | 03/10/1972 | Sex:   M   Race:  BLACK | Facility:  THP |
| Encounter Date:  12/27/2020 07:50 | | Provider:  Frank, Casey FNP | Unit:   X01 |

Mid Level Provider - Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Frank, Casey FNP

Chief Complaint:   INFECTIOUS DISEASE

Subjective:     f/u positive Abbott COVID-19 test 12/16/20 with confirmatory positive Quest test 12/21/20.
Reports having a mildly "stuffy," nose and nearly resolved H/A with improving sx's and no H/A
at time of exam.
Denies fever, chills, night sweats, myalgia's, N/V/D, cough, SOB, DOE, or associated sx's.

PLAN:
Medically cleared from isolation status if appropriate from custody IDC standpoint.

Pain:           No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/27/2020 | 07:51 THX | 97.3 | 36.3 | | Frank, Casey FNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/27/2020 | 07:51 THX | 78 | | | Frank, Casey FNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/27/2020 | 07:51 THX | 18 | Frank, Casey FNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/27/2020 | 07:51 THX | 140/80 | | | | Frank, Casey FNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/27/2020 | 07:51 THX | 100 | Room Air | Frank, Casey FNP |

**ROS Comments**

General: Negative fever, chills, night sweats, weight loss, appetite change, or fatigue.
Integumentary: Negative rash, wound, or skin breakdown.
HEENT: Denies visual changes, watery eyes, runny nose, allergies, sinus pressure, or neck pain. Reports mild "stuff nose."
Cardiovascular: Negative CP, SOB, DOE, Angina, Cough, Edema, Orthopnea, PND, Syncope, or palpitations.
Pulmonary: Negative Cough, SOB, DOE, Dyspnea, or hemoptysis.
GI: Negative abdominal pain, colic, bloating, N/V/D, or constipation..
GU: Negative Nocturia, Hematuria, Hesitancy, bladder dysfunction, Incontinence, Urgency, Urinary Frequency, Urinary Retention, or Dysuria.
Musculoskeletal: Negative back pain, muscle aches, or extremity discomfort.
Neurological: CN 2-12 grossly intact. Negative dizziness, H/A, or weakness.
Psychiatric: Negative impaired mood.

| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
|---|---|---|---|---|---|
| Date of Birth: | 03/10/1972 | Sex: | M Race: BLACK | Facility: | THP |
| Encounter Date: | 12/27/2020 07:50 | Provider: | Frank, Casey FNP | Unit: | X01 |

Lymphatics: Negative generalized lymphadenopathy.
ROS reviewed and otherwise unremarkable.

**Exam Comments**

Wearing mask due to COVID-19 pandemic and evaluated with officers and Lieutenant.
General: Affect Pleasant and cooperative.
Skin: WNL. Dry and intact.
Head: Symmetry of motor function, Atraumatic/Normocephalic.
Pharynx: Negative erythema, exudate, posterior lymph hyperplasia, or swelling. Patent airway.
Neck: WNL, supple, symmetric, trachea midline. Musculoskeletal WNL, full ROM without tenderness, swelling, or muscle spasms.
Pulmonary: Thorax: Inspection WNL with normal thoracic expansion, normal diaphragmatic excursion, Clear to auscultation without crackles, rhonchi, wheezing, or pleural rub.
Cardiovascular: Observation WNL. Normal Rate, Regular Rhythm without tachycardia, bradycardia, irregular rhythm, or cardiopulmonary distress. Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2 with mid faint systolic click best auscultated at apex (chronic finding per BEMR record review). Otherwise, without M/R/G, S3, S4. Vascular: WNL. Peripheral Vascular: General WNL.
Abdomen: Inspection: WNL. Auscultation: Normal active bowel sounds. Negative arterial bruits. Palpation: WNL. Soft, non-tender without guarding, rigidity, overt mass or organomegaly, or evidence of acute abdomen.
Musculoskeletal: WNL. Full normal generalized active/passive ROM. Ambulating without difficulty.
Neurologic: Cranial Nerves (CN) 2-12 grossly intact.
Psych: Negative flat affect. Conversing without difficulty.
Lymphatic's: Negative generalized or localized lymphadenopathy.

**ASSESSMENT:**

Confirmed case COVID-19, U07.1 - Resolved

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/27/2020 | Counseling | Plan of Care | Frank, Casey | Verbalizes Understanding |

Plan of care including clearance from isolation status. Callback criteria.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Frank, Casey FNP on 12/27/2020 08:54

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

Higgs_0010

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: M   Race: BLACK | Facility: THP |
| Encounter Date: | 12/20/2020 09:50 | Provider: McGuire, Cody NREMT-P | Unit: X01 |

EMT/Para - Sick Call encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT   **1**       Provider:  McGuire, Cody NREMT-P

Chief Complaint:   Headache
Subjective:      "I have a headache and stuffy nose"
**Pain:**            Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 12/20/2020 09:50 |
| Location: | Head |
| Quality of Pain: | Aching |
| Pain Scale: | 3 |
| Intervention: | OTC meds |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Days |
| Duration: | 1-2 Days |
| Exacerbating Factors: | none |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Exam Comments**

headache, stuffy nose, no others reported.

**ASSESSMENT:**

Other

Pt seen at cell door this morning reporting headache and stuffy nose. Pt is covid positive and is requesting OTC meds for symptom control. Will consult provider regarding meds. Pt has hx of NSAID allergy and will not be written for ibuprofen. Pt reports to nurse that he has access to Tylenol and is encouraged to make use of Tylenol for symptom control.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/20/2020 | Counseling | Access to Care | McGuire, Cody | Verbalizes Understanding |

Inmate Name:  HIGGS, DUSTIN JOHN

Date of Birth:  03/10/1972

Encounter Date:  12/20/2020 09:50

Sex:  M   Race:  BLACK

Provider:  McGuire, Cody NREMT-P

Reg #:  31133-037

Facility:  THP

Unit:  X01

HIGGS_0011

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

**Copay Required:** No       **Cosign Required:**  Yes

**Telephone/Verbal Order:**   Yes    **By:**   Frank, Casey FNP

**Telephone or Verbal order read back and verified.**


Completed by McGuire, Cody NREMT-P on 12/20/2020 10:00

Requested to be cosigned by  Frank, Casey FNP.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Wilson, William E. MD/CD.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

Higgs_0012

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/20/2020 09:50 | Provider: | McGuire, Cody NREMT- | Facility: | THP |

**Reviewed by Wilson, William E. MD/CD on 12/22/2020 15:53.**

Higgs_0013

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M       Race: BLACK | Facility: | THP |
| Note Date: | 12/18/2020 17:12 | Provider: | Smiledge, Shauna HSA | Unit: | X01 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Smiledge, Shauna HSA

A review of inmate Higgs chart shows he was tested on 12/16/2020 via Abbott machine.  The result was listed as symptomatic however the inmate had not reported symptoms.  He was tested as surveillance.  His test should have been charted as positive, asymptomatic.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Smiledge, Shauna HSA on 12/18/2020 17:18

Higgs_0014

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: M | Race: BLACK | Facility: | THP |
| Note Date: | 12/16/2020 14:41 | Provider: | Bixler, Tracy RN | Unit: | X01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Bixler, Tracy RN
Surveillance Covid testing

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 12/16/2020 00:00 | Today |
| Lab personnel verbally notified of a priority order of Today or Stat | | | |

**Copay Required:** No                    **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Bixler, Tracy RN on 12/16/2020 14:41
Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

Higgs_0015

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/16/2020 14:41 | Provider: | Bixler, Tracy RN | Facility: | THP |

**Cosigned by Trueblood, Elizabeth MD on 12/17/2020 14:27.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

Higgs_0016

| | | | |
|---|---|---|---|
| Inmate Name: HIGGS, DUSTIN JOHN | | Reg #: 31133-037 | |
| Date of Birth: 03/10/1972 | Sex: M   Race: BLACK | Facility: THP | |
| Encounter Date: 12/12/2020 13:20 | Provider: Beal, Carly RN | Unit: X01 | |

Nursing - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Beal, Carly RN

Chief Complaint:  Medication Refill
Subjective:      renew medication request
**Pain:**            Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate presents to Health Services to request medication renewal.  Inmate voices no complaints and states he is tolerating medications.  Renewal request discussed with provider, and provider has evaluated inmate's current medication regimen.  To provide continuity of care until patient's next regularly scheduled appointment, this writer was given a verbal order to renew medication orders with no changes for a duration of 180.   Inmate is instructed to return to sick call if any problems develop prior to his next appointment.

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 490629-THX | Mometasone Furoate Inhal 220 MCG/Inh [ 60 doses] | 12/12/2020 13:20 |

**Prescriber Order:**   Inhale 2 puffs by mouth each day - rinse mouth after use x 365 day(s)

Indication:  Asthma, unspecified, Bronchitis, acute

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/12/2020 | Counseling | Access to Care | Beal, Carly | Verbalizes Understanding |

**Copay Required:** No              **Cosign Required:**  Yes
**Telephone/Verbal Order:**  Yes    **By:**  Wilson, William E. MD/CD
**Telephone or Verbal order read back and verified.**

Completed by Beal, Carly RN on 12/12/2020 13:31
Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/12/2020 13:20 | Provider: | Beal, Carly RN | Facility: | THP |

**Cosigned by Trueblood, Elizabeth MD on 12/14/2020 08:40.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

Higgs_0018

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex:  M   Race:  BLACK | Facility: | THP |
| Encounter Date: | 12/08/2020 11:19 | Provider:  McGuire, Cody NREMT-P | Unit: | X01 |

EMT/Para - Sick Call encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  McGuire, Cody NREMT-P

Chief Complaint:   No Complaint(s)
Subjective:     med renew
**Pain:**        No

**OBJECTIVE:**

**Exam Comments**
none

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate presents to Health Services to request medication renewal.  Inmate voices no complaints and states he is tolerating medications.  Renewal request discussed with provider, and provider has evaluated inmate's current medication regimen.  To provide continuity of care until patient's next regularly scheduled appointment, this writer was given a verbal order to renew medication orders with no changes for a duration of 30 days. Inmate is instructed to return to sick call if any problems develop prior to his next appointment.

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 521914-THX | Fluconazole 100 MG Tab | 12/08/2020 11:19 |

**Prescriber Order:**   Take one and one-half (1 and 1/2) tablets (150 MG) by mouth once weekly x 30 day(s) Pill Line Only

Indication:   Dermatophytosis [tinea, ringworm]

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/08/2020 | Counseling | Access to Care | McGuire, Cody | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   Yes     **By:**   Frank, Casey FNP
**Telephone or Verbal order read back and verified.**

Completed by McGuire, Cody NREMT-P on 12/08/2020 11:21
Requested to be cosigned by  Frank, Casey FNP.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/08/2020 11:19 | Provider: | McGuire, Cody NREMT- | Facility: | THP |

**Cosigned by Frank, Casey FNP on 12/08/2020 14:51.**

Higgs_0020

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex:   M   Race:BLACK | Facility: | THP |
| Note Date: | 11/05/2020 09:25 | Provider:   Bixler, Tracy RN | Unit: | X02 |

Admin Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Bixler, Tracy RN

Patient allergies reviewed and needed updates applied during this visit.  See Chart: Allergies for most recent patient allergy list.

SEEN IN HOUSE FOR CONSULTATION: Cardiology

PHYSICIAN: Dr. Mercho

FOLLOW UP CONSULT:   YES

REASON FOR CONSULTATION: Follow up for mitral valve prolapse

PERTINENT PATIENT COMMENTS (THE READER IS ALSO REFERRED TO THE SPECIALIST'S NOTE IN DOCUMENT MANAGER): Denies any chest pain, palpitations or shortness of breath. Reports that he just has the heart murmur. Doesn't bother him.

ASSESSMENT (THE READER IS ALSO REFERRED TO THE SPECIALIST'S NOTE IN DOCUMENT MANAGER): Chart reviewed and patient examined. Echo from last year still shows the mitral valve prolapse. Moderate. No intervention at this time. If symptoms increase, notify medical. Only way to fix it or help it is surgery ( replace or repair).

PLAN:

MEDICINE CHANGES IF ANY: no change

SPECIAL TESTING ( LABS, RADIOLOGICAL STUDIES, REFERRALS ETC) : Echo in April 2021

NEXT FOLLOW UP WITH THIS SPECIALIST:  after echo

PATIENT VOICED UNDERSTANDING AND AGREEMENT WITH TREATMENT PLAN.  THE READER IS ALSO REFERRED TO THE SPECIALIST'S NOTE IN DOCUMENT MANAGER FOR  COMPLETE DOCUMENTATION OF THE CONSULTATION.

**Temperature:**

| **Date** | **Time** | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|
| 11/05/2020 | 09:25 THX | 97.5 | 36.4 | | Bixler, Tracy RN |

**Pulse:**

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 11/05/2020 | 09:25 THX | 81 | | | Bixler, Tracy RN |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 11/05/2020 | 09:25 THX | 108/75 | | | | Bixler, Tracy RN |

**SaO2:**

Higgs_0021

| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M    Race: BLACK | Facility: | THP |
| Note Date: | 11/05/2020 09:25 | Provider: | Bixler, Tracy RN | Unit: | X02 |

| **Date** | **Time** | **Value(%)** | **Air** | | **Provider** |
|---|---|---|---|---|---|
| 11/05/2020 | 09:25 THX | 100 | | | Bixler, Tracy RN |

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Radiology | 04/30/2021 | 04/30/2021 | Routine | No | |

    Subtype:

        Echo - Onsite

    Reason for Request:

        Dr. mercho recommends scheduling an echocardiogram in April. Hx of mitral valve prolapse

| Cardiology | 05/31/2021 | 05/31/2021 | Routine | No | |

    Subtype:

        Onsite Cardiology Clinic

    Reason for Request:

        Dr. Mercho recommends follow up after the echo is complete. Repeat echo ordered for April 2021.

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Bixler, Tracy RN on 11/05/2020 12:47

Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

Higgs_0022

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/05/2020 09:25 | Provider: | Bixler, Tracy RN | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 11/05/2020 15:14.**

**Bureau of Prisons**

**Health Services**

**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: 03/10/1972 | Sex: M   Race: BLACK | Facility: THP |
| Encounter Date: 10/28/2020 07:10 | Provider: Frank, Casey FNP | Unit: X02 |

Mid Level Provider - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**          Provider:   Frank, Casey FNP

Chief Complaint:   Skin Problem

Subjective:     Sick call request with c.o. continued rash.
Reviewed PMH/health problems and labs in BEMR; see for details. See 9/11/20 physician CCC visit. At that time, had c.o. rash on torso, upper arms, and L anterior hip present for months. Reported occasional itching. Inmate was reportedly concerned about skin cancer after watching a television show about rashes. Exam at that time documented as having macules scattered across the anterior/posterior thorax, dark brown in color and somewhat scaly in places. Similar lesions noted on upper arms laterally over deltoids.
He was diagnosed with suspected tinea versicolor (fungal) and was prescribed selenium sulfide lotion 2.5%.
Inmate reports improvement, though not resolved rash with use of selenium sulfide and subsequent recurrence within the last several months. Reports occasional itching that is not worse at night or severe.
Commissary receipt reviewed: Purchased hydrocortisone 8/17/20 and cocoa butter lotion 8/2020 and 9/2020. No purchases of anti-fungal cream or other body products noted.

PLAN:
Dx: Suspected Tinea Versicolor.
Rx selenium sulfide (unable to get from commissary; housed in SHU) and oral fluconazole 100mg PO Qweek X 4 weeks.

Pain:           No

---

**OBJECTIVE:**

**ROS Comments**

c.o. continued, chronic "dark" rash that is intermittently itchy. Denies severe pruritis, nocturnal pruritis, open wounds, linear pattern to rash, or associated sx's.
ROS reviewed and otherwise unremarkable.

**Exam Comments**

Wearing mask and evaluated at cell door with officer due to COVID-19 Pandemic. Inmate was offered visit in medical should he not be agreeable to discussing at his door. He reported being agreeable to visit at door.
General: Affect Pleasant and cooperative.
Skin: Location: anterior/posterior thorax and b/l upper arms laterally over deltoids. Dark brown, hyperpigmented, scattered non-raised macules with slightly scaly in several places. Negative drainage, drainage, linear pattern, erythema, or s/sx's infection. No rash to hands or feet. Negative scratching or skin noted during exam.
Head: Symmetry of motor function, Atraumatic/Normocephalic.
Neck: WNL, supple, symmetric, trachea midline.
Pulmonary: Thorax: Inspection WNL with normal thoracic expansion, normal diaphragmatic excursion, Clear to auscultation without crackles, rhonchi, wheezing, or pleural rub.
Cardiovascular: Observation WNL. Normal Rate, Regular Rhythm without tachycardia, bradycardia, irregular rhythm, or cardiopulmonary distress. Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2 without M/R/G, S3, S4.
Abdomen: Inspection: WNL.
MSK: Ambulating without difficulty.
Neurologic: Cranial Nerves (CN) 2-12 grossly intact.
Psych: Negative flat affect. Conversing without difficulty.
Lymphatic's: Negative generalized or localized lymphadenopathy.

| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
|---|---|---|---|---|---|
| Date of Birth: | 03/10/1972 | Sex: | M   Race:   BLACK | Facility: | THP |
| Encounter Date: | 10/28/2020 07:10 | Provider: | Frank, Casey FNP | Unit: | X02 |

## ASSESSMENT:

Dermatophytosis [tinea, ringworm], B359 - Current - *Suspect tinea versicolor*

## PLAN:

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Fluconazole Tablet | | 10/28/2020 07:10 |
| | **Prescriber Order:** | 150mg Orally  Weekly x 30 day(s) Pill Line Only -- Recurrent tinea versicolor. | |
| | Indication: | Dermatophytosis [tinea, ringworm] | |

**Renew Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 518454-THX | Selenium Sulfide Lotion 2.5%, 120ML | | 10/28/2020 07:10 |
| | **Prescriber Order:** | Apply to the affected areas of your body, (not on face or genitals) each day for 7 days. Work up a lather using a small amount of water. RINSE AFTER 10 minutes. May use weekly thereafter x 7 day(s) | |
| | Indication: | Dermatophytosis [tinea, ringworm] | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/28/2020 | Counseling | Plan of Care | Frank, Casey | Verbalizes Understanding |

Reviewed diagnosis of tinea versicolor (fungal infection), plan of care, medication including selenium sulfide shampoo and weekly X 4 weeks fluconazole. Reviewed risks vs. benefits associated with medications including risk of liver failure with fluconazole. Inmate agreeable to proceeding with oral medication and shampoo. Reviewed hand/body hygiene, especially given COVID-19 Pandemic. To place sick call 4-6 weeks after completion of last fluconazole dose should symptoms continue.

**Copay Required:** Yes          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Frank, Casey FNP on 10/28/2020 11:49

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: 03/10/1972 | Sex: M   Race: BLACK | Facility: THP |
| Encounter Date: 10/08/2020 10:38 | Provider: Miller, Kasha RN | Unit: X02 |

Nursing - Sick Call Note encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:  Miller, Kasha RN

Chief Complaint:   Other Problem
Subjective:      "I'm requesting to see the doctor. I still have the same rash as I did when I saw the doctor".
**Pain:**      Not Applicable

**OBJECTIVE:**

**Exam:**

**General**

**Appearance**

Yes: Alert and Oriented x 3

**ASSESSMENT:**

Other

Inmate submits medical sick call sign-up form at cell door during morning pill line. Speaking and ambulating without difficulty. Respirations even and unlabored. Inmate reports having a continuous rash on his upper arms, chest and stomach. Inmate saw the provider regarding this issue 1 month ago, but states it has not went away even with the medication that was prescribed. Will be placed on scheduler to see provider. No change in allergy status.

**PLAN:**

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Sick Call/Triage | 10/21/2020 00:00 | MLP 01 |
| 10/8- ongoing rash | | |

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/08/2020 | Counseling | Access to Care | Miller, Kasha | Verbalizes Understanding |

**Copay Required:** No           **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Miller, Kasha RN on 10/08/2020 10:44

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M   Race:  BLACK | Facility: | THP |
| Encounter Date: | 09/11/2020 14:13 | Provider: | Wilson, William E. MD/CD | Unit: | X02 |

Chronic Care - Chronic Care Clinic encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Wilson, William E. MD/CD

Chief Complaint:   PULMONARY/RESPIRATORY

Subjective:      CCC PERFORMED AS LISTED BELOW
HYPERTENSION/ HYPERLIPDEMIA/ VASCULAR CHRONIC CARE CLINIC REVIEW OF
SYSTEMS :

PRIOR CARDIAC DISEASE DIAGNOSIS : YES   HISTORY MVP

HYPERTENSION REVIEW OF SYSTEMS ARE NEGATIVE
FAMILY HISTORY :

HYPERTENSION-  YES
PREMATURE CARDIOVASCULAR DISEASE OR DEATH   YES
RENAL DISEASE-NO
DIABETES- YES

TAKES ASPIRIN DAILY- YES.

DIETARY HISTORY
SODIUM- DENIES EXCESSIVE SODIUM
ALCOHOL- DENIES
SATURATED FATS- DENIES EXCESSIVE SATURATED FATS BUT HE COMPLAINS
ABOUT THE DIET OFFERED.  WE DID DISCUSS CARDIAC/DIABETIC DIET OR WITH
REFERRED TO AS A HEART HEALTHY DIET BUT HE DECLINED THAT
EXERCISES   YES

THE PULMONARY CHRONIC CARE CLINIC REVIEW OF SYSTEMS ARE NEGATIVE.  HE
IS COMPLIANT.  NO PAST HOSPITALIZATION FOR PULMONARY EXACERBATION.

SYMPTOMS OF ASTHMA :
>2 DAYS/WEEK
NIGHTTIME AWAKENINGS DUE TO ASTHMA:
  <2 TIMES PER MONTH
SABA USE FOR SYMPTOM CONTROL:
>2 DAYS/WEEK BUT NOT DAILY AND NOT MORE THAN ONE TIME ON ANY DAY
INTERFERENCE WITH NORMAL ACTIVITY DUE TO ASTHMA PER PATIENT:
MINOR LIMITATION
PAST EXACERBATIONS REQUIRING ORAL SYSTEMIC STEROIDS FOR ASTHMA:
  NONE

CXR-OCTOBER 2018

FLU IMMUNIZATION-DECLINED 2019

| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133HGS_0027 |
|---|---|---|---|---|---|
| Date of Birth: | 03/10/1972 | Sex: M | Race: BLACK | Facility: | THP |
| Encounter Date: | 09/11/2020 14:13 | Provider: | Wilson, William E. MD/CD | Unit: | X02 |

PNEUMONIA IMMUNIZATION-PPV 23 APRIL 2017

HE COMPLAINS ABOUT A RASH ON HIS TORSO AND UPPER ARMS AND LEFT ANTERIOR HIP PRESENT FOR MONTHS HE STATES.  IT OCCASIONALLY ITCHES.  HE IS CONCERNED ABOUT SKIN CANCER AFTER HE WATCHED A TELEVISION SHOW ABOUT RASHES.

LABS ARE NOTED.  SEE THE DOCUMENT MANAGER CREATININE 1.1, LFTS NORMAL, TOTAL CHOLESTEROL 143, TRIGLYCERIDES 52, HDL 66, LDL 67.  A1C 5.5

ROS OTHERWISE NEGATIVE.

**Pain:** No

**Seen for clinic(s):** Hypertension, Pulmonary/Respiratory

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/11/2020 | 14:14 THX | 98.2 | 36.8 | | Wilson, William E. MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/11/2020 | 14:14 THX | 65 | | | Wilson, William E. MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/11/2020 | 14:14 THX | 14 | Wilson, William E. MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/11/2020 | 14:14 THX | 126/76 | | | | Wilson, William E. MD/CD |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 09/11/2020 | 14:14 THX | 570 | 550 | 530 | Fair | Without | Wilson, William E. |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 09/11/2020 | 14:14 THX | 165.0 | 74.8 | | Wilson, William E. MD/CD |

**Exam:**
**General**
**Appearance**
Yes: Appears Well

**Exam Comments**

GENERAL APPEARANCE: APPEARS WELL
SKIN: WITHIN NORMAL LIMITS IN GENERAL-HOWEVER THERE APPEARED TO BE IRREGULAR SHAPED MACULES SCATTERED ACROSS THE ANTERIOR AND POSTERIOR THORAX DARK BROWN IN COLOR AND SOMEWHAT SCALY IN PLACES.  SIMILAR LESIONS ARE NOTED ON THE UPPER ARMS LATERALLY OVER THE DELTOIDS.  THEY DO NOT HAVE THE APPEARANCE OF SKIN CANCER.

LYMPH NODES: NO ADENOPATHY

HEAD: NO BRUISING, NO MASSES, NO SIGNS OF TRAUMA. NORMOCEPHALIC

| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037_0028 |
|---|---|---|---|---|---|
| Date of Birth: | 03/10/1972 | Sex: | M   Race:   BLACK | Facility: | THP |
| Encounter Date: | 09/11/2020 14:13 | Provider: | Wilson, William E. MD/CD | Unit: | X02 |

EYES:  EXTRA OCULAR MOVEMENTS INTACT. PUPILS APPEAR EQUAL.

EARS: ACUITY APPEARS NORMAL

NECK: NO THYROMEGALY, NO LYMPHADENOPATHY, NO MASSES. TRACHEA MIDLINE.

CHEST: EQUAL EXPANSION, CLEAR TO AUSCULTATION BILATERALLY. NO RHONCHI, NO CRACKLES, NORMAL BREATH SOUNDS

HEART:

      REGULAR RATE AND RHYTHM

      NORMAL FIRST AND SECOND HEART SOUNDS (S1, S2)

      NO GALLOPS (NO S3, S4)

MID TO LATE SYSTOLIC MURMUR

VASC- CAROTID PULSE PLUS 2 BILATERALLY

NO RENAL BRUITS

      RADIAL PULSE PLUS 2

ABDOMEN: BENIGN EXAM. WITHIN NORMAL LIMITS. SOFT AND NONTENDER WITH NO REBOUND. NO MASSES

EXTREMITIES:  NO CLUBBING OR EDEMA , WARM , WELL PERFUSED

NEUROLOGICAL: MENTAL STATUS AND AFFECT NORMAL; NORMAL GAIT

CRANIAL NERVE EXAMINATION: II-XII INTACT GROSSLY

**ASSESSMENT:**

Asthma, unspecified, 493.90 - Current

Cardiac murmurs, 785.2 - Current

Hypertension, Unspecified essential, 401.9 - Current

Dermatophytosis [tinea, ringworm], B359 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Selenium Sulfide Lotion 2.5% | 09/11/2020 14:13 |

      **Prescriber Order:**    SEE BELOW Topically  -   daily x 7 day(s) -- Apply to the affected areas of your body, except your face and genitals   Work up a lather using a small amount of water.
                                 RINSE AFTER 10 minutes.

| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037_0029 |
|---|---|---|---|---|---|
| Date of Birth: | 03/10/1972 | Sex: M | Race: BLACK | Facility: | THP |
| Encounter Date: | 09/11/2020 14:13 | Provider: | Wilson, William E. MD/CD | Unit: | X02 |

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | MAY USE WEEKLY THEREAFTER AS NEEDED | |

    Indication:   Dermatophytosis [tinea, ringworm]

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 490630-THX | Verapamil HCl  80 MG Tab | 09/11/2020 14:13 |

    **Prescriber Order:**   Take one-half (1/2) tablet (40 MG) by mouth three times daily x 365 day(s)

    Indication:   Migraine, unspecified

| 490625-THX | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 09/11/2020 14:13 |
|---|---|---|

    **Prescriber Order:**   Inhale 2 puffs by mouth four times daily AS NEEDED PRN x 365 day(s)

    Indication:   Asthma, unspecified

| 490626-THX | Aspirin 81 MG EC Tab | 09/11/2020 14:13 |
|---|---|---|

    **Prescriber Order:**   Take one tablet by mouth daily x 365 day(s)

    Indication:   Hypertension, Unspecified essential

| 490627-THX | HydroCHLOROthiazide 12.5 MG Cap | 09/11/2020 14:13 |
|---|---|---|

    **Prescriber Order:**   Take one capsule by mouth every day x 365 day(s)

    Indication:   Hypertension, Unspecified essential

| 490628-THX | Lisinopril  5 MG Tab | 09/11/2020 14:13 |
|---|---|---|

    **Prescriber Order:**   Take one tablet (5 MG) by mouth each day x 365 day(s)

    Indication:   Hypertension, Unspecified essential

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 08/11/2021 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Microalbumin, urine random | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Chronic Care Clinics-Hypertension-CBC | One Time | 02/11/2021 00:00 | Routine |
| Chronic Care Clinics-Hypertension-Comprehensive Metabolic Profile (CMP) | | | |
| Chronic Care Clinics-Hypertension-Urinalysis w/Reflex to Microscopic | | | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 01/21/2021 | Routine |

    Specific reason(s) for request (Complaints and findings):

        HTN

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | DUE BY 2/15/2021 | Wilson, William E. MD/CD |

    Order Date:      09/11/2020

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|

| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
|---|---|---|---|---|---|
| Date of Birth: | 03/10/1972 | Sex: M | Race: BLACK | Facility: | THP |
| Encounter Date: | 09/11/2020 14:13 | Provider: | Wilson, William E. MD/CD | Unit: | X02 |

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Pneumococcal conjugate(Prevnar 13) | 02/22/2021 00:00 | Nurse 01 |
| MLP Chronic Care Follow up | 03/11/2021 00:00 | MLP 01 |
| Chronic Care Visit | 09/10/2021 00:00 | Physician 01 |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

A/P

RASH-SUSPECT FUNGAL TINEA VERSICOLOR
-ANTIFUNGAL WASH OR CREAM

MVP- SCHEDULE/ENSURE FOLLOW UP WITH CARDIOLOGY

HYPERTENSION - STABLE.  REFILL MEDICATIONS.

FRAMINGHAM RISK: 1% 10 YEAR RISK OF DEVELOPING CHD.  CONSERVATIVE MEASURES AND
PREVENTIVE HEALTH MEASURES DISCUSSED.

CLASSIFICATION OF ASTHMA SEVERITY:  SOMEWHERE BETWEEN INTERMITTENT TO MILD PERSISTENT
ALTHOUGH HE DID STATE AT THE END OF THE INTERVIEW HE FEELS LIKE HIS ASTHMA IS FAIRLY WELL
CONTROLLED AND HE CAN EXERCISE VIGOROUSLY.

REFILL MEDICATIONS
LABS FOR CHRONIC CARE CLINIC- HYPERTENSION
CXR-ORDER
EKG-ORDER
IMMUNIZATIONS PCV 13

SCHEDULE/ENSURE OPTOMETRY EVALUATION FOR HYPERTENSION

DISCUSSED EXERCISE, DIET, AND CONSERVATIVE MEASURES FOR GENERAL OPTIMAL HEALTH

CALLBACK CRITERIA GIVEN AND PERTINENT PATIENT EDUCATION PERFORMED. PATIENT VOICED
UNDERSTANDING AND AGREEMENT WITH TREATMENT PLAN.  ALLERGY STATUS REVIEWED AND
UNCHANGED.

SCHEDULER CHECKED FOR ACCURACY

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/11/2020 | Counseling | Compliance - Treatment | Wilson, William | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: M   Race: BLACK | Facility: THP |
| Encounter Date: | 09/11/2020 14:13 | Provider: Wilson, William E. MD/CD | Unit: X02 |

Completed by Wilson, William E. MD/CD on 09/11/2020 14:24

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: 03/10/1972 | Sex: M   Race: BLACK | Facility: THP |
| Encounter Date: 09/10/2020 09:27 | Provider: May, Joseph RN | Unit: X02 |

Nursing - Sick Call Note encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  May, Joseph RN

Chief Complaint:   Other Problem
Subjective:      "I have a rash"
**Pain:**          No

**OBJECTIVE:**

**ASSESSMENT:**

Rash

Submits inmate medical sick call sign-up form. Reports "spots" to trunk and back. Seen through cell door window. Hundreds of oval shaped macules seen to trunk and back, dark in color, borders blurry. No excoriation seen. Speaking and ambulating without difficulty. Respirations even and unlabored. Will be scheduler to see provider. No allergy status change.

**PLAN:**

**Disposition:**

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/10/2020 | Counseling | Access to Care | May, Joseph | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by May, Joseph RN on 09/10/2020 09:49

Higgs_0033

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M    Race: BLACK | Facility: | THP |
| Note Date: | 05/21/2020 08:23 | Provider: | Freeman, Amy X-ray | Unit: | X02 |

Admin Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:**  Freeman, Amy X-ray Tech

PATIENT SEEN ON SITE FOR ECHO ON 05/20/2020.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Freeman, Amy X-ray Tech on 05/21/2020 08:45

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

Higgs_0034

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #:  31133-037 |
| Date of Birth: | 03/10/1972 | Sex:  M  Race:  BLACK | Facility:  THP |
| Encounter Date: | 03/11/2020 11:15 | Provider:  Frank, Casey FNP | Unit:  X02 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:**  Frank, Casey FNP

**Chief Complaint:** PULMONARY/RESPIRATORY

**Subjective:**     Presents for APP CCC f/u. Additional CCC's addressed annually with physician.
1) Pulm: Asthma--Well controlled with stable peak flows.
Albuterol use: Uses about 2x QD reportedly only after exercise. Denies having wheeze or cough after exercise, but feels use of albuterol after exercise helps him.
Nighttime symptoms: None.
Asthma exacerbation/attacks: None.
Intubation/Respiratory Failure history: None.
Reports non-compliance with mometasone inhaler without daily use. Following discussion of purpose of maintenance inhaler, inmate reports being agreeable to use as prescribed.
Immunizations: Pneumovax 2017. Influenza immunization refused for several years.
Last Cxry unremarkable in 2018.

PMH reviewed in health problems list.
FH reviewed: Non-pertinent.
2/4/2020 BMP reviewed and unremarkable. Additional labs and diagnostics reviewed and noted in BEMR.

PLAN:
Continued on albuterol and mometasone inhalers with UTD prescriptions.
Counseled on compliance with inhalers.

**Pain:**     No

**COMPLAINT  2**        **Provider:**  Frank, Casey FNP

**Chief Complaint:** CARDIAC

**Subjective:**     2) HTN and h/o Mitral valve prolapse (MVP) and moderate mitral valve regurgitation (MVR) per last echo 5/2019, showing preserved LV EF 60-65% and no wall motion abnormalities. BP at goal </= 140/90.
Reports compliance with meds without side effects.
Denies c.o. without CP, palpitations, SOB, or DOE reported.
Cardiology consult 2019 reviewed: Inmate asymptomatic at that time. See document manager for details.
FH: Grandmother with DM. HA1C on file stable.

PLAN:
Continues on HCTZ, Verapamil, lisinopril and baby ASA with UTD prescriptions.
Pending routine, annual Cardiology f/u.
On scheduler for future labs, f/u's including Optometry,
Allergy status reviewed and unchanged.

**Pain:**     No

**Seen for clinic(s):** Hypertension, Pulmonary/Respiratory

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/11/2020 | 11:15 THX | 97.8 | 36.6 | | Frank, Casey FNP |

| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #: | 31133HGS_0035 |
|---|---|---|---|---|
| Date of Birth: | 03/10/1972 | Sex:  M  Race:  BLACK | Facility: | THP |
| Encounter Date: | 03/11/2020 11:15 | Provider:  Frank, Casey FNP | Unit: | X02 |

| **Date** | **Time** | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|

**Pulse:**

| **Date** | **Time** | **Rate Per Minute** | **Location** | | **Rhythm** | **Provider** |
|---|---|---|---|---|---|---|
| 03/11/2020 | 11:15 THX | 70 | | | | Frank, Casey FNP |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 03/11/2020 | 11:15 THX | 18 | Frank, Casey FNP |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 03/11/2020 | 11:15 THX | 115/78 | | | | Frank, Casey FNP |

**Wright Peak Flow:**

| **Date** | **Time** | **Attempt 1** | **Attempt 2** | **Attempt 3** | **Effort** | **Bronchodilator** | **Provider** |
|---|---|---|---|---|---|---|---|
| 03/11/2020 | 11:15 THX | 500 | 525 | 525 | Good | Without | Frank, Casey FNP |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 03/11/2020 | 11:15 THX | 99 | Room Air | Frank, Casey FNP |

**Exam Comments**

General: Affect Pleasant and cooperative.
Skin: WNL. Dry and intact.
Head: Symmetry of motor function, Atraumatic/Normocephalic.
Eyes: Extraocular Movements Intact Pupils normal appearing, PERRLA, normal consensual reaction, normal near reaction.
Fundus Exam:  Grossly Normal Retina; undilated.
Ears: Tympanic Membranes: WNL pearly, normal landmarks, negative bulging. Otic canal without erythema, debris, or STS.
Nose: Patent nares.
Pharynx: Negative erythema, exudate, posterior lymph hyperplasia, or swelling. Patent airway.
Neck: WNL, supple, symmetric, trachea midline. Thyroid: WNL without nodule or tenderness. Musculoskeletal WNL, full ROM without tenderness, swelling, or muscle spasms.
Pulmonary: Thorax: Inspection WNL with normal thoracic expansion, normal diaphragmatic excursion, Clear to auscultation without crackles, rhonchi, wheezing, or pleural rub.
Cardiovascular: Observation WNL. Normal Rate, Regular Rhythm without tachycardia, bradycardia, irregular rhythm, or cardiopulmonary distress. Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2 with mid to late systolic murmur located at apex (chronic rhythm), without R/G, S3, S4. Vascular: WNL. Negative carotid bruit or abdominal bruit.
Peripheral Vascular: General WNL. Legs: Popliteal Pulse (PT) and Dorsalis Pedis (DP) 2+. WNL. Negative edema.
Abdomen: Inspection: WNL. Auscultation: Normal active bowel sounds. Negative arterial bruits. Percussion: Negative tympany, organomegaly, or dullness. Palpation: WNL. Soft, non-tender without guarding, rigidity, overt mass or organomegaly, or evidence of acute abdomen.
Musculoskeletal: WNL. Full normal generalized active/passive ROM. Non-tender C, T, or L-spine. Normal Bony Landmarks, Symmetric. Negative paracervical/thoracic/lumbar musculature tenderness. Negative SLR 60 degrees.

```
   IP  Q  TA  EHL  G
R   5   5   5   5   5
L   5   5   5   5   5
```

Ankle/Foot/Toes ROM and Tests: Positive plantar flexion, extension, dorsiflexion, inversion, and eversion.
Neurovascular Intact. Ambulating without difficulty.
Neurologic: Cranial Nerves (CN) intact grossly.
Psych: Negative flat affect. Conversing without difficulty.
Lymphatic's: Negative generalized or localized lymphadenopathy.

| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037_0036 |
|---|---|---|---|---|---|
| Date of Birth: | 03/10/1972 | Sex: | M  Race:  BLACK | Facility: | THP |
| Encounter Date: | 03/11/2020 11:15 | Provider: | Frank, Casey FNP | Unit: | X02 |

### ROS Comments

General: Negative fever, chills, night sweats, weight loss, appetite change, or fatigue.
Integumentary: Negative rash, wound, or skin breakdown.
HEENT: Denies visual changes, watery eyes, runny nose, allergies, sinus pressure, or neck pain.
Cardiovascular: Negative CP, SOB, DOE, Angina, Cough, Edema, Intermittent Claudication, Orthopnea, PND, Syncope, or palpitations.
Pulmonary: Negative Cough, SOB, DOE, Dyspnea, or hemoptysis. Stable asthma reported.
GI: Negative abdominal pain, colic, bloating, N/V/D, constipation, bowel dysfunction, incontinence of stool, rectal bleeding/pain, heartburn, or bowel habits changes.
GU: Negative Nocturia, Hematuria, Hesitancy, bladder dysfunction, Incontinence, Urgency, Urinary Frequency, Urinary Retention, or Dysuria.
Musculoskeletal: Negative back pain, muscle aches, extremity discomfort, or saddle anesthesia.
Neurological: CN 2-12 grossly intact. Negative dizziness, H/A, or weakness.
Endocrine: Negative polydipsia, polyphagia, or polyuria.
Psychiatric: Negative Mood Impaired, SI/HI, or anhedonia.
Lymphatics: Negative generalized lymphadenopathy.

## ASSESSMENT:

Asthma, unspecified, 493.90 - Current

Cardiac murmurs, 785.2 - Current

Hypertension, Unspecified essential, 401.9 - Current

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 06/09/2020 | 06/09/2020 | Routine | No | |

**Subtype:**

Ultrasound, Onsite

**Reason for Request:**

2D echocardiogram onsite completed prior to pending Cardiology annual follow up.

**Provisional Diagnosis:**

Pending Cardiology annual f/u for h/o MVR/MVP with last echo 5/2019.

### Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/11/2020 | Counseling | Plan of Care | Frank, Casey | Verbalizes Understanding |

Discussed chronic conditions and plan of care. Pending Cardiology f/u and URC for repeat echo. Reviewed warning s/sx's to notify of. Recommend compliance with meds including regular use of maintenance inhaler, mometasone. Rinse mouth after each inhaler use to prevent thrush.
Meds refills up to date. Diet/exercise modifications including to reduce overall health risks and maintain healthy BMI/Weight.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Frank, Casey FNP on 03/11/2020 11:47

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133037 |
| Date of Birth: | 03/10/1972 | Sex: | M   Race: BLACK | Facility: | THP |
| Encounter Date: | 03/11/2020 11:15 | Provider: | Frank, Casey FNP | Unit: | X02 |

Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

Higgs_0038

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/11/2020 11:15 | Provider: | Frank, Casey FNP | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 03/11/2020 12:45.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M      Race: BLACK | Facility: | THP |
| Encounter Date: | 01/02/2020 13:19 | Provider: | Julian, K. FNP-BC | Unit: | X02 |

Mid Level Provider - Sick Call Note encounter at Health Services.
**Reason Not Done:**   Refused
**Comments:** PAIN IN LEFT EYE.

PT REFUSED SICK CALL. NORMAL OPERATIONS.
**Cosign Required:** No
Completed by Julian, K. FNP-BC on 01/02/2020 13:19.

**Bureau of Prisons**
**Health Services**
**Vitals All**

| Begin Date: 01/01/2020 | End Date: 12/30/2020 |
|---|---|
| Reg #: 31133-037 | Inmate Name: HIGGS, DUSTIN JOHN |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/30/2020 | 09:40 THX | 97.5 | 36.4 | | Frank, Casey FNP |
| | Orig Entered: 12/30/2020 10:51 EST   Frank, Casey FNP | | | | |
| 12/30/2020 | 08:00 THX | 97.3 | 36.3 | Forehead | Beal, Carly RN |
| reporting SOB at times, see admin note | | | | | |
| | Orig Entered: 12/30/2020 17:03 EST   Beal, Carly RN | | | | |
| 12/30/2020 | 08:00 THX | 97.3 | 36.3 | | Beal, Carly RN |
| | Orig Entered: 12/30/2020 17:08 EST   Beal, Carly RN | | | | |
| 12/29/2020 | 13:46 THX | 97.5 | 36.4 | | McGuire, Cody NREMT-P |
| | Orig Entered: 12/29/2020 13:47 EST   McGuire, Cody NREMT-P | | | | |
| 12/28/2020 | 13:05 THX | 97.4 | 36.3 | | McGuire, Cody NREMT-P |
| | Orig Entered: 12/28/2020 13:06 EST   McGuire, Cody NREMT-P | | | | |
| 12/27/2020 | 07:51 THX | 97.3 | 36.3 | | Frank, Casey FNP |
| | Orig Entered: 12/27/2020 08:46 EST   Frank, Casey FNP | | | | |
| 12/26/2020 | 13:59 THX | 97.7 | 36.5 | | Miller, Kasha RN |
| | Orig Entered: 12/26/2020 14:00 EST   Miller, Kasha RN | | | | |
| 12/25/2020 | 07:00 THX | 96.2 | 35.7 | | Beal, Carly RN |
| | Orig Entered: 12/25/2020 15:23 EST   Beal, Carly RN | | | | |
| 12/24/2020 | 14:28 THX | 96.9 | 36.1 | | Beal, Carly RN |
| | Orig Entered: 12/24/2020 14:30 EST   Beal, Carly RN | | | | |
| 12/24/2020 | 00:38 THX | 98.4 | 36.9 | Forehead | Lubbehusen, K. RN |
| | Orig Entered: 12/24/2020 00:39 EST   Lubbehusen, K. RN | | | | |
| 12/22/2020 | 13:38 THX | 96.7 | 35.9 | | McGuire, Cody NREMT-P |
| | Orig Entered: 12/22/2020 13:39 EST   McGuire, Cody NREMT-P | | | | |
| 12/21/2020 | 13:11 THX | 96.4 | 35.8 | | McGuire, Cody NREMT-P |
| | Orig Entered: 12/21/2020 13:12 EST   McGuire, Cody NREMT-P | | | | |
| 12/20/2020 | 12:30 THX | 97.5 | 36.4 | | McGuire, Cody NREMT-P |
| | Orig Entered: 12/20/2020 13:07 EST   McGuire, Cody NREMT-P | | | | |
| 12/20/2020 | 08:36 THX | 96.8 | 36.0 | | Beal, Carly RN |
| | Orig Entered: 12/20/2020 08:52 EST   Beal, Carly RN | | | | |
| 12/19/2020 | 14:32 THX | 97.1 | 36.2 | | Beal, Carly RN |
| | Orig Entered: 12/19/2020 14:33 EST   Beal, Carly RN | | | | |
| 12/19/2020 | 08:00 THX | 96.6 | 35.9 | | Beal, Carly RN |
| | Orig Entered: 12/19/2020 14:33 EST   Beal, Carly RN | | | | |
| 12/18/2020 | 14:25 THX | 96.7 | 35.9 | | Beal, Carly RN |
| | Orig Entered: 12/18/2020 14:26 EST   Beal, Carly RN | | | | |
| 12/18/2020 | 08:00 THX | 96.8 | 36.0 | | Beal, Carly RN |
| | Orig Entered: 12/18/2020 14:26 EST   Beal, Carly RN | | | | |
| 12/17/2020 | 13:15 THX | 97.1 | 36.2 | | Durr, R. NRP |
| | Orig Entered: 12/17/2020 13:16 EST   Durr, R. NRP | | | | |

| Begin Date: | 01/01/2020 | End Date: | 12/30/2020 | Higgs_0041 |
| Reg #: | 31133-037 | Inmate Name: | HIGGS, DUSTIN JOHN | |

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 11/05/2020 | 09:25 THX | 97.5 | 36.4 | | Bixler, Tracy RN |
| | **Orig Entered:** 11/05/2020 12:45 EST Bixler, Tracy RN | | | | |
| 09/11/2020 | 14:14 THX | 98.2 | 36.8 | | Wilson, William E. MD/CD |
| | **Orig Entered:** 09/11/2020 14:16 EST Wilson, William E. MD/CD | | | | |
| 03/11/2020 | 11:15 THX | 97.8 | 36.6 | | Frank, Casey FNP |
| | **Orig Entered:** 03/11/2020 11:38 EST Frank, Casey FNP | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 12/30/2020 | 09:40 THX | 66 | | | Frank, Casey FNP |
| | **Orig Entered:** 12/30/2020 10:51 EST Frank, Casey FNP | | | | |
| 12/27/2020 | 07:51 THX | 78 | | | Frank, Casey FNP |
| | **Orig Entered:** 12/27/2020 08:46 EST Frank, Casey FNP | | | | |
| 12/25/2020 | 12:00 THX | 70 | | | Beal, Carly RN |
| | **Orig Entered:** 12/25/2020 15:24 EST Beal, Carly RN | | | | |
| 12/20/2020 | 08:36 THX | 80 | | | Beal, Carly RN |
| | **Orig Entered:** 12/20/2020 08:52 EST Beal, Carly RN | | | | |
| 12/19/2020 | 14:32 THX | 80 | | | Beal, Carly RN |
| | **Orig Entered:** 12/19/2020 14:33 EST Beal, Carly RN | | | | |
| 12/19/2020 | 08:00 THX | 80 | | | Beal, Carly RN |
| | **Orig Entered:** 12/19/2020 14:33 EST Beal, Carly RN | | | | |
| 12/18/2020 | 14:25 THX | 76 | | | Beal, Carly RN |
| | **Orig Entered:** 12/18/2020 14:26 EST Beal, Carly RN | | | | |
| 12/18/2020 | 08:00 THX | 63 | | | Beal, Carly RN |
| | **Orig Entered:** 12/18/2020 14:26 EST Beal, Carly RN | | | | |
| 12/17/2020 | 13:15 THX | 87 | | | Durr, R. NRP |
| | **Orig Entered:** 12/17/2020 13:16 EST Durr, R. NRP | | | | |
| 11/05/2020 | 09:25 THX | 81 | | | Bixler, Tracy RN |
| | **Orig Entered:** 11/05/2020 12:45 EST Bixler, Tracy RN | | | | |
| 09/11/2020 | 14:14 THX | 65 | | | Wilson, William E. MD/CD |
| | **Orig Entered:** 09/11/2020 14:16 EST Wilson, William E. MD/CD | | | | |
| 03/11/2020 | 11:15 THX | 70 | | | Frank, Casey FNP |
| | **Orig Entered:** 03/11/2020 11:38 EST Frank, Casey FNP | | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 12/30/2020 | 09:40 THX | 18 | Frank, Casey FNP |
| | **Orig Entered:** 12/30/2020 10:51 EST Frank, Casey FNP | | |
| 12/27/2020 | 07:51 THX | 18 | Frank, Casey FNP |
| | **Orig Entered:** 12/27/2020 08:46 EST Frank, Casey FNP | | |
| 12/21/2020 | 13:11 THX | 18 | McGuire, Cody NREMT-P |
| | **Orig Entered:** 12/21/2020 13:12 EST McGuire, Cody NREMT-P | | |
| 09/11/2020 | 14:14 THX | 14 | Wilson, William E. MD/CD |
| | **Orig Entered:** 09/11/2020 14:16 EST Wilson, William E. MD/CD | | |

| Begin Date: | 01/01/2020 | | End Date: | 12/30/2020 | | Higgs_0042 |
|---|---|---|---|---|---|---|
| Reg #: | 31133-037 | | Inmate Name: | HIGGS, DUSTIN JOHN | | |

| **Date** | **Time** | | **Rate Per Minute** | **Provider** |
|---|---|---|---|---|
| 03/11/2020 | 11:15 THX | | 18 | Frank, Casey FNP |

**Orig Entered:** 03/11/2020 11:38 EST   Frank, Casey FNP

## Blood Pressure:

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 12/30/2020 | 09:40 THX | 119/67 | | | | Frank, Casey FNP |

**Orig Entered:** 12/30/2020 10:51 EST   Frank, Casey FNP

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/27/2020 | 07:51 THX | 140/80 | | | | Frank, Casey FNP |

**Orig Entered:** 12/27/2020 08:46 EST   Frank, Casey FNP

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/05/2020 | 09:25 THX | 108/75 | | | | Bixler, Tracy RN |

**Orig Entered:** 11/05/2020 12:45 EST   Bixler, Tracy RN

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/11/2020 | 14:14 THX | 126/76 | | | | Wilson, William E. MD/CD |

**Orig Entered:** 09/11/2020 14:16 EST   Wilson, William E. MD/CD

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/11/2020 | 11:15 THX | 115/78 | | | | Frank, Casey FNP |

**Orig Entered:** 03/11/2020 11:38 EST   Frank, Casey FNP

## Wright Peak Flow:

| **Date** | **Time** | **Attempt 1** | **Attempt 2** | **Attempt 3** | **Effort** | **Bronchodilator** | **Provider** |
|---|---|---|---|---|---|---|---|
| 09/11/2020 | 14:14 THX | 570 | 550 | 530 | Fair | Without | Wilson, William E. |

**Orig Entered:** 09/11/2020 14:16 EST   Wilson, William E. MD/CD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/11/2020 | 11:15 THX | 500 | 525 | 525 | Good | Without | Frank, Casey FNP |

**Orig Entered:** 03/11/2020 11:38 EST   Frank, Casey FNP

## SaO2:

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 12/30/2020 | 09:40 THX | 98 | Room Air | Frank, Casey FNP |

**Orig Entered:** 12/30/2020 10:51 EST   Frank, Casey FNP

| | | | | |
|---|---|---|---|---|
| 12/29/2020 | 13:46 THX | 99 | Room Air | McGuire, Cody NREMT-P |

**Orig Entered:** 12/29/2020 13:47 EST   McGuire, Cody NREMT-P

| | | | | |
|---|---|---|---|---|
| 12/27/2020 | 07:51 THX | 100 | Room Air | Frank, Casey FNP |

**Orig Entered:** 12/27/2020 08:46 EST   Frank, Casey FNP

| | | | | |
|---|---|---|---|---|
| 12/26/2020 | 13:59 THX | 99 | | Miller, Kasha RN |

**Orig Entered:** 12/26/2020 14:00 EST   Miller, Kasha RN

| | | | | |
|---|---|---|---|---|
| 12/25/2020 | 12:00 THX | 100 | | Beal, Carly RN |

**Orig Entered:** 12/25/2020 15:24 EST   Beal, Carly RN

| | | | | |
|---|---|---|---|---|
| 12/20/2020 | 08:36 THX | 98 | | Beal, Carly RN |

**Orig Entered:** 12/20/2020 08:52 EST   Beal, Carly RN

| | | | | |
|---|---|---|---|---|
| 12/19/2020 | 14:32 THX | 98 | | Beal, Carly RN |

**Orig Entered:** 12/19/2020 14:33 EST   Beal, Carly RN

| | | | | |
|---|---|---|---|---|
| 12/19/2020 | 08:00 THX | 97 | | Beal, Carly RN |

**Orig Entered:** 12/19/2020 14:33 EST   Beal, Carly RN

| | | | | |
|---|---|---|---|---|
| 12/18/2020 | 14:25 THX | 100 | | Beal, Carly RN |

**Orig Entered:** 12/18/2020 14:26 EST   Beal, Carly RN

| | | | | |
|---|---|---|---|---|
| 12/18/2020 | 08:00 THX | 100 | | Beal, Carly RN |

| Begin Date: | 01/01/2020 | End Date: | 12/30/2020 | Higgs_0043 |
| Reg #: | 31133-037 | Inmate Name: | HIGGS, DUSTIN JOHN | |

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| | **Orig Entered:** 12/18/2020 14:26 EST | | Beal, Carly RN | |
| 12/17/2020 | 13:15 THX | 99 | | Durr, R. NRP |
| | **Orig Entered:** 12/17/2020 13:16 EST | | Durr, R. NRP | |
| 11/05/2020 | 09:25 THX | 100 | | Bixler, Tracy RN |
| | **Orig Entered:** 11/05/2020 12:45 EST | | Bixler, Tracy RN | |
| 03/11/2020 | 11:15 THX | 99 | Room Air | Frank, Casey FNP |
| | **Orig Entered:** 03/11/2020 11:38 EST | | Frank, Casey FNP | |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 09/11/2020 | 14:14 THX | 165.0 | 74.8 | | Wilson, William E. MD/CD |
| | **Orig Entered:** 09/11/2020 14:16 EST | | | Wilson, William E. MD/CD | |

Higgs_0044

# Bureau of Prisons
## Health Services
### PPDs

| Reg #: 31133-037 | | | Inmate Name: HIGGS, DUSTIN JOHN | | |
|---|---|---|---|---|---|

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 04/15/2020  18:08  ASYMPTOMATIC | Left Forearm | Miller, Kasha RN | 04/18/2020  12:04  asymptomatic | 0 mm | Miller, Kasha RN |
| Orig Entered:  04/15/2020 18:09 EST | | Miller, Kasha RN | Orig Entered:  04/18/2020 12:04 EST | | Miller, Kasha RN |
| 03/31/2019  12:36  denies s/s of active TB | Left Forearm | Keller, Kelly RN/BSN, Health | 04/02/2019  19:33 | 0 mm | Keller, Kelly RN/BSN, Health |
| Orig Entered:  03/31/2019 12:37 EST | | Keller, Kelly RN/BSN, Health Information Technician | Orig Entered:  04/02/2019 19:33 EST | | Keller, Kelly RN/BSN, Health Information Technician |
| 03/26/2018  11:25 | Left Forearm | Norris, Karl MSN, FNP-C | 03/28/2018  11:36  Denies S&S of TB | 0 mm | Norris, Karl MSN, FNP-C |
| Orig Entered:  03/26/2018 11:26 EST | | Norris, Karl MSN, FNP-C | Orig Entered:  03/28/2018 11:36 EST | | Norris, Karl MSN, FNP-C |
| 04/10/2017  13:02  asymptomatic | Left Forearm | Clingerman, Nicole LPN | 04/12/2017  10:50  asymptomatic | 0 mm | Norris, Karl MSN, FNP-C |
| Orig Entered:  04/10/2017 13:04 EST | | Clingerman, Nicole LPN | Orig Entered:  04/12/2017 10:50 EST | | Norris, Karl MSN, FNP-C |
| 04/26/2016  11:56 | Left Forearm | Heiser, Tracy RN | 04/28/2016  11:58 | 0 mm | Heiser, Tracy RN |
| Orig Entered:  05/03/2016 11:57 EST | | Heiser, Tracy RN | Orig Entered:  05/03/2016 11:58 EST | | Heiser, Tracy RN |
| 04/24/2015  07:17 | Left Forearm | Keller, Kelly RN/BSN, Health | 04/26/2015  19:58  No cold or flu like symptoms noted at this time. | 0 mm | Brazzell, Susan HSA |
| Orig Entered:  04/24/2015 07:19 EST | | Keller, Kelly RN/BSN, Health Information Technician | Orig Entered:  04/26/2015 19:58 EST | | Brazzell, Susan HSA |
| 06/04/2014  09:23 | Left Forearm | Booth, Sara RN/AHSA | 06/06/2014  09:36  No s/s of TB | 0 mm | Booth, Sara RN/AHSA |
| Orig Entered:  06/04/2014 09:24 EST | | Booth, Sara RN/AHSA | Orig Entered:  06/06/2014 09:37 EST | | Booth, Sara RN/AHSA |
| 06/04/2013  14:21 | Left Forearm | Heiser, Tracy RN | 06/06/2013  14:33  no s/s of TB | 0 mm | Heiser, Tracy RN |
| Orig Entered:  06/04/2013 14:22 EST | | Heiser, Tracy RN | Orig Entered:  06/06/2013 14:33 EST | | Heiser, Tracy RN |
| 06/27/2012  10:27 | Left Forearm | Warner, Krista HIT | 06/29/2012  12:39  no s/s of TB | 0 mm | Heiser, Tracy RN |
| Orig Entered:  06/27/2012 10:28 EST | | Warner, Krista HIT | Orig Entered:  06/29/2012 12:39 EST | | Heiser, Tracy RN |
| 07/13/2011  13:09 | Left Forearm | Clingerman, Nicole LPN | 07/15/2011  09:24  denies c/o s/s at this time. | 0 mm | Dobbins, Danna LPN |
| Orig Entered:  07/13/2011 13:10 EST | | Clingerman, Nicole LPN | Orig Entered:  07/15/2011 09:24 EST | | Dobbins, Danna LPN |

Higgs_0045

# Bureau of Prisons
## Health Services
### PPDs

| **Reg #:** 31133-037 | | **Inmate Name:** HIGGS, DUSTIN JOHN |

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 07/12/2010   08:04 | Left Forearm | Haddix, Trisha RN | 07/14/2010   08:38 Asymptomatic | 0 mm | Haddix, Trisha RN |
| **Orig Entered:** 07/12/2010 08:06 EST | Haddix, Trisha RN | | **Orig Entered:** 07/14/2010 08:38 EST | Haddix, Trisha RN | |
| 06/15/2009   10:00 LATE ENTRY | Left Forearm | Scully, Karen RN, IDC | 06/17/2009   10:20 | 0 mm | Scully, Karen RN, IDC |
| **Orig Entered:** 06/16/2009 06:14 EST | Scully, Karen RN, IDC | | **Orig Entered:** 06/17/2009 10:20 EST | Scully, Karen RN, IDC | |
| 06/03/2008   10:04 | Left Forearm | Scully, Karen RN, IDC | 06/05/2008   10:06 | 0 mm | Scully, Karen RN, IDC |
| **Orig Entered:** 06/06/2008 10:05 EST | Scully, Karen RN, IDC | | **Orig Entered:** 06/06/2008 10:06 EST | Scully, Karen RN, IDC | |

**Total:** 13

31133-037    HIGGS, DUSTIN

# Medication Administration Record

Higgs_0046

| Medication Orders | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 10/28/20 12:27 | Frank, Casey FNP | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1.5 CJM 08:08 | | |
| Exp. Date 11/27/20 12:26 | **Take one and one-half (1 and 1/2) tablets (150 MG) by mouth once weekly** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| THX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 521914-THX | Fluconazole 100 MG Tab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: CJM = McGuire, C.

Documentation Codes: ORD = Order

Registration #: 31133-037        Pt. Name:  HIGGS, DUSTIN                        DOB:  03/10/72

Report information is current as of the date and time of printing:  12/30/2020 17:15 EST

# Medication Administration Record

31133-037   HIGGS, DUSTIN

NOVEMBER 2020

0096_0047

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 10/28/20 12:27 Frank, Casey FNP **Take one and one-half (1 and 1/2) tablets (150 MG) by mouth once weekly** Exp. Date 11/27/20 12:26 THX 521914-THX  Fluconazole 100 MG Tab | 0600 | | | | | 1.5 KKM 08:35 | | | | | | | 1.5 KKM 08:11 | | | | | | | .1.5 JWL 08:04 | | | | | | | 1.5 KKM 07:42 | | | | | |

Providers: JWL = Lear, J. | KKM = Miller, K.

Documentation Codes: ORD = Order

Registration #: 31133-037          Pt. Name:  HIGGS, DUSTIN                              DOB:  03/10/72

Report information is current as of the date and time of printing:  12/30/2020 17:15 EST

## Medication Administration Record

31133-037    HIGGS, DUSTIN

DECEMBER 2020

31133_0048

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 12/10/20 00:01 | 0600 | | | | | | | | | | 1.5 CLB 08:53 | | | | | | | 1.5 CLB 09:55 | | | | | | | 1.5 CLB 07:44 | | | | | | | |
| Exp. Date 01/09/21 00:00  **Take one and one-half (1 and 1/2) tablets (150 MG) by mouth once weekly** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| THX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 525007-THX   Fluconazole 100 MG Tab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Frank, Casey FNP

Providers: CLB = Beal, C.

Documentation Codes: ORD = Order

Registration #: 31133-037        Pt. Name:  HIGGS, DUSTIN                        DOB:  03/10/72

Report information is current as of the date and time of printing:  12/30/2020 17:15 EST

**Federal Bureau of Prisons**
**SCREENINGS**

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #:   31133-037 |
| Date of Birth: | 03/10/1972 | Sex:  M       Race:  BLACK | Facility:  THP |
| Encounter Date:  12/30/2020 08:00 | | Provider:  Beal, Carly RN | Unit:      X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Shortness of Breath (Describe: "hard to catch my breath sometimes"

see admin note)

**Comments**

reporting SOB at times, see admin note

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/30/2020 | 08:00 THX | 97.3 | 36.3 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/30/2020 17:08.

# Federal Bureau of Prisons
## SCREENINGS

Higgs_0050

| | | |
|---|---|---|
| Inmate Name: HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: 03/10/1972 | Sex: M    Race: BLACK | Facility: THP |
| Encounter Date: 12/29/2020 13:46 | Provider: McGuire, Cody NREMT-P | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Vital Signs w/O2 sat recorded in flowsheet, Cough (Duration/Describe: persistent)

No: Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/29/2020 | 13:46 THX | 97.5 | 36.4 | | McGuire, Cody NREMT-P |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/29/2020 | 13:46 THX | 99 | Room Air | McGuire, Cody NREMT-P |

Cosign Required:No

Completed by McGuire, Cody NREMT-P on 12/29/2020 13:47.

# Federal Bureau of Prisons
## SCREENINGS

Higgs_0051

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #:  31133-037 |
| Date of Birth: | 03/10/1972 | Sex:  M      Race:  BLACK | Facility:  THP |
| Encounter Date: | 12/28/2020 13:05 | Provider:  McGuire, Cody NREMT-P | Unit:  X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Sore throat

No: Cough, Shortness of Breath, Fatigue, Body aches, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/28/2020 | 13:05 THX | 97.4 | 36.3 | | McGuire, Cody NREMT-P |

Cosign Required:No

Completed by McGuire, Cody NREMT-P on 12/28/2020 13:06.

**Federal Bureau of Prisons**
**SCREENINGS**

Higgs_0052

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: M   Race: BLACK | Facility: THP |
| Encounter Date: | 12/26/2020 13:59 | Provider: Miller, Kasha RN | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/26/2020 | 13:59 THX | 97.7 | 36.5 | | Miller, Kasha RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/26/2020 | 13:59 THX | 99 | | Miller, Kasha RN |

Cosign Required:No

Completed by Miller, Kasha RN on 12/26/2020 14:00.

**Federal Bureau of Prisons**
**SCREENINGS**

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #:   31133-037 |
| Date of Birth: | 03/10/1972 | Sex:  M        Race:  BLACK | Facility:  THP |
| Encounter Date: | 12/25/2020 12:00 | Provider:  Beal, Carly RN | Unit:      X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Cough, Shortness of Breath, Fatigue, Body aches

**Comments**

slight headache- improved: patient states "my head is feeling better, my breathing feels a little funny though, but I have asthma and I think it is that; can you check my oxygen." Levels to make sure"

O2 sat at this time 100% on RA

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/25/2020 | 12:00 THX | 70 | | | Beal, Carly RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/25/2020 | 12:00 THX | 100 | | Beal, Carly RN |

Cosign Required:No
Completed by Beal, Carly RN on 12/25/2020 15:24.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #:   31133-037 |
| Date of Birth: | 03/10/1972 | Sex:  M      Race:  BLACK | Facility:  THP |
| Encounter Date:  12/25/2020 07:00 | | Provider:  Beal, Carly RN | Unit:      X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Headache

No: Cough, Shortness of Breath, Fatigue, Body aches

**Comments**

nasal congestion

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/25/2020 | 07:00 THX | 96.2 | 35.7 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/25/2020 15:23.

**Federal Bureau of Prisons**
**SCREENINGS**

Higgs_0055

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: | 03/10/1972 | Sex:  M      Race:  BLACK | Facility: THP |
| Encounter Date: | 12/24/2020 08:00 | Provider:  Beal, Carly RN | Unit:  X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Cough, Shortness of Breath, Fatigue, Body aches

**Comments**

SCRATCHY THROAT

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/24/2020 | 14:28 THX | 96.9 | 36.1 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/24/2020 14:30.

**Federal Bureau of Prisons**
**SCREENINGS**

Higgs_0056

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: M    Race: BLACK | Facility: THP |
| Encounter Date: | 12/23/2020 08:00 | Provider: Lubbehusen, K. RN | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/24/2020 | 00:38 THX | 98.4 | 36.9 | Forehead | Lubbehusen, K. RN |

Cosign Required:No

Completed by Lubbehusen, K. RN on 12/24/2020 00:39.

# Federal Bureau of Prisons
## SCREENINGS

Higgs_0057

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: M | Race: BLACK | Facility: THP |
| Encounter Date: | 12/22/2020 13:37 | Provider: McGuire, Cody NREMT-P | | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Vital Signs w/O2 sat recorded in flowsheet, Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/22/2020 | 13:38 THX | 96.7 | 35.9 | | McGuire, Cody NREMT-P |

Cosign Required:No

Completed by McGuire, Cody NREMT-P on 12/22/2020 13:39.

# Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name: HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: 03/10/1972 | Sex: M      Race: BLACK | Facility: THP |
| Encounter Date: 12/21/2020 13:11 | Provider: McGuire, Cody NREMT-P | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Shortness of Breath (Describe: new as of AM today), Headache

No: Vital Signs w/O2 sat recorded in flowsheet, Cough, Fatigue, Body aches, Sore throat, Diarrhea, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/21/2020 | 13:11 THX | 96.4 | 35.8 | | McGuire, Cody NREMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/21/2020 | 13:11 THX | 18 | McGuire, Cody NREMT-P |

Cosign Required:No

Completed by McGuire, Cody NREMT-P on 12/21/2020 13:12.

**Federal Bureau of Prisons**
**SCREENINGS**

Higgs_0059

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: M | Race: BLACK | Facility: | THP |
| Encounter Date: | 12/21/2020 10:29 | Provider: Durr, R. NRP | | Unit: | X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Comments**

Headache, nasal congestion.

Cosign Required:No

Completed by Durr, R. NRP on 12/22/2020 10:30.

**Federal Bureau of Prisons**
**SCREENINGS**

Higgs_0060

| | | |
|---|---|---|
| Inmate Name: HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: 03/10/1972 | Sex: M     Race: BLACK | Facility: THP |
| Encounter Date: 12/20/2020 12:30 | Provider: McGuire, Cody NREMT-P | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Headache

No: Vital Signs w/O2 sat recorded in flowsheet, Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/20/2020 | 12:30 THX | 97.5 | 36.4 | | McGuire, Cody NREMT-P |

Cosign Required: No
Completed by McGuire, Cody NREMT-P on 12/20/2020 13:07.

**Federal Bureau of Prisons**
**SCREENINGS**

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: M     Race: BLACK | Facility: THP |
| Encounter Date: | 12/20/2020 08:33 | Provider: Beal, Carly RN | Unit:    X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Vital Signs w/O2 sat recorded in flowsheet, Headache

**Comments**

stuffy nose

regarding headache- patient states he got a headache last night and took his Tylenol and has a headache this AM and took Tylenol at 0530. Patient states no relief with Tylenol. Will request ibuprofen.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/20/2020 | 08:36 THX | 96.8 | 36.0 | | Beal, Carly RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/20/2020 | 08:36 THX | 80 | | | Beal, Carly RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/20/2020 | 08:36 THX | 98 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/20/2020 08:52.

# Federal Bureau of Prisons
# SCREENINGS

Higgs_0062

| | | |
|---|---|---|
| Inmate Name: HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: 03/10/1972 | Sex: M     Race: BLACK | Facility: THP |
| Encounter Date: 12/19/2020 14:33 | Provider: Beal, Carly RN | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/19/2020 | 14:32 THX | 97.1 | 36.2 | | Beal, Carly RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/19/2020 | 14:32 THX | 80 | | | Beal, Carly RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/19/2020 | 14:32 THX | 98 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/19/2020 14:33.

# Federal Bureau of Prisons
## SCREENINGS

Higgs_0063

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: | 03/10/1972 | Sex:  M     Race:  BLACK | Facility:  THP |
| Encounter Date: | 12/19/2020 08:00 | Provider:  Beal, Carly RN | Unit:     X01 |

**Screenings:**

    **COVID-19**

        **Isolation**

           Yes: Vital Signs w/O2 sat recorded in flowsheet

           No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/19/2020 | 08:00 THX | 96.6 | 35.9 | | Beal, Carly RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/19/2020 | 08:00 THX | 80 | | | Beal, Carly RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/19/2020 | 08:00 THX | 97 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/19/2020 14:33.

# Federal Bureau of Prisons
## SCREENINGS

Higgs_0064

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: M    Race: BLACK | Facility: THP |
| Encounter Date: | 12/18/2020 14:26 | Provider: Beal, Carly RN | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/18/2020 | 14:25 THX | 96.7 | 35.9 | | Beal, Carly RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/18/2020 | 14:25 THX | 76 | | | Beal, Carly RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/18/2020 | 14:25 THX | 100 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/18/2020 14:26.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: M    Race: BLACK | Facility: THP |
| Encounter Date: | 12/18/2020 14:11 | Provider: Beal, Carly RN | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| **Date** | **Time** | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|
| 12/18/2020 | 08:00 THX | 96.8 | 36.0 | | Beal, Carly RN |

**Pulse:**

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 12/18/2020 | 08:00 THX | 63 | | | Beal, Carly RN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 12/18/2020 | 08:00 THX | 100 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/18/2020 14:26.

# Federal Bureau of Prisons
## SCREENINGS

Higgs_0066

| | | |
|---|---|---|
| Inmate Name: HIGGS, DUSTIN JOHN | | Reg #: 31133-037 |
| Date of Birth: 03/10/1972 | Sex: M    Race: BLACK | Facility: THP |
| Encounter Date: 12/17/2020 13:16 | Provider: Durr, R. NRP | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/17/2020 | 13:15 THX | 97.1 | 36.2 | | Durr, R. NRP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/17/2020 | 13:15 THX | 87 | | | Durr, R. NRP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/17/2020 | 13:15 THX | 99 | | Durr, R. NRP |

Cosign Required:No

Completed by Durr, R. NRP on 12/17/2020 13:16.

**Bureau of Prisons**
**Health Services**
**Pain Management**

Higgs_0067

| | | | |
|---|---|---|---|
| Begin Date: | 01/01/2020 | End Date: | 12/30/2020 |
| Reg #: | 31133-037 | Inmate Name: | HIGGS, DUSTIN JOHN |

| Date | Intervention | Pain Quality | Location | Pre | Post | Provider |
|---|---|---|---|---|---|---|
| 12/20/2020 09:50 | THX OTC meds | Aching | Head | 3 | | McGuire, Cody NREMT- |

**Orig Entered:** 12/20/2020 09:51 EST   McGuire, Cody NREMT-P

# Bureau of Prisons
## Health Services
### Allergies

Reg #:  31133-037                              Inmate Name:  HIGGS, DUSTIN JOHN

| Allergy | Date Noted | Reaction |
|---|---|---|
| NSAIDs | 11/13/2007 | Intolerance-other |

    patient reports reaction

      **Orig Entered:**   11/13/2007 11:21 EST   Auten, Jaime RPh

**Total:**  1

Higgs_0069

## Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

| Reg #: | 31133-037 | Inmate Name: HIGGS, DUSTIN JOHN |
|---|---|---|

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 12/30/2020 | Counseling | Plan of Care | Verbalizes Understanding | Frank, Casey |

Reviewed intermittent symptoms that are reportedly improving, plan of care including routine chest xry, and callback criteria.

**Orig Entered:**  12/30/2020 11:13 EST  Frank, Casey

| 12/27/2020 | Counseling | Plan of Care | Verbalizes Understanding | Frank, Casey |
|---|---|---|---|---|

Plan of care including clearance from isolation status. Callback criteria.

**Orig Entered:**  12/27/2020 08:54 EST  Frank, Casey

| 12/20/2020 | Counseling | Access to Care | Verbalizes Understanding | McGuire, Cody |
|---|---|---|---|---|

**Orig Entered:**  12/20/2020 10:00 EST  McGuire, Cody

| 12/12/2020 | Counseling | Access to Care | Verbalizes Understanding | Beal, Carly |
|---|---|---|---|---|

**Orig Entered:**  12/12/2020 13:31 EST  Beal, Carly

| 12/08/2020 | Counseling | Access to Care | Verbalizes Understanding | McGuire, Cody |
|---|---|---|---|---|

**Orig Entered:**  12/08/2020 11:21 EST  McGuire, Cody

| 10/28/2020 | Counseling | Plan of Care | Verbalizes Understanding | Frank, Casey |
|---|---|---|---|---|

Reviewed diagnosis of tinea versicolor (fungal infection), plan of care, medication including selenium sulfide shampoo and weekly X 4 weeks fluconazole. Reviewed risks vs. benefits associated with medications including risk of liver failure with fluconazole. Inmate agreeable to proceeding with oral medication and shampoo. Reviewed hand/body hygiene, especially given COVID-19 Pandemic. To place sick call 4-6 weeks after completion of last fluconazole dose should symptoms continue.

**Orig Entered:**  10/28/2020 11:49 EST  Frank, Casey

| 10/08/2020 | Counseling | Access to Care | Verbalizes Understanding | Miller, Kasha |
|---|---|---|---|---|

**Orig Entered:**  10/08/2020 10:44 EST  Miller, Kasha

| 09/11/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Wilson, William |
|---|---|---|---|---|

**Orig Entered:**  09/11/2020 14:17 EST  Wilson, William E.

| 09/10/2020 | Counseling | Access to Care | Verbalizes Understanding | May, Joseph |
|---|---|---|---|---|

**Reg #:**  31133-037          **Inmate Name:** HIGGS, DUSTIN JOHN                    Higgs_0070

# Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | | **Orig Entered:**  09/10/2020 09:49 EST   May, Joseph | | |
| 03/11/2020 | Counseling | Plan of Care | Verbalizes Understanding | Frank, Casey |

Discussed chronic conditions and plan of care. Pending Cardiology f/u and URC for repeat echo. Reviewed warning s/sx's to notify of. Recommend compliance with meds including regular use of maintenance inhaler, mometasone. Rinse mouth after each inhaler use to prevent thrush.
Meds refills up to date. Diet/exercise modifications including to reduce overall health risks and maintain healthy BMI/Weight.

   **Orig Entered:**  03/11/2020 11:47 EST   Frank, Casey

**Total:**  10

Higgs_0071

# Bureau of Prisons
# Health Services
# Health Problems

| Reg #: 31133-037 | Inmate Name: HIGGS, DUSTIN JOHN |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**Presbyopia**

| 11/18/2013 09:32 EST  Alumbaugh, Kimberly O.D. | III | ICD-9 | 367.4 | 11/18/2013 | Current | 11/18/2013 |
|---|---|---|---|---|---|---|

**Hypertension, Unspecified essential**

| 09/27/2017 12:24 EST  Resto, William MD/CD | III | ICD-9 | 401.9 | 05/23/2008 | Current | 05/23/2008 |
|---|---|---|---|---|---|---|

09/27/17  control BP. Denies chest pain, sob/dyspnea/orthopnea. No palpitation, no dizziness/lightheadedness, fatigue. BMI (LOW=18.84%)

| 07/06/2009 14:21 EST  Webster, Thomas MD CD | III | ICD-9 | 401.9 | 05/23/2008 | Current | 05/23/2008 |
|---|---|---|---|---|---|---|
| 05/23/2008 07:04 EST  Webster, Thomas MD CD | III | ICD-9 | 401.9 | 05/23/2008 | Current | 05/23/2008 |

HYPERTENSN HYPERTENSN CHRONIC CARE CLINIC 05-07-2008
PULMONARY  PULMONARY CHRONIC CARE CLINIC  05-07-2008
RETEST     HIV NEW COMMIT RETEST          02-05-2002
V74.1      NEG PPD-NEXT DUE DATE           06-12-2008
0MM        PPD RESULT - 0MM               06-12-2007
493.90     ASTHMA                         06-05-2000

**Asthma, unspecified**

| 12/30/2020 11:10 EST  Frank, Casey FNP | III | ICD-9 | 493.90 | 10/25/2008 | Current | 10/25/2008 |
|---|---|---|---|---|---|---|

09/27/17  B asthma PEFR 500+. Negative cough or wheeze.

| 09/27/2017 12:24 EST  Resto, William MD/CD | III | ICD-9 | 493.90 | 10/25/2008 | Current | 10/25/2008 |
|---|---|---|---|---|---|---|

09/27/17  B asthma PEFR 500+, O2 sat 100%, no night asthma symptoms, no wheezes, cough, chest tightness, resp distress or cough

| 10/25/2008 11:12 EST  Tabor, Timothy PA | III | ICD-9 | 493.90 | 10/25/2008 | Current | 10/25/2008 |
|---|---|---|---|---|---|---|

**Cardiac murmurs**

| 10/28/2020 11:44 EST  Frank, Casey FNP | III | ICD-9 | 785.2 | 07/24/2014 | Current | 07/24/2014 |
|---|---|---|---|---|---|---|

Echo 5/2013; Mitral valve Regurgitation noted. MVP. 09/27/19 Mid systolic click with late systolic Murmur best audible at apex and invalsalva.

| 09/27/2017 12:24 EST  Resto, William MD/CD | III | ICD-9 | 785.2 | 07/24/2014 | Current | 07/24/2014 |
|---|---|---|---|---|---|---|

Echo052013; Mitral valve Regurgitation noted.MVP. 09/27/19 Mid systolic click with late systolic Murmurbest audible at apex and invalsalva Low bmi18.8

| 09/30/2016 14:14 EST  Wilson, William E. MD/CD | III | ICD-9 | 785.2 | 07/24/2014 | Current | 07/24/2014 |
|---|---|---|---|---|---|---|

Echo May 2013; Mitral valve Regurgitation noted.MVP

| 07/24/2014 16:13 EST  Lukens, David MD | III | ICD-9 | 785.2 | 07/24/2014 | Current | 07/24/2014 |
|---|---|---|---|---|---|---|

Echo May 2013; Mitral valve Regurgitation noted.

**Dermatophytosis [tinea, ringworm]**

Reg #:  31133-037                           Inmate Name:  HIGGS, DUSTIN JOHN                                    Higgs_0072

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 10/28/2020 11:44 EST  Frank, Casey FNP | | ICD-10 | B359 | 09/11/2020 | Current | |
|     Suspect tinea versicolor | | | | | | |
| 09/11/2020 14:17 EST  Wilson, William E. MD/CD | | ICD-10 | B359 | 09/11/2020 | Current | |
| Encounter for observation for other suspected diseases and conditions ruled out | | | | | | |
| 12/30/2020 11:10 EST  Frank, Casey FNP | | ICD-10 | Z0389 | 12/30/2020 | Current | |

# Resolved

Intestinal infection due to Clostridium

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 008.45 | 03/12/2015 | Resolved | 06/12/2015 |
| 06/12/2015 09:37 EST  Mata, Heather PA-C | III | ICD-9 | 008.45 | 03/12/2015 | Resolved | 06/12/2015 |
| 03/31/2015 12:20 EST  Mata, Heather PA-C | III | ICD-9 | 008.45 | 03/12/2015 | Current | 03/31/2015 |
| 03/12/2015 14:11 EST  Mata, Heather PA-C | III | ICD-9 | 008.45 | 03/12/2015 | Resolved | 03/12/2015 |

Malnutrition of mild degree

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 263.1 | 03/12/2015 | Resolved | 06/12/2015 |
| 06/12/2015 09:37 EST  Mata, Heather PA-C | III | ICD-9 | 263.1 | 03/12/2015 | Resolved | 06/12/2015 |
| 03/12/2015 14:11 EST  Mata, Heather PA-C | III | ICD-9 | 263.1 | 03/12/2015 | Current | 03/12/2015 |

Migraine, unspecified

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/11/2020 11:40 EST  Frank, Casey FNP | III | ICD-9 | 346.90 | 11/13/2014 | Resolved | 03/11/2020 |
|     09/27/17 no headache, no visual disturbances. | | | | | | |
| 09/27/2017 12:24 EST  Resto, William MD/CD | III | ICD-9 | 346.90 | 11/13/2014 | Current | 11/13/2014 |
|     09/27/17 no headache, no visual disturbances. | | | | | | |
| 11/13/2014 13:35 EST  Mata, Heather PA-C | III | ICD-9 | 346.90 | 11/13/2014 | Current | 11/13/2014 |

Sympathetic uveitis

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/11/2020 11:40 EST  Frank, Casey FNP | III | ICD-9 | 360.11 | 09/15/2014 | Resolved | 03/11/2020 |
|     1 gt pred forte QID x 2 weeks, then TID x 1 weeks, BID x 1 week, qd x 1 week.  Then D/C | | | | | | |
| 09/15/2014 10:00 EST  Alumbaugh, Kimberly O.D. | III | ICD-9 | 360.11 | 09/15/2014 | Current | 09/15/2014 |
|     1 gt pred forte QID x 2 weeks, then TID x 1 weeks, BID x 1 week, qd x 1 week.  Then D/C | | | | | | |

Conjunctivitis, acute,  unspecified

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 372.00 | 08/14/2014 | Resolved | 02/27/2015 |
| 02/27/2015 14:59 EST  Mata, Heather PA-C | III | ICD-9 | 372.00 | 08/14/2014 | Resolved | 02/27/2015 |
| 08/14/2014 15:08 EST  Mata, Heather PA-C | III | ICD-9 | 372.00 | 08/14/2014 | Current | 08/14/2014 |

Other acute otitis externa

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 380.22 | 11/05/2010 | Resolved | 09/28/2011 |
| 09/28/2011 14:02 EST  Jones, Roger MD | III | ICD-9 | 380.22 | 11/05/2010 | Resolved | 09/28/2011 |

Reg #:  31133-037                    Inmate Name:  HIGGS, DUSTIN JOHN                                    Higgs_0073

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 11/05/2010 12:31 EST  Tabor, Timothy PA-C | III | ICD-9 | 380.22 | 11/05/2010 | Current | 11/05/2010 |
| Chronic serous otitis media, simple or unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 381.10 | 09/16/2009 | Resolved | 09/28/2011 |
| 09/28/2011 14:02 EST  Jones, Roger MD | III | ICD-9 | 381.10 | 09/16/2009 | Resolved | 09/28/2011 |
| 11/29/2010 13:42 EST  Wilson, William E. MD | III | ICD-9 | 381.10 | 09/16/2009 | Remission | 09/16/2009 |
| 09/16/2009 11:17 EST  Webster, Thomas MD CD | III | ICD-9 | 381.10 | 09/16/2009 | Current | 09/16/2009 |
| Bronchitis, acute | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 466.0 | 11/07/2013 | Resolved | 02/27/2015 |
| 02/27/2015 14:59 EST  Mata, Heather PA-C | III | ICD-9 | 466.0 | 11/07/2013 | Resolved | 02/27/2015 |
| 11/07/2013 10:53 EST  Mata, Heather PA-C | III | ICD-9 | 466.0 | 11/07/2013 | Current | 11/07/2013 |
| Unspecified nasal polyp | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM<br>        NASAL SURGERY 2010 | III | ICD-9 | 471.9 | 05/22/2009 | Resolved | 05/22/2009 |
| 11/29/2010 13:42 EST  Wilson, William E. MD<br>        NASAL SURGERY 2010 | III | ICD-9 | 471.9 | 05/22/2009 | Resolved | 05/22/2009 |
| 05/22/2009 09:26 EST  Klink, Kimberly MS, FNP | III | ICD-9 | 471.9 | 05/22/2009 | Current | 05/22/2009 |
| Allergic rhinitis due to other allergen | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 477.8 | 10/29/2008 | Resolved | 04/01/2013 |
| 04/01/2013 14:28 EST  Wilson, William E. MD/CD | III | ICD-9 | 477.8 | 10/29/2008 | Resolved | 04/01/2013 |
| 10/29/2008 10:02 EST  Klink, Kimberly MS, FNP | III | ICD-9 | 477.8 | 10/29/2008 | Current | 10/29/2008 |
| Sciatica | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM<br>        PIRIFORMIS SYNDROME | III | ICD-9 | 724.3 | 09/13/2013 | Resolved | 02/27/2015 |
| 02/27/2015 14:59 EST  Mata, Heather PA-C<br>        PIRIFORMIS SYNDROME | III | ICD-9 | 724.3 | 09/13/2013 | Resolved | 02/27/2015 |
| 09/13/2013 12:31 EST  Cox, Roger FNP<br>        PIRIFORMIS SYNDROME | III | ICD-9 | 724.3 | 09/13/2013 | Current | 09/13/2013 |
| Backache, unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 724.5 | 03/23/2010 | Resolved | 09/28/2011 |
| 09/28/2011 14:02 EST  Jones, Roger MD | III | ICD-9 | 724.5 | 03/23/2010 | Resolved | 09/28/2011 |
| 03/23/2010 14:53 EST  Tabor, Timothy PA-C | III | ICD-9 | 724.5 | 03/23/2010 | Current | 03/23/2010 |
| Spasm of muscle | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 728.85 | 04/17/2014 | Resolved | 02/27/2015 |
| 02/27/2015 14:59 EST  Mata, Heather PA-C | III | ICD-9 | 728.85 | 04/17/2014 | Resolved | 02/27/2015 |
| 04/17/2014 10:11 EST  Mata, Heather PA-C | III | ICD-9 | 728.85 | 04/17/2014 | Current | 04/17/2014 |
| Dizziness and giddiness | | | | | | |

Reg #: 31133-037                    Inmate Name:  HIGGS, DUSTIN JOHN                                        Higgs_0074

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 780.4 | 02/13/2014 | Resolved | 01/23/2015 |
| States has been episodic x 2 years | | | | | | |
| 01/23/2015 16:34 EST  Wilson, William E. MD/CD | III | ICD-9 | 780.4 | 02/13/2014 | Resolved | 01/23/2015 |
| States has been episodic x 2 years | | | | | | |
| 02/13/2014 10:27 EST  Mata, Heather PA-C | III | ICD-9 | 780.4 | 02/13/2014 | Current | 02/13/2014 |
| States has been episodic x 2 years | | | | | | |
| Headache | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 784.0 | 03/20/2012 | Resolved | 09/24/2012 |
| 09/24/2012 14:17 EST  Wilson, William E. MD/CD | III | ICD-9 | 784.0 | 03/20/2012 | Resolved | 09/24/2012 |
| 03/20/2012 14:08 EST  Jastillano, Alex MLP | III | ICD-9 | 784.0 | 03/20/2012 | Current | 03/20/2012 |
| Lymph node enlargement | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 785.6 | 11/26/2014 | Resolved | 12/11/2014 |
| 12/11/2014 11:32 EST  Mata, Heather PA-C | III | ICD-9 | 785.6 | 11/26/2014 | Resolved | 12/11/2014 |
| 11/26/2014 09:41 EST  Mata, Heather PA-C | III | ICD-9 | 785.6 | 11/26/2014 | Current | 11/26/2014 |
| Cough | | | | | | |
| 03/11/2020 11:40 EST  Frank, Casey FNP | III | ICD-9 | 786.2 | 07/30/2015 | Resolved | 03/11/2020 |
| 07/30/2015 15:02 EST  Mata, Heather PA-C | III | ICD-9 | 786.2 | 07/30/2015 | Current | 07/30/2015 |
| Abnormal electrocardiogram [ECG] [EKG] | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 794.31 | 09/22/2010 | Resolved | 09/28/2011 |
| EKG 9/14/2010 showing left atrial enlargement, borderline LVH.  Consider repeat EKG and/or cardiology referral if indicated. | | | | | | |
| 09/28/2011 14:02 EST  Jones, Roger MD | III | ICD-9 | 794.31 | 09/22/2010 | Resolved | 09/28/2011 |
| EKG 9/14/2010 showing left atrial enlargement, borderline LVH.  Consider repeat EKG and/or cardiology referral if indicated. | | | | | | |
| 09/22/2010 14:51 EST  Jones, Roger MD | III | ICD-9 | 794.31 | 09/22/2010 | Current | 09/22/2010 |
| EKG 9/14/2010 showing left atrial enlargement, borderline LVH.  Consider repeat EKG and/or cardiology referral if indicated. | | | | | | |
| Other injury of finger | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 959.5 | 08/14/2008 | Resolved | 09/28/2011 |
| 09/28/2011 14:02 EST  Jones, Roger MD | III | ICD-9 | 959.5 | 08/14/2008 | Resolved | 09/28/2011 |
| 08/14/2008 07:11 EST  Klink, Kimberly MS, FNP | III | ICD-9 | 959.5 | 08/14/2008 | Current | 08/14/2008 |
| Dermatitis, unspecified | | | | | | |
| 03/11/2020 11:41 EST  Frank, Casey FNP | | ICD-10 | L309 | 12/14/2016 | Resolved | 03/11/2020 |
| 12/14/2016 09:27 EST  Mata, Heather PA-C | | ICD-10 | L309 | 12/14/2016 | Current | |
| Significant Procedures | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | Procedu | 10/07/2010 | Resolved | 10/07/2010 |
| 9/27/2010--nose/sinus surgery | | | | | | |

Reg #:  31133-037                     Inmate Name:  HIGGS, DUSTIN JOHN                                                Higgs_0075

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 10/07/2010 08:43 EST  Jones, Roger MD | III | ICD-9 | Procedu | 10/07/2010 | Resolved | 10/07/2010 |
|     9/27/2010--nose/sinus surgery | | | | | | |
| Injury of shoulder and upper arm, unspecified | | | | | | |
| 03/11/2020 11:41 EST  Frank, Casey FNP | | ICD-10 | S4990X | 02/07/2018 | Resolved | 03/11/2020 |
| 02/07/2018 09:30 EST  Muscatell, Genevieve PA-C | | ICD-10 | S4990X | 02/07/2018 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 12/27/2020 08:52 EST  Frank, Casey FNP | | ICD-10 | U07.1 | 12/16/2020 | Resolved | 12/27/2020 |
|     Abbottt positive Quest +12/18/20 | | | | | | |
| 12/21/2020 09:49 EST  Bowman, Hollie RN/IIPCC | | ICD-10 | U07.1 | 12/16/2020 | Current | |
|     Abbottt positive Quest +12/18/20 | | | | | | |
| 12/16/2020 17:27 EST  Scully, Karen RN, IDC | | ICD-10 | U07.1 | 12/16/2020 | Current | |
|     Abbottt positive | | | | | | |

**Total:** 29

**Bureau of Prisons**
**Health Services**
**Treatments**

Higgs_0076

| Begin Date: | 01/01/2020 | End Date: | 12/30/2020 |
|---|---|---|---|
| Reg #: | 31133-037 | Inmate Name: | HIGGS, DUSTIN JOHN |

| **Date** | **Time** | **Treatment** | **Provider** | **Status** |
|---|---|---|---|---|
| 11/12/2020 | 08:36 THX | EKG | Miller, Kasha RN | Completed |

**Orig Entered:** 11/12/2020 08:36 EST   Miller, Kasha RN

**Total:** 1

**Bureau of Prisons**
**Health Services**
**Vision Screens**

| Reg #:  31133-037 | Inmate Name:   HIGGS, DUSTIN JOHN |
|---|---|

**Vision Screen on** 01/09/2019 11:43

**Blindness:**

| **Distance Vision:** OD: 20/30 | OS: 20/30 | OU: |
|---|---|---|
| **Near Vision:**  OD: | OS: | OU: |

**With Corrective**

| **Distance Vision:** OD: 20/20 | OS: 20/20 | OU: |
|---|---|---|
| **Near Vision:**  OD: | OS: | OU: |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** -0.50 | | | | |
| **L:** -0.50 | | | | |

**Color Test:**

**Tonometry:**   R:  26      L:  24

**Comments:**  squeezing and holding breath with tonopen

  **Orig Entered:**   01/09/2019 11:44 EST   Alumbaugh, Kimberly O.D.

| Reg #:  31133-037 | Inmate Name:   HIGGS, DUSTIN JOHN | Higgs_0078 |

**Vision Screen on** 10/05/2016 11:21

**Blindness:**

**Distance Vision:** OD: 20/20          OS: 20/20          OU:

**Near Vision:**     OD:               OS:               OU:

**With Corrective**

**Distance Vision:** OD:               OS:               OU:

**Near Vision:**     OD:               OS:               OU:

**Present Glasses - Distance**                    **Refraction - Distance**

    Sphere    Cylinder    Axis      Add              Sphere    Cylinder    Axis      Add

**R:**                                          **R:**

**L:**                                          **L:**

**Color Test:**

**Tonometry:**  R:  20        L:  20

**Comments:**

  **Orig Entered:**   10/05/2016 11:22 EST   Alumbaugh, Kimberly O.D.

| Reg #: 31133-037 | Inmate Name:   HIGGS, DUSTIN JOHN | Higgs_0079 |

**Vision Screen on** 10/28/2015 13:23

   **Blindness:**

   **Distance Vision:** OD: 20/20          OS: 20/20          OU:

   **Near Vision:**   OD:          OS:          OU:

   **With Corrective**

   **Distance Vision:** OD:          OS:          OU:

   **Near Vision:**   OD:          OS:          OU:

| **Present Glasses - Distance** | | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|---|
| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

   **Color Test:**

   **Tonometry:**  R:  16       L:  16

   **Comments:**

   **Orig Entered:**   10/28/2015 13:24 EST   Alumbaugh, Kimberly O.D.

| Reg #:  31133-037 | Inmate Name:  HIGGS, DUSTIN JOHN | Higgs_0080 |

**Vision Screen on** 09/15/2014 09:56

**Blindness:**

**Distance Vision:** OD: 20/20        OS: 20/20        OU:

**Near Vision:**    OD:                 OS:                 OU:

**With Corrective**

**Distance Vision:** OD:              OS:             OU:

**Near Vision:**    OD:                 OS:                 OU:

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Color Test:**

**Tonometry:** R:  15      L:  15

**Comments:**

  **Orig Entered:**    09/15/2014 09:57 EST    Alumbaugh, Kimberly O.D.

| Reg #:  31133-037 | Inmate Name:   HIGGS, DUSTIN JOHN | Higgs_0081 |

**Vision Screen on** 11/18/2013 09:22

**Blindness:**

**Distance Vision:** OD: 20/20　　　　　　　　OS: 20/20　　　　　　　　OU:

**Near Vision:**　　OD:　　　　　　　　　　OS:　　　　　　　　　　OU:

**With Corrective**

**Distance Vision:** OD:　　　　　　　　　　OS:　　　　　　　　　　OU:

**Near Vision:**　　OD:　　　　　　　　　　OS:　　　　　　　　　　OU:

| **Present Glasses - Distance** | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | Sphere | Cylinder | Axis | Add |
| **R:** | | | | **R:** 0.00 | | | |
| **L:** | | | | **L:** 0.00 | | | |

**Color Test:**

**Tonometry:**  R:  16　　　　L:  16

**Comments:**

　**Orig Entered:**   11/18/2013 09:31 EST   Alumbaugh, Kimberly O.D.

Reg #:  31133-037                          Inmate Name:  HIGGS, DUSTIN JOHN                          Higgs_0082

**Vision Screen on** 09/23/2013 06:36      Refused

   **Comments:**  Inmate refused eye exam

      **Orig Entered:**   09/24/2013 06:37 EST   Bixler, Tracy RN

| Reg #: 31133-037 | Inmate Name:  HIGGS, DUSTIN JOHN | Higgs_0083 |

**Vision Screen on** 04/12/2010 11:45

**Blindness:**

**Distance Vision:** OD:               OS:               OU:

**Near Vision:**     OD:               OS:               OU:

**With Corrective**

**Distance Vision:** OD:               OS:               OU:

**Near Vision:**     OD:               OS:               OU:

**Present Glasses - Distance**             **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

**Color Test:**

**Tonometry:**   R:             L:

**Comments:** NO NEED FOR GLASSES 20/20

  **Orig Entered:**   04/12/2010 11:47 EST   Bowman, Hollie RN/IIPCC

# Bureau of Prisons
## Health Services
## COVID-19 RNA

Higgs_0084

| Begin Date: | 01/01/2020 | End Date: | 12/30/2020 |
|---|---|---|---|
| Reg #: | 31133-037 | Inmate Name: | HIGGS, DUSTIN JOHN |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 RNA** | | **Provider** |
|---|---|---|---|
| 12/16/2020 17:34 THX | Positive | Symptomatic | Edwards, Cristi Phlebotomist |

Symptomatic- SCU

**Orig Entered:**   12/16/2020 17:35 EST   Edwards, Cristi Phlebotomist

| 12/16/2020 17:14 THX | Positive | Asymptomatic | Scully, Karen RN, IDC |
|---|---|---|---|

Inmate was charted in error as symptomatic when surveillance testing was completed 12/16/20.  Denied any signs or symptoms at that time.

**Orig Entered:**   12/18/2020 17:16 EST   Scully, Karen RN, IDC

**Total:**  2

**Bureau of Prisons**
**Health Services**
**Immunizations**

Higgs_0085

| Begin Date: | 01/01/2020 | | End Date: | 12/30/2020 |
|---|---|---|---|---|
| Reg #: | 31133-037 | | Inmate Name: | HIGGS, DUSTIN JOHN |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| Influenza - Immunization | 10/14/2020 | Refused | | | | | | |

refusal signed.

**Orig Entered:** 10/14/2020 06:54 EST   Dean, J. RN

**Total:** 1

# Bureau of Prisons
## Health Services
## Medication Summary
## Historical

Higgs_0086

| | | | | |
|---|---|---|---|---|
| Complex: | THX--TERRE HAUTE FCC | Begin Date: 01/01/2020 | End Date: | 12/30/2020 |
| Inmate: | HIGGS, DUSTIN JOHN | Reg #: 31133-037 | Quarter: | X01-313L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**

| <u>Allergy</u> | <u>Reaction</u> | <u>Date Noted</u> |
|---|---|---|
| NSAIDs | Intolerance-other | 11/13/2007 |
| patient reports reaction | | |

## Active Prescriptions

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Inhale 2 puffs by mouth four times daily AS NEEDED
**Rx#:** 490625-THX   **Doctor:** Wilson, William E. MD/CD
**Start:** 09/12/19   **Exp:** 09/11/20      **Pharmacy Dispensings:** 102 GM in 476 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Inhale 2 puffs by mouth four times daily AS NEEDED
**Rx#:** 518450-THX   **Doctor:** Wilson, William E. MD/CD
**Start:** 09/14/20   **Exp:** 09/14/21      **Pharmacy Dispensings:** 25.5 GM in 108 days

Aspirin 81 MG EC Tab
Take one tablet by mouth daily
**Rx#:** 490626-THX   **Doctor:** Wilson, William E. MD/CD
**Start:** 09/12/19   **Exp:** 09/11/20      **Pharmacy Dispensings:** 365 TAB in 476 days

Aspirin 81 MG EC Tab
Take one tablet by mouth daily
**Rx#:** 518451-THX   **Doctor:** Wilson, William E. MD/CD
**Start:** 09/14/20   **Exp:** 09/14/21      **Pharmacy Dispensings:** 120 TAB in 108 days

Fluconazole 100 MG Tab
Take one and one-half (1 and 1/2) tablets (150 MG) by mouth once weekly ***pill line***
**Rx#:** 521914-THX   **Doctor:** Frank, Casey FNP
**Start:** 10/28/20   **Exp:** 11/27/20      **Pharmacy Dispensings:** 7.5 TAB in 64 days

Fluconazole 100 MG Tab
Take one and one-half (1 and 1/2) tablets (150 MG) by mouth once weekly ***pill line***
**Rx#:** 525007-THX   **Doctor:** Frank, Casey FNP
**Start:** 12/10/20   **Exp:** 01/09/21      **Pharmacy Dispensings:** 6 TAB in 21 days

HydroCHLOROthiazide 12.5 MG Cap
Take one capsule by mouth every day

| Complex: | THX--TERRE HAUTE FCC | | Begin Date: | 01/01/2020 | End Date: | 12/30/2020 |
| Inmate: | HIGGS, DUSTIN JOHN | | Reg #: | 31133-037 | Quarter: | X01-313L |

## Active Prescriptions

**Rx#:** 490627-THX    **Doctor:** Wilson, William E. MD/CD

**Start:** 09/12/19    **Exp:** 09/11/20    **Pharmacy Dispensings:** 365 CAP in 476 days

HydroCHLOROthiazide 12.5 MG Cap
Take one capsule by mouth every day

**Rx#:** 518452-THX    **Doctor:** Wilson, William E. MD/CD

**Start:** 09/14/20    **Exp:** 09/14/21    **Pharmacy Dispensings:** 120 CAP in 108 days

Lisinopril  5 MG Tab
Take one tablet (5 MG) by mouth each day

**Rx#:** 490628-THX    **Doctor:** Wilson, William E. MD/CD

**Start:** 09/12/19    **Exp:** 09/11/20    **Pharmacy Dispensings:** 365 TAB in 476 days

Lisinopril  5 MG Tab
Take one tablet (5 MG) by mouth each day

**Rx#:** 518453-THX    **Doctor:** Wilson, William E. MD/CD

**Start:** 09/14/20    **Exp:** 09/14/21    **Pharmacy Dispensings:** 120 TAB in 108 days

Mometasone Furoate Inhal 220 MCG/Inh [ 60 doses]
Inhale 2 puffs by mouth each day - rinse mouth after use

**Rx#:** 490629-THX    **Doctor:** Wilson, William E. MD/CD

**Start:** 09/12/19    **Exp:** 09/11/20    **Pharmacy Dispensings:** 12 ea in 476 days

Mometasone Furoate Inhal 220 MCG/Inh [ 60 doses]
Inhale 2 puffs by mouth each day - rinse mouth after use

**Rx#:** 525169-THX    **Doctor:** Wilson, William E. MD/CD

**Start:** 12/14/20    **Exp:** 12/14/21    **Pharmacy Dispensings:** 1 ea in 17 days

Selenium Sulfide Lotion 2.5%, 120ML
Apply to the affected areas of your body, (not on face or genitals) each day for 7 days. Work up a lather using a small amount of water. RINSE AFTER 10 minutes. May use weekly thereafter

**Rx#:** 518454-THX    **Doctor:** Wilson, William E. MD/CD

**Start:** 09/14/20    **Exp:** 10/14/20    **Pharmacy Dispensings:** 120 ML in 108 days

Selenium Sulfide Lotion 2.5%, 120ML
Apply to the affected areas of your body, (not on face or genitals) each day for 7 days. Work up a lather using a small amount of water. RINSE AFTER 10 minutes. May use weekly thereafter

**Rx#:** 521915-THX    **Doctor:** Frank, Casey FNP

**Start:** 10/28/20    **Exp:** 11/04/20    **Pharmacy Dispensings:** 120 ML in 64 days

Verapamil HCl  80 MG Tab
Take one-half (1/2) tablet (40 MG) by mouth three times daily

**Rx#:** 490630-THX    **Doctor:** Wilson, William E. MD/CD

**Start:** 09/12/19    **Exp:** 09/11/20    **Pharmacy Dispensings:** 450 TAB in 476 days

| Complex: | THX--TERRE HAUTE FCC | Begin Date: | 01/01/2020 | End Date: | 12/30/2020 |
|---|---|---|---|---|---|
| Inmate: | HIGGS, DUSTIN JOHN | Reg #: | 31133-037 | Quarter: | X01-313L |

## Active Prescriptions

Verapamil HCl  80 MG Tab

Take one-half (1/2) tablet (40 MG) by mouth three times daily

**Rx#:** 518455-THX      **Doctor:** Wilson, William E. MD/CD

**Start:** 09/14/20      **Exp:** 09/14/21      **Pharmacy Dispensings:** 180 TAB in 108 days




| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **HIGGS, DUSTIN J**<br><br>**DOB: 03/10/1972    AGE: 48**<br>Gender:    M<br>Phone:    812.244.4584<br>Patient ID: 31133-037<br>Health ID: 8573026117419809 | Specimen:    WX753948C<br>Requisition: 0004269<br><br>Collected:    12/18/2020<br>Received:    12/19/2020 / 11:41 EST<br>Reported:    12/20/2020 / 14:57 EST | Client #: 10767072      4000000<br>WILLIAM E WILSON<br>FCI TERRE HAUTE<br>Attn: HEALTH SERVICES UNIT<br>4200 BUREAU RD N<br>TERRE HAUTE, IN 47802-8128 |

| Ward:    X01 |
|---|

**COMMENTS:**      SURVEILLANCE

### SARS CoV 2 (COVID-19) Tests

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| SARS CoV 2 RNA(COVID 19),   QUALITATIVE NAAT | | | CA |
| **SARS CoV 2 RNA** | **DETECTED** | NOT DETECTED | |

A Detected result is considered a positive test result for COVID-19. This indicates that RNA from SARS-CoV-2 (formerly 2019-nCoV) was detected, and the patient is infected with the virus and presumed to be contagious. If requested by public health authority, specimen will be sent for additional testing.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites: https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2 https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/fact-sheet2

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Due to the current public health emergency, Quest Diagnostics is receiving a high volume of samples from a wide variety of swabs and media for COVID-19 testing. In order to serve patients during this public health crisis, samples from appropriate clinical sources are being tested. Negative test results derived from specimens received in non-commercially manufactured viral collection and transport media, or in media and sample collection kits not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and the patient potentially subjected to extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Methodology: Nucleic Acid Amplification Test (NAAT) includes RT-PCR or TMA

Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid19.

Physician Comments:

**PERFORMING SITE:**

CA      QUEST DIAGNOSTICS - SCHAUMBURG, 506 EAST STATE PARKWAY, SCHAUMBURG, IL 60173-4538 Laboratory Director: ANTHONY V THOMAS,MD, CLIA: 14D0416537

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

Higgs_0090

| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
|---|---|---|---|---|---|
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/21/2020 07:22 | Provider: | Lab Result Receive | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 12/21/2020 10:46.**

 

Higgs_0091

| Patient: | **HIGGS, DUSTIN** | DOB: | **03/10/1972** | Accession: | **31272862** |
|---|---|---|---|---|---|
| MRN: | | Age: | **48** | Collected: | **08/20/2020** |
| Patient ID: | **30516749** | Gender: | **Male** | Received: | **08/20/2020** |
| Clinician: | **William E Wilson, MD** | Client Phone: | **(812) 238-3439** | Reported: | **08/20/2020 16:30** |

**Specimen Info:** Urine Pour-Off

Results begin on second page.

**William E Wilson, MD**
FCC-Terre Haute-USP (Bureau of Corrections)
4200 Bureau Road North
Terre Haute, IN 47802

# Cedar Diagnostics
555 Rivergate Lane
Durango, Colorado 81301

Higgs_0092

*CLIA ID:* **06D1065912**                                    Lab Director:  Jay Joy, MD

| | | | |
|---|---|---|---|
| Name:  HIGGS, DUSTIN JOHN | | Patient ID: | A230516749 |
| DOB:  3/10/1972      Age: 48      Sex: M | | Provider: | WILLIAM WILSON |
| Sample ID:      990492 | Fasting:  No | Comment: | 31133-037 |
| Draw Date:      8/19/2020 08:15 | | Report Date: | 8/20/2020 15:59 |

**TESTS ORDERED:**

PT SAMPLE
31133-037

| TEST NAME | RESULT | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| | IN RANGE | OUT OF RANGE | | |
| **Urinalysis Dipstick** | | | | MJR |
| UCOL | Yellow | | | Yellow |
| UCLAR | Clear | | | Clear |
| UGLU | Negative | | mg/dL | Negative |
| UBILI | Negative | | | Negative |
| UKET | Negative | | mg/dL | Negative |
| USG | 1.020 | | | 1.010-1.030 |
| UBLD | Negative | | | Negative |
| UPH | 6.0 | | | 5.0-8.0 |
| UPR | Negative | | mg/dL | Negative |
| URO | 0.2 E.U./dL | | E.U./dL | 0.0-1.0 |
| UNIT | Negative | | | Negative |
| ULEUK | Negative | | | Negative |
| UCULTDONE | No | | | |

Sample ID:  990492/1
END OF REPORT (Final)

Reviewed by: _____

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

Higgs_0093

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/21/2020 17:14 | Provider: | Lab Result Receive | Facility: | THP |

**Cosigned by Lukens, David MD on 08/24/2020 11:56.**

Higgs_0094

 **Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** HIGGS, DUSTIN | **Facility** USP Terre Haute | **Collected** 08/12/2020 07:25 |
| **Reg #** 31133-037 | **Order Unit** X02-417L | **Received** 08/13/2020 10:37 |
| **DOB** 03/10/1972 | **Provider** William Wilson, MD | **Reported** 08/13/2020 14:03 |
| **Sex** M | | **LIS ID** 254192131 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 139 | 136-145 | mmol/L |
| Potassium | | 3.9 | 3.5-5.1 | mmol/L |
| Chloride | | 101 | 98-107 | mmol/L |
| CO2 | | 29 | 22-29 | mmol/L |
| BUN | H | 21 | 6-20 | mg/dL |
| Creatinine | | 1.12 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.8 | 8.6-10.0 | mg/dL |
| Glucose | | 93 | 74-109 | mg/dL |
| AST | | 16 | 10-40 | U/L |
| ALT | | 13 | 8-41 | U/L |
| Alkaline Phosphatase | | 61 | 49-126 | U/L |
| Bilirubin, Total | | 0.5 | 0.1-1.2 | mg/dL |
| Total Protein | | 8.0 | 6.6-8.7 | g/dL |
| Albumin | | 4.6 | 3.5-5.2 | g/dL |
| Globulin | | 3.4 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.35 | 1.00-2.30 | |
| Anion Gap | L | 8.9 | 9.0-19.0 | |
| BUN/Creat Ratio | | 18.4 | 5.0-30.0 | |
| Cholesterol | | 143 | <200 | mg/dL |
| Triglycerides | | 52 | <150 | mg/dL |
| HDL Cholesterol | H | 66 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 67 | <130 | mg/dL |
| Chol/HDL Ratio | | 2.2 | 0.0-4.0 | |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| WBC | | 6.4 | 3.5-10.5 | K/uL |
| RBC | | 4.32 | 4.10-6.00 | M/uL |
| Hemoglobin | | 14.0 | 12.0-17.5 | g/dL |
| Hematocrit | | 41.5 | 38.8-50.0 | % |
| MCV | | 96.1 | 76.0-100.0 | fL |
| MCH | | 32.4 | 27.0-33.0 | pg |
| MCHC | | 33.7 | 28.0-36.0 | g/dL |
| RDW-CV | | 12.0 | 12.0-15.0 | % |
| Platelet | | 318 | 150-450 | K/uL |

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

Higgs_0095



**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

**\*\*\* Sensitive But Unclassified \*\*\***

| | | | |
|---|---|---|---|
| **Name** HIGGS, DUSTIN | **Facility** USP Terre Haute | **Collected** 08/12/2020 07:25 | |
| **Reg #** 31133-037 | **Order Unit** X02-417L | **Received** 08/13/2020 10:37 | |
| **DOB** 03/10/1972 | **Provider** William Wilson, MD | **Reported** 08/13/2020 14:03 | |
| **Sex** M | | **LIS ID** 254192131 | |

| **HEMATOLOGY** | | | | |
|---|---|---|---|---|
| MPV | H | 10.6 | 6.9-10.5 | fL |

| **HEMOGLOBIN A1C** | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | | 5.5 | <5.7 | % |

5.7 - 6.4  Increased Risk
  > 6.4  Diabetes

---

**FLAG LEGEND**    L=Low  L!=Low Critical   H=High   H!=High Critical    A=Abnormal  A! =Abnormal Critical

Higgs_0096

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/13/2020 15:04 | Provider: | Lab Result Receive | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 08/14/2020 14:45.**

Higgs_0097



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

**\*\*\* Sensitive But Unclassified \*\*\***

| | | | | |
|---|---|---|---|---|
| **Name** HIGGS, DUSTIN | **Facility** USP Terre Haute | **Collected** 02/04/2020 09:52 |
| **Reg #** 31133-037 | **Order Unit** X02-417L | **Received** 02/05/2020 11:09 |
| **DOB** 03/10/1972 | **Provider** William  Wilson, MD | **Reported** 02/05/2020 14:49 |
| **Sex** M | | **LIS ID** 254192132 |

| CHEMISTRY | | | |
|---|---|---|---|
| Sodium | 140 | 136-145 | mmol/L |
| Potassium | 4.2 | 3.5-5.1 | mmol/L |
| Chloride | 100 | 98-107 | mmol/L |
| CO2 | 28 | 22-29 | mmol/L |
| BUN | 16 | 6-20 | mg/dL |
| Creatinine | 1.09 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | |
|---|---|---|---|
| Calcium | 9.8 | 8.6-10.0 | mg/dL |
| Glucose | 86 | 74-109 | mg/dL |
| Anion Gap | 12.1 | 9.0-19.0 | |

---

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/05/2020 15:51 | Provider: | Lab Result Receive | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 02/06/2020 09:40.**



## USP Terre-Haute THP

| | | | | |
|---|---|---|---|---|
| Patient: | **HIGGS, DUSTIN (Male)** | | DOB: | 03/10/72 |
| Register#: | **31133-037** | | Age: | 48 |
| Date: | 12/30/20 13:47 | | Status: | OP |
| Slicecount: | 3 | | | |
| History: | CHEST X-RAY FOR INTERMITTENT FEELINGS OF DIFFICULTY CATCHING BREATH. COVID RECOVERED. | | | |
| Priors: | | | | |
| Exams: | FILM CXR 2 VIEWS | | | |
| Referring Phy: | | | | |
| Ordering Phy: | | | | |
| Ordering Phy #: | | | | |
| Accession Numbers: 202#BOP00220368 | | | | |

### Final Report

**Exam: FILM CXR 2 VIEWS**

**HISTORY: Intermittent feelings of difficulty catching breath. Recovered from Covid-19**

**TECHNIQUE: Frontal and lateral views of the chest.**

**COMPARISON: 10/18/2018**

**FINDINGS: Normal lung volumes. Right apical reticular nodular density appears unchanged. Otherwise, the lungs remain clear. No acute airspace disease or pulmonary edema.**

**Normal cardiomediastinal contours for age.**

**No pleural effusion or pneumothorax.**

**No acute osseous abnormalities.**

**IMPRESSION: Stable chest examination without acute cardiopulmonary process. Clear lungs except for unchanged right apical reticular nodular density.**

Radiologist:                     Justin Yoon, MD

Study ready at 13:48 and initial results transmitted at 13:50

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
|---|---|---|---|---|---|
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/30/2020 14:54 EST | | | Facility: | THP |

**Reviewed by Wilson, William E. MD/CD on 12/30/2020 15:02.**

Higgs_0101

Dustin John  Higgs
Page 1

PATIENT NAME:  Higgs, Dustin John
ID#:  31133-037

DATE OF SERVICE:

FEDERAL PENITENTIARY CARDIOLOGY CLINIC

DATE OF VISIT:

HISTORY:  This patient is a pleasant gentleman who has a history of mitral valve prolapse with moderate mitral regurgitation who has been followed serially.  He also has a history of hypertension, which he takes medications for that.  The patient today denies any symptoms of shortness of breath, palpitations, or lower extremity edema.  He had an echocardiogram done back on May 27, 2020 revealing moderate mitral valve prolapse with moderate mitral regurgitation.  The ejection fraction at that time was normal and there was no pulmonary hypertension.

VITAL SIGNS:  Today his blood pressure is 108/75, heart rate of 81 and a saturation of 100%.

MEDICATIONS:  His medications include:
1.    Albuterol.
2.    Aspirin.
3.    Hydrochlorothiazide.
4.    Lisinopril
The patient had labs from August all of which appears to be within normal range.

PHYSICAL EXAM:
His physical exam reveals stable vital signs.
HEAD AND NECK:  Reveal no JVD with no bruit.
LUNGS: Lungs were clear to auscultation.
HEART:  The cardiac exam revealed 3/6 systolic murmur at the apex radiating to the axillary area.
The patient appears to be thin.
EXTREMITIES:  Show no edema.

IMPRESSION:
1.    Moderate mitral valve prolapse with moderate mitral regurgitation, which has not been progressing so far.
2.    Hypertension, appears to be well controlled.

PLAN:
1.    From the cardiac standpoint this gentleman appears to be stable.
2.    I feel that we will continue to monitor him serially with an echocardiogram on a yearly basis.
3.    I did advise him about symptoms of progression of his mitral regurgitation such as shortness of breath, edema and/or arrhythmias.  He is to report to us if he develops any of these symptoms.
4.    For the time being, we will continue the same antihypertensive regimen.

H . ATTERBURY
HEALTH SERVICE ASST
FCC   TERRE  HAUTE

Dustin John  Higgs
Page 2

5.     I will be happy to see him back in April or May after his echocardiogram.
Thank you for giving us a chance to see this nice gentleman.


Nawar Mercho, MD
DD: 11/05/2020 09:33
DT: 11/05/2020 13:44
NM(JS)
JOB NUMBER: 898824121 / 972771

Higgs_0103

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/03/2020 06:49 EST | | | Facility: | THP |

**Reviewed by Wilson, William E. MD/CD on 12/28/2020 14:02.**

Higgs, Dustin

ID: 31133037
DOB: 3/10/72
yr,

18-Mar-2012 17:47:05

SINUS RHYTHM
POSSIBLE RIGHT ATRIAL ENLARGEMENT [0.25mV P WAVE]
LEFT ATRIAL ENLARGEMENT [-0.15mV P WAVE IN V1/V2]
POSSIBLE RIGHT VENTRICULAR CONDUCTION DELAY [RSR (QR) IN V1/V2]
POSSIBLE LEFT VENTRICULAR HYPERTROPHY [VOLTAGE CRITERIA PLUS LAE OR QRS WIDENING]
ABNORMAL ECG
INTERPRETATION BASED ON A DEFAULT AGE OF 40 YEARS

UNCONFIRMED REPORT

Vent rate:      68 BPM
PR int:        187 ms
QRS dur:        98 ms
QT/QTc:    393/410 ms
P-R-T axes:  75  73  65

Higgs_0104

11/12/20
K. Miller / [signature] RN
FCC Terre Haute



I   aVR   V1   V4
II   aVL   V2   V5
III   aVF   V3   V6
II

118350000989   No Site Name   Mortara QUINTON   Site #  0 Cart #   0  Version 2.1.0.5  Sequence #00012  25mm/s  10mm/mV  0.05-150 Hz   REORDER # 9100-026-53   1816

BP-A0807      **INFLUENZA VACCINE CONSENT – INMATES**
Sep 11

**U.S. DEPARTMENT OF JUSTICE**      **FEDERAL BUREAU OF PRISONS**

*{\*Note: CDC Vaccine Information Statements in multiple languages available at:* www.cdc.gov/vaccines/pubs/vis/*}*

I have been provided a copy of the Vaccine Information Statement\* for Influenza Vaccine  dated 8/7/15. I have had the opportunity to ask questions about the benefits and risks of vaccination.

☐**I consent to receive the influenza vaccine at this time.**

**Health Questions Prior to Influenza Vaccination** *(Check Yes or No)*

| Yes | No | Health Questions |
|-----|-----|------------------|
| | | Are you sick today? *(if moderately to severely ill should postpone vaccination)* |
| | | Do you have allergy to eggs? |
| | | Have you ever had serious reaction to influenza vaccine?<br><br>If so, describe: |
| | | Have you had Guillain-Barré syndrome (progressive paralysis) |

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
| | ☐ <insert staff name><br>☐ <insert staff name><br>☐ Other: | |

**I decline to receive the influenza vaccine at this time.**

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
| *Dustin Higgs (signature)* | *J. Olan RN (signature)*<br>☐ <insert staff name><br>☐ <insert staff name><br>☐ Other: | 9/20/20 |

| (PRINT) **Inmate Name** (Last, First) | | **Register** | **Quarter** | **Facility** |
|------|------|----------|---------|----------|
| HIGGS | DUSTIN | 31133-037 | X02-419L | |

Prescribed By P6190

Study ID: 130156



**Providence Medical Group**
2723 South 7th Street
Terre Haute, IN 47802
(812) 232-8164
(812) 234-6391 (fax)

*Resting Echocardiogram Report*



31133-037

| | |
|---|---|
| **Name:** HIGGS, DUSTIN | **Study Date:** 05/26/2020 03:51 PM |
| **MRN:** 284078 | |
| **DOB:** 03/10/1972 | **Gender:** Male |
| **Age:** 48 yrs | |
| **Primary Care Physician:** | |
| **Reason For Study:** Mitral Regurgitation | |
| **CPT Code:** 93306 Comp. Echo w/Doppler & Color. | |

**Height:** 75 in
**Weight:** 175 lb

**BSA:** 2.1 meters$^2$

## MMode/2D Measurements & Calculations

LVIDd: 4.2 cm    FS: 24 %    Ao root diam: 3.3 cm    LVOT diam: 2.2 cm
LVIDs: 3.2 cm

## Doppler Measurements & Calculations

MV E/A: 1.8

## Results

A complete 2-D, M-Mode echocardiogram was performed utilizing doppler and color-flow mapping showing the following results:. The left ventricle is normal in size. There is normal left ventricular wall thickness. Left ventricular systolic function is normal. Ejection Fraction = 60-65%. The transmitral spectral Doppler flow pattern is normal for age. No regional wall motion abnormalities noted. The right ventricle is normal in size and function. The left atrium is borderline dilated. Right atrial size is normal. There is moderate mitral valve prolapse. Prolapse of the anterior mitral leaflet. There is moderate mitral regurgitation. The mitral regurgitant jet is posteriorly directed, which is consistent with anterior leaflet pathology. The tricuspid valve is not well visualized, but is grossly normal. Doppler findings do not suggest pulmonary hypertension. The aortic valve is trileaflet. The aortic valve opens well. No aortic regurgitation is present. The pulmonic valve is not well seen, but is grossly normal. The aortic root is normal size. There is no pericardial effusion. Compared with 5/7/2019 study, tehre is no significant change.

## CONCLUSION:

STUDY PERFORMED ON 05/20/2020.
The left ventricle is normal in size.
Left ventricular systolic function is normal.
Ejection Fraction = 60-65%.

USP
TERRE HAUTE. IN 47808

DUSTIN HIGGS 5/26/2020

The transmitral spectral Doppler flow pattern is normal for age.
There is moderate mitral valve prolapse.
Prolapse of the anterior mitral leaflet.
There is moderate mitral regurgitation.
The mitral regurgitant jet is posteriorly directed, which is consistent with anterior leaflet pathology.
Doppler findings do not suggest pulmonary hypertension.
Compared with 5/7/2019 study, tehre is no significant change.

**Reading Physician:** _____

John Yacoub, MD, FACC  on 05/27/2020 03:37 PM

**Ordering Physician:** Dr Frank

Higgs_0108

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | HIGGS, DUSTIN JOHN | | | Reg #: | 31133-037 |
|---|---|---|---|---|---|
| Date of Birth: | 03/10/1972 | Sex: | M | Race: | BLACK |
| Scanned Date: | 05/29/2020 12:14 EST | | | Facility: | THP |

**Reviewed by Trueblood, Elizabeth MD on 07/13/2020 14:11.**

Attachment 2

# Bureau of Prisons
# Health Services
# Clinical Encounter

Johnson_0001

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968 | Sex: M   Race: BLACK | Facility: | THP |
| Encounter Date: | 12/29/2020 14:02 | Provider: McGuire, Cody NREMT-P | Unit: | X01 |

EMT/Para - Sick Call encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  McGuire, Cody NREMT-P

Chief Complaint:   Dental Problem

Subjective:      "My filling fell out" Back lower right

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 12/29/2020 14:02 |
| Location: | Tooth |
| Quality of Pain: | Aching |
| Pain Scale: | 2 |
| Intervention: | dental sick call |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Days |
| Duration: | 1-2 Days |
| Exacerbating Factors: | none |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Exam Comments**

Obvious displacement of a previous filling on lower, back ,right hand molar. No signs of infection, swelling.

**ASSESSMENT:**

Dental Problem Needing Dental Followup

Pt reports at cell door with a missing filling in a beck lower right hand molar. Pt wishes to be seen by dental services. Will cosign dental and place on scheduler.

**PLAN:**

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Dental Sick Call | 01/05/2021 00:00 | Dental |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

Inmate Name:   JOHNSON, CORY
Date of Birth:   11/05/1968                          Sex:      M    Race:   BLACK
Encounter Date:  12/29/2020 14:02                    Provider:  McGuire, Cody NREMT-P

Reg #:      27832-054
Facility:   THP
Unit:       X01

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/29/2020 | Counseling | Access to Care | McGuire, Cody | Verbalizes Understanding |

**Copay Required:** No                    **Cosign Required:**  Yes

**Telephone/Verbal Order:**   Yes    **By:**  Bachmann, Kimberly DDS

**Telephone or Verbal order read back and verified.**


Completed by McGuire, Cody NREMT-P on 12/29/2020 14:09

Requested to be cosigned by  Bachmann, Kimberly DDS.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

Johnson_0003

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | | | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968 | | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/29/2020 14:02 | | Provider: | McGuire, Cody NREMT- | Facility: | THP |

**Cosigned by Bachmann, Kimberly DDS on 12/30/2020 07:35.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968 | Sex: M   Race: BLACK | Facility: | THP |
| Encounter Date: | 12/27/2020 07:45 | Provider: Frank, Casey FNP | Unit: | X01 |

Mid Level Provider - Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Frank, Casey FNP

Chief Complaint:   INFECTIOUS DISEASE

Subjective:   f/u positive Abbott COVID-19 test 12/16/20 with confirmatory positive Quest test 12/21/20.
Reports having a, "little cough," described as non-productive. Denies any difficulty breathing or overt c.o.
Denies fever, chills, night sweats, myalgia's, N/V/D, cough, SOB, DOE, or associated sx's.

PLAN:
Medically cleared from isolation status if appropriate from custody IDC standpoint.

Pain:         No

**OBJECTIVE:**

**Temperature:**

| **Date** | **Time** | | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|---|
| 12/27/2020 | 07:46 | THX | 97.2 | 36.2 | | Frank, Casey FNP |

**Pulse:**

| **Date** | **Time** | | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|---|
| 12/27/2020 | 07:46 | THX | 72 | | | Frank, Casey FNP |

**Respirations:**

| **Date** | **Time** | | **Rate Per Minute** | **Provider** |
|---|---|---|---|---|
| 12/27/2020 | 07:46 | THX | 18 | Frank, Casey FNP |

**Blood Pressure:**

| **Date** | **Time** | | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|---|
| 12/27/2020 | 07:46 | THX | Refused | | | | Frank, Casey FNP |

**SaO2:**

| **Date** | **Time** | | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|---|
| 12/27/2020 | 07:46 | THX | Refused | | Frank, Casey FNP |

**ROS Comments**

General: Negative fever, chills, night sweats, weight loss, appetite change, or fatigue.
Integumentary: Negative rash, wound, or skin breakdown.
HEENT: Denies visual changes, watery eyes, runny nose, allergies, sinus pressure, or neck pain.
Cardiovascular: Negative CP, SOB, DOE, Angina, Cough, Edema, Orthopnea, PND, Syncope, or palpitations.
Pulmonary: Reports mild, non-productive cough without difficulty breathing. Negative SOB, DOE, Dyspnea, or hemoptysis.
GI: Negative abdominal pain, colic, bloating, N/V/D, or constipation..
GU: Negative Nocturia, Hematuria, Hesitancy, bladder dysfunction, Incontinence, Urgency, Urinary Frequency, Urinary Retention, or Dysuria.
Musculoskeletal: Negative back pain, muscle aches, or extremity discomfort.
Neurological: CN 2-12 grossly intact. Negative dizziness, H/A, or weakness.
Psychiatric: Negative impaired mood.

| Inmate Name: | JOHNSON, CORY | | | Reg #: | 27832-054 |
|---|---|---|---|---|---|
| Date of Birth: | 11/05/1968 | Sex: | M  Race:  BLACK | Facility: | THP |
| Encounter Date: | 12/27/2020 07:45 | Provider: | Frank, Casey FNP | Unit: | X01 |

Lymphatics: Negative generalized lymphadenopathy.
ROS reviewed and otherwise unremarkable.

**Exam Comments**

Wearing mask due to COVID-19 pandemic and evaluated with officers and Lieutenant.
General: Affect Pleasant and cooperative.
Skin: WNL. Dry and intact.
Head: Symmetry of motor function, Atraumatic/Normocephalic.
Pharynx: Patent airway.
Neck: WNL, supple, symmetric, trachea midline. Musculoskeletal WNL, full ROM without tenderness, swelling, or muscle spasms.
Pulmonary: Thorax: Inspection WNL with normal thoracic expansion, normal diaphragmatic excursion, Clear to auscultation without crackles, rhonchi, wheezing, or pleural rub.
Cardiovascular: Observation WNL. Normal Rate, Regular Rhythm without tachycardia, bradycardia, irregular rhythm, or cardiopulmonary distress. Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2 without M/R/G, S3, S4.
Vascular: WNL.
Peripheral Vascular: General WNL.
Abdomen: Inspection: WNL. Auscultation: Normal active bowel sounds. Negative arterial bruits. Palpation: WNL. Soft, non-tender without guarding, rigidity, overt mass or organomegaly, or evidence of acute abdomen.
Musculoskeletal: WNL. Full normal generalized active/passive ROM. Ambulating without difficulty.
Neurologic: Cranial Nerves (CN) 2-12 grossly intact.
Psych: Negative flat affect. Conversing without difficulty.
Lymphatic's: Negative generalized or localized lymphadenopathy.

**ASSESSMENT:**

Confirmed case COVID-19, U07.1 - Resolved

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/27/2020 | Counseling | Plan of Care | Frank, Casey | Verbalizes Understanding |

Plan of care including medical clearance from isolation status. Callback criteria.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Frank, Casey FNP on 12/27/2020 08:54

Johnson_0006

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968 | Sex: | M    Race: BLACK | Facility: | THP |
| Note Date: | 12/16/2020 14:37 | Provider: | Bixler, Tracy RN | Unit: | X01 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Bixler, Tracy RN

Surveillance Covid testing

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 12/16/2020 00:00 | Today |
| Lab personnel verbally notified of a priority order of Today or Stat | | | |

**Copay Required:** No             **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Bixler, Tracy RN on 12/16/2020 14:38

Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

Johnson_0007

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | | | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968 | | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/16/2020 14:37 | | Provider: | Bixler, Tracy RN | Facility: | THP |

**Cosigned by Trueblood, Elizabeth MD on 12/17/2020 14:26.**

Johnson_0008

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968 | Sex: | M      Race: BLACK | Facility: | THP |
| Note Date: | 02/10/2020 11:03 | Provider: | Bixler, Tracy RN | Unit: | X02 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Bixler, Tracy RN

        FOBT x3 per National Performance Measures per CD.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | | Ordered By |
|---|---|---|---|---|---|
| Fecal Occult Blood | One Time | | x 3 | | Bixler, Tracy RN |

        **Order Date:**      02/10/2020

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Bixler, Tracy RN on 02/10/2020 11:04

Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

Johnson_0009

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968 | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/10/2020 11:03 | Provider: | Bixler, Tracy RN | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 02/10/2020 15:02.**

Johnson_0010

# Bureau of Prisons
# Health Services
# Vitals All

| Begin Date: | 01/01/2020 | | End Date: | 12/30/2020 |
|---|---|---|---|---|
| Reg #: | 27832-054 | | Inmate Name: | JOHNSON, CORY |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/30/2020 | 08:00 THX | 96.6 | 35.9 | Forehead | Beal, Carly RN |

Patient states "I'm okay, I'm good" when asked if experiencing any symptoms today.

| | | | | | |
|---|---|---|---|---|---|
| | **Orig Entered:** 12/30/2020 16:58 EST  Beal, Carly RN | | | | |
| 12/30/2020 | 08:00 THX | 96.6 | 35.9 | | Beal, Carly RN |
| | **Orig Entered:** 12/30/2020 17:09 EST  Beal, Carly RN | | | | |
| 12/29/2020 | 13:48 THX | 97.4 | 36.3 | | McGuire, Cody NREMT-P |
| | **Orig Entered:** 12/29/2020 13:49 EST  McGuire, Cody NREMT-P | | | | |
| 12/28/2020 | 13:04 THX | 97.6 | 36.4 | | McGuire, Cody NREMT-P |
| | **Orig Entered:** 12/28/2020 13:05 EST  McGuire, Cody NREMT-P | | | | |
| 12/27/2020 | 07:46 THX | 97.2 | 36.2 | | Frank, Casey FNP |
| | **Orig Entered:** 12/27/2020 08:44 EST  Frank, Casey FNP | | | | |
| 12/26/2020 | 13:57 THX | 97.6 | 36.4 | | Miller, Kasha RN |
| | **Orig Entered:** 12/26/2020 13:58 EST  Miller, Kasha RN | | | | |
| 12/25/2020 | 07:00 THX | 96.0 | 35.6 | | Beal, Carly RN |
| | **Orig Entered:** 12/25/2020 15:25 EST  Beal, Carly RN | | | | |
| 12/24/2020 | 08:00 THX | 96.3 | 35.7 | | Beal, Carly RN |
| | **Orig Entered:** 12/24/2020 14:29 EST  Beal, Carly RN | | | | |
| 12/23/2020 | 08:00 THX | 98.1 | 36.7 | Forehead | Lubbehusen, K. RN |
| | **Orig Entered:** 12/24/2020 00:38 EST  Lubbehusen, K. RN | | | | |
| 12/23/2020 | 08:00 THX | 98.1 | 36.7 | Forehead | Lubbehusen, K. RN |
| | **Orig Entered:** 12/24/2020 00:40 EST  Lubbehusen, K. RN | | | | |
| 12/22/2020 | 13:36 THX | 96.7 | 35.9 | | McGuire, Cody NREMT-P |
| | **Orig Entered:** 12/22/2020 13:37 EST  McGuire, Cody NREMT-P | | | | |
| 12/22/2020 | 10:28 THX | 98.6 | 37.0 | | Durr, R. NRP |
| | **Orig Entered:** 12/22/2020 10:29 EST  Durr, R. NRP | | | | |
| 12/21/2020 | 13:09 THX | 97.9 | 36.6 | | McGuire, Cody NREMT-P |
| | **Orig Entered:** 12/21/2020 13:11 EST  McGuire, Cody NREMT-P | | | | |
| 12/20/2020 | 12:30 THX | 96.9 | 36.1 | | McGuire, Cody NREMT-P |
| | **Orig Entered:** 12/20/2020 13:05 EST  McGuire, Cody NREMT-P | | | | |
| 12/20/2020 | 08:31 THX | 96.8 | 36.0 | | Beal, Carly RN |
| | **Orig Entered:** 12/20/2020 08:33 EST  Beal, Carly RN | | | | |
| 12/19/2020 | 14:23 THX | 96.3 | 35.7 | | Beal, Carly RN |
| | **Orig Entered:** 12/19/2020 14:24 EST  Beal, Carly RN | | | | |
| 12/19/2020 | 08:00 THX | 97.6 | 36.4 | | Beal, Carly RN |
| | **Orig Entered:** 12/19/2020 14:19 EST  Beal, Carly RN | | | | |
| ~~12/19/2020~~ | ~~08:00 THX~~ | ~~96.3~~ | ~~35.7~~ | | ~~Beal, Carly RN~~ |
| | ~~**Orig Entered:** 12/19/2020 14:21 EST~~  ~~Beal, Carly RN~~ | | | | |
| | **Last Updated:** 12/19/2020 14:24 EST  Beal, Carly RN | | | | |
| 12/18/2020 | 14:07 THX | 96.7 | 35.9 | | Beal, Carly RN |

Begin Date:   01/01/2020                          End Date:        12/30/2020                   Johnson_0011

Reg #:          27832-054                          Inmate Name:   JOHNSON, CORY

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| | Orig Entered: 12/18/2020 14:08 EST | | | Beal, Carly RN | |
| 12/18/2020 | 14:07 THX | 97.6 | 36.4 | | Beal, Carly RN |
| | Orig Entered: 12/18/2020 14:09 EST | | | Beal, Carly RN | |
| 12/17/2020 | 13:20 THX | 96.1 | 35.6 | | Durr, R. NRP |
| | Orig Entered: 12/17/2020 13:21 EST | | | Durr, R. NRP | |
| 12/17/2020 | 11:10 THX | 98.3 | 36.8 | | Beal, Carly RN |
| | Orig Entered: 12/17/2020 11:12 EST | | | Beal, Carly RN | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 12/27/2020 | 07:46 THX | 72 | | | Frank, Casey FNP |
| | Orig Entered: 12/27/2020 08:44 EST | | Frank, Casey FNP | | |
| 12/20/2020 | 08:31 THX | 84 | | | Beal, Carly RN |
| | Orig Entered: 12/20/2020 08:33 EST | | Beal, Carly RN | | |
| 12/19/2020 | 14:23 THX | 86 | | | Beal, Carly RN |
| | Orig Entered: 12/19/2020 14:24 EST | | Beal, Carly RN | | |
| 12/19/2020 | 08:00 THX | 86 | | | Beal, Carly RN |
| | Orig Entered: 12/19/2020 14:19 EST | | Beal, Carly RN | | |
| ~~12/19/2020~~ | ~~08:00 THX~~ | ~~86~~ | | | ~~Beal, Carly RN~~ |
| | ~~Orig Entered: 12/19/2020 14:21 EST~~ | | ~~Beal, Carly RN~~ | | |
| | Last Updated: 12/19/2020 14:24 EST | | Beal, Carly RN | | |
| 12/18/2020 | 14:07 THX | 80 | | | Beal, Carly RN |
| | Orig Entered: 12/18/2020 14:08 EST | | Beal, Carly RN | | |
| 12/18/2020 | 14:07 THX | 82 | | | Beal, Carly RN |
| | Orig Entered: 12/18/2020 14:09 EST | | Beal, Carly RN | | |
| 12/17/2020 | 13:20 THX | 80 | | | Durr, R. NRP |
| | Orig Entered: 12/17/2020 13:21 EST | | Durr, R. NRP | | |
| 12/17/2020 | 11:10 THX | 98 | | | Beal, Carly RN |
| | Orig Entered: 12/17/2020 11:12 EST | | Beal, Carly RN | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 12/27/2020 | 07:46 THX | 18 | Frank, Casey FNP |
| | Orig Entered: 12/27/2020 08:44 EST | | Frank, Casey FNP |
| 12/18/2020 | 14:07 THX | 16 | Beal, Carly RN |
| | Orig Entered: 12/18/2020 14:08 EST | | Beal, Carly RN |
| 12/18/2020 | 14:07 THX | 16 | Beal, Carly RN |
| | Orig Entered: 12/18/2020 14:09 EST | | Beal, Carly RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 12/27/2020 | 07:46 THX | Refused | | | | Frank, Casey FNP |
| | Orig Entered: 12/27/2020 08:44 EST | | Frank, Casey FNP | | | |

**SaO2:**

| | | | | Johnson_0012 |
|---|---|---|---|---|
| Begin Date: | 01/01/2020 | | End Date: | 12/30/2020 |
| Reg #: | 27832-054 | | Inmate Name: | JOHNSON, CORY |

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 12/27/2020 | 07:46 THX | Refused | | Frank, Casey FNP |
| | **Orig Entered:** 12/27/2020 08:44 EST | | Frank, Casey FNP | |
| 12/26/2020 | 13:57 THX | 99 | | Miller, Kasha RN |
| | **Orig Entered:** 12/26/2020 13:58 EST | | Miller, Kasha RN | |
| 12/20/2020 | 08:31 THX | 97 | | Beal, Carly RN |
| | **Orig Entered:** 12/20/2020 08:33 EST | | Beal, Carly RN | |
| 12/19/2020 | 14:23 THX | 99 | | Beal, Carly RN |
| | **Orig Entered:** 12/19/2020 14:24 EST | | Beal, Carly RN | |
| 12/19/2020 | 08:00 THX | 98 | | Beal, Carly RN |
| | **Orig Entered:** 12/19/2020 14:19 EST | | Beal, Carly RN | |
| ~~12/19/2020~~ | ~~08:00 THX~~ | ~~99~~ | | ~~Beal, Carly RN~~ |
| | ~~**Orig Entered:** 12/19/2020 14:21 EST~~ | | ~~Beal, Carly RN~~ | |
| | **Last Updated:** 12/19/2020 14:24 EST | | Beal, Carly RN | |
| 12/18/2020 | 14:07 THX | 98 | | Beal, Carly RN |
| | **Orig Entered:** 12/18/2020 14:08 EST | | Beal, Carly RN | |
| 12/18/2020 | 14:07 THX | 99 | | Beal, Carly RN |
| | **Orig Entered:** 12/18/2020 14:09 EST | | Beal, Carly RN | |
| 12/17/2020 | 13:20 THX | 98 | | Durr, R. NRP |
| | **Orig Entered:** 12/17/2020 13:21 EST | | Durr, R. NRP | |
| 12/17/2020 | 11:10 THX | 98 | | Beal, Carly RN |
| | **Orig Entered:** 12/17/2020 11:12 EST | | Beal, Carly RN | |

Johnson_0013

# Bureau of Prisons
## Health Services
### PPDs

**Reg #:** 27832-054        **Inmate Name:** JOHNSON, CORY

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 05/21/2020   11:50 asymptomatic | Left Forearm | Miller, Kasha RN | 05/23/2020   15:11 asymptomatic | 0 mm | Miller, Kasha RN |
| Orig Entered: | 05/21/2020 11:51 EST | Miller, Kasha RN | Orig Entered: | 05/23/2020 15:11 EST | Miller, Kasha RN |
| 05/12/2019   16:00 denies fever, cough, night sweats, blood tinged sputum, or weight loss | Left Forearm | Keller, Kelly RN/BSN, Health | 05/14/2019   16:56 | 0 mm | Keller, Kelly RN/BSN, Health |
| Orig Entered: | 05/12/2019 16:37 EST | Keller, Kelly RN/BSN, Health Information Technician | Orig Entered: | 05/14/2019 16:56 EST | Keller, Kelly RN/BSN, Health Information Technician |
| 05/11/2018   09:11 | Left Forearm | May, Joseph RN, CWCN | 05/13/2018   11:16 denies any s/s TB. | 0 mm | Walters, Sarah RN |
| Orig Entered: | 05/11/2018 09:12 EST | May, Joseph RN, CWCN | Orig Entered: | 05/13/2018 11:16 EST | Walters, Sarah RN |
| 05/17/2017   14:04 | Left Forearm | May, Joseph RN, CWCN | 05/19/2017   17:53 Denies fever, cough, bloody sputum, night sweats, or unexplained weakness. | 0 mm | May, Joseph RN, CWCN |
| Orig Entered: | 05/17/2017 14:05 EST | May, Joseph RN, CWCN | Orig Entered: | 05/19/2017 17:53 EST | May, Joseph RN, CWCN |
| 05/10/2017   10:42 | Left Forearm | Brazzell, Susan HSA | 05/12/2017   13:38 Denies fever, cough, bloody sputum, night sweats, or weight loss. | 0 mm | May, Joseph RN, CWCN |
| Orig Entered: | 05/10/2017 10:43 EST | Brazzell, Susan HSA | Orig Entered: | 05/12/2017 13:38 EST | May, Joseph RN, CWCN |
| 06/02/2016   12:20 asymptomatic | Left Forearm | Clingerman, Nicole LPN | 06/04/2016   16:02 No signs or symptoms of TB noted including fever, night sweats, or cough | 0 mm | McGee, Cindy NR-P,AHSA |
| Orig Entered: | 06/02/2016 12:21 EST | Clingerman, Nicole LPN | Orig Entered: | 06/04/2016 16:03 EST | McGee, Cindy NR-P,AHSA |
| 05/29/2015   07:33 denies s/s of active TB | Left Forearm | Keller, Kelly RN/BSN, Health | 05/31/2015   09:20 no signs or symptoms of cold and flu like illness. | 0 mm | Brazzell, Susan HSA |
| Orig Entered: | 05/29/2015 07:34 EST | Keller, Kelly RN/BSN, Health Information Technician | Orig Entered: | 05/31/2015 09:20 EST | Brazzell, Susan HSA |
| 06/04/2014   09:24 | Left Forearm | Booth, Sara RN/AHSA | 06/06/2014   09:40 No s/s of TB | 0 mm | Booth, Sara RN/AHSA |
| Orig Entered: | 06/04/2014 09:25 EST | Booth, Sara RN/AHSA | Orig Entered: | 06/06/2014 09:40 EST | Booth, Sara RN/AHSA |
| 06/04/2013   14:21 | Left Forearm | Heiser, Tracy RN | 06/06/2013   14:29 no s/s of TB | 0 mm | Heiser, Tracy RN |
| Orig Entered: | 06/04/2013 14:22 EST | Heiser, Tracy RN | Orig Entered: | 06/06/2013 14:29 EST | Heiser, Tracy RN |
| 06/27/2012   10:26 | Left Forearm | Warner, Krista HIT | 06/29/2012   12:40 no s/s of TB | 0 mm | Heiser, Tracy RN |

Johnson_0014

# Bureau of Prisons
## Health Services
### PPDs

| Reg #:  27832-054 | Inmate Name:  JOHNSON, CORY |
|---|---|

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| **Orig Entered:** | 06/27/2012 10:27 EST | Warner, Krista HIT | **Orig Entered:** | 06/29/2012 12:40 EST | Heiser, Tracy RN |
| 06/21/2011   09:52 | Left Forearm | Heiser, Tracy RN | 06/23/2011   12:24 | 0 mm | Heiser, Tracy RN |
| no s/s tb | | | | | |
| **Orig Entered:** | 06/21/2011 09:53 EST | Heiser, Tracy RN | **Orig Entered:** | 06/23/2011 12:24 EST | Heiser, Tracy RN |
| 06/13/2010   11:46 | Left Forearm | Haddix, Trisha RN | 06/15/2010   12:23 | 0 mm | Haddix, Trisha RN |
| | | | Asymptomatic | | |
| **Orig Entered:** | 06/13/2010 11:48 EST | Haddix, Trisha RN | **Orig Entered:** | 06/15/2010 12:24 EST | Haddix, Trisha RN |
| 06/15/2009   10:00 | Left Forearm | Scully, Karen RN, IDC | 06/17/2009   10:21 | 0 mm | Scully, Karen RN, IDC |
| LATE ENTRY | | | | | |
| **Orig Entered:** | 06/16/2009 06:48 EST | Scully, Karen RN, IDC | **Orig Entered:** | 06/17/2009 10:21 EST | Scully, Karen RN, IDC |
| 06/03/2008   10:05 | Left Forearm | Scully, Karen RN, IDC | 06/05/2008   10:06 | 0 mm | Scully, Karen RN, IDC |
| **Orig Entered:** | 06/06/2008 10:06 EST | Scully, Karen RN, IDC | **Orig Entered:** | 06/06/2008 10:07 EST | Scully, Karen RN, IDC |

**Total:**  14

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0015

| | | | |
|---|---|---|---|
| Inmate Name:  JOHNSON, CORY | | Reg #:  27832-054 | |
| Date of Birth:  11/05/1968 | Sex:  M      Race:  BLACK | Facility:  THP | |
| Encounter Date:  12/30/2020 08:00 | Provider:  Beal, Carly RN | Unit:  X01 | |

**Screenings:**

**COVID-19**

**Isolation**

No: Cough, Shortness of Breath

**Comments**

Patient states "I'm okay, I'm good" when asked if experiencing any symptoms.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/30/2020 | 08:00 THX | 96.6 | 35.9 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/30/2020 17:09.

**Federal Bureau of Prisons**
**SCREENINGS**

Johnson_0016

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #:   27832-054 |
| Date of Birth: | 11/05/1968 | Sex:  M    Race:  BLACK | Facility:  THP |
| Encounter Date: | 12/29/2020 13:47 | Provider:  McGuire, Cody NREMT-P | Unit:   X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Cough (Duration/Describe: persistent)

No: Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/29/2020 | 13:48 THX | 97.4 | 36.3 | | McGuire, Cody NREMT-P |

Cosign Required:No
Completed by McGuire, Cody NREMT-P on 12/29/2020 13:49.

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0017

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, CORY | | | Reg #: 27832-054 |
| Date of Birth: 11/05/1968 | Sex: M | Race: BLACK | Facility: THP |
| Encounter Date: 12/28/2020 13:03 | Provider: McGuire, Cody NREMT-P | | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Cough (Duration/Describe: persistent), Sore throat

No: Shortness of Breath, Fatigue, Body aches, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/28/2020 | 13:04 THX | 97.6 | 36.4 | | McGuire, Cody NREMT-P |

Cosign Required:No

Completed by McGuire, Cody NREMT-P on 12/28/2020 13:05.

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0018

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #: 27832-054 |
| Date of Birth: | 11/05/1968 | Sex: M     Race: BLACK | Facility: THP |
| Encounter Date: | 12/26/2020 13:57 | Provider: Miller, Kasha RN | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Vital Signs w/O2 sat recorded in flowsheet, Cough, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Comments**

Reports breathing has improved.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/26/2020 | 13:57 THX | 97.6 | 36.4 | | Miller, Kasha RN |

**SaO2:**

| Date | Time | Value(%) | Air | | Provider |
|---|---|---|---|---|---|
| 12/26/2020 | 13:57 THX | 99 | | | Miller, Kasha RN |

Cosign Required:No

Completed by Miller, Kasha RN on 12/26/2020 13:58.

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0019

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, CORY | | | Reg #: 27832-054 |
| Date of Birth: 11/05/1968 | Sex: M | Race: BLACK | Facility: THP |
| Encounter Date: 12/25/2020 07:00 | Provider: Beal, Carly RN | | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Cough, Shortness of Breath, Fatigue, Body aches

**Comments**

nasal congestion

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/25/2020 | 07:00 THX | 96.0 | 35.6 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/25/2020 15:25.

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0020

| | | | | |
|---|---|---|---|---|
| Inmate Name:   JOHNSON, CORY | | | Reg #: | 27832-054 |
| Date of Birth:   11/05/1968 | Sex:  M | Race:  BLACK | Facility: | THP |
| Encounter Date:  12/24/2020 08:00 | Provider:  Beal, Carly RN | | Unit: | X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Headache

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 12/24/2020 | 08:00 THX | 96.3 | 35.7 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/24/2020 14:29.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name:   JOHNSON, CORY | | Reg #:   27832-054 | |
| Date of Birth:   11/05/1968 | Sex:  M       Race:  BLACK | Facility:  THP | |
| Encounter Date:  12/23/2020 08:00 | Provider:  Lubbehusen, K. RN | Unit:   X01 | |

**Screenings:**

**COVID-19**

    **Isolation**

        Yes: Headache

        No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/23/2020 | 08:00 THX | 98.1 | 36.7 | Forehead | Lubbehusen, K. RN |

Cosign Required:No

Completed by Lubbehusen, K. RN on 12/24/2020 00:40.

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0022

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #: 27832-054 |
| Date of Birth: | 11/05/1968 | Sex: M   Race: BLACK | Facility: THP |
| Encounter Date: | 12/22/2020 13:36 | Provider: McGuire, Cody NREMT-P | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Vital Signs w/O2 sat recorded in flowsheet, Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/22/2020 | 13:36 THX | 96.7 | 35.9 | | McGuire, Cody NREMT-P |

Cosign Required:No

Completed by McGuire, Cody NREMT-P on 12/22/2020 13:37.

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0023

| | | |
|---|---|---|
| Inmate Name:  JOHNSON, CORY | | Reg #:  27832-054 |
| Date of Birth:  11/05/1968 | Sex:  M      Race:  BLACK | Facility:  THP |
| Encounter Date:  12/21/2020 13:10 | Provider:  McGuire, Cody NREMT-P | Unit:  X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Cough (Duration/Describe: 3-5 days)

No: Vital Signs w/O2 sat recorded in flowsheet, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/21/2020 | 13:09 THX | 97.9 | 36.6 | | McGuire, Cody NREMT-P |

Cosign Required:No

Completed by McGuire, Cody NREMT-P on 12/21/2020 13:11.

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0024

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #: 27832-054 |
| Date of Birth: | 11/05/1968 | Sex:  M        Race:  BLACK | Facility:  THP |
| Encounter Date: | 12/21/2020 10:28 | Provider:  Durr, R. NRP | Unit:      X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/22/2020 | 10:28 THX | 98.6 | 37.0 | | Durr, R. NRP |

Cosign Required:No

Completed by Durr, R. NRP on 12/22/2020 10:29.

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0025

| | | |
|---|---|---|
| Inmate Name:  JOHNSON, CORY | | Reg #:   27832-054 |
| Date of Birth:   11/05/1968 | Sex:  M      Race:  BLACK | Facility:  THP |
| Encounter Date:  12/20/2020 12:30 | Provider:  McGuire, Cody NREMT-P | Unit:   X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Cough (Duration/Describe: New as of PM on 12-20-2020), Headache

No: Vital Signs w/O2 sat recorded in flowsheet, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 12/20/2020 | 12:30 THX | 96.9 | 36.1 | | McGuire, Cody NREMT-P |

Cosign Required:No

Completed by McGuire, Cody NREMT-P on 12/20/2020 13:05.

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0026

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #:   27832-054 |
| Date of Birth: | 11/05/1968 | Sex:  M      Race:  BLACK | Facility:  THP |
| Encounter Date: 12/20/2020 08:31 | | Provider:  Beal, Carly RN | Unit:   X01 |

**Screenings:**

**COVID-19**

    **Isolation**

        Yes: Vital Signs w/O2 sat recorded in flowsheet, Cough (Duration/Describe: This AM - dry cough)

    **Comments**

        stuffy nose

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/20/2020 | 08:31 THX | 96.8 | 36.0 | | Beal, Carly RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/20/2020 | 08:31 THX | 84 | | | Beal, Carly RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/20/2020 | 08:31 THX | 97 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/20/2020 08:33.

# Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name: JOHNSON, CORY | | Reg #: 27832-054 |
| Date of Birth: 11/05/1968 | Sex: M    Race: BLACK | Facility: THP |
| Encounter Date: 12/19/2020 14:24 | Provider: Beal, Carly RN | Unit: X01 |

**Screenings:**

**COVID-19**

    **Isolation**

        Yes: Vital Signs w/O2 sat recorded in flowsheet

        No: Cough, Shortness of Breath, Fatigue, Body aches

    **Comments**

        runny nose

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/19/2020 | 14:23 THX | 96.3 | 35.7 | | Beal, Carly RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/19/2020 | 14:23 THX | 86 | | | Beal, Carly RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/19/2020 | 14:23 THX | 99 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/19/2020 14:24.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #:  27832-054 |
| Date of Birth: | 11/05/1968 | Sex:  M      Race:  BLACK | Facility:  THP |
| Encounter Date: | 12/19/2020 08:00 | Provider:  Beal, Carly RN | Unit:  X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/19/2020 | 08:00 THX | 97.6 | 36.4 | | Beal, Carly RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/19/2020 | 08:00 THX | 86 | | | Beal, Carly RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/19/2020 | 08:00 THX | 98 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/19/2020 14:19.

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0029

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #: 27832-054 |
| Date of Birth: | 11/05/1968 | Sex: M    Race: BLACK | Facility: THP |
| Encounter Date: 12/18/2020 14:08 | | Provider: Beal, Carly RN | Unit: X01 |

**Screenings:**

**COVID-19**

**Quarantine**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/18/2020 | 14:07 THX | 97.6 | 36.4 | | Beal, Carly RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/18/2020 | 14:07 THX | 82 | | | Beal, Carly RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/18/2020 | 14:07 THX | 16 | Beal, Carly RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/18/2020 | 14:07 THX | 99 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/18/2020 14:09.

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0030

| | | |
|---|---|---|
| Inmate Name:  JOHNSON, CORY | | Reg #:  27832-054 |
| Date of Birth:  11/05/1968 | Sex:  M     Race:  BLACK | Facility:  THP |
| Encounter Date:  12/18/2020 08:00 | Provider:  Beal, Carly RN | Unit:  X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Vital Signs w/O2 sat recorded in flowsheet, Headache

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/18/2020 | 14:07 THX | 96.7 | 35.9 | | Beal, Carly RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/18/2020 | 14:07 THX | 80 | | | Beal, Carly RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/18/2020 | 14:07 THX | 16 | Beal, Carly RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/18/2020 | 14:07 THX | 98 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/18/2020 14:08.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #: 27832-054 |
| Date of Birth: | 11/05/1968 | Sex: M     Race: BLACK | Facility: THP |
| Encounter Date: | 12/17/2020 13:20 | Provider: Durr, R. NRP | Unit: X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/17/2020 | 13:20 THX | 96.1 | 35.6 | | Durr, R. NRP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/17/2020 | 13:20 THX | 80 | | | Durr, R. NRP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/17/2020 | 13:20 THX | 98 | | Durr, R. NRP |

Cosign Required:No

Completed by Durr, R. NRP on 12/17/2020 13:21.

# Federal Bureau of Prisons
## SCREENINGS

Johnson_0032

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968 | Sex:  M      Race:  BLACK | Facility: | THP |
| Encounter Date: | 12/17/2020 11:10 | Provider:  Beal, Carly RN | Unit: | X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| **Date** | **Time** | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|
| 12/17/2020 | 11:10 THX | 98.3 | 36.8 | | Beal, Carly RN |

**Pulse:**

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 12/17/2020 | 11:10 THX | 98 | | | Beal, Carly RN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 12/17/2020 | 11:10 THX | 98 | | Beal, Carly RN |

Cosign Required:No

Completed by Beal, Carly RN on 12/17/2020 11:12.

Johnson_0033

# Bureau of Prisons
## Health Services
## Devices and Equipment

| **Start Date:** | 01/01/2020 | | **Stop Date:** | 12/30/2020 |
|---|---|---|---|---|
| **Reg #:** | 27832-054 | | **Inmate Name:** | JOHNSON, CORY |

| Device/Equipment | | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|---|
| Brace - knee | | | | | | |
| 11/14/2017 13:45 EST | Matchett, Ashley P.T. | 11/14/2017 | 11/14/2019 | | BOP | CURAD MEDIUM KNEE SUPPORT / SLEEVE |
| Other | | | | | | |
| 07/23/2010 15:04 EST | Tabor, Timothy PA-C | 07/23/2010 | | | BOP | Ace wrap for left foot. |

**Total:** 2

# Bureau of Prisons
## Health Services
## Fecal Occult Blood

| Begin Date: | 01/01/2020 | | End Date: | 12/30/2020 |
|---|---|---|---|---|
| Reg #: | 27832-054 | | Inmate Name: | JOHNSON, CORY |

(Reference Range - Negative)

| Effective Date | Fecal Occult Blood | Provider |
|---|---|---|
| 03/30/2020 08:59 THX | Refused | Sandusky, Audrea MLT(ASCP) |
| **Orig Entered:** 03/30/2020 09:00 EST   Sandusky, Audrea MLT(ASCP) | | |
| 03/30/2020 08:59 THX | Refused | Sandusky, Audrea MLT(ASCP) |
| **Orig Entered:** 03/30/2020 09:00 EST   Sandusky, Audrea MLT(ASCP) | | |
| 03/30/2020 08:58 THX | Refused | Sandusky, Audrea MLT(ASCP) |
| **Orig Entered:** 03/30/2020 08:59 EST   Sandusky, Audrea MLT(ASCP) | | |

**Total:** 3

**Bureau of Prisons**
**Health Services**
**Pain Management**

Johnson_0035

| Begin Date: | 01/01/2020 | | End Date: | 12/30/2020 |
|---|---|---|---|---|
| Reg #: | 27832-054 | | Inmate Name: | JOHNSON, CORY |

| Date | Intervention | Pain Quality | Location | Pre | Post | Provider |
|---|---|---|---|---|---|---|
| 12/29/2020 14:02 THX dental sick call | | Aching | Tooth | 2 | | McGuire, Cody NREMT- |

**Orig Entered:** 12/29/2020 14:03 EST   McGuire, Cody NREMT-P

**Bureau of Prisons**
**Health Services**
**Allergies**

Johnson_0036

| | | |
|---|---|---|
| Reg #:  27832-054 | Inmate Name:  JOHNSON, CORY | |

| **Allergy** | **Date Noted** | **Reaction** |
|---|---|---|
| No Known Allergies | 03/27/2009 | |

**Orig Entered:**   03/27/2009 12:00 EST   Julian, K. HSA/FNP-BC

**Total:**  1

Johnson_0037

## Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

| Reg #:   27832-054 | Inmate Name: JOHNSON, CORY |
|---|---|

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 12/29/2020 | Counseling | Access to Care | Verbalizes Understanding | McGuire, Cody |

      **Orig Entered:**   12/29/2020 14:09 EST   McGuire, Cody

| 12/27/2020 | Counseling | Plan of Care | Verbalizes Understanding | Frank, Casey |

      Plan of care including medical clearance from isolation status. Callback criteria.

      **Orig Entered:**   12/27/2020 08:53 EST   Frank, Casey

**Total:** 2

Johnson_0038

# Bureau of Prisons
# Health Services
# Health Problems

| Reg #:  27832-054 | Inmate Name:  JOHNSON, CORY |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Elbow, Pain in joint, upper arm | | | | | | |
| 10/09/2014 10:47 EST  Mata, Heather PA-C | III | ICD-9 | 719.42 | 10/09/2014 | Current | 10/09/2014 |
| Knee, Pain in joint, lower leg | | | | | | |
| 08/06/2012 13:51 EST  Ndife, Z. MLP | III | ICD-9 | 719.46 | 08/17/2011 | Current | 08/06/2012 |
|     Mild DJD | | | | | | |
| 10/24/2011 12:53 EST  Jones, Roger MD | III | ICD-9 | 719.46 | 08/17/2011 | Resolved | 10/24/2011 |
| 08/17/2011 11:36 EST  Ndife, Z. MLP | III | ICD-9 | 719.46 | 08/17/2011 | Current | 08/17/2011 |
| Myopia | | | | | | |
| 06/15/2018 08:06 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H5210 | 06/15/2018 | Current | |
| Presbyopia | | | | | | |
| 06/15/2018 08:06 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H524 | 06/15/2018 | Current | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Unspecified inflammatory and toxic neuropathy | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 357.9 | 06/23/2009 | Resolved | 06/23/2009 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 357.9 | 06/23/2009 | Resolved | 06/23/2009 |
| 06/23/2009 12:08 EST  Tabor, Timothy PA-C | III | ICD-9 | 357.9 | 06/23/2009 | Current | 06/23/2009 |
| Unspecified hemorrhoids without mention of comp | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 455.6 | 08/17/2010 | Resolved | 08/17/2010 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 455.6 | 08/17/2010 | Resolved | 08/17/2010 |
| 08/17/2010 17:42 EST  Tabor, Timothy PA-C | III | ICD-9 | 455.6 | 08/17/2010 | Current | 08/17/2010 |
| Dental caries, unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 521.00 | 04/06/2012 | Resolved | 04/06/2012 |
|     Fractured all provisional restoration patched to amalgam. Needs new restoration. | | | | | | |
| 04/06/2012 13:02 EST  Cortes, Jesus DMD, FAGD | III | ICD-9 | 521.00 | 04/06/2012 | Resolved | 04/06/2012 |
|     Fractured all provisional restoration patched to amalgam. Needs new restoration. | | | | | | |
| Chronic periodontitis, localized | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 523.41 | 11/23/2009 | Resolved | 11/23/2009 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 523.41 | 11/23/2009 | Resolved | 11/23/2009 |

Reg #:  27832-054                        Inmate Name:  JOHNSON, CORY                                          Johnson_0039

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 11/23/2009 09:49 EST  Franco, Miguel DMD | III | ICD-9 | 523.41 | 11/23/2009 | Current | 11/23/2009 |
| **Fractured restorative material w loss material** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 525.64 | 11/18/2015 | Resolved | 11/18/2015 |
| 11/18/2015 09:53 EST  Shepherd, Doug DMD | III | ICD-9 | 525.64 | 11/18/2015 | Resolved | 11/18/2015 |
| **Constipation, unspecified** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 564.00 | 08/17/2010 | Resolved | 08/17/2010 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 564.00 | 08/17/2010 | Resolved | 08/17/2010 |
| 08/17/2010 17:39 EST  Tabor, Timothy PA-C | III | ICD-9 | 564.00 | 08/17/2010 | Current | 08/17/2010 |
| **Hand, Pain in joint** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 719.44 | 07/23/2010 | Resolved | 07/23/2010 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 719.44 | 07/23/2010 | Resolved | 07/23/2010 |
| 07/23/2010 14:57 EST  Tabor, Timothy PA-C | III | ICD-9 | 719.44 | 07/23/2010 | Current | 07/23/2010 |
| **Other and unspec disc disorder, lumbar region** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 722.93 | 01/20/2011 | Resolved | 05/15/2012 |
| s/p lumbar fusion & neuro stimulator X-ray L-spine 3/15/2011--fractured screw | | | | | | |
| 05/15/2012 11:46 EST  Wilson, William E. MD/CD | III | ICD-9 | 722.93 | 01/20/2011 | Resolved | 05/15/2012 |
| s/p lumbar fusion & neuro stimulator X-ray L-spine 3/15/2011--fractured screw | | | | | | |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 722.93 | 01/20/2011 | Current | 01/20/2011 |
| s/p lumbar fusion & neuro stimulator X-ray L-spine 3/15/2011--fractured screw | | | | | | |
| 01/20/2011 15:43 EST  Ndife, Z. MLP | III | ICD-9 | 722.93 | 01/20/2011 | Current | 01/20/2011 |
| s/o lumbar fusion | | | | | | |
| **Backache, unspecified** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 724.5 | 09/25/2009 | Resolved | 09/25/2009 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 724.5 | 09/25/2009 | Resolved | 09/25/2009 |
| 09/25/2009 10:04 EST  Klink, Kimberly MS, FNP | III | ICD-9 | 724.5 | 09/25/2009 | Current | 09/25/2009 |
| **Nerve pain, neuralgia neuritis,  radiculitis** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 729.2 | 03/24/2011 | Resolved | 05/15/2012 |
| 05/15/2012 11:46 EST  Wilson, William E. MD/CD | III | ICD-9 | 729.2 | 03/24/2011 | Resolved | 05/15/2012 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 729.2 | 03/24/2011 | Current | 03/24/2011 |
| **Dysuria** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 788.1 | 08/17/2010 | Resolved | 08/17/2010 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 788.1 | 08/17/2010 | Resolved | 08/17/2010 |
| 08/17/2010 17:40 EST  Tabor, Timothy PA-C | III | ICD-9 | 788.1 | 08/17/2010 | Current | 08/17/2010 |

Reg #:  27832-054          Inmate Name:  JOHNSON, CORY          Johnson_0040

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Disorder of teeth and supporting structures, unspecified | | | | | | |
| 08/28/2019 15:06 EST  Van Wagoner, J. DMD | | ICD-10 | K089 | 08/28/2019 | Resolved | 08/28/2019 |
| Confirmed case COVID-19 | | | | | | |
| 12/27/2020 08:52 EST  Frank, Casey FNP | | ICD-10 | U07.1 | 12/16/2020 | Resolved | 12/27/2020 |
|     Abbott positive  Quest +12/18/20 | | | | | | |
| 12/21/2020 09:50 EST  Bowman, Hollie RN/IIPCC | | ICD-10 | U07.1 | 12/16/2020 | Current | |
|     Abbott positive  Quest +12/18/20 | | | | | | |
| 12/16/2020 17:28 EST  Scully, Karen RN, IDC | | ICD-10 | U07.1 | 12/16/2020 | Current | |
|     Abbott positive | | | | | | |
| Unspecified general medical examination | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V70.9 | 03/27/2009 | Resolved | |
| 03/27/2009 11:58 EST  Klink, Kimberly MS, FNP | III | ICD-9 | V70.9 | 03/27/2009 | | |

**Total:** 18

**Bureau of Prisons**
**Health Services**
**Vision Screens**

---

| Reg #:  27832-054 | Inmate Name:  JOHNSON, CORY |
|---|---|

---

**Vision Screen on** 06/15/2018 08:04

**Blindness:**

| **Distance Vision:** OD: 20/25 | OS: 20/50 | OU: |
|---|---|---|

**Near Vision:**    OD:                OS:                OU:

**With Corrective**

**Distance Vision:** OD:                OS:                OU:

**Near Vision:**    OD:                OS:                OU:

| **Present Glasses - Distance** | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | Sphere | Cylinder | Axis | Add |
| **R:** | | | | **R:** 0.00 | | | +2 |
| **L:** | | | | **L:** -1.00 | | | +2 |

**Color Test:**

**Tonometry:**    R:  18        L:  18

**Comments:**

**Orig Entered:**    06/15/2018 08:05 EST   Alumbaugh, Kimberly O.D.

**Bureau of Prisons**
**Health Services**
**COVID-19 RNA**

Johnson_0042

| Begin Date: | 01/01/2020 | End Date: | 12/30/2020 |
|---|---|---|---|
| Reg #: | 27832-054 | Inmate Name: | JOHNSON, CORY |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 RNA** | | **Provider** |
|---|---|---|---|
| 12/16/2020 17:35 THX | Positive | Symptomatic | Edwards, Cristi Phlebotomist |

Symptomatic- SCU

**Orig Entered:** 12/16/2020 17:36 EST  Edwards, Cristi Phlebotomist

**Total:** 1

Johnson_0043

**Bureau of Prisons**
**Health Services**
**Immunizations**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Begin Date: | 01/01/2020 | | End Date: | 12/30/2020 | | | | |
| Reg #: | 27832-054 | | Inmate Name: | JOHNSON, CORY | | | | |

| <u>Immunization</u> | <u>Immunization Date</u> | <u>Administered</u> | <u>Location</u> | <u>Dosage</u> | <u>Drug Mfg.</u> | <u>Lot #</u> | <u>Dose #</u> | <u>Exp Date</u> |
|---|---|---|---|---|---|---|---|---|
| Influenza - Immunization | 10/14/2020 | Now | Right Deltoid | 0.5mL | Glaxo | B7473 | | 06/30/2021 |

   FLUARIX QUADRIVALENT

      **Orig Entered:** 10/14/2020 13:55 EST   Dean, J. RN

| ~~Influenza - Immunization~~ | ~~10/14/2020~~ | ~~Now~~ | ~~Right Deltoid~~ | ~~0.5mL~~ | ~~Glaxo~~ | ~~B7473~~ | | ~~06/30/2021~~ |

   ~~FLUARIX QUADRIVALENT~~--duplicate.

      ~~**Orig Entered:** 10/14/2020 13:55 EST   Dean, J. RN~~
      **Last Updated:** 10/14/2020 13:55 EST   Dean, J. RN

**Total:** 2

 

**Report Status: Final**
Johnson_0044
**JOHNSON, CORY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JOHNSON, CORY**<br><br>**DOB: 11/05/1968    AGE: 52**<br>Gender:    M<br>Phone:      812.244.4584<br>Patient ID: 27832-054<br>Health ID: 8573026117434857 | Specimen:    WX753947C<br>Requisition: 0004270<br><br>Collected:    12/18/2020<br>Received:     12/19/2020 / 11:40 EST<br>Reported:     12/20/2020 / 14:57 EST | Client #: 10767072      4000000<br>WILLIAM E WILSON<br>FCI TERRE HAUTE<br>Attn: HEALTH SERVICES UNIT<br>4200 BUREAU RD N<br>TERRE HAUTE, IN 47802-8128 |

| Ward:    X01 |
|---|

**COMMENTS:**      SURVEILLANCE

### SARS CoV 2 (COVID-19) Tests

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| SARS CoV 2 RNA(COVID 19),   QUALITATIVE NAAT | | | CA |
| **SARS CoV 2 RNA** | **DETECTED** | NOT DETECTED | |

A Detected result is considered a positive test result for COVID-19. This indicates that RNA from SARS-CoV-2 (formerly 2019-nCoV) was detected, and the patient is infected with the virus and presumed to be contagious. If requested by public health authority, specimen will be sent for additional testing.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites: https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2 https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/fact-sheet2

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Due to the current public health emergency, Quest Diagnostics is receiving a high volume of samples from a wide variety of swabs and media for COVID-19 testing. In order to serve patients during this public health crisis, samples from appropriate clinical sources are being tested. Negative test results derived from specimens received in non-commercially manufactured viral collection and transport media, or in media and sample collection kits not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and the patient potentially subjected to extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Methodology: Nucleic Acid Amplification Test (NAAT) includes RT-PCR or TMA

Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid19.

Physician Comments:

**PERFORMING SITE:**

CA      QUEST DIAGNOSTICS - SCHAUMBURG, 506 EAST STATE PARKWAY, SCHAUMBURG, IL 60173-4538 Laboratory Director: ANTHONY V THOMAS,MD, CLIA: 14D0416537

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

Johnson_0045

| Inmate Name: | JOHNSON, CORY | | | Reg #: | 27832-054 |
|---|---|---|---|---|---|
| Date of Birth: | 11/05/1968 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/21/2020 07:37 | Provider: | Lab Result Receive | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 12/21/2020 10:47.**

Johnson_0046

BP-A0807          **INFLUENZA VACCINE CONSENT – INMATES**
Sep 11

**U.S. DEPARTMENT OF JUSTICE**                 **FEDERAL BUREAU OF PRISONS**

*{*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/}*

I have been provided a copy of the Vaccine Information Statement* for Influenza
Vaccine  dated 8/7/15. I have had the opportunity to ask questions about the
benefits and risks of  vaccination.

☒ **I consent to receive the influenza vaccine at this time.**

**Health Questions Prior to Influenza Vaccination** *(Check Yes or No)*

| Yes | No | Health Questions |
|-----|-----|------------------|
| | X | Are you sick today? *(if moderately to severely ill should postpone vaccination)* |
| | X | Do you have allergy to eggs? |
| | X | Have you ever had serious reaction to influenza vaccine? If so, describe: |
| | X | Have you had Guillain-Barré syndrome (progressive paralysis) |

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
| *[signature]* | *[signature]* RN □ <insert staff name> □ <insert staff name> □ Other: | 9/28/20 |

☐ **I decline to receive the influenza vaccine at this time.**

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
| | □ <insert staff name> □ <insert staff name> □ Other: | |

| (PRINT)  Inmate Name (Last, First) | | Register | Quarter | Facility |
|---|---|---|---|---|
| JOHNSON | CORY | 27832-054 | X02-312L | |

Prescribed By P6190

Johnson_0047

BP-A0358  MEDICAL TREATMENT REFUSAL (Rechazo de Tratamiento Médico) CDFRM
JUN 10

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

3-30-2020
Date        (Fecha)

I, Cory Johnson 27832-054                , refuse treatment recommended
Name and Registration Number    (Numbre y Número de Registro)   (rechaza el tratamiento recomendado
by the Federal Bureau of Prisons Medical staff for the following condition(s):
por el Personal Médico del Bureau Federal de Prisiones, por las siguientes razones):

DESCRIBE IN LAYMAN'S TERMINOLOGY:        (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

LAB TEST

The following treatment(s) was/were recommended:(El siguiente tratamiento(s) fue/fueron recomendado(s)):

FECAL OCCULT BLOOD x 3

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible  consequences and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las
posibles consecuencias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar
tratamiento):
A fecal occult blood test is a screening test that may help find colorectal cancer early.

Not completing lab testing could prevent proper monitoring and treatment of health resulting in health failure and/or

Death

I understand the possible consequences and/or complications, listed above, and still refuse recommended
treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the
Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun asi me rehuso
al tratamiento recomendado. Por medio de la presente, asumo toda responsabilidad por mi condición fisica
o mental, y relevo al Bureau de Prisiones y a sus empleados de cualquiera y toda responsabilidad por cause
de respetar y seguir mis expresos deseos y direcciones.)

X Refused to Sign DATE: 3-30-2020
Patient's Signature and Date (Firma del Paciente y Fecha)

C Edwards  DATE: 3-30-2020
Signature of Witness and Date   (Firma del Testigo y Fecha)

C. EDWARDS
PHLEBOTOMIST
FCC TERRE HAUTE

Signature of Witness and Date   (Firma del Testigo y Fecha)

Record Copy - Inmate's Medical Record; Copy - Hospital File; Copy - To Inmate

Exhibit 5

**THIRD SUPPLEMENTAL DECLARATION OF KENDALL VON CROWNS, M.D.**

I, KENDALL VON CROWNS, under the penalty of perjury, declare the following to be true and correct:

1. My name is Kendall Von Crowns, MD. I am board-certified by the American Board of Pathology in Anatomic Pathology with subspecialty certification in Forensic Pathology. I practice forensic pathology full time in the State of Texas. I am also the Deputy Chief Medical Examiner of the Travis County Medical Examiner's Office in Austin, Texas. In addition, I am an Assistant Professor of Practice and Director of the Forensic Fellowship Program at the Travis County Medical Examiner's Office, Clinical Assistant Professor at the University of Texas Medical Branch, and Adjunct Assistant Professor at the Texas A & M Health Science Center. I have determined cause and manner of death in thousands of autopsies including cases of suicides in which an intentional overdose of pentobarbital was a direct or contributing factor in the cause of death.

2. I have reviewed the motion for preliminary injunction barring the execution of Plaintiff Dustin Higgs; Bureau of Prisons Health Services Clinical Encounter (medical records) for Dustin Higgs encompassing the dates 02/05/2020 to 12/30/2020, supplemental declaration of Gail Van Norman, MD; Declaration of Michael Stephen, MD; Supplemental declaration of Joel Zivot, MD; and defendants' combined opposition to Dustin Higgs' motion for leave to file an amended and supplemental complaint and motion for preliminary injunction.

3. On page 9 of the motion for preliminary injunction barring the execution of Plaintiff Dustin Higgs there are quotes from my prior testimony in which I referenced a case report of an individual who developed acute (flash) pulmonary edema due to his underlying heart disease. The exact reference was from a 1967 article from the British Journal of Anesthesia by M.W. Potts entitled Pleural Effusion Complicating Thiopentone Administration. This article was cited by Dr. Van Norman as the sole example in the medical literature of a patient developing pulmonary edema immediately after IV administration of 325 mg (i.e., a clinical dose) of sodium thiopentone. (Van Norman Declaration ¶ 67 (Nov. 1, 2019)). In the article, which was a case study of a single patient, the patient experienced acute pulmonary edema after administration of anesthesia during cardiac surgery. The patient had a clinical history of mitral valve stenosis with mixed aortic valve disease, showed symptoms of increasing shortness of breath and bilateral claudication (pain in the extremities due to lack of blood flow) and chest x-rays showing chronic venous congestion with well-marked hemosiderosis. In other words, this individual had clear symptoms of heart failure.

4. In contrast to the patient described in the article by Potts, Mr. Higgs has no symptoms of heart failure. Mr. Higgs has a diagnosis of Mitral Valve Prolapse/regurgitation. This is a very common heart condition in which there is improper closure of the leaflets of the mitral valve between the left atria and ventricle of the heart. For the majority of people with this condition it has no symptoms, but it can be associated with irregular heartbeat, chest discomfort and fatigue. In individuals who progress to heart failure they typically experience shortness of breath upon exertion or lying down flat; fatigue and weakness; swelling in the legs and feet; rapid or irregular heartbeat; reduced ability to exercise; persistent cough or wheezing; and fatigue.

5. Mr. Higgs does not have symptoms that suggest that he is progressing to heart failure. This is evident in his routine medical checks, physicals, and cardiologist consultations. He had an echocardiogram in May of 2019 that showed a preserved left ventricular ejection fraction of 60 – 65 % (normal is 55% or higher) and no wall motion abnormalities. He had a cardiac consultation on 11/05/2020 by Dr. Mercho. During this visit, Mr. Higgs denied any chest pain, palpitations (irregular heartbeat) or shortness of breath. A physical performed on 9/11/2020 showed he had very mild hypertension of 126/76 (normal is less than 120/80), clear auscultation (listening with stethoscope) of the lungs, and no edema of his extremities. Higgs also reported at that physical that he is able to engage in vigorous exercise. He was noted to have a heart murmur consistent with his diagnosis of mitral valve prolapse.

6. From these findings in relation to his heart it is my opinion that Mr. Higgs is not in heart failure and his heart condition would not cause him to experience acute (flash) pulmonary edema while sensate when being given pentobarbital for the purpose of his execution.

7. Mr. Higgs's medical record indicates that he tested positive for COVID-19 on December 16, 2020. Nothing in his medical record through December 30, 2020, however, indicates that his heart condition has worsened as a result of his having contracted COVID-19.

8. My opinions are reached to a reasonable degree of medical certainty and I reserve the right to change my opinions should more or different information become available.

Date: 12/30/20

Kendall Von Crowns, MD