# Exhibit 1

## **DECLARATION OF TODD L. LOCHER, M.D.**

I, Todd L. Locher, M.D. state for the record the following opinion.

1. I graduated from the University of Cincinnati School of Medicine in 1988. I completed an internship in internal medicine at the University of Illinois in Chicago in 1989, and my residency in internal medicine was completed at the University of New Mexico in 1991. I served in the United States Air Force from 1991–1995 as an internal medicine physician, and I was honorably discharged in 1995 with a rank of major. I completed a fellowship in pulmonary medicine at the University of Vermont in 1997. I am Board certified in pulmonary medicine and sleep medicine. I hold an unrestricted license to practice allopathic medicine in the state of Arizona.

2. Since finishing training 1997, I have practiced pulmonary and critical care medicine in Tucson, Arizona including care for many critically ill and minimally symptomatic COVID-19 patients, patients with asthma and patients with cardiac problems. Among other positions I have held and currently hold, since 2002, I have been Chief of the Section of Pulmonary Medicine at Northwest Medical Center, a 300 bed hospital in Tucson, where I served a rotation as Chief of Staff from 2010-2012. I have also been medical director of the respiratory care program at Pima Community College for the last 14 years. My curriculum vitae is attached as Exhibit A.

3. I have reviewed the medical records of Dustin Higgs and Cory Johnson up through December 30, 2020, as well as declarations submitted by various experts in this litigation.

4. With regards to Mr. Higgs's asthma, it would seem to be mild or moderate in severity. Mr. Higgs is prescribed 440 µg of mometasone daily as maintenance medication which would be considered a moderate dose. His medical record on 03/11/2020 reports nonadherence with his maintenance medication for asthma. Even though Mr. Higgs is nonadherent to his maintenance medicine for asthma, his medical record suggests Mr. Higgs has minimal symptoms due to asthma and no exacerbations of asthma. The most recent entries in his chart with regards to his asthma (9/11/2020 and 3/11/2020) suggest the patient uses his short acting beta agonist (a medication used for symptomatic relief for asthma) for rescue less than once a day and has no nocturnal symptoms of asthma. The medical record reports no use of oral corticosteroids or hospital stays due to asthma. It is also reported on 03/11/2020 Mr. Higgs's asthma is well controlled with stable peak flow meter readings (a measure of lung function which can be used to judge asthma control). The medical record on 9/11/2020 goes on to state, "Classification of Asthma severity: somewhere between intermittent to mild persistent although he did state at the end of the interview, he feels like his asthma is fairly well controlled and he can exercise vigorously."

5. There is evidence in the medical literature suggesting asthma is not a risk factor for severe COVID-19 infections, and COVID–19 does not exacerbate asthma. (1,2)

6. It is therefore my opinion Mr. Higgs's asthma would not cause or contribute to pain or suffering from pulmonary edema after an injection of 5 grams of pentobarbital.

7. With regards to Mr. Higgs's mitral regurgitation, this condition was described in Mr. Higgs's medical record as moderate and stable by his cardiology consultant, Newar Mercho, M.D. on November 5, 2020. An echocardiogram (ultrasound of the heart used to evaluate cardiac structure and function) obtained on Mr. Higgs on May 26, 2020 showed a left ventricular systolic function and size normal (the left ventricle is the main heart chamber which pumps blood to the entire body except for the lungs). There was moderate mitral valve regurgitation (a leakage of blood backward from the main chamber of the heart, the left ventricle, into a small upper chamber of the heart, the left atrium) and no significant change compared to the study on May 7, 2019.

8. COVID–19 can affect cardiac structure and function which may lead to pulmonary edema. The studies showing abnormal cardiac structure and function in patients with COVID–19, however to my knowledge, have been performed on symptomatic and hospitalized patients. There is no evidence in Mr. Higgs's medical record of any objective or subjective findings which may suggest further cardiac dysfunction due to COVID-19. In addition, there is no way for anyone to know if Mr. Higgs has any cardiac decompensation without performing a physical exam, laboratory studies such as a serum troponin level (a cardiac enzyme which may be detected in the blood suggesting a heart injury), a current EKG and echocardiogram. It would not be a standard of medical practice to perform such an evaluation on a patient with minimal or no symptoms, like Mr. Higgs. Such an evaluation would almost certainly not be helpful for any patient.

9. There is no evidence to suggest that Mr. Higgs's mitral regurgitation or cardiac function has been compromised in any way by COVID–19. There is no evidence in the medical literature to suggest mitral regurgitation would lead to earlier or more severe pulmonary edema if it develops after an injection with 5 g of pentobarbital.

10. It is therefore my opinion that Mr. Higgs's mitral regurgitation would not cause or contribute to pain or suffering from any pulmonary edema that might occur after a lethal injection of pentobarbital.

11.     Both Mr. Johnson's and Mr. Higgs's experts have opined that these inmates would experience pain and suffering from pulmonary edema by virtue of their having been diagnosed with COVID-19. In support of their opinions, they cite studies reporting abnormal CT scans in patients with COVID-19 who are asymptomatic. The number varies widely in the literature from 54% (Inui, et al.) to 94.8% (Meng, et al.) to 44.5% in a recent report by the British Institute of Radiology showing abnormal CT scan findings in 61 out of 137 asymptomatic patients (3). The authors went on to conclude "the distribution and type of pulmonary opacities in asymptomatic cases may resemble the CT findings in symptomatic cases. However, asymptomatic and mildly symptomatic cases have a lower percentage of lung involvement". This statement means pulmonary opacities (shadows or haziness seen in the lung on CT scan of the chest) are small in patients with mild or no symptoms. Patients who have more symptoms of cough, shortness of breath and objective findings of low oxygen level or elevated respiratory rate typically have more extensive shadows on CT scan of the chest.

12.     Both Mr. Johnson's and Mr. Higgs's medical records suggest minimal symptoms. They were both tested positive for COVID-19 on December 16, 2020. A chronology of Mr. Higgs' symptoms is as follows here: On 12/16/, 12/17, 12/18, and 12/19, no symptoms are reported in the medical record for Mr. Higgs. On 12/20/2020 Mr. Higgs complains of a headache and "stuffy nose", rating his pain a 3 out of 10, with no relief from Tylenol. On 12/21/2020, continued headache and nasal congestion, new complaint of shortness of breath onset that AM, no other pertinent symptoms are reported. No symptoms reported for 12/22 or 12/23/2020. On 12/24/2020, Mr. Higgs complained of "scratchy throat" and headache. On 12/25/2020 Patient complains of slight headache, but improved, commenting "My head feels better. My breathing feels funny, but I have asthma and I think it is that, can you check my oxygen." Pulse oximetry at that time showed an oxygen saturation of 100%. No reported symptoms on 12/26/2020. On 12/27/2020, Mr. Higgs complains of a mild "stuffy" nose, and a mild but improving headache. On 12/28/2020, the medical record reports sore throat and no cough, shortness of breath or other symptoms. Temperature was normal. On 12/29/2020, the medical record reports no shortness of breath, sore throat or other symptoms. Temperature and oxygen saturation were normal. On 12/30/2020, the medical record reports "I have a hard time catching my breath, time SOB at times. I feel like I have labored breathing sometimes". Mr. Higgs stated, "I just wanted it documented that I was short of breath sometimes. Nothin's new. I'm fine." New and worsening symptoms were denied. The medical record goes on to state that shortness of breath or dyspnea on exertion were denied. Complete resolution of stuffy nose and headache were reported. The record also states "denied SOB or DOE upon exam. Reports intermittent feelings of difficulty catching my breath." Examination of the pulmonary system was documented as normal. Another entry in the same record reports, "reviewed intermittent symptoms that are

reportedly improving, plan of care including routine chest xry and call back criteria". Temperature was normal. A chest x-ray performed on 12/30/2020 at 13:47 was a standard frontal and lateral two-view of the chest. The interpreting radiologist, Justin Yoon, M.D. reports, "stable chest examination without acute cardiopulmonary process. Clear lungs except for unchanged right apical reticular nodular density." The comparison study was 10/18/2018. In other words, there is no evidence on the chest x-ray of any lung involvement due to COVID-19. A chronology of Mr. Johnson's symptoms is as follows here: On 12/16/, 12/17, 12/18, and 12/19, no symptoms are reported in the medical record for Mr. Johnson. On 12/20/2020 Mr. Johnson reports a dry cough at 08:31 AM, and reports cough and headache at 12:30 PM. On 12/21/2020 Mr. Johnson reported no cough at 10:28 AM and reported a cough at 13:10 PM. No symptoms reported for 12/22, and 12/23. On 12/24/2020, Mr. Johnson reports a headache. On 12/25/2020 Mr. Johnson reports nasal congestion, with no other symptoms. On 12/26/2020, Mr. Johnson reports no new symptoms, noting that his breathing has improved. On 12/27/2020, Mr. Johnson reports a "little cough", that is nonproductive, denies difficulty breathing, and reports no other symptoms. The medical record on 12/28/2020 reports cough and sore throat with no other symptoms and a normal temperature. The medical record on 12/29/20/20 reports "little cough", described as nonproductive. Other symptoms were denied, and temperature was normal. The medical record on 12/30/2020 reported no symptoms. Mr. Johnson stated, "I'm okay, I'm good". Temperature was normal. Only normal body temperatures and oxygen saturations have been recorded in both medical records on serial entries. In summary, entries in both medical records report only mild symptoms and no objective findings of any significant organ system dysfunction due to COVID-19.

13. In view of Mr. Higgs's and Mr. Johnson's minimal symptoms, any findings on a CT scan of the chest of either inmate would likely be minor. Moreover, there is no way for anyone to know the extent of either inmate's lung involvement from COVID-19 without objective evidence such as a CT scan. Obtaining such imaging is not indicated in patients with minimal or no symptoms. (4) According to the American College of Radiology, "CT should be used sparingly and reserved for hospitalized, symptomatic patients with specific clinical indications for CT". Inmate Higgs did have a chest x-ray on December 30, 2020 which showed no evidence of any lung involvement from COVID-19. Although a chest x-ray is not as sensitive for detecting such involvement as a CT scan, any findings on a CT scan would likely be minor in view of a normal chest x-ray.

14. Further, there is no evidence in the medical literature suggesting an injection with pentobarbital would somehow exacerbate symptoms or physiologic abnormalities in patients with COVID-19. This means that if pulmonary edema were to occur upon the

injection of 5 g of pentobarbital, it is not likely that these inmates would experience pulmonary edema more quickly or severely than inmates who have not been diagnosed with COVID-19.

15. It is my opinion that a diagnosis of COVID-19, which was established in Mr. Higgs and Mr. Johnson on 16 December 2020, would not cause or contribute to pain, suffering or excessive shortness of breath after an injection of 5 grams of pentobarbital. This opinion holds true assuming Mr. Higgs's and Mr. Johnson's clinical conditions do not worsen. The suggestion by these inmates' experts that a pentobarbital injection would cause the inmates to experience pain, suffering or respiratory distress is only speculation.

16. I hold the above opinions to a reasonable degree of medical certainty.

Date: 31 Dec 20

Todd L. Locher, M.D.

# REFERENCES

1. Pitlick, Mitchell, et al.  Considerations for asthma management and viral transmission in the era of CVID-19.  Allergy and Asthma Proceedings.  Appeared or available online: December 23, 2020.

2. Grandbastien, Manon, et al.  SARS-CoV-2 Pneumonia in Hospitalized Asthmatic Patients Did Not Induce Severe Exacerbation.  J Allergy Clin Immunol Pract.  2020 September; 8 (8): 2600–2607.

3. Parry, Arshed Hussain et al.  Clinicoradiological course in Corona virus disease–19 (COVID–19) patients who are asymptomatic at admission.  British Institute of Radiology.  July 31, 2020.

4. American College of Radiology Recommendations for the use of chest CT radiography and computed tomography (CT) for suspected COVID-19 infection.  March 11, 2020.