# Exhibit 2

FIFTH SUPPLEMENTAL DECLARATION OF JOSEPH F. ANTOGNINI, M.D.

I, JOSEPH F. ANTOGNINI, hereby declare and say:

1. My name is Joseph F. Antognini. I submit this fifth supplemental declaration in further response to the supplemental declarations submitted by Dr. Gail Van Norman (dated 12-22-2020), the declaration submitted by Dr. Michael Stephen (dated 12-22-2020) and the plaintiffs' complaints (dated 12-22-2020) in the case *In re Federal Bureau of Prisons' Execution Protocol Cases*, No. 19-mc-00145-TSC. I have also reviewed the medical records for Dustin Higgs, including records from 2008 through December 30, 2020, and the medical records of Cory Johnson dated from 2009 through December 30, 2020.

2. The opinions presented in this supplemental declaration are based on information available to me at this time. Should additional documents or information be provided to me for review and analysis, I may take those additional materials into account, and modify and/or supplement my opinions accordingly. If I am present at hearings and/or trial in this case, I may take into account any testimony or other evidence to the extent related to my opinions and modify and/or supplement my opinions accordingly. In performing my analysis, I have relied on my professional training, education and experience.

3. I am aware that both Dustin Higgs and Cory Johnson tested positive for SARS CoV-2-RNA (Covid-19) on December 16, 2020. Dustin Higgs and Cory Johnson have reported minimal respiratory symptoms. A chest x-ray obtained on Higgs on December 30, 2020 showed that "the lungs remain clear. No acute airspace disease or pulmonary edema". Notwithstanding the various opinions and studies cited in the amended complaints and expert reports of Drs. Van Norman and Stephen, the conclusion that Higgs and Johnson would have increased risk of pulmonary edema is entirely speculative. Neither Dr. Van Norman nor Dr. Stephen has provided any evidence that

1

asymptomatic or mildly symptomatic Covid-19 patients have increased propensity for pulmonary edema when administered lethal doses of pentobarbital.

4.      Dr. Van Norman writes "COVID-mediated pulmonary damage occurs at the alveolar-capillary membrane, which will then be more sensitive to barbiturate damage, leading to flash pulmonary edema earlier in the injection process, and before a peak brain level of barbiturate is achieved". But she provides no published evidence that such purported pulmonary damage increases the risk of pulmonary edema formation from pentobarbital, i.e., her opinion, at its foundation, is speculative.

5.      Drs. Van Norman and Stephen do not provide any specific time frame regarding the onset of the pulmonary edema that might occur in an individual who has suffered lung damage from Covid-19. Previously, Dr. Van Norman has stated that under other circumstances (i.e., in the absence of Covid-19) pulmonary edema onset can be "virtually instantaneous" (paragraph 67 of her 11-1-2019 declaration). If that is so, then it is unclear how Covid-19 (or any other disease process for that matter) would increase the onset.  In a more recent declaration, Dr. Van Norman states that pulmonary edema occurs "within seconds or minutes" (page 2 of her 12-22-2020 declaration). Dr. Van Norman does not provide any evidence to show that pulmonary edema will occur faster for inmates with Covid-19, or how much faster, assuming pulmonary edema even occurs ante mortem in the execution setting. Furthermore, Dr. Van Norman distracts when she refers to pulmonary edema occurring before "peak levels" of pentobarbital have been reached in the brain. As mentioned in my prior reports, unconsciousness occurs when a clinical dose of pentobarbital is administered (around 500 mg—a tenth of the execution dose), far before peak brain levels that would result from administration of 5 grams of pentobarbital. Thus, even if pulmonary edema did develop prior to peak brain levels of pentobarbital, the inmate is already

unconscious. And, when peak brain levels of pentobarbital occur 1-2 minutes after administration, the inmate has profound brain depression.

6.     Regarding the pulse oximetry values[1], Dr. Van Norman writes that "A clear change from 99% to 97%, as Mr. Johnson's pulse oximetry results show, is clinically significant and indicates significant changes have occurred in gas exchange in the lungs, particularly in the setting of early COVID-19 infection" (Paragraph 11, 12-22-2020 declaration). But, Dr. Van Norman contradicts herself in the prior paragraph: "$SaO_2$ and $PaO_2$ correlate well when $SaO_2$ is between 70% and 90%, but outside of this range the relationship is poor". Put another way, Dr. Van Norman states that beyond 90% saturation the relationship between oxygen saturation ($SaO_2$) and the partial pressure of oxygen ($PaO_2$) is poor, yet she states that going from 99% to 97% is clinically significant.[2] Dr. Van Norman also writes that "Even small changes in $SaO_2$ must therefore be interpreted carefully", but the change from 99% to 97% *is small*, so interpretation is fraught.

7.     Pulse oximetry readings are subject to variation and depend considerably on the placement of the probe, the amount of circulation to the finger, motion artifact, etc. While Dr. Van Norman is correct that trends in the $SaO_2$ are important, it is misleading to state that going from 99% to 97% is a trend. In fact, a change from 99% to 97% is clinically insignificant. Johnson's oxygen saturation readings have been in the 97-99% range, which is normal.[3]

---

[1] Pulse oximetry indirectly measures how much oxygen is bound to hemoglobin molecules, and is used to follow how well the lungs are working to deliver oxygen to the blood. $SaO_2$ refers to the percent saturation of the blood (range 0-100%) and $PaO_2$ refers to the partial pressure of oxygen in blood. Once the saturation is at 100%, higher partial pressures of oxygen do not result in more saturation. $SpO_2$ refers to oxygen saturation determined by pulse oximetry.

[2] This contradiction is best explained by an analogy. Suppose you had a scale that is only accurate in the 100-150 pound range. One day you weigh 180 pounds, the next day you weigh 182 pounds. You would not be able to state conclusively that you had gained weight, since the scale is not accurate beyond 150 pounds.

[3] Some variability is normal—see Bhogal AS, Mani AR. Pattern analysis of oxygen saturation variability in healthy individuals: entropy of pulse oximetry signals carries information about mean oxygen saturation. Frontiers in Physiology 2017; 8:doi: 10.3389/fphys.2017.00555

3

Similarly, Higgs's medical records indicate that oxygen saturation readings have been in the 97-100% range.

8. Dr. Stephen cites various studies regarding organ damage that occurs in Covid-19 patients, but, as with Dr. Van Norman, he provides no evidence that Higgs or Johnson have any organ damage that would increase their risk of developing pulmonary edema from intravenous administration of 5 grams of pentobarbital.

CONCLUSION

9. It is my opinion to a medical and scientific certainty that 1) an inmate administered 5 grams of pentobarbital pursuant to the Federal Bureau of Prisons' execution protocol will become rapidly unconscious and will not experience the sensation of any pulmonary edema that might occur before death; 2) Dustin Higgs and Cory Johnson are not at increased risk of developing pulmonary edema from pentobarbital prior to the onset of unconsciousness.

Date: December 30, 2020

Joseph F. Antognini, M.D., M.B.A.

4