Exhibit 5

**THIRD SUPPLEMENTAL DECLARATION OF KENDALL VON CROWNS, M.D.**

I, KENDALL VON CROWNS, under the penalty of perjury, declare the following to be true and correct:

1. My name is Kendall Von Crowns, MD. I am board-certified by the American Board of Pathology in Anatomic Pathology with subspecialty certification in Forensic Pathology. I practice forensic pathology full time in the State of Texas. I am also the Deputy Chief Medical Examiner of the Travis County Medical Examiner's Office in Austin, Texas. In addition, I am an Assistant Professor of Practice and Director of the Forensic Fellowship Program at the Travis County Medical Examiner's Office, Clinical Assistant Professor at the University of Texas Medical Branch, and Adjunct Assistant Professor at the Texas A & M Health Science Center. I have determined cause and manner of death in thousands of autopsies including cases of suicides in which an intentional overdose of pentobarbital was a direct or contributing factor in the cause of death.

2. I have reviewed the motion for preliminary injunction barring the execution of Plaintiff Dustin Higgs; Bureau of Prisons Health Services Clinical Encounter (medical records) for Dustin Higgs encompassing the dates 02/05/2020 to 12/30/2020, supplemental declaration of Gail Van Norman, MD; Declaration of Michael Stephen, MD; Supplemental declaration of Joel Zivot, MD; and defendants' combined opposition to Dustin Higgs' motion for leave to file an amended and supplemental complaint and motion for preliminary injunction.

3. On page 9 of the motion for preliminary injunction barring the execution of Plaintiff Dustin Higgs there are quotes from my prior testimony in which I referenced a case report of an individual who developed acute (flash) pulmonary edema due to his underlying heart disease. The exact reference was from a 1967 article from the British Journal of Anesthesia by M.W. Potts entitled Pleural Effusion Complicating Thiopentone Administration. This article was cited by Dr. Van Norman as the sole example in the medical literature of a patient developing pulmonary edema immediately after IV administration of 325 mg (i.e., a clinical dose) of sodium thiopentone. (Van Norman Declaration ¶ 67 (Nov. 1, 2019)). In the article, which was a case study of a single patient, the patient experienced acute pulmonary edema after administration of anesthesia during cardiac surgery. The patient had a clinical history of mitral valve stenosis with mixed aortic valve disease, showed symptoms of increasing shortness of breath and bilateral claudication (pain in the extremities due to lack of blood flow) and chest x-rays showing chronic venous congestion with well-marked hemosiderosis. In other words, this individual had clear symptoms of heart failure.

4. In contrast to the patient described in the article by Potts, Mr. Higgs has no symptoms of heart failure. Mr. Higgs has a diagnosis of Mitral Valve Prolapse/regurgitation. This is a very common heart condition in which there is improper closure of the leaflets of the mitral valve between the left atria and ventricle of the heart. For the majority of people with this condition it has no symptoms, but it can be associated with irregular heartbeat, chest discomfort and fatigue. In individuals who progress to heart failure they typically experience shortness of breath upon exertion or lying down flat; fatigue and weakness; swelling in the legs and feet; rapid or irregular heartbeat; reduced ability to exercise; persistent cough or wheezing; and fatigue.

5. Mr. Higgs does not have symptoms that suggest that he is progressing to heart failure. This is evident in his routine medical checks, physicals, and cardiologist consultations. He had an echocardiogram in May of 2019 that showed a preserved left ventricular ejection fraction of 60 – 65 % (normal is 55% or higher) and no wall motion abnormalities. He had a cardiac consultation on 11/05/2020 by Dr. Mercho. During this visit, Mr. Higgs denied any chest pain, palpitations (irregular heartbeat) or shortness of breath. A physical performed on 9/11/2020 showed he had very mild hypertension of 126/76 (normal is less than 120/80), clear auscultation (listening with stethoscope) of the lungs, and no edema of his extremities. Higgs also reported at that physical that he is able to engage in vigorous exercise. He was noted to have a heart murmur consistent with his diagnosis of mitral valve prolapse.

6. From these findings in relation to his heart it is my opinion that Mr. Higgs is not in heart failure and his heart condition would not cause him to experience acute (flash) pulmonary edema while sensate when being given pentobarbital for the purpose of his execution.

7. Mr. Higgs's medical record indicates that he tested positive for COVID-19 on December 16, 2020. Nothing in his medical record through December 30, 2020, however, indicates that his heart condition has worsened as a result of his having contracted COVID-19.

8. My opinions are reached to a reasonable degree of medical certainty and I reserve the right to change my opinions should more or different information become available.

Date: 12/30/20

Kendall Von Crowns, MD