# EXHIBIT 1

**DECLARATION OF JESSICA JOHNSON**
**PURSUANT TO 28 U.S.C. § 1746**

1. My name is Jessica Johnson. I am employed as an investigator by the Federal Community Defender Office for the Eastern District of Pennsylvania.

2. I have known Dustin Higgs for approximately 9 years. I communicate with him regularly by visiting, talking on the phone, emailing and writing letters.

3. On December 17, 2020, our office was notified by Alexis McGee of the Bureau of Prisons that Dustin Higgs had tested positive for Covid-19.  Following this, I contacted Dustin Higgs's son, Da'Quan Darby, who had visited with Mr. Higgs on December 13 and 14.  Mr. Darby stated that he was not surprised to hear his father tested positive for the virus because his father was coughing, had the chills, and was displaying symptoms consistent with the virus during their visits. Mr. Darby said he recognized the symptoms right away.  He works as a Direct Support Professional providing assistance to disabled clients recovering from serious illness.  In his professional capacity, Mr. Darby worked with a client who had Covid-19.

4. On December 18, 2020, our office spoke with Dustin Higgs.  He reported sinus troubles, sniffles and a headache.  Dustin said he received a second Covid test on this date that was sent to an outside lab.

5. On December 19, 2020, our office spoke with Dustin Higgs.  He sounded extremely ill, and was nearly impossible to understand for the first 45 minutes of the call.  After that time, his voice got a little better but he was coughing, and said his throat was bothering him. He reported that there is a woman on the prison medical staff (name unknown) who comes at least once a day to see how he is feeling.

6. On December 22, 2020, I spoke with Dustin Higgs.  He reported a headache, stuffed nose, and persisting sinus trouble.  He also reported labored breathing, and that the prison

was checking his blood oxygen level. As for his headaches, Dustin explained that they were severe – more severe than migraine headaches he gets. He described the pain as "a turn-the-lights out headache," and "like an elephant standing on my head." He was also experiencing shivers and body aches similar to the flu.

7. Mr. Higgs recounted that his symptoms first became bad on Sunday, Monday and Tuesday, December 13 to 15, when he had a slight fever. Then, from Wednesday to Friday, December 16 to 18, he felt a bit better. But on Saturday December 19, his headache was terrible, and he begged the nurse to give him something. He took 6 Tylenol (two at a time, every half an hour) and he tried to lay down, but that didn't help. (He is allergic to ibuprofen so could not take that.) He could not even open his eyes, the pain was so bad. By December 22, his headache pain had lessened somewhat but was like a migraine and still very painful.

8. On December 23, 2020, our office spoke with Dustin Higgs. He reported feeling roughly the same as the day before, with headaches being the worst part of his symptoms, and continued labored breathing.

9. On December 24, 2020, our office spoke with Dustin and he had a bad headache, labored breathing and sinus congestion.

10. On December 25, 2020, our office spoke with Dustin Higgs. He reported labored breathing but that his pulse oximeter readings have been 100. He reported that he is asked three times a day how he is feeling. His headache was still present but less painful. He continued to have a stuffy noise. He generally reported feeling like the symptoms cycle.

11. On December 26, 2020, our office spoke with Dustin Higgs and he reported that his breathing was still a little labored and he was stuffed up. His headache was better than the day before.

12. Da'Quan Darby and his sister visited Dustin Higgs on December 27 and December 28. Mr. Darby reported that his dad seemed a little better during this visit (than his last visit) but was still showing symptoms of Covid-19 including a headache. Mr. Darby observed his father sniffling and wiping his nose both days. Moreover, Dustin told Mr. Darby that he woke up feeling like he had strep throat that morning.

13. On December 28, 2020, our office received partial updated medical records on Dustin Higgs. The records noted that on December 27, Dustin had a mild stuffy nose with nearly resolved headache and no other symptoms. However, when our office spoke with Dustin on the 28, he explained that he had reported labored breathing and a headache on the 27. On the 28, Dustin was still experiencing a little labored breathing and a mild headache. He reported these symptoms on this date to prison medical staff as well.

14. On December 29, 2020, our office spoke with Dustin Higgs. He reported a mild headache and mild shortness of breath, and sounded congested.

15. On December 30, 2020, a lawyer from our office visited Dustin at Terre Haute, where she observed Dustin blowing his nose and coughing during the visit. He sounded congested and stuffed up. Another team member spoke with him later in the day on the telephone, and Dustin sounded congested. Dustin reported that he still had labored breathing and had just gotten a chest x-ray.

16. On December 31, our office spoke with Dustin and he made sniffling sounds frequently, and reported a headache that was not so bad. He described being intermittently unable to get comfortable breathing or clearing his sinuses and lungs. He said he was taking more puffs on the rescue inhaler.

17. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge, information and belief.

Dated: 1/3/2021

*JJohnson /s/*

Jessica Johnson