# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------x
**In the Matter of the**
**Federal Bureau of Prisons' Execution**          :
**Protocol Cases,**
                                                  :
**Lead Case: Roane et al. v. Barr**               Case No. 19-mc-00145 (TSC)
                                                  :

**THIS DOCUMENT RELATES TO:**                     :

James H. Roane, Jr. et al. v. William Barr,       :
Case No. 05-2337
------------------------------x

## DECLARATION OF PLAINTIFF COREY JOHNSON

I, Corey Johnson, declare and state as follows:

1. I am a prisoner at USP Terre Haute in a unit they call the Special Confinement Unit. I have been in this prison for over 20 years.

2. In mid-December 2020, I began feeling like I had a cold or the flu. A few days later, the nurse gave me a test, and a few days after that, a nurse told me that I had COVID.

3. My lawyers have told me that the prison has sent them my medical records. On Monday, December 28, 2020, my lawyers told me they had gotten records earlier that day that talked about what happened when a nurse came to see me the day before, on Sunday, December 27, 2020.

4. My regular time to be taken by the officers to go to the recreation room where I can exercise and look at the computer is first thing in the morning at about 7 a.m. On Sunday, December 27, 2020, in the morning, sometime around 7:30 a.m., a lieutenant and several correctional officers came to my cell to take me to rec, which is how they do it because a Lieutenant has to be there when they take us out of our cells. On December 27, 2020, the

Case 1:19-mc-00145-TSC   Document 383-4   Filed 01/03/21   Page 3 of 5

lieutenant and officers opened the outer metal door to my cell, and one officer came into the part between the outer door and the inner door, which has bars on it. The officer put handcuffs on me through the tray slot of the barred inner door to my cell, with my hands behind my back like usual. The officer then took me out of my cell, and they put leg irons on me like they do when they take us out of the cells. They then patted me down and used a metal detector to check me, which is regular. They then walked me down the A-range past the other cells into the pod area where there are tables and doors leading to the outside rec cages.

5. The indoor recreation room where they were taking me that morning is upstairs. Just when the officers were about to take me up the stairs to the upper rec room, a nurse came to check me while I was standing near the stairs with the Lieutenant and officers there. She asked me some questions including how I was feeling, and I told her. She took my temperature, and put a blood pressure cuff on my arm while my hands were cuffed behind my back. She also put a clip on my finger, which my lawyers have told me is to see how much oxygen there is in my blood. She listened to my chest with a stethoscope. She never asked me to do any test that I did not let her do. Everything that happened with the nurse on Sunday, December 27, 2020 happened in the pod area near the stairs to the upper rec room, which is not anywhere close to my cell.

6. On Saturday, January 2, 2020, my lawyers told me they got new medical records about me from the prison earlier that day that talked about tests the nurse gave me that morning. A nurse came to see me sometime between 7 and 8 a.m. on Saturday, January 2, 2020. They opened the outer metal door of my cell and the nurse came into the part outside of the inner door with bars. She asked me how I was feeling and I told her that my cough was a little worse than it had been for the past few days. She took my temperature and put the clip on my finger

2

to take the test about oxygen in my blood. I did everything she asked me to do and answered her questions. I never refused any test she asked me to do that morning.

7. Not long after the nurse left, officers took me to a visiting room to meet with my spiritual advisor, Reverend Bill Breeden. I got there first, sometime around 8 a.m. or so, and sat in a chair at the table. Sometime after I got into the visiting room, Bill came into the other side of the visiting room, which has glass across a table between me and Bill. Bill sat down and we met for about 7 hours. I never left the visiting room during the whole time I was meeting with Bill on Saturday, January 2, 2021.

8. Sometime a few hours after Bill and I started talking, a nurse came by to check on me. The nurse asked me how I was doing by talking from the other side of the metal door to the visiting room. I got up to answer the nurse's questions, because she was speaking through the solid glass window. But the nurse never opened the door to the visiting room and she never took my temperature while I was in the visiting room. She did not do any tests at all. She just asked me how I was feeling, and I told her. The nurse left after a minute or two and Bill and I kept talking until he left sometime around 3 p.m.

9. When I first started feeling sick in mid-December, I thought I had a cold or the flu because every winter, once one of us gets a cold or flu, it gets passed around, and a lot of the guys on the row get sick. At first, my nose was stuffy and my throat scratchy. Within a day or so I started feeling really tired, got a headache, and then after maybe a day later, I started feeling aches all over my body, and they tested me for COVID. A couple days after that, they told me I had COVID. I also felt sick to my stomach but that did not last long. And I started to have a little cough, especially when I breathed in or out deeply like the nurses told me I should. My cough got a little worse on January 2, 2021 than it was before. I still have more of a cough today

and cough more often than I did a few days ago. I usually work out for several hours on an elliptical machine and a treadmill first thing in the morning, between about 7 and 9 a.m. and then ride a bicycle after checking the computer. But one morning a day or two after I started feeling sick, I could only go for about 20 minutes on the elliptical and then gave up because I was so tired. For the next few days, I slept almost the whole day and almost the whole night, only getting up when the officers opened the outer metal door, which is loud. I took about a week or more before I tried to start exercising again and even then I have been taking it easy.

10.   Every time a nurse came during the couple of days I was sleeping a lot, I got out of my bed and went to the metal door with bars to speak to the nurse. Every time the nurses have come to check on me including the days when I was sleeping a lot but also every other time, the nurses always ask me how I am feeling and what symptoms I have. I always tell them how I am feeling and what symptoms I have that day. Whatever test the nurses asked me to do, I agreed to do.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 4 day of January 2021 at Terre Haute, Indiana.

*Corey Johnson*
Corey Johnson