SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005
———
TEL: (202) 371-7000
FAX: (202) 393.5760
www.skadden.com

DIRECT DIAL
(202) 371-7983
DIRECT FAX
(202) 661-9063
EMAIL ADDRESS
donald.salzman@skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINAPORE
TOKYO
TORONTO

January 6, 2021

**VIA ECF**

The Hon. Tanya S. Chutkan
District Court Judge
U.S. District Court of the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

                RE:   *In re Fed. Bureau of Prisons' Execution Protocol Cases*, No. 19-mc-145 (D.D.C.)

Dear Judge Chutkan:

      We write on behalf of Plaintiff Corey Johnson in the above-referenced action to respectfully submit updated information regarding his medical condition and COVID-19 symptoms. First, we submit a Supplemental Declaration from Mr. Johnson's spiritual advisor, Reverend William T. Breeden, which provides the most recent first-hand account of Mr. Johnson's medical condition during their January 5, 2021 in-person meeting (**Exhibit A**).[1] Following yesterday's hearing, Mr. Breeden informed us of the meeting and expressed his concerns over Mr. Johnson's observed current condition, which prompted this Declaration. Second, we submit Mr. Johnson's updated medical records (**Exhibit B**). While we requested Mr. Johnson's full updated medical records prior to the hearing, we did not receive them from Defendants until afterwards. We respectfully submit these materials in order for the Court to have the most up-to-date information regarding Mr. Johnson's medical condition.

---

[1] Reverend Breeden submitted a previous declaration addressing Mr. Johnson's condition in connection with Plaintiffs' reply brief in further support of their motions for preliminary injunction. (ECF No. 383-5.) Defendants did not object to the declaration or seek to question Reverend Breeden at the hearing.

The Hon. Tanya S. Chutkan
January 6, 2021
Page 2

      These updated materials reflect that Mr. Johnson continues to suffer symptoms from his undisputed COVID-19 infection.  As described in Mr. Johnson's previous filings, he has suffered at recent times from a persistent and worsening cough (ECF Nos. 380-4 at 140, 383-5 at 2); headache (ECF No. 380-4 at 147); lowered oxygen saturation levels (ECF No. 374-3 at 3-5), among others (*see, e.g.*, ECF No. 380-4 at 135 (reflecting unspecified breathing issues)).  As Dr. Van Norman testified, Mr. Johnson's documented symptoms make clear that he suffers from respiratory damage as a result of COVID-19 (*see, e.g.*, ECF No. 374-3), even though Defendants have failed to perform any x-ray or CT scan of Mr. Johnson.[2]

Respectfully submitted,

*[signature]*

Donald P. Salzman

Encl.

cc:    All counsel of record (via ECF)

---

[2] As Dr. Van Norman testified, a CT scan is very likely to show the extent of Mr. Johnson's lung damage, and Defendants' continuing failure to perform one is inexplicable.  At the very least, Defendants should perform an x-ray of Mr. Johnson's lungs, particularly in light of the results of Mr. Higgs' x-ray, who suffers similar symptoms and whose x-ray indicates significant COVID-related lung damage.

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
**In the Matter of the**
**Federal Bureau of Prisons' Execution**   :
**Protocol Cases,**
                                           :
**Lead Case: Roane et al. v. Barr**        Case No. 19-mc-00145 (TSC)
                                           :

**THIS DOCUMENT RELATES TO:**              :

**James H. Roane, Jr. et al. v. William Barr,**  :
**Case No. 05-2337**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### SUPPLEMENTAL DECLARATION OF THE REVEREND WILLIAM T. BREEDEN

I, Rev. William T. Breeden, declare and state as follows:

1. I am a Minister Emeritus of the Unitarian Universalist Church of Bloomington, Indiana, and am currently serving as the spiritual advisor to Plaintiff Corey Johnson, a prisoner in the Special Confinement Unit ("SCU") of the Federal Correctional Complex, Terre Haute ("FCC Terre Haute"), which is operated by the United States Department of Justice, Federal Bureau of Prisons ("BOP"). Mr. Johnson asked me to serve as his spiritual advisor to lend him support, counseling, and guidance during the days leading up to his scheduled execution and, if his scheduled execution goes forward on January 14, 2021, to attend his execution if he wishes me to do so as his spiritual advisor witness.

2. As Mr. Johnson's spiritual advisor, I met with him at FCC Terre Haute on Monday, January 5, 2021, in SCU's visiting room. My visit with Mr. Johnson started at approximately 8:20 a.m. or not long after, and continued for approximately six hours until approximately 2:30 p.m.

3. Prior to Monday's visit, I have met with Mr. Johnson on two occasions: December 30, 2020 and January 2, 2021. As I stated in my January 3, 2021 Declaration, on my January 2, 2021 visit I noticed that Mr. Johnson's cough was noticeably worse than on December 30, 2020.

4. During my January 5, 2021 visit, Mr. Johnson's cough was constant, and even more pronounced and more consistent than during our past two meetings.

5. Mr. Johnson also exhibited intense fatigue during our January 5, 2021 meeting. On several occasions, Mr. Johnson appeared to doze off mid-sentence for 8-12 seconds at a time. During these periods, Mr. Johnson's eyes shut and I feared he would fall forward and hit the glass divider. Mr. Johnson has never before fallen asleep at our meetings and has always seemed alert and focused.

6. Even when Mr. Johnson was awake, his energy level was much lower than usual and he appeared to be in a weakened state. He regularly had to balance his chin on his arms as he spoke. Moreover, his communication was noticeably slower than the last two times we spoke.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 6TH day of January 2021 in Spencer, Indiana.

The Reverend William Breeden
Unitarian Universalist Minister

2

# EXHIBIT B

# Bureau of Prisons
# Health Services
# Vitals All

| Begin Date: | 01/01/2021 | End Date: | 01/05/2021 |
| --- | --- | --- | --- |
| Reg #: | 27832-054 | Inmate Name: | JOHNSON, CORY |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
| --- | --- | --- | --- | --- | --- |
| 01/05/2021 | 11:20 THX | 97.1 | 36.2 | | McGuire, Cody NREMT-P |
| | **Orig Entered:** 01/05/2021 11:21 EST   McGuire, Cody NREMT-P | | | | |
| 01/03/2021 | 13:54 THX | 97.3 | 36.3 | | McGuire, Cody NREMT-P |
| | **Orig Entered:** 01/03/2021 13:55 EST   McGuire, Cody NREMT-P | | | | |
| 01/02/2021 | 11:20 THX | 97.4 | 36.3 | | Durr, R. NRP |
| | **Orig Entered:** 01/02/2021 11:21 EST   Durr, R. NRP | | | | |
| ~~01/02/2021~~ | ~~11:19 THX~~ | ~~97.6~~ | ~~36.4~~ | | ~~Durr, R. NRP~~ |
| | ~~**Orig Entered:** 01/02/2021 11:20 EST   Durr, R. NRP~~ | | | | |
| | **Last Updated:** 01/02/2021 12:24 EST   Durr, R. NRP | | | | |
| 01/01/2021 | 07:30 THX | 97.6 | 36.4 | | Durr, R. NRP |
| | **Orig Entered:** 01/02/2021 12:27 EST   Durr, R. NRP | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
| --- | --- | --- | --- | --- | --- |
| 01/02/2021 | 08:00 THX | 76 | Via Machine | | Beddow, Kylee RN |
| | LATE ENTRY: Checks completed by this RN. Information documented by other staff member. Information inadvertently left off. | | | | |
| | **Orig Entered:** 01/05/2021 16:06 EST   Beddow, Kylee RN | | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
| --- | --- | --- | --- | --- |
| 01/02/2021 | 08:00 THX | 98 | Room Air | Beddow, Kylee RN |
| | LATE ENTRY: Checks completed by this RN. Information documented by other staff member. Information inadvertently left off. | | | |
| | **Orig Entered:** 01/05/2021 16:07 EST   Beddow, Kylee RN | | | |

**Bureau of Prisons**

**Health Services**

**PPDs**

**Reg #:** 27832-054    **Inmate Name:** JOHNSON, CORY

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 05/21/2020  11:50 | Left Forearm | Miller, Kasha RN | 05/23/2020  15:11 | 0 mm | Miller, Kasha RN |
| asymptomatic | | | asymptomatic | | |
| **Orig Entered:** | 05/21/2020 11:51 EST | Miller, Kasha RN | **Orig Entered:** | 05/23/2020 15:11 EST | Miller, Kasha RN |
| 05/12/2019  16:00 | Left Forearm | Keller, Kelly RN/BSN, Health | 05/14/2019  16:56 | 0 mm | Keller, Kelly RN/BSN, Health |
| denies fever, cough, night sweats, blood tinged sputum, or weight loss | | | | | |
| **Orig Entered:** | 05/12/2019 16:37 EST | Keller, Kelly RN/BSN, Health Information Technician | **Orig Entered:** | 05/14/2019 16:56 EST | Keller, Kelly RN/BSN, Health Information Technician |
| 05/11/2018  09:11 | Left Forearm | May, Joseph RN, CWCN | 05/13/2018  11:16 | 0 mm | Walters, Sarah RN |
| | | | denies any s/s TB. | | |
| **Orig Entered:** | 05/11/2018 09:12 EST | May, Joseph RN, CWCN | **Orig Entered:** | 05/13/2018 11:16 EST | Walters, Sarah RN |
| 05/17/2017  14:04 | Left Forearm | May, Joseph RN, CWCN | 05/19/2017  17:53 | 0 mm | May, Joseph RN, CWCN |
| | | | Denies fever, cough, bloody sputum, night sweats, or unexplained weakness. | | |
| **Orig Entered:** | 05/17/2017 14:05 EST | May, Joseph RN, CWCN | **Orig Entered:** | 05/19/2017 17:53 EST | May, Joseph RN, CWCN |
| 05/10/2017  10:42 | Left Forearm | Brazzell, Susan HSA | 05/12/2017  13:38 | 0 mm | May, Joseph RN, CWCN |
| | | | Denies fever, cough, bloody sputum, night sweats, or weight loss. | | |
| **Orig Entered:** | 05/10/2017 10:43 EST | Brazzell, Susan HSA | **Orig Entered:** | 05/12/2017 13:38 EST | May, Joseph RN, CWCN |
| 06/02/2016  12:20 | Left Forearm | Clingerman, Nicole LPN | 06/04/2016  16:02 | 0 mm | McGee, Cindy NR-P,AHSA |
| asymptomatic | | | No signs or symptoms of TB noted including fever, night sweats, or cough | | |
| **Orig Entered:** | 06/02/2016 12:21 EST | Clingerman, Nicole LPN | **Orig Entered:** | 06/04/2016 16:03 EST | McGee, Cindy NR-P,AHSA |
| 05/29/2015  07:33 | Left Forearm | Keller, Kelly RN/BSN, Health | 05/31/2015  09:20 | 0 mm | Brazzell, Susan HSA |
| denies s/s of active TB | | | no signs or symptoms of cold and flu like illness. | | |
| **Orig Entered:** | 05/29/2015 07:34 EST | Keller, Kelly RN/BSN, Health Information Technician | **Orig Entered:** | 05/31/2015 09:20 EST | Brazzell, Susan HSA |
| 06/04/2014  09:24 | Left Forearm | Booth, Sara RN/AHSA | 06/06/2014  09:40 | 0 mm | Booth, Sara RN/AHSA |
| | | | No s/s of TB | | |
| **Orig Entered:** | 06/04/2014 09:25 EST | Booth, Sara RN/AHSA | **Orig Entered:** | 06/06/2014 09:40 EST | Booth, Sara RN/AHSA |
| 06/04/2013  14:21 | Left Forearm | Heiser, Tracy RN | 06/06/2013  14:29 | 0 mm | Heiser, Tracy RN |
| | | | no s/s of TB | | |
| **Orig Entered:** | 06/04/2013 14:22 EST | Heiser, Tracy RN | **Orig Entered:** | 06/06/2013 14:29 EST | Heiser, Tracy RN |
| 06/27/2012  10:26 | Left Forearm | Warner, Krista HIT | 06/29/2012  12:40 | 0 mm | Heiser, Tracy RN |
| | | | no s/s of TB | | |

# Bureau of Prisons
## Health Services
### PPDs

**Reg #:** 27832-054                    **Inmate Name:** JOHNSON, CORY

| Admin: | | Location | Provider | Reading: | | Induration | Provider |
|---|---|---|---|---|---|---|---|
| | **Orig Entered:** | 06/27/2012 10:27 EST | Warner, Krista HIT | **Orig Entered:** | 06/29/2012 12:40 EST | | Heiser, Tracy RN |
| 06/21/2011 | 09:52 | Left Forearm | Heiser, Tracy RN | 06/23/2011 | 12:24 | 0 mm | Heiser, Tracy RN |
| no s/s tb | | | | | | | |
| | **Orig Entered:** | 06/21/2011 09:53 EST | Heiser, Tracy RN | **Orig Entered:** | 06/23/2011 12:24 EST | | Heiser, Tracy RN |
| 06/13/2010 | 11:46 | Left Forearm | Haddix, Trisha RN | 06/15/2010 | 12:23 | 0 mm | Haddix, Trisha RN |
| | | | | Asymptomatic | | | |
| | **Orig Entered:** | 06/13/2010 11:48 EST | Haddix, Trisha RN | **Orig Entered:** | 06/15/2010 12:24 EST | | Haddix, Trisha RN |
| 06/15/2009 | 10:00 | Left Forearm | Scully, Karen RN, IDC | 06/17/2009 | 10:21 | 0 mm | Scully, Karen RN, IDC |
| LATE ENTRY | | | | | | | |
| | **Orig Entered:** | 06/16/2009 06:48 EST | Scully, Karen RN, IDC | **Orig Entered:** | 06/17/2009 10:21 EST | | Scully, Karen RN, IDC |
| 06/03/2008 | 10:05 | Left Forearm | Scully, Karen RN, IDC | 06/05/2008 | 10:06 | 0 mm | Scully, Karen RN, IDC |
| | **Orig Entered:** | 06/06/2008 10:06 EST | Scully, Karen RN, IDC | **Orig Entered:** | 06/06/2008 10:07 EST | | Scully, Karen RN, IDC |

**Total:** 14

**Federal Bureau of Prisons**
**SCREENINGS**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968 | Sex: M | Race: BLACK | Facility: | THP |
| Encounter Date: | 01/05/2021 11:21 | Provider: | McGuire, Cody NREMT-P | Unit: | X01 |

**Screenings:**

**COVID-19**

**Quarantine**

Yes: Cough (Duration/Describe: persistent dry)

No: Vital Signs w/O2 sat recorded in flowsheet, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/05/2021 | 11:20 | 97.1 | 36.2 | THX | McGuire, Cody NREMT-P |

Cosign Required: No
Completed by McGuire, Cody NREMT-P on 01/05/2021 11:21.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968   Sex: M   Race: BLACK | Facility: | THP |
| Encounter Date: | 01/03/2021 13:55   Provider: McGuire, Cody NREMT-P | Unit: | X01 |

**Screenings:**

**COVID-19**

**Isolation**

Yes: Cough (Duration/Describe: dry, persists. improving)

No: Vital Signs w/O2 sat recorded in flowsheet, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| **Date** | **Time** | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|
| 01/03/2021 | 13:54 | 97.3 | 36.3 | THX | McGuire, Cody NREMT-P |

Cosign Required: No
Completed by McGuire, Cody NREMT-P on 01/03/2021 13:55.

# Federal Bureau of Prisons
## SCREENINGS

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968 | Sex: M | Race: BLACK | Facility: | THP |
| Encounter Date: | 01/02/2021 11:21 | Provider: Durr, R. NRP | | Unit: | X01 |

**Screenings:**

**COVID-19**

**Isolation**

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Comments**

Inmate states no changes from previous. Appears well.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/02/2021 | 11:20 THX | 97.4 | 36.3 | | Durr, R. NRP |

Cosign Required: No
Completed by Durr, R. NRP on 01/02/2021 11:21.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, CORY | | | Reg #: 27832-054 |
| Date of Birth: 11/05/1968 | Sex: M | Race: BLACK | Facility: THP |
| Encounter Date: 01/01/2021 07:30 | Provider: Durr, R. NRP | | Unit: X01 |

**Screenings:**

**COVID-19**

   **Isolation**

   No: Cough (Duration/Describe: Is getting better but "still annoying".), Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/01/2021 | 07:30 THX | 97.6 | 36.4 | | Durr, R. NRP |

Cosign Required: No
Completed by Durr, R. NRP on 01/02/2021 12:27.

# Bureau of Prisons
# Health Services
# Devices and Equipment

| | | | | |
|---|---|---|---|---|
| **Start Date:** 01/01/2021 | | **Stop Date:** 01/05/2021 | | |
| **Reg #:** 27832-054 | | **Inmate Name:** JOHNSON, CORY | | |

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| Brace - knee | | | | | |
| 11/14/2017 13:45 EST  Matchett, Ashley P.T. | 11/14/2017 | 11/14/2019 | | BOP | CURAD MEDIUM KNEE SUPPORT / SLEEVE |
| Other | | | | | |
| 07/23/2010 15:04 EST  Tabor, Timothy PA-C | 07/23/2010 | | | BOP | Ace wrap for left foot. |

**Total:** 2

# Bureau of Prisons
# Health Services
# Allergies

| Reg #: 27832-054 | Inmate Name: JOHNSON, CORY |
|---|---|

| **Allergy** | **Date Noted** | **Reaction** |
|---|---|---|
| No Known Allergies | 03/27/2009 | |
| **Orig Entered:** 03/27/2009 12:00 EST Julian, K. HSA/FNP-BC | | |

**Total:** 1

# Bureau of Prisons
## Health Services
### Health Problems

Reg #:  27832-054                                   Inmate Name:  JOHNSON, CORY

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**Elbow, Pain in joint, upper arm**
| | | | | | | |
|---|---|---|---|---|---|---|
| 10/09/2014 10:47 EST  Mata, Heather PA-C | III | ICD-9 | 719.42 | 10/09/2014 | Current | 10/09/2014 |

**Knee, Pain in joint, lower leg**
| | | | | | | |
|---|---|---|---|---|---|---|
| 08/06/2012 13:51 EST  Ndife, Z. MLP | III | ICD-9 | 719.46 | 08/17/2011 | Current | 08/06/2012 |
|     Mild DJD | | | | | | |
| 10/24/2011 12:53 EST  Jones, Roger MD | III | ICD-9 | 719.46 | 08/17/2011 | Resolved | 10/24/2011 |
| 08/17/2011 11:36 EST  Ndife, Z. MLP | III | ICD-9 | 719.46 | 08/17/2011 | Current | 08/17/2011 |

**Myopia**
| | | | | | | |
|---|---|---|---|---|---|---|
| 06/15/2018 08:06 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H5210 | 06/15/2018 | Current | |

**Presbyopia**
| | | | | | | |
|---|---|---|---|---|---|---|
| 06/15/2018 08:06 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H524 | 06/15/2018 | Current | |

## Resolved

**Unspecified inflammatory and toxic neuropathy**
| | | | | | | |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 357.9 | 06/23/2009 | Resolved | 06/23/2009 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 357.9 | 06/23/2009 | Resolved | 06/23/2009 |
| 06/23/2009 12:08 EST  Tabor, Timothy PA-C | III | ICD-9 | 357.9 | 06/23/2009 | Current | 06/23/2009 |

**Unspecified hemorrhoids without mention of comp**
| | | | | | | |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 455.6 | 08/17/2010 | Resolved | 08/17/2010 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 455.6 | 08/17/2010 | Resolved | 08/17/2010 |
| 08/17/2010 17:42 EST  Tabor, Timothy PA-C | III | ICD-9 | 455.6 | 08/17/2010 | Current | 08/17/2010 |

**Dental caries, unspecified**
| | | | | | | |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 521.00 | 04/06/2012 | Resolved | 04/06/2012 |
|     Fractured all provisional restoration patched to amalgam. Needs new restoration. | | | | | | |
| 04/06/2012 13:02 EST  Cortes, Jesus DMD, FAGD | III | ICD-9 | 521.00 | 04/06/2012 | Resolved | 04/06/2012 |
|     Fractured all provisional restoration patched to amalgam. Needs new restoration. | | | | | | |

**Chronic periodontitis, localized**
| | | | | | | |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 523.41 | 11/23/2009 | Resolved | 11/23/2009 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 523.41 | 11/23/2009 | Resolved | 11/23/2009 |

Reg #: 27832-054                         Inmate Name:   JOHNSON, CORY

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 11/23/2009 09:49 EST  Franco, Miguel DMD | III | ICD-9 | 523.41 | 11/23/2009 | Current | 11/23/2009 |
| Fractured restorative material w loss material | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 525.64 | 11/18/2015 | Resolved | 11/18/2015 |
| 11/18/2015 09:53 EST  Shepherd, Doug DMD | III | ICD-9 | 525.64 | 11/18/2015 | Resolved | 11/18/2015 |
| Constipation, unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 564.00 | 08/17/2010 | Resolved | 08/17/2010 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 564.00 | 08/17/2010 | Resolved | 08/17/2010 |
| 08/17/2010 17:39 EST  Tabor, Timothy PA-C | III | ICD-9 | 564.00 | 08/17/2010 | Current | 08/17/2010 |
| Hand, Pain in joint | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 719.44 | 07/23/2010 | Resolved | 07/23/2010 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 719.44 | 07/23/2010 | Resolved | 07/23/2010 |
| 07/23/2010 14:57 EST  Tabor, Timothy PA-C | III | ICD-9 | 719.44 | 07/23/2010 | Current | 07/23/2010 |
| Other and unspec disc disorder, lumbar region | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 722.93 | 01/20/2011 | Resolved | 05/15/2012 |
|     s/p lumbar fusion & neuro stimulator | | | | | | |
|     X-ray L-spine 3/15/2011--fractured screw | | | | | | |
| 05/15/2012 11:46 EST  Wilson, William E. MD/CD | III | ICD-9 | 722.93 | 01/20/2011 | Resolved | 05/15/2012 |
|     s/p lumbar fusion & neuro stimulator | | | | | | |
|     X-ray L-spine 3/15/2011--fractured screw | | | | | | |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 722.93 | 01/20/2011 | Current | 01/20/2011 |
|     s/p lumbar fusion & neuro stimulator | | | | | | |
|     X-ray L-spine 3/15/2011--fractured screw | | | | | | |
| 01/20/2011 15:43 EST  Ndife, Z. MLP | III | ICD-9 | 722.93 | 01/20/2011 | Current | 01/20/2011 |
|     s/o lumbar fusion | | | | | | |
| Backache, unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 724.5 | 09/25/2009 | Resolved | 09/25/2009 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 724.5 | 09/25/2009 | Resolved | 09/25/2009 |
| 09/25/2009 10:04 EST  Klink, Kimberly MS, FNP | III | ICD-9 | 724.5 | 09/25/2009 | Current | 09/25/2009 |
| Nerve pain, neuralgia neuritis, radiculitis | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 729.2 | 03/24/2011 | Resolved | 05/15/2012 |
| 05/15/2012 11:46 EST  Wilson, William E. MD/CD | III | ICD-9 | 729.2 | 03/24/2011 | Resolved | 05/15/2012 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 729.2 | 03/24/2011 | Current | 03/24/2011 |
| Dysuria | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 788.1 | 08/17/2010 | Resolved | 08/17/2010 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 788.1 | 08/17/2010 | Resolved | 08/17/2010 |
| 08/17/2010 17:40 EST  Tabor, Timothy PA-C | III | ICD-9 | 788.1 | 08/17/2010 | Current | 08/17/2010 |

Reg #:  27832-054                        Inmate Name:  JOHNSON, CORY

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Disorder of teeth and supporting structures, unspecified | | | | | | |
| 08/28/2019 15:06 EST  Van Wagoner, J. DMD | | ICD-10 | K089 | 08/28/2019 | Resolved | 08/28/2019 |
| Confirmed case COVID-19 | | | | | | |
| 12/27/2020 08:52 EST  Frank, Casey FNP | | ICD-10 | U07.1 | 12/16/2020 | Resolved | 12/27/2020 |
|     Abbott positive  Quest +12/18/20 | | | | | | |
| 12/21/2020 09:50 EST  Bowman, Hollie RN/IIPCC | | ICD-10 | U07.1 | 12/16/2020 | Current | |
|     Abbott positive  Quest +12/18/20 | | | | | | |
| 12/16/2020 17:28 EST  Scully, Karen RN, IDC | | ICD-10 | U07.1 | 12/16/2020 | Current | |
|     Abbott positive | | | | | | |
| Unspecified general medical examination | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V70.9 | 03/27/2009 | Resolved | |
| 03/27/2009 11:58 EST  Klink, Kimberly MS, FNP | III | ICD-9 | V70.9 | 03/27/2009 | | |

**Total:**  18

# Bureau of Prisons
# Health Services
# Vision Screens

| Reg #: 27832-054 | Inmate Name: JOHNSON, CORY |
|---|---|

**Vision Screen on** 06/15/2018 08:04

**Blindness:**

| | | | | | |
|---|---|---|---|---|---|
| **Distance Vision:** | OD: 20/25 | OS: 20/50 | OU: | | |
| **Near Vision:** | OD: | OS: | OU: | | |

**With Corrective**

| | | | | | |
|---|---|---|---|---|---|
| **Distance Vision:** | OD: | OS: | OU: | | |
| **Near Vision:** | OD: | OS: | OU: | | |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | 0.00 | | | +2 |
| **L:** | -1.00 | | | +2 |

**Color Test:**

**Tonometry:**   R: 18     L: 18

**Comments:**

   **Orig Entered:**   06/15/2018 08:05 EST   Alumbaugh, Kimberly O.D.