# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
**In the Matter of the**
**Federal Bureau of Prisons' Execution**    :
**Protocol Cases,**
                                              :
**Lead Case: Roane et al. v. Barr**           Case No. 19-mc-00145 (TSC)
                                              :

**THIS DOCUMENT RELATES TO:**                 :

**James H. Roane, Jr. et al. v. William Barr,** :
**Case No. 05-2337**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SUPPLEMENTAL DECLARATION OF THE REVEREND WILLIAM T. BREEDEN**

I, Rev. William T. Breeden, declare and state as follows:

1. I am a Minister Emeritus of the Unitarian Universalist Church of Bloomington, Indiana, and am currently serving as the spiritual advisor to Plaintiff Corey Johnson, a prisoner in the Special Confinement Unit ("SCU") of the Federal Correctional Complex, Terre Haute ("FCC Terre Haute"), which is operated by the United States Department of Justice, Federal Bureau of Prisons ("BOP"). Mr. Johnson asked me to serve as his spiritual advisor to lend him support, counseling, and guidance during the days leading up to his scheduled execution and, if his scheduled execution goes forward on January 14, 2021, to attend his execution if he wishes me to do so as his spiritual advisor witness.

2. As Mr. Johnson's spiritual advisor, I met with him at FCC Terre Haute on Monday, January 5, 2021, in SCU's visiting room. My visit with Mr. Johnson started at approximately 8:20 a.m. or not long after, and continued for approximately six hours until approximately 2:30 p.m.

3. Prior to Monday's visit, I have met with Mr. Johnson on two occasions: December 30, 2020 and January 2, 2021. As I stated in my January 3, 2021 Declaration, on my January 2, 2021 visit I noticed that Mr. Johnson's cough was noticeably worse than on December 30, 2020.

4. During my January 5, 2021 visit, Mr. Johnson's cough was constant, and even more pronounced and more consistent than during our past two meetings.

5. Mr. Johnson also exhibited intense fatigue during our January 5, 2021 meeting. On several occasions, Mr. Johnson appeared to doze off mid-sentence for 8-12 seconds at a time. During these periods, Mr. Johnson's eyes shut and I feared he would fall forward and hit the glass divider. Mr. Johnson has never before fallen asleep at our meetings and has always seemed alert and focused.

6. Even when Mr. Johnson was awake, his energy level was much lower than usual and he appeared to be in a weakened state. He regularly had to balance his chin on his arms as he spoke. Moreover, his communication was noticeably slower than the last two times we spoke.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 6TH day of January 2021 in Spencer, Indiana.

*[signature]*

The Reverend William Breeden
Unitarian Universalist Minister