UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane, et al. v. Barr*, No. 05-2337 | Case No. 19-mc-0145 (TSC) |

**UNOPPOSED MOTION FOR LEAVE TO RESPOND
TO THE NOTICE BY COUNSEL FOR PLAINTIFF CORY JOHNSON**

Defendants respectfully seek leave to submit a response to counsel for Plaintiff Cory Johnson's notice to the Court filed earlier today, January 6, 2021. (Johnson's counsel did not comply with this Court's September 14, 2020, order requiring the parties to seek leave before filing.) As reflected in the attached proposed response, the notice misconstrues Johnson's medical records and contains statements that give the incorrect impression that Defendants did not promptly respond to Johnson's counsel's request for updated medical records. Defendants' response would provide corrections and clarifications that would aid the Court. Leave to file should therefore be granted. Johnson does not take a position on this motion for leave to file.

\* \* \*

Respectfully submitted,

| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General | MICHAEL R. SHERWIN<br>Acting United States Attorney |
| JEAN LIN<br>Special Litigation Counsel | BRIAN P. HUDAK<br>Acting Chief, Civil Division |
| JONATHAN KOSSAK, D.C. Bar #991478<br>CRISTEN C. HANDLEY, MO Bar #69114<br>BRADLEY P. HUMPHREYS,<br>  D.C. Bar #988057<br>Trial Attorneys<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, District of Columbia 20005<br>(202) 514-3716<br>jean.lin@usdoj.gov<br>jonathan.kossak@usdoj.gov<br>christen.handley@usdoj.gov<br>bradley.humphreys@usdoj.gov | By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar #991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>Email: johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* |

Dated: January 6, 2021