UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution Protocol Cases<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases | Case No. 19-mc-0145 (TSC) |

### DEFENDANTS' RESPONSE TO
### THE NOTICE BY COUNSEL FOR PLAINTIFF CORY JOHNSON

Defendants respectfully submit this response to the letter notice that counsel for Plaintiff Cory Johnson filed earlier today, January 6, 2021. The notice misconstrues Johnson's medical records and contains statements that give the incorrect impression that Defendants did not promptly respond to Johnson's counsel's request for medical records prior to the hearing held on January 4 and 5, 2021.

1.  Though counsel's notice purports to provide "updated materials" showing that Johnson "continues to suffer symptoms from his undisputed COVID-19 infection," ECF No. 386 at 2, it refers mostly to older medical records describing conditions that are not reflected in the more recent records attached to the notice.

*First*, Johnson mentions a headache documented in a medical record dated December 18, 2020. *Id.* But Johnson's more recent screenings dated January 1, January 2, January 3, and January 5, note that Johnson was negative for headache. ECF No. 386-2 at 5–8.

*Second*, Johnson refers to "lowered oxygen saturation levels," citing the declaration of Gail Van Norman filed with his amended complaint on December 28, 2020.[1] ECF No. 386 at 2.

---

[1] Defendants dispute that Johnson's oxygen saturation levels have at any point been "lowered"; in fact, they have remained within the normal range. *See* ECF No. 380-2 ¶¶ 6–7.

Johnson's updated medical records, however, show that his oxygen saturation was most recently recorded at 98% on January 2, 2021, which is normal. ECF No. 386-2 at 2, ECF No. 380-2 ¶¶ 6–7.

*Third*, Johnson refers to "unspecified breathing issues" supposedly documented in a record dated December 26, 2020. ECF No. 386 at 2. In fact the record states, "Reports breathing has improved," ECF No. 380-4 at 135, presumably referring to Johnson's report the day before that he had nasal congestion, *id.* at 136.

*Finally*, Johnson states that he has suffered a "persistent and worsening cough," citing a medical record dated December 21, 2020, and the declaration of William Breeden signed on January 3, 2021. *Id.* Johnson's notice also includes an additional declaration from Breeden, describing Johnson's cough on January 5 as "more pronounced and more consistent." ECF No. 386-1 at 3. But the updated medical records submitted with Johnson's notice describe Johnson's cough as "improving" as of January 3, 2021. ECF No. 386-2 at 6.[2]

2.      Johnson's counsel state that they "requested Mr. Johnson's full updated medical records prior to the hearing," but "did not receive them from Defendants until afterwards." ECF No. 386. Counsel's wording creates the misimpression that Defendants delayed providing requested information to Johnson's counsel, when there was, in fact, no delay.

On January 2, 2020, undersigned counsel provided Johnson's counsel with medical records through January 2. At 9:58 p.m. on January 4, the evening before the second day of the hearing, counsel for Johnson requested updated medical records current to that date. At 11:17 p.m., after

---

[2] Johnson himself has previously stated that he developed a "little cough" sometime after he was told that he had COVID-19, and that his cough "got a little worse on January 2, 2021 than it was before." ECF No. 383-4 at 4. Johnson also said that, apparently as of January 3, 2021, he had "more of a cough . . . and cough[ed] more often than I did a few days ago." *Id.* at 4–5.

2

conferring with the Federal Bureau of Prisons, undersigned counsel informed counsel for Johnson that the records would be pulled first thing the next morning. At 8:30 a.m. on January 5, undersigned counsel provided the updated medical records to Johnson's counsel by email. About fifteen minutes later, Johnson's counsel informed undersigned counsel that he believed pulse oximetry readings were missing from the records for January 2 and January 4. After looking into the matter, the Federal Bureau of Prisons confirmed that a reading was missing from the January 2 record, but not the January 4 record. Undersigned counsel provided updated records to Johnson's counsel yesterday at 5:38 p.m., which included the 98% oxygen saturation reading for January 2 mentioned above. This sequence of events reflects no delay in providing Johnson's counsel with medical records.

Respectfully submitted,

| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General | MICHAEL R. SHERWIN<br>Acting United States Attorney |
| JEAN LIN<br>Special Litigation Counsel | BRIAN P. HUDAK<br>Acting Chief, Civil Division |
| JONATHAN KOSSAK, D.C. Bar #991478<br>CRISTEN C. HANDLEY, MO Bar #69114<br>BRADLEY P. HUMPHREYS,<br>  D.C. Bar #988057<br>Trial Attorneys<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, District of Columbia 20005<br>(202) 514-3716<br>jean.lin@usdoj.gov<br>jonathan.kossak@usdoj.gov<br>christen.handley@usdoj.gov<br>bradley.humphreys@usdoj.gov | By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar #991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>Email: johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* |

Dated: January 6, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, I caused a true and correct copy of foregoing to be served on all following counsel of record via the Court's CM/ECF system.

Joshua C. Toll
King & Spalding LLP
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders
Jonathan S. Meltzer
Brendan Gants
Munger, Tolles & Olson LLP
(202) 220-1100
ginger.anders@mto.com

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman
Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
alex_kursman@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Scott W. Braden
Arkansas Federal Defender Office
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying
Andrew Moshos
Morris, Nichols, Arsht & Tunnell LLP
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Joseph Luby
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Amy Lentz
Steptoe & Johnson, LLP
(202) 429.1320
alentz@stepoe.com

*Counsel for Plaintiff Orlando Hall*

Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Higgs*

Jon Jeffress
KaiserDillon PLLC
(202) 640-2850
jjeffress@kaiserdillon.com

Timothy Kane
Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

David S. Victorson
Hogan Lovells US LLP
(202) 637-5600
david.victorson@hoganlovells.com

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Gregory S. Smith
(202) 460-3381
gregsmithlaw@verizon.net

*Counsel for Plaintiff William LeCroy*

Donald P. Salzman
Charles F. Walker
Steven M. Albertson
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0528
shawn_nolan@fd.org

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
(410) 444-1500
garyeproctor@gmail.com

*Counsel for Plaintiff Jeffrey Paul*

| | |
|---|---|
| Gerald W. King, Jr.<br>Jeffrey Lyn Ertel<br>Federal Defender Program, Inc.<br>(404) 688-7530<br>Gerald_King@fd.org<br>Jeff_Ertel@fd.org<br><br>Brandon D. Almond<br>Troutman Sanders LLP<br>Washington, D.C. 20004<br>(202) 274-2864<br>brandon.almond@troutmansanders.com<br><br>*Counsel for Richard Tipton, III* | Alan E. Schoenfeld<br>Ryan M. Chabot<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>(212) 230-8880<br>Alan.Schoenfeld@WilmerHale.com<br>Ryan.Chabot@WilmerHale.com<br><br>Andres C. Salinas<br>Wilmer Cutler Pickering Hale and Dorr LLP<br> (202) 663-6289<br>Andres.Salinas@WilmerHale.com<br><br>*Counsel for Wesley I. Purkey* |
| Dale A. Baich<br>Jennifer M. Moreno<br>Federal Public Defender<br>District of Arizona<br>(602) 382-2816<br>dale_baich@fd.org<br>jennifer_moreno@fd.org<br><br>*Counsel for Plaintiff Keith Nelson* | Amy Karlin<br>Interim Federal Public Defender<br>Celeste Bacchi<br>Jonathan C. Aminoff<br>Deputy Federal Public Defenders<br>(213) 894-2854<br>celeste_bacchi@fd.org<br><br>*Counsel for Plaintiff Julius O. Robinson* |
| Paul F. Enzinna<br>Ellerman Enzinna PLLC<br>(202)753-5553<br>penzinna@ellermanenzinna.com<br><br>*Counsel for Plaintiff James H. Roane, Jr.* | Evan Miller<br>Vinson & Elkins LLP<br>(202) 639-6605<br>emiller@velaw.com<br><br>*Counsel for Bruce Webster* |
| |   /s/Johnny Walker<br>Assistant United States Attorney<br><br>*Counsel for Defendants* |

6