UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution Protocol Cases<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane, et al. v. Barr*, No. 05-2337 | Case No. 19-mc-0145 (TSC) |

## **PROPOSED ORDER**

Upon consideration of Defendants' unopposed motion for leave to respond to counsel for Plaintiff Cory Johnson's notice, it is hereby **ORDERED** that the motion is GRANTED.

It is further **ORDERED** that Defendants' response to the notice is hereby deemed FILED on _____, 2021.


Dated: _____

                                                                      TANYA S. CHUTKAN
                                                                      United States District Judge