UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution Protocol Cases<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane, et al. v. Barr*, No. 05-2337 | Case No. 19-mc-0145 (TSC) |

## NOTICE OF FILING

Defendants respectfully give notice of a development in Plaintiff Dustin Higgs's criminal case. As the Court is aware, the United States District Court for the District of Maryland had previously denied the government's motion to amend Higgs's criminal judgment to designate Indiana as the state whose laws should govern the manner of implementing Higgs's death sentence pursuant to the Federal Death Penalty Act, 18 U.S.C. § 3596(a). *United States v. Higgs*, No. 98-0520, 2020 WL 7707165 (D. Md. Dec. 29, 2020). The government appealed that decision. As reported in Higgs's notice of yesterday, January 10, 2021, the United States Court of Appeals for the Fourth Circuit set argument for that appeal for January 27, 2021, and denied the government's motion to expedite it. ECF Nos. 390-1, 390-2.

Today, the government filed a petition for a writ of certiorari before judgment with the United States Supreme Court, seeking summary reversal of the December 29, 2020, order of the United States District Court for the District of Maryland.. The government requested that the Supreme Court designate Indiana as providing the governing law, or in the alternative, that the Supreme Court construe the petition as one for a writ of mandamus and order the district court to designate Indiana for the same reasons. The government's petition has not yet been assigned a case number.

Respectfully submitted,

| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General | MICHAEL R. SHERWIN<br>Acting United States Attorney |
| JEAN LIN<br>Special Litigation Counsel | BRIAN P. HUDAK<br>Acting Chief, Civil Division |

JONATHAN KOSSAK, D.C. Bar #991478
CRISTEN C. HANDLEY, MO Bar #69114
BRADLEY P. HUMPHREYS,
  D.C. Bar #988057
Trial Attorneys
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, District of Columbia 20005
(202) 514-3716
jean.lin@usdoj.gov
jonathan.kossak@usdoj.gov
christen.handley@usdoj.gov
bradley.humphreys@usdoj.gov

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*

Dated: January 11, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021, I caused a true and correct copy of foregoing to be served on all following counsel of record via the Court's CM/ECF system.

Joshua C. Toll
King & Spalding LLP
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders
Jonathan S. Meltzer
Brendan Gants
Munger, Tolles & Olson LLP
(202) 220-1100
ginger.anders@mto.com

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman
Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
alex_kursman@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Scott W. Braden
Arkansas Federal Defender Office
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying
Andrew Moshos
Morris, Nichols, Arsht & Tunnell LLP
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Joseph Luby
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Amy Lentz
Steptoe & Johnson, LLP
(202) 429.1320
alentz@stepoe.com

*Counsel for Plaintiff Orlando Hall*

Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Higgs*

Jon Jeffress
KaiserDillon PLLC
(202) 640-2850
jjeffress@kaiserdillon.com

Timothy Kane
Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

David S. Victorson
Hogan Lovells US LLP
(202) 637-5600
david.victorson@hoganlovells.com

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Gregory S. Smith
(202) 460-3381
gregsmithlaw@verizon.net

*Counsel for Plaintiff William LeCroy*

Donald P. Salzman
Charles F. Walker
Steven M. Albertson
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0528
shawn_nolan@fd.org

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
(410) 444-1500
garyeproctor@gmail.com

*Counsel for Plaintiff Jeffrey Paul*

| | |
|---|---|
| Gerald W. King, Jr.<br>Jeffrey Lyn Ertel<br>Federal Defender Program, Inc.<br>(404) 688-7530<br>Gerald_King@fd.org<br>Jeff_Ertel@fd.org<br><br>Brandon D. Almond<br>Troutman Sanders LLP<br>Washington, D.C. 20004<br>(202) 274-2864<br>brandon.almond@troutmansanders.com<br><br>*Counsel for Richard Tipton, III* | Alan E. Schoenfeld<br>Ryan M. Chabot<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>(212) 230-8880<br>Alan.Schoenfeld@WilmerHale.com<br>Ryan.Chabot@WilmerHale.com<br><br>Andres C. Salinas<br>Wilmer Cutler Pickering Hale and Dorr LLP<br> (202) 663-6289<br>Andres.Salinas@WilmerHale.com<br><br>*Counsel for Wesley I. Purkey* |
| Dale A. Baich<br>Jennifer M. Moreno<br>Federal Public Defender<br>District of Arizona<br>(602) 382-2816<br>dale_baich@fd.org<br>jennifer_moreno@fd.org<br><br>*Counsel for Plaintiff Keith Nelson* | Amy Karlin<br>Interim Federal Public Defender<br>Celeste Bacchi<br>Jonathan C. Aminoff<br>Deputy Federal Public Defenders<br>(213) 894-2854<br>celeste_bacchi@fd.org<br><br>*Counsel for Plaintiff Julius O. Robinson* |
| Paul F. Enzinna<br>Ellerman Enzinna PLLC<br>(202)753-5553<br>penzinna@ellermanenzinna.com<br><br>*Counsel for Plaintiff James H. Roane, Jr.* | Evan Miller<br>Vinson & Elkins LLP<br>(202) 639-6605<br>emiller@velaw.com<br><br>*Counsel for Bruce Webster* |

                                                      /s/Johnny Walker
                                                Assistant United States Attorney

                                                *Counsel for Defendants*