# EXHIBIT B

# Bureau of Prisons
# Health Services
# Vitals All

| Begin Date: | 01/01/2021 | End Date: | 01/06/2021 |
|---|---|---|---|
| Reg #: | 27832-054 | Inmate Name: | JOHNSON, CORY |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/05/2021 | 11:20 THX | 97.1 | 36.2 | | McGuire, Cody NREMT-P |
| | **Orig Entered:** 01/05/2021 11:21 EST | | McGuire, Cody NREMT-P | | |
| 01/03/2021 | 13:54 THX | 97.3 | 36.3 | | McGuire, Cody NREMT-P |
| | **Orig Entered:** 01/03/2021 13:55 EST | | McGuire, Cody NREMT-P | | |
| 01/02/2021 | 11:20 THX | 97.4 | 36.3 | | Durr, R. NRP |
| | **Orig Entered:** 01/02/2021 11:21 EST | | Durr, R. NRP | | |
| ~~01/02/2021~~ | ~~11:19 THX~~ | ~~97.6~~ | ~~36.4~~ | | ~~Durr, R. NRP~~ |
| | ~~**Orig Entered:** 01/02/2021 11:20 EST   Durr, R. NRP~~ | | | | |
| | **Last Updated:** 01/02/2021 12:24 EST   Durr, R. NRP | | | | |
| 01/01/2021 | 07:30 THX | 97.6 | 36.4 | | Durr, R. NRP |
| | **Orig Entered:** 01/02/2021 12:27 EST   Durr, R. NRP | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/02/2021 | 08:00 THX | 76 | Via Machine | | Beddow, Kylee RN |

LATE ENTRY: Checks completed by this RN. Information documented by other staff member. Information inadvertently left off.

**Orig Entered:** 01/05/2021 16:06 EST   Beddow, Kylee RN

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/02/2021 | 08:00 THX | 98 | Room Air | Beddow, Kylee RN |

LATE ENTRY: Checks completed by this RN. Information documented by other staff member. Information inadvertently left off.

**Orig Entered:** 01/05/2021 16:07 EST   Beddow, Kylee RN

# Bureau of Prisons
## Health Services
### PPDs

**Reg #:** 27832-054                    **Inmate Name:** JOHNSON, CORY

---

| Admin: | Location | Provider | Reading: | Induration | Provider |
|--------|----------|----------|----------|------------|----------|
| 05/21/2020   11:50 asymptomatic | Left Forearm | Miller, Kasha RN | 05/23/2020   15:11 asymptomatic | 0 mm | Miller, Kasha RN |
| Orig Entered: | 05/21/2020 11:51 EST | Miller, Kasha RN | Orig Entered: | 05/23/2020 15:11 EST | Miller, Kasha RN |
| 05/12/2019   16:00 denies fever, cough, night sweats, blood tinged sputum, or weight loss | Left Forearm | Keller, Kelly RN/BSN, Health | 05/14/2019   16:56 | 0 mm | Keller, Kelly RN/BSN, Health |
| Orig Entered: | 05/12/2019 16:37 EST | Keller, Kelly RN/BSN, Health Information Technician | Orig Entered: | 05/14/2019 16:56 EST | Keller, Kelly RN/BSN, Health Information Technician |
| 05/11/2018   09:11 | Left Forearm | May, Joseph RN, CWCN | 05/13/2018   11:16 denies any s/s TB. | 0 mm | Walters, Sarah RN |
| Orig Entered: | 05/11/2018 09:12 EST | May, Joseph RN, CWCN | Orig Entered: | 05/13/2018 11:16 EST | Walters, Sarah RN |
| 05/17/2017   14:04 | Left Forearm | May, Joseph RN, CWCN | 05/19/2017   17:53 Denies fever, cough, bloody sputum, night sweats, or unexplained weakness. | 0 mm | May, Joseph RN, CWCN |
| Orig Entered: | 05/17/2017 14:05 EST | May, Joseph RN, CWCN | Orig Entered: | 05/19/2017 17:53 EST | May, Joseph RN, CWCN |
| 05/10/2017   10:42 | Left Forearm | Brazzell, Susan HSA | 05/12/2017   13:38 Denies fever, cough, bloody sputum, night sweats, or weight loss. | 0 mm | May, Joseph RN, CWCN |
| Orig Entered: | 05/10/2017 10:43 EST | Brazzell, Susan HSA | Orig Entered: | 05/12/2017 13:38 EST | May, Joseph RN, CWCN |
| 06/02/2016   12:20 asymptomatic | Left Forearm | Clingerman, Nicole LPN | 06/04/2016   16:02 No signs or symptoms of TB noted including fever, night sweats, or cough | 0 mm | McGee, Cindy NR-P,AHSA |
| Orig Entered: | 06/02/2016 12:21 EST | Clingerman, Nicole LPN | Orig Entered: | 06/04/2016 16:03 EST | McGee, Cindy NR-P,AHSA |
| 05/29/2015   07:33 denies s/s of active TB | Left Forearm | Keller, Kelly RN/BSN, Health | 05/31/2015   09:20 no signs or symptoms of cold and flu like illness. | 0 mm | Brazzell, Susan HSA |
| Orig Entered: | 05/29/2015 07:34 EST | Keller, Kelly RN/BSN, Health Information Technician | Orig Entered: | 05/31/2015 09:20 EST | Brazzell, Susan HSA |
| 06/04/2014   09:24 | Left Forearm | Booth, Sara RN/AHSA | 06/06/2014   09:40 No s/s of TB | 0 mm | Booth, Sara RN/AHSA |
| Orig Entered: | 06/04/2014 09:25 EST | Booth, Sara RN/AHSA | Orig Entered: | 06/06/2014 09:40 EST | Booth, Sara RN/AHSA |
| 06/04/2013   14:21 | Left Forearm | Heiser, Tracy RN | 06/06/2013   14:29 no s/s of TB | 0 mm | Heiser, Tracy RN |
| Orig Entered: | 06/04/2013 14:22 EST | Heiser, Tracy RN | Orig Entered: | 06/06/2013 14:29 EST | Heiser, Tracy RN |
| 06/27/2012   10:26 | Left Forearm | Warner, Krista HIT | 06/29/2012   12:40 no s/s of TB | 0 mm | Heiser, Tracy RN |

**Bureau of Prisons**
**Health Services**
**PPDs**

| Reg #: | 27832-054 | | **Inmate Name:** | JOHNSON, CORY |
|---|---|---|---|---|

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| **Orig Entered:** | 06/27/2012 10:27 EST | Warner, Krista HIT | **Orig Entered:** | 06/29/2012 12:40 EST | Heiser, Tracy RN |
| 06/21/2011   09:52 | Left Forearm | Heiser, Tracy RN | 06/23/2011   12:24 | 0 mm | Heiser, Tracy RN |
| no s/s tb | | | | | |
| **Orig Entered:** | 06/21/2011 09:53 EST | Heiser, Tracy RN | **Orig Entered:** | 06/23/2011 12:24 EST | Heiser, Tracy RN |
| 06/13/2010   11:46 | Left Forearm | Haddix, Trisha RN | 06/15/2010   12:23 | 0 mm | Haddix, Trisha RN |
| | | | Asymptomatic | | |
| **Orig Entered:** | 06/13/2010 11:48 EST | Haddix, Trisha RN | **Orig Entered:** | 06/15/2010 12:24 EST | Haddix, Trisha RN |
| 06/15/2009   10:00 | Left Forearm | Scully, Karen RN, IDC | 06/17/2009   10:21 | 0 mm | Scully, Karen RN, IDC |
| LATE ENTRY | | | | | |
| **Orig Entered:** | 06/16/2009 06:48 EST | Scully, Karen RN, IDC | **Orig Entered:** | 06/17/2009 10:21 EST | Scully, Karen RN, IDC |
| 06/03/2008   10:05 | Left Forearm | Scully, Karen RN, IDC | 06/05/2008   10:06 | 0 mm | Scully, Karen RN, IDC |
| **Orig Entered:** | 06/06/2008 10:06 EST | Scully, Karen RN, IDC | **Orig Entered:** | 06/06/2008 10:07 EST | Scully, Karen RN, IDC |

**Total:** 14

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, CORY | | | Reg #:   27832-054 |
| Date of Birth:   11/05/1968 | Sex:  M | Race:  BLACK | Facility:  THP |
| Encounter Date: 01/06/2021 08:21 | Provider:  McGuire, Cody NREMT-P | | Unit:   X01 |

**Screenings:**

    **COVID-19**

        **Quarantine**

            Yes: Cough (Duration/Describe: improving. mild, dry, persisitent)

            No: Vital Signs w/O2 sat recorded in flowsheet, Shortness of Breath, Fatigue, Body aches, Sore throat,
Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

Cosign Required:No

Completed by McGuire, Cody NREMT-P on 01/06/2021 08:22.

# Federal Bureau of Prisons
## SCREENINGS

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968 | Sex:  M     Race:  BLACK | Facility: | THP |
| Encounter Date: | 01/05/2021 11:21 | Provider:  McGuire, Cody NREMT-P | Unit: | X01 |

**Screenings:**

**COVID-19**

**Quarantine**

Yes: Cough (Duration/Describe: persistent dry)

No: Vital Signs w/O2 sat recorded in flowsheet, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/05/2021 | 11:20 THX | 97.1 | 36.2 | | McGuire, Cody NREMT-P |

Cosign Required:No

Completed by McGuire, Cody NREMT-P on 01/05/2021 11:21.

# Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name:  JOHNSON, CORY | | Reg #:  27832-054 |
| Date of Birth:  11/05/1968 | Sex:  M    Race:  BLACK | Facility:  THP |
| Encounter Date:  01/03/2021 13:55 | Provider:  McGuire, Cody NREMT-P | Unit:  X01 |

**Screenings:**

   **COVID-19**

      **Isolation**

         Yes: Cough (Duration/Describe: dry, persists. improving)

         No: Vital Signs w/O2 sat recorded in flowsheet, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/03/2021 | 13:54 THX | 97.3 | 36.3 | | McGuire, Cody NREMT-P |

Cosign Required:No

Completed by McGuire, Cody NREMT-P on 01/03/2021 13:55.

# Federal Bureau of Prisons
## SCREENINGS

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, CORY | | Reg #: | 27832-054 |
| Date of Birth: | 11/05/1968 | Sex:  M        Race:  BLACK | Facility: | THP |
| Encounter Date: | 01/02/2021 11:21 | Provider:  Durr, R. NRP | Unit: | X01 |

**Screenings:**

**COVID-19**

    **Isolation**

        No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

    **Comments**

        Inmate states no changes from previous. Appears well.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/02/2021 | 11:20 THX | 97.4 | 36.3 | | Durr, R. NRP |

Cosign Required:No

Completed by Durr, R. NRP on 01/02/2021 11:21.

# Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name:  JOHNSON, CORY | | Reg #:   27832-054 |
| Date of Birth:   11/05/1968 | Sex:  M      Race:  BLACK | Facility:  THP |
| Encounter Date:  01/01/2021 07:30 | Provider:  Durr, R. NRP | Unit:      X01 |

**Screenings:**

**COVID-19**

    **Isolation**

        No: Cough (Duration/Describe: Is getting better but "still annoying".), Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/01/2021 | 07:30 THX | 97.6 | 36.4 | | Durr, R. NRP |

Cosign Required: No

Completed by Durr, R. NRP on 01/02/2021 12:27.

**Bureau of Prisons**
**Health Services**
**Devices and Equipment**

| | | | | | |
|---|---|---|---|---|---|
| **Start Date:** 01/01/2021 | | | **Stop Date:** 01/06/2021 | | |
| **Reg #:** 27832-054 | | | **Inmate Name:** JOHNSON, CORY | | |

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| Brace - knee | | | | | |
| 11/14/2017 13:45 EST  Matchett, Ashley P.T. | 11/14/2017 | 11/14/2019 | | BOP | CURAD MEDIUM KNEE SUPPORT / SLEEVE |
| Other | | | | | |
| 07/23/2010 15:04 EST  Tabor, Timothy PA-C | 07/23/2010 | | | BOP | Ace wrap for left foot. |

**Total:** 2

# Bureau of Prisons
# Health Services
# Allergies

Reg #:  27832-054                    Inmate Name:   JOHNSON, CORY

| **Allergy** | **Date Noted** | **Reaction** |
|---|---|---|
| No Known Allergies | 03/27/2009 | |

**Orig Entered:**    03/27/2009 12:00 EST    Julian, K. HSA/FNP-BC

**Total:**  1

# Bureau of Prisons
# Health Services
# Health Problems

Reg #:  27832-054                    Inmate Name:  JOHNSON, CORY

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

Elbow, Pain in joint, upper arm

| 10/09/2014 10:47 EST  Mata, Heather PA-C | III | ICD-9 | 719.42 | 10/09/2014 | Current | 10/09/2014 |

Knee, Pain in joint, lower leg

| 08/06/2012 13:51 EST  Ndife, Z. MLP | III | ICD-9 | 719.46 | 08/17/2011 | Current | 08/06/2012 |
|     Mild DJD | | | | | | |
| 10/24/2011 12:53 EST  Jones, Roger MD | III | ICD-9 | 719.46 | 08/17/2011 | Resolved | 10/24/2011 |
| 08/17/2011 11:36 EST  Ndife, Z. MLP | III | ICD-9 | 719.46 | 08/17/2011 | Current | 08/17/2011 |

Myopia

| 06/15/2018 08:06 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H5210 | 06/15/2018 | Current | |

Presbyopia

| 06/15/2018 08:06 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H524 | 06/15/2018 | Current | |

## Resolved

Unspecified inflammatory and toxic neuropathy

| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 357.9 | 06/23/2009 | Resolved | 06/23/2009 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 357.9 | 06/23/2009 | Resolved | 06/23/2009 |
| 06/23/2009 12:08 EST  Tabor, Timothy PA-C | III | ICD-9 | 357.9 | 06/23/2009 | Current | 06/23/2009 |

Unspecified hemorrhoids without mention of comp

| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 455.6 | 08/17/2010 | Resolved | 08/17/2010 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 455.6 | 08/17/2010 | Resolved | 08/17/2010 |
| 08/17/2010 17:42 EST  Tabor, Timothy PA-C | III | ICD-9 | 455.6 | 08/17/2010 | Current | 08/17/2010 |

Dental caries, unspecified

| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 521.00 | 04/06/2012 | Resolved | 04/06/2012 |
|     Fractured all provisional restoration patched to amalgam. Needs new restoration. | | | | | | |
| 04/06/2012 13:02 EST  Cortes, Jesus DMD, FAGD | III | ICD-9 | 521.00 | 04/06/2012 | Resolved | 04/06/2012 |
|     Fractured all provisional restoration patched to amalgam. Needs new restoration. | | | | | | |

Chronic periodontitis, localized

| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 523.41 | 11/23/2009 | Resolved | 11/23/2009 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 523.41 | 11/23/2009 | Resolved | 11/23/2009 |

Reg #:  27832-054                              Inmate Name:  JOHNSON, CORY

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 11/23/2009 09:49 EST  Franco, Miguel DMD | III | ICD-9 | 523.41 | 11/23/2009 | Current | 11/23/2009 |
| Fractured restorative material w loss material | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 525.64 | 11/18/2015 | Resolved | 11/18/2015 |
| 11/18/2015 09:53 EST  Shepherd, Doug DMD | III | ICD-9 | 525.64 | 11/18/2015 | Resolved | 11/18/2015 |
| Constipation, unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 564.00 | 08/17/2010 | Resolved | 08/17/2010 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 564.00 | 08/17/2010 | Resolved | 08/17/2010 |
| 08/17/2010 17:39 EST  Tabor, Timothy PA-C | III | ICD-9 | 564.00 | 08/17/2010 | Current | 08/17/2010 |
| Hand, Pain in joint | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 719.44 | 07/23/2010 | Resolved | 07/23/2010 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 719.44 | 07/23/2010 | Resolved | 07/23/2010 |
| 07/23/2010 14:57 EST  Tabor, Timothy PA-C | III | ICD-9 | 719.44 | 07/23/2010 | Current | 07/23/2010 |
| Other and unspec disc disorder, lumbar region | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 722.93 | 01/20/2011 | Resolved | 05/15/2012 |
|     s/p lumbar fusion & neuro stimulator X-ray L-spine 3/15/2011--fractured screw | | | | | | |
| 05/15/2012 11:46 EST  Wilson, William E. MD/CD | III | ICD-9 | 722.93 | 01/20/2011 | Resolved | 05/15/2012 |
|     s/p lumbar fusion & neuro stimulator X-ray L-spine 3/15/2011--fractured screw | | | | | | |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 722.93 | 01/20/2011 | Current | 01/20/2011 |
|     s/p lumbar fusion & neuro stimulator X-ray L-spine 3/15/2011--fractured screw | | | | | | |
| 01/20/2011 15:43 EST  Ndife, Z. MLP | III | ICD-9 | 722.93 | 01/20/2011 | Current | 01/20/2011 |
|     s/o lumbar fusion | | | | | | |
| Backache, unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 724.5 | 09/25/2009 | Resolved | 09/25/2009 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 724.5 | 09/25/2009 | Resolved | 09/25/2009 |
| 09/25/2009 10:04 EST  Klink, Kimberly MS, FNP | III | ICD-9 | 724.5 | 09/25/2009 | Current | 09/25/2009 |
| Nerve pain, neuralgia neuritis,  radiculitis | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 729.2 | 03/24/2011 | Resolved | 05/15/2012 |
| 05/15/2012 11:46 EST  Wilson, William E. MD/CD | III | ICD-9 | 729.2 | 03/24/2011 | Resolved | 05/15/2012 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 729.2 | 03/24/2011 | Current | 03/24/2011 |
| Dysuria | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 788.1 | 08/17/2010 | Resolved | 08/17/2010 |
| 03/24/2011 10:36 EST  Jones, Roger MD | III | ICD-9 | 788.1 | 08/17/2010 | Resolved | 08/17/2010 |
| 08/17/2010 17:40 EST  Tabor, Timothy PA-C | III | ICD-9 | 788.1 | 08/17/2010 | Current | 08/17/2010 |

Reg #:  27832-054                    Inmate Name:  JOHNSON, CORY

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Disorder of teeth and supporting structures, unspecified | | | | | | |
| 08/28/2019 15:06 EST  Van Wagoner, J. DMD | | ICD-10 | K089 | 08/28/2019 | Resolved | 08/28/2019 |
| Confirmed case COVID-19 | | | | | | |
| 12/27/2020 08:52 EST  Frank, Casey FNP | | ICD-10 | U07.1 | 12/16/2020 | Resolved | 12/27/2020 |
|     Abbott positive  Quest +12/18/20 | | | | | | |
| 12/21/2020 09:50 EST  Bowman, Hollie RN/IIPCC | | ICD-10 | U07.1 | 12/16/2020 | Current | |
|     Abbott positive  Quest +12/18/20 | | | | | | |
| 12/16/2020 17:28 EST  Scully, Karen RN, IDC | | ICD-10 | U07.1 | 12/16/2020 | Current | |
|     Abbott positive | | | | | | |
| Unspecified general medical examination | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V70.9 | 03/27/2009 | Resolved | |
| 03/27/2009 11:58 EST  Klink, Kimberly MS, FNP | III | ICD-9 | V70.9 | 03/27/2009 | | |

**Total:** 18

# Bureau of Prisons
# Health Services
# Vision Screens

| Reg #:  27832-054 | Inmate Name:   JOHNSON, CORY |
|---|---|

**Vision Screen on** 06/15/2018 08:04

**Blindness:**

**Distance Vision:** OD: 20/25          OS: 20/50          OU:

**Near Vision:**     OD:               OS:               OU:

**With Corrective**

**Distance Vision:** OD:               OS:               OU:

**Near Vision:**     OD:               OS:               OU:

**Present Glasses - Distance**                    **Refraction - Distance**

|  | Sphere | Cylinder | Axis | Add |  |  | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| **R:** |  |  |  |  |  | **R:** | 0.00 |  |  | +2 |
| **L:** |  |  |  |  |  | **L:** | -1.00 |  |  | +2 |

**Color Test:**

**Tonometry:**   R:  18          L:  18

**Comments:**

  **Orig Entered:**    06/15/2018 08:05 EST   Alumbaugh, Kimberly O.D.