## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane, et al. v. Barr*, No. 05-2337 | Case No. 19-mc-145 (TSC) |

### NOTICE OF APPEAL

Notice is hereby given that Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order entered on January 12, 2021, *see* ECF Nos. 394 (Memorandum Opinion) and 395 (Order), in which this Court granted Plaintiffs Cory Johnson's and Dustin Higgs's Motions for Preliminary Injunction as to their as-applied Eighth Amendment challenges to the government's execution protocol and enjoined Defendants from executing either Johnson or Higgs "until March 16, 2021," Memorandum Opinion at 31, ECF No. 394, "to allow Plaintiffs the opportunity to adequately recover from COIVD-19," *id*. at 3.  *See also* ECF No. 395 at 1.

Dated:  January 12, 2021

Respectfully submitted,

| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General | MICHAEL R. SHERWIN<br>Acting United States Attorney |
| JEAN LIN<br>Special Litigation Counsel | BRIAN P. HUDAK<br>Acting Chief, Civil Division |
| JONATHAN KOSSAK, D.C. Bar #991478<br>CRISTEN C. HANDLEY, MO Bar #69114<br>BRADLEY P. HUMPHREYS,<br>  D.C. Bar #988057<br>Trial Attorneys<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, District of Columbia 20005<br>(202) 514-3716<br>jean.lin@usdoj.gov<br>jonathan.kossak@usdoj.gov<br>christen.handley@usdoj.gov<br>bradley.humphreys@usdoj.gov | By:  /s/ *Johnny Walker*<br>JOHNNY H. WALKER, D.C. Bar #991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>Email: johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* |

Dated: January 12, 2021

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, I caused a true and correct copy of foregoing to be served on all following counsel of record via the Court's CM/ECF system.

| | |
|---|---|
| Joshua C. Toll<br>King & Spalding LLP<br>(202) 737-8616<br>jtoll@kslaw.com<br><br>Margaret O'Donnell<br>(502) 320-1837<br>mod@dcr.net<br><br>*Counsel for Plaintiff Anthony Battle* | Ginger D. Anders<br>Jonathan S. Meltzer<br>Brendan Gants<br>Munger, Tolles & Olson LLP<br>(202) 220-1100<br>ginger.anders@mto.com<br><br>*Counsel for Plaintiff Brandon Bernard* |
| Alex Kursman<br>Shawn Nolan<br>Federal Community Defender Office, E.D. Pa.<br>(215) 928-0520<br>alex_kursman@fd.org<br>shawn_nolan@fd.org<br><br>*Counsel for Plaintiff Alfred Bourgeois* | Scott W. Braden<br>Arkansas Federal Defender Office<br>(501) 324-6114<br>Scott_Braden@fd.org<br><br>Jennifer Ying<br>Andrew Moshos<br>Morris, Nichols, Arsht & Tunnell LLP<br>(302) 658-9300<br>jying@mnat.com<br>amoshos@mnat.com<br><br>*Counsel for Plaintiff Norris G. Holder, Jr.* |
| Joseph Luby<br>Federal Community Defender Office, E.D. Pa.<br>(215) 928-0520<br>joseph_luby@fd.org<br><br>*Counsel for Plaintiff Chadrick Fulks* | Amy Lentz<br>Steptoe & Johnson, LLP<br>(202) 429.1320<br>alentz@stepoe.com<br><br>*Counsel for Plaintiff Orlando Hall* |

Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Higgs*

Jon Jeffress
KaiserDillon PLLC
(202) 640-2850
jjeffress@kaiserdillon.com

Timothy Kane
Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*

David S. Victorson
Hogan Lovells US LLP
(202) 637-5600
david.victorson@hoganlovells.com

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*

Gregory S. Smith
(202) 460-3381
gregsmithlaw@verizon.net

*Counsel for Plaintiff William LeCroy*

Donald P. Salzman
Charles F. Walker
Steven M. Albertson
Skadden, Arps, Slate, Meagher & Flom LLP
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0528
shawn_nolan@fd.org

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
(410) 444-1500
garyeproctor@gmail.com

*Counsel for Plaintiff Jeffrey Paul*

| | |
|---|---|
| Gerald W. King, Jr.<br>Jeffrey Lyn Ertel<br>Federal Defender Program, Inc.<br>(404) 688-7530<br>Gerald_King@fd.org<br>Jeff_Ertel@fd.org | Alan E. Schoenfeld<br>Ryan M. Chabot<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>(212) 230-8880<br>Alan.Schoenfeld@WilmerHale.com<br>Ryan.Chabot@WilmerHale.com |
| Brandon D. Almond<br>Troutman Sanders LLP<br>Washington, D.C. 20004<br>(202) 274-2864<br>brandon.almond@troutmansanders.com | Andres C. Salinas<br>Wilmer Cutler Pickering Hale and Dorr LLP<br> (202) 663-6289<br>Andres.Salinas@WilmerHale.com |
| *Counsel for Richard Tipton, III* | *Counsel for Wesley I. Purkey* |
| Dale A. Baich<br>Jennifer M. Moreno<br>Federal Public Defender<br>District of Arizona<br>(602) 382-2816<br>dale_baich@fd.org<br>jennifer_moreno@fd.org | Amy Karlin<br>Interim Federal Public Defender<br>Celeste Bacchi<br>Jonathan C. Aminoff<br>Deputy Federal Public Defenders<br>(213) 894-2854<br>celeste_bacchi@fd.org |
| *Counsel for Plaintiff Keith Nelson* | *Counsel for Plaintiff Julius O. Robinson* |
| Paul F. Enzinna<br>Ellerman Enzinna PLLC<br>(202)753-5553<br>penzinna@ellermanenzinna.com | Evan Miller<br>Vinson & Elkins LLP<br>(202) 639-6605<br>emiller@velaw.com |
| *Counsel for Plaintiff James H. Roane, Jr.* | *Counsel for Bruce Webster* |

                                 _/s/Johnny Walker_
                                 Assistant United States Attorney

                                 *Counsel for Defendants*