AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| IN RE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| *Defendant* | ) |

Case No.   1:19-MC-00145-TSC

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COREY JOHNSON                                                                 .

Date:      1/11/2021                                           /s/ Andrew R. Beatty
                                                                    *Attorney's signature*

                                                        Andrew R. Beatty (NY Bar #5440615)
                                                            *Printed name and bar number*
                                                        Skadden, Arps, Slate, Meagher & Flom LLP
                                                        One Manhattan West
                                                        New York, NY 10001

                                                                    *Address*

                                                        andrew.beatty@skadden.com
                                                                    *E-mail address*

                                                        (212) 735-3278
                                                                    *Telephone number*

                                                        (917) 777-3278
                                                                    *FAX number*