APPEAL,CONSOL

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:19–mc–00145–TSC</u>

IN THE MATTER OF THE FEDERAL BUREAU OF
PRISONS' EXECUTION PROTOCOL CASES
Assigned to: Judge Tanya S. Chutkan
Member cases:

    1:19–cv–03520–TSC

    1:20–cv–00474–TSC

    1:20–cv–00557–TSC

    1:20–cv–01693–TSC

    1:20–cv–02481–TSC

Cases:  1:05–cv–02337–TSC

        1:07–cv–02145–TSC

        1:12–cv–00782–TSC

        1:13–cv–00938–TSC

        1:20–cv–03184–TSC

        1:20–cv–00557–TSC

        1:19–cv–03214–TSC

        1:19–cv–03570–TSC

        1:20–cv–01693–TSC

        1:19–cv–03611–TSC

        1:20–cv–00474–TSC

        1:20–cv–02481–TSC

Case in other court:  USCA, 19–05322

             USCA, 20–05199

             USCA, 20–05206

             USCA, 20–05210

             USCA, 20–05252

             USCA, 20–05260

             USCA, 20–05285

             USCA, 20–05329

             USCA, 20–05345

             USCA, 20–05361

Cause: 42:1981 Civil Rights

Date Filed: 08/20/2019
Jury Demand: None
Nature of Suit: 550 Prisoner Petition: Civil
Rights (Other)
Jurisdiction: U.S. Government Defendant

**<u>In Re</u>**

**IN THE MATTER OF THE
FEDERAL BUREAU OF PRISONS'
EXECUTION PROTOCOL CASES**

**<u>Plaintiff</u>**

1

**JAMES H. ROANE, JR.,**
*(05cv2337)*

represented by **Joshua Christopher Toll**
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20002
(202) 737–8616
Email: jtoll@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul F. Enzinna**
ELLERMAN ENZINNA PLLC
1050 30th Street NW
Washington, DC 20007
(202) 753–5553
Fax: (617) 289–0512
Email: penzinna@ellermanenzinna.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RICHARD TIPTON**
*(05cv2337)*

represented by **Brandon David Almond**
TROUTMAN SANDERS LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004
(202) 274–2864
Fax: (202) 274–2994
Email: brandon.almond@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Anthony Zdebski**
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Telecommunications Law
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20005
(202) 659–6605
Fax: (202) 659–6699
Email: czdebski@eckertseamans.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Christopher Toll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Wesley King , Jr.**
FEDERAL PUBLIC DEFENDER

129 West Trade Street
Ste 300
Charlotte, NC 28202
704–374–0720
Email: gerald_king@fd.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CORY JOHNSON**                           represented by   **Charles Frederick Walker**
*(05cv2337)*                                             SKADDEN, ARPS, SLATE, MEAGHER
                                                         & FLOM LLP
                                                         1440 New York Avenue, NW
                                                         Washington, DC 20005
                                                         (202) 371–7000
                                                         Email: Charles.Walker@skadden.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Charles Anthony Zdebski**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Donald P. Salzman**
                                                         SKADDEN, ARPS, SLATE, MEAGHER
                                                         & FLOM LLP
                                                         1440 New York Avenue, NW
                                                         Washington, DC 20005
                                                         (202) 371–7983
                                                         Fax: (202) 661–9063
                                                         Email: Donald.salzman@skadden.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Joshua Christopher Toll**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Steven M Albertson**
                                                         SKADDEN, ARPS, SLATE, MEAGHER
                                                         & FLOM LLP
                                                         1440 New York Avenue, NW
                                                         Washington, DC 20005
                                                         (202) 371–7112
                                                         Email: Steven.Albertson@skadden.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Alex Drylewski**
                                                         SKADDEN, ARPS, SLATE, MEAGHER

& FLOM LLP
One Manhattan West
New York, NY 10001–8602
(212) 735–2129
Fax: (917) 777–2129
Email: alexander.drylewski@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew R. Beatty**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West
New York, NY 10001–8602
212–735–3278
Email: abeatty@skadden.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JULIUS ROBINSON**                    represented by   **Celeste Bacchi**
*07–cv–02145–TSC*                                       OFFICE OF THE PUBLIC DEFENDER
321 East 2nd Street
Los Angeles, CA 90012
213–894–1887
Fax: 213–894–0081
Email: celeste_bacchi@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Anthony Harbaugh**
FEDERAL PUBLIC DEFENDER,
CENTRAL DISTRICT OF CALIFORNIA
321 East Second Street
Los Angeles, CA 90012
(213) 894–7865
Fax: (213) 894–0310
Email: craig_harbaugh@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Charles Aminoff**
FEDERAL PUBLIC DEFENDER,
CENTRAL DISTRICT OF CALIFORNIA
321 East Second Street
Los Angeles, CA 90012
(213) 894–5374
Fax: (213) 894–0310
Email: jonathan_aminoff@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

4

**ALFRED BOURGEOIS**                 represented by   **Alexander Louis Kursman**
*12−cv−00782−TSC*                                     OFFICE OF THE FEDERAL
                                                      COMMUNITY DEFENDER/EDPA
                                                      601 Walnut Street
                                                      Suite 545 West
                                                      Philadelphia, PA 19106
                                                      (215) 928−0520
                                                      Email: alex_kursman@fd.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Billy H. Nolas**
                                                      FEDERAL COMMUNITY DEFENDER
                                                      OFFICE FOR THE EDPA
                                                      601 Walnut Street
                                                      Suite 545W
                                                      Philadelphia, PA 19106
                                                      (215) 928−0520
                                                      Fax: (215) 928−0826
                                                      Email: billy_nolas@fd.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHADRICK EVAN FULKS**              represented by   **Amy Gershenfeld Donnella**
*13cv938*                                             FEDERAL COMMUNITY DEFENDER
                                                      OFFICE FOR THE EDPA
                                                      601 Walnut Street
                                                      Suite 545W
                                                      Philadelphia, PA 19106
                                                      (215) 928−0520
                                                      Email: amy_donnella@fd.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Billy H. Nolas**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Joseph William Luby**
                                                      FEDERAL PUBLIC DEFENDER/EDPA
                                                      601 Walnut Street
                                                      Suite 545 West
                                                      Philadelphia, PA 19106
                                                      (215) 928−0520
                                                      Email: joseph_luby@fd.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Shawn Nolan**
                                                      FEDERAL COMMUNITY DEFENDER

OFFICE, EASTERN DISTRICT OF
PENN
601 Walnut Street
Suite 545 W
Philadelphia, PA 19107
(215) 928–0528
Fax: (215) 928–0826
Email: Shawn_Nolan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DANIEL LEWIS LEE**                    represented by   **Danielle Desaulniers Stempel**
*TERMINATED: 10/26/2020*                                555 13th ST NW
                                                        Washington, DC 20004
                                                        202–804–7798
                                                        Email: danielle.stempel@hoganlovells.com
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David S. Victorson**
                                                        HOGAN LOVELLS US LLP
                                                        555 Thirteenth Street, NW
                                                        Washington, DC 20004
                                                        (202) 637–2061
                                                        Email: david.victorson@hoganlovells.com
                                                        *TERMINATED: 10/26/2020*

                                                        **Elizabeth Hagerty**
                                                        U.S. ATTORNEY'S OFFICE
                                                        1801 California Street
                                                        Suite 1600
                                                        Denver, CO 80202
                                                        303–454–0101
                                                        Fax: 303–454–0411
                                                        Email: elizabeth.hagerty@usdoj.gov
                                                        *TERMINATED: 01/02/2020*

                                                        **John D. Beck**
                                                        HOGAN LOVELLS US LLP
                                                        390 Madison Ave
                                                        New York, NY 10017
                                                        (212) 918–3000
                                                        Fax: (212) 918–3100
                                                        *TERMINATED: 10/26/2020*
                                                        *PRO HAC VICE*

                                                        **Pieter Van Tol**
                                                        HOGAN LOVELLS US LLP
                                                        390 Madison Ave
                                                        New York, NY 10017
                                                        (212) 918–3000

Fax: (212) 918−3100
Email: pieter.vantol@hoganlovells.com
*TERMINATED: 10/26/2020*
*PRO HAC VICE*

**Plaintiff**

**WESLEY IRA PURKEY**                     represented by    **Andres C. Salinas**
WILMER CUTLER HALE AND DORR
LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202−663−6289
Email: andres.salinas@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan E. Schoenfeld**
WILMER CUTLER PICKERING HALE
& DORR, LLP
250 Greenwich Street
7 World Trade Center
New York, NY 10007
(212) 937−7294
Fax: (212) 230−8888
Email: alan.schoenfeld@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arin Hillary Smith**
WILMER CUTLER PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202−663−6959
Email: arin.smith@wilmerhale.com
*TERMINATED: 03/03/2020*

**Ryan M. Chabot**
WILMER CUTLER PICKERING HALE
& DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 295−6513
Fax: (212) 230−8888
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NORRIS G. HOLDER, JR.**                  represented by    **Scott Wilson Braden**
*19−cv−03520−TSC*                                            FEDERAL PUBLIC DEFENDER
EASTERN DISTRICT OF ARKANSAS

Capital Habeas Unit
1401 West Capitol Street
1401 West Capital
Suite 490
Little Rock, AR 72201
501−324−6114
Fax: 501−324−5630
Email: scott_braden@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Moshos**
MORRIS NICHOLS ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899−1347
302−351−9197
Fax: 302−425−3011
Email: amoshos@mnat.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Lyons**
MORRIS NICHOLS ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899−1347
302−351−9390
Fax: 302−498−6236
Email: jlyons@mnat.com
*TERMINATED: 03/27/2020*
*PRO HAC VICE*

**Jennifer Ying**
MORRIS NICHOLS ARSHT &
TUNNELL LLP
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899−1347
302−351−9243
Fax: 302−225−2570
Email: jying@mnat.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kraftschik**
POLSINELLI PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
302−252−0926

Email: skraftschik@polsinelli.com
*TERMINATED: 02/14/2020*
*PRO HAC VICE*

**Plaintiff**

**KEITH NELSON**                    represented by  **Dale Andrew Baich**
*20−cv−557*                                         OFFICE OF THE FEDERAL PUBLIC
                                                    DEFENDER
                                                    850 West Adams St.
                                                    Suite 201
                                                    Phoenix, AZ 85007
                                                    602−382−2816
                                                    Email: Dale_Baich@fd.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jennifer M. Moreno**
                                                    OFFICE OF THE PUBLIC FEDERAL
                                                    DEFENDER, DISTICT OF ARIZONA
                                                    850 West Adams Street
                                                    Suite 201
                                                    Phoenix, AZ 85007−2730
                                                    602−382−2718
                                                    Fax: 602−889−3960
                                                    Email: jennifer_moreno@fd.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Brian J O'Sullivan**
                                                    CROWELL & MORING LLP
                                                    590 Madison Avenue
                                                    New York, NY 10022
                                                    212−803−4056
                                                    Fax: 212−223−4134
                                                    Email: bosullivan@crowell.com
                                                    *TERMINATED: 09/11/2020*

                                                    **Kathryn Louise Clune**
                                                    CROWELL & MORING, LLP
                                                    1001 Pennsylvania Avenue, NW
                                                    Washington, DC 20004
                                                    (202) 624−2500
                                                    Fax: (202) 628−5116
                                                    Email: kclune@crowell.com
                                                    *TERMINATED: 09/11/2020*

                                                    **Michael Robles**
                                                    CROWELL & MORING LLP
                                                    590 Madison Avenue
                                                    New York, NY 10022
                                                    212−803−4035
                                                    Email: mrobles@crowell.com

*TERMINATED: 09/11/2020*
*PRO HAC VICE*

**Plaintiff**

**BRANDON BERNARD**                 represented by   **Ginger Dawn Anders**
*20−cv−00474*                                         MUNGER, TOLLES & OLSON LLP
                                                      601 Massachusetts Avenue, NW
                                                      Suite 500e
                                                      Washington, DC 20001−5369
                                                      202−220−1107
                                                      Fax: 213−683−5112
                                                      Email: ginger.anders@mto.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Brendan B. Gants**
                                                      MUNGER, TOLLES & OLSON LLP
                                                      601 Massachusetts Avenue, NW
                                                      Suite 500e
                                                      Washington, DC 20001−5369
                                                      202−220−1121
                                                      Fax: 202−220−2300
                                                      Email: brendan.gants@mto.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jonathan S. Meltzer**
                                                      MUNGER, TOLLES & OLSON LLP
                                                      601 Massachusetts Avenue, NW
                                                      Suite 500e
                                                      Washington, DC 20001−5369
                                                      202−220−1105
                                                      Email: Jonathan.Meltzer@mto.com
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KEITH NELSON**                    represented by   **Dale Andrew Baich**
*20−cv−557 TSC*                                       (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Harry P. Cohen**
                                                      CROWELL & MORING LLP
                                                      590 Madison Avenue
                                                      New York, NY 10022
                                                      212−803−4044
                                                      Fax: 212−223−4134
                                                      Email: hcohen@crowell.com
                                                      *TERMINATED: 09/11/2020*
                                                      *PRO HAC VICE*

                                                      **James K. Stronski**

CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
212–895–4217
Fax: 212–223–4134
Email: jstronski@crowell.com
*TERMINATED: 09/11/2020*
*PRO HAC VICE*

**Kathryn Louise Clune**
(See above for address)
*TERMINATED: 09/11/2020*

**Plaintiff**

**CHRISTOPHER ANDRE VIALVA**          represented by   **Michael F. Williams**
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389–5123
Fax: (202) 389–5200
Email: michael.williams@kirkland.com
*TERMINATED: 09/30/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Otto**
FEDERAL PUBLIC DEFENDER
ORGANIZATION
215 Dean A. McGee Avenue
Suite 109
Oklahoma City, OK 73102
405–609–5930
Fax: 405–609–5932
Email: susan_otto@fd.org
*TERMINATED: 09/30/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM EMMETT LECROY**          represented by   **Gregory Stuart Smith**
45795–019                                             LAW OFFICES OF GREGORY S. SMITH
USP TERRE HAUTE                                       913 East Capitol Street, SE
4700 BUREAU ROAD SOUTH                                Washington, DC 20003
P.O. BOX 33                                           (202) 460–3381
TERRE HAUTE, IN 47808                                 Fax: (877) 809–9113
*TERMINATED: 12/08/2020*                              Email: gregsmithlaw@verizon.net
                                                      *TERMINATED: 12/08/2020*

V.

**Intervenor Plaintiff**

**BRUCE WEBSTER**
*(05cv2337)*

represented by **Evan D. Miller**
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
(202) 639–6605
Email: emiller@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Christopher Toll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn B. Codd**
VINSON & ELKINS, L.L.P.
2200 Pennsylvania Avenue, NW
Suite 500–West
Washington, DC 20037
(202) 639–6536
Fax: (202) 639–8936
Email: kcodd@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Hernandez**
GREENBERG TRAURIG, P.A.
333 SE 2nd Avenue
Suite 4400
Miami, FL 33131
305–579–0570
Fax: 305–961–5727
Email: hernandezeric@gtlaw.com
*TERMINATED: 02/27/2020*

**Jeanne Vosberg Sourgens**
VINSON & ELKINS L.L.P
The Willard Office Building
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
(202) 639–6633
Fax: (202) 639–6604
*ATTORNEY TO BE NOTICED*

**Robert E. Waters**
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 737–0500

Email: rwaters@velaw.com
*ATTORNEY TO BE NOTICED*

**William E. Lawler , III**
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
202–639–6676
Email: wlawler@velaw.com
*ATTORNEY TO BE NOTICED*

**Yousri H. Omar**
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
(202) 639–6500
Email: yomar@velaw.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ANTHONY BATTLE**               represented by   **Joshua Christopher Toll**
*(05cv2337)*                                      (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Margaret O'Donnell**
                                                  P.O. Box 4815
                                                  Frankfort, KY 40604–4815
                                                  (502) 320–1837
                                                  Fax: (502) 227–4669
                                                  Email: mod@dcr.net
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Abigail Bortnick**
                                                  KING & SPALDING LLP
                                                  1700 Pennsylvania Avenue, NW
                                                  Washington, DC 20006
                                                  (202) 626–5502
                                                  Fax: (202) 626–3737
                                                  Email: abortnick@kslaw.com
                                                  *ATTORNEY TO BE NOTICED*

                                                  **William E. Hoffmann , Jr.**
                                                  KING & SPALDING, LLP
                                                  1180 Peachtree Street, NE
                                                  Atlanta, GA 30309
                                                  (404) 572–3383
                                                  Fax: (404) 572–5136
                                                  *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ORLANDO HALL**                     represented by   **Amy J. Lentz**
*(05cv2337)*                                           STEPTOE & JOHNSON LLP
                                                       1330 Connecticut Avenue, NW
                                                       Washington, DC 20036
                                                       (202) 429–1320
                                                       Email: alentz@steptoe.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joshua Christopher Toll**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Mark Joseph Hulkower**
                                                       STEPTOE & JOHNSON LLP
                                                       1330 Connecticut Avenue, NW
                                                       Washington, DC 20036–1795
                                                       (202) 429–6221
                                                       Email: mhulkower@steptoe.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew John Herrington**
                                                       STEPTOE & JOHNSON LLP
                                                       1330 Connecticut Avenue, NW
                                                       Washington, DC 20036–1795
                                                       (202) 429–8164
                                                       Email: mherrington@steptoe.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Robert A. Ayers**
                                                       STEPTOE & JOHNSON LLP
                                                       1330 Connecticut Avenue, NW
                                                       Washington, DC 20036
                                                       (202) 429–6401
                                                       Email: rayers@steptoe.com
                                                       *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**DUSTIN LEE HONKEN**                represented by   **Amelia J. Schmidt**
                                                       KAISER DILLON, PLLC
                                                       1099 14th Street
                                                       Suite 800 West
                                                       Washington, DC 20005
                                                       202–869–1301
                                                       Email: aschmidt@KaiserDillon.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Jonathan Jeffress**
KAISER DILLON, PLLC
1099 14th Street
Suite 800 West
Washington, DC 20005
(202) 640–4430
Fax: (202) 280–1034
Email: jjeffress@kaiserdillon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KAREN TANDY**
*Administrator, Drug Enforcement
Administration (05cv2337)*

represented by **Bradley P. Humphreys**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305–0878
Fax: (202) 639–6066
Email: bradley.humphreys@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202–305–2677
Email: Cristen.Handley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–6605
Fax: (202) 252–2599
Email: denise.clark@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Room 11532
Washington, DC 20005
(202) 514–3716
Fax: (202) 616–8470
Email: jean.lin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
Civil Division
555 4th Street NW
Washington, DC 20530
(202) 252–2575
Email: johnny.walker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305–0612
Email: jonathan.kossak@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave, NW
Washington, DC 20530
202–514–5090
Email: paul.r.perkins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter S. Smith**
UNITED STATES ATTORNEY'S
OFFICE
Appellate Division
555 4th Street, NW
Eighth Floor
Washington, DC 20530–0001
(202) 252–6769

Fax: (202) 514–8779
Email: peter.smith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–2550
Email: alan.burch@usdoj.gov
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
KING & SPALDING LLP
101 Second Street
Suite 1000
San Francisco, CA 94105
415–318–1228
Email: edavis@kslaw.com
*TERMINATED: 07/03/2020*

**Defendant**

**HARLEY G. LAPPIN**
*Director, Federal Bureau of Prisons;*
*05cv2337;07cv02145*

represented by   **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**NEWTON E. KENDIG, II**
*Medical Director, Health Services*
*Division, Federal Bureau of Prisons;*
*05cv2337;12cv782 ;13cv938*

represented by **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter S. Smith**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Erickson**
U. S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 1515
Washington, DC 20530
(202) 514–2841
Fax: (202) 305–2121
Email: robert.erickson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**MARK BEZY**
*Warden, U.S. Penitentiary Terre Haute*
*(05cv2337)*

represented by   **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter S. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Erickson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

| | | |
|---|---|---|
| **JOHN DOES** | represented by | **Bradley P. Humphreys** |

*I–V, Individually and in their official*
*capacities 05cv2337; 12cv00782 I–X*

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**THOMAS WEBSTER**
*M.D.– Clinical Director;*
*05cv2337;12cv782; 13cv938*

represented by

**Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**ERIC H. HOLDER, JR.**                         represented by   **Bradley P. Humphreys**
*Attorney General for the United States of*                    (See above for address)
*America; 05cv2337; 12cv782;13cv938*                          *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Cristen Cori Handley**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Denise M. Clark**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jean Lin**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Johnny Hillary Walker , III**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jonathan D. Kossak**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Paul F. Enzinna**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Paul R. Perkins**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Alan Burch**
                                                               (See above for address)

*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**MICHAEL B. MUKASEY**                  represented by   **Bradley P. Humphreys**
*07−cv−02145−TSC*                                         (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Cristen Cori Handley**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Denise M. Clark**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jean Lin**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Johnny Hillary Walker , III**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jonathan D. Kossak**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Paul R. Perkins**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Alan Burch**
                                                          (See above for address)
                                                          *TERMINATED: 09/23/2020*

                                                          **Ethan Price Davis**
                                                          (See above for address)
                                                          *TERMINATED: 07/03/2020*

**Defendant**

**KAREN TANDY**
*07−cv−02145−TSC*

represented by   **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**ALAN R. DOERHOFF**
*07−cv−02145−TSC*

represented by   **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**JOHN DOES**                          represented by   **Bradley P. Humphreys**
*I−IV, Individually and in their official*              (See above for address)
*capacities; 07−cv−02145−TSC*                           *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Cristen Cori Handley**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Denise M. Clark**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jean Lin**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**MICHELE LEONHART**                    represented by   **Bradley P. Humphreys**
*07−cv−02145; 12cv782; 13cv938*                         (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Cristen Cori Handley**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Denise M. Clark**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jean Lin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Johnny Hillary Walker , III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**CHARLES E. SAMUELS, JR.**                  represented by   **Bradley P. Humphreys**
*07−cv−02145; 12−cv−00782*                                   (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

| | | |
|---|---|---|
| **JOHN F. CARAWAY**<br>*07cv2145; 13cv938* | represented by | **Bradley P. Humphreys**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**

(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**UNITED STATES DEPARTMENT**
**OF JUSTICE**
*12cv782; 13cv938*

represented by   **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**PAUL LAIRD**
*12−cv−00782*

represented by   **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**KERRY J. FORESTAL**
*12cv782;13cv938*

represented by **Bradley P. Humphreys**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise M. Clark**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**CHARLES L. LOCKETT**                 represented by   **Bradley P. Humphreys**
*12−cv−00782*                                           (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Cristen Cori Handley**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Denise M. Clark**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jean Lin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Kossak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Ethan Price Davis**
(See above for address)
*TERMINATED: 07/03/2020*

**Defendant**

**WILLIAM P. BARR**                    represented by   **Bradley P. Humphreys**
*19−cv−03214−TSC*                                       (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Cristen Cori Handley**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Johnny Hillary Walker , III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paul R. Perkins**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Scott A.C. Meisler**
                                                        U.S. DEPARTMENT OF JUSTICE
                                                        950 Pennsylvania Ave NW
                                                        Ste 1264
                                                        Washington, DC 20530
                                                        202−307−3803
                                                        Email: scott.meisler@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Jean Lin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JEFFREY E. KRUEGER**                    represented by    **Bradley P. Humphreys**
*19−cv−03214−TSC*                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Cristen Cori Handley**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Johnny Hillary Walker , III**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Paul R. Perkins**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Scott A.C. Meisler**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Alan Burch**
                                                          (See above for address)
                                                          *TERMINATED: 09/23/2020*

**Defendant**

**JOSEPH MCCLAIN**                        represented by    **Bradley P. Humphreys**
*19−cv−03214−TSC*                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Cristen Cori Handley**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Defendant**

**RADM CHRIS A. BINA**                    represented by   **Bradley P. Humphreys**
*19−cv−03214−TSC*                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Cristen Cori Handley**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Johnny Hillary Walker , III**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Paul R. Perkins**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Scott A.C. Meisler**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Alan Burch**
                                                          (See above for address)
                                                          *TERMINATED: 09/23/2020*

**Defendant**

**T. J. WATSON**                          represented by   **Bradley P. Humphreys**
*19−cv−03214−TSC*                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A.C. Meisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Defendant**

**UTTAM DHILLON**                      represented by   **Bradley P. Humphreys**
*19cv3520; Acting Administrator, U.S.*                  (See above for address)
*Drug Enforcement Administration*                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NICOLE ENGLISH**                     represented by   **Bradley P. Humphreys**
*19cv3520; Acting Assistant Director,*                  (See above for address)
*Health Services, Federal Bureau of*                    *LEAD ATTORNEY*
*Prisons*                                               *ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
(See above for address)
*TERMINATED: 09/23/2020*

**Defendant**

**U.S. DEPARTMENT OF JUSTICE**          represented by   **Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Debtor−in−Possess**

**WILLIAM E. WILSON**          represented by   **Scott A.C. Meisler**
*M.D.,; 19−cv−03214−TSC*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**RICHARD VEACH**          represented by   **Denise M. Clark**
*Warden, U.S. Penitentiary Terre Haute*
*(05cv2337); 07cv02145*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**LISA MARIE MONTGOMERY**          represented by   **Kelley Henry**
Federal Public Defender TNM
810 Broadway
Ste 200
Nashville, TN 37203
615−736−5047
Email: kelley_henry@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

represented by

**JEFFREY PAUL**
*(05cv2337)*

**Gary E. Proctor**
LAW OFFICES OF GARY E. PROCTOR, LLC
8 E. Mulberry Street
Baltimore, MD 21202
(410) 444–1500
Fax: (443) 836–9162
Email: garyeproctor@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. McGlasson**
MCGLASSON & ASSOCIATES, PC
1024 Clairemont Avenue
Decatur, GA 30030
(404) 314–7664
Fax: (404) 879–0005
Email: rlmcglasson@comcast.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean D. O'Brien**
PUBLIC INTEREST LITIGATION CLINIC
6155 Oak
Suite C
Kansas City, MO 64113
(816) 363–2795
Fax: (816) 363–2799
Email: dplc@dplclinic.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**DUSTIN HIGGS**
*(05cv2337)*

represented by  **Alexander Louis Kursman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devon Erickson Porter**
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
Capital Habeas Unit
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
215–928–0520

Fax: 215–928–0826
Email: devon_porter@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn Nolan**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/15/2019 | | | Minute Entry: Status Conference held on 8/15/2019 before Judge Tanya S. Chutkan: Parties will adhere to the following schedule: Defendants shall file the administrative record on or before August 30, 2019; Plaintiffs shall complete the necessary 30(b)(6) depositions on or before February 28, 2020; and Plaintiffs shall file an amended complaint on or before March 31, 2020. Order forthcoming regarding consolidation of 05–2337; 07–2145; 12–782; and 13–958. (Court Reporter Bryan Wayne) (tb) Modified on 8/19/2019 (lctsc1). (Entered: 08/16/2019)– Entry originally filed in 05cv2337 on 08/15/19.) (Entered: 08/29/2019) |
| 08/20/2019 | 1 | | ORDER: Upon consideration of the parties consent motions and the representations made by the parties at the August 15, 2019 status conference, the court hereby consolidates the four mention cases in the case caption of this order, pursuant to Federal Rule of Civil Procedure 42(a). It is therefore ORDERED that the following cases are to be consolidated into A Master Case File established for the lead case, 05–cv–2337 (TSC), as well as 07–cv–2145 (TSC), 12–cv–0782 (TSC), and 13–cv–0938 (TSC). All filings shall be made solely in the Master Case. SEE ORDER FOR DETAILS. Signed by Judge Tanya S. Chutkan on 8/20/19. (ztd) (Main Document 1 replaced on 8/29/2019) (tb). Modified on 8/29/2019 (DJS). (Entered: 08/27/2019) |
| 08/29/2019 | 2 | | MOTION for Preliminary Injunction by ALFRED BOURGEOIS (Attachments: # 1 Statement of Facts, # 2 Text of Proposed Order)(ztd); (Document originally filed in 12cv782 on 8/19/19) (Entered: 08/29/2019) |
| 08/29/2019 | 3 | | MOTION for Extension of Time to File Response/Reply by ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, HARLEY G. LAPPIN, MICHAEL B. MUKASEY (Attachments: # 1 Text of Proposed Order)(ztd); (Document originally filed in 05cv2337.) (Entered: 08/29/2019) |
| 08/29/2019 | | | MINUTE ORDER: Defendants' consent motion 3 for an extension of time to file a response to Plaintiff Alfred Bourgeois' (12–cv–00782) motion 2 for a preliminary injunction barring the execution of Plaintiff Bourgeois is GRANTED. Defendants shall file their response on or before September 16, 2019. Plaintiff's reply is due within one week of Defendants' response or September 23, 2019, whichever date is earlier. Signed by Judge Tanya S. Chutkan on 8/29/2019. (lctsc1) (Entered: 08/29/2019) |
| 08/30/2019 | 4 | | NOTICE *of Filing Certification of the Administrative Record and the Index of the Administrative Record* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Certified List of the Contents of the Administrative Records)Associated Cases: 1:19–mc–00145–TSC, |

| | | |
|---|---|---|
| | | 1:05–cv–02337–TSC, 1:07–cv–02145–TSC, 1:12–cv–00782–TSC, 1:13–cv–00938–TSC(Clark, Denise) (Entered: 08/30/2019) |
| 09/04/2019 | | Set/Reset Deadlines: Response due by 9/16/2019. Reply due by 9/23/2019. Associated Cases: 1:19–mc–00145–TSC, 1:05–cv–02337–TSC, 1:07–cv–02145–TSC, 1:12–cv–00782–TSC, 1:13–cv–00938–TSC(tb) (Entered: 09/04/2019) |
| 09/05/2019 | 5 | NOTICE of Appearance by Jean Lin on behalf of All Defendants (Lin, Jean) (Entered: 09/05/2019) |
| 09/05/2019 | 6 | Memorandum in opposition to re 2 MOTION for Preliminary Injunction *(This Document Relates to Bourgeois v. Department of Justice, No. 12–0782* filed by KERRY J. FORESTAL, ERIC H. HOLDER, JR, PAUL LAIRD, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER. (Lin, Jean) (Entered: 09/05/2019) |
| 09/05/2019 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Pieter Van Tol, :Firm– Hogan Lovells US LLP, :Address– 390 Madison Avenue New York, NY 10017. Phone No. – (212) 918–3000. Fax No. – (212) 918–3100 Filing fee $ 100, receipt number 0090–6360193. Fee Status: Fee Paid. by DANIEL LEWIS LEE (Attachments: # 1 Declaration of Pieter Van Tol, # 2 Text of Proposed Order, # 3 Certificate of Service)(Hagerty, Elizabeth) (Entered: 09/05/2019) |
| 09/05/2019 | 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– John D. Beck, :Firm– Hogan Lovells US LLP, :Address– 390 Madison Avenue New York, NY 10017. Phone No. – (212) 918–3000. Fax No. – (212) 918–3100 Filing fee $ 100, receipt number 0090–6360222. Fee Status: Fee Paid. by DANIEL LEWIS LEE (Attachments: # 1 Declaration of John D. Beck, # 2 Text of Proposed Order, # 3 Certificate of Service)(Hagerty, Elizabeth) (Entered: 09/05/2019) |
| 09/06/2019 | | MINUTE ORDER: THIS ORDER RELATES TO LEE (19cv2559). Granting 7 8 Motions for Leave to Appear Pro Hac Vice. Pieter Van Tol and John D. Beck are hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff Daniel Lee. Signed by Judge Tanya S. Chutkan on 9/6/19. (DJS) (Entered: 09/06/2019) |
| 09/06/2019 | | MINUTE ORDER: THIS ORDER RELATES TO ALL CASES. The parties are hereby reminded that, pursuant to the cour's Consolidation Order (ECF No. 1 ), when a filing is made that applies solely to ONE CASE, both the document and THE ECF ENTRY must contain a notation indicating that the filing Relates to [insert case NAME and NUMBER]. Documents that do not meet the requirements in the court's order may be STRICKEN sua sponte. Signed by Judge Tanya S. Chutkan on 9/6/19. (DJS) (Entered: 09/06/2019) |
| 09/10/2019 | 9 | NOTICE of Appearance by David Solomon Victorson on behalf of DANIEL LEWIS LEE (Victorson, David) (Entered: 09/10/2019) |
| 09/11/2019 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/11/2019. Answer due for ALL FEDERAL DEFENDANTS by |

| | | | |
|---|---|---|---|
| | | | 11/10/2019. (Hagerty, Elizabeth) (Entered: 09/11/2019) |
| 09/12/2019 | 11 | | REPLY to opposition to motion re (2 in 1:19−mc−00145−TSC) MOTION for Preliminary Injunction *(The filing relates to Bourgeois v. United States Department of Justice, et al., No. 12−cv−0782−TSC)* filed by ALFRED BOURGEOIS. Associated Cases: 1:19−mc−00145−TSC et al.(Kursman, Alexander) (Entered: 09/12/2019) |
| 09/13/2019 | | | MINUTE ORDER: The Court's 8/15/19 Order requiring that the Defendants file the administrative "record" by 8/30/19, is hereby AMENDED to reflect that, pursuant to Local Civil Rule 7(n), Defendants were obligated to file "a certified list of the contents of the administrative record" by 8/30/19. Signed by Judge Tanya S. Chutkan on 9/13/19. (DJS) (Entered: 09/13/2019) |
| 09/13/2019 | 12 | | TRANSCRIPT OF STATUS HEARING before Judge Tanya S. Chutkan held on August 15, 2019, re Consolidated Cases, CV Nos. 05−2337, 07−2145, 12−0782, 13−0938. Page Numbers: 1−22. Date of Issuance: 9/13/19. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/4/2019. Redacted Transcript Deadline set for 10/14/2019. Release of Transcript Restriction set for 12/12/2019.(Wayne, Bryan) (Entered: 09/13/2019) |
| 09/27/2019 | 13 | | MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* by DANIEL LEWIS LEE (Attachments: # 1 Memorandum in Support, # 2 Declaration of Pieter Van Tol, # 3 Exhibit 1 − True and correct copy of a document entitled Addendum to BOP Execution Protocol Federal Death Sentence Implementation Procedures Effective July 25, 2019., # 4 Text of Proposed Order)(Van Tol, Pieter) (Entered: 09/27/2019) |
| 10/01/2019 | 14 | | Joint MOTION for Briefing Schedule as to 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) (This document relates to Lee v. Barr,19−cv−2559)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Lin, Jean) Modified event title on 10/3/2019 (znmw). (Entered: 10/01/2019) |
| 10/01/2019 | | | MINUTE ORDER: The parties' joint motion 14 for an extension of time to file a response and reply to Plaintiff Daniel Lee's (19−cv−02559) motion 13 for a preliminary injunction barring implementation of the new federal lethal |

| | | |
|---|---|---|
| | | injunction protocol is GRANTED. Defendants shall file their response on or before October 18, 2019. Plaintiff's reply is due on or before November 1, 2019. Signed by Judge Tanya S. Chutkan on 10/1/2019. (lctsc1) (Entered: 10/01/2019) |
| 10/01/2019 | | Set/Reset Deadlines: Defendants' Response due by 10/18/2019. Plaintiff's Reply due by 11/1/2019. (zjd) (Entered: 10/03/2019) |
| 10/02/2019 | 15 | NOTICE of Appearance by Amy J. Lentz on behalf of ORLANDO HALL (Lentz, Amy) (Main Document 15 replaced on 10/2/2019) (ztd). (Entered: 10/02/2019) |
| 10/18/2019 | 16 | Memorandum in opposition to re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) (This document relates to Lee v. Barr, 19−cv−2559)* filed by MARK BEZY, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER. (Lin, Jean) (Entered: 10/18/2019) |
| 10/24/2019 | 17 | ENTERED IN ERROR.....NOTICE *of Supplementation to the Administrative Record and Filing of Certification of the Amended Administrative Record and the Amended Index of the Administrative Record* by MARK BEZY, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER re 4 Notice (Other), (Attachments: # 1 Certification and Amended Index to Administrative Record)(Kossak, Jonathan) Modified on 10/25/2019 (zjf). (Entered: 10/24/2019) |
| 10/24/2019 | 18 | MOTION for Leave to File *supplemental briefing in support of Daniel Lewis Lee's Motion for Preliminary Injunction 13 (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)*, MOTION for Leave to File Excess Pages *for a reply brief* by DANIEL LEWIS LEE (Attachments: # 1 Declaration of Pieter Van Tol, # 2 Exhibit 1 – Transcript for August 15, 2019 Hearing before Court, # 3 Exhibit 2 – E−mail exchange between P. Van Tol and counsel for Defendants, October 2, 2019, # 4 Exhibit 3 – E−mail exchange between counsel for Defendants and P. Enzinna, September 25, 2019 and October 1, 2019, # 5 Exhibit 4 – E−mail exchange between P. Van Tol and counsel for Defendants, October 7, 2019 to October 23, 2019, # 6 Text of Proposed Order)(Van Tol, Pieter) (Entered: 10/24/2019) |

| 10/25/2019 | 19 | | RESPONSE re 18 MOTION for Leave to File *supplemental briefing in support of Daniel Lewis Lee's Motion for Preliminary Injunction 13 (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* MOTION for Leave to File Excess Pages *for a reply brief* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Clark, Denise) (Entered: 10/25/2019) |
|---|---|---|---|
| 10/25/2019 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 17 Notice (Other) was entered in error at the request of counsel and will be refiled.(jf) (Entered: 10/25/2019) |
| 10/25/2019 | 20 | | NOTICE *(Corrected) of Supplementation to the Administrative Record and Filing of Certification of the Amended Administrative Record and the Amended Index of the Administrative Record (This filing relates to all cases consolidated in In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, Case No. 19−mc−145)* by MARK BEZY, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER re 4 Notice (Other), (Attachments: # 1 Certification and Amended Index to Administrative Record)(Kossak, Jonathan) (Entered: 10/25/2019) |
| 10/29/2019 | 21 | | NOTICE of Appearance by Jonathan D. Kossak on behalf of All Defendants (Kossak, Jonathan) (Entered: 10/29/2019) |
| 11/01/2019 | | | MINUTE ORDER granting, in part, and denying, in part, 18 Motion to Allow Supplemental Briefing and to Extend Page Limit. Granting with respect to page extension and denying without prejudice until further order of the Court with respect to supplemental briefing. Signed by Judge Tanya S. Chutkan on 11/1/19. (lcdl) (Entered: 11/01/2019) |
| 11/01/2019 | 22 | | REPLY to opposition to motion re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* filed by DANIEL LEWIS LEE. (Van Tol, Pieter) (Entered: 11/01/2019) |
| 11/01/2019 | 23 | | DECLARATION of Pieter Van Tol to 22 . . . .REPLY to opposition to motion re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) Reply Declaration of Pieter Van Tol (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* filed by DANIEL LEWIS LEE. (Attachments: # 1 Exhibit A − Appellants Petition for En Banc Rehearing Death Penalty Case, May 14, 2020, # 2 Exhibit B −E−mail exchange between me and counsel for the Defendants between the period of October 7, 2019 and October 23, 2019, # 3 Exhibit C − Transcript for the conference before the Court on August 15, 2019)(Van Tol, Pieter) Modified text on 11/4/2019 (ztd). (Entered: 11/01/2019) |
| 11/01/2019 | 24 | | |

| | | | |
|---|---|---|---|
| | | | DECLARATION of Gail A. Van Norman, M.D. to 22 . . . . . REPLY to opposition to motion re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) Expert Declaration of Gail A. Van (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) Norman, M.D.* filed by DANIEL LEWIS LEE. (Van Tol, Pieter) Modified text on 11/4/2019 (ztd). (Entered: 11/01/2019) |
| 11/01/2019 | 25 | | DECLARATION of Craig W. Stevens, Ph.D. to 22 . . . . .REPLY to opposition to motion re 13 MOTION for Preliminary Injunction *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC) Expert Declaration of Craig W. Stevens Ph.D. (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* filed by DANIEL LEWIS LEE. (Van Tol, Pieter) Modified text on 11/4/2019 (ztd). (Entered: 11/01/2019) |
| 11/01/2019 | 26 | | Unopposed MOTION to Intervene by DUSTIN LEE HONKEN (Attachments: # 1 Exhibit Complaint, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit)Associated Cases: 1:19−mc−00145−TSC et al.(Schmidt, Amelia) (Entered: 11/01/2019) |
| 11/04/2019 | 27 | | MOTION for Extension of Time to *Respond to Complaint* by UNITED STATES DEPARTMENT OF JUSTICE (Clark, Denise) Modified on 11/5/2019 (ztd). (Entered: 11/04/2019) |
| 11/05/2019 | 28 | | NOTICE of Appearance by Jonathan Jeffress on behalf of DUSTIN LEE HONKEN (Jeffress, Jonathan) (Entered: 11/05/2019) |
| 11/05/2019 | 29 | | MOTION for Preliminary Injunction by DUSTIN LEE HONKEN (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Jeffress, Jonathan) (Entered: 11/05/2019) |
| 11/05/2019 | | | NOTICE OF ERROR re 28 Notice of Appearance; emailed to jjeffress@kaiserdillon.com, cc'd 64 associated attorneys −− The PDF file you docketed contained errors: 1. Counsel must call Attorney Admissions, (202) 354−3110, regarding status. (ztd, ) (Entered: 11/05/2019) |
| 11/05/2019 | 30 | | RESPONSE re 27 MOTION for Extension of Time to File Response/Reply *(This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* filed by DANIEL LEWIS LEE. (Van Tol, Pieter) (Entered: 11/05/2019) |
| 11/05/2019 | 31 | | Consent MOTION for Extension of Time to *Respond to Proposed Plaintiff/Intervenor Honken's Motion for Preliminary Injunction (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* by MARK BEZY, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, THOMAS WEBSTER (Attachments: # 1 Text of Proposed Order)(Kossak, Jonathan) (Entered: 11/05/2019) |

| 11/06/2019 | 32 | | MOTION for Leave to File *the expert declarations of Gail A. Norman, M.D. and Craig W. Stevens, Ph.D. (This filing relates to Lee v. Barr et al., Case No. 19−cv−02559−TSC)* by DANIEL LEWIS LEE (Attachments: # 1 Text of Proposed Order)(Van Tol, Pieter) (Entered: 11/06/2019) |
| 11/07/2019 | 33 | | Joint MOTION for Hearing *(This filing relates to All Cases)* by DANIEL LEWIS LEE (Van Tol, Pieter) (Entered: 11/07/2019) |
| 11/07/2019 | | | MINUTE ORDER denying 33 the parties' motion for a hearing without prejudice until further order of the Court. The Court intends to issue a ruling and/or hold a hearing no later than November 20, 2019. Signed by Judge Tanya S. Chutkan on November 7, 2019. (tsclc2) (Entered: 11/07/2019) |
| 11/08/2019 | | | MINUTE ORDER: Granting 26 Dustin Lee Honkin's Unopposed Motion to Intervene, pursuant to Federal Rule of Civil Procedure 24(b). Denying 31 Consent Motion for Extension of Time to respond to Dustin Lee Honkin's Motion for Preliminary Judgment. Defendant shall file its response by November 12, 2019 at 5pm. Plaintiff's reply brief shall be filed by November 18, 2019 at 12 p.m. The Court will view motions for extension with extreme disfavor. Granting 27 Defendant's Motion for Extension of Time to Respond to Daniel Lewis Lee's Complaint. Defendant's response to the Complaint shall be filed no later than April 30, 2020 at 12 p.m.. Signed by Judge Tanya S. Chutkan on 11/8/2019. (tsclc2) (Entered: 11/08/2019) |
| 11/08/2019 | | | Set/Reset Deadlines/Hearings: Answer due by 4/30/2020. Response due by 11/12/2019. Reply due by 11/18/2019. (tb) (Entered: 11/08/2019) |
| 11/08/2019 | 34 | | MOTION for Preliminary Injunction *Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol,* by WESLEY IRA PURKEY (Attachments: # 1 Text of Proposed Order)(Smith, Arin) (Entered: 11/08/2019) |
| 11/08/2019 | 38 | | Intervenor COMPLAINT filed by DUSTIN LEE HONKEN. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(ztd) (Entered: 11/13/2019) |
| 11/12/2019 | 35 | | NOTICE of Appearance by Ethan Price Davis on behalf of All Defendants (Attachments: # 1 Certificate of Service)(Davis, Ethan) (Entered: 11/12/2019) |
| 11/12/2019 | 36 | | RESPONSE re 29 MOTION for Preliminary Injunction *(This document relates to Lee v. Barr, 19−cv−2559, re Intervenor Plaintiff Honken)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Declaration of Raul Campos)(Lin, Jean) (Entered: 11/12/2019) |
| 11/12/2019 | 37 | | Memorandum in opposition to re 34 MOTION for Preliminary Injunction *Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol, (This document relates to Purkey v. Barr, 19−cv−03214)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 11/12/2019) |
| 11/12/2019 | | | MINUTE ORDER: Defendant shall file the administrative record in its entirety no later than November 14, 2019 at 5pm. Given this order, parties need not jointly prepare the appendix referred to in Local Civil Rule |

| | | |
|---|---|---|
| | | 7(n)(1),(2). Signed by Judge Tanya S. Chutkan on 11/12/19. (tsclc2) (Entered: 11/12/2019) |
| 11/13/2019 | | MINUTE ORDER: This order relates to 19cv3214 (Wesley Purkey). GRANTING Motions for Admission Pro Hac Vice filed in 19cv3214−TSC at ECF Nos. 3 and 4 Alan E. Schoenfeld and Ryan M. Chabot are hereby admitted pro hac vice in this matter on behalf of Wesley Purkey. Signed by Judge Tanya S. Chutkan on 11/13/19. (DJS) Modified on 11/13/2019 (tb). Modified on 11/13/2019 (tb). (Entered: 11/13/2019) |
| 11/13/2019 | | MINUTE ORDER: Counsel are hereby reminded that pursuant to Paragraph 8 of this court's Consolidation Order 1 , when a document is filed that relates to one or more, but not all consolidated cases, the relevant case name(s) and CASE NUMBER(S) must appear in the caption of the document AND on the CM/ECF ENTRY (e.g., This document relates to LEE HONKEN 19−cv−2559). Signed by Judge Tanya S. Chutkan on 11/13/19. (DJS) (Entered: 11/13/2019) |
| 11/13/2019 | 39 | NOTICE *of Filing of the Amended Administrative Record (this filing relates to All Cases)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Amended Administrative Record)(Kossak, Jonathan) (Entered: 11/13/2019) |
| 11/13/2019 | 40 | NOTICE of Appearance− Pro Bono by Charles Frederick Walker on behalf of CORY JOHNSON (Walker, Charles) (Entered: 11/13/2019) |
| 11/13/2019 | 41 | NOTICE of Appearance− Pro Bono by Steven M Albertson on behalf of CORY JOHNSON (Albertson, Steven) (Entered: 11/13/2019) |
| 11/14/2019 | | Set/Reset Deadlines: Administrative Record due by 11/14/2019. (tb) (Entered: 11/14/2019) |
| 11/14/2019 | 42 | NOTICE of Appearance by Alan Burch on behalf of All Defendants (Burch, Alan) (Entered: 11/14/2019) |
| 11/14/2019 | 43 | NOTICE of Appearance by Paul Perkins on behalf of All Defendants (Perkins, Paul) (Entered: 11/14/2019) |
| 11/18/2019 | 44 | REPLY to opposition to motion re (29 in 1:19−mc−00145−TSC) MOTION for Preliminary Injunction filed by DUSTIN LEE HONKEN. (Attachments: # 1 Exhibit)Associated Cases: 1:19−mc−00145−TSC, 1:19−cv−02559−TSC(Jeffress, Jonathan) (Entered: 11/18/2019) |
| 11/18/2019 | 45 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by DUSTIN LEE HONKEN (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Reply to Opposition, # 2 Exhibit Exhibit 1)(Jeffress, Jonathan) (Entered: 11/18/2019) |
| 11/18/2019 | 46 | SEALED MOTION filed by WESLEY IRA PURKEY (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Smith, Arin) (Entered: 11/18/2019) |
| 11/18/2019 | 47 | REPLY to opposition to motion re 34 MOTION for Preliminary Injunction *Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol,* (This document relates to Purkey v. Barr, 19−cv−03214) filed by WESLEY IRA PURKEY. (Attachments: # 1 Exhibit 1)(Smith, Arin) Modified |

| | | | |
|---|---|---|---|
| | | | text on 11/18/2019 at the request of counsel (ztth). (Entered: 11/18/2019) |
| 11/18/2019 | | | MINUTE ORDER: Granting DUSTIN LEE HONKEN's <u>45</u> Sealed Motion for Leave to File Document Under Seal and WESLEY IRA PURKEY's <u>46</u> Sealed Motion for leave to File Document Under Seal. SO ORDERED – by Judge Tanya S. Chutkan on 11/18/19. (tb) (Entered: 11/18/2019) |
| 11/18/2019 | <u>48</u> | | SEALED REPLY TO OPPOSITION filed by DUSTIN LEE HONKEN re <u>29</u> MOTION for Preliminary Injunction (This document is SEALED and only available to authorized persons.) (Attachments: # <u>1</u> Exhibit)(ztd) (Entered: 11/19/2019) |
| 11/18/2019 | <u>49</u> | | SEALED REPLY TO OPPOSITION filed by WESLEY IRA PURKEY re <u>34</u> MOTION for Preliminary Injunction *Barring the Implementation of the Newly Announced Federal Lethal Injection Protocol,* (This document is SEALED and only available to authorized persons.) (Attachments: # <u>1</u> Exhibit)(ztd) (Entered: 11/19/2019) |
| 11/20/2019 | <u>50</u> | | MEMORANDUM AND OPINION regarding Plaintiffs' motions <u>2</u> <u>13</u> <u>29</u> <u>34</u> for preliminary injunction. Signed by Judge Tanya S. Chutkan on 11/20/2019. (tsclc) (Entered: 11/20/2019) |
| 11/20/2019 | <u>51</u> | | ORDER granting <u>2</u> Motion for Preliminary Injunction; granting <u>13</u> Motion for Preliminary Injunction; granting <u>29</u> Motion for Preliminary Injunction; granting <u>34</u> Motion for Preliminary Injunction. Defendants are hereby enjoined from executing Plaintiffs until further order of this court. See Order for additional details. Signed by Judge Tanya S. Chutkan on 11/20/2019. (tsclc) (Entered: 11/20/2019) |
| 11/20/2019 | <u>56</u> | | SEALED DOCUMENT filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (This document is SEALED and only available to authorized persons.)(ztd) (Entered: 11/21/2019) |
| 11/21/2019 | <u>52</u> | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to <u>51</u> Order on Motion for Preliminary Injunction,,,,,,, <u>50</u> Order by UNITED STATES DEPARTMENT OF JUSTICE. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # <u>1</u> November 20, 2019 Order, # <u>2</u> November 20, 2019 Memorandum Opinion)(Lin, Jean) (Entered: 11/21/2019) |
| 11/21/2019 | <u>53</u> | | MOTION to Stay *Preliminary Injunction Pending Appeal (This document relates to Bourgeois v. Dep't of Justice, 12–cv–782, Lee v. Barr, 19–cv–2559, and Purkey v. Barr, 19–cv–3214)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # <u>1</u> Text of Proposed Order)(Lin, Jean) (Entered: 11/21/2019) |

| 11/21/2019 | 54 | | AFFIDAVIT re 53 MOTION to Stay *Preliminary Injunction Pending Appeal (This document relates to Bourgeois v. Dep't of Justice, 12−cv−782, Lee v. Barr, 19−cv−2559, and Purkey v. Barr, 19−cv−3214) (Declaration of Rick Winter)* by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 11/21/2019) |
|---|---|---|---|
| 11/21/2019 | 55 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 52 Notice of Appeal to DC Circuit Court,. (ztd) (Entered: 11/21/2019) |
| 11/22/2019 | 57 | | RESPONSE re 53 MOTION to Stay *Preliminary Injunction Pending Appeal (This document relates to Bourgeois v. Dep't of Justice, 12−cv−782, Lee v. Barr, 19−cv−2559, and Purkey v. Barr, 19−cv−3214)* filed by ALFRED BOURGEOIS, DUSTIN LEE HONKEN, DANIEL LEWIS LEE, WESLEY IRA PURKEY. (Smith, Arin) (Entered: 11/22/2019) |
| 11/22/2019 | | | MINUTE ORDER: Upon consideration of Defendants' 53 Motion to Stay, this court finds that Defendants are not likely to succeed on the merits of their appeal and that the balance of harms does not weigh in favor of a stay. Therefore, Defendants' 53 Motion to Stay is hereby DENIED. Signed by Judge Tanya S. Chutkan on 11/22/2019. (tsclc) (Entered: 11/22/2019) |
| 11/22/2019 | | | USCA Case Number 19−5322 for 52 Notice of Appeal to DC Circuit Court, filed by UNITED STATES DEPARTMENT OF JUSTICE. (zrdj) (Entered: 11/22/2019) |
| 12/03/2019 | 58 | | Supplemental Record on Appeal transmitted to US Court of Appeals re Minute Order on Motion to Stay, ; (ztd) (Entered: 12/03/2019) |
| 12/04/2019 | | | MINUTE ORDER: This order relates to Lee (19cv2559). Denying without prejudice 32 Motion for Leave to File Declarations given that the court did not rely on the declarations in ruling on the motion for preliminary injunction. Signed by Judge Tanya S. Chutkan on 12/04/19. (tsclc2) (Entered: 12/04/2019) |
| 12/04/2019 | | | MINUTE ORDER: Status Conference scheduled for February 6, 2020 at 2:00 PM in Courtroom 9 before Judge Tanya S. Chutkan to discuss discovery, filing a consolidated amended complaint, and a case management plan. Signed by Judge Tanya S. Chutkan on 12/04/19. (tsclc2) (Entered: 12/04/2019) |
| 12/05/2019 | 59 | | NOTICE of Appearance– Pro Bono by Evan D. Miller on behalf of BRUCE WEBSTER (Miller, Evan) (Entered: 12/05/2019) |
| 12/06/2019 | | | Minute Entry: Telephone Conference held on 12/6/2019 before Judge Tanya S. Chutkan. (Court Reporter Bryan Wayne) (tb) (Entered: 12/09/2019) |
| 12/10/2019 | 60 | | NOTICE of Appearance by Scott Wilson Braden on behalf of NORRIS G. HOLDER, JR (Braden, Scott) (Main Document 60 replaced on 12/10/2019) (ztd). (Entered: 12/10/2019) |
| 12/12/2019 | | | MINUTE ORDER: By 4:00 pm on 2/4/20, the parties shall file a joint status report that includes a proposal for moving forward with this case, including potentially filing consolidated pleadings and avoiding repetitious filings. The joint report shall be accompanied by a proposed order. Signed by Judge Tanya S. Chutkan on 12/12/19. (DJS) (Entered: 12/12/2019) |

| 12/13/2019 | 61 | NOTICE of Appearance– Pro Bono by Eric Hernandez on behalf of BRUCE WEBSTER (Hernandez, Eric) (Entered: 12/13/2019) |
| 12/13/2019 | | Set/Reset Deadlines: Joint Status Report due by 2/4/2020. (tb) (Entered: 12/13/2019) |
| 12/14/2019 | 62 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Andrew Moshos, Filing fee $ 100, receipt number ADCDC–6646229. Fee Status: Fee Paid. by NORRIS G. HOLDER, JR (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Braden, Scott) (Entered: 12/14/2019) |
| 12/14/2019 | 63 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Stephen Kraftschik, Filing fee $ 100, receipt number ADCDC–6646230. Fee Status: Fee Paid. by NORRIS G. HOLDER, JR (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Braden, Scott) (Entered: 12/14/2019) |
| 12/14/2019 | 64 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jennifer Ying, Filing fee $ 100, receipt number ADCDC–6646233. Fee Status: Fee Paid. by NORRIS G. HOLDER, JR (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Braden, Scott) (Entered: 12/14/2019) |
| 12/23/2019 | | MINUTE ORDER: Granting 62 63 64 Motions for Leave to Appear Pro Hac Vice. Andrew Moshos, Stephen Kraftschik and Jennifer Ying are hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff Norris Holder (19–cv–3570). **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**; granting 63 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**; granting 64 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 12/23/19. (DJS) (Entered: 12/23/2019) |
| 12/26/2019 | 65 | NOTICE of Appearance by Stephen J. Kraftschik on behalf of NORRIS G. HOLDER, JR(19–cv–03520–TSC) (Kraftschik, Stephen) (Entered: 12/26/2019) |
| 12/26/2019 | 66 | NOTICE of Appearance by Jennifer Ying on behalf of NORRIS G. HOLDER, JR(19–cv–03520–TSC) (Ying, Jennifer) (Entered: 12/26/2019) |
| 12/26/2019 | 67 | NOTICE of Appearance by Andrew Moshos on behalf of NORRIS G. HOLDER, JR(19–cv–03520–TSC) (Moshos, Andrew) (Entered: 12/26/2019) |
| 01/02/2020 | 68 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DANIEL LEWIS LEE. Attorney Elizabeth Hagerty terminated. (Hagerty, Elizabeth) (Entered: 01/02/2020) |
| 01/14/2020 | 69 | NOTICE of Second Supplement to Administrative Record by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY (Attachments: # 1 Campos |

| | | | |
|---|---|---|---|
| | | | Declaration and Corrected Page of Administrative Record, # 2 Certification of Second Amended Index of Administrative Record)(Burch, Alan) (Entered: 01/14/2020) |
| 01/16/2020 | | | Set/Reset Hearings: Status Conference set for 02/06/2020 has been RESCHEDULED to 2/12/2020 at 11:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 01/16/2020) |
| 01/22/2020 | 70 | | NOTICE *of Filing Under Seal Video of Rule 30(b)(6) deposition of US Marshals Service* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 01/22/2020) |
| 01/30/2020 | 71 | | NOTICE *of Filing Under Seal Video of Rule 30(b)(6) deposition of the Office of the Attorney General* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD (Burch, Alan) (Entered: 01/30/2020) |
| 01/31/2020 | 72 | | Unopposed MOTION for Extension of Time to File *Joint Status Report* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 01/31/2020) |
| 01/31/2020 | 73 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Stephanie Simon, Filing fee $ 100, receipt number ADCDC–6786976. Fee Status: Fee Paid. by WESLEY IRA PURKEY (Attachments: # 1 Declaration of Stephanie Simon, # 2 Text of Proposed Order)(Smith, Arin) (Entered: 01/31/2020) |
| 02/03/2020 | | | MINUTE ORDER granting 72 Unopposed Motion for Extension. Joint Status Report is now due by February 10, 2020 at 4PM. Signed by Judge Tanya S. Chutkan on 2/3/2020. (lcdl) (Entered: 02/03/2020) |
| 02/04/2020 | 74 | | NOTICE of Appearance by Andres C. Salinas on behalf of WESLEY IRA PURKEY (Salinas, Andres) (Entered: 02/04/2020) |
| 02/04/2020 | | | Set/Reset Deadlines: Joint Status Report due by 2/10/2020. (tb) (Entered: 02/04/2020) |

| 02/05/2020 | 75 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Norman Anderson, Fee Status: No Fee Paid. by DUSTIN LEE HONKEN (Attachments: # 1 Declaration, # 2 Text of Proposed Order)Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC(Jeffress, Jonathan) (Entered: 02/05/2020) |
|---|---|---|---|
| 02/07/2020 | | | MINUTE ORDER: Denying without prejudice 73 Motion for Admission Pro Hac Vice for failing to fully comply with Local Civil Rule 83.2(d)(6). Affiants with offices located outside of the District of Columbia are still required to provide sufficient information for the court to determine "whether the affiant engages in the practice of law from an office located in the District of Columbia." Signed by Judge Tanya S. Chutkan on 2/7/2020. (DJS) (Entered: 02/07/2020) |
| 02/07/2020 | | | MINUTE ORDER: Granting in part and denying in part 75 Motion for Admission Pro Hac Vice. Norman Anderson may be heard in open court on behalf of Defendant HONKEN, but may not file papers in this court. See Local Civil Rule 83.2(c)(2) ("An attorney who engages in the practice of law from an office located in the District of Columbia must be a member of the District of Columbia Bar AND the Bar of this Court to file papers in this Court."). **Counsel should register for ECF via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 2/7/2020. (DJS) (Entered: 02/07/2020) |
| 02/10/2020 | 76 | | Joint STATUS REPORT by DANIEL LEWIS LEE. (Attachments: # 1 Text of Proposed Order)(Van Tol, Pieter) (Entered: 02/10/2020) |
| 02/10/2020 | 77 | | Unopposed MOTION for Leave to Appear by Telephone *at the February 12, 2020 Status Conference* by JULIUS ROBINSON (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC(Aminoff, Jonathan) (Entered: 02/10/2020) |
| 02/11/2020 | | | MINUTE ORDER granting 77 Motion for Leave to Appear by Telephone. Jonathan Aminoff, counsel for Julius Robinson, may appear at the 2/2/2020 status conference via telephone. Counsel shall contact Courtroom Deputy Tim Bradley at least two hours prior to the call for dial–in instructions. Signed by Judge Tanya S. Chutkan on 2/11/2020. (DJS) (Entered: 02/11/2020) |
| 02/11/2020 | | | MINUTE ORDER: Counsel are hereby reminded to familiarize themselves with court's Consolidation order 1 , which provides that "Any pleading or paper filed relating to any of the Federal Bureau of Prisons' Execution Protocol Cases must be filed ONLY in the Master Case File," which means you MUST CHECK "NO" WHEN ASKED "Do you want to spread this docket entry?". Signed by Judge Tanya S. Chutkan on 2/11/2020. (DJS) (Entered: 02/11/2020) |
| 02/12/2020 | 78 | | NOTICE of Appearance by Shawn Nolan on behalf of DUSTIN LEE HONKEN (Nolan, Shawn) (Entered: 02/12/2020) |
| 02/12/2020 | 79 | | NOTICE of Appearance by Shawn Nolan on behalf of CHADRICK EVAN FULKS (Nolan, Shawn) (Entered: 02/12/2020) |
| 02/12/2020 | | | Minute Entry: Status Conference held on 2/12/2020 before Judge Tanya S. Chutkan: Scheduling Order forthcoming. (Court Reporter Bryan Wayne) (tb) (Entered: 02/13/2020) |

| 02/14/2020 | 80 | NOTICE OF WITHDRAWAL OF APPEARANCE as to NORRIS G. HOLDER, JR. Attorney Stephen J. Kraftschik terminated. Associated Cases: 1:19−mc−00145−TSC, 1:19−cv−03520−TSC(Kraftschik, Stephen) (Entered: 02/14/2020) |
|---|---|---|
| 02/19/2020 | 81 | ORDER: Having considered the parties' joint status report 76 , it is ordered that the parties shall adhere to the following deadlines: Plaintiffs' consolidated amended complaint due March 31, 2020. Defendants' dispositive motion due June 1, 2020. Plaintiffs' combined opposition/or cross motion due August 3, 2020. Defendants' combined reply /opposition due September 14, 2020. Plaintiffs' reply, if any, due October 5, 2020. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file a joint case management plan 15 days after resolution of the dispositive motion, if necessary. Signed by Judge Tanya S. Chutkan on 02/19/20. (lcdl) (Entered: 02/19/2020) |
| 02/19/2020 |  | Set/Reset Deadlines: Amended Pleadings due by 3/31/2020. Cross Motion/due by 8/3/2020. Response to Cross Motion due by 9/14/2020. Reply to Cross Motion due by 10/5/2020. Dispositive Motion due by 6/1/2020. Response to Dispositive Motion due by 8/3/2020. Reply to Dispositive Motion due by 9/14/2020. Associated Cases: 1:19−mc−00145−TSC, 1:19−cv−03520−TSC(tb) (Entered: 02/19/2020) |
| 02/20/2020 | 82 | NOTICE *of Filing Under Seal of Rule 30(b)(6) deposition of Drug Enforcement Administration* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 02/20/2020) |
| 02/21/2020 | 83 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jeffery Lyons, Filing fee $ 100, receipt number ADCDC−6851362. Fee Status: Fee Paid. by NORRIS G. HOLDER, JR (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Braden, Scott) (Entered: 02/21/2020) |
| 02/24/2020 |  | MINUTE ORDER: Granting 83 Motion for Leave to Appear Pro Hac Vice. Jeffery Lyons is hereby admitted pro hac vice to appear in this matter on behalf Plaintiff NORRIS G. HOLDER, JR. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 2/24/2020. (DJS) (Entered: 02/24/2020) |
| 02/27/2020 | 84 | NOTICE OF WITHDRAWAL OF APPEARANCE as to BRUCE WEBSTER. Attorney Eric Hernandez terminated. Associated Cases: 1:19−mc−00145−TSC, 1:19−cv−03520−TSC(Hernandez, Eric) (Entered: 02/27/2020) |
| 03/02/2020 | 85 | NOTICE of Appearance by Jeffrey Lyons on behalf of NORRIS G. HOLDER, JR (Lyons, Jeffrey) (Entered: 03/02/2020) |

| 03/03/2020 | 86 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to WESLEY IRA PURKEY. Attorney Arin Hillary Smith terminated. (Smith, Arin) (Entered: 03/03/2020) |
|---|---|---|---|
| 03/17/2020 | 87 | | Consent MOTION for Extension of Time to File *Consolidated Amended Complaint and Dispositive Motion Papers* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 03/17/2020) |
| 03/18/2020 | | | MINUTE ORDER granting 87 Joint Motion to Extend Time. The schedule adopted in ECF No. 81 is hereby VACATED. The parties shall adhere to the following deadlines: Plaintiff's Consolidated Amended Complaint due June 1, 2020; Defendant's dispositive motion due July 31, 2020; Plaintiff's combined opposition and/or cross motion due September 28, 2020; Defendant's combined reply and/or cross opposition due November 13, 2020; Plaintiff's cross reply (if any) due December 4, 2020. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file a joint case management plan 15 days after resolution of the dispositive motion, if necessary. Signed by Judge Tanya S. Chutkan on 3/18/2020. (lcdl) (Entered: 03/18/2020) |
| 03/27/2020 | 88 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to NORRIS G. HOLDER, JR. Attorney Jeffrey Lyons terminated. (Lyons, Jeffrey) (Entered: 03/27/2020) |
| 04/07/2020 | 89 | | NOTICE of Appearance by Jennifer M. Moreno on behalf of KEITH NELSON (Moreno, Jennifer) (Entered: 04/07/2020) |
| 05/14/2020 | 90 | | NOTICE *of Filing Under Seal Video of 30(b)(6) continuation deposition of Federal Bureau of Prisons* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, DUSTIN LEE HONKEN, IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2145)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 05/14/2020) |
| 06/01/2020 | 91 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by WESLEY IRA PURKEY (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Proposed Sealed Complaint, # 2 Text of Proposed Order)(Schoenfeld, Alan) (Entered: |

| | | | 06/01/2020) |
|---|---|---|---|
| 06/01/2020 | 92 | | AMENDED COMPLAINT *(Redacted)* against WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER filed by WESLEY IRA PURKEY.(Schoenfeld, Alan) (Entered: 06/01/2020) |
| 06/01/2020 | 93 | | ENTERED IN ERROR. . . . .AMENDED COMPLAINT *Supplemental* against WILLIAM P. BARR filed by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Declaration of Dr. Arthur Grant)(Braden, Scott) Modified on 6/2/2020 (ztd). (Entered: 06/01/2020) |
| 06/01/2020 | 94 | | SUPPLEMENT TO 92 AMENDED COMPLAINT *Supplemental–Corrected* against WILLIAM P. BARR filed by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Declaration of Dr. Arthur Grant)(Braden, Scott) Modified on 6/2/2020 (ztd). (Entered: 06/01/2020) |
| 06/01/2020 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 93 Amended Complaint was entered in error and counsel refiled said pleading as docket entry no. 94 . (ztd) (Entered: 06/02/2020) |
| 06/07/2020 | 95 | | NOTICE of Appearance by Cristen Cori Handley on behalf of All Defendants (Handley, Cristen) (Entered: 06/07/2020) |
| 06/08/2020 | 96 | | NOTICE of Appearance by Dale Andrew Baich on behalf of KEITH NELSON (Baich, Dale) (Entered: 06/08/2020) |
| 06/08/2020 | 97 | | NOTICE *of Third Supplement to Administrative Record* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Attachments: # 1 Certified Index of Administrative Record, # 2 Bates Pages 1075–85)(Burch, Alan) (Entered: 06/08/2020) |
| 06/12/2020 | 98 | | MANDATE of USCA as to 52 Notice of Appeal to DC Circuit Court, filed by UNITED STATES DEPARTMENT OF JUSTICE ; USCA Case Number 19–5322. (Attachments: # 1 USCA Judgment)(zrdj) (Entered: 06/15/2020) |
| 06/15/2020 | 99 | | NOTICE *Regarding Execution Dates* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN |

| | | |
|---|---|---|
| | | R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 06/15/2020) |
| 06/18/2020 | 100 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Danielle Desaulniers Stempel, Filing fee $ 100, receipt number ADCDC−7243866. Fee Status: Fee Paid. by DANIEL LEWIS LEE (Attachments: # 1 Declaration of Danielle Desaulniers Stempel, # 2 Text of Proposed Order, # 3 Certificate of Service)(Victorson, David) (Entered: 06/18/2020) |
| 06/19/2020 | 101 | MOTION to Strike 99 Notice (Other),, by KEITH NELSON (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Clune, Kathryn) (Entered: 06/19/2020) |
| 06/19/2020 | | MINUTE ORDER: Granting 5 Motion for Leave to Appear Pro Hac Vice. Danielle Desaulniers Stempel is hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff DANIEL LEWIS LEE. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions.** Signed by Judge Tanya S. Chutkan on 6/19/2020. (DJS) (Entered: 06/19/2020) |
| 06/19/2020 | 102 | MOTION for Preliminary Injunction by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Declaration of Alan E. Schoenfeld, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Text of Proposed Order)(Schoenfeld, Alan) (Entered: 06/19/2020) |
| 06/19/2020 | 103 | WITHDRAWN PURSUANT TO DOCKET ENTRY NO. 194 . . . . .SUPPLEMENTAL MEMORANDUM re 102 MOTION for Preliminary Injunction filed by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY, DANIEL LEWIS LEE by DANIEL LEWIS LEE. (Attachments: # 1 Exhibit A−Arkansas Lethal Injection Procedure, # 2 Certificate of Service)(Van Tol, Pieter) Modified event title on 6/23/2020 (znmw). Modified on 8/17/2020 (ztd). (Entered: 06/19/2020) |
| 06/19/2020 | 104 | MOTION for Discovery *Expedited* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Exhibit 1−Plaintiffs First Set of Interrogatories to Defendants, # 2 Exhibit 2−E−mail Correspondence, # 3 Text of Proposed Order, # 4 Certificate of Service)(Van Tol, Pieter) (Entered: 06/19/2020) |
| 06/19/2020 | 105 | ENTERED IN ERROR. . . . .MOTION to Expedite *THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Text of Proposed Order)(Schoenfeld, Alan) Modified on 6/22/2020 (ztd). (Entered: 06/19/2020) |
| 06/19/2020 | | NOTICE OF CORRECTED DOCKET ENTRY: re 105 MOTION to Expedite *THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr,* |

| | | |
|---|---|---|
| | | *19−cv−3214, and Nelson v. Barr, 20−cv−557* was entered in error and counsel refiled said pleading as docket entry no. <u>106</u> . (ztd) (Entered: 06/22/2020) |
| 06/20/2020 | | MINUTE ORDER: Defendants shall file any oppositions to Plaintiffs' <u>101</u> , <u>102</u> , <u>103</u> , <u>104</u> , and <u>105</u> no later than June 25, 2020. The opposition to each motion shall be filed separately, rather than as an omnibus opposition. Plaintiffs shall file any replies no later than June 29, 2020. The replies in support of each motion shall be filed separately, rather than as an omnibus reply. Signed by Judge Tanya S. Chutkan on 6/20/2020. (lcd) (Entered: 06/20/2020) |
| 06/20/2020 | <u>106</u> | MOTION to Expedite *(Corrected) (THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557)* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # <u>1</u> Text of Proposed Order)(Schoenfeld, Alan) (Entered: 06/20/2020) |
| 06/23/2020 | | Set/Reset Deadlines: Responses due by 6/25/2020. Replies due by 6/29/2020. (tb) (Entered: 06/23/2020) |
| 06/25/2020 | <u>107</u> | Memorandum in opposition to re <u>104</u> MOTION for Discovery *Expedited* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 06/25/2020) |
| 06/25/2020 | <u>108</u> | Memorandum in opposition to re <u>106</u> MOTION to Expedite *(Corrected) (THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557)* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 06/25/2020) |
| 06/25/2020 | <u>109</u> | Memorandum in opposition to re <u>101</u> MOTION to Strike <u>99</u> Notice (Other),, filed by WILLIAM P. BARR, ANTHONY BATTLE, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN |

| | | | |
|---|---|---|---|
| | | | TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Attachments: # 1 Declaration of Kevin Pistro)(Burch, Alan) (Entered: 06/25/2020) |
| 06/25/2020 | 110 | | RESPONSE re 103 Memorandum, filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Handley, Cristen) (Entered: 06/25/2020) |
| 06/25/2020 | 111 | | RESPONSE re 102 MOTION for Preliminary Injunction *(this filing relates to Lee v. Barr, 19cv2559, Purkey v. Barr, 19cv3214, Nelson v. Barr, 20cv557)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit A (book excerp), # 2 Exhibit Winter Decl. Excerp, # 3 Affidavit Declaration of Tom Watson, # 4 Affidavit Declaration of Joseph Antognini, MD)(Lin, Jean) (Entered: 06/25/2020) |
| 06/26/2020 | 112 | | NOTICE of Appearance by Danielle Desaulniers Stempel on behalf of DANIEL LEWIS LEE (Attachments: # 1 Certificate of Service)(Stempel, Danielle) (Entered: 06/26/2020) |
| 06/26/2020 | 113 | | NOTICE *of Correction (and Corrected Brief)* by UNITED STATES DEPARTMENT OF JUSTICE re 111 Response to motion, (Attachments: # 1 Errata CORRECTED Defendants' Opposition to Plaintiffs Lee, Honken, Purkery and Nelson's Motion for a Preliminary Injunction)(Lin, Jean) (Entered: 06/26/2020) |
| 06/29/2020 | 114 | | REPLY to opposition to motion re (101 in 1:19–mc–00145–TSC) MOTION to Strike (99) Notice (Other),, filed by KEITH NELSON. Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn) (Entered: 06/29/2020) |
| 06/29/2020 | 115 | | REPLY re 102 , 103 *in Support of Supplemental Memorandum in Support of Motion for a Preliminary Injunction* filed by DANIEL LEWIS LEE. (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) Modified linkage on 6/30/2020 (ztd). (Entered: 06/29/2020) |
| 06/29/2020 | 116 | | REPLY re 106 *in Further Support of Motion for Expedited Discovery* filed by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (Attachments: # 1 Exhibit A – OIRA Conclusion of EO 12866 Regulatory Review, # 2 Exhibit B – Exec. Order No. 12,866, # 3 Certificate of Service)(Van Tol, Pieter) Modified linkage on 6/30/2020 (ztd). (Entered: 06/29/2020) |
| 06/29/2020 | 117 | | MOTION for Leave to File *Supplemental Expert Declaration THIS DOCUMENT RELATES TO: Lee v. Barr, 19–cv–2559, Purkey v. Barr, 19–cv–3214, and Nelson v. Barr, 20–cv–557* by DUSTIN LEE HONKEN, |

| | | |
|---|---|---|
| | | DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Exhibit 1 – Supplemental Expert Declaration of Gail A. Van Norman, M.D., # 2 Text of Proposed Order)(Schoenfeld, Alan) (Entered: 06/29/2020) |
| 06/29/2020 | 118 | REPLY to opposition to motion re 102 MOTION for Preliminary Injunction *(THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557)* filed by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (Schoenfeld, Alan) (Entered: 06/29/2020) |
| 06/29/2020 | 119 | REPLY to opposition to motion re 106 MOTION to Expedite *(Corrected)* *(THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557) (THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557)* filed by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (Schoenfeld, Alan) (Entered: 06/29/2020) |
| 06/30/2020 | 120 | RESPONSE re 117 MOTION for Leave to File *Supplemental Expert Declaration THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit A−Proposed Surreply, # 2 Declaration Supplemental Declaration of Dr. Joseh F. Antognini, # 3 Text of Proposed Order)(Lin, Jean) (Entered: 06/30/2020) |
| 06/30/2020 | 121 | Consent MOTION for Leave to File *Surreply and Supplemental Declaration of Dr. Joseph F. Antognini, in opposition to Plaintiffs' Motion for Preliminary Injunction (This filing relates to Lee v. Barr, 19cv2559, Purkey v. Barr, 19cv3214, and Nelson v. Barr, 20cv557)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Exhibit A−Proposed Surreply, # 2 Exhibit A−1 Supplemental Declaration of Dr. Joseh F. Antognini, # 3 Text of Proposed Order)(Lin, Jean) (Entered: 06/30/2020) |
| 06/30/2020 | 122 | NOTICE *of Correction* by UNITED STATES DEPARTMENT OF JUSTICE re 120 Response to motion, 121 Consent MOTION for Leave to File *Surreply and Supplemental Declaration of Dr. Joseph F. Antognini, in opposition to Plaintiffs' Motion for Preliminary Injunction (This filing relates to Lee v. Barr, 19cv2559, Purkey v. Barr, 19cv3214, and Nelso (Attachments: # 1 Corrected Proposed Surreply, # 2 Corrected Supplemental Declaration of Dr. Joseph F. Antognini)(Lin, Jean) (Entered: 06/30/2020)* |
| 07/01/2020 | | MINUTE ORDER: It is hereby ORDERED that Plaintiff' 117 Motion for Leave to File is GRANTED. Plaintiffs' filing of the supplemental expert declaration of Dr. Gail A. Van Norman is deemed properly filed and, accordingly, the court may consider this declaration in connection with Plaintiff' Motion for a Preliminary Injunction. It is further ORDERED that 121 Consent Motion for Leave to File is GRANTED. The Clerk of the Court shall docket Defendants' proposed surreply and supplemental declaration, the corrected version of which Defendants attached to 122 Notice of Correction.. Signed by Judge Tanya S. Chutkan on 7/1/2020. (lcdl) (Entered: 07/01/2020) |
| 07/01/2020 | 123 | AFFIDAVIT Supplemental Expert Declaration of Gail A. Van Norman, M.D., by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, |

| | | | |
|---|---|---|---|
| | | | WESLEY IRA PURKEY. (ztd) (Entered: 07/01/2020) |
| 07/01/2020 | 124 | | SURREPLY to re 117 MOTION for Leave to File *Supplemental Expert Declaration THIS DOCUMENT RELATES TO: Lee v. Barr, 19−cv−2559, Purkey v. Barr, 19−cv−3214, and Nelson v. Barr, 20−cv−557* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Declaration Supplemental Declaration of Dr. Joseh F. Antognini)(ztd) (Main Document 124 replaced on 7/1/2020) (ztd). (Attachment 1 replaced on 7/1/2020) (ztd). (Entered: 07/01/2020) |
| 07/02/2020 | 125 | | NOTICE by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY re 116 Reply to Document, 104 MOTION for Discovery *Expedited* (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) (Entered: 07/02/2020) |
| 07/03/2020 | 126 | | NOTICE *of Supplemental Authority. (THIS DOCUMENT RELATES TO: Purkey v. Barr, 19−cv−3214 )* by WESLEY IRA PURKEY (Attachments: # 1 Exhibit A)(Schoenfeld, Alan) (Entered: 07/03/2020) |
| 07/03/2020 | 127 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07−cv−02145−TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07−cv−02145−TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. Attorney Ethan Price Davis terminated. (Attachments: # 1 Certificate of Service)(Davis, Ethan) (Entered: 07/03/2020) |
| 07/06/2020 | | | MINUTE ORDER: Plaintiff's Unopposed Motion 91 to File Document Under Seal is hereby GRANTED. The Clerk of the Court is requested to file under seal Plaintiffs Amended Complaint (Exhibit 1). SO ORDERED by Judge Tanya S. Chutkan on 07/06/2020. (tb) (Entered: 07/06/2020) |
| 07/10/2020 | 129 | | NOTICE OF SUPPLEMENTAL AUTHORITY by DANIEL LEWIS LEE (Attachments: # 1 Exhibit A – Peterson v. Barr Order Granting Pls.' Motion for Prelim. Inj., # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/10/2020) |
| 07/10/2020 | | | MINUTE ORDER: Telephone Status Conference scheduled for July 11, 2020 at 1 PM. Signed by Judge Tanya S. Chutkan on 7/10/2020. (lcdl) (Entered: 07/10/2020) |
| 07/11/2020 | | | Set/Reset Hearings: Telephone Conference set for 7/11/2020 at 01:00 PM in Telephonic/VTC before Judge Tanya S. Chutkan. (lcdl) (Entered: 07/11/2020) |
| 07/11/2020 | | | Minute Entry: Telephone Conference held on 7/11/2020 before Judge Tanya S. Chutkan: The parties informed the Court of the posture of pending executions. (Court Reporter Bryan Wayne) (tb) (Entered: 07/11/2020) |

| | | | |
|---|---|---|---|
| 07/11/2020 | 130 | | TRANSCRIPT OF 7/11/20 TELEPHONE CONFERENCE before Judge Tanya S. Chutkan held on July 11, 2020; Page Numbers: 1–14. Date of Issuance: 7/11/2020. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form at www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 8/1/2020. Redacted Transcript Deadline set for 8/11/2020. Release of Transcript Restriction set for 10/9/2020.(Wayne, Bryan) (Entered: 07/11/2020) |
| 07/12/2020 | 131 | | NOTICE OF SUPPLEMENTAL AUTHORITY by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Exhibit Hartkemeyer v. Barr – Declaration of Rick Winter, # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/12/2020) |
| 07/12/2020 | 132 | | NOTICE *(Corrected) of Supplemental Authority* by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Exhibit Exhibit Hartkemeyer v. Barr – Declaration of Rick Winter, # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/12/2020) |
| 07/12/2020 | 133 | | NOTICE by DANIEL LEWIS LEE (Attachments: # 1 Exhibit A – Peterson v. Barr Filed Opinion (No. 20–2252), # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/12/2020) |
| 07/12/2020 | 134 | | RESPONSE re 133 Notice (Other), 132 Notice (Other), *(this filing relates to Lee v. Barr et al. (No. 19–cv–2559), Purkey v. Barr et al. (No. 19–cv–03214), and Nelson v. Barr (No. 20–cv–557))* filed by WILLIAM P. BARR, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Handley, Cristen) (Entered: 07/12/2020) |
| 07/13/2020 | 135 | | MEMORANDUM AND OPINION regarding Plaintiffs' 102 motion for preliminary injunction. Signed by Judge Tanya S. Chutkan on 7/13/2020. (lcdl) (Entered: 07/13/2020) |
| 07/13/2020 | 136 | | ORDER granting Plaintiffs' 102 Motion for Preliminary Injunction. Defendants are hereby enjoined from executing Plaintiffs until further order of |

| | | | |
|---|---|---|---|
| | | | this court. See Order for details. Signed by Judge Tanya S. Chutkan on 7/13/2020. (lcdl) (Entered: 07/13/2020) |
| 07/13/2020 | 137 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 135 Memorandum & Opinion, 136 Order on Motion for Preliminary Injunction by MICHELE LEONHART, JOHN F. CARAWAY, JEFFREY E. KRUEGER, CHADRICK EVAN FULKS, UNITED STATES DEPARTMENT OF JUSTICE, JOSEPH MCCLAIN, ERIC H. HOLDER, JR, CHARLES E. SAMUELS, JR, WILLIAM P. BARR, NEWTON E. KENDIG, II, MARK BEZY, KERRY J. FORESTAL, NICOLE ENGLISH, PAUL LAIRD, THOMAS WEBSTER, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), UTTAM DHILLON, ALAN R. DOERHOFF, HARLEY G. LAPPIN, JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), CHARLES L. LOCKETT, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), MICHAEL B. MUKASEY, T. J. WATSON, KAREN TANDY(07–cv–02145–TSC), RADM CHRIS A. BINA. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit District Court Opinion, # 2 Exhibit District Court Order)(Handley, Cristen) (Entered: 07/13/2020) |
| 07/13/2020 | 138 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 137 Notice of Appeal to DC Circuit Court,,,. (ztd) (Entered: 07/13/2020) |
| 07/13/2020 | 139 | | MOTION to Stay re 136 Order on Motion for Preliminary Injunction, 135 Memorandum & Opinion *(this filing relates to Lee v. Barr et al. (No. 19–cv–2559), Purkey v. Barr et al. (No. 19–cv–03214), and Nelson v. Barr (No. 20–cv–557))* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Attachments: # 1 Declaration Declaration of Rick Winter)(Handley, Cristen) (Entered: 07/13/2020) |
| 07/13/2020 | 140 | | Memorandum in opposition to re 139 MOTION to Stay re 136 Order on Motion for Preliminary Injunction, 135 Memorandum & Opinion *(this filing relates to Lee v. Barr et al. (No. 19–cv–2559), Purkey v. Barr et al. (No. 19–cv–03214), and Nelson v. Barr (No. 20–cv–557))* filed by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY. (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) (Entered: 07/13/2020) |
| 07/13/2020 | | | MINUTE ORDER: Upon consideration of Defendants' 139 Motion to Stay, |

| | | | |
|---|---|---|---|
| | | | this court finds that Defendants are not likely to succeed on the merits of their appeal and that the balance of harms does not weigh in favor of a stay. Therefore, Defendants' 139 Motion to Stay is hereby DENIED. Signed by Judge Tanya S. Chutkan on 7/13/2020. (lcdl) (Entered: 07/13/2020) |
| 07/13/2020 | | | USCA Case Number 20–5199 for 137 Notice of Appeal to DC Circuit Court,,, filed by MICHAEL B. MUKASEY, CHARLES L. LOCKETT, JOHN DOES, T. J. WATSON, KERRY J. FORESTAL, THOMAS WEBSTER, ERIC H. HOLDER, JR., MARK BEZY, CHADRICK EVAN FULKS, NICOLE ENGLISH, CHARLES E. SAMUELS, JR., MICHELE LEONHART, RADM CHRIS A. BINA, KAREN TANDY, UNITED STATES DEPARTMENT OF JUSTICE, NEWTON E. KENDIG, II, JOHN F. CARAWAY, PAUL LAIRD, JOSEPH MCCLAIN, JEFFREY E. KRUEGER, WILLIAM P. BARR, ALAN R. DOERHOFF, UTTAM DHILLON, HARLEY G. LAPPIN. (zrdj) (Entered: 07/13/2020) |
| 07/13/2020 | 141 | | NOTICE by DUSTIN LEE HONKEN, DANIEL LEWIS LEE, KEITH NELSON, WESLEY IRA PURKEY (Attachments: # 1 Exhibit A – No. 20–5199 Order, # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/13/2020) |
| 07/13/2020 | 142 | | NOTICE by DANIEL LEWIS LEE (Attachments: # 1 Exhibit A – Letter from Counsel Pieter Van Tol, # 2 Certificate of Service)(Van Tol, Pieter) (Entered: 07/13/2020) |
| 07/14/2020 | 143 | | WITHDRAWN PURSUANT TO DOCKET ENTRY NO. 194 . . . . .Emergency MOTION for Order *on Pending Claim and Motion* by DANIEL LEWIS LEE (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) Modified on 8/17/2020 (ztd). (Entered: 07/14/2020) |
| 07/14/2020 | 144 | | MOTION for Order *(Emergency Notice Requesting Ruling on Pending Motion), re 102 , [THIS DOCUMENT RELATES TO: Lee v. Barr, 19–cv–2559, Purkey v. Barr, 19–cv–3214, and Nelson v. Barr, 20–cv–557]* by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY (Schoenfeld, Alan) Modified event and text on 7/14/2020 (ztd). (Entered: 07/14/2020) |
| 07/15/2020 | 145 | | MEMORANDUM AND OPINION regarding Plaintiffs' 102 motion for preliminary injunction and Plaintiffs' 144 Motion for Order. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 146 | | ORDER granting Plaintiffs' 102 Motion for Preliminary Injunction and granting Plaintiffs' 144 Motion for Order. Defendants are HEREBY ENJOINED from executing Plaintiffs until further order of this court. See Order for details. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 147 | | NOTICE OF APPEAL TO DC CIRCUIT COURT by MICHELE LEONHART, JOHN F. CARAWAY, JEFFREY E. KRUEGER, CHADRICK EVAN FULKS, UNITED STATES DEPARTMENT OF JUSTICE, JOSEPH MCCLAIN, ERIC H. HOLDER, JR, CHARLES E. SAMUELS, JR, WILLIAM P. BARR, NEWTON E. KENDIG, II, MARK BEZY, KERRY J. FORESTAL, NICOLE ENGLISH, PAUL LAIRD, THOMAS WEBSTER, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), UTTAM DHILLON, ALAN R. DOERHOFF, HARLEY |

| | | |
|---|---|---|
| | | G. LAPPIN, JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), CHARLES L. LOCKETT, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), MICHAEL B. MUKASEY, T. J. WATSON, KAREN TANDY(07–cv–02145–TSC), RADM CHRIS A. BINA. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit District Court Opinion, # 2 Exhibit District Court Order)(Handley, Cristen) (Entered: 07/15/2020) |
| 07/15/2020 | 148 | MOTION to Stay *(this filing relates to Lee v. Barr et al. (No. 19–cv–2559, Purkey v. Barr et al. (No. 19–cv–03214), and Nelson v. Barr (No. 20–cv–557))* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Handley, Cristen) (Entered: 07/15/2020) |
| 07/15/2020 | 149 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee was not paid because it was filed in forma pauperis re (147 in 1:19–mc–00145–TSC) Notice of Appeal to DC Circuit Court. Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(zadc) (Entered: 07/15/2020) |
| 07/15/2020 | 150 | Memorandum in opposition to re 53 MOTION to Stay *Preliminary Injunction Pending Appeal (This document relates to Bourgeois v. Dep't of Justice, 12–cv–782, Lee v. Barr, 19–cv–2559, and Purkey v. Barr, 19–cv–3214) THIS DOCUMENT RELATES TO: Lee v. Barr, 19–cv–2559, Purkey v. Barr, 19–cv–3214, and Nelson v. Barr, 20–cv–557* filed by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY. (Schoenfeld, Alan) (Entered: 07/15/2020) |
| 07/15/2020 | | USCA Case Number 20–5206 for 147 Notice of Appeal to DC Circuit Court,,, filed by MICHAEL B. MUKASEY, CHARLES L. LOCKETT, JOHN DOES, T. J. WATSON, KERRY J. FORESTAL, THOMAS WEBSTER, ERIC H. HOLDER, JR., MARK BEZY, CHADRICK EVAN FULKS, NICOLE ENGLISH, CHARLES E. SAMUELS, JR., MICHELE LEONHART, RADM CHRIS A. BINA, KAREN TANDY, UNITED STATES DEPARTMENT OF JUSTICE, NEWTON E. KENDIG, II, JOHN F. CARAWAY, PAUL LAIRD, JOSEPH MCCLAIN, JEFFREY E. KRUEGER, WILLIAM P. BARR, ALAN R. DOERHOFF, UTTAM DHILLON, HARLEY G. LAPPIN. (zrdj) (Entered: 07/15/2020) |
| 07/15/2020 | 151 | Emergency MOTION for Order *for Preservation of Evidence* by DANIEL LEWIS LEE (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order)(Van Tol, Pieter) (Entered: 07/15/2020) |
| 07/15/2020 | 152 | |

| | | |
|---|---|---|
| | | NOTICE OF CROSS APPEAL as to 146 Order on Motion for Order, 145 Memorandum & Opinion by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY. Filing fee $ 505, receipt number ADCDC–7341407. Fee Status: Fee Paid. Parties have been notified. (Schoenfeld, Alan) (Entered: 07/15/2020) |
| 07/15/2020 | 153 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 152 Notice of Cross Appeal. (zjf) (Entered: 07/15/2020) |
| 07/15/2020 | | MINUTE ORDER: Upon consideration of Defendants' 148 Motion to Stay, this court finds that Defendants are not likely to succeed on the merits of their appeal and that the balance of harms does not weigh in favor of a stay. Therefore, Defendants' 148 Motion to Stay is hereby DENIED. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 154 | ENTERED IN ERROR.....Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 152 Notice of Cross Appeal. (zrdj) Modified on 7/15/2020 (zrdj). (Entered: 07/15/2020) |
| 07/15/2020 | | NOTICE OF CORRECTED DOCKET ENTRY: re 154 Transmission of Notice of Appeal and Docket Sheet to USCA, was entered in error AS A DUPLICATE. (zrdj) (Entered: 07/15/2020) |
| 07/15/2020 | | MINUTE ORDER: Defendants shall file any opposition to Plaintiffs' 151 Emergency Motion for Order for Preservation of Evidence no later than 2PM EST today, 7/15/2020. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | 155 | Memorandum in opposition to re 151 Emergency MOTION for Order *for Preservation of Evidence* filed by WILLIAM P. BARR, HARLEY G. LAPPIN. (Burch, Alan) (Entered: 07/15/2020) |
| 07/15/2020 | | USCA Case Number 20–5210 for 152 Notice of Cross Appeal, filed by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY. (zrdj) (Entered: 07/15/2020) |
| 07/15/2020 | 156 | MANDATE of USCA as to 137 Notice of Appeal to DC Circuit Court,,, filed by MICHAEL B. MUKASEY, CHARLES L. LOCKETT, JOHN DOES, T. J. WATSON, KERRY J. FORESTAL, THOMAS WEBSTER, ERIC H. HOLDER, JR., MARK BEZY, CHADRICK EVAN FULKS, NICOLE ENGLISH, CHARLES E. SAMUELS, JR., MICHELE LEONHART, RADM CHRIS A. BINA, KAREN TANDY, UNITED STATES DEPARTMENT OF JUSTICE, NEWTON E. KENDIG, II, JOHN F. CARAWAY, PAUL LAIRD, JOSEPH MCCLAIN, JEFFREY E. KRUEGER, WILLIAM P. BARR, ALAN R. DOERHOFF, UTTAM DHILLON, HARLEY G. LAPPIN ; USCA Case Number 20–5199. (Attachments: # 1 USCA Order)(zrdj) (Entered: 07/15/2020) |
| 07/15/2020 | 157 | REPLY to opposition to motion re 151 Emergency MOTION for Order *for Preservation of Evidence* filed by DANIEL LEWIS LEE. (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) (Entered: 07/15/2020) |
| 07/15/2020 | 158 | |

| | | | |
|---|---|---|---|
| | | | ORDER granting <u>151</u> Motion for Order to Preserve Evidence. See Order for details. Signed by Judge Tanya S. Chutkan on 7/15/2020. (lcdl) (Entered: 07/15/2020) |
| 07/15/2020 | <u>159</u> | | NOTICE of Appearance by Michael Robles on behalf of KEITH NELSON (Robles, Michael) (Entered: 07/15/2020) |
| 07/15/2020 | <u>160</u> | | Emergency MOTION for Preservation of Evidence by KEITH NELSON (Attachments: # <u>1</u> Text of Proposed Order)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn) (Entered: 07/15/2020) |
| 07/16/2020 | <u>161</u> | | NOTICE *Regarding Body of Daniel Lewis Lee* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, JEFFREY PAUL, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER re <u>158</u> Order on Motion for Order (Attachments: # <u>1</u> Exhibit Email to counsel for Lee)(Burch, Alan) (Entered: 07/16/2020) |
| 07/16/2020 | <u>162</u> | | RESPONSE re <u>160</u> Emergency MOTION for Preservation of Evidence filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 07/16/2020) |
| 07/16/2020 | <u>163</u> | | ORDER granting <u>160</u> Emergency Motion to Preserve Evidence. See Order for details. Signed by Judge Tanya S. Chutkan on 7/16/2020. (lcdl) (Entered: 07/16/2020) |
| 07/16/2020 | <u>164</u> | | Emergency MOTION to Stay *Execution Pending Cross–Appeal* by DUSTIN LEE HONKEN Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC, 1:20–cv–00474–TSC, 1:20–cv–00557–TSC(Nolan, Shawn) (Entered: 07/16/2020) |
| 07/16/2020 | <u>165</u> | | Memorandum in opposition to re <u>164</u> Emergency MOTION to Stay *Execution Pending Cross–Appeal (this filing relates to Lee (Honken) v. Barr et al. (No. 19–cv–2559))* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, |

| | | | |
|---|---|---|---|
| | | | NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Handley, Cristen) (Entered: 07/16/2020) |
| 07/16/2020 | 166 | | ORDER denying 164 Motion to Stay. See Order for details. Signed by Judge Tanya S. Chutkan on 7/16/2020. (lcdl) (Entered: 07/16/2020) |
| 07/22/2020 | 167 | | MANDATE of USCA as to 147 Notice of Appeal to DC Circuit Court,,, filed by MICHAEL B. MUKASEY, CHARLES L. LOCKETT, JOHN DOES, T. J. WATSON, KERRY J. FORESTAL, THOMAS WEBSTER, ERIC H. HOLDER, JR., MARK BEZY, CHADRICK EVAN FULKS, NICOLE ENGLISH, CHARLES E. SAMUELS, JR., MICHELE LEONHART, RADM CHRIS A. BINA, KAREN TANDY, UNITED STATES DEPARTMENT OF JUSTICE, NEWTON E. KENDIG, II, JOHN F. CARAWAY, PAUL LAIRD, JOSEPH MCCLAIN, JEFFREY E. KRUEGER, WILLIAM P. BARR, ALAN R. DOERHOFF, UTTAM DHILLON, HARLEY G. LAPPIN ; USCA Case Number 20–5206. (Attachments: # 1 USCA Order)(zrdj) (Entered: 07/22/2020) |
| 07/22/2020 | 168 | | NOTICE of Appearance by Harry P. Cohen on behalf of KEITH NELSON Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 07/22/2020) |
| 07/31/2020 | 169 | | MOTION to Dismiss *Plaintiffs' NON–APA Claims and for Summary Judgment Regarding Plaintiffs' APA CLAIMS (This filing relates to All CASES)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Lin, Jean) (Entered: 07/31/2020) |
| 07/31/2020 | 170 | | MOTION for Summary Judgment *as to Plaintiffs' APA Claims (This filing relates to ALL CASES and is the same filing as ECF No. 169))* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Lin, Jean) (Entered: 07/31/2020) |
| 07/31/2020 | 171 | | NOTICE *of Fourth Supplement to the Administrative Record (this filing relates to ALL CASES)* by UNITED STATES DEPARTMENT OF JUSTICE (Kossak, Jonathan) (Entered: 07/31/2020) |
| 07/31/2020 | 172 | | NOTICE *Regarding Execution Date* by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Burch, Alan) (Entered: 07/31/2020) |
| 07/31/2020 | 173 | | MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul* by WILLIAM P. BARR, MARK BEZY, |

| | | |
|---|---|---|
| | | RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER (Attachments: # 1 Text of Proposed Order)(Burch, Alan) (Entered: 07/31/2020) |
| 07/31/2020 | 174 | Emergency MOTION to Expedite *Trial* by KEITH NELSON (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 07/31/2020) |
| 07/31/2020 | 176 | MANDATE of USCA as to 152 Notice of Cross Appeal, filed by DUSTIN LEE HONKEN, KEITH NELSON, WESLEY IRA PURKEY ; USCA Case Number 20–5210. (Attachments: # 1 USCA Order)(zrdj) (Entered: 08/03/2020) |
| 08/03/2020 | | MINUTE ORDER: Plaintiffs shall file any opposition to Defendants' Motion to Dismiss and Motion for Summary Judgment 169 170 in a single filing no later than August 10, 2020. Defendants shall file any Reply no later than August 13, 2020. Signed by Judge Tanya S. Chutkan on 8/3/2020. (lcdl) (Entered: 08/03/2020) |
| 08/03/2020 | | MINUTE ORDER: Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul shall file any opposition to Defendants' Motion to Vacate 173 in a single filing no later than August 11, 2020. Defendants shall file any Reply no later than August 14, 2020. Signed by Judge Tanya S. Chutkan on 8/3/2020. (lcdl) (Entered: 08/03/2020) |
| 08/03/2020 | | MINUTE ORDER: Defendants shall file any opposition to Plaintiff Nelson's Motion to Expedite Trial 174 no later than August 5, 2020. Plaintiff Nelson shall file any reply no later than August 7, 2020. Signed by Judge Tanya S. Chutkan on 8/3/2020. (lcdl) (Entered: 08/03/2020) |
| 08/03/2020 | | Set/Reset Deadlines: Response to Motion to Dismiss or for Summary Judgment due by 8/10/2020. Reply to Motion for Summary Judgment due by 8/13/2020. (tb) (Entered: 08/03/2020) |
| 08/03/2020 | | Set/Reset Deadlines: Response due by 8/11/2020. Reply due by 8/14/2020. (tb) (Entered: 08/03/2020) |
| 08/03/2020 | | Set/Reset Deadlines: Motion to Expedite due by 8/5/2020. Reply due by 8/7/2020. (tb) (Entered: 08/03/2020) |
| 08/03/2020 | 175 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– James K. Stronski, Filing fee $ 100, receipt number DCDC–7415356. Fee Status: Fee Paid. by KEITH NELSON (Attachments: # 1 Declaration of James K. Stronski, # 2 Text of Proposed Order, # 3 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn) (Entered: 08/03/2020) |
| 08/03/2020 | 177 | |

| | | | |
|---|---|---|---|
| | | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Brian J. O'Sullivan, Filing fee $ 100, receipt number DCDC–7417622. Fee Status: Fee Paid. by KEITH NELSON (Attachments: # 1 Declaration of Brian J. O'Sullivan, # 2 Text of Proposed Order, # 3 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn) (Entered: 08/03/2020) |
| 08/04/2020 | 178 | | Memorandum in opposition to re 174 Emergency MOTION to Expedite *Trial (this filing relates to Nelson v. Barr (No. 20–cv–557))* filed by WILLIAM P. BARR, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Handley, Cristen) (Entered: 08/04/2020) |
| 08/04/2020 | | | MINUTE ORDER: Granting 175 7 Motions for Leave to Appear Pro Hac Vice. James K. Stronski and Brian J. OSullivan and are hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff (Nelson v. Barr 20–cv–557). **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**; granting 177 Motion for Leave to Appear Pro Hac V ice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutk an on 8/4/2020. (DJS) (Entered: 08/04/2020) |
| 08/04/2020 | 179 | | MOTION to defer briefing on Defendants' Motion to Vacate Preliminary Injunctions pending resolution of dispositive motions by ANTHONY BATTLE, ORLANDO HALL, CORY JOHNSON, JEFFREY PAUL, JAMES H. ROANE, JR, RICHARD TIPTON, BRUCE WEBSTER (Attachments: # 1 Text of Proposed Order)(Lentz, Amy) (Entered: 08/04/2020) |
| 08/04/2020 | 180 | | Emergency MOTION for Summary Judgment *on FDCA Causes of Action* by KEITH NELSON (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Cohen, Harry) (Entered: 08/04/2020) |
| 08/05/2020 | | | MINUTE ORDER: Defendants shall file any opposition to Plaintiffs' 179 Motion to Defer Briefing no later than August 6, 2020. Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul shall file any joint reply no later than August 7, 2020. Signed by Judge Tanya S. Chutkan on 8/5/2020. (lcdl) (Entered: 08/05/2020) |
| 08/05/2020 | | | MINUTE ORDER: Defendants' opposition to Plaintiff Nelson's 180 Motion for Summary Judgment shall be filed no later than August 10, 2020. Nelson's Reply shall be filed no later than August 13, 2020. Signed by Judge Tanya S. Chutkan on 8/5/2020. (lcdl) (Entered: 08/05/2020) |
| 08/05/2020 | | | |

| | | | |
|---|---|---|---|
| | | | Set/Reset Deadlines: Response due by 8/6/2020. Reply due by 8/7/2020. (tb) (Entered: 08/05/2020) |
| 08/05/2020 | | | Set/Reset Deadlines: Response to Motion for Summary Judgment due by 8/10/2020. Reply to Motion for Summary Judgment due by 8/13/2020. (tb) (Entered: 08/05/2020) |
| 08/05/2020 | 181 | | Memorandum in opposition to re 179 MOTION to defer briefing on Defendants' Motion to Vacate Preliminary Injunctions pending resolution of dispositive motions filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 08/05/2020) |
| 08/05/2020 | 182 | | REPLY to opposition to motion re 179 MOTION to defer briefing on Defendants' Motion to Vacate Preliminary Injunctions pending resolution of dispositive motions filed by ANTHONY BATTLE, ORLANDO HALL, CORY JOHNSON, JEFFREY PAUL, JAMES H. ROANE, JR, RICHARD TIPTON, BRUCE WEBSTER. (Lentz, Amy) (Entered: 08/05/2020) |
| 08/07/2020 | 183 | | REPLY to opposition to motion re (23 in 1:20–cv–00557–TSC, 174 in 1:19–mc–00145–TSC) Emergency MOTION to Expedite *Trial* filed by KEITH NELSON. (Attachments: # 1 Exhibit 1 – Report of Dr. DeJong, # 2 Exhibit 2 – Second Suppl. Decl. of Gail A. Van Norman, M.D., # 3 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/07/2020) |
| 08/10/2020 | | | MINUTE ORDER related to James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul: Plaintiffs' Motion to Defer Briefing 179 is hereby DENIED. However, the briefing schedule on the Motion to Vacate 173 is hereby amended as follows: Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul shall file any joint opposition no later than 8/17/2020 and Defendants shall file any Reply no later than 8/20/2020. Signed by Judge Tanya S. Chutkan on 8/10/2020. (lcdl) (Entered: 08/10/2020) |
| 08/10/2020 | 184 | | Memorandum in opposition to re (169 in 1:19–mc–00145–TSC) MOTION to Dismiss *Plaintiffs' NON–APA Claims and for Summary Judgment Regarding Plaintiffs' APA CLAIMS (This filing relates to All CASES)*, (170 in 1:19–mc–00145–TSC) MOTION for Summary Judgment *as to Plaintiffs' APA Claims (This filing relates to ALL CASES and is the same filing as ECF No. 169)) Opposition on Behalf of All Plaintiffs* filed by JEFFREY PAUL. (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3)Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC, 1:20–cv–00474–TSC, 1:20–cv–00557–TSC(Nolan, Shawn) (Entered: 08/10/2020) |
| 08/10/2020 | 185 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Appearance by Bradley P. Humphreys on behalf of All Defendants (Humphreys, Bradley) (Entered: 08/10/2020) |
| 08/10/2020 | 186 | | Memorandum in opposition to re 169 MOTION to Dismiss *Plaintiffs' NON–APA Claims and for Summary Judgment Regarding Plaintiffs' APA CLAIMS (This filing relates to All CASES) Supplemental* filed by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Declaration of Dr. Gail Van Norman)(Braden, Scott) (Entered: 08/10/2020) |
| 08/10/2020 | 187 | | RESPONSE re 180 Emergency MOTION for Summary Judgment *on FDCA Causes of Action (This filing relates to Nelson v. Barr, 20cv557)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 08/10/2020) |
| 08/10/2020 | 188 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Alexander C. Drylewski, Filing fee $ 100, receipt number ADCDC–7446368. Fee Status: Fee Paid. by CORY JOHNSON (Attachments: # 1 Declaration of Alexander C. Drylewski, # 2 Text of Proposed Order)(Salzman, Donald) (Entered: 08/10/2020) |
| 08/11/2020 | | | Set/Reset Deadlines: Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul's Joint response due by 8/17/2020. Reply due by 8/20/2020. (tb) (Entered: 08/11/2020) |
| 08/12/2020 | 189 | | NOTICE of Appearance by Brian J O'Sullivan on behalf of KEITH NELSON Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(O'Sullivan, Brian) (Entered: 08/12/2020) |
| 08/13/2020 | | | MINUTE ORDER: It is hereby ORDERED that a telephonic status conference is scheduled for August 14, 2020 at 10:00 a.m. eastern. The court intends to discuss 174 Motion to Expedite Trial. It is further ORDERED that, pursuant to Standing Order 20–20 (BAH), the Court will provide access for the public to listen to the status conference at toll–free number 866–590–5055 and access code 3850112; and it is further ORDERED that participants using the public access telephone line shall adhere to the rules set forth in Standing Order 20–20, available on the Court's website. Signed by Judge Tanya S. Chutkan on 8/13/2020. (lcdl) (Entered: 08/13/2020) |
| 08/13/2020 | | | Set/Reset Hearings: Status Conference set for 8/14/2020 at 10:00 AM in Telephonic/VTC before Judge Tanya S. Chutkan. (tb) (Entered: 08/13/2020) |
| 08/13/2020 | 190 | | REPLY to opposition to motion re (180 in 1:19–mc–00145–TSC) Emergency MOTION for Summary Judgment *on FDCA Causes of Action* filed by KEITH NELSON. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/13/2020) |
| 08/13/2020 | 191 | | REPLY to opposition to motion re 169 MOTION to Dismiss *Plaintiffs' NON–APA Claims and for Summary Judgment Regarding Plaintiffs' APA CLAIMS (This filing relates to All CASES)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 08/13/2020) |
| 08/14/2020 | 192 | | NOTICE of Appearance by James K. Stronski on behalf of KEITH NELSON Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Stronski, |

| | | | |
|---|---|---|---|
| | | | James) (Entered: 08/14/2020) |
| 08/14/2020 | | | Minute Entry: Telephone Conference held on 8/14/2020 before Judge Tanya S. Chutkan: Oral argument on 174 Motion for Expedited Trial; heard and taken under advisement. The Court hereby DENIES AS MOOT motions 104 and 106 . (Court Reporter Nancy Meyer) (tb) Modified on 8/14/2020 (tb). (Entered: 08/14/2020) |
| 08/15/2020 | 193 | | ORDER granting 169 Motion to Dismiss as to Count II ONLY and as to all Plaintiffs except Norris Holder; denying 174 Motion for an Expedited Trial. Signed by Judge Tanya S. Chutkan on 8/15/2020. (lcdl) (Entered: 08/15/2020) |
| 08/17/2020 | 194 | | NOTICE OF WITHDRAWAL OF MOTION by DANIEL LEWIS LEE re 143 Emergency MOTION for Order *on Pending Claim and Motion*, 103 Memorandum, (Attachments: # 1 Certificate of Service)(Van Tol, Pieter) (Entered: 08/17/2020) |
| 08/17/2020 | 195 | | NOTICE *(EMERGENCY) Requesting Ruling on Pending Motions* by KEITH NELSON (Attachments: # 1 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/17/2020) |
| 08/17/2020 | 196 | | Emergency MOTION for Entry of Final Judgment by KEITH NELSON (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/17/2020) |
| 08/17/2020 | 197 | | Memorandum in opposition to re 173 MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul* filed by ANTHONY BATTLE, ORLANDO HALL, CORY JOHNSON, JEFFREY PAUL, JAMES H. ROANE, JR, RICHARD TIPTON, BRUCE WEBSTER. (Attachments: # 1 Text of Proposed Order)(Miller, Evan) (Entered: 08/17/2020) |
| 08/17/2020 | 198 | | RESPONSE re 196 Emergency MOTION for Entry of Final Judgment *(This filing relates to Nelson v. Barr, 20cv557)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 08/17/2020) |
| 08/18/2020 | 199 | | NOTICE of Appearance by Jonathan S. Meltzer on behalf of BRANDON BERNARD (Meltzer, Jonathan) (Entered: 08/18/2020) |
| 08/18/2020 | 200 | | NOTICE of Appearance by Brendan B. Gants on behalf of BRANDON BERNARD (Gants, Brendan) (Entered: 08/18/2020) |
| 08/18/2020 | 201 | | REPLY to opposition to motion re (32 in 1:20–cv–00557–TSC, 196 in 1:19–mc–00145–TSC) Emergency MOTION for Entry of Final Judgment filed by KEITH NELSON. (Attachments: # 1 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Cohen, Harry) (Entered: 08/18/2020) |
| 08/18/2020 | | | MINUTE ORDER to SHOW CAUSE: In light of the court's August 15, 2020 order 193 and Plaintiff Keith Nelson's emergency motion 196 , it is hereby ORDERED that all Plaintiffs with the exception of Norris Holder shall SHOW CAUSE in writing, not to exceed 10 pages, by 5p.m. on August 19, 2020, whether they object to the entry of final judgment as to Count II of the |

| | | | |
|---|---|---|---|
| | | | Amended Complaint 92 . Signed by Judge Tanya S. Chutkan on 08/18/2020. (kcfb) (Entered: 08/18/2020) |
| 08/19/2020 | | | Set/Reset Deadlines: Response to Show Cause due by 5 p.m. on 8/19/2020. (tb) (Entered: 08/19/2020) |
| 08/19/2020 | 202 | | RESPONSE TO ORDER TO SHOW CAUSE by JEFFREY PAUL, IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES re Order to Show Cause, *On Behalf of All Plaintiffs Except Nelson, Holder and Vialva* filed by JEFFREY PAUL, IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES. Associated Cases: 1:19–mc–00145–TSC, 1:19–cv–03520–TSC, 1:20–cv–00474–TSC, 1:20–cv–00557–TSC, 1:20–cv–01693–TSC(Nolan, Shawn) (Entered: 08/19/2020) |
| 08/19/2020 | 203 | | RESPONSE re 196 Emergency MOTION for Entry of Final Judgment filed by CHRISTOPHER ANDRE VIALVA. (Otto, Susan) (Entered: 08/19/2020) |
| 08/20/2020 | 204 | | MEMORANDUM AND OPINION re 196 Plaintiff KEITH NELSON's Emergency MOTION for Entry of Final Judgment. Signed by Judge Tanya S. Chutkan on 8/20/2020. (DJS) (Entered: 08/20/2020) |
| 08/20/2020 | 205 | | ORDER granting 196 Motion for Entry of Final Judgment. The court hereby enters PARTIAL FINAL JUDGMENT for the Defendants, dismissing Count II (Eighth Amendment) of the Amended Complaint. This Judgement applies to all Plaintiffs in this consolidated action, except Norris Holder. Signed by Judge Tanya S. Chutkan on 8/20/2020. (DJS) (ztb). (Entered: 08/20/2020) |
| 08/20/2020 | 206 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to ( 193 in 1:19–mc–00145–TSC) Order on Motion to Expedite by KEITH NELSON. Filing fee $ 505, receipt number DCDC–7488946. Fee Status: Fee Paid. Parties have been notified. (Attachments: # 1 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn); Modified text and deleted docket entry relationship on 8/20/2020 at the request of counsel (ztth). (Entered: 08/20/2020) |
| 08/20/2020 | 207 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 206 Notice of Appeal to DC Circuit Court. (ztth) (Entered: 08/20/2020) |
| 08/20/2020 | | | USCA Case Number 20–5252 for 206 Notice of Appeal to DC Circuit Court, filed by KEITH NELSON. (zrdj) (Entered: 08/20/2020) |
| 08/20/2020 | 208 | | REPLY to opposition to motion re 173 MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul This Document Relates to Roane, et al. v. Barr, et al., No. 05–2337* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, ALAN R. DOERHOFF, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), UNITED STATES DEPARTMENT |

| | | | |
|---|---|---|---|
| | | | OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Attachments: # 1 Exhibit)(Humphreys, Bradley) (Entered: 08/20/2020) |
| 08/20/2020 | 209 | | ORDER denying 101 Plaintiff Nelson's (20−cv−557) Motion to Strike. Signed by Judge Tanya S. Chutkan on 8/20/20. (DJS) (Entered: 08/20/2020) |
| 08/22/2020 | 210 | | ORDER denying leave to file motions by non−parties Bille J. Allen and Dustin J. Higgs. The Clerk of the Court shall mail a copy of this order and the attachment to the movants at the addresses listed in the order. Signed by Judge Tanya S. Chutkan on 9/22/20. (Attachment: # 1 Motions from non−parties) (DJS) (Entered: 08/22/2020) |
| 08/25/2020 | 211 | | MOTION for Leave to File *a Surreply in Opposition to Defendants' Motion to Vacate Preliminary Injunctions* by JEFFREY PAUL (Attachments: # 1 Exhibit Surreply in Opposition to Defendants' Motion to Vacate Preliminary Injunctions)(Nolan, Shawn) (Entered: 08/25/2020) |
| 08/25/2020 | 212 | | Memorandum in opposition to re 211 MOTION for Leave to File *a Surreply in Opposition to Defendants' Motion to Vacate Preliminary Injunctions* filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, NICOLE ENGLISH, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 08/25/2020) |
| 08/25/2020 | | | MINUTE ORDER: Granting 188 Motion for Leave to Appear Pro Hac Vice. Alexander C. Drylewski is hereby admitted pro hac vice to appear in this matter on behalf Plaintif CORY JOHNSON. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 8/25/2020. (DJS) (Entered: 08/25/2020) |
| 08/27/2020 | 213 | | MEMORANDUM AND OPINION regarding 169 170 Defendant's Motion and 180 Plaintiff Keith Nelson's Emergency Motion for Summary Judgment on FDCA Causes of Action. Signed by Judge Tanya S. Chutkan on 08/27/2020. (kcfb) (Entered: 08/27/2020) |
| 08/27/2020 | 214 | | ORDER granting−in−part 169 170 Defendant's Motion and granting−in−part 180 Plaintiff Keith Nelson's Emergency Motion for Summary Judgment on FDCA Causes of Action. The court hereby enters PARTIAL FINAL JUDGMENT for the Defendants and PARTIAL FINAL JUDGMENT for Keith Nelson. Signed by Judge Tanya S. Chutkan on 08/27/2020. (kcfb) (Entered: 08/27/2020) |
| 08/27/2020 | 215 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 213 Memorandum & Opinion, 214 Order on Motion for Summary Judgment, by UNITED STATES DEPARTMENT OF JUSTICE. Fee Status: No Fee Paid. Parties have been notified. (Humphreys, Bradley) (Entered: 08/27/2020) |
| 08/27/2020 | 216 | | MOTION to Stay re 213 Memorandum & Opinion, 214 Order on Motion for Summary Judgment, *(This Document Relates to Nelson v. Barr, et al., No. 20−cv−557)* by UNITED STATES DEPARTMENT OF JUSTICE (Humphreys, Bradley) (Entered: 08/27/2020) |

| 08/27/2020 | 217 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 215 Notice of Appeal to DC Circuit Court. (ztd) (Entered: 08/27/2020) |
|---|---|---|---|
| 08/27/2020 | | | MINUTE ORDER: Upon consideration of Defendants' 216 Motion to Stay, this court finds that Defendants are not likely to succeed on the merits of their appeal and that the balance of harms does not weigh in favor of a stay. Therefore, Defendants' 216 Motion to Stay is hereby DENIED. Signed by Judge Tanya S. Chutkan on 08/27/2020. (kcfb) (Entered: 08/27/2020) |
| 08/27/2020 | | | USCA Case Number 20–5260 for 215 Notice of Appeal to DC Circuit Court filed by UNITED STATES DEPARTMENT OF JUSTICE. (zrdj) (Entered: 08/27/2020) |
| 08/27/2020 | 218 | | Supplemental Record on Appeal transmitted to US Court of Appeals re Order on Motion to Stay, ;USCA Case Number 20–5260. (ztd) (Entered: 08/27/2020) |
| 08/27/2020 | 219 | | MOTION Preservation of Evidence by NORRIS G. HOLDER, JR (Braden, Scott) (Entered: 08/27/2020) |
| 08/27/2020 | 220 | | RESPONSE re 219 MOTION Preservation of Evidence filed by WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, KERRY J. FORESTAL, CHADRICK EVAN FULKS, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, CHARLES E. SAMUELS, JR, UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER. (Burch, Alan) (Entered: 08/27/2020) |
| 08/27/2020 | 223 | | MANDATE of USCA as to 215 Notice of Appeal to DC Circuit Court filed by UNITED STATES DEPARTMENT OF JUSTICE ; USCA Case Number 20–5260. (Attachments: # 1 USCA Order)(zrdj) (Entered: 08/28/2020) |
| 08/28/2020 | 221 | | ORDER granting 219 Emergency Motion to Preserve Evidence. See Order for details. Signed by Judge Tanya S. Chutkan on 08/28/2020. (kcfb) (Entered: 08/28/2020) |
| 08/28/2020 | 222 | | NOTICE *of Ruling and Request to Clarify And/Or Amend Order and Issue New Injunction* by KEITH NELSON (Cohen, Harry) (Entered: 08/28/2020) |
| 08/28/2020 | 224 | | RESPONSE re 222 Notice (Other) *(This filing relates to Nelson v. Barr, 20cv557)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Lin, Jean) (Entered: 08/28/2020) |
| 08/28/2020 | | | MINUTE ORDER: A telephone status conference is hereby set for 11:45 am today Friday 8/28/2020. The parties will receive an email with dial in instructions. Signed by Judge Tanya S. Chutkan on 8/28/2020. (DJS) (Entered: 08/28/2020) |
| 08/28/2020 | 225 | | MOTION to Clarify, MOTION Issue New Injunction by KEITH NELSON (ztd); (See docket entry no. 222 to view.) (Entered: 08/28/2020) |
| 08/28/2020 | | | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Telephone Conference call held on 8/28/2020. (Court Reporter: Sara Wick) (jth) |

| | | | (Entered: 08/28/2020) |
|---|---|---|---|
| 08/28/2020 | 226 | | ORDER denying 222 request to clarify and/or amend 214 Order. Signed by Judge Tanya S. Chutkan on 08/28/2020. (kcfb) (Entered: 08/28/2020) |
| 08/28/2020 | 227 | | NOTICE of Appearance by Alex Drylewski on behalf of CORY JOHNSON (Drylewski, Alex) (Entered: 08/28/2020) |
| 08/31/2020 | 228 | | ANSWER to 94 Amended Complaint by WILLIAM P. BARR, NICOLE ENGLISH, JEFFREY E. KRUEGER, T. J. WATSON.(Burch, Alan) (Entered: 08/31/2020) |
| 09/01/2020 | 229 | | Unopposed MOTION to Intervene *and Incorporated Memorandum of Law in Support* by Dustin Higgs (Attachments: # 1 Exhibit 1)(Nolan, Shawn) (Entered: 09/01/2020) |
| 09/01/2020 | 230 | | MEMORANDUM re 229 Unopposed MOTION to Intervene *and Incorporated Memorandum of Law in Support* filed by Dustin Higgs by Dustin Higgs. (Nolan, Shawn) (Entered: 09/01/2020) |
| 09/04/2020 | | | MINUTE ORDER: Granting 229 Dustin Higgs's Unopposed Motion to Intervene, pursuant to Federal Rule of Civil Procedure 24(b). Signed by Judge Tanya S. Chutkan on 09/04/2020. (lcfb) (Entered: 09/04/2020) |
| 09/07/2020 | 231 | | NOTICE *of Fifth Supplement to the Administrative Record (this filing relates to ALL CASES)* by UNITED STATES DEPARTMENT OF JUSTICE (Kossak, Jonathan) (Entered: 09/07/2020) |
| 09/08/2020 | 232 | | ORDER CONSOLIDATING CASES and SETTING BRIEFING DEADLINES: Consolidating 20–cv–2481–TSC with IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS EXECUTION PROTOCOL CASES, 19–mc–145 (TSC). By noon on Wednesday 9/9/20, Plaintiff shall file a copy of his Emergency Motion for Preliminary Injunction (Lecroy, 20–cv–2481–TSC, ECF No. 9) and Motion for Hearing (Lecroy, 20–cv–2481–TSC, ECF No. 10) in the master case, 19–mc–145–TSC. Defendants shall file a consolidated response to both motions in the master case no later than 5:00 p.m. on Friday 9/11/20. Plaintiff shall file a consolidated reply in the master case no later than noon on Sunday 9/13/20. By 5:00 pm on Wednesday 9/9/20, the parties shall meet and confer and file a joint notice in the master case advising the court of their positions on whether the motion for a preliminary injunction should be converted to a motion for summary judgment. Signed by Judge Tanya S. Chutkan on 9/8/2020. (Attachments: # 1 Cosolidation Order) (DJS) (Entered: 09/08/2020) |
| 09/08/2020 | 233 | | Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support* by WILLIAM EMMETT LECROY (Attachments: # 1 Memorandum in Support, # 2 Exhibit A to Memorandum in Support)(Smith, Gregory) (Entered: 09/08/2020) |
| 09/08/2020 | 234 | | MOTION for Hearing re 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support on an Expedited Basis* by WILLIAM EMMETT LECROY (Smith, Gregory) (Entered: 09/08/2020) |
| 09/09/2020 | | | Set/Reset Deadlines: Joint notice due by 9/9/2020. Motion due by 9/9/2020. Response due by 9/11/2020 Reply due by 9/9/2020. (tb) (Entered: 09/09/2020) |

| 09/09/2020 | 235 | | NOTICE *(Joint Notice on Whether Motion for Preliminary Injunction Should be Converted to Motion for Summary Judgment)* by WILLIAM EMMETT LECROY re 232 Order,,, (Smith, Gregory) (Entered: 09/09/2020) |
|---|---|---|---|
| 09/09/2020 | 236 | | MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act*, MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* by JEFFREY PAUL (Attachments: # 1 Text of Proposed Order)(Nolan, Shawn) (Entered: 09/09/2020) |
| 09/09/2020 | 237 | | SUPPLEMENTAL MEMORANDUM *Supplemental Statement of Irreparable Harm* by NORRIS G. HOLDER, JR (Braden, Scott) Modified text on 9/11/2020 (ztd). (Entered: 09/09/2020) |
| 09/10/2020 | 238 | | MOTION to Alter Judgment as to (205 in 1:19–mc–00145–TSC) Order on Motion for Entry of Final Judgment, by RICHARD TIPTON Associated Cases: 1:19–mc–00145–TSC et al.(King, Gerald) (Entered: 09/10/2020) |
| 09/10/2020 | | | MINUTE ORDER: Counsel are hereby reminded to familiarize themselves with court's Consolidation order 1 , which provides that "Any pleading or paper filed relating to any of the Federal Bureau of Prisons' Execution Protocol Cases must be filed ONLY in the Master Case File," which means you MUST CHECK "NO" WHEN ASKED "Do you want to spread this docket entry?". Signed by Judge Tanya S. Chutkan on 9/10/2020. (DJS) (Entered: 09/10/2020) |
| 09/10/2020 | 239 | | NOTICE of Appearance by Scott A.C. Meisler on behalf of WILLIAM P. BARR, RADM CHRIS A. BINA, JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON (Meisler, Scott) (Entered: 09/10/2020) |
| 09/11/2020 | | | SCHEDULING MINUTE ORDER: The government shall file its response to 236 Plaintiffs' partial motion for summary judgment no later than Monday, September 14, 2020 at 8 a.m. Signed by Judge Tanya S. Chutkan on 09/11/2020. (lcfb) (Entered: 09/11/2020) |
| 09/11/2020 | 240 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to KEITH NELSON, KEITH NELSON. Attorney Brian J O'Sullivan; Michael Robles; James K. Stronski; Kathryn Louise Clune and Harry P. Cohen terminated. (Attachments: # 1 Certificate of Service)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–00557–TSC(Clune, Kathryn) (Entered: 09/11/2020) |
| 09/11/2020 | 241 | | NOTICE by UNITED STATES DEPARTMENT OF JUSTICE re 173 MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul* (Burch, Alan) (Entered: 09/11/2020) |
| 09/11/2020 | 242 | | RESPONSE re 234 MOTION for Hearing re 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support on an Expedited Basis*, 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support* filed by WILLIAM P. BARR, RADM CHRIS A. BINA, JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON. (Attachments: # 1 Exhibit Declaration of Rick Winter, # 2 Exhibit LeCroy Administrative Remedy Request)(Meisler, Scott) (Entered: 09/11/2020) |

| 09/11/2020 | 243 | | NOTICE OF SUPPLEMENTAL AUTHORITY by WILLIAM P. BARR, RADM CHRIS A. BINA, JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON (Attachments: # 1 Exhibit Vialva Opinion)(Meisler, Scott) (Entered: 09/11/2020) |
|---|---|---|---|
| 09/13/2020 | 244 | | REPLY to opposition to motion re 234 MOTION for Hearing re 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support on an Expedited Basis*, 233 Emergency MOTION for Preliminary Injunction *with Memorandum of Law in Support* filed by WILLIAM EMMETT LECROY. (Smith, Gregory) (Entered: 09/13/2020) |
| 09/13/2020 | 245 | | AMENDED COMPLAINT *by William LeCroy* against WILLIAM P. BARR, RADM CHRIS A. BINA, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON filed by WILLIAM EMMETT LECROY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Smith, Gregory) (Entered: 09/13/2020) |
| 09/14/2020 | 246 | | RESPONSE re 237 Partial MOTION for Summary Judgment *Supplemental Statement of Irreparable Harm*, 236 MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Declaration Dr. Kendall Von Crowns, # 2 Declaration Dr. Joseph F. Antognini (2d Suppl.), # 3 Certificate of Service)(Lin, Jean) (Entered: 09/14/2020) |
| 09/14/2020 | | | Set/Reset Deadlines: Response due by 9/14/2020 (tb) (Entered: 09/14/2020) |
| 09/14/2020 | | | SCHEDULING MINUTE ORDER: Plaintiffs shall file a consolidated reply to 246 Defendants' opposition to 236 Plaintiffs' motion for partial summary judgment by Tuesday, September 15, 2020 at 5p.m. Signed by Judge Tanya S. Chutkan on 09/14/2020. (lcfb) (Entered: 09/14/2020) |
| 09/14/2020 | | | MINUTE ORDER: The court has been inundated with filings and motions in this case, many of which address the same, or very similar, issues. The court understands the stakes here and is appreciative of the zealous advocacy of counsel on both sides. However, the court is in a position to address all remaining open motions on the docket and, mindful of the Supreme Court's admonishment that the issues in this case be addressed with "appropriate dispatch," it is hereby ORDERED that the parties shall not make any further filings in these consolidated cases without leave of court. Signed by Judge Tanya S. Chutkan on 09/14/2020. (lcfb) (Entered: 09/14/2020) |
| 09/14/2020 | | | MINUTE ORDER: In their motion for summary judgment 170 , Defendants have represented that, "[a]ssuming there are conflicts between a state statute and the Protocol... 'the federal protocol allows the federal government to depart from its procedures as necessary to conform to state statutes and regulations,' which BOP is prepared to do if such circumstances arise." ( 170 Defs. Mot. at 32 (quoting In re Fed. Bureau of Prisons' Execution Protocol Cases, 955 F.3d 106, 112 (D.C. Cir. 2020)); see also 191 Defs. Reply at 19.). Plaintiffs have identified the following state statutes, which they contend conflict with the Bureau of Prisons' 2019 Execution Protocol: S.C. Code Section 24–3–530(A); VA Code Ann. Section 53.1–234; Mo. Rev. Stat. |

| | | |
|---|---|---|
| | | Section 546.720.1; Ga. Code Section 17–10–41; Ark. Code Sections 5–4–617(d), (f); and Tex. Code of Crim. Proc. Art. 43.14(a). The Defendants have also submitted an affidavit attesting to their intention to have two doctors present at the execution of Plaintiff William Emmett LeCroy in accordance with Ga. Code Section 17–10–41. (See [242–1], Winter Decl. Paragraph 7.) Given their representations, the Defendants are hereby ORDERED to file a notice by Tuesday, September 15, 2020 at 9 a.m. indicating whether they are prepared to deviate from the procedures of the 2019 Execution Protocol to accommodate these statutes. If Defendants have not determined whether they will comply with a given statute, they shall so indicate. Signed by Judge Tanya S. Chutkan on 09/14/2020. (lcfb) (Entered: 09/14/2020) |
| 09/14/2020 | | Set/Reset Deadlines: Notice by defendants due by 9/15/2020. (tb) (Entered: 09/14/2020) |
| 09/15/2020 | 247 | NOTICE *in Response to Court Order* by UNITED STATES DEPARTMENT OF JUSTICE re Order,,,,,, (Attachments: # 1 Certificate of Service)(Lin, Jean) (Entered: 09/15/2020) |
| 09/15/2020 | 248 | REPLY to opposition to motion re 236 MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* filed by JEFFREY PAUL. (Nolan, Shawn) (Entered: 09/15/2020) |
| 09/15/2020 | 249 | SUPPLEMENTAL REPLY to opposition to motion re 236 MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* filed by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Declaration of Gail Van Norman, MD, # 2 Exhibit Declaration of Jennifer Moreno)(Braden, Scott) Modified event title on 9/17/2020 (znmw). (Entered: 09/15/2020) |
| 09/15/2020 | 250 | NOTICE *Requesting Leave to File Motion for Preliminary Injunction Against Execution Until FDCA Claim is Decided* by WILLIAM EMMETT LECROY re Order,, (Attachments: # 1 Exhibit Motion for Preliminary Injunction Until Decision on FDCA Claim, # 2 Memorandum in Support, # 3 Text of Proposed Order)(Smith, Gregory) (Entered: 09/15/2020) |
| 09/16/2020 | 251 | MOTION for Leave to File *Opposition to Emergency Motion for Preliminary Injunction* by WILLIAM P. BARR, RADM CHRIS A. BINA, JEFFREY E. KRUEGER, T. J. WATSON, WILLIAM E. WILSON (Attachments: # 1 Memorandum in Support Opposition to Emergency Motion for Preliminary Injunction)(Meisler, Scott) (Entered: 09/16/2020) |
| 09/16/2020 | | MINUTE ORDER: Plaintiff William Emmett LeCroy's 250 request for leave to file a motion for preliminary injunction is hereby DENIED. Defendants' 251 motion for leave to file an opposition to 250 Plaintiff LeCroy's request for leave is also DENIED. The court is preparing an opinion and order that will address the claims therein. Signed by Judge Tanya S. Chutkan on 09/16/2020. (lcfb) (Entered: 09/16/2020) |
| 09/16/2020 | 252 | MOTION for Leave to File *Surreply in Opposition to Plaintiffs' Motoin for Partial Summary Judgment Concerning the FDCA Claim (Count XI) (This* |

| | | | |
|---|---|---|---|
| | | | *document relates to all cases)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Proposed Surreply, # 2 Declaration of Dr. Peter W. Swaan, # 3 Text of Proposed Order, # 4 Certificate of Service)(Lin, Jean) (Entered: 09/16/2020) |
| 09/16/2020 | 253 | | NOTICE of Appearance by Johnny Hillary Walker, III on behalf of All Defendants (Walker, Johnny) (Entered: 09/16/2020) |
| 09/16/2020 | 254 | | MANDATE of USCA as to 206 Notice of Appeal to DC Circuit Court, filed by KEITH NELSON ; USCA Case Number 20–5252. (Attachments: # 1 USCA Order)(zrdj) (Entered: 09/16/2020) |
| 09/17/2020 | 255 | | MOTION for Leave to File *Opposition to Defendants' Motion for Leave to File a Surreply (ECF No. 252)* by JEFFREY PAUL (Attachments: # 1 Proposed opposition to motion for leave to file a surreply)(Nolan, Shawn) (Entered: 09/17/2020) |
| 09/17/2020 | | | MINUTE ORDER: A telephone conference is hereby set for 5:00 pm today Thursday 9/17/2020. Judge Chutkan's courtroom deputy has emailed the dial–in instructions to all attorneys of record. Signed by Judge Tanya S. Chutkan on 9/17/2020. (DJS) (Entered: 09/17/2020) |
| 09/17/2020 | | | Set/Reset Hearings: Telephone Conference set for 9/17/2020 at 05:00 PM in Telephonic/VTC before Judge Tanya S. Chutkan. (tb) (Entered: 09/17/2020) |
| 09/17/2020 | 256 | | ERRATA *to Exhibit B ECF Doc. 249* by NORRIS G. HOLDER, JR. (Attachments: # 1 Exhibit Corrected Declaration of Jennifer Moreno)(Braden, Scott) (Entered: 09/17/2020) |
| 09/17/2020 | | | Minute Entry: Telephone Conference held on 9/17/2020 before Judge Tanya S. Chutkan: The parties discussed the dynamics of a potential evidentiary hearing before the Court. (Court Reporter Bryan Wayne) (tb) (Entered: 09/18/2020) |
| 09/18/2020 | | | MINUTE ORDER: An telephonic evidentiary hearing his hereby set for 1:00 pm today Friday 9/16/2020. Signed by Judge Tanya S. Chutkan on 9/18/2020. (DJS) Modified on 9/18/2020 (DJS). (Entered: 09/18/2020) |
| 09/18/2020 | | | AMENDED MINUTE ORDER: An telephonic evidentiary hearing his hereby set for 1:00 pm today Friday 9/18/2020. Signed by Judge Tanya S. Chutkan on 9/18/2020. (DJS) (Entered: 09/18/2020) |
| 09/18/2020 | 257 | | MOTION for Leave to File *Supplemental Declaration from Dr. Michaela Almgren* by JEFFREY PAUL (Attachments: # 1 Declaration Declaration – Michaela Almgren – 9–18–2020)(Nolan, Shawn) (Entered: 09/18/2020) |
| 09/18/2020 | | | Set/Reset Hearings: Telephone Conference set for 9/18/2020 at 01:00 PM in Telephonic/VTC before Judge Tanya S. Chutkan. (tb) (Entered: 09/18/2020) |
| 09/18/2020 | 258 | | Memorandum in opposition to re 257 MOTION for Leave to File *Supplemental Declaration from Dr. Michaela Almgren* filed by IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES. (Burch, Alan) (Entered: 09/18/2020) |
| 09/18/2020 | | | MINUTE ORDER: The evidentiary hearing is hereby set for Saturday 9/19/2020 at 1:30 pm. Signed by Judge Tanya S. Chutkan on 09/18/2020. |

| | | | |
|---|---|---|---|
| | | | (DJS) (Entered: 09/18/2020) |
| 09/18/2020 | | | Minute Entry: Evidentiary Hearing held on 9/18/2020 before Judge Tanya S. Chutkan: Gov't witnesses: Joseph F. Antognini and Kendall Von Crowns. Evidentiary Hearing continued to 09/19/2020 at 1:30 before Judge Tanya S. Chutkan by telephone. (Court Reporter Bryan Wayne) (tb) (Entered: 09/19/2020) |
| 09/19/2020 | | | MINUTE ORDER: Defendants' 252 motion to file a surreply in opposition to Plaintiffs' 236 motion for partial summary judgment is hereby GRANTED. Likewise, Plaintiffs' 257 motion for leave to file a supplemental declaration from Dr. Michaela Almgren is hereby GRANTED. The court notes the objections raised to both motions. Absent express direction of the court or a bona fide emergency, no further documents are to be filed on the docket until the court has had the opportunity to rule on the pending motions for summary judgment. Signed by Judge Tanya S. Chutkan on 09/19/2020. (lcfb) (Entered: 09/19/2020) |
| 09/19/2020 | 259 | | ERRATA *relating only to Complaint of Dustin Honken – ECF No. 38* by DUSTIN LEE HONKEN 38 Intervenor Complaint, filed by DUSTIN LEE HONKEN. (Attachments: # 1 Exhibit O – Almgren CV)(Nolan, Shawn) (Entered: 09/19/2020) |
| 09/19/2020 | | | Set/Reset Hearings: Evidentiary Hearing set for 9/19/2020 at 01:30 PM in Telephonic/VTC before Judge Tanya S. Chutkan. (tb) Modified on 9/19/2020 (tb). (Entered: 09/19/2020) |
| 09/19/2020 | 260 | | RESPONSE re 238 MOTION to Alter Judgment as to (205 in 1:19–mc–00145–TSC) Order on Motion for Entry of Final Judgment, *(This filing relates to all cases, filed by Defendants)* filed by U.S. Dep't of Justice. (Attachments: # 1 Certificate of Service)(Lin, Jean) Modified filer on 9/23/2020 (ztd). (Entered: 09/19/2020) |
| 09/19/2020 | | | Minute Entry: Evidentiary Hearing resumed on 9/19/2020 before Judge Tanya S. Chutkan: Witnesses: Peter Swaan and Michaella Almgren. (Court Reporter Bryan Wayne) (tb) (Entered: 09/21/2020) |
| 09/19/2020 | 274 | | SURREPLY to re 236 MOTION for Partial Summary Judgment *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* MOTION for Permanent Injunction *on APA Claim Concerning Defendants' Violations of the Food, Drug and Cosmetic Act* filed by U.S. DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Declaration)(ztd) (Entered: 09/23/2020) |
| 09/19/2020 | 275 | | AFFIDAVIT by JEFFREY PAUL. (ztd) (Entered: 09/23/2020) |
| 09/20/2020 | 261 | | MEMORANDUM AND OPINION re 169 170 Defendants' motion to dismiss/motion for summary judgment; 236 Plaintiffs' motion for partial summary judgment. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 262 | | ORDER: Consistent with 261 Memorandum Opinion, granting 236 Motion for Partial Summary Judgment; denying 236 request for Permanent Injunction; granting 169 Motion to Dismiss; granting in part and denying in part 170 Motion for Summary Judgment. Signed by Judge Tanya S. Chutkan on |

| | | | |
|---|---|---|---|
| | | | 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 263 | | MEMORANDUM AND OPINION re 233 Plaintiff WILLIAM EMMETT LECROY's motion for preliminary injunction; 234 Plaintiff WILLIAM EMMETT LECROY's motion for hearing. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 264 | | ORDER: Consistent with 263 Memorandum Opinion, denying 233 Motion for Preliminary Injunction; denying 234 Motion for Hearing. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 265 | | MEMORANDUM AND OPINION re 173 Defendants' motion to vacate preliminary injunctions. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | 266 | | ORDER: Consistent with 265 Memorandum Opinion, granting 173 Motion to Vacate Preliminary Injunctions. Signed by Judge Tanya S. Chutkan on 09/20/2020. (lcfb) (Entered: 09/20/2020) |
| 09/20/2020 | | | MINUTE ORDER: Granting Plaintiffs' 255 Motion for Leave to File Opposition to Defendants' Motion 252 for Leave to File a Surreply. Signed by Judge Tanya S. Chutkan on 9/28/2020. (DJS) (Entered: 09/20/2020) |
| 09/20/2020 | 267 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 264 Order on Motion for Preliminary Injunction, Order on Motion for Hearing by WILLIAM EMMETT LECROY. Filing fee $ 505, receipt number ADCDC–7613863. Fee Status: Fee Paid. Parties have been notified. (Smith, Gregory) (Entered: 09/20/2020) |
| 09/20/2020 | 268 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 267 Notice of Appeal to DC Circuit Court. (zadc) (Main Document 268 replaced on 9/21/2020) (zjf). (Entered: 09/20/2020) |
| 09/20/2020 | 269 | | Emergency MOTION to Stay *Proceedings as to Plaintiff William LeCroy Only* by WILLIAM EMMETT LECROY (Attachments: # 1 Text of Proposed Order)(Smith, Gregory) (Entered: 09/20/2020) |
| 09/20/2020 | | | USCA Case Number 20–5285 for 267 Notice of Appeal to DC Circuit Court, filed by WILLIAM EMMETT LECROY. (zrdj) (Entered: 09/21/2020) |
| 09/20/2020 | 276 | | Memorandum in opposition to re 252 MOTION for Leave to File *Surreply in Opposition to Plaintiffs' Motoin for Partial Summary Judgment Concerning the FDCA Claim (Count XI) (This document relates to all cases)* filed by JEFFREY PAUL. (ztd) (Entered: 09/23/2020) |
| 09/20/2020 | 286 | | SURREPLY to re 252 MOTION for Leave to File *Surreply in Opposition to Plaintiffs' Motoin for Partial Summary Judgment Concerning the FDCA Claim (Count XI) (This document relates to all cases)* filed by JEFFREY PAUL. (ztd) (Entered: 10/05/2020) |
| 09/21/2020 | | | MINUTE ORDER: Plaintiff William Emmett LeCroy's 269 Emergency Motion to Stay Proceedings is hereby DENIED. The purpose of Mr. LeCroy's motion is unclear. In any event, Mr. LeCroy has failed to demonstrate he is entitled to a stay pending appeal. In particular, he has not shown he is likely to succeed on the merits of any appeal. See In re Special Proceedings, 840 F. |

| | | | |
|---|---|---|---|
| | | | Supp. 2d 370, 372 (D.D.C. 2012) (citing Nken v. Holder, 556 U.S. 418, 434 (2009); Wash. Metro Area Transit Comm'n v. Holiday Tours, 559 F.2d 841, 842 n.1 (D.C. Cir. 1977)) ("In determining whether to stay an order pending appeal, the Court considers the same four factors as it would in resolving a motion for a preliminary injunction."). Signed by Judge Tanya S. Chutkan on 09/21/2020. (lcfb) (Entered: 09/21/2020) |
| 09/21/2020 | <u>270</u> | | TRANSCRIPT OF STATUS CONFERENCE before Judge Tanya S. Chutkan held on 08/28/2020. Page Numbers: 1–20. Date of Issuance: 09/21/2020. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 10/12/2020. Redacted Transcript Deadline set for 10/22/2020. Release of Transcript Restriction set for 12/20/2020.(Wick, Sara) (Entered: 09/21/2020) |
| 09/21/2020 | <u>271</u> | | TRANSCRIPT OF 9/18/20 EVIDENTIARY HEARING before Judge Tanya S. Chutkan held on September 18, 2020; Page Numbers: 1–81. Date of Issuance: 9/21/2020. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form at www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 10/12/2020. Redacted Transcript Deadline set for 10/22/2020. Release of Transcript Restriction set for 12/20/2020.(Wayne, Bryan) (Entered: 09/21/2020) |
| 09/21/2020 | <u>272</u> | | TRANSCRIPT OF 9/19/20 EVIDENTIARY HEARING before Judge Tanya S. Chutkan held on September 19, 2020; Page Numbers: 1–55. Date of Issuance: 9/21/2020. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form at www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced |

| | | |
|---|---|---|
| | | above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 10/12/2020. Redacted Transcript Deadline set for 10/22/2020. Release of Transcript Restriction set for 12/20/2020.(Wayne, Bryan) (Entered: 09/21/2020) |
| 09/22/2020 | 273 | TRANSCRIPT OF 9/17/20 TELEPHONE CONFERENCE before Judge Tanya S. Chutkan held on September 17, 2020; Page Numbers: 1−47. Date of Issuance: 9/22/2020. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form at www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 10/13/2020. Redacted Transcript Deadline set for 10/23/2020. Release of Transcript Restriction set for 12/21/2020.(Wayne, Bryan) (Entered: 09/22/2020) |
| 09/23/2020 | 277 | NOTICE OF WITHDRAWAL OF APPEARANCE as to IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES. Attorney Alan Burch terminated. (Burch, Alan) (Entered: 09/23/2020) |
| 09/25/2020 | | MINUTE ORDER: By 9:00 am Tuesday, September 29, 2020, the parties shall meet, confer, and file a joint status report indicating: 1) all outstanding motions or other unresolved matters in these consolidated actions; 2) the underlying case number(s) to the extent a motion or issue does not apply to all plaintiffs; 3) ECF numbers and precise page numbers for any documents relating to the outstanding issues; and 4) a proposed schedule for moving forward with this case, including to the extent necessary, briefing on any outstanding matters. Signed by Judge Tanya S. Chutkan on 09/25/2020. (lcfb) (Entered: 09/25/2020) |
| 09/28/2020 | | Set/Reset Deadlines: Joint Status Report due by 9/29/2020. (tb) (Entered: 09/28/2020) |
| 09/28/2020 | 278 | MOTION for Leave to File *Reply In Support of Motion to Alter Judgment as to (205 in 1:19−mc−00145−TSC)* by RICHARD TIPTON (Attachments: # 1 Plaintiffs Reply In Support Of Their Motion To Alter And Amend Judgment Pursuant To Rule 59(E) Of The Federal Rules Of Civil Procedure)(King, Gerald) (Entered: 09/28/2020) |

| 09/29/2020 | 279 | | Joint STATUS REPORT by JEFFREY PAUL. (Nolan, Shawn) (Entered: 09/29/2020) |
|---|---|---|---|
| 09/29/2020 | 280 | | ERRATA by IN THE MATTER OF THE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES 279 Status Report filed by JEFFREY PAUL. (Attachments: # 1 Joint Status Report (rev.))(Walker, Johnny) (Entered: 09/29/2020) |
| 09/29/2020 | 281 | | MOTION for Leave to File *Motion to Alter or Amend Judgment Denying Permanent Injunction* by JEFFREY PAUL (Attachments: # 1 Motion to alter or amend judgment denying permanent injunction, # 2 Exhibit 1 – Hale Statements, # 3 Exhibit 2 – AP Article – Tarm, # 4 Exhibit 3 – Kudisch Article, # 5 Exhibit 4 – Van Norman Supp. Decl. 9–29–2020, # 6 Exhibit 5 – Edgar Supp. Decl. 9–28–2020)(Nolan, Shawn) (Entered: 09/29/2020) |
| 09/30/2020 | | | MINUTE ORDER: Plaintiffs' 278 motion for leave to file a reply and 281 motion for leave to file a motion to alter or amend 262 judgment denying a permanent injunction are hereby GRANTED. Plaintiffs shall refile the motion to alter or amend as a new document. Defendants shall file a response to Plaintiffs' motion to alter judgment by Wednesday, October 7, 2020. Plaintiffs may file a reply by Monday, October 12, 2020. Signed by Judge Tanya S. Chutkan on 09/30/2020. (lcfb) (Entered: 09/30/2020) |
| 09/30/2020 | 282 | | MOTION to Alter Judgment as to 261 Memorandum & Opinion, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *on behalf of all Plaintiffs* by JEFFREY PAUL (Attachments: # 1 Exhibit 1 – Hale Statements, # 2 Exhibit 2 – AP Article – Tarm, # 3 Exhibit 3 – Kudisch Article, # 4 Exhibit 4 – Gail Van Norman Supp. Decl. 9–29–2020, # 5 Exhibit 5 – Mark A. Edgar Supp. Decl. 9–28–2020)(Nolan, Shawn) (Entered: 09/30/2020) |
| 09/30/2020 | 283 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to CHRISTOPHER ANDRE VIALVA. Attorney Susan M. Otto and Michael F. Williams terminated. (Attachments: # 1 Exhibit Exhibit 1 – Judgment Returned)Associated Cases: 1:19–mc–00145–TSC, 1:20–cv–01693–TSC(Otto, Susan) (Entered: 09/30/2020) |
| 09/30/2020 | 284 | | NOTICE *of Execution Date (Orlando Cordia Hall)* by WILLIAM P. BARR (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 09/30/2020) |
| 10/01/2020 | | | Set/Reset Deadlines: Response due by 10/7/2020. Reply due by 10/12/2020. (tb) (Entered: 10/01/2020) |
| 10/01/2020 | 285 | | MOTION for Leave to File *Supplemental Memorandum in Support of Plaintiffs' Motion to Alter or Amend Judgment (ECF No. 238), on behalf of all Plaintiffs* by JEFFREY PAUL (Attachments: # 1 Proposed supplemental memorandum in support of Plaintiffs' motion to alter or amend judgment (ECF No. 238))(Nolan, Shawn) (Entered: 10/01/2020) |
| 10/06/2020 | 287 | | MOTION for Leave to File *Motion to Alter or Amend Judgment as to Count V on Behalf of Plaintiffs Battle, Bernard, Bourgeois, Hall, Robinson, and Webster* by ANTHONY BATTLE (Attachments: # 1 Motion to alter or amend judgment as to Count V, # 2 Exhibit 1 – Hall Request)(Toll, Joshua) (Entered: |

| | | | |
|---|---|---|---|
| | | | 10/06/2020) |
| 10/06/2020 | 288 | | Unopposed MOTION for Leave to File *Unopposed Motion to Extend Time (Two Days)* by U.S. DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order (Granting Leave to File), # 2 Unopposed Motion to Extend Time, # 3 Text of Proposed Order (Extending Time), # 4 Certificate of Service)(Walker, Johnny) (Entered: 10/06/2020) |
| 10/07/2020 | | | MINUTE ORDER granting 288 Motion for Leave to File. For good cause shown, Defendants' unopposed motion to extend time is hereby GRANTED. It is hereby ORDERED that Defendants shall file a response to 282 Plaintiffs' motion to alter judgment by Friday, October 9, 2020. Plaintiff may file a reply by Wednesday, October 15, 2020. Signed by Judge Tanya S. Chutkan on 10/07/2020. (lcfb) Modified on 10/14/2020 (tb). (Entered: 10/07/2020) |
| 10/07/2020 | 289 | | MOTION for Extension of Time to File Response/Reply as to 282 MOTION to Alter Judgment as to 261 Memorandum & Opinion, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *on behalf of all Plai* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(ztd) (Entered: 10/08/2020) |
| 10/08/2020 | | | Set/Reset Deadlines: Response due by 10/9/2020. Reply due by 10/15/2020. (tb) (Entered: 10/08/2020) |
| 10/09/2020 | 290 | | MOTION to Dismiss *Mr. Lee's Individual Complaint and Remove Him as Plaintiff from the Consolidated Action* by DANIEL LEWIS LEE (Van Tol, Pieter) (Entered: 10/09/2020) |
| 10/09/2020 | 291 | | Memorandum in opposition to re 282 MOTION to Alter Judgment as to 261 Memorandum & Opinion, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *on behalf of all Plai filed by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 3d Supp. Decl. of Joseph Antognini, # 4 Supp. Decl. of Kendall Von Crowns, # 5 Decl. of Eric Williams)(Walker, Johnny) (Entered: 10/09/2020)* |
| 10/13/2020 | | | MINUTE ORDER: Plaintiffs' 285 Motion for Leave to File Supplemental Memorandum in Support of 238 Plaintiffs' Motion to Alter or Amend Judgment is hereby GRANTED. Signed by Judge Tanya S. Chutkan on 10/13/2020. (lcfb) (Entered: 10/13/2020) |
| 10/13/2020 | | | MINUTE ORDER: Plaintiffs' 211 motion for leave to file a surreply in opposition to 173 Defendants' motion to vacate preliminary injunctions is hereby GRANTED. Signed by Judge Tanya S. Chutkan on 10/13/2020. (lcfb) (Entered: 10/13/2020) |
| 10/13/2020 | 293 | | SUPPLEMENTAL MEMORANDUM to re 238 MOTION to Alter Judgment as to (205 in 1:19–mc–00145–TSC) Order on Motion for Entry of Final Judgment, filed by JEFFREY PAUL. (ztd) (Entered: 10/14/2020) |
| 10/13/2020 | 294 | | SURREPLY to re 173 MOTION to Vacate *Preliminary Injunctions Barring Executions of Plaintiffs James Roane, Richard Tipton, Cory Johnson, Orlando Hall, Bruce Webster, Anthony Battle, and Jeffrey Paul* filed by JEFFREY |

| | | | |
|---|---|---|---|
| | | | PAUL. (ztd) (Entered: 10/14/2020) |
| 10/14/2020 | 292 | | REPLY to opposition to motion re 282 MOTION to Alter Judgment as to 261 Memorandum & Opinion, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *on behalf of all Plai filed by JEFFREY PAUL. (Attachments: # 1 Exhibit Reply Ex. 1 – Wabash Valley AP Article, # 2 Exhibit Reply Ex 2 – NPR Article)(Nolan, Shawn) (Entered: 10/14/2020)* |
| 10/16/2020 | 295 | | Unopposed MOTION for Leave to File *Response to Plaintiffs' Supplemental Memorandum in Support of Their Motion to Alter or Amend the Judgment Dismissing Their Eighth Amendment Claim [ECF No. 293]* by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order (Granting Leave to File), # 2 Response to Plaintiffs' Supplemental Memorandum, # 3 Certificate of Service)(Walker, Johnny) (Entered: 10/16/2020) |
| 10/16/2020 | 296 | | NOTICE *of Execution Date (Brandon Bernard)* by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 10/16/2020) |
| 10/19/2020 | | | MINUTE ORDER: Defendants' 295 Unopposed Motion for Leave to File Response to Plaintiffs' 293 Supplemental Memorandum in Support of Their Motion to Alter or Amend the Judgment Dismissing Their Eighth Amendment Claim is hereby GRANTED. Signed by Judge Tanya S. Chutkan on 10/19/2020. (lcfb) (Entered: 10/19/2020) |
| 10/19/2020 | 297 | | RESPONSE re 293 Supplemental Memorandum filed by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. (ztd) (Entered: 10/21/2020) |
| 10/23/2020 | | | MINUTE ORDER: Plaintiffs' 287 motion for leave to file a motion to alter or amend judgment as to Count V is hereby GRANTED. Plaintiffs shall refile the motion to alter or amend as a new document. Defendants shall file a response to Plaintiffs' motion, not to exceed ten pages, by Monday, October 26, 2020. Plaintiffs may file a reply, not to exceed five pages, by Tuesday, October 27, 2020. Signed by Judge Tanya S. Chutkan on 10/23/2020. (lcfb) (Entered: 10/23/2020) |
| 10/23/2020 | 298 | | MOTION to Alter Judgment as to 261 Memorandum & Opinion, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *As To Count V by Plaintiffs Battle, Bernard, Bourgeois, Hall, Robinson and Webster* by ANTHONY BATTLE (Attachments: # 1 Exhibit 1 – Hall Request)(Toll, Joshua) (Entered: 10/23/2020) |
| 10/23/2020 | 299 | | MANDATE of USCA as to 267 Notice of Appeal to DC Circuit Court, filed by WILLIAM EMMETT LECROY ; USCA Case Number 20–5285. (Attachments: # 1 USCA Order)(zrdj) (Entered: 10/26/2020) |
| 10/26/2020 | | | Set/Reset Deadlines: Response due by 10/26/2020. Reply due by 10/27/2020. (tb) (Entered: 10/26/2020) |
| 10/26/2020 | 300 | | |

| | | | |
|---|---|---|---|
| | | | ORDER granting 290 Plaintiff Daniel Lewis Lee's Motion to Dismiss. It is hereby ORDERED that Daniel Lewis Lee be removed as a Plaintiff in the consolidated action. Signed by Judge Tanya S. Chutkan on 10/26/2020. (lcfb) (Entered: 10/26/2020) |
| 10/26/2020 | 301 | | Memorandum in opposition to re 298 MOTION to Alter Judgment as to 261 Memorandum & Opinion, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *As To Count V by Plai filed by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit 1, # 2 Certificate of Service)(Walker, Johnny) (Entered: 10/26/2020)* |
| 10/27/2020 | 302 | | REPLY to opposition to motion re 298 MOTION to Alter Judgment as to 261 Memorandum & Opinion, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, *As To Count V by Plaintiffs Battle, Bernard, Bourgeois, Hall, Robinson, and Webster filed by ANTHONY BATTLE. (Toll, Joshua) (Entered: 10/27/2020)* |
| 10/28/2020 | 303 | | MOTION to Intervene by LISA MARIE MONTGOMERY (Attachments: # 1 Exhibit 1 – Complaint, # 2 Exhibit A – Dr. Van Norman declaration, # 3 Exhibit B – Dr. Edgar declaration, # 4 Exhibit C – Dr. Zivot declaration, # 5 Exhibit D – Dr. Almgren declaration, # 6 Exhibit E – Dr. Stevens declaration, # 7 Exhibit F – Gail Van Norman declaration)(Henry, Kelley) (Entered: 10/28/2020) |
| 10/28/2020 | 304 | | NOTICE of Appearance– Pro Bono by Kelley Henry on behalf of LISA MARIE MONTGOMERY (Henry, Kelley) (Entered: 10/28/2020) |
| 10/28/2020 | | | MINUTE ORDER: A telephone hearing is hereby set for Monday 11/2/2020 at 11:00 am on movant LISA MARIE MONTGOMERY's 303 Motion to Intervene. The Judge's courtroom deputy will contact the parties with dial–in instructions. Signed by Judge Tanya S. Chutkan on 10/28/2020. (DJS) (Entered: 10/28/2020) |
| 10/29/2020 | | | Set/Reset Hearings: Telephone Conference set for 11/2/2020 at 11:00 AM by telephone before Judge Tanya S. Chutkan. (tb) (Entered: 10/29/2020) |
| 11/02/2020 | | | Minute Entry: Motion Hearing held on 11/2/2020 before Judge Tanya S. Chutkan: re 303 MOTION to Intervene filed by LISA MARIE MONTGOMERY. Oral motion by plaintiff to withdraw motion; heard and GRANTED. (Court Reporter Bryan Wayne) (tb) (Entered: 11/02/2020) |
| 11/03/2020 | 305 | | ORDER denying 238 Motion to Alter Judgment; denying 282 Motion to Alter Judgment; denying 298 Motion to Alter Judgment. Signed by Judge Tanya S. Chutkan on 11/03/2020. (lcfb) (Entered: 11/03/2020) |
| 11/03/2020 | 306 | | MOTION to Dismiss *Count IV of Plaintiff Dustin Higgs's Complaint by UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Certificate of Service)(Walker, Johnny) (Entered: 11/03/2020)* |
| 11/04/2020 | 307 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 193 Order on Motion to Expedite, 261 Memorandum & Opinion, 205 Order on Motion for Entry of |

| | | |
|---|---|---|
| | | Final Judgment, 305 Order on Motion to Alter Judgment,, 262 Order on Motion for Partial Summary Judgment,, Order on Motion for Permanent Injunction,, Order on Motion to Dismiss,, Order on Motion for Summary Judgment, by ANTHONY BATTLE, BRANDON BERNARD, ALFRED BOURGEOIS, CHADRICK EVAN FULKS, ORLANDO HALL, DUSTIN HIGGS, NORRIS G. HOLDER, JR, DUSTIN LEE HONKEN, CORY JOHNSON, WILLIAM EMMETT LECROY, DANIEL LEWIS LEE, KEITH NELSON, KEITH NELSON, JEFFREY PAUL, WESLEY IRA PURKEY, JAMES H. ROANE, JR, JULIUS ROBINSON, RICHARD TIPTON, CHRISTOPHER ANDRE VIALVA, BRUCE WEBSTER. Filing fee $ 505, receipt number ADCDC–7797043. Fee Status: Fee Paid. Parties have been notified. (Drylewski, Alex) (Entered: 11/04/2020) |
| 11/05/2020 | 308 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date 11/04/2020 re 307 Notice of Appeal to DC Circuit Court,,,. (ztd) (Entered: 11/05/2020) |
| 11/05/2020 | | USCA Case Number 20–5329 for 307 Notice of Appeal to DC Circuit Court,,, filed by RICHARD TIPTON, DUSTIN LEE HONKEN, NORRIS G. HOLDER, JR., ANTHONY BATTLE, ALFRED BOURGEOIS, ORLANDO HALL, CHADRICK EVAN FULKS, JEFFREY PAUL, DANIEL LEWIS LEE, DUSTIN HIGGS, JULIUS ROBINSON, BRUCE WEBSTER, BRANDON BERNARD, KEITH NELSON, CORY JOHNSON, WILLIAM EMMETT LECROY, CHRISTOPHER ANDRE VIALVA, JAMES H. ROANE, JR.,, WESLEY IRA PURKEY. (zrdj) (Entered: 11/05/2020) |
| 11/05/2020 | 309 | MOTION for Leave to File *Motion for Stay of Execution* by BRANDON BERNARD, ORLANDO HALL (Attachments: # 1 Motion for Stay of Execution, # 2 Text of Proposed Order)(Lentz, Amy) (Entered: 11/05/2020) |
| 11/06/2020 | | MINUTE ORDER: Plaintiffs' 309 motion for leave to file a motion for stay of execution pending appeal is hereby GRANTED. Plaintiffs shall refile the motion for stay of execution as a new document. Defendants shall file a response to Plaintiffs' motion to stay execution, not to exceed 20 pages, by Thursday, November 12, 2020 at 5 p.m. Plaintiffs may file a reply, not to exceed 10 pages, by Friday, November 13, 2020 at 11:59 p.m. Signed by Judge Tanya S. Chutkan on 11/6/2020. (lcfb) (Entered: 11/06/2020) |
| 11/07/2020 | 310 | MOTION to Stay *Execution* by BRANDON BERNARD, ORLANDO HALL (Attachments: # 1 Text of Proposed Order)(Lentz, Amy) (Entered: 11/07/2020) |
| 11/10/2020 | | Set/Reset Deadlines: Response due by 11/12/2020. Reply due by 11/13/2020. (tb) (Entered: 11/10/2020) |
| 11/12/2020 | 311 | Memorandum in opposition to re 310 MOTION to Stay *Execution* filed by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. (Walker, Johnny) (Entered: 11/12/2020) |
| 11/13/2020 | 312 | REPLY to opposition to motion re 310 MOTION to Stay *Execution* filed by BRANDON BERNARD, ORLANDO HALL. (Lentz, Amy) (Entered: 11/13/2020) |
| 11/16/2020 | 313 | |

| | | | |
|---|---|---|---|
| | | | Emergency MOTION for Entry of Final Judgment *by Plaintiffs* by ANTHONY BATTLE (Attachments: # 1 Text of Proposed Order)(Toll, Joshua) (Entered: 11/16/2020) |
| 11/16/2020 | 314 | | ENTERED IN ERROR ( SEE DOCKET ENTRY 315 .....ORDER granting 313 Motion for Entry of Final Judgment. The court hereby enters PARTIAL FINAL JUDGMENT for the Defendants as to Count V (Ultra Vires Agency Action) of the Amended Complaint. Signed by Judge Tanya S. Chutkan on 11/16/2020. (lcfb) Modified on 11/17/2020 (tb). (Entered: 11/16/2020) |
| 11/16/2020 | 315 | | ORDER granting 313 Motion for Entry of Final Judgment. The court hereby enters PARTIAL FINAL JUDGMENT for the Defendants as to Count V (Ultra Vires Agency Action) of the Amended Complaint. Signed by Judge Tanya S. Chutkan on 11/16/2020. (lcfb) (Entered: 11/16/2020) |
| 11/17/2020 | 316 | | ORDER denying 310 Motion to Stay Execution Pending Appeal. Signed by Judge Tanya S. Chutkan on 11/17/2020. (lcfb) (Entered: 11/17/2020) |
| 11/17/2020 | 317 | | Unopposed MOTION for Extension of Time to File *Opposition to Defendants' Motion to Dismiss Count IV of Plaintiff Higgs's Complaint* by DUSTIN HIGGS (Attachments: # 1 Text of Proposed Order)(Nolan, Shawn) (Entered: 11/17/2020) |
| 11/18/2020 | | | MINUTE ORDER: For good cause shown, Plaintiff Dustin Higgs' 317 Unopposed Motion for Extension of Time to File an Opposition to Defendants' 306 Motion to Dismiss Count IV is hereby GRANTED. Plaintiff Higgs shall file an opposition to Defendants' 306 motion by November 20, 2020. Signed by Judge Tanya S. Chutkan on 11/18/2020. (lcfb) (Entered: 11/18/2020) |
| 11/18/2020 | | | Set/Reset Deadlines: Plaintiff Dustin Higgs shall file an opposition to Defendants' 306 Motion to Dismiss Count IV of Plaintiff Dustin Higgs's Complaint by 11/20/2020. (jth) (Entered: 11/18/2020) |
| 11/18/2020 | | | MINUTE ORDER: In light of the D.C. Circuit's order reversing this court's dismissal of Plaintiffs' Eighth Amendment claim and the execution of Orlando Hall scheduled for tomorrow, it is hereby ORDERED that any motion for expedited relief be filed by 4 p.m. today. Signed by Judge Tanya S. Chutkan on 11/18/2020. (lcfb) (Entered: 11/18/2020) |
| 11/18/2020 | 318 | | MOTION to Set Aside *2019 Federal Lethal Injection Protocol*, MOTION to Stay *Execution* by ORLANDO HALL (Attachments: # 1 Text of Proposed Order)(Lentz, Amy) Modified event on 11/19/2020 (znmw). (Entered: 11/18/2020) |
| 11/18/2020 | 321 | | MANDATE of USCA as to 307 Notice of Appeal to DC Circuit Court,,, filed by RICHARD TIPTON, DUSTIN LEE HONKEN, NORRIS G. HOLDER, JR., ANTHONY BATTLE, ALFRED BOURGEOIS, ORLANDO HALL, CHADRICK EVAN FULKS, JEFFREY PAUL, DANIEL LEWIS LEE, DUSTIN HIGGS, JULIUS ROBINSON, BRUCE WEBSTER, BRANDON BERNARD, KEITH NELSON, CORY JOHNSON, WILLIAM EMMETT LECROY, CHRISTOPHER ANDRE VIALVA, JAMES H. ROANE, JR.,, WESLEY IRA PURKEY ; USCA Case Number 20–5329. (Attachments: # 1 USCA Order)(zrdj) (Entered: 11/19/2020) |
| 11/19/2020 | 319 | | |

| | | | |
|---|---|---|---|
| | | | Memorandum in opposition to re 318 MOTION for Order *Setting Aside 2019 Federal Lethal Injection Protocol* MOTION to Stay *Execution* filed by WILLIAM P. BARR, U.S. DEPARTMENT OF JUSTICE. (Walker, Johnny) (Entered: 11/19/2020) |
| 11/19/2020 | 320 | | REPLY to opposition to motion re 318 MOTION to Set Aside *2019 Federal Lethal Injection Protocol* MOTION to Stay *Execution* filed by ORLANDO HALL. (Lentz, Amy) (Entered: 11/19/2020) |
| 11/19/2020 | 322 | | MEMORANDUM AND OPINION re Plaintiff Orlando Hall's 318 Motion to Set Aside 2019 Federal Lethal Injection Protocol and Motion to Stay Execution. Signed by Judge Tanya S. Chutkan on 11/19/2020. (lcfb) (Entered: 11/19/2020) |
| 11/19/2020 | 323 | | ORDER granting 318 Motion to Stay Execution and Motion to Set Aside Federal Lethal Injection Protocol. Signed by Judge Tanya S. Chutkan on 11/19/2020. (lcfb) (Entered: 11/19/2020) |
| 11/19/2020 | 324 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 322 Memorandum & Opinion, 323 Order on Motion to Set Aside, Order on Motion to Stay by UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM P. BARR, U.S. DEPARTMENT OF JUSTICE. Fee Status: No Fee Paid. Parties have been notified. (Walker, Johnny) (Entered: 11/19/2020) |
| 11/19/2020 | 325 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 324 Notice of Appeal to DC Circuit Court,. (zjf) (Entered: 11/19/2020) |
| 11/19/2020 | 326 | | MOTION to Stay re 322 Memorandum & Opinion, 323 Order on Motion to Set Aside, Order on Motion to Stay *Injunction Pending Appeal* by WILLIAM P. BARR, U.S. DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF JUSTICE (Walker, Johnny) (Entered: 11/19/2020) |
| 11/19/2020 | 327 | | Emergency MOTION for Order *Requiring that Defendants Comply with Texas Law* by ORLANDO HALL (Attachments: # 1 Text of Proposed Order)(Lentz, Amy) (Entered: 11/19/2020) |
| 11/19/2020 | 328 | | ORDER denying Defendants' 326 motion to stay pending appeal. Signed by Judge Tanya S. Chutkan on 11/19/2020. (lcfb) (Entered: 11/19/2020) |
| 11/19/2020 | | | USCA Case Number 20–5345 for 324 Notice of Appeal to DC Circuit Court, filed by WILLIAM P. BARR, U.S. DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF JUSTICE. (zrdj) (Entered: 11/20/2020) |
| 11/20/2020 | | | MINUTE ORDER: Plaintiff Orlando Hall's 327 emergency motion for an order requiring that Defendants comply with Texas law is hereby DENIED as moot. Signed by Judge Tanya S. Chutkan on 11/20/2020. (lcfb) (Entered: 11/20/2020) |
| 11/20/2020 | | | MINUTE ORDER: The parties shall meet, confer, and file a proposed briefing schedule for further motions by Tuesday, November 24, 2020 at 5 p.m. to avoid last–minute or eleventh–hour litigation. Signed by Judge Tanya S. Chutkan on 11/20/2020. (lcfb) (Entered: 11/20/2020) |
| 11/20/2020 | 329 | | |

| | | | |
|---|---|---|---|
| | | | Memorandum in opposition to re 306 MOTION to Dismiss *Count IV of Plaintiff Dustin Higgs's Complaint* filed by DUSTIN HIGGS. (Nolan, Shawn) (Entered: 11/20/2020) |
| 11/20/2020 | 330 | | NOTICE *of Execution Dates (Alfred Bourgeois, Cory Johnson, and Dustin Higgs)* by WILLIAM P. BARR, U.S. DEPARTMENT OF JUSTICE (Walker, Johnny) (Entered: 11/20/2020) |
| 11/22/2020 | 331 | | Supplemental Record on Appeal transmitted to US Court of Appeals re 328 Order on Motion to Stay, Order on Motion for Order; USCA Case Number: 20–5345. (zjf) (Entered: 11/22/2020) |
| 11/24/2020 | 332 | | PROPOSED BRIEFING SCHEDULE re Scheduling Order *on behalf of all parties* by ALFRED BOURGEOIS. (Nolan, Shawn) (Entered: 11/24/2020) |
| 11/25/2020 | 333 | | ORDER: The court amends the parties' proposed briefing schedule 332 as set forth in the attached order. Additionally, Plaintiffs Bernard and Bourgeois are hereby GRANTED leave to file a supplemental complaint in accordance with the attached order by 11:59 pm today, Wednesday 11/25/2020. Signed by Judge Tanya S. Chutkan on 11/25/2020. (lcfb) (Entered: 11/25/2020) |
| 11/25/2020 | 334 | | AMENDED COMPLAINT *Supplemental Complaint of Alfred Bourgeois and Brandon Bernard for Individualized Injunctive and Declaratory Relief* against WILLIAM P. BARR, MARK BEZY, RADM CHRIS A. BINA, JOHN F. CARAWAY, UTTAM DHILLON, ALAN R. DOERHOFF, JOHN DOES(I–IV, Individually and in their official capacities; 07–cv–02145–TSC), JOHN DOES(I–V, Individually and in their official capacities 05cv2337; 12cv00782 I–X), NICOLE ENGLISH, KERRY J. FORESTAL, ERIC H. HOLDER, JR, NEWTON E. KENDIG, II, JEFFREY E. KRUEGER, PAUL LAIRD, HARLEY G. LAPPIN, MICHELE LEONHART, CHARLES L. LOCKETT, JOSEPH MCCLAIN, MICHAEL B. MUKASEY, CHARLES E. SAMUELS, JR, KAREN TANDY(Administrator, Drug Enforcement Administration (05cv2337)), KAREN TANDY(07–cv–02145–TSC), U.S. DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF JUSTICE, T. J. WATSON, THOMAS WEBSTER filed by ALFRED BOURGEOIS, BRANDON BERNARD. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kursman, Alexander) (Entered: 11/25/2020) |
| 11/25/2020 | 335 | | MOTION for Preliminary Injunction *Barring the Execution of Plaintiffs Alfred Bourgeois and Brandon Bernard* by BRANDON BERNARD, ALFRED BOURGEOIS (Kursman, Alexander) (Entered: 11/25/2020) |
| 11/25/2020 | 336 | | MEMORANDUM re 335 MOTION for Preliminary Injunction *Barring the Execution of Plaintiffs Alfred Bourgeois and Brandon Bernard* filed by BRANDON BERNARD, ALFRED BOURGEOIS by BRANDON BERNARD, ALFRED BOURGEOIS. (Kursman, Alexander) (Entered: 11/25/2020) |
| 11/25/2020 | | | Set/Reset Deadlines: Defendants Response to the Preliminary Injunction Motion filed by Plaintiffs Brandon Bernard and Alfred Bourgeois is due by 11/30/2020 at 5:00 PM; Plaintiffs (Bernard and Bourgeois) shall file any reply by 12/1/2020 at 5:00 PM; Defendants Reply in support of their Motion 306 to Dismiss Plaintiff Dustin Higgs supplemental Complaint is due by 12/3/2020 at 5:00 PM; Plaintiff Higgs shall file any motion for injunctive relief by 12/4/2020 at 5:00 PM; Defendants shall file a Response by 12/8/2020 at 5:00 |

| | | | |
|---|---|---|---|
| | | | PM; Plaintiff Higgs may file a reply by 12/9/2020 at 5:00 PM. To the extent Plaintiff Cory Johnson intends to file a motion the parties shall abide by the same schedule set for Plaintiff Higgs. (jth) (Entered: 11/25/2020) |
| 11/25/2020 | | | Set/Reset Deadlines: Plaintiff Higgs shall file any motion for injunctive relief by 12/4/2020 at 5:00 PM; Defendants shall file a Response by 12/8/2020 at 5:00 PM; Plaintiff Higgs may file a reply by 12/9/2020 at 5:00 PM. To the extent Plaintiff Cory Johnson intends to file a motion the parties shall abide by the same schedule set for Plaintiff Higgs. (jth) (Entered: 11/25/2020) |
| 11/30/2020 | 337 | | Memorandum in opposition to re 335 MOTION for Preliminary Injunction *Barring the Execution of Plaintiffs Alfred Bourgeois and Brandon Bernard* filed by WILLIAM P. BARR, U.S. DEPARTMENT OF JUSTICE. (Walker, Johnny) (Entered: 11/30/2020) |
| 11/30/2020 | 338 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Andrew R. Beatty, Filing fee $ 100, receipt number ADCDC–7896181. Fee Status: Fee Paid. by CORY JOHNSON (Attachments: # 1 Declaration of Andrew R. Beatty, # 2 Text of Proposed Order)(Salzman, Donald) (Entered: 11/30/2020) |
| 12/01/2020 | 339 | | REPLY to opposition to motion re 335 MOTION for Preliminary Injunction *Barring the Execution of Plaintiffs Alfred Bourgeois and Brandon Bernard* filed by BRANDON BERNARD, ALFRED BOURGEOIS. (Kursman, Alexander) (Entered: 12/01/2020) |
| 12/03/2020 | 340 | | REPLY to opposition to motion re 306 MOTION to Dismiss *Count IV of Plaintiff Dustin Higgs's Complaint* filed by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. (Walker, Johnny) (Entered: 12/03/2020) |
| 12/04/2020 | 341 | | ORDER: Leave to file the Motion, received from Plaintiff Brandon Bernard, is hereby DENIED. Signed by Judge Tanya S. Chutkan on 12/04/2020. (Attachments: # 1 BRANDON BERNARD motion) (lcfb) Modified on 12/4/2020 (DJS). Modified on 12/4/2020 (DJS). (Entered: 12/04/2020) |
| 12/04/2020 | 342 | | MOTION to Dismiss *William Emmett LeCroy's Individual Complaint and for Dismissal from Consolidated Action* by WILLIAM EMMETT LECROY (Smith, Gregory) (Entered: 12/04/2020) |
| 12/04/2020 | 343 | | MOTION for Leave to File *an Amended and Supplemental Complaint* by DUSTIN HIGGS (Attachments: # 1 Exhibit Amended and Supplemental Complaint of Plaintiff Dustin Higgs for Individualized Injunctive and Declaratory Relief, # 2 Exhibit A)(Nolan, Shawn) (Entered: 12/04/2020) |
| 12/04/2020 | 344 | | MOTION for Preliminary Injunction *Barring the Execution of Plaintiff Dustin Higgs* by DUSTIN HIGGS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit D–A, # 6 Exhibit D–B, # 7 Exhibit E, # 8 Exhibit E–1)(Nolan, Shawn) (Entered: 12/04/2020) |
| 12/06/2020 | 345 | | MEMORANDUM AND OPINION re Plaintiffs' 335 Motion for Preliminary Injunction Barring the Execution of Plaintiffs Alfred Bourgeois and Brandon Bernard. Signed by Judge Tanya S. Chutkan on 12/06/2020. (lcfb) (Entered: 12/06/2020) |
| 12/06/2020 | 346 | | ORDER: Consistent with 345 Memorandum Opinion, denying 335 Motion for Preliminary Injunction. Signed by Judge Tanya S. Chutkan on 12/06/2020. |

| | | | |
|---|---|---|---|
| | | | (lcfb) (Entered: 12/06/2020) |
| 12/07/2020 | 347 | | MOTION to Stay re 346 Order on Motion for Preliminary Injunction *Motion for Injunction or Stay of Execution Pending Appeal of Court's Order Denying a Preliminary Injunction* by BRANDON BERNARD, ALFRED BOURGEOIS (Kursman, Alexander) (Entered: 12/07/2020) |
| 12/07/2020 | 348 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 346 Order on Motion for Preliminary Injunction by BRANDON BERNARD, ALFRED BOURGEOIS. Filing fee $ 505, receipt number ADCDC−7924922. Fee Status: Fee Paid. Parties have been notified. (Anders, Ginger) (Entered: 12/07/2020) |
| 12/07/2020 | 349 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 348 Notice of Appeal to DC Circuit Court. (zjf) (Entered: 12/07/2020) |
| 12/07/2020 | 350 | | ORDER denying 347 Plaintiffs' Motion to Stay Pending Appeal. Signed by Judge Tanya S. Chutkan on 12/07/2020. (lcfb) (Entered: 12/07/2020) |
| 12/07/2020 | | | USCA Case Number 20−5361 for 348 Notice of Appeal to DC Circuit Court, filed by BRANDON BERNARD, ALFRED BOURGEOIS. (zrdj) (Entered: 12/08/2020) |
| 12/08/2020 | 351 | | ORDER granting 342 Plaintiff LeCroy's Motion to Dismiss. Signed by Judge Tanya S. Chutkan on 12/08/2020. (lcfb) (Entered: 12/08/2020) |
| 12/08/2020 | 352 | | Memorandum in opposition to re 343 MOTION for Leave to File *an Amended and Supplemental Complaint*, 344 MOTION for Preliminary Injunction *Barring the Execution of Plaintiff Dustin Higgs* filed by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit 1: 4th Supp. Decl. of Joseph Antognini, # 2 Exhibit 2: Mem. Op., Rhines v. South Dakota Dep't of Corr., No. 49CIV19−002940 (S. Dak. Cir. Ct. Oct. 31, 2019), # 3 Exhibit 3: Decl. of William True, III, # 4 Exhibit 4: Decl. of Rick Winter, # 5 Exhibit 5: 2d Supp. Decl. of Kendall Von Crowns, # 6 Exhibit 6: Decl. of T.J. Watson)(Walker, Johnny) Modified to add link on 12/10/2020 (znmw). (Entered: 12/08/2020) |
| 12/08/2020 | 353 | | MOTION for Extension of Time to File Response/Reply *to Defendants' opposition to Plaintiff Higgs' motions for preliminary injunction and leave to file an amended and supplemental complaint* by DUSTIN HIGGS (Nolan, Shawn) (Entered: 12/08/2020) |
| 12/08/2020 | | | MINUTE ORDER: For good cause shown, Plaintiffs' 353 Motion for Extension of Time to File Reply re 344 Motion for Preliminary Injunction is hereby GRANTED. Plaintiffs' reply shall be submitted by 12/10/2020 at 5p.m. SO ORDERED. Signed by Judge Tanya S. Chutkan on 12/08/2020. (lcfb) (Entered: 12/08/2020) |
| 12/09/2020 | | | Set/Reset Deadlines: Plaintiff's reply due by 12/10/2020. (tb) (Entered: 12/09/2020) |
| 12/09/2020 | 354 | | MEMORANDUM AND OPINION re Defendants' 306 Motion to Dismiss Count IV of Plaintiff Dustin Higgs' Complaint. Signed by Judge Tanya S. Chutkan on 12/09/2020. (lcfb) (Entered: 12/09/2020) |

| 12/09/2020 | 355 | | ORDER granting Defendants' 306 Motion to Dismiss Count IV of Plaintiff Dustin Higgs' Complaint. Signed by Judge Tanya S. Chutkan on 12/09/2020. (lcfb) (Entered: 12/09/2020) |
|---|---|---|---|
| 12/10/2020 | 356 | | REPLY to opposition to motion re 343 MOTION for Leave to File *an Amended and Supplemental Complaint*, 344 MOTION for Preliminary Injunction *Barring the Execution of Plaintiff Dustin Higgs* filed by DUSTIN HIGGS. (Attachments: # 1 Exhibit 1 – Supplemental Dec – Stevens)(Nolan, Shawn) (Entered: 12/10/2020) |
| 12/10/2020 | 357 | | ORDER: Leave to file the Motion, received from Plaintiff Dustin Higgs, is hereby DENIED. Signed by Judge Tanya S. Chutkan on 12/10/2020. (Attachments: # 1 DUSTIN HIGGS motion) (lcfb) (Entered: 12/10/2020) |
| 12/11/2020 | 358 | | MANDATE of USCA as to 324 Notice of Appeal to DC Circuit Court, filed by WILLIAM P. BARR, U.S. DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF JUSTICE ; USCA Case Number 20–5345. (Attachments: # 1 USCA Order)(zrdj) (Entered: 12/11/2020) |
| 12/16/2020 | | | MINUTE ORDER: A telephone status conference is hereby set for Thursday 12/17/2020 at 4:00 pm to discuss Plaintiff Dustin Higgs' pending motions. The Judge's courtroom deputy will contact the parties with dial–in instructions. Signed by Judge Tanya S. Chutkan on 12/16/2020. (lcfb) (Entered: 12/16/2020) |
| 12/16/2020 | 359 | | NOTICE of Appearance by Alexander Louis Kursman on behalf of DUSTIN HIGGS (Attachments: # 1 Exhibit Certificate of Representation Without Compensation)(Kursman, Alexander) (Entered: 12/16/2020) |
| 12/17/2020 | 360 | | NOTICE of Appearance by Devon Erickson Porter on behalf of DUSTIN HIGGS (Attachments: # 1 Exhibit Certificate of Representation Without Compensation)(Porter, Devon) (Entered: 12/17/2020) |
| 12/17/2020 | | | MINUTE ORDER: The parties shall file a joint status report on or before Monday, December 28, 2020, which shall include an update on the status of Plaintiff Higgs' condition and whether the U.S. District Court for the District of Maryland has designated a state other than Maryland to carry out Plaintiff Higgs' execution. Signed by Judge Tanya S. Chutkan on 12/17/2020. (lcfb) (Entered: 12/17/2020) |
| 12/17/2020 | | | Minute Entry: Telephone Conference held on 12/17/2020 before Judge Tanya S. Chutkan: Motions 343 and 344 ; heard and taken under advisement. (Court Reporter Bryan Wayne.) (tb) (Entered: 12/18/2020) |
| 12/18/2020 | 361 | | MOTION for Leave to File *(Motion of Plaintiff Corey Johnson for Leave to File Motion to Compel)* by CORY JOHNSON (Attachments: # 1 Motion to Compel Answers to Interrogatories and Production of Documents, # 2 Memorandum of Points and Authorities in Support of Motion to Compel Answers to Interrogatories and Production of Documents, # 3 Declaration of Donald P. Salzman in Support of Plaintiff Corey Johnson's Motion to Compel, # 4 Exhibit A to Declaration of Donald P. Salzman, # 5 Exhibit B to Declaration of Donald P. Salzman, # 6 Exhibit C to Declaration of Donald P. Salzman, # 7 Exhibit D to Declaration of Donald P. Salzman, # 8 Text of Proposed Order)(Salzman, Donald) (Entered: 12/18/2020) |

| 12/18/2020 | 362 | | MOTION for Relief from Judgment *(Plaintiffs' Motion for Relief from Final Judgment)* by CORY JOHNSON (Attachments: # 1 Plaintiffs' Motion for Relief from Final Judgment, # 2 Memorandum of Points and Authorities In Support of Plaintiffs' Motion for Relief from Final Judgment, # 3 Declaration of Donald P. Salzman in Support of Plaintiffs' Motion for Relief from Final Judgment, # 4 Exhibit 1 to Declaration of Donald P. Salzman, # 5 Exhibit 2 to Declaration of Donald P. Salzman, # 6 Text of Proposed Order)(Salzman, Donald) (Entered: 12/18/2020) |
|---|---|---|---|
| 12/19/2020 | | | MINUTE ORDER: Granting Plaintiff Cory Johnson's 361 Motion for Leave to File Motion to Compel. The Plaintiff shall file the motion to compel as a separate ECF document by 12/20/20. The Government shall respond to both the Motion to Compel and the Motion for Relief from Judgment by 12/21/20 at 5:00 pm. Plaintiff's Replies due 12/22/20 at 5:00 pm. Signed by Judge Tanya S. Chutkan on 12/19/2020. (DJS) (Entered: 12/19/2020) |
| 12/19/2020 | 363 | | MOTION to Compel *(Plaintiff Corey Johnson's Motion and Brief in Support to Compel Answers to Interrogatories and Production of Documents)* by CORY JOHNSON (Attachments: # 1 Declaration of Donald P. Salzman in Support of Plaintiff Corey Johnson's Motion to Compel, # 2 Exhibit A to Declaration of Donald P. Salzman, # 3 Exhibit B to Declaration of Donald P. Salzman, # 4 Exhibit C to Declaration of Donald P. Salzman, # 5 Exhibit D to Declaration of Donald P. Salzman, # 6 Text of Proposed Order)(Salzman, Donald) (Entered: 12/19/2020) |
| 12/19/2020 | 364 | | MOTION for Relief from Judgment *(Plaintiffs' Motion and Brief in Support for Relief from Final Judgment)* by CORY JOHNSON (Attachments: # 1 Declaration of Donald P. Salzman in Support of Plaintiffs' Motion for Relief from Final Judgment, # 2 Exhibit 1 to Declaration of Donald P. Salzman, # 3 Exhibit 2 to Declaration of Donald P. Salzman, # 4 Text of Proposed Order)(Salzman, Donald) (Entered: 12/19/2020) |
| 12/21/2020 | | | Set/Reset Deadlines: Joint Status Report due by 12/28/2020. (tb) (Entered: 12/21/2020) |
| 12/21/2020 | 365 | | Memorandum in opposition to re 363 MOTION to Compel *(Plaintiff Corey Johnson's Motion and Brief in Support to Compel Answers to Interrogatories and Production of Documents)*, 364 MOTION for Relief from Judgment *(Plaintiffs' Motion and Brief in Support for Relief from Final Judgment)* filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit A: Order, United States v. Johnson, No. 92–cr–68–02 (E.D. Va. Nov. 17, 2005), # 2 Exhibit B: Notice of Execution Date to Cory Johnson (Nov. 20, 2020), # 3 Exhibit C: Judgment, United States v. Honken, CR01–3047–001–MWB (N.D. Iowa Oct. 11, 2005))(Walker, Johnny) (Entered: 12/21/2020) |
| 12/22/2020 | 366 | | REPLY to opposition to motion re 363 MOTION to Compel *(Plaintiff Corey Johnson's Motion and Brief in Support to Compel Answers to Interrogatories and Production of Documents)*, 364 MOTION for Relief from Judgment *(Plaintiffs' Motion and Brief in Support for Relief from Final Judgment)* *(Combined Reply Memorandum In Support of Plaintiff Corey Johnson's Motions to Compel and for Relief from Final Judgment)* filed by CORY JOHNSON. (Salzman, Donald) (Entered: 12/22/2020) |

| 12/22/2020 | 367 | | NOTICE *of Filing Declarations* by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Declaration of Eric Williams, # 2 Declaration of Jonathan Hemingway)(Walker, Johnny) (Entered: 12/22/2020) |
| --- | --- | --- | --- |
| 12/22/2020 | 368 | | TRANSCRIPT OF 12/17/20 TELEPHONE CONFERENCE before Judge Tanya S. Chutkan held on December 17, 2020; Page Numbers: 1–23. Date of Issuance: 12/22/2020. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form at www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 1/12/2021. Redacted Transcript Deadline set for 1/22/2021. Release of Transcript Restriction set for 3/22/2021.(Wayne, Bryan) (Entered: 12/22/2020) |
| 12/22/2020 | 369 | | MOTION for Leave to File *Second Amended and Supplemental Complaint and Motion for Preliminary Injunction Barring His Execution* by DUSTIN HIGGS (Attachments: # 1 Exhibit Second Amended and Supplemental Complaint of Plaintiff Dustin Higgs for Individualized Injunctive and Declaratory Relief, # 2 Exhibit 1 to Complaint, # 3 Exhibit 2 to Complaint, # 4 Exhibit 3 to Complaint, # 5 Exhibit Motion for Preliminary Injunction Barring the Execution of Plaintiff Dustin Higgs)(Kursman, Alexander) (Entered: 12/22/2020) |
| 12/23/2020 | | | MINUTE ORDER: Granting Plaintiff Dustin Higgs' 369 Motion for Leave to File Second Amended and Supplemental Complaint and Motion for Preliminary Injunction Barring His Execution. The Plaintiff shall file the amended pleading and the motion for a preliminary injunction as separate ECF documents by 12/26/2020. Defendants shall file a response by 12/31/2020. Plaintiff must file any reply by 1/3/2021. Signed by Judge Tanya S. Chutkan on 12/23/2020. (lcfb) (Entered: 12/23/2020) |
| 12/23/2020 | | | Set/Reset Deadlines: Amended Pleading due by 12/26/2020. Motion due by 12/26/2020. Response due by 12/31/2020. Reply due by 1/3/2021. (tb) (Entered: 12/23/2020) |
| 12/23/2020 | 370 | | AMENDED COMPLAINT *Second Amended and Supplemental Complaint of Plaintiff Dustin Higgs for Individualized Injunctive and Declaratory Relief* against All Defendants filed by DUSTIN HIGGS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Kursman, Alexander) (Entered: 12/23/2020) |
| 12/23/2020 | 371 | | MOTION for Preliminary Injunction *Barring the Execution of Plaintiff Dustin Higgs* by DUSTIN HIGGS (Kursman, Alexander) (Entered: 12/23/2020) |
| 12/23/2020 | 372 | | MOTION for Leave to File *(Motion for Leave of Court for Corey Johnson to File a Supplemental Compliant)* by CORY JOHNSON (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Supplemental Complaint of Plaintiff Corey Johnson for Individualized Injunctive and Declaratory Relief, # 2 Exhibit 1 – Supplemental Expert Declaration of Gail A. Van Norman M.D., # 3 Exhibit A – Curriculum Vitae of Dr. Gail A. Van Norman, # 4 Exhibit 2 – Supplemental Expert Declaration of Dr. Gail A. Van Norman, # 5 Exhibit 3 – Declaration of Dr. Joel Zivot, # 6 Exhibit A – Emory University School of Medicine Curriculum Vitae of Dr. Joel Zivot, # 7 Exhibit 4 – Supplemental Declaration of Dr. Joel Zivot, # 8 Exhibit 5 – Declaration of Dr. Michael Stephen, # 9 Exhibit A – Curriculum Vitae of Michael J. Stephen M.D.)(Salzman, Donald) (Entered: 12/23/2020) |
| 12/23/2020 | 373 | | MOTION for Leave to File *(Motion of Corey Johnson for Leave to File Motion for Preliminary Injunction and Related Documents)* by CORY JOHNSON (Attachments: # 1 Plaintiff Corey Johnson's Motion for Preliminary Injunction, # 2 Plaintiff Corey Johnson's Memorandum of Points and Authorities In Support of Motion for Preliminary Injunction, # 3 Text of Proposed Order)(Salzman, Donald) (Entered: 12/23/2020) |
| 12/28/2020 | | | MINUTE ORDER: Granting Plaintiff Corey Johnson's 372 Motion for Leave to File Supplemental Complaint and 373 Motion for Leave to File Motion for a Preliminary Injunction. The Plaintiff shall file the amended pleading and the motion for a preliminary injunction as separate ECF documents by 12/29/2020. Defendants shall file a response by 12/31/2020. Plaintiff must file any reply by 1/3/2021. Signed by Judge Tanya S. Chutkan on 12/28/2020. (lcfb) (Entered: 12/28/2020) |
| 12/28/2020 | | | MINUTE ORDER: Granting Plaintiff Dustin Higgs' 343 Motion for Leave to File Amended and Supplemental Complaint. Plaintiff shall file the new pleading as a separate ECF document by 12/29/2020. Signed by Judge Tanya S. Chutkan on 12/28/2020. (lcfb) (Entered: 12/28/2020) |
| 12/28/2020 | | | Set/Reset Deadlines: Motion due by 12/29/2020. Response due by 12/31/2020. Reply due by 1/3/2021. (tb) (Entered: 12/28/2020) |
| 12/28/2020 | | | Set/Reset Deadlines: Supplemental complaint due by 12/29/2020. (tb) (Entered: 12/28/2020) |
| 12/28/2020 | 374 | | AMENDED COMPLAINT *(Supplemental Complaint of Plaintiff Corey Johnson for Individualized Injunctive and Declaratory Relief)* against All Defendants filed by CORY JOHNSON. (Attachments: # 1 Exhibit 1 – Supplmental Expert Declaration of Gail A. Van Norman M.D., # 2 Exhibit A – Curriculum Vitae of Dr. Gail A. Van Norman, # 3 Exhibit 2 – Supplemental Expert Declaration of Dr. Gail A. Van Norman, # 4 Exhibit 3 – Declaration of Dr. Joel Zivot, # 5 Exhibit A – Emory University School of Medicine Curriculum Vitae of Dr. Joel Zivot, # 6 Exhibit 4 – Supplemental Declaration of Dr. Joel Zivot, # 7 Exhibit 5 – Declaration of Dr. Michael Stephen, # 8 Exhibit A – Curriculum Vitae of Michael J. Stephen, M.D.)(Salzman, Donald) (Entered: 12/28/2020) |
| 12/28/2020 | 375 | | MOTION for Preliminary Injunction *(Plaintiff Corey Johnson's Motion for Preliminary Injunction)* by CORY JOHNSON (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Salzman, Donald) (Entered: 12/28/2020) |
| 12/28/2020 | 376 | | Joint STATUS REPORT by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. (Walker, Johnny) (Entered: 12/28/2020) |

| 12/29/2020 | 377 | | NOTICE OF SUPPLEMENTAL AUTHORITY by DUSTIN HIGGS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Kursman, Alexander) (Entered: 12/29/2020) |
|---|---|---|---|
| 12/30/2020 | 378 | | MEMORANDUM AND OPINION re Plaintiff Cory Johnson's 363 Motion to Compel; 364 Motion for Relief from Judgment. Signed by Judge Tanya S. Chutkan on 12/30/2020. (lcfb) (Entered: 12/30/2020) |
| 12/30/2020 | 379 | | ORDER denying Plaintiff Cory Johnson's 363 Motion to Compel; denying 364 Motion for Relief from Judgment. Defendants are ORDERED to SHOW CAUSE by 1/1/2021. Signed by Judge Tanya S. Chutkan on 12/30/2020. (lcfb) (Entered: 12/30/2020) |
| 12/31/2020 | | | Set/Reset Deadlines: Response to Show Cause due by 1/12/2021. (tb) (Entered: 12/31/2020) |
| 12/31/2020 | 380 | | Memorandum in opposition to re 375 MOTION for Preliminary Injunction *(Plaintiff Corey Johnson's Motion for Preliminary Injunction)*, 371 MOTION for Preliminary Injunction *Barring the Execution of Plaintiff Dustin Higgs* filed by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit 1: Decl. of Todd Locher, # 2 Exhibit 2: 5th Supp. Decl. of Joseph Antognini, # 3 Exhibit 3: Hr'g Tr. (Dec. 17, 2020), # 4 Exhibit 4: Decl. of Shauna Smiledge (with attachments), # 5 Exhibit 5: 3d Supp. Decl. of Kendall Von Crowns)(Walker, Johnny) (Entered: 12/31/2020) |
| 01/01/2021 | | | MINUTE ORDER: A telephonic evidentiary hearing is hereby set for Monday, January 4, 2021 at 11:30 AM on Plaintiff Dustin Higgs' 371 Motion for Preliminary Injunction; Plaintiff Cory Johnson's 375 Motion for Preliminary Injunction. The Judge's courtroom deputy will contact the parties with dial–in instructions. Signed by Judge Tanya S. Chutkan on 1/1/2021. (lcfb) (Entered: 01/01/2021) |
| 01/01/2021 | 381 | | ERRATA by WILLIAM P. BARR, U.S. DEPARTMENT OF JUSTICE re 380 Memorandum in Opposition,, filed by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit 1: Decl. of Todd Locher (with exhibit))(Walker, Johnny) (Entered: 01/01/2021) |
| 01/01/2021 | 382 | | RESPONSE TO ORDER TO SHOW CAUSE by UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM P. BARR re 379 Order on Motion to Compel, Order on Motion for Relief from Judgment *and NOTICE* filed by UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM P. BARR. (Lin, Jean) (Entered: 01/01/2021) |
| 01/03/2021 | 383 | | REPLY to opposition to motion re 371 , 375 MOTION for Preliminary Injunction *(Plaintiff Corey Johnson's Motion for Preliminary Injunction)* filed by CORY JOHNSON. (Attachments: # 1 Declaration of Jessica Johnson, # 2 Declaration of Mitchell Glass, # 3 Exhibit A – Curriculum Vitae of Mitchell Glass, M.D., # 4 Declaration of Plaintiff Corey Johnson, # 5 Declaration of Reverend William T. Breeden, # 6 Exhibit 5 – Vice New Article)(Salzman, Donald) Modified to add linkage on 1/4/2021 (ztd). (Entered: 01/03/2021) |
| 01/04/2021 | 384 | | ERRATA *(Erratum to Joint Reply Memorandum of Corey Johnson and Dustin Higgs in Further Support of Motions for Preliminary Injunction)* by CORY JOHNSON re 383 Reply to opposition to Motion, filed by CORY JOHNSON. (Attachments: # 1 Exhibit 1 – Corey Johnson Declaration)(Salzman, Donald) |

| | | | |
|---|---|---|---|
| | | | (Entered: 01/04/2021) |
| 01/04/2021 | | | Minute Entry: Evidentiary Hearing held on 1/4/2021 before Judge Tanya S. Chutkan: Government moves to strike declaration of Dr. Glass; heard and taken under advisement. Witness: Dr. Crowns. Motion Hearing continued to 1/5/2021 at 09:00 AM in Telephonic/VTC before Judge Tanya S. Chutkan. (Court Reporter Bryan Wayne) (tb) Modified on 1/5/2021 – Evidentiary Hearing correction (tb). (Entered: 01/04/2021) |
| 01/04/2021 | 385 | | TRANSCRIPT OF 1/4/21 MOTION HEARING before Judge Tanya S. Chutkan held on January 4, 2021; Page Numbers: 1–34. Date of Issuance: 1/4/2021. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form at www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 1/25/2021. Redacted Transcript Deadline set for 2/4/2021. Release of Transcript Restriction set for 4/4/2021.(Wayne, Bryan) (Main Document 385 replaced on 1/7/2021) (zhsj). (Entered: 01/04/2021) |
| 01/05/2021 | | | Minute Entry: Evidentiary Hearing held on 1/5/2021 before Judge Tanya S. Chutkan: Defendants' oral motion to strike; GRANTED IN PART, DENIED IN PART. Defendants oral motion to strike testimony and declaration of Dr. Glass; GRANTED. Witnesses: Todd Locher, Michael Stephen, Mitchell Glass and Gail Van Norman. All declarations are admitted into evidence. (Court Reporter Bryan Wayne) (tb) (Entered: 01/05/2021) |
| 01/06/2021 | 386 | | ENTERED IN ERROR. . . . .NOTICE *(Letter)* by CORY JOHNSON re 375 MOTION for Preliminary Injunction *(Plaintiff Corey Johnson's Motion for Preliminary Injunction)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Salzman, Donald) Modified on 1/7/2021 (ztd). (Entered: 01/06/2021) |
| 01/06/2021 | 387 | | Unopposed MOTION for Leave to File *a Response to the Notice by Counsel for Plaintiff Cory Johnson* by U.S. DEPARTMENT OF JUSTICE (Attachments: # 1 Defs.' Resp. to Not. by Counsel for Pl. Cory Johnson, # 2 Text of Proposed Order)(Walker, Johnny) (Entered: 01/06/2021) |
| 01/07/2021 | | | NOTICE OF ERROR re 386 Notice (Other); emailed to Donald.salzman@skadden.com, cc'd 125 associated attorneys –– The PDF file you docketed contained errors: 1. Please refile document, 2. See Local Rule regarding Correspondence. Refile as a proper pleading. (ztd, ) (Entered: 01/07/2021) |
| 01/07/2021 | 388 | | MOTION for Leave to File *(Motion of Corey Johnson for Leave to File Supplemental Declaration and Updated Medical Records In Support of Motion for Preliminary Injunction)* by CORY JOHNSON (Attachments: # 1 Exhibit A – Supplemental Declaration of the Reverend William T. Breeden, # |

| | | | |
|---|---|---|---|
| | | | 2 Exhibit B – Medical Records)(Salzman, Donald) (Entered: 01/07/2021) |
| 01/07/2021 | 389 | | TRANSCRIPT OF 1/5/21 MOTION HEARING before Judge Tanya S. Chutkan held on January 5, 2021; Page Numbers: 35–208. Date of Issuance: 1/7/2021. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting Transcript Order Form at www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 1/28/2021. Redacted Transcript Deadline set for 2/7/2021. Release of Transcript Restriction set for 4/7/2021.(Wayne, Bryan) (Entered: 01/07/2021) |
| 01/10/2021 | 390 | | NOTICE *OF FILING* by DUSTIN HIGGS (Attachments: # 1 USCA Order January 7, 2021 Order, # 2 USCA Order January 8, 2021 Order)(Kursman, Alexander) (Entered: 01/10/2021) |
| 01/11/2021 | | | MINUTE ORDER: Granting 338 Motion for Leave to Appear Pro Hac Vice. Andrew R. Beatty is hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff Cory Johnson. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 1/11/21. (DJS) (Entered: 01/11/2021) |
| 01/11/2021 | | | MINUTE ORDER: Defendants' 387 Motion for Leave to File Response and Plaintiff Cory Johnson's 388 Motion for Leave to File Notice are hereby GRANTED. Signed by Judge Tanya S. Chutkan on 01/11/2021. (lcfb) (Entered: 01/11/2021) |
| 01/11/2021 | 391 | | NOTICE *Regarding Plaintiff Dustin Higgs's Criminal Case* by WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE (Walker, Johnny) (Entered: 01/11/2021) |
| 01/11/2021 | 392 | | RESPONSE filed by U.S. DEPARTMENT OF JUSTICE. (ztd) (Entered: 01/12/2021) |
| 01/11/2021 | 393 | | SUPPLEMENTAL MEMORANDUM to re 375 MOTION for Preliminary Injunction *(Plaintiff Corey Johnson's Motion for Preliminary Injunction)* filed by CORY JOHNSON. (Attachments: # 1 Exhibit Medical Records)(ztd) (Entered: 01/12/2021) |
| 01/12/2021 | 394 | | MEMORANDUM AND OPINION re Plaintiff Dustin Higgs' 371 Motion for a Preliminary Injunction; Plaintiff Cory Johnson's 375 Motion for a Preliminary Injunction. Signed by Judge Tanya S. Chutkan on 01/12/2021. (lcfb) (Entered: 01/12/2021) |
| 01/12/2021 | 395 | | ORDER granting Plaintiff Dustin Higgs' 371 Motion for Preliminary Injunction; granting Plaintiff Cory Johnson's 375 Motion for Preliminary |

| | | | |
|---|---|---|---|
| | | | Injunction. Defendants are enjoined from executing Plaintiffs Higgs and Johnson until March 16, 2021. Signed by Judge Tanya S. Chutkan on 01/12/2021. (lcfb) (Entered: 01/12/2021) |
| 01/12/2021 | 396 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 394 Memorandum & Opinion, 395 Order, by UNITED STATES DEPARTMENT OF JUSTICE. Fee Status: No Fee Paid. Parties have been notified. (Walker, Johnny) (Entered: 01/12/2021) |
| 01/12/2021 | 397 | | NOTICE of Appearance by Andrew R. Beatty on behalf of CORY JOHNSON (Beatty, Andrew) (Entered: 01/12/2021) |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| In the Matter of the | ) | |
| Federal Bureau of Prisons' Execution | ) | |
| Protocol Cases, | ) | |
| | ) | |
| LEAD CASE: *Roane et al. v. Barr* | ) | Case No. 19-mc-145 (TSC) |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| *Roane, et al. v. Barr*, No. 05-2337 | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order entered on January 12, 2021, *see* ECF Nos. 394 (Memorandum Opinion) and 395 (Order), in which this Court granted Plaintiffs Cory Johnson's and Dustin Higgs's Motions for Preliminary Injunction as to their as-applied Eighth Amendment challenges to the government's execution protocol and enjoined Defendants from executing either Johnson or Higgs "until March 16, 2021," Memorandum Opinion at 31, ECF No. 394, "to allow Plaintiffs the opportunity to adequately recover from COIVD-19," *id*. at 3. *See also* ECF No. 395 at 1.


Dated: January 12, 2021

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MICHAEL R. SHERWIN
Acting United States Attorney

JEAN LIN
Special Litigation Counsel

BRIAN P. HUDAK
Acting Chief, Civil Division

JONATHAN KOSSAK, D.C. Bar #991478
CRISTEN C. HANDLEY, MO Bar #69114
BRADLEY P. HUMPHREYS,
  D.C. Bar #988057
Trial Attorneys
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, District of Columbia 20005
(202) 514-3716
jean.lin@usdoj.gov
jonathan.kossak@usdoj.gov
christen.handley@usdoj.gov
bradley.humphreys@usdoj.gov

By:   /s/ *Johnny Walker*
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*

Dated: January 12, 2021

2

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, I caused a true and correct copy of foregoing to be served on all following counsel of record via the Court's CM/ECF system.

Joshua C. Toll
King & Spalding LLP
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Ginger D. Anders
Jonathan S. Meltzer
Brendan Gants
Munger, Tolles & Olson LLP
(202) 220-1100
ginger.anders@mto.com

*Counsel for Plaintiff Brandon Bernard*

Alex Kursman
Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
alex_kursman@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Alfred Bourgeois*

Scott W. Braden
Arkansas Federal Defender Office
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying
Andrew Moshos
Morris, Nichols, Arsht & Tunnell LLP
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Joseph Luby
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Amy Lentz
Steptoe & Johnson, LLP
(202) 429.1320
alentz@stepoe.com

*Counsel for Plaintiff Orlando Hall*

1

Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Higgs*


Jon Jeffress
KaiserDillon PLLC
(202) 640-2850
jjeffress@kaiserdillon.com

Timothy Kane
Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
timothy_kane@fd.org
shawn_nolan@fd.org

*Counsel for Plaintiff Dustin Lee Honken*


David S. Victorson
Hogan Lovells US LLP
(202) 637-5600
david.victorson@hoganlovells.com

Pieter Van Tol
Hogan Lovells US LLP
(212) 918-3000
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Daniel Lewis Lee*


Gregory S. Smith
(202) 460-3381
gregsmithlaw@verizon.net

*Counsel for Plaintiff William LeCroy*


Donald P. Salzman
Charles F. Walker
Steven M. Albertson
Skadden, Arps, Slate, Meagher & Flom
LLP
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*


Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0528
shawn_nolan@fd.org

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
(410) 444-1500
garyeproctor@gmail.com

*Counsel for Plaintiff Jeffrey Paul*

Gerald W. King, Jr.
Jeffrey Lyn Ertel
Federal Defender Program, Inc.
(404) 688-7530
Gerald_King@fd.org
Jeff_Ertel@fd.org

Brandon D. Almond
Troutman Sanders LLP
Washington, D.C. 20004
(202) 274-2864
brandon.almond@troutmansanders.com

*Counsel for Richard Tipton, III*

Alan E. Schoenfeld
Ryan M. Chabot
Wilmer Cutler Pickering Hale and Dorr LLP
(212) 230-8880
Alan.Schoenfeld@WilmerHale.com
Ryan.Chabot@WilmerHale.com

Andres C. Salinas
Wilmer Cutler Pickering Hale and Dorr LLP
(202) 663-6289
Andres.Salinas@WilmerHale.com

*Counsel for Wesley I. Purkey*

Dale A. Baich
Jennifer M. Moreno
Federal Public Defender
District of Arizona
(602) 382-2816
dale_baich@fd.org
jennifer_moreno@fd.org

*Counsel for Plaintiff Keith Nelson*

Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
(213) 894-2854
celeste_bacchi@fd.org

*Counsel for Plaintiff Julius O. Robinson*

Paul F. Enzinna
Ellerman Enzinna PLLC
(202)753-5553
penzinna@ellermanenzinna.com

*Counsel for Plaintiff James H. Roane, Jr.*

Evan Miller
Vinson & Elkins LLP
(202) 639-6605
emiller@velaw.com

*Counsel for Bruce Webster*

 _/s/Johnny Walker_
Assistant United States Attorney

*Counsel for Defendants*

)
In the Matter of the                                    )
Federal Bureau of Prisons' Execution     )
Protocol Cases,                                         )
                                                                 )
LEAD CASE: *Roane, et al. v. Barr*          )          Case No. 19-mc-145 (TSC)
                                                                 )
THIS DOCUMENT RELATES TO:             )
                                                                 )
*Roane v. Barr*, 05-cv-2337                      )
                                                                 )

## MEMORANDUM OPINION

With over 376,000 Americans dead and more than twenty-one million infected, the

COVID-19 pandemic "need[s] no elaboration." *Merrill v. People First of Ala.*, 141 S. Ct. 25, 26

(2020) (Sotomayor, J., dissenting). And with each day bringing a new record number of

infections, "the COVID-19 pandemic remains extraordinarily serious and deadly." *Roman Cath.*

*Diocese of Brooklyn v. Cuomo*, 141 S. Ct. 63, 73 (2020) (Kavanaugh, J., concurring).

Among the most susceptible to the spread of COVID-19 is the prison inmate population.

As several outbreaks have shown, "COVID-19 can overtake a prison in a matter of weeks."

*Valentine v. Collier*, 141 S. Ct. 57, 62 (2020) (Sotomayor, J., dissenting) (discussing one facility

which recorded over 200 cases, 5 deaths, and 12 hospitalizations in less than three weeks). This

is unsurprising given that most inmates are unable to socially distance, have limited access to

adequate testing, and are often housed in buildings with poor circulation.

Despite the pandemic, and the current record high rates of infections and fatalities,

Defendants intend to go forward with the scheduled executions of Plaintiffs Cory Johnson and

Dustin Higgs on January 14 and 15, 2021, although both men have been diagnosed with COVID-

19.  Higgs and Johnson are housed at the Federal Correctional Institution in Terre Haute, Indiana, a facility experiencing its own "massive COVID-19 outbreak."  Michael Balsamo & Michael R. Sisak, *Execution staff have COVID-19 after inmate put to death*, AP News (Dec. 8, 2020), https://apnews.com/article/prisons-coronavirus-pandemic-executions-terre-haute-indiana-e80af6a566bbff50ed5e9a097c305dbb.

Defendants intend to carry out the executions according to the procedures set forth in the Federal Bureau of Prisons 2019 Execution Protocol (the 2019 Protocol), which includes a lethal injection of five grams of pentobarbital.  Plaintiffs received notice of their diagnoses less than a month before their executions—after Defendants assured the court that "allegations regarding the prevalence of COVID-19 at [] Terre Haute . . . are dated" and that adequate procedures were in place to protect the inmate population.  (ECF No. 306-1 at 10 n.3.)  Plaintiffs have asked the court to enjoin their executions, arguing that injection of a lethal dose of pentobarbital given their COVID-19 infections will cause them to suffer an excruciating death.  Specifically, they argue that damage to their lungs and other organs will cause them to experience the sensation of drowning caused by flash pulmonary edema almost immediately after injection but before they are rendered unconscious.

Defendants argue that Plaintiffs' claims here are the same as those previously rejected by the Supreme Court.  (*See* ECF No. 380, Defs. Opp'n at 17.)[1]  The court disagrees.  Plaintiffs have

---

[1] Citing Sixth Circuit precedent, Defendants also argue that "even if any of the inmates did briefly experience the effects of 'flash' pulmonary edema prior to becoming insensate, it would not suffice to establish a violation of the Eighth Amendment."  (Def. Opp'n at 16 (citing *In re Ohio Execution Protocol Litig.*, 946 F.3d 287, 298 (6th Cir. 2019) (holding that pulmonary edema does not "qualify as the type of serious pain prohibited by the Eighth Amendment.")).)  This is at odds with D.C. Circuit precedent, which found that flash pulmonary edema could indeed give rise to an Eighth Amendment violation.  *See Execution Protocol Cases*, 980 F.3d at 132.  Defendants similarly contend that in *Bucklew*, the Supreme Court "rejected an Eighth Amendment challenge to a single-drug pentobarbital protocol "as applied to a prisoner with a

2

pleaded as-applied Eighth Amendment challenges based on their specific health conditions. Moreover, they allege that their health has been worsened by their infection with COVID-19, an illness which has resulted in a global pandemic for the better part of a year. Given these unique circumstances, the court held an evidentiary hearing to assess the credibility of the parties' expert opinions.

Having heard and reviewed the expert testimony, the court finds that Plaintiffs are likely to succeed on the merits of their as-applied Eighth Amendment challenge. Specifically, they have demonstrated that as a result of their COVID-19 infection, they have suffered significant lung damage such that they will experience the effects of flash pulmonary edema one to two seconds after injection and before the pentobarbital has the opportunity to reach the brain. This will subject Plaintiffs to a sensation of drowning akin to waterboarding, a side effect that could be avoided were Defendants to implement certain precautions, such as administering a pre-dose analgesic or carrying out the execution by firing squad.

For the reasons set forth below, and in light of these unprecedented circumstances, the court will grant a *limited* injunction to allow Plaintiffs the opportunity to adequately recover from COVID-19, at which point it will evaluate whether to extend the injunction in light of any new medical evidence submitted by the parties.

## I.    BACKGROUND

After a hiatus of more than fifteen years, on July 25, 2019, the Department of Justice announced plans to resume federal executions. *See* Press Release, Dep't of Justice, Federal

---

unique medical condition that could only have increased the baseline risk of pain associated with pentobarbital." (Defs. Opp'n at 17 (discussing *Bucklew*, 140 S. Ct. at 2159).) The D.C. Circuit disagrees. "Allegations regarding flash pulmonary edema were not [] before the Supreme Court in *Bucklew*." *Execution Protocol Cases*, 980 F.3d at 131.

Government to Resume Capital Punishment After Nearly Two Decade Lapse (July 25, 2019), https://www.justice.gov/opa/pr/federal-government-resume-capital-punishment-after-nearly-two-decade-lapse. To implement these executions, the Federal Bureau of Prisons (BOP) adopted a new execution protocol: the 2019 Protocol. (ECF No. 39-1, Admin. R. at 1021–75.)

On September 1, 2020, the court granted Higgs' unopposed motion to intervene in *Roane v. Gonzales*, No. 05-2337, a case brought by several death row inmates (including Plaintiff Cory Johnson) challenging the legality of the 2019 Protocol. (ECF Nos. 229, 229-1.)[2] Higgs' claims were largely the same as those asserted by the other Plaintiffs, with one exception: he brought an as-applied challenge under the Eighth Amendment, alleging that because of his asthma and because he believed that had contracted COVID-19 in February 2020, he faced a unique and individualized risk of serious harm if executed using pentobarbital. (ECF No. 229-1 ¶¶ 166–72.)

Defendants moved to dismiss Higgs's as-applied claim, (*see* ECF No. 306), arguing that the claim was speculative because Higgs did not allege that he had tested positive for COVID-19, nor had he actually suffered lung damage from the disease. The court agreed and granted the motion on December 9, 2020. (ECF Nos. 354–55.)

During a status conference on December 17, 2020, Higgs' counsel reported that Higgs had tested positive for COVID-19. Higgs was granted leave to file a Second Amended and Supplemental Complaint, (ECF No. 370), in which he alleges that his heart condition, combined with his asthma, puts him at a greater risk of pulmonary edema, which is further aggravated by

---

[2] The case originated as a challenge to the federal government's death penalty procedures in 2005 but was subsequently amended to challenge the 2019 Protocol.

his COVID-19 diagnosis.[3]  Higgs also filed a second motion for a preliminary injunction.  (ECF No. 371, Higgs Mot.)

On December 16, 2020, Johnson also tested positive for COVID-19 and was also permitted to file a supplemental complaint and motion for a preliminary injunction.  (*See* ECF No. 372; ECF No. 373.)  Johnson's allegations are similar to Higgs' except Johnson does not allege any underlying medical conditions, and he has experienced slightly different symptoms.  (*See generally* ECF No. 375, Johnson Mot.)

Defendants argue that Plaintiffs have shown only that there is competing testimony between credible experts, which is insufficient to succeed on a method-of-execution Eighth Amendment claim.

On January 4 and 5, the court held an evidentiary hearing to assess the expert testimony proffered on Plaintiffs' COVID-19 related claims.  Drs. Kendall von Crowns and Todd Locher testified for Defendants and Drs. Gail Van Norman and Michael Stephen testified for Plaintiffs.[4]

## II.    ANALYSIS

A preliminary injunction is an "extraordinary remedy" requiring courts to assess four factors: (1) the likelihood of the plaintiff's success on the merits, (2) the threat of irreparable harm to the plaintiff absent an injunction, (3) the balance of equities, and (4) the public interest.  *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20, 24 (2008) (citations omitted); *John Doe Co. v. Consumer Fin. Prot. Bureau,* 849 F.3d 1129, 1131 (D.C. Cir. 2017).  The D.C. Circuit has traditionally evaluated claims for injunctive relief on a sliding scale, such that "a strong showing

---

[3] Higgs has another Amended and Supplemental Complaint and accompanying motion for a preliminary injunction pending before the court.  (*See* ECF Nos. 343–44.)  The court will address that motion for a preliminary injunction in a separate opinion.

[4] The court also briefly heard from Dr. Mitchell Glass, who was slated to testify in favor of Plaintiffs, but his testimony was stricken on Defendants' unopposed motion.

on one factor could make up for a weaker showing on another." *Sherley v. Sebelius,* 644 F.3d 388, 392 (D.C. Cir. 2011). It has been suggested, however, that a movant's showing regarding success on the merits "is an independent, free-standing requirement for a preliminary injunction." *Id.* at 393 (quoting *Davis v. Pension Benefit Guar. Corp.*, 571 F.3d 1288, 1296 (D.C. Cir. 2009) (Kavanaugh, J., concurring)).

## A. <u>Likelihood of Success on the Merits</u>

Plaintiffs bringing an Eighth Amendment challenge to a method of execution face a high bar. They must demonstrate that the 2019 Protocol presents a "substantial risk of serious harm," and they must identify an alternative method of execution that will significantly reduce the risk of serious pain and that is feasible and readily implemented. *Glossip v. Gross*, 576 U.S. 863, 877 (2015) (quoting *Baze v. Rees*, 553 U.S. 35, 50 (2008)); *see also Bucklew v. Precythe*, 139 S. Ct. 1112, 1129 (2019) (confirming that "anyone bringing a method of execution claim alleging the infliction of unconstitutionally cruel pain must meet the *Baze-Glossip* test."). Indeed, the Supreme Court "has yet to hold that a State's method of execution qualifies as cruel and unusual." *Bucklew*, 139 S. Ct. at 1124.

The court has been down this road before. In July, it enjoined four executions on the basis that the use of pentobarbital would subject Plaintiffs to suffer a cruel and unusual death in violation of the Eighth Amendment. In so ruling, the court found that Plaintiffs had provided scientific evidence that "overwhelmingly" indicated they would suffer the effects of flash pulmonary edema, including a sensation of drowning, while they were still conscious. (ECF No. 135 at 9.) The court weighed the declarations of several experts, including Drs. Gail Van Norman and Joseph Antognini.

6

On appeal, the Supreme Court vacated this court's injunction, concluding that Plaintiffs were unlikely to succeed on the merits of their Eighth Amendment claim. *See Barr v. Lee*, 140 S. Ct. 2590, 2591 (2020). The Court noted that pentobarbital "has become a mainstay of state executions . . . [h]as been used to carry out over 100 executions, without incident," and was upheld "as applied to a prisoner with a unique medical condition that could only have increased any baseline risk of pain associated with pentobarbital as a general matter." *Id.* The Court acknowledged Plaintiffs' expert declarations regarding flash pulmonary edema but noted that "the government has produced competing evidence of its own, indicating that any pulmonary edema occurs only *after* the prisoner had died or been rendered fully insensate." *Id.* In light of the competing evidence—and despite this court's assessment that Plaintiffs' evidence was more credible—the Supreme Court found that Plaintiffs had "not made the showing required to justify last-minute relief." *Id.* It further emphasized that "[l]ast-minute stays" must be "the extreme exception, not the norm." *Id.* (quoting *Bucklew*, 139 S. Ct. at 1134).

Given the Supreme Court's decision in *Lee*, this court subsequently dismissed Plaintiffs' general Eighth Amendment claim, finding that "no amount of new evidence will suffice to prove that the pain pentobarbital causes reaches unconstitutional levels." (ECF No. 193 at 4.) The D.C. Circuit reversed. "By pleading that the federal government's execution protocol involves a 'virtual medical certainty' of severe and torturous pain that is unnecessary to the death process and could readily be avoided by administering a widely available analgesic first, the Plaintiffs' complaint properly and plausibly states an Eighth Amendment claim." *In Re Fed. Bureau of Prisons Execution Protocol Cases*, 980 F.3d 123, 133 (D.C. Cir. 2020). However, the Court of Appeals noted that Plaintiffs had a "difficult task ahead [] on the merits" and that if all they could produce was a "'scientific controvers[y]' between credible experts battling between 'marginally

safer alternative[s],' their claim is likely to fail on the merits." *Id.* at 135 (quoting *Baze v. Rees*, 553 U.S. 35, 51 (2008)).

1.  Substantial Risk of Serious Harm

In order to succeed on their Eighth Amendment claim, Plaintiffs must show that execution under the 2019 Protocol presents a risk of severe pain that is "sure or very likely to cause serious illness and needless suffering" and gives rise to "sufficiently imminent dangers," such that prison officials cannot later plead "that they were subjectively blameless." *Baze*, 553 U.S. at 49–50 (citations omitted). Although the Supreme Court has cautioned against federal courts becoming "boards of inquiry charged with determining 'best practices' for executions," *id.* at 51, this question necessarily requires some weighing of scientific evidence. *See, e.g.*, *Glossip*, 576 U.S. at 881 (affirming district court's findings that midazolam was "highly likely" to render inmates unable to feel pain during execution).

It is undisputed that both Higgs and Johnson have been diagnosed with COVID-19 and have been exhibiting symptoms consistent with that diagnosis, including shortness of breath, an unproductive cough, headaches, chills, fatigue, etc. To date, neither has been hospitalized or required treatment in an intensive care unit.

It is further undisputed that Plaintiffs will suffer flash pulmonary edema as a result of the 2019 Protocol, "a medical condition in which fluid rapidly accumulates in the lungs causing respiratory distress and sensation of drowning and asphyxiation." *See Execution Protocol Cases*, 980 F.3d at 131. Thus, the question is whether these two Plaintiffs will experience the symptoms of flash pulmonary edema while they are still conscious, an issue that has been the subject of much debate amongst the experts in this case. After the Supreme Court's decision in *Lee*, this court has found that the question of whether an inmate, *absent aggravating factors*, will suffer

8

flash pulmonary edema while sensate is one on which reasonable minds can differ. (*See* ECF No. 261 at 38.)[5]

But the issue presently before the court is whether Plaintiffs will suffer flash pulmonary edema while sensate given the extensive lung damage they have suffered from COVID-19. The court had not previously received expert testimony on this issue. And having no meaningful way to resolve the dispute on the expert declarations alone, it exercised its discretion and held an evidentiary hearing.

"A preliminary injunction may be granted on less formal procedures and on less extensive evidence than a trial on the merits, but if there are genuine issues of material fact raised . . . an evidentiary hearing is required." *Cobell v. Norton*, 391 F.3d 251, 261 (D.C. Cir. 2004) (internal citations omitted); *but see* LCvR 65.1(d) ("The practice in this jurisdiction is to decide preliminary injunction motions without live testimony *where possible*." (emphasis supplied)). And where "a court must make credibility determinations to resolve key factual disputes in favor of the moving party, it is an abuse of discretion for the court to settle the question on the basis of documents alone, without an evidentiary hearing." *Cobell*, 391 F.3d at 262 (citing *Prakash v. Am. Univ.*, 727 F.2d 1174, 1181 (D.C. Cir. 1984)); *see also* Alan Wright & Arthur R. Miller, 11A Fed. Prac. & Proc. Civ. § 2949 (3d ed. 1998) (explaining that when a motion for a preliminary injunction "depends on resolving a factual conflict by assessing the

---

[5] In denying injunctive relief for Plaintiffs' Food, Drug, and Cosmetic Act claim, the court previously found that they had failed to demonstrate that they were sure to suffer flash pulmonary edema while they were sensate. (*See* ECF No. 261 at 40.) But in doing so, the court did not find that Defendants' experts had definitively answered the question. Rather, the court found that given the expert testimony—which did not involve individual medical records— Plaintiffs had failed to meet their burden. Furthermore, that dispute centered on the question of whether *every* plaintiff executed with pentobarbital would suffer flash pulmonary edema before being rendered insensate. The dispute here involves aggravating factors not previously before the court.

credibility of opposing witnesses, it seems desirable to require that the determination be made on the basis of their demeanor during direct and cross-examination, rather than on the respective plausibility of their affidavits.").

### i. COVID-19 Lung Damage – Higgs

Dr. Gail Van Norman, an anesthesiologist and professor in the Department of Anesthesiology and Pain Medicine at the University of Washington in Seattle, opined that "the COVID-19 virus leads to significant lung damage" and that "[f]or prisoners experiencing COVID-related lung damage at the time of their execution, flash pulmonary edema will occur even earlier in the execution process, and before brain levels of pentobarbital have peaked." (ECF No. 374-1, Van Norman Supp. Decl. at 1.) "To a reasonable degree of medical certainty, these prisoners will experience sensations of drowning and suffocation sooner than a person without COVID-related lung damage and, therefore, their conscious experience of the symptoms of pulmonary edema will be prolonged." (*Id.*) She explained that COVID-19 causes "severe damage to many areas in the airways and lungs, but most specifically to the alveolar-capillary membrane, which is also the site of damage of massive barbiturate overdose." (*Id.* at 2.) These effects "can be seen by radiography in . . . at least 79% of patients who have symptomatic COVID-19 infection, even when such infections are mild." (*Id.*) Damage to the lungs may eventually resolve, though studies indicate that "severe pulmonary functional changes have been demonstrated for more than 90 days after infection." (*Id.*; *see also id.* at 5 (listing studies).) She reiterated these points during her direct examination.

The court found Dr. Van Norman highly credible. She testified that she has personally tended to patients hospitalized with COVID-19 who needed airway management, which included administering anesthesia. (*See* ECF No. 389, H'rg Tr. at 145.) She also testified that when

10

pentobarbital is injected, it flows first to the heart and is then pumped to the lungs before going to the rest of the body. (*Id.* at 147.) Because pentobarbital is caustic, a high concentration dose will burn the alveoli-capillary membrane in the lungs within a second or two of injection. (*Id.* at 192.) A person with COVID-19 related lung damage will experience flash pulmonary edema before the pentobarbital reaches the brain. (*Id.* at 147–48.) Dr. Van Norman also explained that while pentobarbital's anesthetic effect can take anywhere from thirty seconds to two-and-a-half minutes, it takes longer to reach peak effectiveness. (*Id.* at 150.) Thus, Plaintiffs will suffer the effects of flash pulmonary edema anywhere from thirty seconds to two-and-a-half minutes after injection.

Dr. Van Norman provided credible and persuasive responses to criticism of her opinions. In his fifth amended declaration, Defendants' expert, Dr. Joseph Antognini criticized Dr. Van Norman for not: 1) providing published evidence that asymptomatic or mildly symptomatic patients have increased propensity for pulmonary edema when administered lethal doses of pentobarbital; 2) providing published evidence that pulmonary damage increases the risk of pulmonary edema from pentobarbital; and 3) specifying when the onset of the pulmonary edema might occur in someone who has suffered COVID-19 lung damage. (ECF No. 380-2, Antognini 5th Supp. Decl. ¶¶ 3–5.) As to the first two criticisms, Dr. Van Norman explained that there are no such studies because no physician or scientist has administered massive overdoes of intravenous pentobarbital to COVID-19 patients. (*Id.* at 153.) Dr. Van Norman also stated that, in her opinion, inmates with lung damage from COVID-19 will experience flash pulmonary edema within a second or two after injection, before pentobarbital has reached the brain. (*Id.* at

11

192 (explaining that pentobarbital is "a caustic chemical" which is "going to attack an already leaky membrane").)[6]

The court found Dr. Antognini's opinions less helpful.[7]  Although he faulted Dr. Van Norman for not providing support for her conclusions, Dr. Antognini's opinions regarding the effect of a pentobarbital injection on a person with COVID-19 symptoms were themselves conclusory.  In fact, Dr. Antognini cited two studies in his entire declaration, neither of which involved COVID-19.  His declaration did not indicate whether he even treats COVID-19 patients.  (Antognini Fifth Supp. Decl. ¶ 5.)  Relying in large part on his prior testimony, he stated that "unconsciousness occurs when a clinical dose of pentobarbital is administered (around 500 mg—a tenth of the execution dose)."  (*Id.*)  This statement does not address Dr. Van Norman's explanation that injected pentobarbital will begin to attack damaged lungs before it reaches the brain, and Dr. Antognini did not proffer how long it would take for an inmate to be rendered unconscious.  Thus, his declaration did not adequately refute Dr. Van Norman's opinions.

Dr. Michael Stephen corroborated Dr. Van Norman's theory regarding lung damage.  During his testimony, Dr. Stephen, an associate professor in the Department of Medicine and Division of Pulmonary and Critical Care at Thomas Jefferson University, who actively treats and reviews x-rays of COVID-19 patients, interpreted x-rays of Higgs' lungs taken in October 2018 and December 2020.  Dr. Stephen testified that Higgs' lungs were severely hyperinflated, as

---

[6] On cross examination, Dr. Van Norman admitted that she was opposed to the death penalty, but the court has no reason to believe her opposition has biased her scientific assessments, particularly in light of other evidence in the record.

[7] Defendants did not call Dr. Antognini as a witness and Plaintiffs declined to call him for cross-examination.

shown by the fact that on the x-ray, his lungs could not fit on one lung plate. (H'rg Tr. at 99.) Consequently, he explained, the radiologist had to take three views, which in Dr. Stephen's experience was very rare absent a very serious obstructive lung disease such as asthma. (*Id.*) Dr. Stephen also explained that chest x-rays typically only show seven to nine ribs, but Higgs' x-ray films showed eleven ribs, which indicated that Higgs has so much air in his lungs from poorly controlled asthma that his diaphragm is being pushed down, causing the x-ray to capture more ribs than it normally would. (*Id.*) Dr. Stephen also noted evidence of a tabletop (or flat) diaphragm that has become exaggerated between 2018 and 2020, suggesting severely poorly controlled asthma. (*Id.* at 99–100.)

Dr. Stephen's testimony was particularly persuasive and helpful, as he walked the court through a comparison of Higgs' lung images to show the extensive damage caused by COVID-19. As was readily apparent, the right lung exhibited more opacity in certain areas in 2020 than in 2018. (*Id.* at 95.) Dr. Stephen described these opacities as interstitial markings, which are more visible as a result of inflammation caused by "viral pneumonia from COVID-19." (*Id.* at 97.) Because of this inflammation, he concluded that Higgs' alveoli-capillary membrane has already been breached by COVID-19 particles, and white blood cells are flooding into his lungs to combat them. (*Id.* at 97.) Thus, he concluded, Higgs' heart will be pumping very hard to supply blood to the inflamed parts of the lung, a condition that places Higgs at high risk for pulmonary edema. (*Id.* at 98.)

To rebut Drs. Van Norman and Stephen's testimony, Defendants submitted a declaration from Dr. Todd Locher. Interpreting studies relied upon by Drs. Van Norman and Stephen, Dr. Locher opined that "asymptomatic and mildly symptomatic cases [of COVID-19] have a lower percentage of lung involvement." (ECF No. 381-1, Locher Decl. ¶ 11.) After reviewing both

13

118

Higgs' and Johnson's medical records, Dr. Locher concluded that both men were experiencing "minimal symptoms." (*Id.* ¶ 12.) With regard to Higgs' x-rays, Dr. Locher agreed with Dr. Justin Yoon, the interpreting radiologist proffered by the government, that there was no "acute cardiopulmonary process" and that Higgs had clear lungs "except for an unchanged right apical reticular nodular density." (*Id.*) He concluded that there was "no evidence [] of lung involvement due to COVID-19." (*Id.*)

Dr. Locher further noted that "there is no evidence in the medical literature suggesting an injection with pentobarbital would somehow exacerbate symptoms or physiologic abnormalities in patients with COVID-19." (*Id.* ¶ 14.) Thus, he concluded, "if pulmonary edema were to occur upon the injection of 5 g of pentobarbital, it is not likely that these inmates would experience pulmonary edema more quickly or severely than inmates who have been diagnosed with COVID-19." (*Id.*)

The court is unpersuaded by this testimony. For one, as Dr. Van Norman explained, there have been no studies involving the injection of large doses of pentobarbital in COVID-19 patients, nor would one expect any. Dr. Locher also stated that a chest x-ray is not as sensitive as a CT scan in detecting lung involvement for COVID-19, but nevertheless concluded that "any findings on a CT scan would likely be minor in view of a normal chest x-ray." (*Id.* ¶ 13.) He appeared to be relying on a less accurate measurement to postulate that a more accurate one would be less useful.

Dr. Locher's live testimony cast further doubt on his credibility. On cross-examination, it was unclear how closely he had reviewed the relevant medical records. For instance, his declaration stated that Higgs was not experiencing any symptoms on December 29, 2020, despite the fact that Higgs' medical records indicates he had a persistent cough. (*Compare* Locher Decl.

14

¶ 12 ("On 12/29/2020, the medical record reports no shortness of breath, sore throat or other symptoms"), *with* ECF No. 380-4, Smilege Decl. at 58 ("Cough (Duration/Describe: persistent").) Similarly, Dr. Locher's declaration states that Johnson exhibited no symptoms of COVID-19 on December 22 and 23, whereas the records clearly indicate Johnson reported a headache on December 22. (*Compare* Locher Decl. ¶ 12, *with* Smiledge Decl. at 138.) Dr. Locher confirmed during cross-examination that a headache is indeed a common symptom of COVID-19. (H'rg Tr. at 65.) These inaccuracies alone do not cast Dr. Locher's entire testimony in doubt, but they do call into question the amount of time he spent reviewing the evidence, particularly in light of his conclusion that Higgs and Johnson have had mild cases of COVID-19, and the implication that their cases have mostly resolved. (*See* Locher Decl. ¶ 12.) Indeed, Dr. Locher stated that it would not surprise him if either Higgs or Johnson reported persistent shortness of breath into January. (Hr'g Tr. at 72.)

More concerning was Dr. Locher's interpretation of Higgs' x-rays. In his declaration, Dr. Locher agreed with Dr. Yoon, the reviewing radiologist that Higgs' 2020 x-ray indicated a "stable chest examination without acute cardiopulmonary process" and that Higgs has "[c]lear lungs except for unchanged right apical reticular density" when compared to the 2018 x-rays. (Locher Decl. ¶ 12.) He reiterated his opinion that Higgs' 2020 x-ray was "unchanged compared to the previous file dated in October 2018" aside from a small upper right lobe shadow. (H'rg Tr. at 60.) Comparing the two images, one does not have to be an expert to see that this statement is inaccurate. As Dr. Stephen pointed out, the right lung in the 2020 image has more prevalent cloudier streaks when compared to the same lung in 2018. The opacity is present in the left lung, but not to the same extent, which suggests that this is not merely an imaging error. It is troubling that Dr. Locher did not account for these obvious differences between the two

scans, even when asked about Dr. Stephen's assessment by Defendants' counsel during direct examination. Instead, he merely stated his disagreement with Dr. Stephen. (*See id.*)

And while Dr. Locher reached the same conclusion as Dr. Yoon, the court has little information on Yoon, who was not called to testify and who did not submit a declaration in support of his conclusions.[8] The court does not know if Dr. Yoon routinely reviews x-rays of COVID-19 patients.

Based on the declarations and live testimony, the court finds that Higgs has shown that if his execution proceeds as scheduled—less than a month after his COVID-19 diagnosis—he will suffer flash pulmonary edema within one or two seconds of injection but before the pentobarbital reaches the brain and renders him unconscious. Though the Eighth Amendment does not guarantee a painless death, it does prohibit needless suffering. *See Baze*, 553 U.S. at 49–50. The pulmonary edema that Higgs will endure while he is still conscious would not occur were his execution to be delayed. A *brief* injunction will allow Higgs' lungs to sufficiently recover so that he may be executed in a humane manner. Thus, Higgs has successfully demonstrated a substantial risk of serious harm.[9]

### ii. COVID-19 Lung Damage – Johnson

Despite the lack of x-ray evidence in Johnson's case, the court reaches the same conclusion for Johnson for several reasons. The assessment of the live testimony above applies

---

[8] Dr. Yoon's interpretation of Higgs' 2020 x-ray is included in Higgs' BOP medical record. (*See* Smiledge Decl. at 107.)

[9] Higgs also alleges that his COVID-19 diagnosis, given his severe asthma, makes it more likely that he will experience flash pulmonary edema while still conscious. Higgs does not allege that his asthma alone will cause him to suffer these effects. Having already found that Higgs' COVID-19 symptoms will cause him to suffer from flash pulmonary edema while sensate, the court need not determine whether and to what effect asthma has damaged his lungs.

16

with equal force to Johnson's COVID-19 as-applied claim. It is undisputed that Johnson is suffering from symptoms of COVID-19, which, as Drs. Van Norman and Stephen have shown, means he has suffered damage to his alveoli-capillary membrane. Were he to be injected with pentobarbital in his current state, the drug would travel first to his heart and then to his lungs. As the drug courses through his lungs, it will burn the alveoli-capillary membrane which has already been damaged from COVID-19, triggering flash pulmonary edema, all before the pentobarbital even reaches his brain and begins to have an anesthetizing effect.

And though Johnson's lungs have not been x-rayed (despite a request by Plaintiffs, *see* ECF No. 386), the court can infer from the expert testimony that Johnson has suffered COVID-19 related lung damage. Here again, Dr. Antognini's declaration failed to adequately account for the biological sequence of events that occurs after injection, particularly given COVID-19 symptoms. And Dr. Locher's failure to account for obvious changes in Higgs' x-ray undermines his opinion that patients with mild COVID-19 symptoms are unlikely to suffer extensive lung damage.

The record contains several pulse oximetry readings taken from Johnson over the course of his illness, the interpretation of which was also debated amongst the experts. But the court found this evidence less helpful. As Dr. Van Norman explained in a supplemental declaration she prepared for Johnson, "[a] clear change from 99% to 97%, as Mr. Johnson's pulse oximetry results show, is clinically significant and indicates significant changes have occurred in gas exchange in the lungs, particularly in the setting of early COVID-19 infection." (ECF No. 374-3, Van Norman Decl. Re Johnson ¶ 11.) She explained that "pulse oximetry is both a late and relatively crude method of examining impairments in oxygen exchange in the lungs." (*Id.* ¶ 9.)

Thus, "a person's oxygen level can fall by 80% and still show 100% SaO$_2$ [(the reading captured by a pulse oximetry test)]." (*Id.* ¶ 10.)

Dr. Antognini disputed this characterization. In his view, "[i]t is misleading to state that going from 99% to 97% is a trend," a change which is "clinically insignificant" because Johnson's pulse oximetry readings have been in the normal range. (Antognini 5th Supp. Decl. ¶ 7.) Dr. Antognini also explained that "[p]ulse oximetry readings are subject to variation and depend considerably on the placement of the probe, the amount of circulation to the finger, motion artifact, etc." (*Id.*)

Dr. Van Norman did not address this critique and did not appear to account for the fact that pulse oximetry readings are subject to variation or that, despite a drop in his pulse oximetry readings, Johnson's oxygen saturation level have remained in the normal range. In fact, even if the court accepts Dr. Van Norman's assertion that a decrease in pulse oximetry *could* signal a steep deprivation of oxygen, it is unclear whether that has occurred in Johnson's case and to what extent. (*See* Van Norman Decl. Re Johnson ¶ 9.) In any event, Dr. Van Norman confirmed that *"[e]ven if [Johnson's] pulse oximetry readings had not decreased* at this point in his infection, the studies I previously cited indicate that he is experiencing ongoing damage to the alveolar capillary membrane that will persist for a prolonged period of time after symptoms resolve." (*Id.* ¶ 12.) The court further notes that Johnson received a 98% reading in a pulse oximetry test performed on January 2, 2021. (*See* ECF No. 387-1 at 3.) Because the interpretation of these results is unclear, the court will accord them minimal weight.

Nevertheless, given the testimony proffered for Higgs and the relative weight the court has afforded the experts, Johnson has demonstrated a substantial risk of serious harm.

18

### iii. Heart Issues – Higgs

Higgs' claim based on his heart conditions was less compelling and, standing alone, would not be enough to show a likelihood of success on an as-applied challenge. Ultimately, Higgs has not convincingly shown that his heart conditions make him more likely to suffer the effects of flash pulmonary edema before he is rendered insensate.

Higgs suffers from various heart conditions, including structural heart disease (by virtue of left atrial enlargement) and mitral valve disease (with moderate mitral valve regurgitation and anterior leaflet dysfunction). (Stephen Decl. ¶ 12.) Dr. Stephen explained that Higgs' enlarged left atrium ineffectively pumps blood to the left ventricle, putting Higgs at risk for fluid backup in his lungs (pulmonary edema). (*Id.* ¶ 13.) An injection of pentobarbital, a cardiac depressant, will induce a sudden onset of congestive heart failure and flash pulmonary edema. (*Id.* ¶ 14.) Dr. Joel Zivot offered similar opinions in his declaration. (*See generally* ECF No. 374-6 ¶¶ 7–9, 19.)

Again, Dr. Locher's declaration was of little value to the court. Dr. Locher confirmed that studies show that "COVID-19 can affect cardiac structure and function which may lead to pulmonary edema." (Locher Decl. ¶ 8.) He qualified his statement by noting that such studies were only performed on symptomatic and hospitalized patients, although he also acknowledges that Higgs is symptomatic. Dr. Locher's other opinions on the issue exhibited the same inconsistencies as his assessment of COVID-19 related lung damage. For instance, Dr. Locher stated that "there is no way for anyone to know if Mr. Higgs has any cardiac decompensation without performing a physical exam, laboratory studies such as serum troponin level . . .[or] a current EKG and echocardiogram." (*Id.* ¶ 8). He then went on to say that such an evaluation would not be helpful for a patient with minimal or no symptoms. (*Id.*) Dr. Locher also

contended that there is no evidence in the medical literature to suggest mitral regurgitation would lead to earlier or more severe pulmonary edema after an injection of five grams of pentobarbital. (*Id.* ¶ 8). The court does not find this argument persuasive—it is not surprising that there is a lack of evidence in the medical literature, given that individuals with mitral regurgitation (or any individuals) are not routinely injected with a lethal dose of pentobarbital.

Dr. Crowns' declaration was more persuasive.[10] He opined that Higgs' mitral valve prolapse/regurgitation is a common condition that presents no symptoms in most people. (ECF No. 380-5, Crowns Decl. ¶ 4.) He further stated that Higgs has not shown signs that he is progressing to heart failure. (*Id.* ¶ 5.) A May 2019 echocardiogram revealed a preserved left ventricular ejection fraction well within a "normal" range. (*Id.*) And during a cardiac consultation in November 2020, Higgs denied any chest pain, palpitations or shortness of breath, and confirmed that he can participate in vigorous exercise. (*Id.*) Thus, Crowns opined that Higgs is not suffering from heart failure and his heart condition would not cause him to experience flash pulmonary edema while sensate. (*Id.* ¶ 6.)[11]

The court has no meaningful way of resolving this dispute. Unlike the expert testimony regarding his lung damage, Higgs' cardiac history indicates that he has a heart abnormality that has not materially impacted his overall health. And despite the abnormality, Higgs' cardiac

---

[10] Plaintiffs point out that in an earlier evidentiary hearing, Dr. Crowns described "a case report of an individual who developed flash pulmonary edema [upon administration of pentobarbital], but he had underlying heart issues, specifically mitral valve issues . . . So, in his situation, his flash pulmonary edema was the result of a compromised heart." (Higgs Mot. at 9 (quoting ECF No. 271 at 18).) Dr. Crowns asserted that this statement was taken out of context, noting that the study to which he was referring included one patient who had clear symptoms of heart failure. (Crowns Decl. ¶¶ 3–4.)

[11] Though Plaintiffs established that Crowns is not an expert in anesthesiology, the court finds his assessment of Higgs' cardiac health credible.

measurements fall within a normal range. Higgs' experts opine that his heart conditions weaken his heart and are therefore highly likely to cause him to suffer flash pulmonary edema while sensate. But given credible expert testimony on both sides, and absent abnormal measurements showing deteriorating cardiac health, the court cannot find that Higgs has a *substantial* risk of suffering flash pulmonary edema during his execution because of his heart condition.

Higgs also theorizes that his COVID-19 diagnosis will further aggravate his heart condition. However, there is no evidence showing that Higgs has suffered cardiac damage as a result of his COVID-19 diagnosis. Indeed, none of the experts raised any flags about Higgs' cardiac measurements. And while the court accepts the scientific conclusion—proffered by both sides—"that COVID-19 can affect cardiac structure and function which may lead to pulmonary edema" (Locher Decl. ¶ 8), Higgs' own expert testified that COVID-19 impacts patients in different ways, (*see* Stephen Decl. ¶ 11). Based on the evidence before it, the court cannot conclude that Higgs will succeed on this as-applied challenge.

      2.  <u>Known and Available Alternatives</u>

              i.  *Pre-dose of opioid pain or anti-anxiety medication*

Plaintiffs proffer evidence that a pre-dose of certain opioid pain medications, such as morphine or fentanyl, will significantly reduce the risk of severe pain during the execution. (Higgs Mot. at 11–12 (quoting ECF No. 25, Decl. of Craig Stevens, ¶¶ 15–16).) Defendants argue that no state currently uses analgesics in its execution procedures, that pentobarbital alone is sufficiently painless, and that BOP has concluded that a one-drug protocol is preferable, because it will reduce "the risk of errors during administration" and "avoid the complications inherent in obtaining multiple lethal injection drugs and in navigating the expiration dates of multiple drugs." (Defs. Opp'n at 29–30 (citation omitted).)

The court finds Defendants' positions unavailing.  While they contend that "no State adds an opioid to an execution protocol using pentobarbital," and the government is therefore not required to do so, (*Id.* at 30 (citing *Bucklew*, 139 S. Ct. at 1130)), this argument misses the mark. As this court has previously noted, Nebraska recently used a pre-dose of fentanyl to reduce the risk of serious pain during an execution (ECF No. 135 at 15), whereas in *Bucklew*, the plaintiff presented only "reports from correctional authorities in other States indicating that additional study [was] needed to develop a protocol" for the proposed execution mechanism.  *Bucklew*, 139 S. Ct. at 1129.  Even if Defendants were correct, however, the fact that other states do not use pain medication would not be dispositive.  *See Bucklew*, 139 S. Ct. at 1136 (Kavanaugh, J., concurring) ("I write to underscore the Court's additional holding that the alternative method of execution need not be authorized under current state law. . . . Importantly, all nine Justices today agree on that point.").

Finally, Defendants contend that BOP has "legitimate reasons" for choosing not to use a pre-dose of an opioid because it has concluded that a one-drug protocol will reduce "the risk of errors during administration" and "avoid the complications inherent in obtaining multiple lethal injection drugs and in navigating the expiration dates of multiple drugs."  (Defs. Opp'n at 30 (citations to Admin. R. omitted).)  The court does not question BOP's conclusions regarding the administrative efficiency of a one-drug protocol.  It does, however, question Defendants' conclusion that the administrative ease of administering and procuring a single drug over two drugs—apparently without having made a good faith attempt at the latter, *cf. Glossip*, 576 U.S. at 878–79—is a "legitimate penological reason" to select a particular method of execution despite evidence that the risk of pain associated with that method is "substantial when compared to a known and available alternative."  *Bucklew*, 139 S. Ct. at 1125 (quoting *Glossip*, 576 U.S. at

878); *see also Henness v. DeWine*, 141 S. Ct. 7, 9 (2020) (Sotomayor, J., statement on denial of certiorari).

The Supreme Court has previously found a "legitimate penological reason" where a particular drug "hasten[ed] death," *Baze*, 553 U.S. at 57–58 (plurality op.); where a state chose "not to be the first to experiment with a new method of execution" that had "no track record of successful use," *Bucklew*, 139 S. Ct. at 1130 (citation omitted); and where a state was unable to procure particular drugs "despite a good-faith effort to do so," *Glossip*, 576 U.S. at 868–79 (detailing state's efforts and implying without stating that this reason was "legitimate"). Defendants have presented no evidence that they have tried to either procure or administer the two-drug protocol proffered by Plaintiffs, or that any such efforts were unsuccessful. *Cf.* Admin. R. at 869 (asserting that manufacturers would "most likely" resist efforts to use fentanyl in executions); *Execution Protocol Cases*, 980 F.3d at 133 ("The combination of drugs as part of lethal injection protocols has been used by both states and the federal government, and is still used in a number of jurisdictions. The two-drug protocol also fits squarely within the plain text of the federal execution protocol." (citations omitted)). Nor have Defendants provided this court with any authority to support their contention that administrative concerns are a sufficient "legitimate penological reason" under the Supreme Court's Eighth Amendment jurisprudence.

In sum, Plaintiffs have proposed a simple addition to the execution procedure that is likely to be as effective as it is easily and quickly administered. *See Bucklew*, 139 S. Ct. at 1129.

### ii. Firing squad.

Alternatively, Plaintiffs proffer execution by firing squad. (Higgs Mot. at 12–13; ECF No. 92 ¶ 114(c).) Because that method of execution is feasible, readily implemented, and would significantly reduce the risk of severe pain, it satisfies the *Blaze-Glossip* requirements for

proposed alternatives. Execution by firing squad is currently legal in three states, Utah,

Oklahoma, and Mississippi, and can hardly be described as "untried" or "untested" given its

historical use as a "traditionally accepted method of execution." *Bucklew*, 139 S. Ct. at 1125,

1130. Moreover, the last execution by firing squad in the United States occurred just over a

decade ago, on June 18, 2010, in Utah.

Both the historical use of firing squads in executions and more recent evidence suggest

that, in comparison to the 2019 Protocol, execution by firing squad would significantly reduce

the risk of severe pain. *See, e.g.*, Deborah Denno, *Is Electrocution an Unconstitutional Method*

*of Execution? The Engineering of Death Over the Century*, 35 Wm. & Mary L. Rev. 551, 688

(1994) ("A competently performed shooting may cause nearly instant death"); Austin Sarat,

*Gruesome Spectacles: Botched Executions and America's Death Penalty* app. A at 177 (2014)

(calculating that while 7.12% of the 1,054 executions by lethal injection between 1900 and 2010

were "botched," none of the 34 executions by firing squad had been, the lowest rate of any

method).[12]

Defendants point to two cases from other Circuits in which courts appeared skeptical of

these conclusions. (Defs. Opp'n at 30–31.) But again, they overlook the Supreme Court's

---

[12] Defendants contend that Sarat "does not discuss execution by firing squad" and that "there is insufficient data in the cited appendix to draw any statistically significant conclusions," given that there "were only two executions by firing squad" since 1980. Setting aside the inconsistency of Defendants' arguments—first claiming that Sarat does not discuss firing squads, and then critiquing the data Sarat provides on that precise subject—Defendants simply misrepresent the facts. Although Sarat's work does not contain a specific chapter devoted to execution by firing squad, it does contain specific mentions of firing squads throughout the main text and associated footnotes, *see* Sarat, *supra* at 4, 10–11, 167, 219 n.131, and the referenced appendix provides data on all executions performed in the United States from 1900 through 2010, including the rate of botched executions separated by execution method. *Id.* app. A at 177. While only two executions by firing squad have been performed since 1980, Defendants inexplicably choose to ignore the first statistics provided in the Appendix, which note that there were 34 executions by firing squad between 1900 and 2010, none of which were botched. *Id.*

24

guidance in *Bucklew* that a plaintiff's burden in identifying an alternative method of execution "can be overstated" and that there is "little likelihood that an inmate facing a serious risk of pain will be unable to identify an available alternative." 139 S. Ct. at 1128–29. Indeed, members of the Court, including at least one Justice in the *Bucklew* majority, have opined that the firing squad may be an immediate and sufficiently painless method of execution. *See, e.g.*, *id.* at 1136 (Kavanaugh, J., concurring); *Arthur v. Dunn*, 137 S. Ct. 725, 733–34 (2017) (Sotomayor, J., dissenting from denial of cert.) ("In addition to being near instant, death by shooting may also be comparatively painless."). Moreover, given that use of the firing squad is "well established in military practice," *Baze*, 553 U.S. at 102 (Thomas, J., concurring in the judgment), Defendants are, if anything, more capable than state governments of finding "trained marksmen who are willing to participate," and who possess the skill necessary to ensure death is near-instant and comparatively painless. *Cf. McGehee v. Hutchinson*, 854 F.3d 488, 494 (8th Cir. 2017).

Defendants also argue that the court should defer to the government's "legitimate reason[]" for choosing not to adopt the firing squad as a method of execution—that legitimate reason being the government's interest in "preserving the dignity of the procedure" in light of what they deem the "'consensus' among the States that lethal injection is more dignified and humane." (Defs. Opp'n at 32–33 (quoting *Baze*, 553 U.S. at 57, 62 (plurality op.)).) Yet in *Baze,* the plurality opinion, joined by three Justices, found that the "consensus" to which Defendants refer went "not just to the method of execution, but also to the specific three-drug combination" at issue in that case. *Baze*, 553 U.S. at 53. The same plurality also found that the state's decision to administer a paralytic agent as part of its execution protocol did not offend the Eighth Amendment where the state's interest in "preserving the dignity of the procedure" by preventing convulsions that "could be misperceived as signs of consciousness or distress" was coupled with

the "the States' legitimate interest in providing for a quick, certain death," and the paralytic had the effect of "hastening death." *Id.* at 57–58.

In his opinion concurring in the judgment in *Baze*, Justice Stevens noted that concern with the "dignity of the procedure" alone constituted a "woefully inadequate justification." "Whatever minimal interest there may be in ensuring that a condemned inmate dies a dignified death, and that witnesses to the execution are not made uncomfortable . . . is vastly outweighed by the risk that the inmate is actually experiencing excruciating pain." *Id.* at 73 (Stevens, J., concurring in the judgment); *cf. Bucklew*, 139 S. Ct. at 1130 (finding that "choosing not to be the first to experiment with a new method of execution" that had "no track record of successful use" constituted a "legitimate reason." (citation omitted)). Defendants' argument that the *perception* of a method of execution as less dignified or "more primitive" is a "legitimate penological reason" for declining to adopt a different protocol thus misconstrues the standard set by the Supreme Court's precedent on this issue.

The court does not find that execution by firing squad would be an acceptable alternative in every case. In this case, however, Defendants could readily adopt Plaintiffs' proposal.

Finally, Defendants argue that Plaintiffs' stated preference for execution by firing squad is disingenuous. But Plaintiffs have argued for it at length throughout this litigation, (*see, e.g.*, ECF No. 92), and have shown that it is readily implemented, available, and would significantly reduce the risk of severe pain. *Cf. Bucklew*, 139 S. Ct. at 1136 (Kavanaugh, J., concurring) (rejecting possibility of execution by firing squad where the plaintiff had chosen not to plead it as an alternative).

### iii. Postponement

Plaintiffs have alternatively proffered the option of delaying their execution until they have recovered from COVID-19. (Higgs Mot. at 13–14.) This is not, as precedent requires, "a known and available alternative method of execution," *see Glossip*, 576 U.S. at 864, but rather an alternative *date* of execution. Even so, the court is likewise unpersuaded by Defendants' contention that postponing the executions "directly contradicts [Plaintiffs'] general Eighth Amendment claim and belies every argument they have made in support of that claim over the last 15 months." (Defs. Opp'n at 34.) If lethal injection of pentobarbital will create a significant risk of suffering even in otherwise healthy persons, as Plaintiffs have long attested, then the risk to an individual with severe respiratory illness, such COVID-19, would only be heightened. This proposal therefore does not contradict Plaintiff's other arguments.

Plaintiffs have identified two available and readily implementable alternative methods of execution that would significantly reduce the risk of serious pain: a pre-dose of opioid pain or anti-anxiety medication, or execution by firing squad. Thus, they have established a likelihood of success on the merits of their claims that the 2019 Protocol's method of execution constitutes cruel and unusual punishment in violation of the Eighth Amendment.

## B. **Irreparable Harm**

In order to prevail on a request for preliminary injunction, irreparable harm "must be certain and great, actual and not theoretical, and so imminent that there is a clear and present need for equitable relief to prevent irreparable harm," and it "must be beyond remediation." *League of Women Voters of U.S. v. Newby,* 838 F.3d 1, 7–8 (D.C. Cir. 2016) (citing *Chaplaincy of Full Gospel Churches v. England*, 454 F.3d 290, 297 (D.C. Cir. 2006)) (internal quotation marks and brackets omitted). Here, without injunctive relief, Plaintiffs would be subjected to an

27

excruciating death in a manner that is likely unconstitutional. This harm is manifestly irreparable. *See Karem v. Trump*, 960 F.3d 656, 667 (D.C. Cir. 2020) (explaining that "prospective violation[s] of . . . constitutional right[s] constitute[] irreparable injury for [equitable-relief] purposes" (internal quotation marks omitted)).

Other courts in this Circuit have found irreparable harm in similar, but less dire circumstances. *See, e.g.*, *Damus v. Nielsen*, 313 F. Supp. 3d 317, 342 (D.D.C. 2018) (finding irreparable injury where plaintiffs faced detention under challenged regulations); *Stellar IT Sols., Inc. v. USCIS*, No. 18-2015, 2018553 U.S. at 49 WL 6047413, at *11 (D.D.C. Nov. 19, 2018) (finding irreparable injury where plaintiff would be forced to leave the country under challenged regulations); *FBME Bank Ltd. v. Lew*, 125 F. Supp. 3d 109, 126–27 (D.D.C. 2015) (finding irreparable injury where challenged regulations would threaten company's existence); *N. Mariana Islands v. United States*, 686 F. Supp. 2d 7, 19 (D.D.C. 2009) (finding irreparable injury where challenged regulations would limit guest workers).

Defendants argue that Plaintiffs have failed to demonstrate irreparable harm given "the absence of any evidence that [Plaintiffs], as a result of contracting COVID-19, will experience pulmonary edema prior to falling insensate." (Defs. Opp'n at 36.) But, for the reasons discussed above, the court has found otherwise. Furthermore, Defendants appear to imply that if Plaintiffs experience flash pulmonary edema for thirty seconds, at most, that would not constitute irreparable harm. (*See id.* at 35–36.) The court has already addressed this argument. *See* supra n.1. The Eighth Amendment does not permit "substantial" and "needless" suffering so long as it will only be experienced for a short time. *See Baze*, 553 U.S. at 49–50. Here, the risk of substantial suffering can be avoided by using one of Plaintiffs' proffered alternatives or by waiting several weeks to allow Plaintiffs to recover from a novel disease before executing them.

Thus, Plaintiffs have sufficiently shown they will suffer irreparable harm if their executions proceed as planned.

## C. __Balance of Equities__

The need for closure in this case—particularly for the victims' families—is significant. *See Calderon v. Thompson*, 523 U.S. 538, 556 (1998) ("Only with an assurance of real finality can the [government] execute its moral judgment in a case . . . [and] the victims of crime move forward knowing the moral judgment will be carried out."). And this court is mindful of the Supreme Court's caution against last minute stays of execution. *See Bucklew*, 139 S. Ct. at 1134. But the government's ability to enact moral judgment is a great responsibility and, in the case of a death sentence, cannot be reversed. After suspending federal executions for over seventeen years, the government announced a new Execution Protocol and a resumption of executions in July 2019, and since July of this year has executed eleven inmates. Any potential harm to the government caused by a brief stay is not substantial. Indeed, the government has not shown that it would be significantly burdened by staying these two executions for several more weeks until Plaintiffs have recovered from COVID-19. Accordingly, the court sees no reason why this execution *must* proceed this week. Thus, the balance of the equities favors a stay.

## D. __Public Interest__

The court is deeply concerned that the government intends to execute two prisoners who are suffering from COVID-19 infection, particularly given that the disease impacts individuals in drastically different ways and can have particularly devastating long-term effects, even for those with mild symptoms. This is to say nothing of the fact that executing inmates who are positive for COVID-19 in a facility with an active COVID-19 outbreak will endanger the lives of those performing the executions and those witnessing it. This is irresponsible at best, particularly

when a temporary injunction will reduce these risks. The public interest is not served by executing individuals in this manner. *See Harris v. Johnson*, 323 F. Supp. 2d 797, 810 (S.D. Tex. 2004) ("Confidence in the humane application of the governing laws . . . must be in the public's interest.").

Thus, the court finds that all four factors weigh in favor of injunctive relief, and once again finds itself in the unenviable position of having to issue yet another last-minute stay of execution. Nonetheless, this is the nature of death penalty litigation, and this court has had a disproportionate number of such claims given the nature of the case. Moreover, this result could not have been avoided given that Plaintiffs were diagnosed with COVID-19 in late December, at which point Plaintiffs filed amended complaints. The court held an evidentiary hearing to assess the likelihood of success on the merits of these claims and scheduled that hearing at the earliest possible date.

## III.    CONCLUSION

The court finds that Plaintiffs have demonstrated a likelihood of success on the merits and that absent a preliminary injunction, Plaintiffs will suffer irreparable harm. It further finds that the likely harm that Plaintiffs would suffer if the court does not grant injunctive relief far outweighs any potential harm to Defendants. Finally, because the public is greatly served by attempting to ensure that the most serious punishment is imposed in a manner consistent with our Constitution, the court finds that it is in the public interest to issue a preliminary injunction.

Accordingly, for the reasons set forth above, the court will GRANT Plaintiffs' motions for a preliminary injunction. The injunction will remain in effect until March 16, 2021.[13] A corresponding order will be issued simultaneously.

Date: January 12, 2021

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge

---

[13] The court calculated this date based on Dr. Van Norman's assessment that COVID-19-related lung damage can persist for as long as ninety days after infection. (*See* Van Norman Decl. at 6.) Both Plaintiffs tested positive for COVID-19 on December 16, 2020. The court will not enjoin these executions indefinitely, however. Accordingly, it will consider extending the injunction only if Plaintiffs can provide *demonstrated* evidence of continued lung damage from COVID-19. And the court expects that Defendants will, in good faith, comply with reasonable requests for follow-up medical assessment which, at the bare minimum, should include an x-ray for each Plaintiff in several weeks.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane v. Barr*, 05-cv-2337 | )<br>)<br>)<br>)<br>)<br>)  Case No. 19-mc-145 (TSC)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, (ECF No. 394), the motions for a preliminary injunction filed by Plaintiffs Dustin Higgs and Cory Johnson, (ECF Nos. 371, 375), are hereby GRANTED. The court finds that Plaintiffs have demonstrated a likelihood of success on the merits and that, absent a preliminary injunction, Plaintiffs will suffer irreparable harm. It further finds that the likely harm that Plaintiffs would suffer if the court does not grant injunctive relief far outweighs any potential harm to Defendants. Finally, because the public is greatly served by attempting to ensure that the most serious punishment is imposed in a manner consistent with our Constitution, the court finds that it is in the public interest to issue a preliminary injunction.

It is hereby ORDERED that Defendants (along with their respective successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) are enjoined from executing Plaintiffs Dustin Higgs and Cory Johnson until March 16, 2021.

Date: January 12, 2021

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge

1