UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,<br><br>LEAD CASE: *Roane, et al. v. Barr*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane, et al. v. Barr*, 05-cv-2337 | Case No. 19-mc-145 (TSC) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, (ECF No. 401),

Plaintiff Dustin Higgs' motion for a preliminary injunction, (ECF No. 344), is hereby DENIED.

Date: January 13, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1