# IN THE DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|   |   |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, ) ) ) ) ) | |
| LEAD CASE: *Roane et al. v. Barr* ) | Case No. 19-mc-00145 (TSC) |
| ) ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| ALL CASES ) ) | |

## NOTICE OF WITHDRAWAL

To Clerk of Court and all parties of record, please take notice of the withdrawal of Bradley P. Humphreys as counsel for all defendants in these consolidated cases. Defendants remain represented by Assistant U.S. Attorney Johnny Walker from the U.S. Attorney's Office for the District of Columbia.

Dated: January 20, 2021

Respectfully submitted,

                                     */s/ Bradley P. Humphreys*
                                     BRADLEY P. HUMPHREYS (DC Bar 988057)
                                     Trial Attorney
                                     Civil Division
                                     Federal Programs Branch
                                     Civil Division, Department of Justice
                                     1100 L Street, N.W.
                                     Washington, D.C. 20005
                                     (202) 305-0878
                                     Bradley.Humphreys@usdoj.gov
                                     *Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021, I caused a true and correct copy of foregoing to be served on all following counsel of record via the Court's CM/ECF system.

Joshua C. Toll
King & Spalding LLP
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0528
shawn_nolan@fd.org

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
(410) 444-1500
garyeproctor@gmail.com

*Counsel for Plaintiff Jeffrey Paul*

Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
(213) 894-2854
celeste_bacchi@fd.org

*Counsel for Plaintiff Julius O. Robinson*

Scott W. Braden
Arkansas Federal Defender Office
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying
Andrew Moshos
Morris, Nichols, Arsht & Tunnell LLP
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Joseph Luby
Federal Community Defender Office, E.D. Pa.
(215) 928-0520
joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Paul F. Enzinna
Ellerman Enzinna PLLC
(202)753-5553
penzinna@ellermanenzinna.com

*Counsel for Plaintiff James H. Roane, Jr.*

Evan Miller
Vinson & Elkins LLP
(202) 639-6605
emiller@velaw.com

*Counsel for Bruce Webster*

Shawn Nolan
Federal Community Defender Office, E.D. Pa.
(215) 928-0528
shawn_nolan@fd.org

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
(410) 444-1500
garyeproctor@gmail.com

*Counsel for Plaintiff Jeffrey Paul*

Gerald W. King, Jr.
Jeffrey Lyn Ertel
Federal Defender Program, Inc.
(404) 688-7530
Gerald_King@fd.org
Jeff_Ertel@fd.org

Brandon D. Almond
Troutman Sanders LLP
Washington, D.C. 20004
(202) 274-2864
brandon.almond@troutmansanders.com

*Counsel for Richard Tipton, III*

        */s/ Bradley P. Humphreys*
*Counsel for Defendants*