No. 20-5361            September Term, 2020

1:19-mc-00145-TSC

Filed On: January 8, 2021 [1879103]

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

       Appellees

Alfred Bourgeois and Brandon Bernard,

       Appellants

Bruce Webster, et al.,

       Appellees

   v.

William P. Barr, Attorney General, et al.,

       Appellees

## M A N D A T E

In accordance with the order of January 8, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk
      BY:    /s/
                             Amy Yacisin
                             Deputy Clerk

Link to the order filed January 8, 2021