**No. 20-5361**  September Term, 2020

1:19-mc-00145-TSC

**Filed On:** January 8, 2021

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

    Appellees

Alfred Bourgeois and Brandon Bernard,

    Appellants

Bruce Webster, et al.,

    Appellees

    v.

William P. Barr, Attorney General, et al.,

    Appellees

**O R D E R**

Upon consideration of appellants' unopposed motion for voluntary dismissal of this appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Amy Yacisin
      Deputy Clerk