UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution  :<br>Protocol Cases, | |
| : | |
| Lead Case: *Roane et al. v. Barr* | Case No. 19-mc-00145 (TSC) |
| : | |
| THIS DOCUMENT RELATES TO:  : | |
| *James H. Roane, Jr. et al. v. William Barr*,  :<br>Case No. 05-2337 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF WITHDRAWAL OF APPEARANCES

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6(b), the appearances of Charles Frederick Walker, Donald P. Salzman, Steven M. Albertson, Alex Drylewski, and Andrew R. Beatty as counsel for former Plaintiff Corey Johnson are hereby withdrawn. This Notice of Withdrawal of Appearances is appropriate because Mr. Johnson is deceased, having been executed by the government on January 14, 2021, and, accordingly, is no longer a plaintiff in this action.

Dated: January 25, 2021

Respectfully submitted

/s/ *Donald P. Salzman*
Donald P. Salzman (#479775)
Charles Frederick Walker (#427025)
Steven M. Albertson (#496249)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
(202) 371-7983

Alexander C. Drylewski (admitted *pro hac vice*)
Andrew R. Beatty (admitted *pro hac vice*)
One Manhattan West
New York, NY 10001

1

(212) 735-3000

*Counsel for Plaintiff Corey Johnson*