UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution Protocol Cases<br><br>LEAD CASE: *Roane, et al. v. Garland*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roane, et al. v. Garland*, No. 05-2337 | Case No. 19-mc-0145 (TSC) |

## SUPPLEMENT TO THE
## JOINT STATUS REPORT AND PROPOSED DISCOVERY PLAN

On March 5, 2021, Plaintiffs and Defendants submitted a joint status report containing a proposed schedule for discovery and detailing certain disputes between the parties. ECF No. 414. In the proposed schedule, some deadlines were expressed as dates certain and others were expressed as a particular amount of time running from the entry of a scheduling order. The Court has not adopted or otherwise acted on that proposed schedule.

Given the passage of time since the joint submission, the parties have conferred and hereby supplement their joint filing with the following revised proposed schedule for discovery.

| | |
|---|---|
| (a) Deadline to Exchange Initial Disclosures | December 21, 2020 |
| (b) Defendants' Answer to Eighth Amendment Claims | 30 days from the date of entry of a Scheduling Order |
| (c) Deadline to Amend the Pleadings | 30 days from the date of filing of Defendants' Answer to the Eighth Amendment Claims |
| (d) Deadline to Join Additional Parties | 30 days from the date of filing of Defendants' Answer to the Eighth Amendment Claims |

| | |
|---|---|
| (e) Parties' Rule 26(a)(2) Expert Disclosures | 120 days from the date of entry of a Scheduling Order |
| (f) Parties' Rebuttal Expert Disclosures | 150 days from the date of entry of a Scheduling Order |
| (g) End of Discovery | 220 days from the date of entry of a Scheduling Order |
| (h) Post Discovery Status Conference | A date convenient to the Court following the close of discovery |

Dated May 28, 2021

Respectfully submitted,

| | |
|---|---|
| Scott W. Braden<br>Assistant Federal Defender<br>Arkansas Federal Defender Office<br>Ark Bar Number 2007123<br>1401 West Capitol, Suite 490<br>Little Rock, Arkansas 72201<br>(501) 324-6114<br>Scott_Braden@fd.org | CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar #991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>Email: johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* |
| Jennifer Ying (DE #5550)<br>Andrew Moshos (DE #6685)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market St.<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>(302) 658-9300<br>jying@mnat.com<br>amoshos@mnat.com<br>Counsel for Plaintiff Norris G. Holder, Jr. | |
| Evan D. Miller (DC Bar # 219310)<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue, NW<br>Suite 500 West<br>Washington, D.C. 20037<br>(202) 639-6605<br>(202) 478-1815 (fax) | |

emiller@velaw.com
Counsel for Plaintiff Bruce Webster

Joshua C. Toll
D.C. Bar No. 463073
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net
Counsel for Plaintiff Anthony Battle

Shawn Nolan
Chief, Capital Habeas Unit
Federal Community Defender Office, E.D.Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
shawn_nolan@fd.org
Counsel for Plaintiff Jeffrey Paul

Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
Counsel for Plaintiff James H. Roane, Jr

Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
321 E. Second Street
Los Angeles, CA 90012
(213) 894-2854
Counsel for Plaintiff Julius O. Robinson

Joseph Luby, Assistant Federal Defender

Federal Community Defender Office, E.D.Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone – 215-928-0520
Email – joseph_luby@fd.org
Counsel for Plaintiff Chadrick Fulks

Gerald W. King, Jr.
Ga. Bar No. 140981
Jeffrey Lyn Ertel
Ga. Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
(804) 482-1121
fgerson@dagglaw.com
Counsel for Plaintiff Richard Tipton, III

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2021, I caused a true and correct copy of foregoing to be served on all following counsel of record via the Court's CM/ECF system.

Joshua C. Toll
King & Spalding LLP
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Gerald W. King, Jr.
Jeffrey Lyn Ertel
Federal Defender Program, Inc.
(404) 688-7530
Gerald_King@fd.org
Jeff_Ertel@fd.org

Brandon D. Almond
Troutman Sanders LLP
Washington, D.C. 20004
(202) 274-2864
brandon.almond@troutmansanders.com

*Counsel for Richard Tipton, III*

Joseph Luby
Federal Community Defender Office,
E.D. Pa.
(215) 928-0520
joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

Scott W. Braden
Arkansas Federal Defender Office
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying
Andrew Moshos
Morris, Nichols, Arsht & Tunnell LLP
(302) 658-9300
jying@mnat.com
amoshos@mnat.com

*Counsel for Plaintiff Norris G. Holder, Jr.*

Shawn Nolan
Federal Community Defender Office,
E.D. Pa.
(215) 928-0528
shawn_nolan@fd.org

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
(410) 444-1500
garyeproctor@gmail.com

*Counsel for Plaintiff Jeffrey Paul*

Amy Karlin
Interim Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
(213) 894-2854
celeste_bacchi@fd.org

*Counsel for Plaintiff Julius O. Robinson*

| | |
|---|---|
| Paul F. Enzinna<br>Ellerman Enzinna PLLC<br>(202)753-5553<br>penzinna@ellermanenzinna.com | Evan Miller<br>Vinson & Elkins LLP<br>(202) 639-6605<br>emiller@velaw.com |
| *Counsel for Plaintiff James H. Roane, Jr.* | *Counsel for Bruce Webster* |

  /s/Johnny Walker
Assistant United States Attorney

*Counsel for Defendants*