IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases <br><br> LEAD CASE: *Roane et al. v. Barr* <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL CASES | Case No. 19-mc-0145 (TSC) |

**STIPULATION AND [PROPOSED] ORDER TO STAY CASE**

**WHEREAS**, there is litigation between Plaintiffs and Defendants pending in this Court concerning whether the Federal Bureau of Prisons' 2019 Execution Protocol Addendum violates the Eighth Amendment of the Constitution;

**WHEREAS**, in response to the Court's April 21, 2021 Minute Order, Defendants and Plaintiffs agreed in a Joint Status Report filed on May 21, 2021, that this case is not moot and did not seek a stay of the proceedings (Dkt. No. 418);

**WHEREAS**, on July 1, 2021, the Attorney General of the United States issued a memorandum asking the Department of Justice ("Department")'s Office of Legal Policy, under the supervision of the Deputy Attorney General, to review the Department's policies and procedures for federal executions, including the Federal Execution Protocol Addendum, the execution regulations, and the relevant provisions of the *Justice Manual*, and whereas that memorandum states that "[n]o federal executions will be scheduled during the pendency of these

reviews" and directs the Bureau of Prisons "to suspend the use of the Addendum pending" further review;[1]

**WHEREAS**, the Office of Legal Policy, under the supervision of the Deputy Attorney General, will review the Federal Execution Protocol Addendum, and whereas that review will take into account "important questions about [the Department's] responsibility to treat individuals humanely and avoid unnecessary pain and suffering" and will "include consultation with all relevant Department components," "medical experts," and "experienced capital counsel"[2];

**WHEREAS**, Plaintiffs and Defendants have been engaged in discovery related to Plaintiffs' claim that the execution procedure, as laid out in the 2019 Protocol and 2019 Addendum, and including the use of pentobarbital, presents a substantial risk of pain and suffering in violation of the Eighth Amendment;

**WHEREAS**, unless this action is stayed or administratively closed, Plaintiffs and Defendants will continue with the normal course of litigation, including the discovery that is already underway; and

**WHEREAS**, in view of the foregoing, counsel for Plaintiffs and counsel for Defendants have met and conferred by telephone and by email to discuss the continuing litigation in this matter and other related issues;

---

[1] *See* Attorney General, *Moratorium on Federal Executions Pending Review of Policies and Procedures* (July 1, 2021), https://go.usa.gov/x6MTP.
[2] *Id.* at A.

**IT IS HEREBY STIPULATED AND AGREED TO,** by and between Plaintiffs and Defendants, subject to the approval of the Court, that:

(1) All deadlines in the Scheduling Order (*see* June 6, 2021 entry) are hereby vacated and this action shall be stayed and marked administratively closed while the Department reviews its policies and procedures for executions, including the Federal Execution Protocol Addendum.

(2) Either party may move to lift the stay and reopen this case at any time. It is the firm intent of all parties, however, not to move to lift the stay and reopen the case until the conclusion of the Department's review of the Federal Execution Protocol Addendum.

(3) Plaintiffs and Defendants will complete the following, limited discovery during the stay/administrative closure of the case: depositions of third-party media witnesses to the executions of Daniel Lewis Lee, Wesley Purkey, Dustin Honken, Keith Nelson, Lezmond Mitchell, William LeCroy, Christopher Vialva, Orlando Hall, Brandon Bernard, Alfred Bourgeois, Lisa Montgomery, Corey Johnson, and Dustin Higgs. The parties shall advise the Court of the status of the completion of these depositions pursuant to the status reports as set forth in Paragraph 5 below.

(4) Defendants shall retain and preserve all documents currently in Defendants' possession at the time this stipulation is entered that are responsive to the requests for the production of documents served on April 19, 2021, notwithstanding any objections to the discoverability of such documents. Defendants, however, do not waive and specifically reserve the right to object to any and all aspects of those requests at the appropriate time.

(5) Plaintiffs and Defendants will adhere to the following schedule during the Office of Legal Policy's review of the Federal Execution Protocol Addendum:

Plaintiffs and Defendants will confer and submit joint status reports to this Court beginning six (6) months after this Court's order administratively closing this case and every ninety (90) days thereafter during the pendency of the Department's review of the Federal Execution Protocol Addendum. The status reports shall state whether the review is still pending and whether there is an anticipated date as to the completion of the review.

(6)   At the conclusion of the Department's review of the Federal Execution Protocol Addendum, Defendants will provide Plaintiffs with the following information:

    a.   any final public report or conclusions of the review of the Federal Execution Protocol Addendum; and

    b.   notice and copies of any amendments to Federal Execution Protocol Addendum, or of any protocols and procedures Defendants intend to use to resume executions.[3]

(7)   Within thirty (30) days following the conclusion of the Department's review of the Federal Execution Protocol Addendum, Plaintiffs and Defendants shall submit a Joint Status Report to the Court advising as to the status of this case, including whether the stay should be lifted and proceedings re-opened, and, if so, whether an amendment of the complaint is necessary, what issues should be litigated, and what discovery needs to be conducted.

(8)   If Plaintiffs move to lift the stay and to reopen this action, they will have 120 days to amend their pleadings (Dkt. Nos. 92, 94).

---

[3] The Department reserves its right to seek to disclose these materials (i.e., 6(a)-(b)) subject to a protective order or redact them, as it deems appropriate. Plaintiffs reserve their right to challenge any withholdings of materials.

(9)     To ensure orderly litigation, should the Department determine that scheduling executions will resume following completion of its review of the Federal Execution Protocol Addendum, Defendants will not schedule any of the current eight Plaintiffs to be executed on a date falling within 210 days after Defendants provide the information described in paragraphs 6(a) and (b), above. This stipulation does not reflect any determination as to whether there will be a new protocol following the Department's review, or what any new protocol would consist of.

(10)    Defendants' Motion for Extension of Time (Dkt. No. 422) is withdrawn as moot.

Dated: September 8, 2021

Stipulated and agreed by,

| | |
|---|---|
| /s/Gerald W. King, Jr. | CHANNING D. PHILLIPS, D.C. Bar #415793 |
| Gerald W. King, Jr. | Acting United States Attorney |
| Ga. Bar No. 140981 | |
| Chief, Fourth Circuit Capital Habeas Unit | BRIAN P. HUDAK |
| Federal Public Defender | Acting Chief, Civil Division |
| Western District of North Carolina | |
| 129 West Trade Street, Suite 300 | By:  /s/ Johnny Walker |
| Charlotte, NC 28202 | JOHNNY H. WALKER, D.C. Bar #991325 |
| Tel: (704) 374-0720 | Assistant United States Attorney |
| Direct: (704) 688-6946 | 555 4th Street, N.W. |
| E-mail: gerald_king@fd.org | Washington, District of Columbia 20530 |
| | Telephone: 202 252 2575 |
| Jeffrey Lyn Ertel | Email: johnny.walker@usdoj.gov |
| Ga. Bar No. 249966 | |
| FEDERAL DEFENDER PROGRAM, INC. | *Counsel for Defendants* |
| 101 Marietta Street, Suite 1500 | |
| Atlanta, Georgia 30303 | |
| 404-688-7530 | |
| (fax) 404-688-0768 | |
| Gerald_King@fd.org | |
| Jeff_Ertel@fd.org | |
| | |
| Stephen Northup | |
| VSB #16547 | |
| Troutman Sanders LLP | |

P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
(804) 482-1121
fgerson@dagglaw.com
Counsel for Plaintiff Richard Tipton, III


*/s/Scott W. Braden*
Scott W. Braden
Assistant Federal Defender
Arkansas Federal Defender Office
Ark Bar Number 2007123
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114
Scott_Braden@fd.org

Jennifer Ying (DE #5550)
Andrew Moshos (DE #6685)
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9300
jying@mnat.com
amoshos@mnat.com
Counsel for Plaintiff Norris G. Holder, Jr.

*/s/Evan D. Miller*
Evan D. Miller (DC Bar # 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)

emiller@velaw.com
Counsel for Plaintiff Bruce Webster

*/s/Joshua C. Toll*
Joshua C. Toll
D.C. Bar No. 463073
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net
Counsel for Plaintiff Anthony Battle

*/s/Shawn Nolan*
Shawn Nolan
Chief, Capital Habeas Unit
Federal Community Defender Office,
E.D.Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
shawn_nolan@fd.org
Counsel for Plaintiff Jeffrey Paul

*/s/Paul F. Enzinna*
Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
Counsel for Plaintiff James H. Roane, Jr

*/s/Cuanuhtemo Ortega*
Cuauhtemoc Ortega
Federal Public Defender
Celeste Bacchi
Jonathan C. Aminoff
Deputy Federal Public Defenders
321 E. Second Street

Los Angeles, CA 90012
(213) 894-2854
Counsel for Plaintiff Julius O. Robinson

*/s/Joseph Luby*
Joseph Luby, Assistant Federal Defender
Federal Community Defender Office,
E.D.Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone – 215-928-0520
Email – joseph_luby@fd.org
Counsel for Plaintiff Chadrick Fulks


SO ORDERED, this _____ day of _____, 2021

_____

United States District Court Judge