# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases<br><br>LEAD CASE: *Roane, et al. v. Garland*<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Case No. 19-mc-0145 (TSC) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, Plaintiffs filed these actions[1] seeking injunctive and declaratory relief for various claims brought under the Fifth, Sixth, and/or Eighth Amendments to the U.S. Constitution and Administrative Procedures Act, 5 U.S.C. § 551 *et seq.*;

WHEREAS, on August 20, 2019, the Court consolidated these actions (*see* C.A. No. 19-mc-145-TSC, D.I. 1);

WHEREAS, on September 8, 2021, the parties stipulated to stay these actions pending the completion of the review by the Department of Justice's Office of Legal Policy, under the supervision of the Deputy Attorney General, of the Federal Execution Protocol Addendum (*see* C.A. No. 19-mc-145-TSC, D.I. 433);

WHEREAS, pursuant to the September 8, 2021 Minute Order staying these actions, the parties submitted a joint status report every ninety days pending the completion of the Department of Justice's review (*see* C.A. No. 19-mc-145-TSC, Minute Order of September 8, 2021);

---

[1] Plaintiffs are Richard Tipton, III; Norris G. Holder; Bruce Webster; Anthony Battle; Jeffrey Paul; James H. Roane, Jr.; Julius O. Robinson; and Chadrick Fulks. *See Roane, Jr. et al. v. Barr et al.*, C.A. No. 05-cv-2337; *Robinson v. Barr et al.*, C.A. No. 07-cv-2145; *Fulks v. U.S. Dept. of Justice et al.,* C.A. No. 13-0938, *Holder v. Barr et al.,* C.A. No. 19-cv-3520.

WHEREAS, in the December 2, 2024 Joint Status Report, the parties reported "that the Department of Justice's review of the policies and procedures for federal executions, including the 2019 Execution Protocol Addendum, is nearing completion and is expected to be completed before the next status report, scheduled for March 3, 2025" (*see* C.A. No. 19-mc-145-TSC, D.I. 449);

WHEREAS, Plaintiff Bruce Webster's death sentence has been vacated (*see Webster v. Watson*, 975 F.3d 667 (7th Cir. 2020), affirming the district court's judgment vacating Webster's capital sentence) and Mr. Webster has been moved off federal death row;

WHEREAS, Plaintiff Jeff Paul's death sentence has been vacated (*see* Order of 08/02/2022, *Paul v. Superintendent,* No. 2:13-cv-00304-JMS-MJD (S.D. Ind. 2022)) and Mr. Paul has been moved off federal death row;

WHEREAS, on December 23, 2024, President Joseph R. Biden, Jr. issued an Executive Grant of Clemency that commuted the sentences of death imposed as to thirty-seven persons, including each of the remaining Plaintiffs, to sentences of life imprisonment;[2]

WHEREAS, the parties have conferred and agree that, in view of the Executive Grant of Clemency and the vacatur of Plaintiffs Webster's and Paul's death sentences, each of the Plaintiffs is no longer under a sentence of death and therefore cannot be subject to execution by Defendants for the crimes that resulted in their prior death sentences;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties, subject to the approval of the Court, that:

1. Each of the above-captioned cases is dismissed; and
2. Each party shall bear its own fees and costs in connection with these actions.

---

[2] A copy of the Executive Grant of Clemency is attached as Exhibit 1.

| | |
|---|---|
| Respectfully submitted, | Dated: January 10, 2025 |
| | |
| */s/Gerald W. King, Jr.* | BRIAN D. NETTER |
| Gerald W. King, Jr. | Deputy Assistant Attorney General |
| N.C. Bar No. 59129 | |
| Chief, Capital Habeas Unit | JEAN LIN |
| For the Fourth Circuit | Special Litigation Counsel |
| Federal Public Defender | |
| Western District of North Carolina | */s/ Bradley P. Humphreys* |
| 129 West Trade Street, Suite 300 | BRADLEY P. HUMPHREYS |
| Charlotte, NC 28202 | (D.C. Bar No. 988057) |
| Tel: (704) 374-0720 | Senior Trial Counsel |
| Direct: (704) 688-6946 | United States Department of Justice |
| E-mail: gerald_king@fd.org | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| Jeffrey Lyn Ertel | Washington, D.C. 20530 |
| Ga. Bar No. 249966 | Tel.: (202) 305-0878 |
| MENDELSOHN ERTEL LAW GROUP | Fax: (202) 616-8460 |
| 101 Marietta Street, Suite 3325 | bradley.humphreys@usdoj.gov |
| Atlanta, Georgia 30303 | |
| 404-376-6572 | *Counsel for Defendants* |
| Jeffrey@tmelg.org | |

Stephen Northup
VSB #16547
Troutman Pepper
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 301-4920
steve.northup@troutmansanders.com

Frederick R. Gerson
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
(804) 482-1121
fgerson@dagglaw.com

*Counsel for Plaintiff Richard Tipton, III*

/s/Evan D. Miller
Evan D. Miller (DC Bar # 219310)
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6605
(202) 478-1815 (fax)
emiller@velaw.com

*Counsel for Plaintiff Bruce Webster*

/s/Joshua C. Toll
Joshua C. Toll (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
jtoll@kslaw.com

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

/s/Shawn Nolan
Shawn Nolan
Chief, Capital Habeas Unit
Federal Community Defender Office, E.D.Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
shawn_nolan@fd.org

*Counsel for Plaintiff Jeffrey Paul*

/s/Paul F. Enzinna
Paul F. Enzinna D.C. Bar No. 421819
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Jonathan C. Aminoff
Jonathan C. Aminoff
Michael Petersen
Deputy Federal Public Defenders
321 E. Second Street
Los Angeles, CA 90012
(213) 894-2854

*Counsel for Plaintiff Julius O. Robinson*

/s/Joseph Luby
Joseph Luby, Assistant Federal Defender
Federal Community Defender Office, E.D.Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone – 215-928-0520
Email – joseph_luby@fd.org

*Counsel for Plaintiff Chadrick Fulks*

/s/Jennifer Ying
Jennifer Ying (DE #5550)
MORRIS, NICHOLS, ARSHT &
 TUNNELL LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9200
jying@mnat.com

Eliza Meredith
Arkansas Federal Defender Office
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6113
Eliza_Meredith@fd.org
Counsel for Plaintiff Norris G. Holder, Jr

4

**SO ORDERED, this _____ day of _____, 2025.**

_____
**United States District Court Judge**

5